| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: S02CV764 |

\* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2003, a copy of Answers to Interrogatories on behalf of Raj R. Gupta, M.D. directed to the Plaintiffs were mailed postage prepaid to:

Bruce J. Klores, Esquire
Bruce J. Klores & Associates
915 15th Street, N.W.
Washington, D.C. 20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

                                               /s/
                           Joan Cerniglia-Lowensen, #10747
                           Morgan Shelsby Carlo Downs & Everton
                           4 North Park Drive
                           Suite 404
                           Hunt Valley, Maryland  21030
                           410-584-2800

Case 1:02-cv-00764-WDQ    Document 29    Filed 03/19/2003    Page 2 of 3