IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge William D. Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant | ) |

**PARTIAL CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs, through counsel, Lesley S. Zork, Bruce J. Klores, and Bruce J. Klores & Associates, P.C., respectfully request that the Scheduling Order issued by this Honorable Frederic N. Smalkin, on December 23, 2003, be modified to extend the deadline for plaintiffs' naming of experts by two weeks, from April 15, 2003, to April 30, 2003, for the following reasons:

1. This is a medical malpractice case in which plaintiffs allege that the defendant physicians failed to meet the standard of care in diagnosing and treating Mrs. Pollard for breast cancer at the D.D. Eisenhower Army Medical Center, Augusta, Georgia, in October-December, 1998. As a result of this failure Ms. Pollard developed recurrent metastatic cancer in 2000, and now has a diminished life expectancy and poor prognosis for survival.

2. Investigation and discovery is underway. The depositions of three primary fact witnesses/defendants located in Texas, Maryland and Georgia were completed on March 31, 2003. Additional depositions are being arranged of treating physicians located in England. Mrs Pollard's discovery deposition and De Bene Esse deposition have been completed. Mr.

Pollard's deposition is scheduled for April 29, 2003. Plaintiffs have requested important documents that are in the sole custody of the United States relating to relevant medical care that Mrs. Pollard received. The government is in the process of locating and obtaining these documents.

  3. All counsel have cooperated in the effort to complete discovery. Despite cooperation and best efforts, this has been slower than ususal to accomplish because of complicated logistics due to the widespread location of witnesses and the number of counsel involved.

  4. Plaintiffs need an additional two weeks at this time for their experts to review the recently completed depositions of fact witnesses/defendants, before the experts can be properly designated. Plaintiffs' experts can still be made available for depositions within the current deadline of June 15, 2003. Thus, this two week extension should not affect the remaining discovery deadlines. In any event, this extension should not impact the Motions deadline of September 16, 2003, or the Pretrial Conference Scheduled for November, 2003.

  5. Joan Cerniglia-Lowensen, counsel for defendants Raj Gupta, M.D., and Sterling Medical Corporation, and Catherine Hanrahan, counsel for defendant Humana Military Healthcare, Inc., have kindly consented to this request. Assistant United States Attorney, Larry Adams, counsel for defendant The United States of America, is away on vacation and could not be reached to obtain his consent.

  WHEREFORE, for these reasons, plaintiffs respectfully request an extension of plaintiffs' deadline for naming experts from April 15, 2003 to April 30, 2003.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By: __/s/_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

    and

LAW OFFICES OF PETER MASCIOLA


____/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby Certify that a copy of the foregoing Consent Motion to Modify Scheduling Order was mailed first class postage prepaid to the following person this 15th day of April, 2003:

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

                                                                         __/s/_____
                                                                         Lesley S. Zork

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

## **ORDER**

Having considered plaintiffs' Partial Consent Motion to Modify Scheduling Order, it is this _____ day of _____, 2003, hereby

ORDERED that Plaintiffs Motion is GRANTED, and Plaintiffs' shall have until April 30, 2003, to name experts.

_____
The Honorable William D. Quarles
U.S. District Judge


Copies to:
Lesley S. Zork
Bruce J. Klores
915 15th Street, NW
Washington, D.C. 20005
(202) 628-8100
Co-counsel for Plaintiffs

Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105