## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF | ) |
| AMERICA | |
| | ) |
| Defendant | ) |

### ORDER

Having considered plaintiffs' Partial Consent Motion to Modify Scheduling Order, it is

this __16th__ day of __April__, 2003, hereby

ORDERED that Plaintiffs Motion is GRANTED, and Plaintiffs' shall have until April

30, 2003, to name experts.



The Honorable William D. Quarles
U.S. District Judge

Copies to:
Lesley S. Zork
Bruce J. Klores
915 15th Street, NW
Washington, D.C. 20005
(202) 628-8100
Co-counsel for Plaintiffs

Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 APR 16  P 12: 02
CLERK'S OFFICE
AT BALTIMORE
————————
DEPUTY