| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## MOTION TO EXTEND DISCOVERY DEADLINE

The Defendants respectfully file the following Motion to Extend the Discovery Deadline for the sole purpose of scheduling the discovery and de bene esse depositions of David Dodwell, M.D. and Cecily Quinn, M.D.

1. The above-captioned matter involves allegations of medical malpractice by the Defendants.

2. Specifically, Plaintiff alleges that certain medical care which she received fell below accepted standards of care and further alleges that she should have been advised to not move to England prior to completion of treatment for her breast cancer.

3. The medical care which Plaintiff received in England was delivered by David Dodwell, M.D. Dr. Dodwell is a resident of the United Kingdom and currently practices in Leeds, England.

4. Counsel for the parties in this matter have been working diligently to schedule the discovery and de bene esse deposition of Dr. Dodwell. Unfortunately, the doctor's calendar will not permit this until October of 2003.

5. Likewise, the pathologist who reviewed certain slides in England is a crucial fact witness to the defense of this case. That doctor is Dr. Cecily Quinn.

6. Dr. Quinn is currently residing in Dublin, Ireland.

7. The Defendants in this case wish to conduct a discovery and de bene esse deposition of Dr. Quinn. This also could be accomplished in October of 2003.

8. No prejudice would result to any of the parties if this two month extension of the discovery deadline for the purpose as stated above is permitted.

WHEREFORE, the Defendants respectfully request that the discovery deadline be extended until October 31, 2003 to permit the discovery and de bene esse depositions of Dr. Dodwell and Dr. Quinn.

Respectfully submitted,

_____/s/_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

Attorney for Defendants,
Raj R. Gupta, M.D. and
Sterling Medical Corporation

_____/s/_____
Larry D. Adams, #03118
Assistant United States Attorney
6625 United State Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
410-209-4800

Attorney for Defendant,
United States

_____/s/_____
Catherine A. Hanrahan, #06711
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005
202-626-7660

Attorney for Defendant,
Humana Military Healthcare, Inc.

| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

<u>ORDER</u>

Upon Consideration of Defendants' Motion to Extend Discovery Deadline, it is this _____ day of _____, 2003 hereby

Ordered that said Motion be GRANTED and Defendants shall have until October 31, 2003 to depose David Dodwell, M.D. and Cecily Quinn, M.D.

_____
The Honorable William D. Quarles
United States District Court for
the District of Maryland

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 2003, a copy of the foregoing Motion to Extend Discovery and proposed Order on behalf of Defendants were mailed postage prepaid to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C.  20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C.  20005

                                    /s/
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland  21030
410-584-2800