| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

<u>DEFENDANT, RAJ R. GUPTA, M.D.'S, DESIGNATION OF EXPERT WITNESSES</u>

The Defendant, Raj R. Gupta, M.D., by and through his attorneys, Joan Cerniglia-Lowensen and Morgan Shelsby Carlo Downs & Everton, respectfully files, pursuant to this honorable court's Scheduling Order, the following expert disclosure.

1. Marc Lippman, M.D., Department of Internal Medicine, 3101 Taubman Center, University of Michigan Health System, 1500 East Medical Center Drive, Ann Arbor, Michigan 48109-0368. Dr. Lippman is board certified in the areas of internal medicine and oncology. Attached as Exhibit 1 please find a copy of Dr. Lippman's Curriculum Vitae.

It is expected that Dr. Lippman will testify that Dr. Gupta adhered to all accepted standards of care. Additionally, it is expected that Dr. Lippman will testify that none of the actions of any of the health care providers involved in Veronica Pollard's care resulted in harm to Ms. Pollard.

Dr. Lippman will base his opinions upon his review of the medical records, deposition transcripts, as well as his education, training and experience in treating numerous patients with breast cancer.

2. James Stark, M.D., 3640 High Street, Suite 3B, Portsmouth, Virginia 23707. Dr. Stark is board certified in internal medicine and oncology. Attached as Exhibit 2 please find a copy of Dr. Stark's Curriculum Vitae.

It is expected that Dr. Stark will testify that Dr. Gupta adhered to all accepted standards of care. Moreover, it is expected that Dr. Stark will testify that none of the actions of any of the health care providers caused a damage to Veronica Pollard.

3. Louis J. Maccini, Ph.D., Johns Hopkins University, Professor of Economics, 3400 North Charles Street, Merganthaller 440, Baltimore, Maryland 21218. Attached as Exhibit 3 please find a copy of Dr. Maccini's Curriculum Vitae. Dr. Maccini will address the economic issues in this case. The substance of Dr. Maccini's potential testimony will depend upon the report not yet provided regarding the testimony of Richard Lurito, Ph.D.

4. The Defendant, Raj R. Gupta, M.D., reserves the right to solicit expert opinions from any treating physicians of Veronica Pollard.

5. Dr. Gupta further reserves the right to solicit expert opinions from those experts identified by the Plaintiff in this matter.

6. Dr. Gupta also reserves the right to solicit expert opinions from any and all experts identified by the codefendants in this case.

7. Dr. Gupta reserves the right to address opinions not yet espoused by Plaintiffs' experts both in deposition and at the trial of this matter.

                                                                                                                      _____

                                                              Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland  21030
410-584-2800

| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\*    \*    \*    \*    \*

NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1 – Curriculum Vitae of Mark Lippman, M.D.; Exhibit 2 – Curriculum Vitae of James Stark, M.D.; Exhibit 3 – Curriculum Vitae of Louis J. Maccini, which is an attachment to Defendant, Raj R. Gupta, M.D.'s, Designation of Expert Witnesses exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____    _____
Date                                                         Joan Cerniglia-Lowensen, #10747
                                                                    Morgan Shelsby Carlo Downs & Everton
                                                                    4 North Park Drive
                                                                    Suite 404
                                                                    Hunt Valley, Maryland 21030
                                                                    410-584-2800
                                                                    410-584-2020 (facsimile)

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this _____ day of _____, 2003, a copy of the foregoing Defendant, Raj R. Gupta, M.D.'s, Designation of Expert Witnesses and Notice of Filing of Lengthy Exhibit was mailed postage prepaid to:

Lesley Zork, Esquire
Bruce J. Klores & Associates
915 15th Street, N.W.
Washington, D.C.  20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C.  20005

 

                                              _____
                                              Joan Cerniglia-Lowensen, #10747
                                              Morgan Shelsby Carlo Downs & Everton
                                              4 North Park Drive
                                              Suite 404
                                              Hunt Valley, Maryland  21030
                                              410-584-2800