| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO. WDQ-02-764 |

\* \* \* \* \*

## ORDER

Upon Consideration of Defendants' Motion to Extend Discovery Deadline, it is this 1st day of July, 2003 hereby

Ordered that said Motion be GRANTED and Defendants shall have until October 31, 2003 to depose David Dodwell, M.D. and Cecily Quinn, M.D.

_____
The Honorable William D. Quarles
United States District Court for
the District of Maryland