| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| THE UNITED STATES OF AMERICA, et al | * | FOR THE |
| | * | DISTRICT OF MARYLAND |
| Defendants | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## JOINT STATUS REPORT

### 1. Whether or Not Discovery Has Been Completed

The parties to the above-captioned matter have been conscientiously and methodically pursuing the depositions of all experts and fact witnesses in this case. To date, the depositions of Plaintiff's experts have been completed. All experts for the defense have or will be scheduled in September and October, 2003. Additionally, the depositions of two fact witnesses that are currently residents of the United Kingdom have also been scheduled for the week of October 6, 2003. All discovery is expected to be completed by the end of October, 2003.

### 2. Whether or Not Any Motions are Pending

At this point in time, no motions are pending.

### 3. Whether or Not Any Party Intends to File Motions

The Defendants in this case may file motions at the close of discovery.

### 4. Whether the Case is to Tried Jury or Non-Jury and the Anticipated Length of Trial

It is anticipated that the trial against the Defendant, Raj Gupta, M.D., will be a jury trial. Pursuant to statute, the case against the United States will be a judge trial. It is anticipated that this trial would last approximately ten court days.

5. <u>A Certification that the Parties have Met to Conduct Serious Settlement Negotiations and have Discussed Consensual Reference of this Case to a United States Magistrate Judge pursuant to 28 U.S.C. §636(c); and the Date, Time and Place of the Meeting and the Names of All Persons Participating therein;</u>

The parties have not, at this time, met to discuss settlement in light of the fact that discovery has not yet been completed.

6. <u>Any Other Matter which any Party believes Should be Brought to the Court's Attention</u>

Under separate cover the parties will submit a Motion to Extend Discovery to reflect the information contained above.

Respectfully submitted,

/s/ Lesley S. Zork
Lesley S. Zork, #13454
Bruce J. Klores & Associates, P.C.
915 15th Street, NW
Washington, D.C. 20005
202-628-8100

Attorney for Plaintiffs, Veronica Pollard
and Roosevelt Pollard

/s/ Larry D. Adams
Larry D. Adams, #03118
Assistant United States Attorney
6625 United State Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
410-209-4800

Attorney for Defendant,
United States

/s/ Joan Cerniglia-Lowensen
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

Attorney for Defendants,
Raj R. Gupta, M.D. and
Sterling Medical Corporation

/s/ Catherine A. Hanrahan
Catherine A. Hanrahan, #06711
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005
202-626-7660

Attorney for Defendant,
Humana Military Healthcare, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of Aug, 2003, a copy of the foregoing Status Report on behalf of All Parties was mailed postage prepaid to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800