

# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
MICHAEL J. LOGULLO (DE)
JEFFREY S. MARLIN (DE)
MARIANNE DEPAULO PLANT (MD)
ROBIN E. PRAGER (MD, DC)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

January 6, 2003

<u>Via Air Mail</u>

David J. Dodwell, M.D.
Medical Centre
Menwith Hill Station
Harrogate, England  HG3 2RF

    Re: Veronica Pollard, et al v. Raj Gupta, M.D., et al
        Our File No.: 375.02549

Dear Dr. Dodwell:

    The above-captioned law firm represents Dr. Gupta in a matter that has been brought against him by a former patient, Veronica Pollard. You provided care to Ms. Pollard after her relocation to England from the States.

    You have not been named as a defendant in this case and, in light of the circumstances, I believe it extremely unlikely that the Plaintiff will add you to this case. Your care is, however, very central to my defending this matter. For this reason, I would be very interested to speak with you concerning Ms. Pollard and her medical condition when you provided treatment.

    If you could be kind enough to call me or write to me so that we may arrange a time to conference regarding this case it would be very much appreciated.

    Thank you in advance for your assistance, cooperation and expertise. On behalf of Dr. Gupta, any assistance that you could provide would be extremely appreciated.

Very truly yours,

Joan Cerniglia-Lowensen

JCL/jk
H:\JCL\Western Litigation - Pollard\l.dodwell.010603.doc

# The Leeds Teaching Hospitals

NHS

**EXHIBIT B**

**Dr Dodwell's Secretary**
Direct Line: 0113 39 24237
Fax: 0113 39 24052
Appointments: 0113 39 24154
E-mail address: david.dodwell@leedsth.nhs.uk

**Cookridge Hospital**
Hospital Lane
Cookridge
West Yorkshire
LS16 6QB

Tel: 0113 267 3411
Fax: 0113 392 4214

www.leedsteachinghospitals.com

Joan Cerniglia-Lowensen
Morgan Shelsby Carlo Downs & Everton
Solicitors
4 North Park Drive
Suite 404
Hunt Valley
Maryland 21030-1876
USA

DD/PS
28th January 2003

Dear Ms Cerniglia-Lowensen

**Veronica Pollard et al v Raj Gupta M.D. et al**
**Your file No: 375.02549**

Thank you for your letter dated 6th January. I needed to discuss this with my defence organisation and Trust prior to responding. I do require Mrs Pollard's consent in writing before I am able to disclose any information concerning her. I would be grateful if you could confirm whether or not you have copies of her UK records in your possession in addition.

I hope that this is helpful.

With kind regards.

Yours sincerely

Dr David Dodwell FRCR FRCP MD
**Consultant in Clinical Oncology**

Cc  Mr David Fox
    General Manager
    Cookridge Hospital
    Leeds LS16 6QB

Chairman Bill Kilgallon OBE  Chief Executive Neil McKay CB

The Leeds Teaching Hospitals incorporating: Chapel Allerton Hospital  Cookridge Hospital  Leeds Chest Clinic
Leeds Dental Institute  Seacroft Hospital  St James's University Hospital  The General Infirmary at Leeds



# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
MICHAEL J. LOGULLO (DE)
JEFFREY S. MARLIN (DE)
MARIANNE DEPAULO PLANT (MD)
ROBIN E. PRAGER (MD, DC)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

February 5, 2003

Via Facsimile and Mail – 202-628-1240

Bruce J. Klores, Esquire
Bruce J. Klores & Associates, P.C.
915 15th Street, N.W.
Washington, D.C. 20005

    Re: Veronica Pollard, et al v. Raj Gupta, M.D., et al
         Our File No.: 375.02549

Dear Mr. Klores:

Please have your client execute the enclosed Authorization so that we may obtain information from Dr. Dodwell.

If you have any questions, please feel free to contact me at any time. I will, of course, share any of the information which I receive.

Very truly yours,

Joan Cerniglia-Lowensen

JCL/jk
Enclosure
cc: Peter R. Masciola, Esquire
H:\JCL\Western Litigation - Pollard\l.klores.020403.doc