**EXHIBIT D**

## BRUCE J. KLORES & ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

BRUCE J. KLORES
(D.C., MD., VA.)

RICHARD J. FOGELSON, EMT-CT
(D.C., MD., VA., CO.)

LESLEY S. ZORK, R.N.
(D.C., MD.)

PATRICIA C. KARPPI
(D.C., VA.)

PATRICIA A. BALLARD, RN., MSN
(NURSE CONSULTANT)

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

VIRGINIA OFFICE

1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON, VIRGINIA 22209
(703) 519-0789

February 5, 2003

**SENT VIA FACSIMILE**
Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Re:   **Pollard, et al. v. United States**

Dear Ms. Cerniglia-Lowensen:

Enclosed please find a revised Authorization. If the changes I made are acceptable I will have my client sign the authorization and return it to you.

I am,

Very truly yours,

BRUCE J. KLORES & ASSOCIATES, P.C.

Bruce J. Klores

enclosure

1606\l-lowensen

FEB 0 6 2003

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS AND REPORTS

TO:   The Leeds Teaching Hospitals and Dr. David Dodwell

The Records of Veronica Pollard

You are hereby authorized to give to the offices of MORGAN SHELSBY CARLO DOWNS & EVERTON, or any representative of that office, any and all written information which may be requested regarding my physical condition and treatment rendered by you therefore, and allow them, or any physician appointed by them, to examine any x-ray pictures taken of me or records which you have regarding my condition or treatment.

I do not authorize you to speak with anyone about me outside of my attorneys' presence. My attorneys are BRUCE J. KLORES and LESLEY S. ZORK of the law firm of BRUCE J. KLORES & ASSOCIATES, P.C. The attorneys from the firm of MORGAN SHELSBY CARLO DOWNS & EVERTON are not my attorneys.

_____         _____
VERONICA POLLARD                                          DATE
DOB: 4-19-55
ssn: 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


_____         _____
WITNESS                                                            DATE

1606\auth

# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

**EXHIBIT E**

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
MICHAEL J. LOGULLO (DE)
JEFFREY S. MARLIN (DE)
MARIANNE DEPAULO PLANT (MD)
ROBIN E. PRAGER (MD, DC)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

March 25, 2003

<u>Via Air Mail</u>

David J. Dodwell, M.D.
The Leeds Teaching Hospitals
Cookridge Hospital
Hospital Lane
West Yorkshire, England  LS16 6QB

    Re:  Veronica Pollard, et al v. Raj Gupta, M.D., et al
        Our File No.: 375.02549

Dear Dr. Dodwell:

    As you may recall, the above-captioned law firm represents Raj Gupta, M.D. in a matter that has been brought against him by Veronica Pollard. Other Defendants in the case include Humana Military Healthcare Services and the United States of America. The United States of America is being sued pursuant to the care provided by Dr. Sees and Dr. Adams. It will be necessary for the Defendants in this case to conduct a deposition of you by videotape to be utilized at the trial of this matter. The Plaintiff has alleged that Dr. Gupta should not have permitted Veronica Pollard to move to England because he should have known that the quality of care there was lower. You are not a Defendant in this case. Your care has, however, been called to question by the Plaintiff.

    We will be contacting you shortly to discuss possible dates for your videotape testimony to be done. If you prefer for me to discuss all of this with any legal or risk management person at your institution, please make me aware of who this individual is.

    Thank you so much for your assistance in this matter. If you have any questions, please feel free to contact me at any time.

Very truly yours,

*Joan Cerniglia-Lowensen*

Joan Cerniglia-Lowensen

JCL/jk
H:\JCL\Western Litigation - Pollard\l.dodwell.020403.doc

## The Leeds Teaching Hospitals
NHS

**EXHIBIT F**

**Dr Dodwell's Secretary**
Direct Line:      0113 39 24237
Fax:              0113 39 24052
Appointments:     0113 39 24154
E-mail address: david.dodwell@leedsth.nhs.uk

**Cookridge Hospital**
Hospital Lane
Cookridge
West Yorkshire
LS16 6QB

Tel: 0113 267 3411
Fax: 0113 392 4214

www.leedsteachinghospitals.com

Joan Cerniglia-Lowensen
Morgan Shelsby Carol Downs & Everton
4 North Park Drive
Suite 404, Hunt Valley
Maryland 21030-1876
USA

DD/PS
11th February 2003

Dear Ms Cerniglia-Lowensen

**Veronica Pollard, et al –v- Raj Gupta, M.D. et al**
<u>Your File No: 375.02549</u>

Thank you for your response to this matter. I am quite happy to go ahead, providing I have Ms Pollard's written consent, and I hope that you will be able to provide this. I enclose my e-mail address above as this can be a more convenient way of exchanging information.

With kind regards.

Yours sincerely

*[signature]*

**Dr David Dodwell FRCR FRCP MD**
<u>Consultant in Clinical Oncology</u>

Chairman Bill Kilgallon OBE    Chief Executive Neil McKay CB

The Leeds Teaching Hospitals incorporating: Chapel Allerton Hospital    Cookridge Hospital    Leeds Chest Clinic