EXHIBIT

G

# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
MICHAEL J. LOGULLO (DE)
JEFFREY S. MARLIN (DE)
MARIANNE DEPAULO PLANT (MD)
ROBIN E. PRAGER (MD, DC)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

April 3, 2003

Bruce J. Klores, Esquire
Bruce J. Klores & Associates, P.C.
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005

Re:  Veronica Pollard, et al v. Raj Gupta, M.D., et al
     Our File No.: 375.02549

Dear Mr. Klores:

I am in the process of attempting to schedule the deposition of Ms. Pollard's treating physician in England, Dr. David Dodwell. Dr. Dodwell requests the written consent of Ms. Pollard prior to the scheduling of his deposition. Will you provide this consent?

If not, I will be required to file a motion with the court requiring that this deposition be ordered. I prefer, obviously, to go the route of least resistance regarding this.

Please let me know your position on this as soon as possible. The deposition will, of course, be set to convenience of all counsel.

Very truly yours,

Joan Cerniglia-Lowensen

JCL/jk
cc:  Peter R. Masciola, Esquire
     Larry Adams, Esquire
     Catherine A. Hanrahan, Esquire
H:\JCL\Western Litigation - Pollard\l.klores.040303.doc



EXHIBIT

H

# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

_____

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
MICHAEL J. LOGULLO (DE)
JEFFREY S. MARLIN (DE)
MARIANNE DEPAULO PLANT (MD)
ROBIN E. PRAGER (MD, DC)

_____

JOSEPH Y. BRATTAN, III (1933-1999)

_____

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

April 22, 2003

Lesley S. Zork, Esquire
Bruce J. Klores & Associates, P.C.
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C.  20005

     Re:  Veronica Pollard, et al v. Raj Gupta, M.D., et al
         Our File No.:  375.02549

Dear Lesley:

    Enclosed please find a copy of the Authorization for release of information previously sent to me by you and Bruce for approval.  As you may recall, I had asked for a Release and revisions were made then sent to me.  I would like to schedule the deposition of Dr. Dodwell as soon as possible.  Dr. Dodwell will not schedule such a deposition without the signed consent. Please have Ms. Pollard execute this as soon as possible.

    If you have any questions regarding this, please feel free to contact me at any time.

                  Very truly yours,

                  Joan Cerniglia-Lowensen

JCL/jk
Enclosure
cc:  Larry Adams, Esquire
     Catherine A. Hanrahan, Esquire
H:\JCL\Western Litigation - Pollard\l.zork.042203.doc

EXHIBIT

I

tabbies

## Joan Cerniglia-Lowensen

| | |
|---|---|
| **From:** | David Dodwell [David.Dodwell@leedsth.nhs.uk] |
| **Sent:** | Friday, September 05, 2003 10:54 AM |
| **To:** | JCLowensen@MorganShelsby.com |
| **Subject:** | Pollard case |

Dear Ms Cerniglia-Lowensen

There is a problem I'm afraid. The plaintiffs (Klores et al) were very unhappy that we had
a discussion a few days ago. I explained that this was about the generality of breast
cancer care in the Uk rather than specifics associated with Mrs Pollard but they feel this
is a problem.

I'm sure I'll hear from you both over this.


Dr. D. Dodwell
Consultant in Clinical Oncology
Cookridge Hospital, Leeds, LS16 6QB
UK

Tel   1133   924237

1

EXHIBIT

J

# Joan Cerniglia-Lowensen

**From:**   Bruce Klores [bjk@klores.com]

**Sent:**   Friday, September 05, 2003 11:49 AM

**To:**     David.Dodwell@leedsth.nhs.uk

**Cc:**      jclowensen@morganshelsby.com

**Subject:** mrs. pollard

Dr. Dodwell:

During our conversation this morning you advised that notwithstanding Mrs. Pollard's explicit instructions that you not speak to Ms. Lowensen outside of our presence, you went ahead and did so. I told you that this was a matter of grave concern to us, with broad legal and ethical implications. You understood this and advised that you would have no further contact with either our firm or Ms. Lowensen until this privilege violation was resolved either by the court or by counsel. I agreed and told you that lawyer to lawyer contact was fine, but at this point witness to lawyer contact should be halted. You agreed again. I told you to have your legal representative contact me and Ms. Lowensen. You advised that you "do a lot of medical legal" work so you are familiar with turf, and also confirmed that a complete patient/physician privilege exists in the UK.

Less than one hour after we hung up we received a telephone call from Ms. Lowensen. She advised us that you e mailed her..privately.

Dr. Dodwell---exactly what is it you do not understand? Ms. Lowensen was not permitted to talk to you, period. If you did not know this before our call..you knew it when you found the authorization which specifically prohibited ex parte conversations.

At this point I must ask that you safeguard all e mails, notes, records, and correspondence in this case from all sources, preserve the same without alteration until this matter is taken up with the appropriate tribunals, and confirm that you will halt all ex parte contact.

You will note that I am copying in Ms. Lowensen.

Bruce J. Klores
Bruce J. Klores & Associates, P.C
915 15th Street, N.W.
Third Floor
Washington, D.C.  20005
Local: 202-628-8100
Toll Free: 1-877-223-3688
Fax: 202-628-1240
www.klores.com

9/5/2003