| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## MOTION TO SHORTEN TIME

The Defendant, Raj R. Gupta, M.D., by and through his attorneys, Joan Cerniglia-Lowensen and Morgan Shelsby Carlo Downs & Everton, respectfully files the following Motion to Shorten Time for the Plaintiffs to respond to Defendant's Motion for Sanctions and for grounds state:

1. On Friday, September 5, 2003, this Defendant filed a Motion for Sanctions requesting that Plaintiffs' attorney refrain from certain activities in an attempt to intimidate a witness critical to the above-captioned matter.

2. On September 11, 2003, counsel for the Defendant received the following e-mail from the doctor, located in England, expressing his reluctance to get involved and participate in the deposition until the court determines whether it is appropriate for him to do so. (See e-mail of David Dodwell, M.D., adopted and incorporated as Exhibit 1).

3. Counsel for the Defendants all have nonrefundable airline tickets to proceed to the United Kingdom to videotape the deposition of David Dodwell, M.D. on October 6, 2003. This date has been long agreed upon by all counsel involved.

4. This Defendant fears that Dr. Dodwell will now be unavailable for his deposition unless a swift response is received from this court.

5. For this reason, counsel for the Defendant, Raj R. Gupta, M.D., requests that Plaintiffs' response, if one is to occur, be due on September 18, 2003.

WHEREFORE, this Defendant respectfully requests that his Motion to Shorten Time be Granted.

Respectfully submitted,

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## ORDER

Having considered the Defendant's Motion to Shorten Time, it is this ____ day of _____, 2003, hereby Ordered that Raj R. Gupta, M.D.'s, Motion to Shorten Time, be Granted and that Plaintiffs' response to the Motion for Sanctions be due on September 18, 2003.

_____
Williams D. Quarles
United States District Court
for the District of Maryland

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of Sept, 2003, a copy of the foregoing Motion to Shorten Time and proposed Order on behalf of Raj R. Gupta, M.D. was mailed postage prepaid to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800