## Joan Cerniglia-Lowensen

**From:** Bruce Klores [bjk@klores.com]
**Sent:** Wednesday, September 10, 2003 11:42 AM
**To:** 'David Dodwell'
**Cc:** jclowensen@morganshelsby.com
**Subject:** RE: mrs. pollard

I received your e mail. Please have your lawyer correspond with me.

Bruce J. Klores
Bruce J. Klores & Associates, P.C
915 15th Street, N.W.
Third Floor
Washington, D.C. 20005
Local: 202-628-8100
Toll Free: 1-877-223-3688
Fax: 202-628-1240
www.klores.com

-----Original Message-----
From: David Dodwell [mailto:David.Dodwell@leedsth.nhs.uk]
Sent: Wednesday, September 10, 2003 11:25 AM
To: bjk@klores.com
Cc: jclowensen@morganshelsby.com
Subject: Re: mrs. pollard

Dear Ms Cerniglia-Lowensen & Mr Flores

In view of the recent concerns expressed relating to discussions with you I have needed to seek advice from my Hospital Trust' legal department, my clinical director and my defence organisation about my further involvement in this case. Their written advice is awaited and until received I am not in a position to be involved in further contact with either team of lawyers.

It has been suggested that I may need to seek the impartial advice of the court in order to provide me with guidance over my further contact with you. I would be grateful if the contact name and e mail address of the judge or appropriate liaison person could be provided if this advice is confirmed.

A response acknowledging receipt of this e mail would also be appreciated so that I can be sure you have received this message.

Yours Sincerely


Dr. D. Dodwell
Consultant in Clinical Oncology
Cookridge Hospital, Leeds, LS16 6QB
UK

Tel    1133   924237

1


EXHIBIT