IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **VERONICA POLLARD, ET AL.,** | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. WDQ 02-764 |
| **UNITED STATES OF AMERICA, ET AL.** | : | |
| Defendants. | | |

...oOo...

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY AND SUBMIT A STATUS REPORT**

The parties, Plaintiffs Veronica Pollard, et al., and defendants, the United States of America, Dr. Raj Gupta and Humana Military Healthcare Inc., by and through undersigned counsel, hereby request this Court to enlarge the time in which to complete discovery. In support of this Joint Motion, the parties respectfully submit:

1. As indicated in the parties recent status report, the parties have been moving forward to complete the depositions of the experts this case. However, the remaining experts to be deposed in this country are scheduled or will be scheduled for September and October. In addition, there are two treating physicians whose depositions in the United Kingdom and Ireland are being scheduled for the week of October 6, 2003.

2. Consequently, the parties respectfully request an extension until October 31, 2003 to finish discovery, and at that time the parties will submit a joint status report

3. A proposed order is attached for the Court's consideration and convenience.

WHEREFORE, based on the foregoing, and for good cause shown, the parties respectfully request that they be permitted until October 31, 2003, to complete discovery and submit a status report.

                    Respectfully submitted,

                    _____/s/_____
                    Bruce J. Klores, Esq.
                    Lesley S. Zork, Esq.
                    915 15th Street, N.W. , Third Floor
                    Washington, D.C. 20005
                    Attorney for Plaintiff

                    _____/s/_____
                    Joan Cerniglia-Lowensen, Esq.
                    Morgan, Shelsby, Carlo, Downs & Everton
                    4 North Park Drive, #404
                    Hunt Valley, Md. 21030
                    Attorney for Dr. Raj Gupta

                    _____/s/_____
                    Catherine A. Harahan, Esq.
                    Wilson, Elser, Moskowitz, Edelman and Dicker
                    1341 G Street, N.W.   5th Floor
                    Washington, D.C. 20005-3105
                    Attorney for Humana Military Healthcare, Inc.

                    _____/s/_____
                    Larry D. Adams
                    Assistant United States Attorney
                    6625 United States Courthouse
                    101 West Lombard Street
                    Baltimore, Maryland 21201-2692
                    Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **VERONICA POLLARD, ET AL.,** | : |
| **Plaintiffs,** | : |
| v. | : CIVIL ACTION NO. WDQ 02-764 |
| **UNITED STATES OF AMERICA, Et Al.,** | |
| | : |
| **Defendants.** | |

...oOo...

## ORDER

Upon consideration of the Parties' Joint Motion for Enlargement of Time to Complete Discovery and Submit a Status report, and for good cause shown, IT IS ORDERED that Parties' Motion BE, and same hereby IS, Granted; IT IS FURTHER ORDERED that Parties have until October 31, 2003, to complete discovery and submit a status report.

**SO ORDERED,** this _____ day of _____, 2003.

BY THE COURT:

_____
William D. Quarles
United States District Judge