| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits one through ten, which are an attachment to Defendant, Raj R. Gupta, M.D.'s, Motion for Summary Judgment and Memorandum of Law in Support thereof, exist only in paper format and are more than 15 pages. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

_____9/16/03_____
Date

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800
410-584-2020 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of Sept, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibit with regard to the Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment filed on behalf of Raj R. Gupta, M.D. was mailed postage prepaid to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C.  20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C.  20005

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland  21030
410-584-2800