IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

## ORDER

Upon consideration of Defendant Gupta's Motion for Sanctions, and Plaintiffs' Opposition and Cross-Motion for Sanctions, it is this _____ day of _____, 2003 hereby ORDERED that Defendants Motion is DENIED.

It is further ORDERED that Plaintiffs' Cross Motion for Sanctions is GRANTED and that:

1. Defendants shall not be permitted to proceed with the deposition of Dr. David Dodwell for discovery or for testimony at trial, and shall not be permitted to call Dr. Dodwell as a live witness at trial in this case;

2. Counsel for Defendant Gupta shall provide to plaintiffs' counsel with all correspondence between herself and Dr. Dodwell, and all other letters, bills, emails, attorney notes and memos that relate to counsel's communications with Dr. Dodwell.

3. Defendant Gupta shall pay plaintiffs' cost associated with opposing Defendant's Motion for Sanctions and Plaintiffs' Cross Motion for Sanctions.

 

_____
William J. Quarles, Judge
United States District Court
For the District of Maryland

Copies to:
Lesley S. Zork
Bruce J. Klores
Bruce J. Klores & Associates, P.C.
915 15th Street, NW
Washington, D.C. 20005
Co-counsel for Plaintiffs

and

Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

and

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

and

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

and

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105