IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendant ) | |

**EXHIBIT LIST TO PLAINTIFFS' OPPOSITION TO DEFENDANT GUPTA'S MOTION FOR SANCTIONS AND CROSS-MOTION FOR SANCTIONS**

**EXHIBIT        DESCRIPTION**

1.    Deposition of David Sees, M.D. (Excerpt)

2.    Deposition of Raj Gupta, M.D. (Entire)

3.    Deposition of Veronica Pollard (Entire)

4.    Report of Dr. David Dodwell

5.    Letter of February 5 from Joan Cerniglia-Lowensen to Bruce J. Klores & Associates

6.    Medical Authorization from Bruce J. Klores & Associates to John Cerniglia-Lowensen

7.    April 3 letter from Joan Cerniglia-Lowensen to Bruce J. Klores & Associates

8.    Letter April 22, 2003 from Joan Cerniglia-Lowensen to Bruce J. Klores & Associates

9.    Signed authorization from Mrs. Pollard

13. Letter from Bruce J. Klores & Associates to Joan Cerniglia-Lowensen dated dated September 11, 2003

14. Letter from Joan Cerniglia-Lowensen to Bruce J. Klores & Associates dated dated September 12, 2003

15. Excerpts of Depositions of Plaintiffs' Experts Drs. Smith, Pushkas and Fiorica

16. Letter from Raj Gupta, M.D. "To Whom It May Concern" dated December 16, 1998


1606\ex.list.sanctions