0001

1     IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF MARYLAND
3  VERONICA POLLARD, et al   :
4         Plaintiffs      :  Civil No.
5     v.              :  S-02-764
6  UNITED STATES OF AMERICA   :
7         Defendant       :
8             ------------
9
10
11
12    Videotaped Deposition of VERONICA L. POLLARD
13           Odenton, Maryland
14        Thursday, June 6, 2002
15             1:04 p.m.
16
17
18
19  Job No.:  1-94
20  Pages:  1 - 121
21  Reported By:  Dawn M. Hart, RPR-RMR, Notary Public
22
23
24
25

0002

```
1
2
3      Videotaped deposition of Veronica L. Pollard,
4   held at the residence of:
5
6
7
8
9         Veronica L. Pollard
10         122 Leeds Creek Circle
11         Odenton, Maryland  21113
12
13
14
15
16
17
18
19
20
21      Pursuant to Notice, before Dawn M. Hart,
22   RPR-RMR, Notary Public in and for the State of
23   Maryland.
24
25
```

0003
```
 1              A P P E A R A N C E S
 2
 3      ON BEHALF OF THE PLAINTIFFS:
 4          BRUCE J. KLORES, ESQUIRE
 5          LESLEY S. ZORK, ESQUIRE
 6          BRUCE J. KLORES & ASSOCIATES, P.C.
 7          Suite 300, 915 15th Street, Northwest
 8          Washington, D.C.  20005
 9          (202) 628-8100
10
11
12          PETER R. MASCIOLA, ESQUIRE
13          LAW OFFICE OF PETER MASCIOLA
14          #603, 601 Indiana Avenue, Northwest
15          Washington, D.C.  20004
16          (202) 628-5680
17
18
19
20
21
22
23
24
25
```

0004

1    A P P E A R A N C E S  (Continued)
2
3    ON BEHALF OF THE DEFENDANT:
4        LARRY D. ADAMS, ESQUIRE
5        UNITED STATES DEPARTMENT OF JUSTICE
6        UNITED STATES COURTHOUSE
7        101 West Lombard Street
8        Baltimore, Maryland  21201-2692
9        (410) 209-4801
10
11
12
13
14
15
16   Videographer:  Karl Kaseoru, Video Connections
17
18
19
20
21
22
23
24
25

0005

1          C O N T E N T S
2    EXAMINATION OF VERONICA L. POLLARD         PAGE
3       By Mr. Klores                 8
4       By Mr. Adams                  78
5       By Mr. Klores                117
6             E X H I B I T S
7       (Exhibits attached to transcript.)
8    POLLARD DEPOSITION EXHIBITS              PAGE
9    PLAINTIFF
10    1  Letter 12/16/98 To Whom It May
11       Concern                     54
12    2  Resume re Veronica Pollard         54
13   DEFENDANT
14    1  E-mail 12/15/98 from Gupta re
15       Gupta plus attached          78
16    2  Letter 2/3/99 to Dodwell from
17       Corrin                      83
18    3  Letter 2/19/99 to Corrin from
19       Dodwell                     86
20    4  Letter 2/23/99 to Corrin from
21       Knox                        91
22    5  Letter 3/3/00 to Pollard from
23       Dodwell plus attached        94
24    6  Letter 3/24/00 to Knox from
25       Corrin                      96

0006
1          E X H I B I T S (CONTINUED)
2
3     7   Letter 3/6/00 to Beer from Dodwell     101
4     8   Letter 3/28/00 to Corrin from
5         Knox                           106
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

0007
1        P R O C E E D I N G S
2            VIDEOGRAPHER:  Here begins Tape No. 1 in the
3    deposition of Veronica L. Pollard in the matter of
4    Veronica L. Pollard, et al. versus United States
5    of America, in the United States District Court
6    for District of Maryland, Case No. 7-02-764.
7    Today's date is June 6th, 2002.  The time is
8    1:04 p.m.
9            The video operator today is Karl Kaseoru
10    of Visual Connections, contracted by L.A.D.
11    Reporting.  This deposition is taking place at the
12    Pollard residence, 122 Leeds Creek Circle, Odenton,
13    Maryland, and was Noticed by Bruce Klores, counsel
14    for the Plaintiff.
15            Would the counsel please identify
16    themselves and state whom them represent?
17            MR. KLORES:  Yes.  My name is Bruce
18    Klores, and I represent the Plaintiffs.
19            MR. ADAMS:  Larry Adams for the United
20    States.
21            MR. KLORES:  The Court Reporter today is
22    Dawn Hart of L.A.D. Reporting.  Would the Reporter
23    please swear in the witness.
24
25

0008

1    Thereupon ---
2            VERONICA L. POLLARD
3     having been duly sworn, testified as follows:
4         EXAMINATION BY COUNSEL FOR PLAINTIFFS
5    BY MR. KLORES:
6      Q    Good afternoon, Mrs. Pollard.  Would you
7    please state your full name and spell it, and give
8    us your residential address.
9      A    My name is Veronica Louise Pollard,
10    V-E-R-O-N-I-C-A, L-O-U-I-S-E, P-O-L-L-A-R-D.  And
11    the State?
12     Q    Your residential address.
13     A    122 Leeds Creek Circle, Odenton, Maryland.
14     Q    And we're here at your house today.  It's
15    around 1:00 in the afternoon.  Who lives here with
16    you, ma'am?
17     A    I reside with my spouse, Roosevelt, and my
18    two children, Lynn and Benjamin.
19     Q    And how old are the kids?
20     A    Lynn is 17, Benjamin is 4.
21     Q    Mrs. Pollard, you understand that we're
22    here today, that the lawyers are here today in your
23    case and that you and your husband have filed a
24    malpractice action against the United States of
25    America?

0009

1      A   Yes, I do.
2      Q   And you understand that we are taking your
3   videotape deposition in this case and preserving it
4   for trial should you become unable to testify at
5   trial in this case?
6      A   Yes, I do.
7      Q   Have you been told by your physicians who
8   are currently treating you that you have cancer that
9   has spread to your lungs?
10     A   Yes, I have.
11     Q   The -- and this morning, from
12   approximately 10:00 until noontime or so, you gave a
13   discovery deposition in which you answered questions
14   to the Assistant United States Attorney; is that
15   right?
16     A   Yes, I did.
17     Q   You understand that I'm going to be now
18   asking you questions and that the Assistant United
19   States Attorney will then have an opportunity to
20   cross-examine you after I'm finished answering --
21   asking you the questions; is that right?
22     A   Yes.
23     Q   So tell us a little bit, if you wouldn't
24   mind, with -- why don't we start back at the easy
25   part which is where you were born and raised.

0010

1      A   I was born in Jacksonville, Florida.  I'm
2  the sixth child of Ada and Alonzo Johnson.  I went
3  to high school at Reba Senior High School.  I'm the
4  mother of four children; James, Shantryce, Lynn and
5  Benjamin.
6      Q   What year were you born?
7      A   I was born April 19th, 1955.
8      Q   So you're what, 47 now?
9      A   47.
10     Q   What were your parents' occupations?
11     A   My mother was a beautician and my father
12  was a truckdriver.
13     Q   And you said you're the youngest in the
14  family?
15     A   Yes, I am.
16     Q   So the children, can you tell us your
17  siblings' names and approximate ages?
18     A   My oldest brother is Alonso Johnson, Jr.,
19  and he's approximately 40 -- 54.  I have an older
20  sister, Mrs. Dolores Marshall, and she's 52.  My
21  brother who is deceased, Alfonso Johnson, he would
22  be around 50.  Alfred Johnson, he lives in Oklahoma,
23  he's 49.  I had a sister Glorious Scruggs, and she
24  would be, let's see, she would be around 54 now.
25  And then myself.

0011

1     Q    Glorious was seven years older than you?

2     A    Yes, she was.

3     Q    And she's the sister that passed away from

4  breast cancer?

5     A    Yes, she is.

6     Q    Your mother also had breast cancer; is

7  that right?

8     A    Yes, she did.

9     Q    When did your mother develop her breast

10  cancer?

11     A    She was around the age of 48.

12     Q    So that was back in, I think we talked

13  about this earlier in the day, sort of in the late

14  '60s, early '70s --

15     A    Yes.

16     Q    -- is when she was diagnosed?

17     A    '60s.

18     Q    And how long did your mother live after

19  the diagnosis of her breast cancer?

20     A    She lived until she was 79.

21     Q    And when did your mother pass away?

22     A    August 4th of 2000.

23     Q    Did she have recurrent cancer?

24     A    Yes, she did.

25     Q    Where did that cancer reoccur?

0012

1    A   It reoccurred into her abdomen, and then
2  into the colon.
3    Q   Let me go back to Jacksonville.  You
4  graduated high school.  What did you do after you
5  got out of high school?
6    A   After high school I was married to Eugene
7  Phelps.  I was a homemaker for a while, and then I
8  enlisted in the Army Reserves in '75.  And I went
9  through Basic Training at Fort Jackson, South
10  Carolina, and I took on the MOS of being an MP,
11  Military Police.  And basically just a homemaker.
12    Q   So that was from 1975 until 1981?
13    A   Yes, 1981.
14    Q   Did you have children with Mr. Phelps?
15    A   Yes, two children, James and Shantryce.
16    Q   And how old is James today?
17    A   James would be approximately going on 30
18  years old, and Shantryce would be 27.
19    Q   Is James married?
20    A   Yes, James is married now.
21    Q   And does James have children?
22    A   James has one son.
23    Q   So you're a grandmother?
24    A   Yes, I'm a grandmother.
25    Q   And who are you a grandmother to?

0013

1      A   I have three grandchildren.  I have one --
2   two grand -- three grandsons.  My daughter has two,
3   Trenton and Darren.  And James has a son, Jammel.
4      Q   Where does your daughter live?
5      A   My daughter lives in Augusta, Georgia.
6      Q   And what did she do?
7      A   She's a student now.
8      Q   Now, the other -- you have two children
9   that are now presently living with you?
10     A   Yes, Lynn and Benjamin.
11     Q   And what does Lynn do?  He's 17?
12     A   Lynn is a student.  He's 17.
13     Q   Where does he go to school?
14     A   Anne Arundel County.
15     Q   Is he a senior --
16     A   Yes.
17     Q   -- in high school?
18     A   Yes.
19     Q   What are Lynn's plans, if you know, for
20  after he graduates?
21     A   Lynn would like to go to college.  That's
22  his desire, to go to college.  But if he can't, he's
23  planning on joining the Air Force.
24     Q   Not the Army?
25     A   No, not the Army.  He's had enough of

0014

1  that.
2      Q    By the way, Mrs. Pollard, I know you told
3  us earlier in the day that because of pain problems,
4  you take morphine.  Are you coherent enough and
5  levelheaded enough to participate in this
6  deposition?
7      A    Yes.
8      Q    You understand that if you feel as if you
9  need to take a break for whatever reason, just tell
10  us, we'll turn the camera off and we'll start again
11  when you're ready, okay?
12      A    Yes.  No problem.
13      Q    Your youngest child Benjamin, where was he
14  born?
15      A    Benjamin was born in Augusta, Georgia.
16      Q    And who is Benjamin's father?
17      A    Roosevelt Pollard.
18      Q    And Roosevelt is --
19      A    My spouse now, current spouse.
20      Q    I know that.  But Roosevelt is who you
21  live in this house with with your two kids?
22      A    Yes.
23      Q    And what does Roosevelt do?
24      A    Roosevelt is a microwave and satellite
25  repairer for the U.S. Army.

0015

1    Q    So he's active duty?
2    A    Yes, he's active.
3    Q    And how long has he been in the Army?
4    A    Seventeen years.
5    Q    And what's his rank?
6    A    He's an E6.
7    Q    And where is he presently stationed?
8    A    At Fort Gordon -- Fort Meade.
9    Q    In Maryland?
10   A    Maryland.
11   Q    And that's why you're living in Odenton?
12   A    Yes.
13   Q    So we're just a stone's throw away from
14   the military base that he works at now, right?
15   A    Yes.
16   Q    Now, after, after you were in the Military
17   Reserves until 1981, did you yourself become active
18   duty Army?
19   A    Yes, in February of 1981 I went active.
20   Q    Why did you go and join the active duty
21   Army?
22   A    Basically for military training, for the
23   job and because of the benefits that the military
24   offered.
25   Q    And how long did you stay active duty in

0016

1  the Army?
2      A    Fifteen years, three days.
3      Q    So you know exactly the date that you got
4  out?
5      A    Yes, I do.
6      Q    Your Army career, both your Reserve career
7  and your active duty Army career, when you were
8  separated, did that entitle you to a pension?
9      A    No, it did not.
10     Q    So are you receiving today a pension from
11  the United States Government --
12     A    No, I am not.
13     Q    -- for your 21 years in of the Reserves
14  plus active duty?
15     A    No, I'm not.
16     Q    Will you be entitled to a pension from the
17  Government because of your military service?
18     A    No, I'm not.
19     Q    How much money does your husband presently
20  earn?
21     A    Yearly?
22     Q    Yes.
23     A    Approximately $38,000.
24     Q    Can you tell us the places that you were
25  stationed and give us a little bit of history of

0017
1   your active duty career in the United States Army?
2       A    Well, my first duty station was at Fort
3   Gordon, Georgia.  That was in 1981.  I left from
4   Fort Gordon and went to Fort Huachuca, Arizona up
5   until 1986.  I left Fort Huachuca and I went to
6   Griesheim, Germany, and I stayed there for
7   approximately two years.  I also was stationed at
8   the Netherlands.  I moved from the Netherlands and
9   came back to Fort Gordon.  From Fort Gordon I also
10  went to Korea, and back to Fort Gordon again where
11  I -- that was my final --
12      Q    Stop?
13      A    -- stop.
14      Q    Where did you meet your husband,
15  Roosevelt?
16      A    I met my husband at the school, the
17  microwave repair school.  He was an instructor and I
18  was also an instructor.
19      Q    And as I understand it, you were coming
20  off of a marriage and so was he?
21      A    Yes, I was coming off of a very rocky
22  marriage.  My husband and I, once we returned from
23  overseas, we became separated.  And that was in
24  1991.  And that's when I met Roosevelt.
25          And he also was coming out of a

0018
1  relationship that was very rocky.  He had only been
2  married for a year, and that year he spent over in
3  Korea, and when he returned, he and his wife was
4  going through a divorce.
5          And I had to wait six months according to
6  the State of Georgia in order to file for a divorce,
7  and in 1992 I became divorced.
8      Q    And when did you and Roosevelt get
9  married?
10     A    We got married in June of 1992.
11     Q    When you left the service, Mrs. Pollard,
12  in 1996, at what rank did you leave?
13     A    E5.
14     Q    And was that with an Honorable Discharge?
15     A    Yes, it was.
16     Q    And is E5, is that a Sergeant rank?
17     A    Yes, it is.
18     Q    What rank does your husband presently
19  have?
20     A    Staff Sergeant.
21     Q    Can you tell us a little bit about your
22  marriage to Roosevelt?
23     A    Well, my marriage to Roosevelt has been
24  very wonderful.  I've finally found the right man.
25     Q    That's because he's from Brooklyn.

0019

1    A   Yes, he is from Brooklyn, New York.

2       Roosevelt and I, by working the same

3  particular job, by working together, we bonded in

4  and that matter where we pretty much so was able to

5  communicate with each other as far as our job

6  descriptions and job titles or what we actually did;

7  he understood what I was talking about.  By being in

8  the Army, if he mentioned something to me of

9  military language, I knew what he was talking about.

10  So in that aspect, we pretty much so knew each other

11  military-wise.

12      As far as companionship-wise, we're both

13  very compatible.  He's a very outgoing person, and I

14  was at one point in time.  We did quite a few things

15  together as far as traveling and bowling and just

16  taking trips on the weekends.  And he was a very

17  good father to my son at that time, who was two

18  years old, that was Lynn.  And then we had a son,

19  Benjamin.  And he's just a great man.

20    Q   You're son, Lynn, he's the 17-year-old

21  now?

22    A   Yes, he is.

23    Q   So he was what, how old was he when you

24  guys hooked up?

25    A   He was two years old.

0020

1    Q   And what is his relationship like with
2  Lynn?
3    A   It's great.  You couldn't tell that he was
4  an adopted child.  Roosevelt is very, sometimes
5  demanding of Lynn as far as his schoolwork, but
6  other than that, he allows Lynn to be himself, and
7  that's what Lynn is like.
8       Lynn's an introvert, he stays home most of
9  the time and he's not very outgoing.  And Roosevelt
10  has brought that shyness out of him to the point now
11  where he goes out on his own and he's willing to
12  take a challenge and do things on his own versus
13  where if I was to have raised him, I think he'd
14  still be an introvert.
15    Q   Now, you grew up obviously knowing -- just
16  changing the focus here a little bit.  You grew up
17  obviously knowing that you had a mother that had
18  breast cancer, right?
19    A   Yes, I did.
20    Q   And then you at a later point in your life
21  had that disease afflict your sister?
22    A   Yes.
23    Q   And as I understand it, you were with your
24  sister at or around the time that she passed away
25  from her breast cancer?

0021

1      A    Yes, I was.
2      Q    Because of the history that you had of
3   having a mom in a family with breast cancer and a
4   sister with breast cancer, did you know that you
5   were at an increased risk for developing this
6   disease?
7      A    Yes, in a way I did, but I was hoping that
8   I wouldn't.  I never drank, I never smoked.  I
9   exercised daily.  I thought I was doing all the
10  right things.  I watched what I ate.  And I thought
11  by doing those things, it would rid my body, or stop
12  my body from getting cancer.  But in this case,
13  genetically -- I think it's within the genes.
14     Q    Okay.  Did you always tell the physicians
15  that were treating you if asked of your family
16  history of breast cancer?
17     A    Yes, that was one major concern that was
18  always with me, and whenever I went in for a
19  mammogram or a Pap smear, I would always tell the
20  doctors that there was a history of cancer in the
21  family.
22     Q    From your perspective, as you look back on
23  your medical history, your medical life, were you
24  ever one that would disregard doctor's opinions,
25  fail to go to appointments, fail to follow their

0022

1   instructions?
2         MR. ADAMS:  Objection.
3     Q    You can answer.
4     A    No.
5     Q    Where were you in October of 1998, where
6   were you living?
7     A    I was living in Augusta, Georgia.
8     Q    And that's when your husband Roosevelt was
9   active duty Army?
10    A    Yes, he was.
11    Q    At Fort Gordon?
12    A    He was stationed in Kuwait.
13    Q    That's right.
14        When did Roosevelt go to Kuwait?
15    A    It was a year's tour, and he had been
16  there approximately six or seven months.
17    Q    And can you describe the tour that
18  Roosevelt had in Kuwait?
19    A    It was considered a hardship tour.  It
20  was -- Kuwait at the time was considered a war zone
21  area, and it's a tour where the service member is
22  not allowed to take their families with them,
23  they're only allowed to go by themselves.
24        And actually the date that he left was
25  December 26th, the day after Christmas.  So he had

0023
1  been there ten months, going on ten months.
2      Q    December 26th, 1997?
3      A    1997 was when Roosevelt left for Kuwait.
4      Q    When was Benjamin born?
5      A    Benjamin was born August of 1997.
6      Q    So when Roosevelt left Benjamin was what,
7  four months old?
8      A    Four months, yes.
9      Q    And the plan was that he would stay in
10  Kuwait for at least a year?
11     A    That was the tour, it was a year's duty.
12     Q    And so in October of 1998, you were living
13  with your two kids but without your husband?
14     A    Yes.
15     Q    And what happened in October of 1998 with
16  respect to your health?
17     A    I was in the shower one morning and as I
18  normally do my monthly breast exams, and I found a
19  nodule that was located on the right lower portion
20  of my breast.
21     Q    Of which breast?
22     A    The right breast.
23     Q    So that nodule that you felt in your right
24  breast in October was a new finding from your last
25  monthly breast exam?

0024

1    A    Yes, it was.
2    Q    And what did you do when you found that?
3    A    I made an appointment to go see the doctor
4  at the hospital.
5    Q    And the medical records in your case, in
6  our case indicate that you gave a history to those
7  doctors of having found this lump or mass two days
8  earlier.
9    A    Yes.
10    Q    Does that comport with your recollection?
11    A    Yes, it was.
12    Q    So is it your recollection that within two
13  days of finding this mass, you were actually in the
14  system at -- in the military medical system seeking
15  attention?
16    A    Yes.
17    Q    And who did you go see?
18    A    The doctor that I went to see was a
19  general surgeon.  His name was Doctor Sees.
20    Q    Spell his last name if you would.
21    A    S-E-E-S.
22    Q    And what did Doctor Sees do?
23    A    Doctor Sees gave me a breast exam.  He
24  took down the history of my family.  I told him
25  about my mother and my sister and my aunt having

0025

1 breast cancer.  And he ordered a needle aspiration,
2 which is a breast biopsy, and which he inserted the
3 needle into that area to find out whether that was
4 cancer.
5     Q    And what did he tell you?
6     A    He said that it came back to be positive,
7 and that I would need to have surgery, and he
8 recommended that I have my husband sent from Kuwait
9 to be with me.
10     Q    How old was your sister Glorious when she
11 died of her cancer?
12     A    Glorious was 29.
13     Q    How old were you when you had your
14 diagnosis in October of 1998?
15     A    I believe I was 43 at the time.
16     Q    Had you -- had you entered menopause as of
17 October of 1998?
18     A    The doctor said I was premenopausal.
19     Q    Were arrangements made to bring Roosevelt
20 back to the States when you were diagnosed in August
21 of 1998 with breast cancer?
22     A    Yes.  Doctor Sees got with the Red Cross
23 administrator that was located at the hospital and
24 requested that he be sent home.
25     Q    And Roosevelt came back?

0026

1     A   Yes, he did.
2     Q   And then you said that there was a -- that
3  there was going to be a surgery scheduled.  What was
4  the purpose of that surgery?
5     A   Well, the first surgery that they did was
6  to remove the nodule.
7     Q   The lump that we're talking about?
8     A   The lump that was found.  And which they
9  did, and they did the biopsy on it.  They went back
10  in November and they did another surgery, which was
11  the lumpectomy, which removed the lymph nodes, and
12  they also biopsied those.
13     Q   The first surgery when the nodule as
14  you've said that you found in the shower, that
15  was -- the first surgery was to remove that nodule,
16  right?
17     A   Yes.
18     Q   And were you told that that nodule was in
19  fact cancer?
20     A   Yes, I did, I was told that.
21     Q   Were you told how big it was?
22     A   They said it was just very small.  At the
23  time that they told me, it was about maybe .5
24  centimeters.
25     Q   Did you understand then what, whether or

0027
1  not that was a good thing, or a bad thing, or
2  anything at all?
3      A   I didn't understand at all.  No.
4      Q   Okay.  Did you understand why you were
5  going in for a second procedure to -- that involved
6  your lymph nodes?
7      A   Doctor Sees stated to me that the tissue
8  around that particular area showed some signs of
9  maybe cancer being present, and he wanted to go back
10  in and remove a little bit more of that tissue from
11  that area.  And in the process, that the majority of
12  women that have breast cancer, usually it spreads
13  into the lymph nodes, and as a precaution, he wanted
14  to remove them.
15      Q   Did he tell you that after he removed them
16  he would look at them under a microscope or have
17  someone look at them under a microscope to see if
18  they were, if they had cancer or they were clean?
19      A   Yes, he did.
20      Q   And did he do that to your knowledge?
21      A   Yes.  As far as I know, he had removed 17
22  of the lymph nodes, and he came back and told me as
23  far as the results, that the pathologist report
24  would show whether they were positive or negative.
25  He couldn't tell me at the time of the surgery, but

0028

1    he would be able to tell me later on.

2      Q    Now, did he ultimately tell you what the

3    results that the pathologist reached were about the

4    lymph nodes, whether or not they had cancer or not?

5      A    He said that the lymph nodes were

6    negative.

7      Q    That they were all negative?

8      A    Yes, all negative.

9      Q    So as far as you knew, in -- as of

10   November of 1998 when you had the second procedure,

11   you had a half-of-a-centimeter-sized nodule?

12     A    Yes.

13     Q    And no evidence that the cancer had spread

14   into your lymph nodes?

15     A    Yes.

16     Q    Now, from October 2nd when you felt -- or

17   the first week of October when you had the fine

18   needle aspiration and then when you followed it with

19   the biopsy, until November 12, I believe it was,

20   when you had the nodal surgery, surgery on the your

21   lymph nodes, did -- did you see an oncologist?

22     A    No, not at that time.

23     Q    At that point in time, during that month

24   period, did anyone talk to you about chemotherapy or

25   radiation or what should be done for your cancer?

0029

1    A    Only Doctor Sees.  He recommended to me
2  that I should get chemotherapy and radiation
3  treatment, and the reason for that was because of my
4  family history.  But he stated that he was not the
5  one to make that final decision, that the oncologist
6  would be the one to do so.  But if -- that would be
7  his recommendation.
8    Q    Did there come a time when you actually
9  saw an oncologist?
10    A    I did not see an oncologist until
11  December.
12    Q    Do you have any understanding why it was
13  that you had a fine needle aspiration in the first
14  week of October which showed that you had breast
15  cancer, and that you didn't see an oncologist until
16  two months later?
17    A    One of the reasons was when I first called
18  the oncologist, which was Doctor Gupta, he said that
19  the reports hadn't come in yet, he didn't have any
20  reports, so there was nothing that he could tell me.
21  So he told me to make another appointment within two
22  weeks, which I did.
23    Q    This first conversation that you had with
24  Doctor Gupta, the oncologist, was that in person or
25  on the telephone?

0030

1     A    That was in-person.

2     Q    Do you remember Doctor Gupta in your

3   mind's eye?

4     A    Yes.

5     Q    Tell me what he looked like.

6     A    He was heavy-set, Asian, around in his mid

7   40s, I would say, Indian features.

8     Q    All right.  After the first visit with

9   Doctor Gupta -- well, during the visit with Doctor

10  Gupta the first time you saw him, did he discuss

11  with you what his plan was for you?

12    A    The first visit?

13    Q    Yes.

14    A    No, we did not discuss any plans at all

15  because he said he didn't have any of the results

16  back at that time.

17        MR. ADAMS:  Objection.  Could we have a

18  time frame for that first visit?

19    Q    Go ahead.

20        THE WITNESS:  The time frame was around

21  the 2nd of December --

22        MR. ADAMS:  Okay.

23        THE WITNESS:  -- 1998.

24    Q    Did you have any idea why these results

25  had not come back?

0031

1     A    No, I do not.

2     Q    Did you have any -- did anyone, anyone at
3    all give you a sense of urgency at that point in
4    time that, about these two months that had passed
5    without any treatment being done?

6     A    No.  The only doctor that I had seen was
7    the general surgeon at that time, and he said that
8    everything looked great, that he felt that he had
9    gotten all the cancer out, and that by the lymph
10    nodes being negative, that everything looked okay.

11     Q    Now, after your first visit with Doctor
12    Gupta, you mentioned that you called him again to
13    make an appointment.

14     A    I called and made an appointment to see
15    him within two weeks' time.

16     Q    Now, at some point around that time, did
17    you understand that you were going to be, or that
18    Roosevelt was being talked about to be transferred
19    over to England?

20     A    Yes.  We had discussed Roosevelt leaving.
21    I had told Doctor Sees that Roosevelt had come on
22    down on orders to PCS to England.  And when I spoke
23    with Doctor Gupta I also notified him that Roosevelt
24    was on orders to go to England.

25     Q    Did Doctor Gupta tell you that that was

0032

1   not a good idea or that he wouldn't clear you
2   medically to go to England?
3       A    No, he did not.  In order for me to go to
4   England, the receptionist said that I -- we would
5   have to make sure that there was a place that was
6   capable of handling cancer patients.  So there was a
7   Tri-Care Manager that was in England that
8   corresponded back and forth with Doctor Gupta and
9   his receptionist that made arrangements and notified
10  them that there was a medical center that was in
11  Leeds that handled patients, that administered
12  chemotherapy and radiation to the patients.
13      Q    Your second visit in the office with
14  Doctor Gupta, what happened during that visit?
15      A    When I spoke with Doctor Gupta the second
16  time, as I stated, that was around the middle of
17  December, he told me that the cancer was borderline.
18  It was very small, and that he wasn't very sure of
19  how he would go about treating it.  That he would,
20  if I was to go to England, that he would get with
21  the oncologist and they would come up with a
22  decision on how he would treat it.  But he never did
23  give me a direct answer of how he would go about
24  treating that cancer.
25      Q    Well, was he telling you -- did he -- was

0033

1  it your understanding that he was going to speak
2  with doctors in England about you?
3      A   Yes.
4      Q   And was it your understanding that the
5  purpose of that conversation was to determine a
6  treatment plan for you?
7      A   Yes.  The reason being, he said also that
8  he had not gotten all the results back at that
9  particular time.
10     Q   As of the second visit?
11     A   As of the second visit, yes.
12     Q   Now, after that second visit, in the
13  military, in order for you to move to England and be
14  with your family, or your husband, did Doctor Gupta
15  have to sign off on that as being acceptable?
16     A   Yes.  In order for myself to go to
17  England, my husband had to enroll me in the
18  Exceptional Members Program, and this is a program
19  that in order for a member of the family to go, have
20  to have a medical facility that allowed them, or
21  that is capable of treating them for the condition
22  that they have.
23     Q   Okay.
24     A   So those papers had to be filled out for
25  me to be released to go to England.

0034
1    Q    During your second visit with Doctor
2  Gupta, did he make a recommendation to you as to
3  what types of treatment, if any, you should have for
4  your breast cancer after your surgery?
5    A    No, he did not.
6    Q    At any time between that visit with Doctor
7  Gupta afterwards, ever, did Doctor Gupta ever tell
8  you what type of treatment he thinks you should have
9  or recommends that you should have had because of
10  your breast cancer?
11    A    No, he did not.
12    Q    In December of 1998 then, as of the time
13  that you were getting ready to pack up and move to
14  England, you hadn't had any chemotherapy or any
15  radiation?
16    A    No, I did not.
17    Q    And then as I understand it, you took a
18  couple of weeks off and went to visit your
19  mother-in-law in Brooklyn, New York?
20    A    Yes.
21    Q    And then sometime in middle of January,
22  the Pollard family shipped out and went overseas to
23  begin your life in Leeds or near Leeds in --
24    A    Harrogate.
25    Q    And you got there on January 19th?

0035

1     A   Yes, we did.
2     Q   And you made contact with the Tri-Care
3  people in England?
4     A   The Tri-Care Manager, yes.
5     Q   And the purpose of making that contact
6  with Tri-Care?
7     A   To establish the appointment with the new
8  oncologist and the general surgeon.
9     Q   And when did you first get to see an
10  oncologist in England?
11     A   It was approximately two weeks later
12  because she had to enroll us in the program for the,
13  to be seen on the Economy, which is be seen by an
14  English physician.  The U.S. Military paid for the
15  visits, but it had to be prearranged before.
16     Q   So it was sometime in early February?
17     A   Yes.
18     Q   So as I understand it then, after your
19  cancer was diagnosed in October of 1998, you had two
20  visits with Doctor Gupta in the United States,
21  right?
22     A   Yes.
23     Q   You then had your next visit with an
24  oncologist not until February of 1999; is that
25  right?

0036

1    A    Yes.
2    Q    And from October of 1998 until February of
3  1999, you didn't get a single round of chemotherapy
4  or any radiation treatment?
5        MR. ADAMS:  Objection.
6    Q    Is that right?
7    A    No.
8    Q    And when you went to see the British
9  oncologist, who was that?
10    A    That was Doctor Dodwell.
11    Q    And what did you tell Doctor Dodwell?
12    A    I told him also the family history, about
13  my mother, sister, and my aunt.  I also told him of
14  the surgeries that I had had performed in the
15  States, and I told him I had spoken with Doctor
16  Gupta who he would be coordinating with as far as my
17  treatment is concerned.
18    Q    To your knowledge, did Doctor Dodwell and
19  Doctor Gupta speak with each other?
20    A    To my knowledge, Doctor Dodwell told me
21  that he had spoken with Doctor Gupta and that they
22  had come to a recommendation on how I should be
23  treated.
24    Q    And from your testimony, as I understand
25  it was that, was this now the recommendation that

0037

1  you understood you would be getting concerning your
2  treatment?
3     A   Yes.
4     Q   And what was the recommendation that was
5  given to you sometime in February of 1999 for your
6  cancer?
7     A   Doctor Dodwell told me that the
8  recommendation was that I receive radiation
9  treatment and not chemotherapy.
10    Q   And you went and had your radiation
11 therapy?
12    A   Yes, I went and had the radiation.
13    Q   How many times?
14    A   It was a total of 25 days.
15    Q   Let me back up now and ask you a few
16 questions about October and November and December of
17 1998.
18        Did Doctor Gupta or any other physician
19 at -- in Georgia or any other physician employed by
20 the United States ever sit down and explain to you
21 what your different treatment options were?
22    A   No.
23    Q   Did Doctor Gupta tell you what the risks
24 and benefits of chemotherapy would be?
25    A   No.

0038

1     Q    Did he tell you that he thought that you
2   should have chemotherapy?
3     A    No.
4     Q    Ever?
5     A    He never mentioned chemotherapy.
6     Q    If Doctor Gupta had discussed with you the
7   risks and benefits of chemotherapy, and if he had
8   told you that he believed that chemotherapy would be
9   beneficial in your case, would you have taken it?
10          MR. ADAMS:  I'm going to object.
11          Go ahead and answer.
12     A    Yes.
13     Q    Any question in your mind?
14     A    No.
15     Q    Why not?
16     A    Because I knew what's going on in the
17   States, I knew how they would treat me in the
18   States.  I was going to a place where I had no
19   knowledge of how their system worked or their
20   doctors.  I was familiar with the system, what was
21   being provided to me.  So if he had told me,
22   Veronica, I want you to take chemotherapy and
23   radiation treatment, then I would have taken it.
24     Q    In the States?
25     A    In the States.

0039

1     Q    And would you have been permitted to
2   remain in the United States to take that therapy
3   despite the fact that your family had plans to move
4   to England?
5          MR. ADAMS:  Objection.
6     A    Yes.
7     Q    Under what set of circumstances?
8     A    My husband could have went ahead of us and
9   set up housing.  He could have taken the children
10   with him, which would have freed me up to be able to
11   take the treatments.
12     Q    Could he have stayed in the States --
13     A    Sure.
14     Q    -- your husband?
15     A    He could have stayed there.  All he had to
16   do was make a phone call or have the doctor make a
17   phone call to his district manager, his branch
18   manager, and his orders would have been either
19   rescinded or he'd have been placed on hold until
20   another assignment came down.
21     Q    During your discovery deposition you were
22   shown a letter by Doctor -- written by Doctor Gupta?
23     A    Yes.
24     Q    I'm going to show that letter to you now
25   and then we'll have it marked as Plaintiff's Exhibit

0040

1  No. 1, which is a letter bearing the date of
2  December 16, 1998.
3          Now, when Mr. Adams was questioning you,
4  he asked you to read this into the record, so I'm
5  sure that you remember it, but do you see in that
6  letter where Doctor Gupta says in December of 1998
7  that he recommends chemotherapy for you, Veronica
8  Pollard?
9      A   Yes.  This states the fact that she is
10  premenopausal and that her receptors were negative
11  make me favor recommending adjuvant chemotherapy and
12  with adriamycin and cytoxan for four cycles.
13      Q   If Doctor Gupta had recommended
14  chemotherapy in the matter in which he wrote that in
15  your letter and you had refused, would there be some
16  record of that refusal?
17      A   Yes, it would have been.
18      Q   In what matter?
19      A   In order for me to have gone overseas, my
20  travel would have been disapproved.  Therefore if I
21  had turned down taking the treatment necessary, I
22  would have had to sign a waiver refusing treatment.
23      Q   Was it Doctor Gupta who ultimately cleared
24  you to go overseas?
25      A   Yes.

0041
1        MR. ADAMS:  Objection.
2     Q    This letter that you're now looking at
3  bearing a date of December 1998, when was the first
4  time, Mrs. Pollard, that you saw this letter?
5     A    March of 2000 when my husband went to pick
6  up the records from the British hospital.
7     Q    Why was your husband going to pick up
8  records in March of 2000 from a British hospital?
9     A    Because we had no records whatsoever.
10  They were not forwarded to the medical center at
11  Menwith Hill.  They were forwarded to the
12  oncologist, the British oncologist.
13    Q    Thank you.
14         In March of 2000, you were seeing doctors
15  in England, right?
16    A    Yes, in March of 2000.
17    Q    And when were you diagnosed again with
18  cancer?
19    A    That same month.
20    Q    March of 2000?
21    A    March of 2000.
22    Q    Breast cancer?
23    A    Yes.
24    Q    Was there cancer other places other than
25  your breast?

0042

1     A    There was, at the time, there was a nodule
2    that was on the sternum in the middle of my chest
3    area, but it was -- they had not did a biopsy on
4    that.  They didn't do the biopsy on that until I had
5    the surgery in April.
6     Q    And ultimately it was determined that you
7    had cancer again in your breast and cancer in the
8    form of a nodule on your sternum?
9     A    Yes.
10     Q    Has Doctor Gupta or anyone at Fort Gordon
11    ever offered you an explanation as to why you never
12    received your chemotherapy?
13          MR. ADAMS:  Objection.
14     A    No.
15     Q    Now, the radiation took 25 days, right?
16     A    Yes.
17     Q    And at some point in, later on in your, in
18    September of 2000 you had, you did undergo four
19    cycles of chemotherapy for your breast cancer,
20    right?
21     A    From June to August.
22     Q    So that takes three months?
23     A    Yes.
24     Q    And the radiation takes one month?
25     A    Yes.

0043

1    Q    So the four cycles of chemotherapy and the
2  one cycle of radiation combined take around four
3  months to complete; is that right?
4    A    Yes.
5    Q    Let me just bring you forward a bit.  What
6  happened in the spring when you were in England with
7  your family?
8    A    It was in February.  I was working, and I
9  was experiencing chest pains.  And I felt a nodule
10  that was in the middle of my chest area.  And I went
11  to the doctor at the time who was a general surgeon,
12  Doctor Knox, who was a British surgeon, and I told
13  him about the nodule that had shown, that had shown
14  up.  And it was about an inch sticking out from the
15  sternum area, so it was very visible.
16        And at that time he did an examination on
17  me, he said there was nothing for me to worry about
18  because the nodule was not cancerous, it was a bone
19  protrusion of the rib cage.  He called it
20  costochondritis.  And he said give it to two weeks
21  and it will disappear.  And as far as the pain was
22  concerned, he would not administer any medication
23  for it, that it would go away on its own.
24    Q    Did it go away?
25    A    No, it did not.  The pain persist and it

0044

1  got even worse than it was before.  I went back to
2  the medical center, the military medical center on
3  the installation that, where we were stationed,
4  Menwith Hill, and I spoke with the doctor there.
5  And she said, go see the oncologist.  And when I
6  went to see him, he also agreed with what Doctor
7  Knox had said and said that it would go away.
8       But the pain continued to persist, and so
9  she recommended, and my husband recommended that I
10  go see an American doctor because of the pain.  And
11  the pain tablets that they were giving me at the
12  clinic was not stopping the pain.  So she wrote a
13  consultation for me to go to Laken Heath, which is
14  48th Medical Group in England, and see an American
15  doctor, and which I did.
16      Q    And what happened then?
17      A    When I went in, he did an examination and
18  immediately he said he wanted to do a biopsy, that
19  he did not think that the diagnosis that was given
20  to me by Doctor Knox was a correct diagnosis.
21       So he did a needle biopsy, and he wanted
22  to do the surgery to remove also a nodule that was
23  found in the lower right breast area.  And he said
24  during that time when he would do the surgery, as he
25  was doing the surgery, he would also do a biopsy of

0045
1   that big nodule that was located in my chest area.
2       Q    Mrs. Pollard, let me stop you for a
3   second.  From the time that you moved to England
4   until the time that you're now describing, were you
5   continuing with your monthly self-breast
6   examinations?
7       A    Yes, I was.
8       Q    Go ahead, I'm sorry.
9       A    When he did the surgery and he removed the
10  first nodule on the right side, he found that the
11  tumor mass that was located in the chest was
12  actually a cancerous tumor, and he immediately
13  notified me that they did not, as far as the Air
14  Force or Army, did not have the facilities other
15  than on the Economy to provide any medical care for
16  me, that I would have to be medevac'd.
17      Q    Let me just make sure that we're clear.
18  When you talk about the tumor that was in the chest,
19  you're not -- you're talking about the tumor that
20  was thought to be this bony thing on your sternum,
21  not cancer of the lung or anything --
22      A    Exactly.
23      Q    -- anything like that --
24      A    Correct.
25      Q    -- right?

0046

1     A     Correct.

2     Q     Okay.

3     A     What had been described as being a bony

4  mass and called -- named costochondritis was

5  actually a cancer tumor.

6     Q     Okay.  So how did you get back home?

7     A     I was medevac'd.  The military put me on

8  an airplane and sent me here to Eisenhower -- to

9  Walter Reed.

10     Q     Walter Reed.

11     A     I'm sorry.

12     Q     In Washington, D.C.?

13     A     Yes.

14     Q     And who, under whose care did you come

15  when you got to Walter Reed, do you remember?

16     A     My first physician that I saw was an

17  oncologist Doctor Brooks.  Doctor Brooks did an

18  examination on me.  He immediately recommended that

19  I have four cycles of chemotherapy.  He also did a

20  needle aspiration of a nodule that was on my bone

21  collar, which was also cancerous.  So I went through

22  those four cycles of chemo.

23     Q     When was that?

24     A     This was from June to August of 2000.

25     Q     When you talk about a cycle, how does a

0047

1   cycle work in chemotherapy?  What does that mean?
2       A    A cycle is an administration of the
3   adriamycin and cytoxan in through an intravenous
4   into the arm.  In this case I had to have a port
5   that was surgically implanted into my forearm, which
6   is still located there, and it is given once a week.
7       Q    Once a week for 12 weeks?
8       A    Up until the fourth cycle, yes.
9       Q    Can you tell us, tell us about the
10  chemotherapy.  Tell us about the first cycle.
11      A    The first cycle wasn't bad.  I was given
12  medication to calm me down because my blood pressure
13  at that time was extremely high even though I was on
14  medication for it.  And it kind of made me doze off
15  for maybe two or three hours while they injected the
16  chemo into my forearm.
17          The second cycle was when I started
18  experiencing loss of appetite.  I began to
19  experience hair loss, and I just was tired, I began
20  to feel tired.  Every time I went, my blood pressure
21  was up so they would automatically, when I went in
22  from there on, give me something to calm my nerves
23  as they would say because I was extremely nervous
24  and I was experiencing something that I didn't know
25  what was going, quite going on.

0048

1          The third cycle, I had lost all my hair.
2    I was washing my hair one day in the shower and
3    preparing to go to the doctor that morning and big
4    hand clumps of hair came out.  And not only my hair
5    on my head, my body hairs, my eyebrows, all my hair
6    started coming out.  Everything that I ate taste
7    like metal.  I had nausea all times of the day.  It
8    didn't matter whether I was eating, or whether I was
9    sleeping.  I would wake up and I would have nausea.
10   So they gave me a prescription for Ativan for the
11   nausea.
12          I lost a lot of energy, and I was
13   prescribed vitamins, and at one point Procrit, which
14   they said reproduced the white blood cells so they'd
15   keep my immune system up and give -- allow me to
16   have some energy in order to get around.
17          By my fourth cycle I had started wearing
18   wigs.  I began to lose weight.  When I first started
19   the chemo I was weighing 172 pounds.  And now that
20   I'm finished, I'm at 144, and which I've gained ten
21   pounds within the last three months.  My fourth
22   cycle was August 4th, and they moved it up to August
23   the 3rd because I had to fly to Jacksonville,
24   Florida where my mother was terminally ill with
25   cancer.  And she passed August 4th, which is also my

0049

1  daughter's birthday.
2       So my chemo wasn't very, very good for me
3  at that particular time because during the time that
4  I was there in Florida, I had to visit the Emergency
5  Room several times because I was just, I was just
6  ill.  I kept vomiting.  I had infections where I was
7  having sores in my mouth.  I had ear infections
8  where I had a nodule that came up in my ear that I
9  had to -- it was like having migraine headaches.
10  And they treated me for that, they gave me an
11  antibiotic and ear drops for that.
12       So during my time there, I was trying to
13  help my sister and brother prepare for my mother's
14  funeral, and then I returned back.
15     Q   Were you able to be with your mother when
16  she passed away?
17     A   By the time I got there, my mother was,
18  had lapsed into a coma.  And my brother had said the
19  day before that she had been up and asking that I
20  get there.  And I had spoke with her on the
21  telephone and I told her I had one more cycle of
22  chemo that I had to take because they wouldn't let
23  me go without taking that last cycle.
24       And when I got there, all the rest of my
25  family had arrived.  I wasn't able to verbally talk

0050

1  to her, but as I talked to her, I felt her squeeze
2  my hand, and I knew that she knew that I was there
3  because she knew I was coming.  I told her I would.
4      Q    Okay.  Let me try to move you along.  And
5  what happened in August when you finished with the
6  chemotherapy?
7      A    When I came back and I got with Doctor
8  Brooks and he said that I would have to have a
9  mastectomy.
10     Q    Why?
11     A    Because the cancer was continuously
12  spreading, and that there was cancer cells all over
13  that breast area, and that that breast would have to
14  be removed.
15     Q    Is this the same breast that you had the
16  cancer removed from in 1998?
17     A    Yes, it's the same breast.
18     Q    And when did you have the mastectomy?
19     A    In September 2000.
20     Q    What was going on in your family at that
21  time?  We're now September 2000.  The boys that are
22  living with you are -- what's Benjamin then, two,
23  three?
24     A    Benjamin was three.
25     Q    Did he know what was going on?

0051

1      A    No.  At that time, he -- he had no idea.
2  He knew Mommy had lost her hair.  And what my
3  husband did to make it not seem so odd was he cut
4  all of his hair off.  He cut Benjamin's hair down
5  low and he says, now we all are bald.  So he made it
6  into a game for us.
7          Lynn was being transferred from England to
8  the States.  He was going to Fort Meade High School,
9  so it was a change for him.  And he went through a
10  state of depression because he was afraid that he
11  was going to lose his mother.  So even though he was
12  old enough to understand, he went into a shell.
13  I -- he got to the point he wouldn't let me out of
14  his eyesight.  He stayed with me around the clock.
15  As soon as he'd come home from school, he would come
16  to the bed and he would stay there until it was time
17  for him to eat, and then he would come back in his
18  room and do his homework.
19          And Benjamin, I got to the point where I
20  wasn't able to take care of Benjamin, so my
21  mother-in-law took Benjamin back to New York with
22  her.  She came, she met me, as a matter of fact,
23  when I got off the plane from England and she stayed
24  here with me through my chemo to take care of
25  Benjamin, but she couldn't stay through the whole

0052

1  time.
2        And once Roosevelt got stationed at Fort
3  Meade, then she went back to New York.  So she took
4  Benjamin back with her because I wasn't in any shape
5  to take care of him.  She kept him until February of
6  2001.
7    Q    What about your husband, how was he
8  dealing with all of this at that time?
9    A    My husband was a nervous wreck.  He blames
10  me for his gray hair showing.  He is totally gray.
11  He wasn't dealing with it very well because at the
12  time when we first went to the doctor after the
13  mastectomy, my chances of survival they told him was
14  two years.  So we wasn't sure of what to do.  We
15  didn't have a place to stay.  We talked with my case
16  manager at the hospital and she provided us with a
17  place to stay.  We didn't have a car.  We had to
18  rent a car, which was taking all our savings.  Very
19  little -- either of us was eating very much.  The
20  kids wasn't eating very much.
21        Roosevelt wasn't sure what unit he was
22  assigned to, or he had to go back to England and
23  out-process there, and they -- he had to get the
24  housing and close out housing over there before we
25  could, was able to get housing here because he

0053

1   cannot have two places -- two residences, he
2   couldn't have a residence there, which we lived in
3   Government housing there, and have one here.  So we
4   could not move in housing here until he cleared
5   housing in England.
6            And so he went and he did that.  So that
7   was wear and tear on him; he was traveling back and
8   forth.  And the fact that just worrying about me, he
9   was just surviving, he wasn't really functioning.
10  He and I would cry together because I didn't know my
11  outcome, and things just did not look very well.
12  And he watched me go from being a flower to being a
13  dead weed.  And that's the way I felt at the time.
14     Q    Did things get better for you after the
15  chemotherapy?
16     A    No, they didn't.  After the chemotherapy,
17  it was recommended to me to have a bone marrow
18  transplant because, once again, the cancer was
19  likely to spread according to the pathologist's
20  report that was received.  I was turned over from
21  Doctor Brooks to Doctor Myhand, who is the chief
22  oncologist at Walter Reed.
23     Q    Do you want to take a break for a few
24  minutes?
25     A    Yeah, please.

0054
1          MR. KLORES:  Yeah, I think so.
2          Let's go off the record, please.
3          VIDEOGRAPHER:  We are going off the record.  The
4   time is now 2:09 p.m.
5          (Break taken.)
6          (Exhibit Nos. 1 and 2 were marked for
7   identification and attached to the transcript.)
8          VIDEOGRAPHER:  We're back on the record.  The
9   time is now 2:23 p.m.
10  BY MR. KLORES:
11     Q    Mrs. Pollard, before I move on to
12  something, just two matters of housekeeping.  The
13  first is, you've already looked at Exhibit No. 1,
14  which is the December 16th letter.
15     A    Yes.
16     Q    And then you've been good enough to run
17  off on your computer a copy of your resume which
18  I've marked as Exhibit No. 2.  And is that an
19  accurate copy of your current resume?
20     A    Yes, it is.
21          MR. KLORES:  I'd move Exhibits No. 1 and
22  No. 2 into evidence at this time.
23          MR. ADAMS:  No objection to 1, but
24  objection to 2.
25  BY MR. KLORES:

0055

1    Q   Can you describe for the Court the, what a
2  bone marrow transplant is?
3    A   It's total radiation treatment for the
4  whole entire body.  And what they do is they
5  removed -- it's like having, being placed on a
6  dialysis machine.  And they remove your white blood
7  cells from your body, and they harvest them, and
8  they give you massive doses of chemotherapy.  The
9  first -- if they -- it takes between one to five
10  days for them to do the harvesting of the white
11  cells, and that's connecting you up to the machine
12  and sending your blood through.
13    Q   You had this at Walter Reed?
14    A   I had this at Walter Reed.
15    Q   And when?
16    A   This was in 2000, October of 2000.
17    Q   Do you stay in the hospital or was this an
18  outpatient?
19    A   No, you stay in the hospital.  The reason
20  that you stay in the hospital is because your body
21  goes down to a level that you're able to
22  contaminate -- be contagious to anything, and they
23  call that zero day where your body is just at its
24  weakest point because of the loss of the white blood
25  cells not being present.

0056

1      Q    Is the idea at the outset to remove all of
2    the white blood cells of your body?
3      A    No.  They harvest like 10,000 of your
4    white blood cells and they freeze them.  And when
5    they get enough and they send that, the
6    chemotherapy, send your body through the
7    chemotherapy, then they replace the stem cells back
8    into the body.  What they do with them is they
9    freeze them until it's time to replace them back
10    into your body.
11          So what I did -- when I went in for the
12    bone marrow transplant, I had that done, I had to
13    stay in the hospital.  During that time, you have no
14    appetite.  You lose weight.  You're constantly
15    nauseous.  I developed joint pains, numbness in my
16    feet, numbness in my hands.  There was what you call
17    a tube in which they place into your neck in which
18    they connect the machine up to, and this tube is
19    where they actually put the chemotherapy, take the
20    blood in and out.
21          During that time frame, I went through the
22    first bone marrow transplant from October to
23    November; I was released to come home just before
24    the Thanksgiving holiday.  Then I was to return,
25    which I did in January for the, the T cell

0057

1  replacement.
2     Q    What was your condition when you got home
3  in November?
4     A    I wasn't able to do anything.  I was
5  bedridden.  I was given Ensures and Boosts to drink,
6  and half the time that wouldn't stay down.  I wasn't
7  able to walk very far because of tenderness up under
8  my feet.  It was like my feet was burning and
9  cracking.  My nails had turned dark.  They peeled
10  off.  As a matter of fact my nails, my fingernails
11  and my toenails completely came off.
12          Every two days my husband had to flush
13  this tube that used to hang out of my neck, he had
14  to cleanse it so that it wouldn't clog up.  During
15  that time I developed a blood clot from that tube
16  being placed in my chest where they had to give me a
17  blood thinner and place me on that, and -- for a
18  while for it to break that clot up.
19          So I ate very little.  I lost a lot of
20  weight.  The hair that had started growing back in
21  September --
22     Q    Gone.
23     A    -- I lost that again.  So -- I had very
24  little control of my bodily functions at times,
25  and --

0058

1    Q    When you -- are you talking about bowel
2  and bladder?
3    A    Yes.  Yes.  So I was placed on what you
4  call, I guess a Pamper, so to speak, like a baby.
5    Q    Diaper.  Is everyone -- were you living
6  here in this house?
7    A    No, we were staying in an apartment at the
8  time.
9    Q    Were both boys with you?
10    A    Both boys was there.  It wasn't until
11  after November -- well, actually February was
12  when -- November is when my mother-in-law took my
13  son to live with her, the baby to live with her.
14  But because Lynn was in school and he had just
15  enrolled in a new school, it was best that he stay
16  with his father.
17        And so they would come out to the hospital
18  and they would spend the night with me and spend the
19  weekends.  And half the time I didn't know they were
20  there, but they were there.
21    Q    So the T cell, that's different than the
22  bone marrow?
23    A    Yes.
24    Q    How is that different?
25    A    The bone marrow is where they're actually

0059

1  doing the harvesting.  The T cells is actually doing
2  the replacing.
3      Q    Is the T cell replacement as bad as the
4  bone marrow?
5      A    Yes, it's basically the same because your
6  body still goes back down to zero day where you're,
7  you're very weak.  You have the sores, which they
8  call mucositis, sores develop in your mouth.  In my
9  case it developed in my esophagus and it went down
10  into my stomach area, so therefore I couldn't
11  maintain any food.  I became anemic, and plus my
12  blood pressure was up.  I had edema of the feet and
13  legs, which they would swell up, and so walking
14  became very difficult.
15         During one stay in the hospital, I ended
16  up in what they call a MICU, the ICU unit because I
17  developed fluid in my lung area, and I began
18  coughing one night and I wasn't able to stop the
19  coughing.  I lost all bodily functions, I wasn't
20  able to control my urine or my bowels, and so they
21  put me into the ICU unit and they administered
22  medication for me to, first of all, get me calmed
23  down so that my blood pressure would go down.
24         I stayed there for about, approximately
25  three or four days and -- before I returned to the

0060

1   unit.  So that was a scare.  The doctor at that
2   particular point came and asked me did I have a
3   living will, and told me that the possibility of
4   survival was very slim because of that fluid being
5   in my lungs.  So we went through that scare, but I
6   managed to pull through.
7       Q   I just need to bring you back to this time
8   and ask you, in your -- mentally, all of this time
9   that you were in the hospital --
10      A   Yes.
11      Q   -- how were you dealing with this and
12  making yourself able to live with what's going on in
13  your head?
14      A   Well, I rely spiritually.  My emotions
15  were shocked and the only thing I could rely on was
16  believing, having my faith and believing in God.
17  Knowing that I had a four-year-old, at the time a
18  three year old, I wanted to be there for him so I
19  had to be strong.
20          My mother-in-law would call every day on
21  the phone and put him on so that I could talk to
22  him, and sometimes I would be to the point I
23  couldn't talk to him because I would either be
24  drugged up off the morphine or the Ativan or
25  whatever they were giving me at the time, I was just

0061

1  out of it, and I couldn't talk to him or my husband
2  or my other son as far as that matter when they came
3  to visit.
4        But I had a couple of the Chaplains at the
5  hospital would come to visit me, and we would pray.
6  And the nurses, and I called them my angels, my
7  guardian angels because they watched over me.  And
8  spiritually they would motivate me.  So that's the
9  only way I think I made it through, was by the help
10  of God.  Other than that I don't think I would have
11  made it.
12      Q    How was your husband doing at the time?
13      A    My husband was a total wreck.
14      Q    Still.
15      A    Still.  He would come in and make sure
16  that I was clean.  He would wash me.  Even though
17  the hospital would do it, sometimes between their
18  having someone clean me up and his visits, I would
19  either have vomit on myself or waste on myself, so
20  he would come in, he would clean me up.  He would
21  make sure that I wasn't in pain.  And I stayed cold
22  all the time, so he would, he bought me an electric
23  blanket and he put it on the bed so that I would
24  stay warm.
25        They encouraged me to walk as much as

0062

1  possible, so when my husband would come, he would
2  get me up out of bed, and even though I could only
3  go so far, he would walk me up and down the hallways
4  and he would -- he was my encouragement.  He would
5  say, baby, you got to do this, you got to do this,
6  if not, I don't know what I'd do if I lost you.  And
7  he would tell all the nurses and the doctors in the
8  hospital that if I was to die that he would move
9  into a single-wide trailer and, out in the country
10  and he would raise my son out in the woods because
11  he don't think that he could deal with being around
12  people anymore.
13        So he was my inspiration as I to him, as
14  well as having, you know, my son.  He had to show
15  him, and I guess teach him about being a man, what
16  part, that part of being a man, the sensitive side
17  of being a man, not always just being strong, but it
18  was okay to cry, it was okay to feel pain, and to
19  know that someone else is hurting and to sympathize
20  with them.  So he taught him a lot in -- during that
21  period of time.
22        But emotionally when he would go to work,
23  he was no good to them, so they would send him back
24  home because they would tell him, your mind is not
25  here on your job and you're not functioning

0063

1  properly.  Half the time he wasn't sleeping because
2  I would wake up at night and he would still be
3  sitting in the room wide-awake watching me, and then
4  he would get up the next day and try to go to work.
5  So he was not -- he was not functioning very well at
6  all.
7      Q    Did you have reconstructive surgery from,
8  after the mastectomy?
9      A    No.  I was told that I could, but
10  unfortunately for me I've not been able to.  The
11  reason being with the reconstruction, they told me
12  that I would have to wait for at least a year,
13  especially after having the bone marrow transplant,
14  because I wasn't strong enough to have it.
15          By the time I did go to check in for it, I
16  come up with the cancer now that's on the lung area.
17  When they did the surgery, they cut the back muscle
18  from around here all the way around to the back
19  (indicating) and they cut those nerves, so now it's
20  virtually impossible for me to have reconstructive
21  surgery, and due to the fact that can't do the
22  transreconstruction because they take the muscle
23  from the abdomen and bring it up to the breast area.
24  By me having a hysterectomy and having that incision
25  down in the front, that stops me from having that

0064

1  particular surgery.  So reconstruction is just out
2  of the question.
3       The last time I talked to the plastic
4  surgeon, he told me that I should be enjoying my
5  quality of life as it is now because as it stands as
6  of today, we're not sure how much longer I would
7  have as far as my survival.  So rather than to put
8  myself through trying to have reconstructive
9  surgery, which I don't have enough tissue to do,
10  it's best that I enjoy my family.  So that's not
11  even an option anymore.
12     Q    You had mentioned the cancer in the lung.
13  And so after the last, after the T cell, is there a
14  period of time that you were released from the
15  hospital and home?
16     A    I was released in February of 2001.
17     Q    And when was the diagnosis of lung cancer
18  made?
19     A    January of 2002.
20     Q    And during the year 2001, can you describe
21  for us what your condition was like?
22     A    Well, slowly I began to get better.  I was
23  constantly going back and forth to the doctor
24  because they were doing lab work to make sure that,
25  to check the markers to see what level of the

0065

1   marker.  Every three months I would have a CAT scan
2   and a bone scan to see whether the cancer was
3   spreading.
4          I was still dealing with healing from the
5   mastectomy, so I had very little use in my right
6   arm.  My fingers and hands were still numb.  My feet
7   were very tender.  I lost around about, I guess 50
8   percent of nerves in the feet area.  So even as I
9   speak to you now, my hands and my feet have numb
10  areas.  I still had joint pains, nausea.  It took
11  about six months for me to begin to taste food
12  again.
13      Q   What's the joint pain from?
14      A   The joint pain was from the bone marrow
15  transplant.  Because of the large dose of chemo that
16  the body experiences, it sometimes damages the
17  nerves, which at the time when I was having it, the
18  doctors said that the sensation would return, but it
19  didn't return fully.  Most of it did recur, but some
20  of it is still there.  So --
21      Q   Why do you take the morphine?
22      A   Because of the joint pains.  Without it, I
23  ache constantly.  My knees, I get to the point I'm
24  not able to go up a flight of stairs.  My ankles
25  hurt, my knees, from my knees to my hip area, when I

0066

1  lay in the bed, if I lie in the bed too long on one
2  side, it's like a cramping sensation that goes from
3  your pelvis all the way down into your leg area.
4         So I was on Percocet.  And I got to the
5  point where the Percocet, it was, it was helping but
6  it would not totally take away the pain.  And of
7  course Percocet bring on more problems such as
8  constipation and also nausea, the nausea was still
9  there.
10         When I went in the hospital in February,
11  they put me on the morphine again, which I was on
12  prior when they did the bone marrow transplant and
13  the T cell replacement, but they put me back on it
14  when I was in the hospital for the lung surgery.
15  And when I got out, I began to take the Percocet
16  again and it didn't have any effect on the pain.  So
17  the doctor recommended that I continue to take one
18  morphine tablet a day because I think my body began
19  to get immune to the Percocets.  It wasn't helping
20  anymore.
21     Q   So you take morphine every day?
22     A   Yes, I do.
23     Q   In January of 2002 you had surgery on your
24  lung?
25     A   Yes.

0067

```
 1    Q    And that's because cancer was found in
 2  your lung.  Which lung was it?
 3    A    The right lung.
 4    Q    And where was that operation done?
 5    A    It was done at Walter Reed.
 6    Q    Is it your understanding that the cancer
 7  that you have in your lung that you were operated
 8  for in January of 2002 is, comes as a result of your
 9  original breast cancer?
10         MR. ADAMS:  Objection.
11    A    Yes, it is part of the breast cancer.
12    Q    What type of operation did you have,
13  Mrs. Pollard, in January of 2002?
14    A    They went in to do a lumpectomy, but they
15  did a wedge instead because -- excuse me -- the
16  lumpectomy was where they would have to take the
17  whole entire portion of the lung out.  They did a
18  wedge because the area in size was small, and they
19  felt that by doing that, that they would be able to
20  get all the cancer out.
21    Q    Were you beginning to feel sick at the end
22  of 2001; had something happened that made you
23  follow-up?
24         MR. ADAMS:  Objection.  Leading.
25    A    No.  I wasn't -- I was not ill.  I went in
```

0068

1   for my routine checkup, routine CAT scan and routine
2   bone scan, and they saw it on the CAT scan.  And
3   they did a follow-up of, what they call an FDG where
4   they could measure it in size.  And that's when they
5   realized that it had grown in size.  It was always
6   there, but when I first got here in June, it was a
7   little dot, a little spec.  And from the time that I
8   got here in June up until January, it had grown, it
9   had grew in size to about one centimeter in size.
10  And by them saying that it was growing, they
11  determined that they would have to take and remove
12  that portion of the lung.
13       Q    And as I understand it, you've had a CAT
14  scan since January of 2002 at Walter Reed, CAT scan
15  of your chest and of your lungs?
16       A    Yes, I've had a CAT scan recently, and
17  that CAT scan is showing that there are nodules that
18  have developed in the right and the left lung.
19       Q    As we sit here today, Mrs. Pollard, are
20  you able to do any work around the house?
21       A    There are little things, such as maybe
22  cooking in the kitchen.  I'm not able to reach up
23  over my head to get pans out of the cabinet or bend
24  down to get pots out of the cabinet, so I have my
25  oldest son help me in the kitchen most of the time.

0069

1  He's my assistant.
2     Q    Who does the cleaning in the house, the
3  vacuuming, the floors, the --
4     A    My son and my husband.
5     Q    And who does the laundry?
6     A    I do the laundry, me and the four-year-
7  old.  I take the clothes out of the washing machine
8  and he puts them in the dryer.  And then my husband
9  when he comes home, he folds the clothes and put
10  them up.
11     Q    Now, can you describe for me today what a
12  normal day is like in the Pollard household?
13     A    A normal day consists of me waking up
14  around about 9:00, 9:30 in the morning.  I start out
15  by taking my medication.  I get my son up, wash him
16  off and give him a bath -- well, not really a bath,
17  but I sponge him off, get his clothes on, brush his
18  teeth, his hair.
19          I come down.  He usually likes the instant
20  oatmeal, so that's what he usually eats for
21  breakfast.  And we buy those microwavable breakfasts
22  that we put in the microwave so he can have sausage
23  and eggs and pancakes.  And he usually gives me his
24  order before, at night before he says his prayers so
25  I know what to fix him in the morning.

0070

1        It's not that I can -- I have to fix him
2    breakfast because he's capable now of taking the
3    microwave and operating it, so he knows to go in the
4    freezer and take the food out and put it in the
5    microwave and eat what he wants.  He's become a very
6    independent little boy for four.
7        After that, we usually sit down and go
8    over some of his books.  He likes to watch at least
9    two hours of cartoons during the day, be it in the
10    afternoon or be it in the morning.  Most of the time
11    he likes the morning so after he eats breakfast, he
12    watches his cartoons.  That's my time that I usually
13    sit down and read my Bible, or read a book, or I go
14    feed my fish that I have downstairs.  My flowers, I
15    water them.
16        Basically go in his room and help him
17    clean up his room, his toys, put his toys up.  We do
18    painting.  We go on the computer in the afternoon
19    for about two hours, and he does his programs, which
20    is his learning programs.  And right now he's
21    learning how to do subtraction.  He's learned also
22    how to do his addition.  So I mostly home-school
23    him.  And around about 2:00 my older son comes home,
24    and that's the time that he either gets to go
25    outside and play or he stays inside with his brother

0071

1   and --
2      Q    Are you physically capable of going and
3   taking Benjamin out to the park or --
4      A    No.  I tried that.  I can't do that.  No.
5      Q    So the cooking for the most part in the
6   house, who does that for the family?
7      A    Most of the time I do.
8      Q    And what do you cook?
9      A    Well, we like a lot of chicken wings, So
10  we've been eating a lot of fried chicken wings.
11  Hamburgers, we eat lasagna, the frozen lasagnas, the
12  Chinese, frozen Chinese food that has some meat
13  already in with the vegetables.  I don't really cook
14  the way I used to as far as maybe cutting up a
15  cabbage or green beans or whatnot.  Most of that is
16  already frozen.  So the food is more I can say
17  pre-prepped before I cook it.
18      Q    And today, can you describe your
19  relationship with your husband?
20      A    Well --
21      Q    Your concerns, your thoughts, your -- when
22  you think about it, what do you think?
23      A    What I think about?  Well, I think about
24  my husband a lot because within the last two years,
25  our intimacy level has went down to absolutely zero,

0072
1   so I think about him a lot.  Recently been trying to
2   establish having a sexual relationship again.  So
3   during that time frame it was impossible for me to
4   have intercourse with him.  He says not to worry
5   about that, that doesn't matter as long as he has
6   me.  So we put that to the side.
7           The majority of the time when he comes
8   home, he does the housework that needs to be done.
9   His time that he spends is downstairs on the
10  computer, he'll play his computer games.  His sleep
11  pattern is very bad.  He might get four hours of
12  sleep a day.  And most of the time that he's home,
13  we set down and we talk about things, or on the
14  weekends he'll take me to the mall.  He does all the
15  driving, so he takes me to my appointments during
16  the weekdays, and on the weekends, to get me out of
17  the house, he might take me to a park or maybe to
18  the mall.
19      Q    Are you indoors most days?
20      A    The majority of my days are indoors.
21      Q    Let me contrast that to October of 1998.
22  In 1998, in September and October, were you working?
23      A    I was -- no, because my job was in
24  England.
25      Q    No, before you moved to England.

0073

1     A    Yes, I was working at GTE, yes.
2     Q    As what?
3     A    As an instructor.
4     Q    And what did that entail?
5     A    That entailed standing for 12 hours of
6   teaching military students how to operate military
7   communications equipment.  There was a lot of
8   outdoors teaching where we had vans that had
9   equipment inside that you had to go inside.  It was
10   a lot of stooping, a lot of bending, a lot of
11   walking.
12     Q    What were you teaching them to do?  What
13   field; was it in the electronics field?
14     A    It was in electronics.  It was -- the
15   field was -- the MOS was a 31 Romeo.  And they were
16   learning how to load crypto equipment into
17   communications equipment where they could
18   communicate from one van to another van when they
19   were out in the field exercise, field-type
20   atmosphere.
21     Q    So it was military-related?
22     A    Yes, it was all military.
23     Q    And you were working for GTE in 1998 full-
24   time?
25     A    Yes, I was.

0074

1    Q    And how long had you been working at GTE
2    before you were diagnosed with breast cancer?
3        A    I started there on July 1st of 1996.
4        Q    And how much money were you earning at
5    your highest level?
6        A    Thirteen dollars an hour.
7        Q    What were your career plans in 1998?
8        A    Well, I started out there as an
9    instructor.  My career plans was to move into the
10   maintenance department, which does the repair on all
11   the site equipment, as well as their computers.  And
12   since I had that training, that was my plan to move
13   up.
14       Q    Is that a move-up in the company?
15       A    Yes, it is.
16       Q    Were your performance evaluations good for
17   the time that you were at GTE as far as you knew?
18       A    I was Instructor of the Month for the
19   month of April during my time period there, and I've
20   always had excellent ratings.
21       Q    And what -- do you know what type of
22   salary range you were talking about as you move up
23   the ladder in GTE?
24       A    Anywhere from $14 an hour to $21 an hour,
25   depending on how they rate you as far as your

0075

1  electronic abilities.
2      Q    How important, or was it important in your
3  family to have those two incomes, meaning your
4  husband's and yours when you were working?
5      A    Most definitely.  When we were living in
6  Augusta, Georgia we owned a home there.  And so we
7  had a mortgage and we had a car payment.  We've
8  always maintained and had our own, so to speak.  But
9  when we left to go to England, by only having one
10  income, we were, we -- I guess we could have stayed
11  on the Economy, but the place and the money was not
12  enough for us to have a place the size that we
13  needed for my son and my husband and myself and --
14  well, the two boys.  So we elected to stay in
15  Government housing.
16      Q    And today how is, how has the lack of your
17  income impacted upon your lives?
18      A    It's very hard.  It cut down on our
19  ability to do things.  A lot of things that even if
20  we wanted to do, we can't do because we don't have
21  the income to do it.  If we wanted to go travel or
22  go to certain places, we can't do it.
23          He's been struggling now for a while
24  trying to do the mortgage on the house.  At the time
25  when we went to purchase the house, I was still

0076

1  considered an employee of Management Technology.
2  But since then, trying to -- wanting to return back
3  to work, I have not either been able to work or they
4  have not been able to find a position for me to
5  fulfill due to my physical condition.
6      Q   Has it affected -- I'm sure it has -- this
7  affected your savings?
8          MR. ADAMS:  Objection.
9          But you can answer.
10     A   Our savings -- when we moved in June, we
11  had established a savings.  By not having a place to
12  stay, not having a car once we -- when we got back
13  to the States, having to feed myself and the
14  children, our savings went out the window.  Little
15  bit by little bit, it has dwindled down.
16         When we bought the house, the last of our
17  savings went toward this house.  One of the reasons
18  we wanted, one of the reasons we bought this house
19  was because the housing on Fort Meade would not even
20  hold my bed.  So it was either you sell everything
21  that you've owned, or that you bought and start over
22  with the little, little bedroom sets or little sofa
23  sets or whatever, or either you --
24     Q   What do you mean it wouldn't hold your
25  bed?

0077

 1      A    The rooms, the rooms.  I have a king-size
 2   bed.  That would be the only thing that I could put
 3   in that room would be my king-size bed; no dresser,
 4   no chest, none of that.
 5           My living room set that I have, it would
 6   not hold it.  So either I got rid of the things that
 7   I owned, which were already paid for, or I elected,
 8   which we elected to find a place that was suitable
 9   for us.
10      Q    Did you take college courses when you were
11   in the Service?
12      A    Yes, I did.
13      Q    And how many -- what schools?
14      A    I went to Georgia Military College, and I
15   also went to the University of Maryland.
16      Q    And how many credits did you accumulate
17   towards your Associate's degree?
18      A    I'm two classes shy of my Associate's.
19   The total credits, and I'm not exactly sure, but I
20   believe it's 16 towards my Associate's degree with
21   the University of Maryland and a total of 28 credits
22   with my military experience.  That, I have to look
23   in my records, my educational records.
24          MR. KLORES:  Go off the record, please.
25          VIDEOGRAPHER:  We're going off the record.

0078

1  The time is now 3:02 p.m.
2       (Break taken.)
3       VIDEOGRAPHER:  Go back on the record.  The
4  time is now 3:05 p.m.
5       MR. KLORES:  Mrs. Pollard, thank you very
6  much.  Those are all the questions that I have for
7  you today.
8       THE WITNESS:  Thank you.
9       EXAMINATION BY COUNSEL FOR DEFENDANT
10  BY MR. ADAMS:
11    Q    Miss Pollard, we met earlier today.  My
12  name is Larry Adams.  I'm with the U.S. Attorney's
13  Office as you're familiar with.
14       Earlier your attorney had shown you the
15  letter signed by Doctor Gupta dated December 16th,
16  1998.
17    A    Yes.
18    Q    Do you recall reading that?
19    A    Yes.
20    Q    And we discussed it earlier in what we'll
21  call the discovery deposition that I took earlier
22  this morning.  Do you recall that?
23    A    Yes.
24    Q    Let me show you what's been marked as
25  Defendant's No. 1, which contains that letter, but

0079

1  also an E-mail apparently done under Doctor Gupta's
2  direction.
3      MR. KLORES:  May I see it, please?
4      MR. ADAMS:  (Handing.)
5   Q   If you'd take a few seconds just to read
6  through that briefly.
7   A   (Complying.)
8      MR. KLORES:  Is that your Exhibit No. 1?
9      MR. ADAMS:  Yeah.
10   A   Okay.
11   Q   Okay.  I believe if you look at that, the
12  first two pages, it appears to be an E-mail --
13      MR. KLORES:  It's not an E-mail, but go
14  ahead.  I object to the E-mail, it's not an E-mail.
15   Q   It appears to be a document that was -- my
16  point is that it was done approximately December the
17  3rd of 1998; do you see that?
18   A   Yes, down here.
19   Q   Okay.  Would you read what the plan is
20  that apparently Doctor Gupta was contemplating?
21   A   Okay.  Plan 1, will await receptor studies
22  which have not been performed yet.  If she is
23  receptor-positive, will recommend Tamoxifen.  If she
24  is receptor-negative, will recommend chemotherapy
25  such as adriamycin and cytoxan for four cycles.

0080

1        Plan 2, will plan on giving radiation to
2  the right breast for local control, and will do this
3  after chemotherapy, if she will get chemotherapy.
4        Plan 3, because of her strong family
5  history and a young age, will consider use of
6  Tamoxifen even if she is receptor-negative as a
7  prophylaxis, sure to prevent breast cancer.
8        Plan 4, will follow her up in about one
9  week time and then decide on her treatment after
10  reviewing the receptor study status.
11      Q    Now, I believe your testimony indicated
12  that at the first time that you saw Doctor Gupta, he
13  hadn't received the test results; isn't that
14  correct?
15      A    That's correct.
16      Q    And what is your testimony with regard to
17  his discussing the possibilities for a plan of
18  treatment for you?
19      A    We never did discuss a plan.  There was no
20  discussion that we had as far as what type of
21  treatment that he was going to do.
22      Q    And no one else at the hospital, Doctor
23  Sees or any other health care provider ever
24  discussed with you what the plan would be once you
25  would -- either at the hospital or once you were

0081

1  transferred overseas?

2      A    The only physician that I saw at the time

3  was Doctor Sees, and Doctor Sees recommended that --

4  by his recommendation, he recommended chemotherapy

5  and radiation treatment.  And he stated to me the

6  reason that he recommended this was because of the

7  strong family history of cancer.

8          But as I stated before, with Doctor Gupta,

9  the first time that I had an appointment with him

10  and I saw him, we did not discuss anything because

11  he did not have all the test results back.  So

12  therefore he told me to make an appointment in two

13  weeks to come back to see him, which I did.

14          And when I came back to see him the second

15  visit, we still did not come up with a, a plan so to

16  speak of what he wanted me to have.  He did not

17  discuss having chemotherapy or radiation treatment

18  at that particular time.

19      Q    So if I understand your testimony, it's

20  your belief that Doctor Gupta was negligent in not

21  discussing a plan with you or in letting you aware

22  of what he considered the possibilities for a plan;

23  is that correct?

24          MR. KLORES:  Objection.  I'm not sure that

25  she's going to tell you that anybody was negligent.

0082

1  She can't reach that conclusion by herself, and you
2  know that.
3      Q    You can answer the question.
4      A    I don't know whether he was negligent.  I
5  can only say that he did not offer me a choice.
6      Q    But the contrast is that Doctor Sees
7  apparently did offer, or did discuss with you the
8  possibility of both radiation and chemotherapy, but
9  Doctor Gupta did not; do I have that correct?
10     A    That's correct.
11         MR. ADAMS:  Okay.  You want to take a
12  break now?  Go off the record.
13         MR. KLORES:  Okay.
14         VIDEOGRAPHER:  This marks the end of Tape
15  No. 1 in the deposition of Mrs. Pollard.  We're
16  going off the record at 3:10 p.m.
17         (Witness reviewing document.)
18         VIDEOGRAPHER:  We are back on the record.
19  The time is now 3:18 p.m.
20         MR. ADAMS:  As a housekeeping detail,
21  Bruce, I'm going to not move for the admission
22  presuming that we will either stipulate to these
23  records at some later point or at least get a court
24  ruling; is that okay?
25         MR. KLORES:  Fine, perfectly fine.

0083

1      MR. ADAMS:  All right.
2  BY MR. ADAMS:
3      Q    Miss Pollard, I showed you during the
4  break what's been marked as Defendant's Exhibit 2 in
5  this deposition, a letter dated February 3rd, 1999
6  to Doctor Dodwell from Doctor Corrin.  Do you recall
7  taking a brief look at that?
8      A    Yes.
9      Q    Okay.  Can you tell us for the record who
10  Doctor Corrin is?
11      A    Doctor Corrin was the British physician at
12  the medical clinic at Menwith Hill Station.
13      Q    So is it fair to say that he was a
14  physician who had some role in referring you to the
15  local British physicians for care?
16      A    It was a she.  And no, she wasn't.
17      Q    Okay.
18      A    She was the doctor that cared for the
19  military soldiers and their dependents, but she was
20  not the one to do the recommending of physicians
21  outside of that.  The Tri-Care Manager was the one
22  that did the recommendation of the --
23      Q    I understand.  However, in this letter she
24  does briefly outline the procedure that you had in
25  the States for the biopsy and everything else in

0084

1   October of 19 -- and November of 1998; isn't that
2   correct?
3      A   Yes.
4      Q   All right.  And she also indicated that
5   you had a, quote, very strong family history of
6   breast cancer, mother developed breast cancer at age
7   48, and her younger sister had a breast cancer
8   diagnosed at the age of 29.
9         Did you give her that information or did
10  she call that from the records she had access to?
11     A   She had that from the records that I guess
12  she had access to.
13     Q   Did you spend any time with Doctor Corrin
14  relating your medical history?
15     A   I only went to Doctor Corrin when I had a
16  problem, a medical problem.
17     Q   Okay.  But my question was did you spend
18  any time relating your medical history to her?
19     A   Yes.
20     Q   Okay.  She goes on to say, the oncologist
21  she saw in the States recommended adjuvant
22  chemotherapy with adriamycin and cytoxan for four
23  cycles, and following that, radiation therapy to her
24  right breast.  He recommended the use of Tamoxifen
25  because of family history.

0085

1          Did you recall reading that when I showed
2   you the letter a few minutes ago?
3      A   I read it now.  I had not seen that letter
4   over in England at all.
5      Q    No, I understand the letter is addressed
6   to Doctor Dodwell from Doctor Corrin, but now that
7   you've had a chance to review this letter, you do
8   see where that fact was presented to Doctor Dodwell,
9   do you not?
10     A   Yes.
11     Q    Okay.  She also says, Veronica has several
12   notes from the States and I will enclose copies of
13   these with the sent version of this letter rather
14   than a faxed copy.  Do you recall what notes that
15   you gave to Doctor Corrin?
16     A    Just my outpatient medical records.
17     Q    Okay.  That was a complete set of records?
18     A   Yes.
19     Q    And she goes on to say, I would be most
20   grateful if you would see her and assess her as soon
21   as you can so that her adjuvant therapy can be
22   commenced.
23          So one would gather from this letter that
24   the purpose was to inform Doctor Dodwell that you
25   were coming to see him and to make this assessment

0086

1   about further therapy?
2       A    Yes.
3       Q    So now that, as I understand it, that did
4   transpire; you did see Doctor Dodwell later on?
5       A    Yes.
6       Q    Okay.  Let me show you what's been marked
7   as Defendant's No. 3, and take a minute to read that
8   to yourself.
9           MR. KLORES:  Can we identify it so I can
10  find it in my chart, please?
11          MR. ADAMS:  Yes.  It is a letter dated
12  February 19th, 1999 to Doctor Corrin from Doctor
13  Dodwell, and at the top it says Cookridge Hospital.
14          MR. KLORES:  Okay.
15      A   (Reviewing document.)
16      Q    Here's the second page.
17      A    Uh-huh.
18          MR. KLORES:  So it's the February 19th
19  letter from Dodwell to Corrin?
20          MR. ADAMS:  Yes.
21      A    Okay, yes.
22          MR. KLORES:  One page?
23          MR. ADAMS:  Actually there are two.
24  There's a cc section.
25          MR. KLORES:  Okay, and the cc is the cc to

0087

1   Doctor Quinn and Doctor Gupta?
2        MR. ADAMS:  Yes.
3        MR. KLORES:  Okay.
4     A   Okay.
5   BY MR. ADAMS:
6     Q   Now, according to this letter, Doctor
7   Dodwell opines that, well, in terms of local
8   management, I certainly agree that Mrs. Pollard
9   should have radiation treatment to the right breast
10  which I will arrange.  It goes on to say, I will not
11  treat the draining lymph nodes.  However, with
12  respect to systemic treatments, this is problematic.
13  Despite the family history, this is an estrogen
14  receptor-negative breast cancer.  Mrs. Pollard does
15  not therefore have anything to gain from the use of
16  adjuvant Tamoxifen -- Tamifaxin (phonetic) --
17       MR. ADAMS:  Tamoxifen.  Thank you.
18  BY MR. ADAMS:
19    Q   -- other than a possible reduction and
20  risk of further problems from new primary breast
21  cancers in the future.  This is of course very
22  contentious.  The prognosis should be good, really,
23  and the only thing that might make one consider the
24  use of chemotherapy is her young age.  However,
25  despite this, I have not recommended that she have

0088

1  adjuvant chemotherapy, and on discussion with
2  Mrs. Pollard, she is very content with this.
3        Did you have a discussion with Doctor
4  Dodwell about the course of treatment that he
5  outlined --
6     A   Yes, I did.
7     Q   Okay.  And is your recollection of what
8  this written document contains different as you sit
9  here now?
10    A   No.  My recollection of speaking with
11  Doctor Dodwell was that he told me he had spoke with
12  the oncologist in the States and that they agreed
13  that the treatment for me would be radiation
14  treatment, not chemotherapy.
15    Q   He did not discuss with you the risks or
16  benefits of chemotherapy?
17    A   He told me that because of my age, that he
18  felt that it was not necessary for me to have
19  chemotherapy.  He also, as I stated, said that he
20  had consulted with the oncologist in the States and
21  they had agreed that the only treatment that I
22  should have would be radiation treatment.
23    Q   Isn't it fair to say that because of the
24  good prognosis that you had after surgery in October
25  and November of 1998, that despite the family

0089
1  history, you were reluctant to undergo a course of
2  chemotherapy?
3      A    Why would I be reluctant?  I didn't -- I
4  didn't object to not having chemotherapy, it was
5  just never offered.  It was never told that I needed
6  to have chemotherapy.  If he had told me that he
7  agreed with Doctor Gupta to give me chemotherapy and
8  radiation treatment, certainly I would have did it.
9  But if someone was to tell you you didn't need
10  chemotherapy, and he's supposed to know as an
11  oncologist what he's doing, wouldn't you have jumped
12  at the opportunity?  I mean I jumped at the
13  opportunity.  Great.  My prognosis looked great.
14  That's what he told me.  You look good.  You don't
15  need chemotherapy.
16      Q    And isn't it fair to say that at that
17  time, that was the best medical conclusion
18  available?
19          MR. KLORES:  Objection.  How does she know
20  that?
21      Q    Do you understand my question?
22      A    That was the only medical conclusion that
23  had been offered.
24      Q    Okay.  So you're telling us that there was
25  no discussion with Doctor Dodwell or anybody else

0090

1  about the pros and cons of more aggressive treatment
2  than the one that was ultimately undertaken?
3      A   No.
4      Q   Okay.  Now, you had seen what your sister
5  went through, what your mother had gone through, or
6  portions of what your mother had gone through, so
7  you knew some of the disadvantages of chemotherapy
8  here in 1999; isn't that correct?
9      A   That's not true.
10     Q   Okay.
11     A   My sister never discussed her chemo with
12  me.  My mother went through cobalt treatment, so I
13  didn't know the pros and cons of chemo.
14     Q   Okay.  I thought your testimony --
15     A   No more --
16     Q   -- was that your mother when she developed
17  the stomach cancer underwent chemotherapy?
18     A   Yes, but that was after I came back from
19  England.
20     Q   I see.
21     A   That was not before I went to England.
22     Q   Okay.  So at this point in time, the -- as
23  I understand your testimony, all the advice that you
24  were given by the doctors stateside and the ones in
25  the United Kingdom indicated that radiation and

0091

1   continued follow-through on mammograms and
2   self-breast examination should be sufficient because
3   of the diagnosis, the lab results; is that a fair
4   statement?
5       A   Yes.
6       Q   Okay.  Now, let me show you what's been
7   marked as Defendant's Exhibit 4, which is a letter
8   to Doctor Corrin from R. A. Knox, consulting
9   surgeon, dated February 23rd, 1999.
10          MR. KLORES:  Say that again, please.
11          THE WITNESS:  (Handing.)
12          MR. ADAMS:  Take a look at it.
13          MR. KLORES:  Knox, 23.  Okay, thank you.
14      A   (Reviewing.)
15          Uh-huh.
16      Q   Now, what I've shown is a letter to Doctor
17  from consulting surgeon R. A. Knox.  In this letter
18  he indicates that she is premenopausal but I note is
19  estrogen receptor-negative.  She would not therefore
20  benefit from taking Tamoxifen.  When -- did you see
21  Doctor Knox?
22      A   Yes, I did.
23      Q   Okay.  Did he discuss with you the
24  advantages and the risks of taking Tamoxifen?
25      A   No.  When I saw Doctor Knox, Doctor

0092

1  Knox told me, he said, I understand you had went
2  to see Doctor Dodwell.  He has referred to me --
3  referred you to me.  He did an examination of me.
4  And he never ever discussed any diagnosis with
5  me --
6      Q    Uh-huh.
7      A    -- other than the fact that I come
8  from the States.  They do breast cancers?  He
9  says, oh, yeah, they do different types of --
10  their method of treatment is a lot different
11  from what you will receive here in the UK.  But he
12  never discussed any, any prognosis, he never
13  discussed anything as far as medication that
14  should be prescribed.  I never even saw that.
15  Never.  Because he never discussed any of that
16  with me.  The only thing he did was taken a look
17  at the incision.  He talked a little bit about the
18  difference in the medical system between the UK
19  and Britain, and that was it.
20      Q    You said Britain, but you meant the UK
21  and the United States, right?
22      A    Right, and the United States.
23      Q    Okay.
24          REPORTER:  Excuse me.  Can we go off the record?
25          MR. ADAMS:  Sure.

0093

1        (Interruption.)
2        VIDEOGRAPHER:  We're back on the record.
3  The time is 3:33 p.m.
4  BY MR. ADAMS:
5      Q   Now, as I understand from your previous
6  testimony, you saw Doctor Dodwell and Doctor Knox
7  during this period in the Spring of 1999.
8        MR. KLORES:  2000.
9        MR. ADAMS:  No, 1999.
10       MR. KLORES:  I'm sorry.
11       MR. ADAMS:  We're talking about 1999, when
12  she first arrives in the United Kingdom.
13        MR. KLORES:  Okay, I'm sorry.
14      A   In February, yes.
15  BY MR. ADAMS:
16      Q   In February, right.  So from February to
17  about April of '99 is when you saw them and
18  underwent the radiation treatment; isn't that
19  correct?
20      A   Yes.
21      Q   Okay.  But there, and correct me if I'm
22  wrong, there came a time I think in April or May of
23  1999 when the radiation treatment ceased.
24      A   In May of 1999, that's when it stopped.
25      Q   Right.

0094

1     A    Yes.
2     Q    So there was a period from May through the
3   rest of 1999 and into 2000 when you were doing your
4   self-examinations, correct?
5     A    Yes.
6     Q    And when you were making -- keeping
7   appointments approximately every three months with
8   the, with the doctors, with the British doctors;
9   isn't that correct?
10    A    Yes.
11    Q    And up through that time, you did not feel
12  any new lumps develop, correct?
13    A    No.
14    Q    And the examinations that they gave did
15  not develop any incidence of -- reoccurrence of the
16  cancer; isn't that correct?
17    A    No.  There was no reoccurrence, no.
18    Q    Okay.  And in fact let me show you what's
19  been marked as Defendant's Exhibit No. 5 which is a
20  letter dated March 5th, 2000 to Mrs. Pollard from
21  Doctor Dodwell.
22        MR. KLORES:  Okay.
23        MR. ADAMS:  Do you have that?
24        MR. KLORES:  Is that that single-line
25  letter --

0095

1          MR. ADAMS:  Single-line letter.
2          MR. KLORES:  -- with the mammogram is
3    negative?
4          MR. ADAMS:  Single-line letter, and
5    according to my copy there was an attachment with
6    it, which is a Harrogate Health Care buck slip I
7    would call it.
8          MR. KLORES:  Is that the mammogram result?
9          MR. ADAMS:  Yes.
10          MR. KLORES:  Okay.
11          MR. ADAMS:  Okay?
12          MR. KLORES:  Uh-huh.
13    BY MR. ADAMS:
14      Q    And let me show you this, Mrs. Pollard.
15      A    (Reviewing.)
16          Uh-huh.
17      Q    Okay.  So this letter, do you recall
18    receiving this letter in March, early March of 2000?
19      A    Yes.
20      Q    Now, if I understand correctly, this
21    letter indicates that a recent mammogram was done
22    and there was no instance they could find on the
23    mammograph of the recurrence of the cancer, was that
24    your understanding?
25      A    Yes.

0096

1            MR. ADAMS:  Okay.  Court's indulgence
2    here.
3        Q    Okay.  Let me show you what we'll mark as
4    Defendant's 6, which is a letter dated March 24,
5    2000 to Mr. Knox from Doctor Corrin.
6        A    (Reviewing.)
7        Q    Okay.  Miss Pollard, have you had a chance
8    to review that letter?
9        A    Yes.
10       Q    Okay.  Now, this letter dated March 24th
11   to, it says Mr. Knox, but I thought Mr. Knox was a
12   doctor; isn't that correct?
13       A    Yes, but they go by Mister.
14       Q    But they go by Mister there, all right.
15   The British, they're a little crazy.  Okay.  To
16   Doctor Knox from Doctor Corrin, indicates that after
17   you started care under Doctor Dodwell, quote, she
18   was doing well and in fact saw Doctor Dodwell only
19   at the beginning of March as she had been
20   complaining of some chest wall pain.  She had her
21   breast examined and a mammogram at that time,
22   together with the chest X-ray, all of which were
23   reported as normal.  However, three days ago she
24   notice a further lump on the inner aspect of her
25   right breast.  Veronica describes the lump as

0097

 1  appearing in the same fast manner in which the
 2  original cancer arrived.  She is understandably
 3  anxious regarding this.
 4         So from that period of 3 March, when you
 5  had the mammogram, until March 24th, at some time
 6  during that point is when you noticed the lump, a
 7  lump reappearing in that area of the right breast;
 8  isn't that correct?
 9     A   I believe the dates on there is
10  incorrect --
11     Q   Uh-huh.
12     A   -- because the lump appeared -- this is
13  showing when I had the mammogram here --
14     Q   Uh-huh.
15     A   -- in March of 2000.
16     Q   Uh-huh.
17     A   And then that's showing on the 24th of
18  2000.
19     Q   24th of March, correct.
20     A   Right.
21         I'm not sure that her date on here would
22  be exactly accurate.
23     Q   As far as what?
24     A   As far as -- I had my surgery -- let me
25  see.  I don't want to get myself confused here.

0098

1          That would be correct.  March of 2000 was
2    when I had the first, after the radiation treatment
3    was when I had the first mammogram, so that would be
4    correct.  So yes, her dates would be correct.
5      Q    All right.  But let me go back to my
6    question --
7      A    Okay.
8      Q    -- which was you were very careful to
9    examine yourself, you were concerned about the lumps
10   reappearing.  You went for a period of basically
11   from May of 1998 to the first part of March of 2000
12   where everything seemed to be just fine, both by
13   your self-examination and by what the doctors were
14   telling you; isn't that correct?
15     A    Yes.
16     Q    All right.  But there came a time sometime
17   in March when you noticed a tenderness, a lump
18   coming up, some sign that gave you extreme concern
19   about the cancer reoccurring; isn't that correct?
20     A    Well, actually that's why I was trying to
21   make a correction.  It was in February when I first
22   went to Doctor Corrin concerning the nodule that was
23   there.
24     Q    Okay.
25     A    The lump.

0099

1     Q    But now they did a mammogram, and at that
2  point it appeared to be negative, right?
3     A    All my mammograms come up negative, even
4  as up today they come up negative.
5     Q    But you'll agree that there's nothing in
6  this mammogram note or the letter that indicates
7  that at least the doctors were concerned about it,
8  right?
9     A    Right.
10     Q    Okay.  I take it that when you came back
11  later in March, that from your perspective the
12  situation was worse?
13     A    Yes.
14     Q    Okay.  And what -- despite the reassurance
15  that you got sometime in early March, let's say
16  March the 3rd, the date of this letter, what
17  happened with regard to your self-examination or the
18  pain you were suffering between March the 3rd and
19  March 24th to increase your concern?
20     A    As I said, it quickly appeared and it was,
21  the pain that was in the chest that had continued to
22  get more aggravated than it was before.
23     Q    Okay.  So the level of pain increased --
24     A    Yes.
25     Q    -- I take is what you're saying?

0100

1         Okay.  And that was particularly
2    concerning to you because it was similar to what
3    happened in October of '98 when from the time that
4    you felt the lump, it was about two days until you
5    were in to see the doctor; isn't that correct?
6        A   Yes, I would say.
7        Q   Okay.  And indeed according to this what
8    Doctor Corrin is saying, seems to be saying,
9    Veronica describes the lump as appearing in the same
10   fast manner in which the original cancer arrived.
11   So you told her that was one of your areas of
12   concern is it popped up just like that, in the same
13   fashion that you experienced 18 months ago,
14   basically?
15       A   Yes.  But the only difference was this one
16   was more outward.  The other one was inward.
17       Q   Okay.  And at that time, they did an
18   examination, and what this letter indicates is that
19   they found a thickening of the chest medial to the
20   nipple of the right breast, that -- but they also
21   said no supraclavicular or axillary nodes palpable
22   with no skin discharge.  And they also say there was
23   no skin discharge or nipple discharge.  So there
24   were some indicators that were negative.  Did they
25   discuss that with you?

0101

1    A    When she did the examination, yes.
2    Q    Okay.  Let me show you what we're marking
3  as Defendant's Exhibit No. 7, and this is a letter
4  with a Cookridge Hospital caption dated March 6th,
5  2000 to Doctor Beer at Harrogate from Doctor
6  Dodwell.
7         MR. ADAMS:  Do you have that, Bruce?
8         MR. KLORES:  I'll find it.
9         MR. ADAMS:  Okay.
10  BY MR. ADAMS:
11    Q    So take a look at that, Miss Pollard.
12    A    (Complying.)
13         Uh-huh.
14    Q    Okay.  So now, this letter is a step back
15  in time from the 28th back to the 6th of March, and
16  it says that what Doctor Dodwell is reporting as he
17  understood it, that she developed some pain in the
18  right chest wall following a change of physical
19  activity, and this was acutely sore for some time,
20  although has to the most recent settled down now.
21         What kind of physical activity was, do you
22  think was related to him that would have caused
23  Doctor Dodwell to make that report?
24    A    Well, at the time I was installing cable.
25    Q    When you say installing cable, this is

0102
1  fiberoptic cable?
2      A    No, these are communication cables.  They
3  vary in size.
4      Q    Well, I guess I was asking -- I'm familiar
5  at least with the terms fiberoptic and electrical
6  cable.
7      A    Uh-huh.
8      Q    Is this something different that you were
9  installing?
10     A    It's more like electrical cable.
11     Q    Okay.  What would be the diameter of such
12  a cable?
13     A    Well, there are some that's maybe big as
14  your pen, and then there's some that's maybe the
15  size of a straw.
16     Q    Well, what I'm referring to, this activity
17  that you self-reported here, how big was that cable
18  as far as the diameter?
19     A    That's what I'm saying, about the size of
20  your pen.
21     Q    So there were both kinds?
22     A    Right.
23     Q    All right.  So at the time you were
24  working for who precisely?
25     A    Management Technology.

0103

1    Q    And what was your job description at
2  Management Technology?
3    A    Electronic Technician III.
4    Q    And what sort of activities does that
5  cover?
6    A    That covers cable installations, reading
7  schematics, and repairing varied pieces of
8  equipment, troubleshooting, also computerware,
9  software.  I also did floor layouts for equipment to
10  be placed there.
11    Q    I take it this work was on the base where
12  your husband was stationed?
13    A    Yes.
14    Q    So I take it that the company that you're
15  working for had a Government contract in order to
16  maintain electrical cables and equipment for the
17  military --
18    A    Yes.
19    Q    -- on that base; is that correct?
20    A    (Nods head.)
21    Q    So I assume that not only because of your
22  training, but also because of your security
23  clearance, it was a good match for your job skills
24  and the needs of that company with regard to this
25  contract; is that correct?

0104

1    A    Yes.
2    Q    All right.  Now, the -- you said that the
3   cables are various sizes, but generally these come
4   in rolls that are, weigh approximately what per roll
5   of cable?
6    A    Oh, about 65 pounds of cable.
7    Q    All right.  So is it fair to say that in
8   perhaps lifting some of those rolls of cable that
9   that's when, you may have had some strain and been
10   one of the things that you reported to Doctor
11   Dodwell or to Doctor Beer?
12    A    No, it wasn't a matter of lifting the
13   cables.  It was just a matter of pulling the cables.
14   We were going from one room to another room, and the
15   way they were doing the cables were they were
16   running the cables up under the flooring.  So it
17   wasn't a matter of my lifting cables, because we had
18   the guys there lifting the reels of cable.  It was
19   just a matter of doing this constantly all day,
20   pulling the cables through.
21    Q    So it was the repetition of pulling
22   cables, stretching cables, and that kind of exertion
23   that we're talking about?
24    A    Right, right.
25    Q    Now, Doctor Dodwell goes on to say that

0105

1 there is no abnormality on examination.  I am
2 reasonably sure that this is nothing to be concerned
3 about.  Irritated -- irradiated ribs always have a
4 tendency to become tender following often quite
5 minor trauma, and I am sure that things will settle
6 for her.
7     A    Is that Doctor Dodwell or Doctor Knox?
8     Q    Well, the letter is signed off by Doctor
9 Dodwell.
10     A    Well, they both worked together, but that
11 sounds like Doctor Knox.
12     Q    Okay.  But I mean as far as we know from
13 the letter, Doctor Knox's name is not on this letter
14 so --
15     A    Right there.
16     Q    It's cc'd to him, right.
17     A    Okay.
18     Q    But I mean the letter is to Doctor Beer
19 and initialed by what appears to be Doctor Dodwell.
20 I mean if I read -- if those initials are somebody
21 else's, let me know.
22     A    I don't know about the initials.  I can't
23 verify those.
24     Q    Okay.  But you see where it's cc'd to, to
25 Mr., Mr. Knox or Doctor Knox.

0106

1     A   Right.
2     Q   Okay.  So is it fair to say that Doctor
3   Dodwell or Doctor Knox reassured you strongly that
4   the pain you were feeling had to do with the
5   physical exertion or trauma?
6     A   As I stated before, when I went to Doctor
7   Knox, Doctor Knox stated that it was
8   costochondritis.  He said it would disappear within
9   two weeks.  He referred, I guess relayed that
10   message on to Doctor Dodwell.  I went to see Doctor
11   Dodwell, and he concurred with the findings of
12   Doctor Knox.
13     Q   Well, let me refer you to Doctor Knox's
14   letter of March 28th, which will be our Exhibit 8.
15   Take a look at that while your attorney is looking
16   for his copy.
17         MR. ADAMS:  Bruce, if you don't have it,
18   I'll have the witness let you look at hers.
19         MR. KLORES:  Is it Knox?
20         THE WITNESS:  Doctor Knox, yes.
21     A   (Reviewing.)
22         MR. ADAMS:  You got it?
23         MR. KLORES:  Yeah, I got it.
24         THE WITNESS:  That's it.
25   BY MR. ADAMS:

0107
1      Q    Now, the letter we were just talking about
2  has a date on it of March 6th.  This letter has a
3  date of March 28th signed by Doctor Knox to Doctor
4  Corrin, and this is where we get the costochondral
5  diagnosis.  He says, I'm happy to report that there
6  was no evidence of reoccurrence of her breast
7  carcinoma and her recent mammogram was normal.
8  However, she did complain of a lump in the right
9  thoracic cage, this being situated over the second
10  costochondral junction which was enlarged.  I've
11  arranged X-rays for her chest and will let you know
12  the results when this has been reported.  And then
13  there's a P.S. that seems to say that this swelling
14  is costochondral junction.  I have advised that no
15  RX, no remedy is necessary.
16        That's what he told you, isn't it?
17      A    He told me he was not going to give me
18  anything for pain.  Pretty much, so he was saying it
19  was all in my head as far as the pain was concerned.
20  That he didn't believe in giving any medicine.
21  Normally he would give Naprosyn, but in my case he
22  was not going to prescribe anything.
23      Q    Okay.  So I suppose that's what the CXR
24  is, Nap means that you were prescribed the Naprosyn
25  then?

0108

1    A    No, he was not going to prescribe.

2    Q    He was not going to prescribe.  He didn't

3 even think that was necessary?

4    A    No, he didn't.

5       MR. KLORES:  CXR is chest X-ray.

6       MR. ADAMS:  Chest X-ray, okay.

7    Q    And it was subsequent to this time frame

8 that they diagnosed the reoccurrence of the cancer,

9 correct?

10    A    It was during March of 2000, yes, when I

11 went to Laken Heath for -- to see an American

12 doctor.

13    Q    Right.  Because I think you testified

14 before that you were dissatisfied with this

15 diagnosis and treatment, and your husband advised

16 you to do that; did I hear that correctly from your

17 previous testimony?

18    A    Well, not only because of him, but Doctor

19 Corrin as well did the consultation because the lump

20 was about an inch out in my chest in the sternum

21 area.  And it was also very painful to the point

22 where I was unable to wear any undergarments on that

23 area.  So with the pain consistently increasing, and

24 with that lump sitting there, looked like a little

25 egg sitting on the top of my chest, I mean, somebody

0109

1  had to do something.  And I didn't feel like that
2  was bone.
3      Q    That that was what?
4      A    Bone as he said.
5      Q    Okay.
6      A    He told me it was a piece of bone.
7      Q    And Doctor Corrin is an American doctor?
8      A    No, Doctor Corrin was the British doctor,
9  and Doctor Beer as well.  They were the medical
10  clinic doctors for Menwith Hill for the military.
11      Q    So they were British nationals employed by
12  the Defense Department then?
13      A    Yes.
14      Q    All right.  Whereas these other doctors
15  were on the civilian Economy so to speak?
16      A    Yes.
17          MR. ADAMS:  Let's go off the record while
18  I'll organize for the final stage here.
19          VIDEOGRAPHER:  We're going off the record.
20  The time is now 3:55 p.m.
21          (Break taken.)
22          VIDEOGRAPHER:  We are back on the record.
23  The time is 3:58 p.m.
24  BY MR. ADAMS:
25      Q    Miss Pollard, I have a few follow-up

0110

 1   questions.  One of the questions that your attorney
 2   asked you on direct examination was about your
 3   pension or retirement from the Army.  And as I
 4   understand it, because you left the Army after 15
 5   years of active duty and have not continued with
 6   your Reserve or National Guard status, you won't be
 7   receiving a retirement from the military; isn't that
 8   correct?
 9       A    That's correct.
10       Q    However, there were deductions made from
11   your pay in the Army for Social Security benefits;
12   isn't that correct?
13       A    Yes.
14       Q    And in addition, you'll be receiving -- I
15   mean other deductions were made when you worked in
16   the private sector both before and after the
17   military?
18       A    Yes.
19       Q    All right.  So there is, like many
20   Americans, you have the ability at some point
21   perhaps to receive Social Security income, either
22   retirement income or disability income; are you
23   aware of that?
24       A    Yes.
25       Q    Have you investigated that possibility?

0111

1    A   I filed.

2    Q   You filed, okay.  And have you heard back

3  from Social Security?

4    A   They said that it had been approved, and

5  I'm just waiting for them to come up with the

6  settlement, with the sum.

7    Q   So they haven't given you any indication

8  in the letter of approval as to how much that would

9  be per month or on an annual basis?

10    A   $1,011.

11    Q   Per month?

12    A   Per month.

13    Q   Okay.  Did they indicate how much would be

14  paid to the surviving spouses or children should you

15  pass away?

16    A   They sent me a book, but they didn't give

17  me a direct amount.

18    Q   I take it that you when you applied for

19  that, you received that award letter

20  administratively; is that correct?  In other words,

21  what I'm trying to ask is, you didn't have to

22  litigate that through either the administrative or

23  the judicial process?

24    A   No, I didn't.  I did -- went direct.

25    Q   It's clear from our discussion during the

0112
1  discovery deposition what your situation was when
2  you were, quote, in transit, but I'm not sure that
3  Mr. Klores asked that question it was clear for the
4  record.
5          As I understand it, after your husband
6  came back from Kuwait and after you had completed
7  your course of treatment at the Fort Gordon Medical
8  Center and cleared out from your quarters at Fort
9  Gordon, you were in a situation where you and your
10  family, your husband needed a place to stay and
11  before you left for England, you stayed with your
12  mother-in-law in Brooklyn; isn't that correct?
13     A   No, that's not correct.
14     Q   Okay, where am I wrong then?
15     A   Well, first of all, the treatment that
16  I -- I didn't receive any treatment.  I had surgery.
17  And we had a home that we put up on the market that
18  was sold.  And then my husband and I left to New
19  York for two weeks before we went to England.
20     Q   Right.  And you were staying with your, at
21  your mother-in-law's place --
22     A   Yes.
23     Q   -- in Brooklyn, correct?
24     A   Yes.  But it wasn't a Government home.
25     Q   No, I understand that.  I didn't mean to

0113

```
 1   imply that.
 2      A   Okay.
 3      Q   What I meant to say was, in our discovery
 4   deposition you used the word transit because really
 5   the family was between military bases.  You had
 6   cleared Fort Gordon, but you hadn't yet arrived in
 7   England, so you needed a place to stay.  And for a
 8   lot of good reasons, you stayed with your
 9   mother-in-law for that two-week period; isn't that
10   right?
11      A   Well, the military gives you a date to
12   arrive.
13      Q   A reporting date?
14      A   A reporting date, yes.  They give you a
15   reporting date.  And before we left Fort Gordon,
16   they -- his unit will ask how many days' leave will
17   he anticipate taking.  Now, you have to realize that
18   my husband was in Kuwait.  So when he filled out the
19   paperwork, he put in for those two weeks' leave
20   prior to him leaving there.
21      Q   Because really, I mean he'd been away for
22   those eight or nine months in Kuwait, then through
23   this horrible scare with the breast cancer in the
24   Fall of '98, and so the family needed to regroup and
25   be together for a period of those few weeks.  And
```

0114

1  that was, in the military life, a change of station,
2  and that period is usually the best time to take
3  that leave and get away from the stresses of being a
4  military family; isn't that correct?
5      A   Yes.
6          MR. ADAMS:  I have no further questions at
7  this time, but let me put on the record.  We're
8  taking this de bene esse deposition for reasons that
9  are self-evident, but there may come a time when we
10  would have to resume at an appropriate --
11          MR. KLORES:  And I agree.  I think either
12  one of us may have a reason to do that.
13  BY MR. KLORES:
14      Q   Let me ask a few questions in follow-up.
15  If I may just look at your exhibits.  Mr. Adams used
16  these.
17          Actually the first exhibit that I'd like
18  you to just focus on just for a moment,
19  Mrs. Pollard, is this letter, this Doctor Gupta
20  letter of December 16, 1998 that we've all been
21  talking about today which is the letter where he
22  writes that he is favoring recommending adjuvant
23  chemotherapy, December 16th, 1998.
24      A   Yes.
25      Q   Who is that letter addressed to?

0115

1     A   It just says To Whom It May Concern.
2     Q   Okay.  Now, was that letter given to you
3  by Doctor Gupta or anyone in the military to carry
4  with you and present to any doctor in England?
5     A   No, it was not.
6     Q   In October of 1998, the Pollard family
7  owned a home in Georgia?
8     A   Yes, we did.
9     Q   Where?
10    A    In Buckhead subdivision, off of Baylor
11  Road.
12    Q   What type of a house was it?
13    A    It was a brick home, three-bedroom, living
14  room, dining room, kitchen, two-car garage.
15    Q   If you had been told by Doctor Gupta what
16  he writes in this letter, which is essentially he
17  believes that chemotherapy is indicated for you,
18  would you have left the United States to have the
19  chemotherapy in England?
20    A   No.
21    Q   Why not?
22    A   I'd been in the comfort of my own home.
23  I'd been familiar with the medical system, the
24  doctors there.  I was quite content with the
25  surgeon, Doctor Sees.  And I would have went forth.

0116
1  I knew what was going on there and I would have
2  stayed there.
3      Q    Any question in your mind about that?
4      A    No, not at all.
5      Q    Following that, there's a letter that was
6  brought to your attention by Mr. Adams.  This is a
7  letter dated, and it's Defendant's Exhibit No. 3,
8  it's a letter dated February 19, 1999, essentially
9  three months after the letter that I've just shown
10  you from Doctor Gupta.  February 1999, this is the
11  letter from Doctor Dodwell to Doctor Corrin where
12  Doctor Dodwell concludes that you do not need
13  chemotherapy, right?
14      A    Yes, he does.
15      Q    And the second page of that letter
16  indicates that he sent a copy of it to two doctors.
17  Can you turn to that second page?
18      A    (Complying.)
19      Q    The second doctor that he sent a copy to
20  was your oncologist in the States, Doctor Gupta; is
21  that right?
22      A    Yes.
23      Q    And did he send it to the address that
24  Doctor Gupta does business at?
25      A    Yes.

0117
1    Q   Now, in response to that letter, assuming
2  that Doctor Gupta received it, did anyone from the
3  United States Government Medical Corps ever call you
4  and tell you that they disagreed with this, that in
5  fact Mrs. Pollard, chemotherapy was the best thing
6  for you and you should have it?
7    A   No.
8    Q   Finally, we have -- we've talked about
9  your CV.
10       MR. KLORES:  And Mr. Adams, I can -- if
11  the objection is on hearsay, I can spend the next
12  ten minutes and go through what's on the CV.  I did
13  not go through her employment background in careful
14  detail but instead moved the CV.
15       MR. ADAMS:  Let's go off the record a
16  second so we can discuss that.  I just think it will
17  save time.
18       VIDEOGRAPHER:  Going off the record.  The
19  time is 4:07 p.m.
20       (Discussion off the record.)
21       VIDEOGRAPHER:  We're back on the record.
22  The time is now 4:11 p.m.
23    FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS
24  BY MR. KLORES:
25    Q   We're just finishing up a few questions

0118
1  about your employment, Mrs. Pollard.  As I
2  understand it, you've had experience with electronic
3  systems, computers or communications in the United
4  States Army and the civilian sector for various
5  manufacturers including Zenith, Xerox, Unisys,
6  Packard Bell, Dell, and Compaq?
7      A    Yes, I have.
8      Q    And you've had experience installing
9  telephones and computer terminal hardware systems
10  utilizing schematics and blueprints?
11     A    Yes, I have.
12     Q    You actually know how to do that?
13     A    Oh, yes, I have.
14     Q    And not only do you know how to do that,
15  but in your career you have been the person that has
16  been asked to teach others how to do that?
17     A    Yes.
18     Q    And that consisted at some points in your
19  career of managing up to 13 people when you were in
20  Korea?
21         MR. ADAMS:  I'm going to object to leading
22  but you may answer if you can.
23     A    Yes.
24     Q    Have you instructed students while you
25  were in the Army --

0119

1     A    Yes.

2     Q    -- at Fort Gordon.

3         From your understanding as, of the job

4   market in the civilian sector for people who are

5   trained and have the skills that you have in this

6   career, what's your understanding as to availability

7   of employment?

8     A    The availability is great depending upon

9   the experience that you have as far as doing the

10   actual job.  By my teaching the job, it allows me to

11   not only be just an electronic technician, it also

12   allows me to be an analyst as well.

13     Q    Do you have any sense from any source what

14   the average annual pay would be for someone with

15   your skills today in the civil market?

16         MR. ADAMS:  Objection.  Lack of

17   foundation.

18     A    The jobs that I -- my spouse has applied

19   for, which he works the same field, goes up from,

20   anywhere from $50,000 up to $98,000 a year.

21     Q    Well, I guess what I'm -- what I would ask

22   is, were you to apply for a job today with your

23   basic, with your level of experience, do you have an

24   understanding as to what the salaries of those

25   positions would be?

0120

1     A   Yes, I do.
2     Q   And what would that be?
3     A   From 55,000 up.
4         MR. KLORES:  Thank you very much.
5         MR. ADAMS:  Okay.  Fine.
6         No redirect -- no recross.
7         MR. KLORES:  Let's just make sure that we
8   have all the exhibits together, both Mr. Adams and
9   mine, and we can call it a day.
10        (Discussion off the record.)
11        VIDEOGRAPHER:  This is the end of the
12  deposition of Mrs. Pollard.  The number of tapes
13  used is two.  Going off the record at 4:15 p.m.
14        (Signature having been waived, the
15  deposition of Veronica L. Pollard was concluded at
16  4:15 p.m.)
17
18
19
20
21
22
23
24
25

0121

1     CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2          I, Dawn M. Hart, Registered Professional
3     Reporter, Certified Shorthand Reporter, the officer
4     before whom the foregoing proceedings were taken, do
5     hereby certify that the foregoing transcript is a
6     true and correct record of the proceedings; that
7     said proceedings were taken by me stenographically
8     and thereafter reduced to typewriting under my
9     supervision; and that I am neither counsel for
10     related to, nor employed by any of the parties to
11     this case and have no interest, financial or
12     otherwise, in its outcome.
13          IN WITNESS WHEREOF, I have hereunto set my
14     hand and affixed my notarial seal this 24th day of
15     June 2002.
16     My commission expires:
17     January 1, 2005
18
19     _____
20     NOTARY PUBLIC IN AND FOR THE
21     STATE OF MARYLAND
22
23
24
25