Chairman Bill Kilgallon OBE Chief Executive David Johnson

*THE* [!

*].ill TEACHING HOSPITALS*

# COOKRIDGE HOSPITAL

Dr S E Corrin
Medical Centre
Menwith Hill Station .Harrogate
HG3 2RF

E~uiries to:

Dired Une/Ext

CurRer:

Your Ref

Dale:

Dear Dr Corrin

Veronica **POLLARD.** d.o.b. 19.4.55
Box 255 Menwith Hill Station. Harrogate. HG3 2RF.

Dr Dodwell's Secretary

0113 3924237 Fax: **0113** 3924052

DD.AN 123985

S \.J... t<> *LIl2*--.

19 February 1999



~

Thank you for asking me to see this pleasant lady who has recovered well from conservative surgery and an axillary

dissection for a 5mm ductal cancer of the right breast which was node negative and associated with some medullary features. It was also oestrogen and progesterone receptor negative.

In terms of local management, I certainly agree that Mrs Pollard should have radiation treaunent to the right breast which I will arrange. I will not treat the draining lymph nodes. However, with respect to systemic treatment, this is problematic. Despite the family history this is an oestrogen receptor negative breast cancer and Mrs Pollard does not therefore have anything to gain from the use of adjuvant Tamoxifen, other than a Qossible reduction in risk of further problems from new primary breast cancers in the future. This is of course very contentious. The prognosis should be good really and the only thing that might make one consider the use of chemotherapy is her young age. However, despite this I have not recommended that she have adjuvant chemotherapy and on discussion with Mrs Pollard she is very content with this. I would however like to review the pathology here in Leeds and I will make the necessary arrangement.

will write to you again when she starts radiotherapy and I have more information.

Yours sincerely

,1;

//
**Dr David Dodwell**
**Consultant in Clinical Oncoloe:v**

AN
''''/!L~

PTo.

-32-

Dr C Quinn ~
Consultant Pathologist St James Hospital Leeds

Dr R Gupta/'"
Haematology /Oncology Services
Headquaters Dwight David Eisenhower Anny Medical Center Fort Gordon
Georgia
USA

-f3-