# MORGANSHELSBY
# CARLO DOWNS & EVERTON

ALANM CARLO(MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC) MAR Y ALANE DOWNS (MD)
ANGUSR. EVERTON(MD)
ROBERT J, LEONI (DE)
ROBERT C.MORGAN (MD, DC) GILBERTF;SHELSBY, JR,(MD, DC, DE)

OFFICE ALSO IN: **NEW ARK;DELA** WARE

A **PROFESSIONAL, ASSOCIATION**

4 NORm: PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMn.,E 410-584-2020
www,morganshe1sby.com

**February** 5,2003

Via Facsimile and Mail- 202-628-1.240

Bruce J. K1ores,Esquire
Bruce .J. Klores & Associates, P.C
     th
91515 Street, N.W.
Washington, D. C. 20005

Re

Veronica Pollard, et alv. Raj Gupta, M.D., et al Our FileNo.: 375.02549

Dear Mr. Klores

TARA M CLARY (MD)
MIGHAELJ; LOGULLO(DE)
       ~
JEmEYS. MARLIN (DE)
MARI~DEPAULOPLANT (MD)
ROBIN E, PRAGER (MD,DC)

JOSEPHY. BRATrAN...III(1933-1999)

**WRITER'S E-MAIL ADDRESS:** 'clowcnsenlwmor anshclsbv.com

Please have your client execute the enclosed Authorization so that we may obtain information from Dr. Dodwell.

If you have any questions, please feel free to contact me at any time. I will, of course, share any of the information which I receive.





**JCL/jk**
**Enclosure**
cc: **Peter** R. Masciola, **Esquire**
H:\TCL\Westem Litigation -Pollard\l.klores.O20403.doc



Very truly yours,

Joan Cerniglia-Lowensen

~ ~r-t I) ~ \
N f? CI.! /iAn" """
     \ '.~'" I.Id """
r-, ;, I ..l!"", ~
7N "co!,!.r" W ~ .;,c',!i:~t::!'1f :r.:
                (;'
              ~J
               /



---

**AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS AND REPORTS**

The Leeds Teaching Hospitals and Dr. David Dodwell

Records of Veronica Pollard

You are hereby authorized to give to the offices of MORGAN

SHELSBY CARLO DOWNS & EVERTON.,

or any representative df that

office,

any and all information which may be requested regarding

my physical condition and treatment rendered by you therefore,

allow them..,

or any physician appointed by them,

to examine

x-ray pictures taken of me or records which you have

regarding my condition or treatment.

I also authorize Joan

Cerniglia-Lowensen to speak with Dr. David Dodwell or other

employees of The Leeds Teaching Hospitals concerning my

condition

NAME: Veronica Pollard
DOB:O4!19!SS SSN:12S-62-8338

WITNESS

Date

Date

A PHOTOSTATIC COpy OF THIS AUTHORIZATION SHALL BE
CONSIDERED AS VALID AS THE ORIGINAL

H:\JCL\Western **Litigation**

Pollard\author.release.med.records.etc.O20403.doc