BRUCE J.KLORE$
 ID.C..MD.. VA.)
RICHARD J. FOGELSON. EMT.CT ID.C.. MD.. VA.. CO.)
LESLEY S. ZORK. R.N.
   ID.C... MDJ
PATRICIA C. KARPPI
   ID.C.. VAJ


**BRUCE J. KLbRES & ASSOCIATES**


AT TO;RNEYS AT LAW
A PROFESSIONAL CORPORATION
91.5 FIFTEENTH STREET,NoW:
THIRD FLOOR
WASHINGTON, D.C. 20005
(2021 628-81.00
   TELECOPIER \2021 628-1.240 TOLL FREE 1. (877) 223-3688
      www.klorcs.com


PATRICIA A. BALLARD. RN.. MSN
   (NURSE CONSULTANT)


February 5, 2003


**SENT VIA FACSIMILE**

Joan Cemiglia-Lowensen, Esquire Morgan Shelsby Carlo Downs & Everton 4 North Park Drive #404
Hunt Valley,MD 21030


Pollard. et al. v.United States


Dear Ms. Cemiglia-Lowensen:

    VIRGINIA O~FICE
1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON. VIRGINIA 22209
(7031 519-0789


    Enclosed please find a revised Authorization. If the changes I made are acceptable I will have my client sign the authorization and return it to you.


I am,


Very **truly yours,**


BRUCE J. KLORES & ASSOCIATES, P.C

*[signature]*

Bruce J. Klores

enclosure

1606\1-1owensen

~

TO

The Leeds Teaching Hospitals and Dr. David Dodwell

The Records of Veronica Pollard

..
You are hereby authonzed to gIve to the offices ofMQRGANSHELSBY CARLO

DOWNS & EVERTON, or any representative of that office, any and all written infonnation

which may be requested regarding my physical condition and treatment rendered by you

therefore, and allow them, or any physician appointed by them, to examine any x-ray pictures

takenofme or records which you have regarding my condition or treatment.

Ido not authorize you to speak with anyone about me outside of my attorneys' presence.

My attorneys are BRUCE J. KLORESand LESLEY S. ZORK of the law flnIl ofBRUCEJ

KLORES & ASSOCIATES, P.C. The attorneys from the finn of MORGAN SHELSBY

CARLO DOWNS~& EVERTON are not myattomeys.

**VERONICA POLLARD**
**DOB:** ▇▇▇▇
▇▇▇▇▇▇

WITNESS

606\auth

DATE

DATE