# 1VIORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN t-.i CARLO (MP.. D(.~.. CT;
.JOA~ CERNIGUA-LO"'-'ENSEN(MD, ~)
MARY ALANE DOWN:! (MD)
ANGUS R. EVERTON (MD)
ROBERT ], LEONI (DE)
ROBERT CMORGAN (MD. DC)
GIJ..BERT FSHELSBY. JR,lI,m..DC.DE)

**--**

OJ.'FICE ALSO IN:
NEWARK. DELAWARE

4 NORm PARK DRIVE
SUITE 404
HUNT VALLEY" MARYLAND2.l030-1876
410-584-2800
F ACSIMILE4 10-584-2020
www.morgrulshelsby.com

A PROFESSIONAL ASSOCIft:rION

April 3 i 2003

Bruce J. Klores, Esquire
Bruce J. Klores & Associates, P.C. 915 Fifteenth Street,N.W.
## Third Floor
Washington, D.C. 20005

Re:

Veronica Pollard, et a1 v. Raj Gupta,M..D., et al
## Our File No.: 375.02549

## Dear Mr. Klores



T.AoRA M.CLARY (t-ro)
MTC1{.4.EL ]., LOGULLO (DE).
JEFFREY S MARLIN(DE)
)"tAoRlANNE DEPAULO PLANT{MD} RaBINE, PRAGER (!w1D. DC).

JOSEPH Y BRAn"AN;m(1933-1999)

**WRITER'S E-MAIL..\DDAEsS:** 'c!l'\\'~n."cl1/7iimor"m.h.:l.b,' com

I am in the "process of attempting to schedule the deposition of Ms. Pollard's treating physician in England, Dr. David Dodwell. Dr. DodweU requests the written consent of Ms. Pollard prior to the scheduling of his deposition. Will you provide this consent?

If not, I will be required to file a motion with the court requiring that this deposition be ordered. I prefer, obviously, to go the route of least resistance regarding this.

Please let me know your position on this as soon as possible. course, be set to convenience of all counsel.

The deposition will, of

Very truly yours,

"

."''-

J Dan Cerniglia-Lowensen


**JCL/jk**
cc: **PeterR. Masciola, Esquire**

   **Larry Adams, Esquire**
   **Catherine A. Hanrahan, Esquire**
rl:\,TC1;\Wesl~m Litigation -PoJlard'J.klor.:",(J4(J3(J3.do.:


}*!