ALAN M CARLO (MD, DC, CT)
JOAN CERNJGLIA:LOWBNSEN (}.ff),DC) MARY ALANE DOWNS(MD)
ANGUSR. EVERTON (MD)
ROBERT J.LEONI (PE)
ROBBRTC MORGAN (MD, DC) GILBBRTF SHELSBY.. JR. (MD, DC,Dn)

OFF1CEALSO IN
NEW ARK,DELA WARE

# MORGANSHELSBY
# CARLO DOWNS & EVERTON

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
    .410-584-2800
FACSIMILE 410-584-2020
www.morganslle1sby.com

A PROFESSION AL ASSOCIATION

*TARA* MCLARY (MD)
MICHAEL] LOGULLO(DE) JEFFRBYS.MAR1,.IN (DE) MARIANNE DEPAULO PLANT (MI?) ROBINE. PRAGER(MD, DC)

.JOSEPHYBRATrAN,Ill (1933-1999)

**WRITER'S E-MAIL ADDRESS:** 'clowcnsen(i)1I1or .anshclsbv.com

**April** 22, 2003

Lesley S. Zork, F,squire
Bruce J .Klores & Associates., P. C. 9.15 Fifteenth Street,N. W.
Third Floor
Washington, D.C. 20005

Re

**Veronica Pollard,** et al v. **Raj Gupta,** M.D., **et al** Our File No..: 375.02549

**Dear** Lesley

    Enclosed please find a copy of the Authorization for release of information previousJy sent to me by you and Bruce for approval. As you may recall, I had asked!or a Release and revisions were made then sent to me. I would like to schedule the deposition of Dr. Do dwell as soon as possible. Dr. Dodwell will not schedule such a deposition without the signed consent. Please have Ms. Pollard execute this as soon as possible.

If you have any questions regarding this, please feel free to contact me at any time.

Very truly yours,

*Joan Cerniglia-Lowensen*

**JCL/jk**
**Enclosure**
cc: **Larry** Adams, Esquire
    **Catherine A. Hanrahan, Esquire**
H:\.TCL\Westem Litigation. Pollard\l.zork.O42203.doc

~

~

TO:

The Leeds Teaching Hospitals and Dr. David Dodwell

The Records of Veromca Pollard

You are hereby authorized to give to the offices of MORGAN SHELSBYCARLO

DOWNS & EVERTON, or any representative of that office, any and all written infonnation

which may be requested regarding my physical condition and treatment rendered by you

therefore, **and** allow them, or any physician appointed by them, to examine any x-ray pictures

taken of me or records which you have regarding my condition or treatment.

I do not authorize you 10 speak with anyone about me outside of my attorneys' presence.

My attorneys are BRUCE J. KLORES and LESLEY S. ZORK of the law fin11 of BRUCE *J*

naRES & ASSOCIATES, P.C. The attorneys from the finn of MORGAN SHELSBY

CARLO DOWNS & EVERTON are not my attorneys.

VERONICA POLLARD DOB: ▊▊▊▊
ssn: ▊▊▊▊

WITNESS

1606\auth

DATE

DATE