AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS AND REPORTS

TO:

The Leeds Teaching Hospitals and Dr. David Dodwell

The Records of Veronica Pollard

You are hereby authorized to give to the offices of MORGAN SHELSBY CARLO DOWNS & EVERTON, or any representative of that office, any and all written information which may be requested regarding my physical condition and treatment rendered by you therefore, and allow them, or any physician appointed by them, to examine any x-ray pictures taken of me or records which you have regarding my condition or treatment.

I do not authorize you to speak with anyone about me outside of my attorneys' presence.

My attorneys are BRUCE J. KLORES and LESLEY S. ZORK of the law firm of BRUCE J. KLORES & ASSOCIATES, P.C. The attorneys from the firm of MORGAN SHELSBY CARLO DOWNS & EVERTON are not my attorneys.

_VERONICA POLLARD
DOB: 4-19-55

_WITNESS

(5

1606\auth