IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, ~, )

Plaintiffs

v.

THE UNITED STATES OF AMERICA

Defendant

CA No. S-O2-CY -764
Judge Quarles

)

)

## AFFIDAVIT OF LESLEY S. ZORK

DISTRICT OF COLUMBIA)SS

I, Lesley S. Zork, upon oath duly made, depose and state as follows:

1

2

3

**BRUCE J. KLORES**
**& ASSOCIATES**
 AT TOR NEt.. AT LAW
 A PROFESSIONAL CORPORATION
91.5 F1.F"EENTH STREET. N'"
TH1.RD FLOOR
'VASHINI"TON. DC. 20005
'202) 62.-.'00
 TELECOPIER '202) 62.-1.240
        I '
 TOLL FREE I '.77) 223-36.. www.k!o"..,om ,

On September 5, 2003 co-counsel, Bruce J. Klores, and I spoke with Dr. David

Dodwell by telephone.

Dr. Dodwell disclosed that he had a two hour conversation with Ms. Joan

**Cerniglia-Lowensen, on September 2 or September** 3,2003.

Dr. Dodwell also disclosed a letter written to him from Ms. Cemiglia- Lowensen

dated June 9,2003. Dr. Dodwell read the entire contents of that letter to Mr.

Klores and myself. The letter began by asking Dr. Dodwell for his help. It went

on to say that Dr. Gupta is being blamed for Mrs. Pollard's decision to go to

England. The letter also stated that plaintiffs are making wild accusations about

Dr. Dodwell' s care and the medical care in England. The letter offered to

reimburse Dr. Dodwell for his time.

LESLEY S. ZORK

1

Subscribed and sworn to ~

1606\1sz.aff

BRUCE **J.** KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
915 "'l'"TEENTI' STREET. N"
    TI1IRD FLOOR
 'VASH1NGTON. D.l' 20005
    1202' 628.8100
 TELECOP1ER (2021 6281240 TOLL FREE 1 18771 22"36""
    www.kl.",.rom

~~~~~~~::J

        NOT ARYPUBLIC Commission Expires: 8-14-06

fS

tember, 2003

2