BRUCE J. KLORES
  ID.C.. MD.. V.~.)
RICHARD J. FOGELSON. EMT.CT
  w,C.. MD.. VA.. co..'
LESLE¥S. ZORK. R.N.
  W.C.. MD.J
PATRICIA C. KARPPI
  (D.C.. VA.)


AMY D. BERK. R.N.. MSN
  (NURSE CONSULTANT)


BRUCE **J. KLORES& ASSOCIATES**
ATTORNEYS .'\TL.\.W
A PRO},'ESSIONAL CORPORATION
91.5 FIFTEENTH STREET" N. w:
THIRD WLOOR
WASHINGTON" D.C. 20005
            1202) 628-81.00
        TELECOPlER (202) 628-1.240 TOLL FREE 1. (877J 223-3688
            www.klore..com


September 11, 2003


**VIA FACSIMILE 410 584-2020**

..Joan Cemiglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Eyerton
4 North Park Drive #404
Hunt. VaUey, MD 21030


Re:


Pollard. et al. v. United States


Dear Joan:


    VIRGINIA OFFICE
:L 700 NORTH MOORE STREET
SUITE :LO:LO
ARLINGTON. VIRGINIA 22209
(703) 5:L9-0789


    I am writing regarding your recent filings. Please let me know if you have attached all of the correspondence between you and Dr. Dodwell to the Motions you have filed. If not, please fax copies of all of the remaining correspondence between your office and Dr. Dodwell, including all emails. In addition, please fax us copies of your complete notes and memos of all conversations that you had with Dr. Dodwell, and all letters that you have written to anyone else, including insurance carriers, regarding your conversations with Dr. Dodwell. It is critical in resolving this issue that we have a full account of what has transpired between your office and Dr. Dodwell.

    Please fax these documents to us before the end of the day, as we share your concern about resolving the issue as quickly as possible..

Very truly yours,

BRUCE J. KLORES &ASSOCIATES,P.C.

*~(j~~:-(..:---1*

Lesley S.Zork

/~ /J

1606\I-lowensen.dodwell