# MORGANSHELSBY
## CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN(MD;DC) MARY ALANE DOWNS (MD)
ANGUS R.EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC) GILBERT F. SHELSBY, JR. (MD, DC, DE).

OFFICE ALSO IN; NEWARK, DELAWARE

A PROFESSIONAL ASSOC.lATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

September **11,** 2003

Via Facsimile and Mail- 202-628-1240

Lesley S. Zork, Esquire
Bruce J. Klores & Associates, P.C 915 15th Street, N.W.
Washington, D.C. 20005

Re

Veronica Pollard, et al v. Raj Gupta, M.D., et at Our File No.: 315.02549

Dear Lesley

TARA M.CLARY (MD)
ROBIN E. HAUPTMANN(MD, DC) MICHAEL J. LOGULLO (DE) MARIANNE DEPAULO PLANT(MD)

JOSEPH ¥. BRATTAN. III (1933-1999)

WRITER'S E-MAIL ADDRESS: iclowensen@.morganshelsbv.com

~

    I have provided you with copies of aIr correspondence and e-mails between Dr. Dodwell and myself with the exception of one which I am attaching. This merely re~sures Dr. Dodwell that, in my opinion, he did nothing wrong.. As to any client correspondence that may be attorney/client privilege, I respectfully decline to provide these. Any such correspondence would contain my mental impressions regarding the case.. As such, I object to such provision.

If you have any questions regarding this, please feel. free to contact me at any time.

Very truly yours,

1,-

JCL/jk (;

Enclosure

..

cc: Peter R. Masclola,EsqUlre
    Larry Adams, Esquire (via facsimile and mail} Catherine Hanrahan, Esquire (via facsimile and mail}
H:\JCL\WesternLiti2ation -Pollard\lzork.O91103.doc

*Joan Cerniglia-Lowenser*

Joan Cernialia-Lowensen

---

From: Sent: To: Subject.

Joan Cerniglia-Lowensen
Thursday. September 11,20038:53 AM 'David Dodwell'
RE: mrs. pollard

Dr

Dodwell

I would be happy to provide your counsel with any information regarding the judge or laws of this state.. Have him or her contact me ASAP. (410)584-2800

     Original Message--~--
From: David Dodwell [mailto:David.Dodwell@leedsth.nhs.uk] Sent: Wedne$day, September 10, 2003 11:25 AM
To: bjk@klores.com
Cc: jclowensen@morganshelsby.com
Subject: Re: mrs... pollard C

Dear Ms Cerniglia-Lowensen & Mr Flores

In view of the recent concerns expressed relating to discussions with you I hav~ needed to seek advice from my Hospital Trust' legal department, my clinical director and my defence organisation about my further involvement in this case. Their written advice is awaited and until received I am not in a position to be involved in further contact with either team of lawyers.

It has been suggested that I may need to seek the impartial advice of the court in order to provide me with guidance over my further contact with you. I would be grateful if the contact name and e mail address of the judge or appropriate liaison person could be provided if this advice is confirmed.

A response acknowledging receipt of this e mail would also be appreciated so that I can be sure you have received this message.

Yours Sincerely

Dr. D. Dodwell
Consultant in Clinical Oncology Cookridge Hospital, Leeds, LSl6 6QB
UK

Tel

1133

924237