Page 1

IN THE UNITEp STATES pISTRICT COURT DISTRICT OF MARYLAND

4 VERONICA POLLARD,

5 et al.,

6

7

   8

9 '

10

11 12

13 Deposition of LEROY FLEMING SMfIH, JR., 14 M.D., was taken on Tuesday, June 10, 2003, at

15 5226 Dawes Avenue, Alexandria, Virginia,

16 commencing at 5:20 p.m. before Carol T. Lucic,

17 Notary Public.

18 19

20

21

   Plaintiffs: Civil Action

   vs. No. S-O2-CV-764 UNIfED STATES OF AMERICA,: etal.,

**Defendants -:**

        INDEX OF WITNES SES

.2 WITNESS PAGE

3 LEROY FLEMING SMITH, JR, M.D.

4 ByMs. Cemiglia-Lowensen 4, 108 5 By Ms. Hanrnhan 90,110

6 By Mr. Adams 110

7

8 INDEX OF EXHIBITS

9 EXlllBrr PAGE

10 No.1 Cun1culum vitae 4

11 No.2 Handwritten notes 27

12 No,3 Handwritten notes 27

13

14 15

16

17

18

19

20 21

REPORTED BY: Carol T. Lucic

2 3

   4

5

6 7

8 9 10

11

12 13
14 15 16
17
18 19
20
21


APPEARANCES:
   LESLEY S. ZORK, ESQUIRE
      On behalf of the Plaintiffs
   LARRY D. ADAMS, ESQUIRE
      On behalf of the Defendant
      United States of America JOANCERNIGUA- LOWENSEN, ESQUIRE
      On behalf of the Defendant
      Raj Gupta, M.D.
   (via telephone)
   CATHERINE A HANRAHAN, ESQUIRE On behalf of the Defendant
      Hwnana Military Healthcare
      Systems, Inc.


Page 2


(Exhibits attached.)


 1 (Whereupon curriculum vitae was marked as
2 Deposition Exhibit No.1.)
3 Thereupon --
4 LEROY FLEMING SMITH, JR., M.D., .
 5 a Witness, called for oral examination by
 6 counsel for the Defendants, having declared and
7 affirmed under the penalties of perjury to tell
 8 the truth, was examined and testified as
9 follows:
10 EXAMINATION BY MS. CERNIGLlA-LOWENSEN 11 Q. Good afternoon, Dr. Smith. My name is
12 Joan Cerniglia-Lowensen. I'm here today
13 representing Dr. Raj Gupta in a matter that has
14 been brought against him by the Pollards, and
15 you have been identified as an expert witness in
16 this case.
17 Is that your understanding as to why
18 you're here, sir?
19 A. Yes.
20 Q. Dr. Smith, you previously gave your full
21 name. Can you do that again on the record,


1 (Pages 1 to 4)

~LWF0013

1 coIning to those meetings.

2 Q. Do you remember the name of any of the
3 physicians from England who made these
4 presentations?

5 A. What I would probably have to do, I could
6 go back to one of my syllabuses and look, but I
.7 don't remember right offhand.

8 Q. If you could do that easily and provide
9 that to Miss Zork, I would appreciate that.

10 A. Okay.

11. Q. When were these conferences that you're
12 referring to?

13 A. Well, the San Antonio breast cancer
14 conference is every December. This year I think
15 it's going to be the 2nd through the 5th or
16 something like that. It's always the fITSt week
17 or two in December. The ASCO, American Society 18 of Clinical Oncology, meets in May of each year.

19 Q. Would you say based upon those conferences 20 that you've attended that you're familiar with
21 the standard of care in England?

Page 17

1 MS. CERNIGLIA-LOWENSEN: Let's have one 2 rule: Objection and then he can answer; You
3 can make your objection for the record, but if
4 he's talking and you're talking, we're going to
5 have a mess here.

6 MS. ZORK: My objection is that he has not
7 been designated as an expert on the standard of
8 care in England.

9 Q. Doctor, can I have your answer now, sir?

10 A. I would say that, no, I would not be
11 considered an expert to make any type of
12 testimony concerning the standard of care in
13 England.

**14** Q. Dr. Smith, have you ever personallybeen
15 sued for medical malpractice?

.16 A. I was named in a suit about 25 years ago,
17 but was dropped very quickly. It never went
18 anywhere with me. There were about 15 doctors
19 named. I happened to be unfortunate enough to
20 have consulted on the case, but never have I had
21 to have my ~ce company pay anything or go

1 A. Well, I wouldn't say in any intricate
2 detail, but I do know from the articles that are
3 published and looking at ASCO -in fact, rve
4 atten,ded conferences where they've talked about 5 the treatment of breast cancer. In particular,
6 the group from Montreal and then some of the
7 British physicians attend these meefuigs. So,
8 in other words, I have a good feeling for what
9 they do in general, but certainly not every
10 little intricate detail of every little case,
11 but just kind of an overview.

12 Q. Would you consider yourself an expert in 13 the standard of care for breast cancer in
)4 England?

15 MS. ZORK: Objection. He's not going to 16 be testifying at trial about the standard of
17 care for breast cancer in England.

18 A. Unless I lived over there I wouldn't be

~LWF0013

19 able to do that.
20 MS. ZORK: It's beyond the scope of his
21 desi~ation.

Page **19**

Page 18

1 to trial or anything.
2 Q. Was that suit here in the District area?
3 A It was in Virgini~ Actually it was one
4 of my friends, his wife. I just happened to be
5 a consultant that saw hini. There were four or
6 five other doctors that were really taking care
7 ofhim when he was in the hospital, yes.
8 Q. Dr. Smith, your curriculum vitae, Pages 3
9 and 4 contain publications that you either
10 authored or participated in in some way.
.11 A. Yes.
12 Q. Are any of those articles germane to the
13 issues in this case?
14 A Let's see here. No.9 was a protocol that
15 we participated in in the treatment of advanced
16 breast cancer with two different Adriamycin
.17 regimens, and that was in the Proceedings of
18 Clinical Oncology in March of'82. Then No. 12 19 was where we reviewed a lot of our cases looking 20 at the pattern of local-regional failure in
21. patients with breast cancer treatment with

Page 20

5 (Pages 17 *to2D)*

1.. It's a well-known fact that there is no
2 five, ten, 15,20. The all-time record I have
3 is a 50-year recurrence after mastectomy in a
4 woman who was 91 years old. She wasactually
5 diagnosed in 1950 with pleural effusion. 50
6 years later she had ER and PR positive tumor
7 cells in the fluid. She responded to Tamoxifen.
8 She died at 94 of old age. She just sort of
9 quit living.
10 Q. Dr. Smith, you talked about tumor burden. 11 What do you mean by that? That's a tenn I'm not 12 familiar with.
13 A. Tumorburden refers to the number of cells 14 present. One cubic centimeter of tumor contains 15 one billion cells. So, in other words, if a
16 person has metastases in their bone, in their
17 liver, in their lungs, but their liver hasn't
18 stopped working, they're still. breathing, and
19 their bones are hurting, but they're riddled,
20 why does the patient die then? They die because 21 of tumor burden. In other words, it's almost


**Page 57**


Page 59

          .
1 dIdn't. do a PET scan on her because I guess they
2 didn't. have the availability down there in '98,
3 but we have been doing PET scans around here for 4 quite a few years. The smallest breast cancer
5 I've ever picked up with a PET scan measured .4
6 centimeters in diameter, and it was done on a
7 lady with lung cancer. We found this in the
8 breast, took it out, and it was breast cancer.
9 That's the smallest one I've ever seen picked up
10 by PET. PET would not pick up micrometastases. 11 Q. Dr. Smith, you reviewed the
12 recommendations in the letter of Dr. Gupta,that
13 Miss Pollard took along to England; is that
14 correct?
15 A. Yes.
16 MS.ZORK: Objection to the form of the
17 question.
18 A Wait. I'm sorry, Was it his consultation
19 that she took along?
20 Q. Correct.
21 A That I had, yes.


1 like critical mass. I look at it like a
2 critical mass With a nuclear explosion. You get
3 to a certain point where the body can no longer
4 tolerate any more cells. This is why they die,
5 from tumor burden.
6 Q. All patients that have a.5 cm. breast
.7 tumor, would they have the same tumor burden? 8 A. No. When I say in the breast, they
9 probably do if it's exactly .5 and measured With 10 an anatomic calculator or whatever you have, but 1 i we don't know what is happening out there in the 12 periphery somewhere. If this patient haSER-PR, 13 high ER-PR, and is like 60 years old, then the
J 4 chances of having a large tumor burden probably 15 is in that range that Dr. Gupta was talking
16 about. Maybe 4 or 5 percent of them will;
17 however, that doesn't mean they won't recur 1.0 18 or J5 years later, though.
19 Q. How do we know then that Miss Pollard's 20 tumor burden was small?
21 A. Because it coUldn't be detected. They


**Page 58**

~LWF0013

Page 60

1 MS. ZORK: I'm not sure that the record is 2 clear as to whether she took that along with
3 her. In fact, I think there is a dispute about
4 that.
5 Q. In any event, you reviewed the
6 consultation note; correct?
7. A. Yes, I did.
8 Q. And you agreed with the recommendations 9 contained therein?
10 A. Yes.
11 Q. Do you have an opinion as to whether Dr. 12 Dodwel1 in England deviated from accepted
13 standards of care?
14 MS. ZORK: Objection. We're not going to 15 be asking him those questions.
16 A. Well, here is the thing. The one thing I
17 do know about the English, and it's unfortunate 18 is that anything they do has economic ties to
19 it. I think I told Lesley this. I've actually
20 seen in writing that a European in an article
21 indicated that in a patient that has a small

15 (Pages 57 to 60)

1 tumor, even though there is a benefit, that
2 economically it's not cost effective to treat
3 that patient.
4 I guess it all boils down to the issue of
5 how much is a life worth. If it's mine, I would
6 give everything I have to be able to live. I
7 think that's the wrong way. In this country we
8 don't make decisions like that. The insurance
9 companies try to make you not use Epirobicin and 10 use Adriamycin, but Medicare, the Federal
11 Government allows you to do that. Some of the 12 for-profit insurance companies try to alter your
13 care, but we don't let them do it. InEngiand,
14 unfortunately, they don't have the power really
1.5 to make those decisions because of the
16 socialized program and the pressure they're
17 under because of the tremendous cost.
18 Q. SO is it your belief that Dr. Dodwell made
19 the decision to not utilize chemotherapy based
20 upon this economic analysis?
21. A. I can't really say What he was thinking.


Page 6f


1 Q, By not treating her with -
2 A. Chemotherapy.
3 Q. Thank you.
4 A. And also by waiting so darn long to get
5 the radiation started. We usually wait a couple
6 of weeks after chemotherapy is finished and then 7 we start the radiation. He didn't give her
8 chemotherapy, and it still was six months before 9 they started radiation.
10 Q. After a lumpectomy has occurred is there 11 an amount of time that you have to wait before 12 initiating radiation?
13 A. If the patient is not getting
14 chemotherapy, you wait --it's just like the
15 same thing, in other words. You do wait and
16 make sure the incision has healed. Within two 17 weeks most incisions are healed. You may have 18 to delay if somebody gets a wound infection, but 19 then you go ahead and treat.
20 If you're seeing somebody who has a high
21 risk of having micrometastatic disease, then our

Page 62

1 MS.ZORK: I'm going to object. You asked

2 him earlier ifhe knew what the standard of care

3 was in England, and he said no, so I'm not sure

4. what these standard of care questions relate to.

5 Did Dr. Dodwell violate the standard of care as

6 we know it in the United States? What is your

.7 question because we have already established --

8 MS. CERNIGLIA-LOWENSEN: If the doctor 9 doesn't understand my question, he will tell me

10 that.

11 Q. Doctor, did you understand my question?

12 A Repeat it

13 (Whereupon the court reporter read the

14 pending question.)

15 A. Specify whose accepted standards of care.

16 Q. .I will be happy to. Let's parcel it out.

..1 7 First off, pursuant to American standards of

18 care in 1998.

19 A. Yes, he did.

20 Q. In what way?

21 A. By not treating her.


Page 63


1 radiation oncologists will be the fust ones to

2 agree with us that chemotherapy up front is

3 first. We know even that can also delay or

4 prevent some degree of local recurrence. We

5 also know that if you don't give radiation

6 therapy in a timely fashion, that the difference

7 between radiation and no radiatioqis alIi1ost --

8 in other words, that a delay like that alIi1ost

9 puts you in the same category you would have if 10 you don't give prophylactic radiation, and in

11 that situation in the data in this country it

12 runs about a 35% recurrence rate in the

13 nonirradiated breast and chest wall.

14 This particular patient did have a

15 recurrence in the parasternal region, which

16 would have been included in the radiation field. 17 Q. If I can back that up a little bit, what

18 you're telling me is that after a lumpectomy if

19 the breast is not radiated, there is a35%

20 risk --

21 A. Failure rate in different. series you will


Page 64


16 (Pages 6..1 to 64)

I VERONICA POLLARD, et aI., *INTHE

2 Plaintiffs, * UNITED STATES COURT 3 Ys. * FOR THE DISTRICT

4 RAJ R. GUPTA, M.D., etal.:* OF MARYLAND 5 Defendants. * Case No. WDO-O2- 764


6 7 The deposition ofG. PETER PUSHKAS, M.D., was

8 taken on Monday, the 23rdday of June, 2003, commencing 9 at 10:30 a.m., at the Law Offices of Bruce J. Klores &

10 Associates, 915 Fifteenth Street, N.W., Washington,

11 D.C., before Mona Smith, CSR, RMR, Notary Public.

12 APPEARANCES:

13 LESLEY S. ZORK, ESQUIRE

14 On behalf of the Plaintiffs.

15 JOAN CERNIGLIA-LOWENSEN, ESQUIRE

16 On behalf of Dr. Gupta.

17 LARRY D. ADAMS, ESQUIRE

18 Assistant U.S. Attorney

19 CATHERINEA. HANRAHAN, ESQUIRE

20 On behalf of Humana Military Healthcare

21 Reported by: Mona Smith, CSR,RMR .


Page I


1. G. PETER PU SHKAS , M.D.

2 the Deponent, cal1.ed for oral examination by the

3 defendant, being first duly sworn to tell the truth, the

4 whole truth, and nothing but the truth, testified as

5 follows:

6 EXAMINATION BY CERNIGLIA-LOWENSEN:

7 Q Good morning, Doctor. My name is Joan

8 CemigIia- Lowensen, and I'm here today representing

9 Dr. Gupta in a matter that has been filed against him

10 and some of the other defendants on behalf of Veronica 11. Pollard.

12 Is that your understanding as to why you're

1.3 here, sir?

14 A Yes,it is.

15 (Curriculum vitae of Dr. Pushkas was marked

16 as Pushkas Deposition Exhibit Number 1..}

17 Q Doctor, you previously provided to plaintiffs

18 counsel a copy of your curriculum vitae. Can you look 19 at that and tell me whether that is the most current

20 copy of your CV?

21. A There are only minor additions that need to be


2 Wl1NESS PAGE 3 G. PETERPUSHKAS, MD.,

4 ByMs.Cemi~ia-Lowensen

5 ByMr.Adams 49

6 *By* Ms. Hanrahan 69 7 *By* Ms. Cemi~ia-Lowensen

8

9 INDEX OF EXHIBITS

10 EXHIBITS PAGE 11 Number 1 Curriculum Vitae ofDr.Pushkas 12 Number 2 MEDICARE search

13 Number 3 MEDICARE search

14

15

16 EXHIBITS ATTACHED

17


INDEX

Page

Page 2

3

1 made.
2 Q And what's the nature of those additions?
3 A Since this has been reviewed, I got back on
4 staff at the Washington Hospital Center, so I have
5 Privileges at that hospital as well.. And on Page 2, the
6 professional achievements, many of these things have
 7 been quite outdated and I have a number of new
 8 committees that I am on and other positions that I have 9 taken.
10 Q Doctor, do you have a more updated copy of
1 r your CV in your office, sir?
12 A No, I do not.
13 Q If at any time you get that together, if you
14 could provide that to Ms. Zork and then she can forward .15 it on to us, that would be helpful.
16 A I will make sure it will happen.
17 Q Thank you, sir. Doctor, you went to medical
18 school in Hungary; is that correct?
19 A That is correct.
20 Q Can you tell me what you did professionally
21 after your graduation from medical school at the

18 19
20
21

79

3

20 20

Page 4

1 (Pages 1 to 4)

Page 13

1 A Yes. I havereviewoomooicaJ.records from the

2 DwightD. Eisenhower Hospital. I have reviewoo records 3 from England on Ms. Pollard from the Menwith Hill

4 Station in Harrogate. I have reviewoo Cookridge

5 Hospital's records. I have reviewoo outpatient records

6 from Lincoln Keith Air Force Base. I have reviewoo

7 hospitalization and clinic records of Walter Ra:<! Anny

8 Mooical Center. And I have reviewoo the depositions

9 Ms. .veronica Pollard, Staff Sergeant Roosevelt Pollard, 10 Jr., and the depositions of Dr. Sees, Dr. Stephen Ada1ns, 11 Dr. Moo oh Hwang,. and Dr. Raj Gupta.

12 Q And, Doctor, do you have the -any

13 correspondence that you received from Ms. Zork or

14 Mr. Klores concerning this case?

15 A I have brought all the correspondence with me

16 for your review.

17 Q May I have it. Thank you.

18 A Mm-hnun.

19 Q Doctor, 1 notice that. the first correspondence

20 is dated April 29th, 2003, and it starts off, "Thank you

21 for a~g to review medical records of Veronica

] Q Would you say that you have any familiarity

2 with the standard of care in England during the time

3 period around 1998?

4 A 1 would not have any familiarity with that.

5 Q So 1 think 1 know the answer to this, but just

6 for the rocord, you don't hold yourself as an expert

7 regarding standards of care in England in oncology in

8 ]998; is that corroct?

9 A 1 do not, that is corroct.

10 Q Doctor, 1 presume that you have some opinions

] I regarding Dr. Gupta and that's part of the reason that

12 you're here today. Can you list for me, first, what

13 opinions you have regarding how Dr. Gupta may have

14 deviated from accepted standards of care? And then

15 we'll go back and talk a little more in depth about it.

16 Is that okay?

17 A Right. When Dr. Gupta had his contact with

18 Ms. Pollard in the first couple of weeks of Docember of

19 1998, it was his opinion and rocommendation that he

20 documented that he recommended adjuvant chemotherapy for 2] Ms. Pollard in addition to the obvious radiation therapy

1 Pollard." Do you believe that you received this shortly

2 after your first contact from Mr. Klores's office?

3 A That's colTect

4 Q Doctor, have you ever practiced medicine in

5 the United Kingdom?

6 A 1 have taken a clinical clerkship in the

7 United Kingdom in London in the summer of 1965, but that 8 was theonly extent of my having patient contacts in

9 England.

10 Q And when you say clinical clerkship, what does

11 that mean? What did you do that summer?

12 A It was probably the ~uivalent of an

13 externship,which is, ~in, an intern who is not on

14 staff in the hospital.

15 Q You had not graduated from medical school. at

16 that point, correct?

1.7 A That is correct.

18 Q What type of patients did you care for at that

19 time?
20 A General medical patients and some oncology
21 patients.


Page **14**


1 needed. By not starting this treatment and not making 2 sure that this treatment will be started expeditiously,
3 Dr. Gupta has breached the standard of care.
4 Q Do you agree that Ms. Pollard required the
5 chemotherapy and radiation therapy?
6 A Yes, I do.
7 Q When did the standard of care require the
8 treatments be initiated?
9 A By early December 1998 Ms. Pollard was
10 approJcimately six weeks after the diagnosis of the
n cancer and two weeks after the defmitive surgical
12 procedure that was performed. Assuming good wound 13 healing, and I do not see any record to the contrary to 14 that, the chemotherapy could have been Started at that 15 time and should have been started within two weeks at 16 the most of the definitive surgery.
17 Q When you talk about the definitive surgery,
18 are you talking about the lumpectomy?
19 A rm talking about the lumpectomy and axillary 20 node dissection.
                                    -
21 Q Doctor, could the chemotherapy be initiated


4 (Pages 13 to 16)

1 at to sort of give me that guideline? Is there a
2 particular textbook? Or a particular article?
3 A I !eally don't think that you would find hard
4 and fast guidelines written on it. Where I can be of
5 help is to get you a number of treatment protocols that
6 all specify the period of time within which this
7 treatment should be started.
8 Q If you would do that, that would be helpful.
9 A I'll be happy to.
10 Q Doctor, in your MEDLINE search, the one that 11 we have identified as Exhibit 3, "Prognostic Comparison 12 of Three Classifications for Medullary Carcinoma of the 13 Breast," when did you do thisMEDLINE search, sir?
14 A Yesterday.
15 Q And what was the reason for your looking at
16 this particular article?
17 A I couldn't help but notice that the pathology
18 report describes Ms. Pollard's cancer as showing
19 medullary features. And I have seen two pathology
20 readings on those pieces of tissue and I have noticed
21 some discussion as well in the deposition of Dr. Adams

**Page 37**

1 significance as a nonmedull~carcinoma. In other
2 words, it didn't work in Ms. Pollard's favor that she
3 had features of medullary carcinoma on pathology.
4 That's the reason why I did it.
5 Q Just so that I'm sure that I got that right in
6 my layman's language, a tumor that --do you agree that 7 Ms. Pollard's tumor had medull~ features?
8 A I have to accept it as an article of faith
9 &orn the two pathologists that have reported on the
10 tissue.
11 Q But a tumor with medull~ features is not the 12 same as a medull~ tumor?
13 A That is correct.
14 Q And in this instance, themedull~ features
15 led the pathologist to conclude and you to rely on the
1.6 fact that she had an atypical medull~ carcinoma?
17 A That's correct. That's why the pathologist's
18 remarks in his report that this is a --I forgot the
19 word he used, either high-grade or aggressive histology. 20 Or he may say undifferentiated. I'll look afterward.
21 Q Does that have any significance in the

Page 38
1 and Dr. Moo ohHwangthat Ms. Pollard's pathology was 2 consistent with a typical medullary carcinoma.
3 Now, medullary carcinoma is an unusual
4 pathological finding. We only see maybe 3 to 5 percent
5 of all breast cancers as being medullary carcinoma. And 6 medullary carcinoma has the unusual characteristic that
7 it 1ooks very aggressive under the microscope. It also
8 shows a significant infiltration by tumor infiltrating
9 leukocytes. Again, that's what my pathologist friends
10 tell me. And despite the aggressive appearance,
II classical, typical, medullary carcinoma is actually a
12 better prognostic feature than atypical medullary
13 carcinoma.
14 Since both of these pathologies have been
15 describing Ms. Pollard's tumor as being an atypical
16 medullary carcinoma, for my own interest I looked to see 17 if there was any difference. And what I have found in
18 many articles, and I just didn't want to overburden my
19 floppy disk actually to save all of those, it appears

20 that atypical medullary carcinoma actually is not a good 21 thing to have. It has the same kind of pro gnostic

Page 39

 1 treatment?
2 A Yes, it does. If she had atypical medullary
3 carcinoma, then that would have supported a decision of 4 withholding chemotherapy, together with the other
5 findings, of course, but that would have been in favor
6 then to be less aggressive in our approach.
7 Q Doctor, do you have an opinion as to whether
 8 the physicians in England deviated from accepted
9 standards of care by not initiating chemotherapy when 10 Ms. Pollard got. there?
11 MS. ZORK: .I'm going to object because he's
12 already testified that he was not aware of the standard
13 of care in England in '98.
14 Q Do you have an opinion?
15 A Not knowing the standard of care, alII can
)6 say is that this lady needed chemotherapy and it should 17 have been given.
18 Q I'm going to ask you hypothetically if a
19 patient found her way to your office for whatever
20 reason, eight weeks, ten weeks, twelve weeks, fourteen 21 weeks after her definitive surgery and presented with

Page 40

10 (Pages 37 to 40)

1 the same characteristics of Ms. Pollard, would the
2 standard of care for you in your office here in Maryland
3 require you to initiate chemotherapy at that point in
4 time?
5 A It would have required a fairly involved
6 discussion with the patient pointing out that our window 7 of opportunity may have passed, but with the possible
8 dire circumstances that could develop if we make the
9 wrong choice and not give her the chemotherapy, it would 10 be still my recommendation to give it But I would
11 document the fact that this is not an ideal situation.
12 See, almost anything is better than dying &om breast
13 cancer.
14 Q And according to your testimony, there really
15 are not studies to indicate how statistically
16 chemotherapy would work on someone at that point in
17 time?
18 A I'm not aware of any studies where that is
19 proven and I have done the search.
20 Q Doctor, what is the puIpose of radiation
21 therapy? How does that prevent a recurrence?


Page 41


  lout and hopefully destroy any cancer cell that might
 2 have gotten into the circulation.
 3 Now, you have to realize that whole approach
 4 with adjuvant chemotherapy or hormonal manipulation is 5 based on the fact that in the history of doing breast
 6 cancer surgeries, we would perform the local surgery and 7 remove the breast and tell the patient, the surgeons
 8 always do, that they got it all, only to lose a patient
9 five y~ orten y~ later with breast cancer
10 starting in the liver, lung, brain, or the bone.
11 Now, the only way that those cells have gotten
12 there was prior to the surgery because those are breast
13 cancer cells. And if that is true, then it is possible
14 that no matter how early the breast cancer may have
15 been, cells have broken off and landed elsewhere and not 16 in the lymph glands. And that's the reason why we
17 started to give adjuvant chemotherapy or hormonal
18 therapy.
19 Q Now, Ms. Pollard's reoccurrence was where,
20 sir?
21 A Ms. Pollard had -I dqn'tknow whether the


1 A As we talked about earlier, if the surgical
2 procedure is anything less but the total mastectomy, we 3 still have viable breast tissue on the side where the
4 original cancer has developed, and the possibility of
5 intransit metastasis, that is cells that have broken off
6 from the bulk of the tumor and are on their way to the
7 l~ph nodes, makes it imperative that we deliver a
8 certain amount of cell killing radiation to the
9 remainder of the breast tissue. And if there are also
10 lymph nodes involved at the time of the surgery, then 11 that radiation typically includes the drainage area, the ,12 lymphatic drainage area, that is the armpit.
1.3 Q What does chemotherapy then add to the
14 situation? What does it do that radiation wouldn't?
15 A Radiation therapy is a local modality. It
16 only works where it's given. The outline field, the
1. 7 radiation field, even half an inch outside of the
18 radiation field, the radiation will not have a cell
1.9 killing effect. Chemotherapy, on the other hand, gets 20 into the blood circulation, permeates every cell, if you 21 will, in the human body and,

therefore, it will search


Page 43


Page 42


                              Page 44
1 time, how you like to know it, but in the early part of
2 2000, she fell at work, she injured her ribs, she
3 developed a lump in the sternum, the breast plate ~
4 which was painful and that W!lS swollen and for a while
5 she was told it's going to go away because it's an
6 inflan1lnation. It turned out to be cancer on biopsy that
7 was done sometime in April.
 8 In April of2000, she had a Cfscan done which
9 showed an eight millimeter lesion in the right upper
10 lobe of the lung that was presumed but not proven to be 11 metastatic cancer. Then she got Medivac'd to the United 12 States. And Walter Reed,
either in late April or early
13 May, they have performed a supraclavicular lymph node 14 biopsy and there was cancer as well. So if we take this
15 time frame all together, then she recuITed regionally
16 and distantly as well.
IT Q Would the regional OCCUITence have happened
18 first and that led to the metastasis or did the
19 metastasis begin at the time of the initial lesion or is
20 there any way to know?
21 A There'srea11y not a very good way to know..


(Pages 41 to 44)

~LWF0013

] that we can talk about, do not seem to have a
2 well-defined cut of time. Lung cancer, stomach cancer,
3 colon cancer, five years typically equals cure. With
4 breast cancer, the literature has information about
5 recurrence as many as 40 years after the initial
6 procedure. The good news is the patient lived 40 years,
7 the bad news is it did recur.
8 Q And for those 7 percent of women that succumb
9 even with all the proper treatment that we've talked
10 about today and timely treatment, is there any
II prognosticator to indicate who falls in that 7 percent
12 or is it luck?
13 A It is luck or the lack of it.
14 MS. CERNIGLIA-LOWENSEN: Doctor, I don't think 15 I have any other questions right now, sir. Thank you.
16 MR. ADAMS: Why don't we take a five-minute
11 break and then we'll start!
18 (Recess taken.)
19 EXAMINA nON BY MR. ADAMS:
20 Q Doctor, my name is Larry Adams and I represent
21 the United States in this matt.er, so I have a few

Page 49

.I clinical studies in the U.K. comparable to what happens 2 in the United States?
3 A They are comparable, they are equally good,
4 and sometimes surprisingly different.
5 Q But that's true in all of Europe, isn't it?
6 A That is COITect.
7 Q Do you have any familiarity with the military
8 system of medical care Or the military in general in
9 this country?
10 A I do not have familiarity with the military.
11 I am not aware that the military is practicing poorer
12 medicine than elsewhere.
13 Q Okay. Let me kind of refine that question. I
14 take it that you don't have any particular experience
15 with military patients or patients who maybe the
16 dependents of active dutY military personnel in your
17 CUITent practice?
.18 A That is COITect.
.19 Q With regard to your testimony, concerning your 20 fees as an expert and your experience as an expert in
21 these kinds of cases, I believe Ms. Cerniglia-Lowensen

1 questions. I don't think I will be as long as
2 Ms. Cerniglia- Lowensen.
3 You mentioned earlier that one of the reasons
4 that you needed to take th.e boards twice was because of 5 a learning disability, but you didn't spell that out.
6 What is the learning disability?
7 A I have an attention deficit disorder and I'm a
8 very slow reader.
9 Q Is that also true in Hungarian as well as
10 English?
11 A Sure.
12 Q You also indicated that you had no expertise
13 in the standard of care required, or medical care
14 conditions in the United Kingdom; is that correct? Did 15 I understand that correctly?
16 A That is correct.
17 Q In the process of your professional reading,

18 do you ever look at English British publications with 19 regard to medical care in your specialty?
20 A All the time.
21 Q Okay. So is the level of research and

**Page 50**

1 asked you about your hourly rate and number of cases.
2 What I would like to know is approximately in the past
3 three years what percentage of your income is derived
4 from expert testimony?
5 A About 5 percent. 5 to? percent.
6 Q And the remainder of your income, how would
1 you divide it betWeen your private practice and other
8 concerns?
9 A Private practice and what?
10 Q If you have other specialties or concerns.
11 MS. ZORK: Other sources of income?
12 MR ADAMS: Yalh.
13 THE WITNESS: My or the family's income?
14 Q No. Your income.
15 A I get a small stipend being the chainnan of
16 the Department of Medicine at Suburban Hospital, which 17 is $18,000 a year, apart from that, all of my income is
18 derived from my private practice. And my investments. 19 That was a joke.
20 Q I don't know. It could be very significant.
21 But I take it that it's -that is a very small portion

**1.3** (Pages 49 to 52)

A

H

L

E

H

N

Y

I

M

M

m

T

I

I

d

A

A

I

H

n

V

W

U

M

m

RA

R

O

h

a

R

a

O

O

R

D

D

C

h

P

O

A

o

De

P

LAR

ON

O

D

R

O

D

d

d

a

O

a

C

a

R

F

1

mp

T

i

d

AM

a

p

a

a

4

C

O

t

T

A

R

r

C

Services

Q

d

d

C

T

a

O

D

am

C

F

a

D

P

MAR

T

F

O

C

R

LAN

C

C

O

A

O

r

D

d

R

a

D

Y

CA

PO

Page 26

1 Q Do you agree with the recommendations made

2 by Dr. Gupta in that letter dated December 16th,

3 1998?

4 A In the letter Dr. Gupta says "to whom it

5 may concern" and he summarizes her medical history in 6 the first paragraph. And then Dr. Gupta says,

7 "Mrs. Pollard's adjuvant therapy is somewhat

8 debatable, the size of the tumor is very small and

9 has medullary features which are favorable prognostic 10 factors. The fact that she's premenopausal and

11 receptors were negative make me favor adjuvant

12 chemotherapy with Adriamycin and Cytoxan for 4

13 cycles. I also recommend radiation therapy to her

14 right breast. In addition, 1 recommend the use of

15 tamoxifen to prevent breast cancer in high risk

16 patientS.."

17 I would not have given her thetamoxifen.
18 But yes, she should have had chemotherapy and
19 radiation based on her findings and prognostic
20 factors.
21 Q Would it have been a deviation in the
22 standard of care for a physician to order tamoxifen
23 with a patient such as Ms. Pollard?
24 A No.
25 Q Doctor, you indicated that the standard of

Page 27

1 care would have required that chemotherapy and
2 .radiation therapy be utilized with a patient such as
3 Ms. Pollard. Is that correct?
4 A Correct.
5 Q Do you agree with the type of drugs that
6 Dr. Gupta refers to in his correspondence?
7 A Yes, I do.
8 Q So administering that in 1998 would have
9 adhered to the standard of care?
10 A Yes.
11 Q Doctor, do you know anything about the
12 health care system in England?
13 A No.
14 Q Do you know whether in 1998 and early 1999 15 chemotherapy would have been available for
16 Ms. Pollard in England?
17 A They administer chemotherapy in England.
18 Q Doctor, Dr. Gupta refers to the tumor as
19 being small in size. Is that your understanding?
20 A My understanding is the tumor on one
21 description was .5 centimeters. The tumor on another 22 description was 11 millimeters.
23 Q What would the classification be for a
24 tumor that is .5 cms?
25 A Classification?

Page 28

1 Q Would it be a Tl?
2 A Yes..
3 Q Whatabout the one that is 11 millimeters?
4 A It would be a Tl..
5 Q In temIS of the care required by standard
6 of care, does it matter whether the tumor was a ..5 cm 7 as compared to an 11 millimeters?
8 A In this particular case, 11 millimeters, no
9 question her prognosis would change.. She would
10 definitely get the chemotherapy.. 5 --5 millimeters
11 would depend on other prognostic factors to sway you 12 one way or the other as to chemotherapy..
13 Q Doctor, when you as a GYN oncologist have a 14 patient who is similar to Ms. Pollard and you do a
15 lumpectomy and you send away the slides or pieces of 16 the tumor to be read by a pathologist, is that
17 something you personally as a doctor get involved in? 18 And by that, I mean, do you go to the lab and look at 19 it and measure it yourself?
20 A Sometimes I go to the lab and look at it..
21 I don't measure it.. No..
22 Q So do you rely on the expertise of the
23 pathologist to tell you how large the tumor is?
24 A Absolutely.. For the fine tuning of the
25 final pathology report, they're responsible for that..

1 Q So, in this instance, was it within
2 standard of care for Dr. Gupta to rely on the reading
3 of the pathologist when the pathologist determined
4 that the tumor was a .5 cm?

  5 A Absolutely.

  6 Q Now, you indicated that if the tumor that
7 Dr. Gupta was faced with was 5 millimeters that you
8 looked at other prognosticators to determine whether
9 or not chemotherapy was required by standard of care. 10 Is that correct?
11 A Correct.
12 Q What other prognosticators should Dr. Gupta
13 had looked in in making determinations for
14 Ms. Pollard?
15 A Well, in this particular case, it was a
16 poorly differentiated neoplasm. It had a K167 of 90
17 percent, which is a poor prognostic indicator, and it
18 had an S-phase of 6 percent, which is intermediate.
19 Q So, based upon those prognosticators, do
20 you agree with Dr. Gupta's recommendation in Decembe 21 of 1998 that chemotherapy would have been appropriate 22 forMs. Pollard?
23 MS. ZORK: I'm going to object. You're
24 talking about the letter, you're referring to
25 this --

Esquire Deposition Services