'

"

,~;;i~3~;K,~;;;~~
513-110



MEDICAL RECORD



!~:

TO:

# R~SONFO~E;u~~nts~ ~~ ~k.

.Izlt..er ~ ,S! f **Lu\*.;;:t&** ~ 'r .
ff ~ ~ ~ c.L..a l

I\ltd;' *CA* ~ ~

~

./ NSN 754~O-634-4127

*1.£* U.5?;{~

CONSULTATfON **SHEET**

REQUEST

.R.~ ~ *h.o.~*

a.scm. cifilt. ductal Carcinoma

DATE OF

( EQI!¥T
1~IJ-l'S

~

*provide further*

*"T{ e..tJD Mo j*

care

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE  R Gupta MD    APPROVED    PLACE OF CONSULTATION  ☒ ROUTING  ☐ TODAY
                                                ☐ BEDSIDE  ☐ ON CALL  ☐ 72 HOURS  ☐ EMERGENCY

CONSULTATION REPORT
RECORD REVIEWED  ☐ YES ☐ NO    PATIENT EXAMINED  ☐ YES ☐ NO

*"~~f!il*
*:;J*

r-"

Continue on reverse side

SIGNATURE                                                                    DATE

IDE;'ITIFIC~TION NO.

ORG..NIZATIO;,

;jE"ISTER NO.

\'IARD l'iO.

PATIE,II4TS IDENTIFICATION rForr.,ped *or* ,.mlen ~nlrles jIve ",arne-las" !jrs" ,"ladle jrace .*snk* :"~; ",oSP',al *or medIcal facil/!j',*
    *Po t* **L'trv-.-(** *r* J~Y\~~
       **3f** (2S-~2--6"$."3.8

|

CONSULTATION SHEET
Medical Record

STANC"RC .vAM 513 tR~ 5-921
Pre..nbel! by GSA/IC:.IR. ARMR 141 CFRI 201-9~a~-:

~ U.S.GDVERNMEtiT PRINTING OFFICE 199~-'391'iB

..i'~j

~c:

:,i!;rtf7'~'~c:.:;;"I':';;:f)~~'

'f::::~.~75i?!j:

~::

~'

"rz,,~~J2,Z~'~;~~"~;:;:r

,



**DEPARTMENT OF THE ARMY**
HEADQUARTERS DWIGHT DAVID EISENHOWER ARMY MEDICA
FORT GORDON. GEORGIA J~.~'O

Dec~!:lber

9QB

Oncology Se:-vices SUBJECT: POLLARD,

Veronica, SSW

TO WHOM IT MAY CONCERN

:ENTER



!~

--

"\

    Mrs. Veronica Pollard is a 43 year old female recently diagnosed
with breast cancer after having noticed svelling and pain in her right breast. Her mammogram vas normal. She had a breast biopsy on October 14 1998 and breast conserving surgery on November 12,1998. The pathology report showed a *0.5* cm. infiltrating carcinoma with medullary features. All 17 lymph nodes were negative. Her E! and PR vere negative, Her-2 pending.

    Mrs. Pollardts adjuvant therapy is somewhat debatable. The size of the tumor was very small and has medullary features which are of favorable prognosis.

    The fact that she is pre-menopausal and that her receptors were nega- tive, makes me favor recommending adjuvant chemotherapy with adriamycin
and cytoxan for 4 cycles. ,

    I also recommend radiation therapy to her right breast. In addition, I recommend the use of tamoxifen for prevention of breast cancer in this high risk patient.

me at

**If** I ma;
 (706) ,

y. be of further assistance, please don't hesitate to contact 787-6299.

Ra.j R. Gupta., M.D. Hematology/Oncology Service

-11-