ORIGINAL

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2              DISTRICT OF MARYLAND
3
4   VERONICA POLLARD,           :
5   et al.,
6           Plaintiffs     : Civil Action
7       vs.                      No. S-02-CV-764
8   UNITED STATES OF AMERICA,:
9   et al.,
10          Defendants      :
11          ------------------
12
13     Deposition of LEROY FLEMING SMITH, JR.,
14  M.D., was taken on Tuesday, June 10, 2003, at
15  5226 Dawes Avenue, Alexandria, Virginia,
16  commencing at 5:20 p.m. before Carol T. Lucic,
17  Notary Public.
18          ------------------
19
20
21  REPORTED BY:  Carol T. Lucic



Art Miller & Associates L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300

Page 60

1       MS. ZORK:  I'm not sure that the record is
2  clear as to whether she took that along with
3  her.  In fact, I think there is a dispute about
4  that.
5  Q.    In any event, you reviewed the
6  consultation note; correct?
7  A.    Yes, I did.
8  Q.    And you agreed with the recommendations
9  contained therein?
10 A.    Yes.
11 Q.    Do you have an opinion as to whether Dr.
12 Dodwell in England deviated from accepted
13 standards of care?
14      MS. ZORK:  Objection.  We're not going to
15 be asking him those questions.
16 A.    Well, here is the thing.  The one thing I
17 do know about the English, and it's unfortunate
18 is that anything they do has economic ties to
19 it.  I think I told Lesley this.  I've actually
20 seen in writing that a European in an article
21 indicated that in a patient that has a small

Page 61

1  tumor, even though there is a benefit, that
2  economically it's not cost effective to treat
3  that patient.
4      I guess it all boils down to the issue of
5  how much is a life worth.  If it's mine, I would
6  give everything I have to be able to live.  I
7  think that's the wrong way.  In this country we
8  don't make decisions like that.  The insurance
9  companies try to make you not use Epirubicin and
10 use Adriamycin, but Medicare, the Federal
11 Government allows you to do that.  Some of the
12 for-profit insurance companies try to alter your
13 care, but we don't let them do it.  In England,
14 unfortunately, they don't have the power really
15 to make those decisions because of the
16 socialized program and the pressure they're
17 under because of the tremendous cost.
18 Q.   So is it your belief that Dr. Dodwell made
19 the decision to not utilize chemotherapy based
20 upon this economic analysis?
21 A.   I can't really say what he was thinking.

Art Miller & Associates L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300