# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

June 9, 2003

<u>Via Air Mail and E-Mail – david.dodwell@leedsth.nhs.uk</u>

David J. Dodwell, M.D.
The Leeds Teaching Hospitals
Cookridge Hospital
Hospital Lane
West Yorkshire, England  LS16 6QB

    Re:  Veronica Pollard, et al v. Raj Gupta, M.D., et al
        Our File No.: 375.02549

Dear Dr. Dodwell:

    This correspondence is to implore your help in the above-captioned matter.  As you may recall, I represent Raj Gupta, M.D.  Dr. Gupta is an American oncologist who finds himself in an unusual position.  Dr. Gupta is being blamed for Ms. Pollard's choosing to relocate to England after being diagnosed with breast carcinoma.

    Plaintiffs are attempting to suggest that medical care is so much poorer in England that Dr. Gupta should have encouraged her to remain in the United States.  Your assistance is needed to explain to the jury the type of care that is indeed available in the United Kingdom.  Moreover, we need to explain to the jury that the same interventions were indeed available in England and that there were legitimate reasons that the plan of care was developed in the manner in which it was.

    We need to videotape you so that this can be achieved.  In the absence of your testimony, Plaintiffs will merely make wild accusations to suggest that the proper care was not available or provided.

    You are the only individual who can provide this testimony for Dr. Gupta.  We have been attempting to schedule your videotape deposition.  I would beg your assistance and participation with this matter.  As previously stated, we are more then willing to reimburse you for your time.



EXHIBIT
2

David J. Dodwell, M.D.
June 9, 2003
Page 2

    If you have any questions regarding this, please feel free to contact me at any time. In the meantime, my secretary has been attempting to talk with you regarding dates.

                                                Very truly yours,

                                                Joan Cerniglia-Lowensen

JCL/jk
H:\JCL\Western Litigation - Pollard\l.dodwell.060903.doc