IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|       v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|    Defendant | ) |

**REQUEST FOR HEARING ON DEFENDANT GUPTA'S MOTION
FOR SANCTIONS, AND PLAINTIFFS' CROSS-MOTION FOR SANCTIONS**

     Plaintiffs, Veronica and Roosevelt Pollard, through counsel, Lesley S. Zork, Bruce J. Klores, and Bruce J. Klores & Associates, P.C., respectfully request a hearing pursuant to U.S. District Court Local Rule 105.6 on Defendant Gupta's Motion for Sanctions, Plaintiffs' Opposition thereto, and Plaintiffs' Cross-Motion for Sanctions. In support of this request, counsel state the following:

     1.     In two separate letters to plaintiffs' counsel on September 11 and 12, 2003, defense counsel flatly denied having written any additional letters or emails to Dr. Dodwell, and told plaintiffs' counsel that she had provided copies of all correspondence between herself and Dr. Dodwell to both the Court and counsel. (See Exhibits 11-14, Plaintiffs' Opposition and Cross-Motion) Only after having been caught in a deliberate attempt to conceal from both the Court and counsel the June 9, 2003 letter that Ms. Cerniglia-Lowensen wrote, faxed and emailed to Dr. Dodwell, did defense counsel come clean by attaching the letter to Defendant's Reply.

     2.     The June 9, 2003 letter seen in its entirety further vindicates plaintiffs' request to preclude the defendant from deposing Dr. Dodwell. Defendant Gupta should not be

permitted to benefit from violations by his counsel of Mrs. Pollard's rights in this country under HIPAA and of her doctor-patient privilege in England. Nor should defendant be entitled to benefit from his counsel's deliberate attempt to mislead plaintiffs into believing that she would abide by the terms of plaintiffs' authorization when she sought Mrs. Pollard's consent to schedule Dr. Dodwell's; or from defense counsel's deliberate effort to conceal the nature and extent of her communications with Dr. Dodwell from both the Court and counsel once her conduct was brought to light.

3. Because of the sensitive and serious nature of the issues that have been raised by the revelations in this matter, plaintiffs respectfully request a hearing pursuant to Local Rule 105.6.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By:_____
   Lesley S. Zork - #013454
   Bruce J. Klores - #03320
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA


_____
Peter R. Masciola - #12958
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby Certify that a copy of the foregoing Plaintiffs' Request for Hearing Pursuant

Local Rule 105.6 was mailed first class postage prepaid to the following this 24th day of September, 2003:

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

                                                                _____
                                                                Lesley S. Zork

1606\mtn.hearing