IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs, Veronica and Roosevelt Pollard by and through their attorneys Lesley S. Zork, Bruce J. Klores, Bruce J. Klores and Associates, P.C., and Peter R. Masciola, Esquire, respectfully move for an extension of time of 11 days, until October 14, 2003, to file an opposition to Defendant's Raj R. Gupta's Motion for Summary Judgment. The reasons for this Motion are as follows:

1. This is a complex medical malpractice case where plaintiffs allege that defendant Gupta was negligent in failing to communicate in a timely and appropriate fashion to Mrs. Pollard and her treating physicians in England the need for adjuvant therapy for treatment of her breast cancer.

2. This Motion for Extension of Time is filed before the expiration of the deadline for filing such Opposition (October 3, 2003).

3. Plaintiffs respectfully request an additional 11 days to file an opposition to Defendant Gupta's Motion for Summary Judgment. The reasons for such request are as follows:

(1) the discovery depositions of defendant Gupta' experts are not yet complete and are scheduled to be completed by October 3, 2003;

(2) undersigned counsel is scheduled to be in depositions this entire week and thus, plaintiffs need additional time to marshal the necessary factual evidence and complete the necessary legal research to oppose Defendant's motion;

(3) the 11 day extension will not prejudice any of the parties or affect any other pre-trial deadline.

WHEREFORE, for these reasons and any others that may appear to the Court, Plaintiffs respectfully request an enlargement of time to October 14, 2003, to file an opposition to Defendant Gupta's Motion for Summary Judgment. A proposed Order is attached.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____
Lesley S. Zork
Bruce J. Klores
915 15th Street, NW
Washington, D.C. 20005
(202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby Certify that a copy of Plaintiffs' Motion for Extension of Time was mailed first class postage prepaid to the following person this 29th day of September, 2003.

| | |
|---|---|
| Larry D. Adams<br>Assistant United States Attorney<br>6625 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201 | Joan Cerniglia-Lowensen, Esquire<br>Morgan Shelsby Carlo Downs & Everton<br>4 North Park Drive #404<br>Hunt Valley, MD 21030 |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

                                                          _____
                                                          Lesley S. Zork

K:\1606\mtn.extend.002.wpd