IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Time, and any opposition, thereto, it is this _____ day of _____, 2003, hereby

ORDERED that Plaintiffs' Motion is GRANTED; it is further hereby

ORDERED that Plaintiffs shall have until October 14, 2003, to file an Opposition to Defendant Gupta's Motion for Summary Judgment.

_____
William D. Quarles
Judge, United States District Court

Copies to:

Lesley S. Zork, Esquire
Bruce J. Klores, Esquire
915 15th Street, NW, #300
Washington, D.C. 20005

Peter R. Masciola, Esquire
601 Pennsylvania Avenue, N. W.
Suite 900, South Building
Washington, D.C. 20004

Larry D. Adams
Assistant United States Attorney

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030


Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105