IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP 30 P 12: 55

AT BALTIMORE

_____ DEPU

VERONICA POLLARD, et al

    Plaintiffs    *

v      *    CIVIL ACTION NO. WDQ-02-764

THE UNITED STATES OF AMERICA, *
et al.

    Defendants

\*   \*   \*                \*   \*   \*   \*   \*

ORDER

It is, this 30th day of September, 2003, HEREBY ORDERED:

1  That the Plaintiffs' motion for sanctions BE, and HEREBY IS DENIED without prejudice;

2. That the Defendant Dr Raj Gupta's motion for sanctions BE, and HEREBY IS, DENIED without prejudice;

3. That the Plaintiffs' motion for extension of time to file an opposition to Defendant Dr. Raj Gupta's motion for summary judgment BE, and HEREBY IS, GRANTED without objection; and

4. That the Clerk of the Court send copies of this Order to counsel for the parties

                                           _____
                                           William D. Quarles, Jr.
                                           United States District Judge