IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>,                ) | |
| ) | |
| Plaintiffs                ) | |
| ) | |
| v.                ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF                ) | |
| AMERICA                ) | |
| ) | |
| Defendant                ) | |

## **ORDER**

Upon consideration of Defendant Raj Gutpa, M.D.'s Motion for Summary Judgment, and plaintiffs' Opposition thereto, it is this ___ day of October, 2003, hereby

ORDERED that defendant's Motion is DENIED.

 

                                                    _____
                                                    William D. Quarles, Judge
                                                    United States District Court for
                                                    The District of Maryland

1606\opp.mtn.sj.order