IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendant ) | |

**EXHIBIT LIST TO PLAINTIFFS' OPPOSITION TO DEFENDANT GUPTA'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT**          **DESCRIPTION**

1.   Letter from Raj Gupta, M.D. "To Whom It May Concern" dated December 16, 1998

2.   Deposition of David Sees, M.D.

3.   Deposition of Raj Gupta, M.D.

4.   Deposition of Veronica Pollard

5.   Letter from Dr. David Dodwell

6.   Curriculum Vitae of L.F. Smith, M.D

7.   Curriculum Vitae of James V. Fiorica, M.D.

8.   Curriculum Vitae of Peter Pushkas, M.D.

9.   Curriculum Vitae of Gerald H. Sokol, M.D.

10.  Deposition of L.F. Smith, M.D.

11.  Deposition of James V. Fiorica, M.D.

12.  Deposition of Peter Pushkas, M.D.

13.  Deposition of Gerald H. Sokol, M.D.

14.     Deposition of James J. Stark, M.D.

1606\ex.list.opp.mtn.sj