

**DEPARTMENT OF THE ARMY**
HEADQUARTERS DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
FORT GORDON, GEORGIA 30905-5650

December 16 1998

Oncology Services
SUBJECT: POLLARD, Veronica  SSN  31/▇▇▇▇

TO WHOM IT MAY CONCERN

    Mrs. Veronica Pollard is a 43 year old female recently diagnosed with breast cancer after having noticed swelling and pain in her right breast. Her mammogram was normal. She had a breast biopsy on October 14 1998 and breast conserving surgery on November 12, 1998. The pathology report showed a 0.5 cm. infiltrating carcinoma with medullary features. All 17 lymph nodes were negative. Her ER and PR were negative, Her-2 pending.

    Mrs. Pollard's adjuvant therapy is somewhat debatable. The size of the tumor was very small and has medullary features which are of favorable prognosis.

    The fact that she is pre-menopausal and that her receptors were negative, makes me favor recommending adjuvant chemotherapy with adriamycin and cytoxan for 4 cycles.

    I also recommend radiation therapy to her right breast. In addition, I recommend the use of tamoxifen for prevention of breast cancer in this high risk patient.

    If I may be of further assistance, please don't hesitate to contact me at (706) 787-6299.

*R. Gupta MD*
Raj R. Gupta, M.D.
Hematology/Oncology Service