# HEMATOLOGY ONCOLOGY ASSOCIATES, LTD.

L. F. SMITH, JR., M.D., F.A.C.P.  
W. M. UENO, M.D., F.A.C.P.

R. F. DOBRZYNSKI, M.D.  
R. D. WARREN, M.D., F.A.C.P.

L. F. Smith, Jr., M.D.

BORN: October 7, 1935

B.A. Degree 1956, King College, Bristol, Tennessee

M.D. Degree 1960, Medical College of Georgia, Augusta, Georgia

Internship 1960-1961, Harrisburg Hospital, Harrisburg, PA

Military Experience 1961-1963, Flight Medical Officer  
6580th USAF Hospital  
Holloman AFB, New Mexico

Postgraduate Training - Cleveland Clinic Foundation, Cleveland, Ohio

    <u>Fellow</u> - Internal Medicine - July 1963 to January 1965  
    <u>Senior Resident</u> - Medicine - January 1965 to July 1965  
    <u>Chief Resident</u> - Medicine - July 1965 to July 1966  
    <u>Fellow</u> - Hematology Oncology - July 1966 to January 1967

Staff Member, Department of Hematology and Medical Oncology  
    January 1967 - July 1967, Cleveland Clinic, Cleveland, Ohio

Clinical Investigator (Cleveland Clinic) Southwest Cancer Chemotherapy Study Group 7/66-7/67

Diplomate, American Board of Internal Medicine

    Internal Medicine - April 27, 1967  
    Medical Oncology - October 25, 1975  
    Hematology - June 17, 1980

Clinical Associate Professor of Medicine, Georgetown University School of Medicine (Division of Medical Oncology)

Fellow:  American College of Physicians

Member:  American Society of Clinical Oncology  
        American Society of Hematology  
        American Medical Association  
        American Society of Internal Medicine  
        Medical Society of Virginia  
        Alexandria Medical Society

Publications:  See separate sheet.

Chairman - Cancer Committee Fairfax Hospital 1973-1990

SEMINARY PROFESSIONAL VILLAGE  
5226 DAWES AVENUE  
ALEXANDRIA, VIRGINIA 22311-1466  
(703) 379-9111  
FAX (703) 931-7952

FAIR OAKS PROFESSIONAL BUILDING  
3650 JOSEPH SIEWICK DRIVE, #106  
FAIRFAX, VIRGINIA 22033-1710  
(703) 620-1144  
FAX (703) 620-3951

MOUNT VERNON MEDICAL CENTER  
8109 HINSON FARM ROAD, #506  
ALEXANDRIA, VIRGINIA 22306  
(703) 360-8597  
FAX (703) 360-7494

L. F. Smith, Jr., M.D.
Page Two


Chairman - Private Practice Committee, Middle Atlantic Oncology
    Program
    Member Board of Trustees

Chairman - Department of Medicine, Fair Oaks Hospital,
    January-December 1988

Vice-President - Medical Staff, Fair Oaks Hospital, 1988-1990

President - Medical Staff, Fair Oaks Hospital 1991-

Civic Activities:

    President, Alexandria Community Health Center Board of
      Directors
    Member, Board of Directors, American Cancer Society,
      Virginia Division
    Vice President, Alexandria Unit of American Cancer Society
      Board of Governors, Saint Agnes School, 1976-1983

PUBLICATIONS

1. Benign Familial Erythrocytosis—A 24-Year Study. Clinical Research - Volume 14, #3, page 436, October 1966

2. Benign Familial Erythrocytosis, Ohio State Medical Journal, Volume 63, page 639, 1967.

3. Kisner, D., Schein, P., Smith, L., et al, 5-Fluorouracil, Methyl-CCNU and Vincristine for Colorectal Carcinoma - Confirmation of Increased Response Rate Using Weekly 5-FU. Proceedings - American Society of Clinical Oncology, Volume 17; 264, 1976.

4. MacDonald, John S., Kisner, Daniel F., Smythe, T., Woolley, P., Smith, Lee, Schein P. S., 5-Fluorouracil, Methyl-CCNU, and Vincristine in the Treatment of Advanced Colorectal Cancer: Phase II Study Utilizing Weekly 5-FU. Cancer Treatment Reports, Volume 60, No. 11, November 1976.

5. Haller, Daniel G., Woolley Paul, V., MacDonald, John S., Smith, Lee F., Jr., and Schein, Philip S., Phase II Trial of 5-Fluorouracil, Adriamycin and Mitomycin-C in Advanced Colorectal Cancer. Cancer Treatment Reports, Volume 62, Number 4, April 1978.

6. Haller, D. G., Woolley, P. V., MacDonald, John, S., Smith, L. F., Schein, Philip, Phase II Trial of 5-Fluorouracil, Adriamycin, Mitomycin-C (FAM) in Advanced Colorectal Cancer Cancer Treatment Reports, Volume 62; 563-565, 1978.

7. Butler, T. P., MacDonald, J. S., Smith, F. T., Smith, L. F., Woolley, P. V., Schein, P. S., 5-Fluorouracil, Adriamycin, Mitomycin-C (FAM) Chemotherapy for Adenocarcinoma of the Lung Cancer. Volume 43, No. 4, 1183-1188, 1979.

8. Killen, J., Hath, D., Lokey, J. L., Smith, L., Smith, F., Woolley, P., MacDonald, J., Schein, P. - Failure of High Dose Methotrexate AS CNS Prophylaxis in Small Cell Lung Cancer (C680) Proceedings - American Society of Clinical Oncology, Volume 22, March 1981.

9. Harris, M., Byrne, P., Smith, F., Oishi, S., Schlesinger, C., Carrier, D., Smith, L., Ueno, W., Schein, P., Treatment of Advanced Breast Cancer With Two Adriamycin Containing Regimens. Proceedings - American Society of Clinical Oncology, Volume 1, Page 81, March 1982.

10. Smith, Lee F., Alghren, James, et al, Treatment of Multiple Solitary Plasmacytomas with ALPHA 2 INTERFERON (C1056). Proceedings - American Society of Clinical Oncology. May 1984.

PUBLICATIONS (Continued)

11. Smith, Lee, Ueno, Winston, et al - Hairy Cell Leukemia a Second Tumor? - Proceedings of ASCO, May 1985.

    Stefanik, Goldberg, Byrne, Smith, F., Smith, L., et al - Local-Regional Failure in Patients Treated with Adjuvant Chemotherapy for Breast Cancer - Journal of Clinical Oncology, Vol. 3, May 1985.

    Smith, L. F. - Idiopathic Thrombocytopenic Purpura and Storage Pool Disease - Blood, Vol. 66, No. 5, page 298, November 1985.