IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|    v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|    Defendant | ) |

**NOTICE OF FILING LENGTHY EXHIBIT**

Exhibit 7, which is an attachment to Plaintiff's Opposition to Defendant Gupta's Motion for Summary Judgment, exists only in paper format and is longer than fifteen pages or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing of this Notice, I will file and serve paper copies of the document identified above.

_____        _____
*Date*        Lesley S. Zork, #414120
       BRUCE J. KLORES & ASSOCIATES, P.C.
       915 15th Street, N.W., Suite 300
       Washington, D.C.  20005
       (202) 628-8100
       (202) 628-1240 *facsimile*

1606\noticeoflengthyexhibit.cv.fiorica