G. PETER PUSHKAS, M.D.
11510 OLD GEORGETOWN ROAD
ROCKVILLE, MARYLAND 20852
TELEPHONE (301) 881-3940

# CURRICULUM VITAE

## G. Peter Pushkas, M.D.

| | |
|---|---|
| Date of Birth: | October 30, 1944 |
| Place of Birth: | Budapest, Hungary |
| Medical Licensure: | Maryland<br>District of Columbia<br>Virginia |
| Professional Degree: | M.D. – University of Budapest Medical School, 1968 |
| Academic College Degree: | St. John High School, Budapest, Hungary 1962 |
| Internship: | Veterans' Administration Hospital, Washington, D.C. George Washington University Service, 1972-73 |
| Residency: | Washington Hospital Center, 1973-74 |
| Fellowship: | National Institutes of Health, National Cancer Institute, Clinical Oncology Program, 1974-76 |
| Board Certification: | Diplomate, American Board of Internal Medicine, 1977<br>Diplomate, American Board of Internal Medicine, Medical Oncology, 1981 |
| Societies: | American Society of Clinical Oncology<br>Medical Society of Montgomery County |
| Hospital Affiliations: | Providence Hospital<br>Suburban Hospital<br>Holy Cross Hospital<br>Sibley hospital<br>Montgomery General Hospital |

## Professional Achievements

Member, Ethics Committee, Providence Hospital 1986

Member, Pharmacy and Therapeutics Committee, Providence Hospital, 1976-88

Chairman, Pharmacy and Therapeutics Committee, Providence Hospital, 1980-88 and 1994-96

Director of Medical Education, Capitol Hill Hospital, 1978-81

Member, Board of Directors, Hospice Care of D.C. 1978-82

Member, Board of Directors, American Cancer Society Montgomery County Unit 1987-

Member, Board of Directors, American Cancer Society Maryland Division 1994-96

Chairman, Professional Advisory Committee, ACS Montgomery County 1990-1994

Member, Professional Advisory Board, St. Francis Society 1988-96

Chairman, Institutional Review Board, Providence 1980-88 and 1997 -

Member-at-Large, Executive Committee, Providence 1981-83

Head, Section of Medical Oncology, Providence Hospital, 1976-83

Chairman, Breast Cancer Task Force of Montgomery County 1991-

Recipient, Teacher of the Year Award, Washington Hosp Center 1980