# CURRICULUM VITAE

NAME     Gerald H. Sokol, M.D.
         1600 Santa Barbara Dr
         Dunedin, Fl. 34690
         (727)868-9208
         e-mail JESO123@aol.com

## PERSONAL INFORMATION

Place of Birth: New York, New York
Citizenship:    United States
Social Security Number: ▮▮▮▮▮
Marital Status: Married, 2 Daughters

## EDUCATION

| | |
|---|---|
| 1965 | AB Indiana University and Temple University, Indianapolis IN, Philadelphia, PA |
| 1968 | MS (Pharmacology) Indiana University, Indianapolis, IN |
| 1970 | MD Indiana University, Indianapolis, IN; combined Degree Program in Experimental Science (upper 10%) |
| 1970-1971 | Internship, Temple University, Philadelphia, PA |
| 1971-1973 | Residency in Internal Medicine, USPHS Hospital in affiliation with Johns Hopkins University, the University of Maryland, Baltimore, MD and NCI |
| 1973-1976 | Resident, Massachusetts General Hospital; and Fellow, Harvard Medical School, Radiation Medicine/Oncology |
| 1976-1977 | Fellow, Clinical Pharmacology, Massachusetts General Hospital, Harvard Medical School |

## CURRENT PROFESSIONAL POSITIONS

| | |
|---|---|
| 1990- | Director of Oncology, New Hope Cancer Center |
| 1990-2001 | Vice Chief of Radiation Therapy, Tampa General Hospital |
| 1987- | Officer, Center for Drug Evaluation Research, FDA |
| 1990-2001 | President, Okaloosa Radiation Therapy Oncology Center |
| 2000-2001 | Staff Physician-H. Lee Moffitt Cancer Center, Tampa, Fl. |
| 2002- | Special Volunteer, National Cancer Institute. |

## BOARD CERTIFICATION

| | |
|---|---|
| 1972 | American Board of Internal Medicine #44334 |
| 1976 | American Board of Radiology (Therapeutic Radiology) |
| 1977 | American Board of Internal Medicine Sub-specialty Oncology |
| 1991 | American Board of Clinical Pharmacology |
| 1992 | American Board of Quality Assurance #30431 |

## MEDICAL LICENSURE

| | |
|---|---|
| 1975 | Florida ME0025907 |
| 1987 | Washington DC |

## HONORS/AWARDS

| | |
|---|---|
| 1970 | Upper 13% of Medical Class |
| 1968 | Pittman-Moore Fellow |
| 1965 | Little '500' Scholar Health Professions Scholars |
| 1965 | AEO Honorary Premedical Fraternity |
| 1965 | Long Island Home Scholarship |
| 1973 | Fellow, American Cancer Society |
| 1982-1986 | National Scientific Advisory Board, Janssen Pharmaceutica |
| 1985 | American Cancer Society Board of Directors |
| 1087 | 10 Year US Government Service Award |
| 1992 | Fellow, American College of Clinical Pharmacology |
| 1997 | FDA Performance Award |
| 1998 | FDA Award for Drug Review |

## PREVIOUS PROFESSIONAL POSITIONS

| | |
|---|---|
| 1973-1977 | Assistant Physician in Medicine, Peter Bent Brigham Hospital, Boston, MA |
| 1976-1977 | Assistant Professor, Tufts University School of Medicine, Therapeutic Radiology, Boston, MA |
| 1977-1978 | Director, Radiation Oncology, Radiation Therapy Oncology Center at Mease Hospital, Dunedin, FL |
| 1978-1989 | Director, Radiation Oncology, Tampa General Hospital, Tampa, FL |
| 1979- | President, Tampa Scientific Association, Tampa, FL. |
| 1985 | Associate Director, Clinical Research, Schering-Plough Pharmaceutical, Kenilworth, NJ |
| 1987- | Research Review Officer, Center for Drug Evaluation and Research, FDA, USUHS, Rockville, MD |

2

| | |
|---|---|
| 1987-1990 | Director, Radiotherapy, Columbia Hospital for Women |
| 1990-2001 | Vice Chief, Radiation Oncology, Tampa General Hospital |
| 1992-1995 | Vice President Medical Affairs/Director Medical Education, Prince George's Hospital Center, Cheverly, MD |
| 1997-1998 | Medical Director, Chief Medical Officer - MetSolutions (a Bozel world-wide Company - Company acquired) |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1968 | Society of Sigma XI, Honorary Scientific Society, American Medical Association |
| 1972 | New York Academy of Science |
| 1977 | American Society of Clinical Oncology |
| 1980 | Florida Society of Clinical Oncology |
| 1977 | American Society of Therapeutic Radiology |
| 1977-1979 | American Society of Internal Medicine |
| 1980- | American Society of Clinical Pharmacology |
| 1980 | National Association of Advancement in Science |
| 1977 | American College of Radiology |
| 1982-1987 | Liaison Fellow American College of Surgery |
| 1985-1995 | State Representative Presidential Advisory Committee |
| 1980-1992 | Southern Medical Association |
| 1980- | American College of Clinical Pharmacology |
| 1982- | Radiation Research Society |
| 1983- | North American Hyperthermia Group |
| 1984- | American Medical Association |
| 1985- | Washington DC Medical Society |

## USUHS TEACHING ACTIVITIES

Commanding Officer - US Naval Reserve Unit at USUHS (1997-1999)
Clinical Pharmacology Staff- Consulting Service , Naval Hospital, Bethesda (1990-present)
Research Activities - Current Studies

        Trimetrexate for Colon Cancer
        Renal Functions associated with Reno-toxic drugs (1998)
        Troponin levels s/p cardiac chemo/XRT (1999)
        Community Clinical Pharmacology Outreach Program (initiated 1999)
        Medicolegal - Medical Jurisprudence Project (1999)
        Two weeks Navy Reserve  (1995-present)- Division of Clinical Pharmacology

Clinical Pharmacology course lecturer 1990- present
Pharmacology Course lecturer 1990 – present
International Teaching Conferences. Army Update,
Wiligen, Germany; Taiwan Government Drug Review
Seminar, 1995

## EDITORIAL ACTIVITES

| | |
|---|---|
| 1996- | Clinical Trials Advisor |
| 1996-1997 | Oncology Management |
| 2000- | Reviewer, Internet Journal of Medical Toxicology |
| 2002- | Chronic Lung Disease/Emphysema |

## OTHER PROFESSIONAL ACTIVITIES

FDA Consultant to Office of Compliance, General Council, and Devices    1992 -
P.T. Committee - Bayonet Regional Medical Center    1998-
Cancer Committee - Bayonet Regional Medical Center 1998-
Chief Medical Officer, MedMatRx 1998-99
Member, Pediatric Oncology Group 1981-1987
Member South West Oncology Group 1981-1987
Program Director and Coordinator - University Cancer Study Group Update 1981
Chairman, Institutional Review Board, Tampa General Hospital, University of South Florida 1981-1984
Chairman, Hyperthermia/Chemotherapy Oncology Study Group 1986-1988
Member, Institutional Review Board, Tampa General Hospital 1991-1993
National Oversight, Public Health Service, Quality Control Committee 1991-1995
VA Peer Review Committee - VA Hospital System 1993-1996
FDA Oncology Advisory Panels, NCI Consensus Conference NCI Phase I Meeting, 1989, 1990, 1994, 1996,
FDA Representative to Radiation Sensitizer NCI Meeting 2002

## GRANTS

Tigan Radiation and Chemotherapy Antiemetic Study - Beecham Laboratories $25,000, 1982-1986, G.H. Sokol, MD, Principal Investigator.

2. Ciramodaol - Agonist-Antagonist Analgesic for Cancer Pain - Wyeth Laboratories - $15,000. 1983 G.H. Sokol, MD, Principal Investigator.

3. Leuprolide LH-FSH-RH Agonist for Breast Cancer - Abbott Laboratories - $10,000, 1984-1985, G.H. Sokol, MD, Principal Investigator.

4. Leuprolide LH-FSH-RH Agonist for Prostate Cancer - Abbott Laboratories - $46,000, 1984-1986, G.H. Sokol, MD. Principal Investigator

5. Phase I Study of Unique C-Parvum Derivative - ImmunoMed Inc. - $45,000, 1983, G.H. Sokol, MD Principal Investigator

6. Comparative Efficacy of Metoclopramide vs. Compazine vs. Placebo in Radiation Induce Nausea A.H. Robins, Inc - $45,000, 1983-1985, G.H. Sokol, MD Principal Investigator

7. Buprenorphine - Sublingual Administration in Chronic Cancer Pain - Med Tech Research, Inc.- $20,000, 1985, G.H. Sokol, MD Principal Investigator

8. Imodium - Placebo Controlled Study in Radiation Induced Diarrhea - Janssen Pharmaceutica - $14,000, 1985, G.H. Sokol, MD Principal Investigator

9. H.D. Nizoral in New and Hormonally Failed Prostatic Carcinoma - Janssen Pharmaceutica - $150,000, 1985, G.H. Sokol, MD Principal Investigator

10. Letrazol for Advanced Adjuvant Breast Cancer - Novartis - $20,000, 1986, G.H. Sokol, Principal Investigator

11. Trimetrexate with/without 5-FU/leucovorin for 2nd line colon cancer treatment, US BioScience,- $15,000, 1999, G.H. Sokol, MD Principal Investigator

12. Erythropoietin for anemia associated with radiation therapy, Ortho Biotech - $15,000, 1999, G.H. Sokol, MD Coinvestigator

3. Oxandrolone Weight Gain Study for Oncology Patients-$18,000, 2001-2002, G. H. Sokol PI

14. Free Radical Scavengers as Radioprotectors in Mice-$102,000, 2002 G.H. Sokol PI

INVITED AND EXTRAMURAL PRESENTATIONS

1. American Cancer Society Cancer Review - Chemotherapy of G.U. and GYN malignancy, Tampa, Fl. 1977

2. Lecturer, Clinical Pharmacology University of South Florida School of Medicine, Tampa, Fl., 1978

3. Clinical Pharmacology Course, Tampa, Fl. 1978

4. Prostate Cancer, Mease Hospital, Dunedin, Fl., 1978

5. New Developments in Cancer, Morton Plant Hospital, Clearwater, Fl., 1978

6. University of South Florida Grand Rounds - New Approaches to Breast Cancer, Tampa, Fl., 1979

7. American Cancer Society Seminar - Channel 8 - Tampa, Health Effects of Smoking, Tampa, Fl. 1979

8. National Conference of Radiation Technology - Radiobiology- Coordinator, Tampa, Fl. 1979

9. Kiwanis Club Dunedin - New Developments in Cancer, Dunedin, Fl.

10. University Cancer Study Group – Coordinator and Moderator, Clearwater, Fl. 1981

11. Immunotherapy in Cancer Treatment. Oncology Grand Rounds, Tampa, Fl. 1981

12. Update of Breast Cancer, Memorial Hospital, Tampa, Fl., 1981

13. Extracorporeal Irradiation of Blood in Kidney. Channel 44-Tampa, Fl. 1982

14. 2nd and 3rd Annual University Cancer Study Group Updates – Coordinator and Moderator, Clearwater, Fl. 1983, 1985

15. Hyperthermia in Cancer Treatment - Florida State Oncology Nursing Association and American Cancer Society, Tampa, Fl. 1984

16. Control of Cancer Pain - Coordinator and Moderator- American Cancer Society and University of South Florida, Tampa, Fl. 1984

17. Pharmacology and Analgesics. American Cancer Society, Tampa, Fl.

18. Leuprolide-A new Drug for Prostate Cancer. Channel 13 Tampa, Fl. 1984

19. Radiation Oncology Update. Florida Keys Hospital, Key West, Fl. 1985

20. The Interaction of Hyperthermia and Chemotherapy in Cancer Management. BSD. Florida Symposium on Hyperthermia, Tampa, Fl. 1985

21. Hyperthermia in Cancer Management. Florida Society of Radiologic Technologists, Tampa, Fl. 1985

22. Buprenorphine-A New Pain Killer for Cancer Patients. Channell 44 Tampa, Fl. 1985

23. New Developments in Head and Neck Cancer. University of South Florida 1985.

24. Oncologic Drugs Lecture Series. Georgetown University, Washington, DC 1987

25. Radiation Drug Interactions. George Washington University, Washington, DC 1987

26. Annual Nursing Conference, Oncologic Staging. Tampa, FL 1987

27. New Development in Cancer Treatment. TV-BLAB, Pensacola, Fl. 1987

28. Medical Ethics. University of West Florida, Pensacola, Fl. 1987

29. Psychopharmacology and Religion. University of West Florida, Pensacola, Fl. 1987

30. Medical Effects of Ionizing Radiation (monthly). USUHS, Bethesda, MD 1985

31. Washington, DC, Capitol Hill Hospital. Update of Radiation Oncology. Washington, DC Columbia Hospital for Women, New Development in GYN Oncology. Rockville, MD, FDA Medical Advisory Committee. Oncology Ifosphamide and Mesna NDA Reviews. Rockville MD. 1988

32. Food Irradiation, Stereotactic Radiation Therapy. Florida Society of Radiation Technologist, Tampa, Fl. 1989

33. Radiation Effects of Drug Disposition. FDA-Staff College, Rockville, MD 1990

34. Conference on Quality of Life in Cancer Treatment. NCI-FDA, Bethesda, MD 1990

35. Oncology Review Course. American College of Clinical Pharmacology, Rockville, MD 1991

36. Radiation Oncology Update. Bayonet Point Regional Medical Center, Hudson, Fl. 1991

37. Effects of Radiation on Drug Disposition, USUHS. Bethesda, MD 1991

38. Food Irradiation, Promises for the Future. Public Television, Tampa, Fl. 1991

39. Head and Neck Cancers, Thyroid Cancer, Sarcomas. Tumor Board, Bayonet Point Regional Medical Center, Hudson, Fl. 1991

40. Radiation Drug Interaction Regulatory Aspects Center, Rockville, MD 1991

41. Hyperthermia in Cancer Treatment-Coordinator and Moderator. American Cancer Society Seminar, 1991

42. New Developments in Radiation Oncology. American Cancer Society Seminar and University of South Florida - Interuniversity Conference, Tampa, Fl. 1991

43. Tumor Board. Bayonet Point Regional Medical Center, Hudson, Fl. 1992

44. Principles of Oncology. US Navy-Bethesda Naval Hospital, Bethesda, MD 1992

45. Sokol, G.H., Murgo, A., and Cantilena, L. Geriatric Issues Pertaining to Quality of Life in the Regulatory Evaluation of Drugs-An Oncology Perspective. National Symposium on Drugs, Drug Companies, and Quality of Life Issues: Quality of Life Studies and Regulations. New York, NY, October 22, 1992

46. Principles of Radiation Oncology. Prince George's Hospital Center, Cheverly, MD 1993

47. Cost Effective Rationale Therapeutics, Prince George's Hospital Center, Cheverly, MD 1993

48. Ethical and Rational Therapeutics. Touro Clinic, New Orleans, LA 1993

49. Regulatory Aspects vs. Cost Effectiveness vs. Ethics in Drug Care, FDA, Rockville, MD 1994

50. Cancer of the Ovary. Prince George's Hospital, Cheverly, MD 1994

51. Decision Making in the Drug Selection Process. Armed Forces Institute of Pathology, Silver Spring, MD 1994

52. Clinical Pharmacology Seminar - Radiation Drug Interaction - Radiation Effects on The Disposition of Drugs. Uniformed Services University of the Health Sciences, Bethesda, MD 1994

53. Sarcomas. Tumor Board. Bayonet Point Regional Medical Center, Hudson, Fl. 1994

54. Merckle Cell Tumors. Tumor Board Bayonet Point Regional Medical Center, Hudson, Fl. 1994

55. Principles of Ethical Drug Therapeutics. US Navy USUHS Unit, Bethesda, MD

56. Principles of Gynecologic Oncology. (cervical cancer, endometrial cancer) Prince George's Hospital Center, Cheverly, MD 1994

57. Oncologic Emergencies. Prince George's Hospital Center, Cheverly, MD 1994

58. Principles of Gynecologic Oncology. (ovarian, vulvar cancer) Prince George's Hospital Center, Cheverly, MD 1995

59. Risks and Benefits of Food Irradiation. Division of Clinical Pharmacology USUHS, Bethesda, MD 1995

60. Stroke and CNS Metastatic Disease-Differential Diagnosis, Impact, and Support Measures. Institute of Life Threatening Disease Columbia University NYC, NY. 1995

61. Medical Legal Issues in Clinical Pharmacology-Case Examples. Division of Clinical Pharmacology USUHS, Bethesda, MD. 1995

62. Multiple Lectures to Church and Civic Groups on New Developments in Oncology and Oncologic Drugs. 1995

63. Multiple Presentations to Oncology Drug Products Division FDA on New Drugs and Drug Protocols. Rockville, MD 1995

64. Lymphomas-Diagnosis and Treatment. Tumor Board. Bayonet Point Regional Medical Center, Hudson, Fl. 1995

65. Regulatory Aspects of Drug Development. Protocol Review Techniques. Cost Benefit/Effectiveness Issues in Drug Development. Natl. Taiwan Government Intern Conference on Drug Development. University of Taiwan, Taipai 1995

66. Chronobiologic Implications for PK, New Developments in Clinical Pharmacology, Pharmacoeconomic Principles. Annual 7th Army Continuing Education Symposium Wiligen, Germany 1995

67. Conference on Drugs and Regulatory Overview-Chronobiology-Research, Therapeutic and Regulatory Concerns. Institute for Life Threatening Illness, Columbia University, NYC, NY 1996

68. Chronobiologic Implications for Drug Research, FDA Oversight and Therapeutic Optimization. Grand Rounds, Rockville, MD. 1996

69. Hyperbaric Oxygen-The good, the bad and the ugly. Grand Rounds. Bayonet Point Regional Medical Center, Hudson, Fl. 1996

70. Conference on Apoptosis-Radiation and Modulated Radiation Effects on Apoptosis. Institute for Life Threatening Illness, Columbia University, NYC, NY  1997

71. New Developments in Oncology. Television Station BLAB Sarasota, FL. 1997

72. National Conference on Blood Vessel Irradiation, Washington, DC. FDA Panelist Regulatory Concerns of Blood Vessel Irradiation. 1997

73. Thyroid Cancer, Diagnosis and Treatment. Tumor Board. Bayonet Point Regional Medical Center, Hudson, FL. 1997

74. Reasons for Medical Malpractice. Committee of 100, Williamsburg, VA. 1997

75. New Lymphoma Classifications. Tumor Board. Bayonet Point Regional Medical Center, Hudson, Fl. 1998

76. Conference on Terminal Care in Non-cancer Diseases. Institute of Life Threatening Diseases, Columbia University, NYC. NY  1998

77. New Development of Cancer Treatment. American Cancer Society, New Port Richey, Fl. 1998

78. The Management of Affective Disorders in Cancer Patients. Institute for Life Threatening Illness Columbia University, NYC, NY. 1998

79. Multiple Presentation-Tumor Board. Head and Neck Cancer, Sarcomas, Rectal Cancer. Bayonet Point Regional Medical Center, Hudson, Fl. 1999

80. Conference on Palliative Care in Pulmonary Disease. Drug Amelioration of Radiation
   induced fibrosis. Columbia University, NYC, NY  1999

81. American Cancer Society Oncology Update. Aug 2000. Eglin Air Force Base, Ft. Walton Beach, Fl. Melanoma Update.

82. Tumor Board Bayonet point Medical Center, Hyperthermia Nov 2000

83. Columbia University, Center for Life Threatening Illness, Radiation Effects on Pulmonary Function. Nov 2000

84. FDA – Prostate Cancer – Basic Rationale for End Point Analysis. Dec 2000

85. FDA – Exposure Response Relationship in Oncology. Jan 2001

86. USUHS - Chronopharmacology. Feb 2001

87. Bayonet Point Hospital Cancer Conference – Geriatric Oncology. Sept 2001

88. Columbia University – Pulmonary Effects of Radiation and Quality of Life. Sept 2001

89. Tumor Board Bayonet Point Regional Medical Center. Sarcomas. Nov 2001

90. Tumor Board Bayonet Point Regional Medical Center. Prostate Cancer. Dec 2001.

91. FDA. ASTRO Review-Dec 2001

92. USUHS-Chronopharmacology. May 2002.

93. Bayonet Point Annual Cancer Conference. Oncologic Emergencies. Sept. 2002.

94. Regulatory Aspects of Chronopharmacology. Bioavailability Conference. San Diego Cal. Jan 2003

## PEER REVIEWED PUBLICATIONS

Sokol, G.H., and Maichel, R.P., Studies on rat paw edema induced by S.Aureus, Arch.Int.Pharacodyn.. 1973, 382-385, June 1968.

2. Sokol, G.H. and Maickel, R.P., Toxic interaction of d-amphetamine and tricyclic antidepressants in mice. Res Commun. Chem.Pathol. 3, 513-521, May 1972.

3. Sokol, G.H., Greenblatt, D., et al. Chlordiazepoxide metabolism after hepatic irradiation pharmacology. Pharmacology 3, 248-251, 1975.

4. Sokol, G.H., et al. Complications of lymphangiography in the elderly. Amer.J.Radiol. 43-44, Jan 1977.

5. Sokol, G.H., Greenblatt, D., et al. Effects of abdominal irradiation on drug bioavailability in the human. Journal of Cl.Pharmacology, 388-396, 1978

6. Leuprolide Study Group - Sokol, G.H., Tampa P.I. Leuprolide vs Diethylstilbestrol for metastatic prostate cancer, N.E.J.M., Vol311, pp 1281-1286, Nov 15 1984.

Leuprolide Study Group - Sokol, G.H., Tampa P.I., Clinical effects of Gonadotropin releasing Hormone Analogue in metastatic carcinoma of the prostate, Urology, Vol.XXV,2,-106-114, 1985.

8. Cohen, M., Pazdur, R., Sokol, G.H. New Drugs from the FDA. The Oncologist 42-47, Jan 2003

## ABSTRACTS

Sokol, G.H., et al. Interaction of adrenergic drugs. Paper presented at American Society of Pharmacology and Experimental Therapeutics, 1968.

2. Sokol, G.H., Greenblatt, D., et al. Effects of abdominal irradiation on drug absorption and bioavailability. Presented 1978 meeting American Society Clinical Pharmacology.

3. Sokol, G.H., Solomon, D., et al. Accuracy of Cytology in Oat Cell Cancer. Accepted for presentation. Published ASCO, Proceedings, May 1980.

4. Paladine, W., Drapkin, R. and Sokol, G.H. - The use of IV Droperidol in Cancer chemotherapy, Published in ASCO, Proc., May 1980.

5. Drapkin, R., McAloon, E., Sokol, G.H., Paladine, W., and Marks, R. The Antiemetic Effects of Dexamethasone in Patients Receiving Cis-Platinum. Accepted and Presented, ASCO April 1981.

6. Paladine, W., Ayres, V., Price, L., Drapkin, R., Sokol, G.H., Kritz, E., and Scheinbaum, M. Danzol and Inhibitor of LH and FSH in the Treatment of Recurrent Metastatic Breast Carcinoma. Published ASCO proceedings, 1981.

Drapkin, R., Griffith, E., McAloon, E., Palladine, W., Sokol, G.H., Lyman, G., The Tampa Bay Oncology Group. Sequential Methotrexate (MTX) and 5-Flourouracil (5-FU) in Adenocarcinoma of the Colon and Rectum. Published ASCO proceedings, 1981.

8. Sokol, G.H., Drapkin, R., Paladine, W., Price, L., Lyman, G., McCarthy, S., Chadwick, R. The Efficacy of Double Dose Trimethobenzaminde (Tigan) in the Modification of Radiation Induced Nausea—A Double Blind Prospective Randomized Study. Published in ASTR Proceedings, 1981.
   Presented ASTR Annual Meeting 1981.

9. Sokol, G.H., Saini, D. Scientific Exhibit titled "History of Brachytherapy - Applicators Past and Present," presented at the 1980 ASTR meeting in Dallas. The exhibit was awarded special commendation by the exhibit committee.

10. Huff, W.J., Saini, D.S., Miller, W.M., and Sokol, G.H. Dosimetric Verification of I-125 Dose Calculations in the Prostate Implants. Presented at the twenty-third Annual Meeting of AAPM at Boston, MA

11. LEUPROLIDE THERAPY OF ADVANCED PROSTATE CANCER. L.Michael Globe for the Abbott Prostatic Cancer Study Group. University of Colorado 80262. Published in ASCO Proceeding 1982. Presented ASCO Annual Meeting 1982.

12. Baird, L.C., Greenberg, H., Sokol, G.H. Horseshoe Blocks for isocentric tangential breast Radiotherapy. Accepted for presentation ASTRO 1985 Int.J.Radiation Oncology Aug 1985.

13. Sokol, G.H., Penta, J., McCarthy, S. Phase I Study of Unique C-Parvum Derivative, ASCO Proceedings, C193, p50, 1984.

14. Sokol, G.H., McCarthy, S., and Greenberg, H. Radiation Induced Nausea: The Comparative Efficacy of Oral Metoclopramide versus Prochlorperazine and Placebo. A Double Blind Radomized Study. ASCO Proceedings 1986.

15. Griffith, M.H., and Sokol, G.H. Characteristics of 6MV Photon Beam from a New Linear Accelerator. Presented at International Society of Radiation Oncology.

16. Sokol, G.H., Murgo, A.J., Scully, R., and Justice, R. Analysis of Causes of Clinical "Hold" for Oncology INDs submitted to the FDA. ASCO Proceedings 1992.

17. Sokol, G.H., Murgo, A., Gnecco, C., and Cantilena, L. Does the Cockcroft-Gault Formula Predict Creatinine in Patients treated with sequential Cisplatin. Abst. and Presentation Proc. Intl. Conf. Clinical Pharmacology 1996

18. Sokol, G.H., Stoeffler, H., Knudsen, J., Cantilena, L. Clinical Pharmacology Outreach
Program: Early Results and Outcomes. Amer.Soc.Clin.Pharm and Therap. Accepted for Presentation March 2000

19. Sokol, G.H., Knudsen, J.F., Murgo, A., Cantilena, L. Utilization of Troponin I as an Index of Chemo/radiotherapy induced cardiac toxicity. Abst. and Presentation American Society of Clin Pharm and Therapeutics, March 2000. To be published in J. Clin. Pharm and Therapeutics Feb 2000.

20. Knudsen, J.F., Sokol, G.H., Cantilena, L. Structure Activity Relationship of the Atypical Antipsychotics with Respect to Thrombotic Activity. Abst. and Presentation American Society of Clin Pharm and Therapeutics, March 2000. To be published in J. Clin. Pharm and Therapeutics Feb 2000.

21. Subramanian, P., Sokol, G.H., Cantilena, L. FDA Pharmacy Quality Assurance Survey – Presented Amer Society Clinical Pharmacology – San Francisco 2002

22. Sokol, G.H., Knudsen, J., Cantilena, L. Appropriateness of Stat and Now Orders. Accepted for presentation, Amer Assoc Clin Pharm. April 2003

23. Knudsen, J., Sokol, G.H. Structure Activity Relationship of Carbonic Anhydrous Inhibitors – Accepted for presentation, Amer. Soc Clin Pharmacology. April 2003

## BOOK CHAPTERS

1. Sokol, G.H., and Maickel, R.P., Editors, <u>Radiation Drug Interactions in Cancer Managment,</u> published, Wiley Publisher, Fall 1980.

   Sokol, G.H., Greenblatt, D., and Kaufman, S., <u>Radiation Effects on the Physiological Dispositions of Drug in Radiation Drug Interactions in Cancer Management.</u> Edited by Sokol, G.H., Maickel, R.P., Wiley Publishers, New York 1980.

3. Sokol, G.H., <u>The Rationale of Combined Modality Treatment of Cancer in Radiation Drug Interactions.</u> Edited by Sokol, G.H., Maickel, R.P., published, Wiley Publisher, Fall 1980.

4. Sokol, G.H., Greenblatt, D., Kaufman, S., Pharmacologic Implications of Radiation Drug Interactions. Textbook Pharmacology, edited by Pradhan, S.N., and Maickel, R.P., Pergamon Press Publisher, to be published 1985.

5. Sokol, G.H., Murgo, A., and Cantilena, L. Geriatric Issues Pertaining to Quality of Life in the Regulatory Evaluation of Drugs - An Oncology Perspective. Accepted for Publication 1997.

## OTHER PEER-REVIEWED SCHOLARLY WORKS

1. NDA Review Ifosfamide 1988

2. NDA Review MESNA 1989

3. NDA Supplemental Review MESNA 1999

4. 225 other NDA and IND FDA Reviews, Government Archival Documents Center for Drug Evaluation Research, Rockville, MD 1987- IND Bibliography available on request.

5. NDA Review Mesna tablets 2002 (120 page Government Archival Document

Bayonet Point Regional Medical Center, Hudson, Florida

1996 Institute for Life Threatening Illness. Conference on Drugs and Regulatory Overview - Chronobiology - Research, Therapeutic and Regulatory Concerns. Columbia University NYC, NY

1996 FDA Grand Rounds - Chronobiologic Implications for Drug Research, FDA Oversight and Therapeutic Optimization.

1996 Grand Rounds - Hyperbaric Oxygen - The good, the bad and the ugly. Columbia HCA Bayonet Point Medical Center, Hudson, Florida

1997 Institute for Life Threatening Illness. Conference on Apoptosis - Radiation and Modulated Radiation Effects on Apoptosis. Columbia University, NYC, NY

1997 Television Station BLAB Sarasota, Florida. New Developments in Oncology.

1997 National Conference in Blood Vessel Irradiation, Washington, D.C. FDA Panelist Regulartory Concerns of Blood Vessel Irradiation

1997 Tumor Board - Thyroid Cancer, Diagnosis and Treatment. Columbia HCA at Bayonet Point Regional Medical Center, Hudson, Florida