UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MARYLAND

Civil Division

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u> | ) |
| | ) |
| v. | ) CA No. S02 CV 764 |
| | ) Judge Quarles |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |

**PLAINTIFFS' EXPEDITED REQUEST FOR LEAVE TO RECONVENE THE DE BENE ESSE TRIAL DEPOSITION OF VERONICA POLLARD**

Plaintiffs' through counsel through counsel, Lesley S. Zork, Bruce J. Klores and Bruce J. Klores & Associates, P.C. and Peter Masciola, Esquire, respectfully request leave pursuant to Rule 30(a)(2)(C)to reconvene the de bene esse deposition of plaintiff, Veronica Pollard, for the purpose of preserving her testimony for trial, on the limited issue of Mrs. Pollards' treatment and condition between June 6, 2002, when Mrs. Pollard gave a de bene esse deposition, and the present. The deposition will take place on Monday, October 27, 2003 at 3:00 p.m., at the home of Veronica and Roosevelt Pollard, 122 Leeds Creek Circle, Odington, Maryland, through an officer authorized by law to administer oaths and according to the Rules of the Court, and to be recorded by sound and video. The direct examination is expected to take less than 30 minutes.

In support of this request plaintiffs state the following:

1. Mrs. Pollard is dying of breast cancer, which plaintiffs allege is the result of the defendants' negligent failure to provide appropriate and timely treatment.

2. Mrs. Pollard was recently discharged from Walter Reed Army Hospital where she was hospitalized for severe anemia. Prior to discharge Mrs. Pollard was informed by her physicians that there is no further treatment available, and that she may die from her cancer at

anytime. In addition, the metastatic cancer in Mrs. Pollard's lungs has spread further to her vocal cords and is making it increasingly difficult for her to speak.

2. On June 6, 2002, Mrs. Pollard gave a de bene esse deposition, to preserve her testimony for trial. At this time plaintiffs are seeking to supplement Mrs. Pollard's trial testimony on the limited issue of her condition and treatment in the fifteen months that elapsed since her de bene esse deposition in June of last year. This testimony is directly relevant to the issue of Mrs. Pollard's damages in this case. There is a high likelihood that Mrs. Pollard will either have passed away, or will be physically unable to present her testimony in court by the time this case is set for trial.

3. Plaintiffs' counsel informed defendants' counsel of Mrs. Pollard's condition on Tuesday, October 21, 2003, and requested their cooperation in scheduling the de bene esse deposition as quickly as possible. Attorneys Larry Adams and Joan Cerniglia-Lowensen have indicated their objection to reconvening Mrs. Pollard's trial deposition on behalf of their respective clients, and have refused to cooperate in the scheduling of the deposition. The sole basis stated by both counsel, for their objection is that Mrs. Pollard has already been deposed. (See Attached correspondence between counsel). Attorney Catherine Hanrahan, has not responded to plaintiffs' request for consent to reconvene Mrs. Pollard's deposition.

4. Defendants' stated objection to reconvening Mrs. Pollard's de bene esse deposition is not a valid basis for denying plaintiffs the right to present relevant testimony at the trial in this case.

WHEREFORE, for these reasons plaintiffs respectfully request that leave to reconvene Mrs. Pollard's de bene esse deposition to preserve relevant testimony for trial, be granted.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By_____
  Bruce J. Klores - #358548
  915 15th Street, N. W. #300
  Washington, D. C. 20005
  (202) 628-8100
  Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

       I hereby certify that above Request for Leave to Reconvene the De Bene Esse Deposition of Veronica Pollard, was sent by prepaid first-class mail, to the following persons this _____ day of April, 2002:

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

                                                                      _____
                                                                      Lesley S. Zork

1606\mtn.req.leave.dep