IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|       v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|    Defendant | ) |

**ORDER**

Upon consideration of Plaintiffs Request for Leave to Reconvene the De Bene Esse Deposition of Veronica Pollard, on October 27, 2003 at 3:00 p.m., it is this _____ day of _____, 2003, hereby

ORDERED that Plaintiffs Request for Leave is GRANTED.

_____
William D. Quarles
United States District Court

1606\order.mtn.request