## BRUCE J. KLORES & ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

BRUCE J. KLORES
(D.C., MD., VA.)

RICHARD J. FOGELSON, EMT-CT
(D.C., MD., VA., CO.)

LESLEY S. ZORK, R.N.
(D.C., MD.)

PATRICIA C. KARPPI
(D.C., VA.)

AMY D. BERK, R.N., MSN
(NURSE CONSULTANT)

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

VIRGINIA OFFICE

1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON, VIRGINIA 22209
(703) 519-0789

October 21, 2003

**VIA FACSIMILE ONLY**
Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

Re   **Pollard, et al. v. United States**

Dear Counsel:

Mrs. Pollard was recently discharged from Walter Reed Hospital, and was advised by her doctors that there are no further treatments available to her and that she may die at any time. We are planning to do a follow-up de bene esse deposition for the limited purpose of asking Mrs. Pollard about her condition and treatment since her trial deposition last year. The dates that we have available are this Thursday, October 23, 2003 at 2 p.m., or this Friday, October 24, 2003 at 1:00 p.m. Please let us know your preference. As time is of the essence, we appreciate your cooperation and prompt response.

Very truly yours,

BRUCE J. KLORES & ASSOCIATES, P.C.

Lesley S. Zork

1606\l-3c.de bene esse