# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

October 21, 2003

<u>Via Facsimile and Mail</u> – 202-628-1240

Lesley Zork, Esquire
Bruce J. Klores & Associates, P.C.
915 15th Street, N.W.
Washington, D.C. 20005

  Re: Veronica Pollard, et al v. Raj Gupta, M.D., et al
    Our File No.: 375.02549

Dear Lesley:

  I am in receipt of your correspondence dated October 21, 2003. I am certainly saddened to hear about Mrs. Pollard's deteriorating condition. I am not available on either Thursday, October 23, 2003 or Friday, October 24, 2003. Additionally, it was my understanding that the previously videotaped deposition was taken for the purpose of preserving Mrs. Pollard's testimony in the event of her impending death. For this reason, I see no purpose in once again videotaping Veronica Pollard. My client, therefore, will not consent to an additional videotaped deposition of Mrs. Pollard.

  If you have any questions regarding this, please feel free to contact me at any time.

           Very truly yours,

           Joan Cerniglia-Lowensen

JCL/jk
cc: Peter R. Masciola, Esquire
  Larry Adams (via facsimile and mail – 410-962-2310)
  Catherine Hanrahan (via facsimile and mail - 202-628-3606)
H:\JCL\Western Litigation - Pollard\l.zork.102103.doc