

## U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| Thomas M. DiBiagio<br>*United States Attorney*<br><br>Larry D. Adams<br>*Assistant United States Attorney* | 6625 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201-2692 | 410-209-4800<br>TTY/TDD:410-962-4462<br>410-209-4801<br>FAX 410-962-2310<br>Larry.Adams@usdoj.gov |

October 21, 2003

FAX: 202-628-1240
Lesley S. Zork, Esq.
Bruce J. Klores, and Associates
915 15th Street, N.W., Third Floor
Washington, D.C. 20005

      Re: <u>Pollard, et al. v. United States</u>
      Civil No. WDQ 02-764

Dear Ms. Zork:

      I received your notice of deposition under Fed. R. Civ. P. 30(b)(6). It would have been preferable to have received it much earlier because given the shortness time it is impossible to comply on the date you demand. Consequently, in conjunction with the other defense attorneys I have moved to extend discovery 30 days in order to given the Army the time necessary to find the documents and designate the appropriate witness or witnesses. The motion also requests that the pretrial conference currently scheduled for November 19, 2003 be cancelled while the Court considers the various dispositive motions to be filed 30 days after discovery closes. This is the proper way to proceed in this case.

      With regard to your notice of a second de bene deposition of Veronica Pollard, I see no reason why such a deposition is necessary. Morever, given my commitment of time required next week for the remaining experts in this case, I scheduled other matters for the remainder of this week. I also understand that Ms. Cerniglia-Lowensen is booked on the dates you suggested for this week. I suspect Ms. Hanrahan may have similar problems.

                                      Very truly yours,

                                      Thomas M. DiBiagio
                                      United States Attorney
              By: _____
                           Larry D. Adams
                           Assistant United States Attorney

cc:
      Joan Cerniglia-Lowensen, Esq. (Fax 410-584-2020)
      Catherine A. Hanrahan, Esq. (Fax 202-628-3606)