**BRUCE J. KLORES & ASSOCIATES**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

BRUCE J. KLORES
(D.C., MD., VA.)
RICHARD J. FOGELSON, EMT-CT
(D.C., MD., VA., CO.)
LESLEY S. ZORK, R.N.
(D.C., MD.)
PATRICIA C. KARPPI
(D.C., VA.)
AMY D. BERK, R.N., MSN
(NURSE CONSULTANT)

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

VIRGINIA OFFICE

1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON, VIRGINIA 22209
(703) 519-0789

October 22, 2003

**VIA FACSIMILE ONLY**
Larry D. Adams, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

Re: **Pollard, et al. v. United States**

Dear Counsel

    I received written responses from Larry and Joan regarding our notice of intent to conduct a de bene esse deposition on Mrs. Pollard for the limited purpose of obtaining her testimony about her condition and treatment this past year. It is my understanding from your letters that Larry and Joan are not available on Thursday or Friday, and that you object to the deposition in any event. I am happy to do what I reasonably can to accommodate your schedules. However, the objections that you expressed may be preserved for trial, but cannot prevent the deposition from going forward. Mrs. Pollard's testimony is clearly relevant to the issue of damages, and we have a right to preserve it for trial.

**BRUCE J. KLORES & ASSOCIATES**

Larry D. Adams, Esquire
Joan Cerniglia-Lowensen, Esquire
Catherine A. Hanrahan, Esquire
Page Two
October 22, 2003


      The deposition should take less than an hour. We are willing to do the deposition later in the evening on this Thursday or Friday, anytime this Saturday or Sunday, or on Monday, October 27, 2003, after 4:00 p.m., if that will help your schedules. If you are unwilling to work with us in scheduling Mrs. Pollard's follow-up de bene esse deposition with the understanding that time is of the essence, we will have no choice but to note the deposition during the times indicated in my letter of October 21, 2003.

                                            Very truly yours,

                                            BRUCE J. KLORES & ASSOCIATES, P.C.

                                            Lesley S. Zork

1606\l-3c.de bene esse