# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

October 22, 2003

<u>Via Facsimile and Mail</u> – 202-628-1240

Lesley Zork, Esquire
Bruce J. Klores & Associates, P.C.
915 15th Street, N.W.
Washington, D.C. 20005

Re: Veronica Pollard, et al v. Raj Gupta, M.D., et al
Our File No.: 375.02549

Dear Lesley:

I am in receipt of your correspondence dated October 22, 2003. This still does not provide me with enough notice or the ability to change my calendar accordingly to facilitate the deposition of Ms. Pollard. Moreover, my reading of the Maryland Local Rules governing civil procedure in the federal court indicates that "a party must obtain leave of the court" when a person to be examined has already been deposed in a case. From this, it appears to me that you must obtain a court order to facilitate the deposition of Mrs. Pollard. Please file your Motion and I will respond accordingly. In any event, I am unavailable during the times proposed by you in your letter.

Very truly yours,

Joan Cerniglia-Lowensen

JCL/jk
cc: Peter R. Masciola, Esquire
 Larry Adams (via facsimile and mail – 410-962-2310)
 Catherine Hanrahan (via facsimile and mail - 202-628-3606)
H:\JCL\Western Litigation - Pollard\J.zork.2.102203.doc