| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S "EXPEDITED" REQUEST FOR LEAVE TO RECONVENE THE *DE BENE ESSE* TRIAL DEPOSITION OF VERONICA POLLARD

The Defendants, Raj Gupta, M.D. and Sterling Medical Corporation, by and through their attorneys, Joan Cerniglia-Lowensen and Morgan Shelsby Carlo Downs & Everton, respectfully oppose Plaintiff's Motion pursuant to Rule 30(a)(2)(C) to repeat the *de bene esse* deposition of Veronica Pollard and for grounds state:

1. On June 6, 2002, the Plaintiff in this matter conducted a lengthy *de bene esse* deposition of their client, Veronica Pollard in anticipation of Ms. Pollard not being available for trial.

2. Plaintiff now seeks to once again depose Ms. Pollard regarding this matter.

3. Plaintiff states that this additional *de bene esse* deposition is necessary due to changes in her client's physical condition. This Defendant has no knowledge of these changes as the medical records have not yet been provided for its review.

4. Assuming Plaintiff's statements are correct, they will not be prejudiced by a denial of the motion to once again depose Ms. Pollard since this same evidence can be derived through direct testimony by Sergeant Roosevelt Pollard and Mrs. Pollard's health care providers, as well as expert witnesses.

5. Moreover, counsel for this Defendant has depositions scheduled for the date suggested by Plaintiff in her motion. It is necessary for this counsel to be present at these depositions.

6. Plaintiff in this matter made the decision to preserve testimony in June of 2002. Justice will not be served by continuing to allow the repeat of issues addressed in the video taped deposition of Veronica Pollard.

WHEREFORE, this Defendant respectfully requests that the Plaintiff's motion to once again depose Veronica Pollard be denied.

Respectfully submitted,

Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## ORDER

UPON considered the Defendants' Opposition to Plaintiff's Motion to Re-depose Veronica Pollard, it is this _____ day of _____, 2003, hereby

ORDERED that Plaintiff's Motion be DENIED.

_____
Judge
United State District Court
for the District of Maryland