# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Veronica Pollard, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No.: S-02-7641 WDQ |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Expedited Request for Leave to Reconvene the *De Bene Esse* Trial Deposition of Veroncia Pollard, it is this _____ day of October 2003,

ORDERED that the request to reconvene be and hereby is DENIED.

_____
Judge William J. Quarles,
United States District Court

162683.1

cc: Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC 20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC 20004
*Counsel for Plaintiffs*

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201
*Attorney for United States of America*

Joan Cerniglia-Lowensen, Esquire
Morgan, Shelsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD 21030
*Attorneys for Dr. Gupta and Sterling Medical Corporation*

Catherine A. Hanrahan, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, N.W., Suite 500
Washington, DC 20005
*Attorneys for Humana Military Healthcare Services, Inc.*

162683.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Veronica Pollard, et al. | ) | |
| | ) | |
|    Plaintiffs | ) | |
| | ) | |
|    v. | ) | C.A. No.: S-02-7641 WDQ |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|    et al. | ) | |
| | ) | |
|    Defendants. | ) | |

## **ORDER**

Upon consideration of the Expedited Request for Leave to Reconvene the *De Bene Esse* Trial Deposition of Veronica Pollard, it is this \_\_\_\_ Day of October 2003,

ORDERED that the deposition go forward at a date an time which is available on all counsel's calendars; and it is further ORDERRED that the defendants be permitted to conduct a discovery deposition of Veronica Pollard prior to the *De Bene Esse* deposition.

_____
Judge William J. Quarles,
United States District Court

162683.1

cc: Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004
*Counsel for Plaintiffs*

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201
*Attorney for United States of America*

Joan Cerniglia-Lowensen, Esquire
Morgan, Shelsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030
*Attorneys for Dr. Gupta and Sterling Medical Corporation*

Catherine A. Hanrahan
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, NW, Suite 500
Washington, DC  20005
*Attorneys for Humana Military Healthcare Services, Inc.*

162683.1