IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**VERONICA POLLARD, ET AL.,** :

    **Plaintiffs,** :

    **v.** :     **CIVIL ACTION NO. WDQ 02-764**

**UNITED STATES OF AMERICA, ET AL.**

     :

    **Defendants.**

...oOo...

### DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFF'S EXPEDITED REQUEST FOR LEAVE TO RECONVENE THE *DE BENE ESSE* TRIAL DEPOSITION OF VERONICA POLLARD.

The Defendant United States joins with Defendant Dr. Raj Gupta and Humana Military Healthcare in objecting to Plaintiff's Expedited Request for Leave to Reconvene the *de bene esse* trial deposition of Veronica Pollard. However, if the Court allows the second *de bene esse* deposition to go forward, the Defendant requests that deposition not be limited to Veronica Pollard's current medical condition. In support of this motion, the defendant respectfully submits:

1. As indicated in the response filed by defendant Humana Military Health it is prejudicial to the defendants to allow a second *de bene esse* deposition of Veronica Pollard to go forward. This is so because the plaintiffs have filed this notice without making available the medical records which concern her treatment since June 2002. Indeed, the June 2002 first *de bene esse* deposition was taken prior to defendants Dr. Gupta and Humana Military Healthcare being named as defendants and without all the relevant information being available at that time.

2. The Court will also recall, prior to the parties deposing Dr. Dodwell and Dr. Quinn in the United Kingdom and Ireland, there was a dispute between the plaintiffs and defendant Gupta

concerning attempts by counsel to contact these witnesses and arrange for their depositions. Given the dispute which ensued after defendants contacted the medical care providers in the United Kingdom concerning Veronica Pollard's treatment from in 1999 to 2000, a similar dispute might ensue if the defendants attempted to discuss matters with her current healthcare providers or obtain the most recent records.

3. Another issue has recently transpired in this case in the wake of Rule 30(b)(6), Fed. R. Civ. P. deposition notice filed by plaintiffs. That notice concerns wide ranging issues about the placement of Ms. Pollard for medical care in the United Kingdom ("UK") and the obligations of the Army with regard to such treatment. The upshot is that the defendants filed a motion to extend discovery through November 30, 2003, in order to arrange for the depositions necessary to move forward with the case. Plaintiff's counsel agreed to such an extension on Friday, October 21, 2003 after previously voicing verbal objections.

4. In the meantime, the parties have agreed to depose a witness tomorrow, October 28, 2003, who was the liaison in the UK between plaintiff and the British healthcare services. That witness, Helen Hodgkins, R.N., just returned to the United States having retired from the government while station in the Germany.

5. It is anticipated she will testify concerning the placement of Mrs. Pollard in the UK healthcare system. Since her testimony will likely elucidate issues raised in the Rule 30(b)(6) deposition notice, the defendants should also be permitted to ask Mrs. Pollard about the testimony elicited from Mrs. Hodgkins.

WHEREFORE, if the Court allows the second "reconvened" *de bene esse* trial deposition to go forward, the defendants should be permitted to conduct a discovery and trial depositions Veronica Pollard concerning the issues raised in the Rule 30(b)(6) deposition notice and Helen

Hodgkins' deposition.

          Respectfully submitted,

          Thomas M. DiBiagio
          United States Attorney


          _____
          Larry D. Adams
          Assistant United States Attorney
          6625 United States Courthouse
          101 West Lombard Street
          Baltimore, Maryland 21201-2692
          Attorney for United States

CERTIFICATE OF SERVICE

This is to certify that on this 27th day of October, 2003, a copy of the foregoing was sent by first-class mail, postage prepaid, and by electronic filing to the following:

Bruce J. Klores, Esq.
Lesley S. Zork, Esq.
915 15th Street, N.W. , Third Floor
Washington, D.C. 20005

Joan Cerniglia-Lowensen, Esq.
Morgan, Shelsby, Carlo, Downs & Everton
4 North Park Drive, #404
Hunt Valley, Md.  21030

Catherine A. Harahan, Esq.
Wilson, Elser, Moskowitz, Edelman and Dicker
1341 G Street, N.W.   5th Floor
Washington, D.C. 20005-3105

                                      _____
                                      Larry D. Adams
                                      Assistant United States Attorney

Case 1:02-cv-00764-WDQ    Document 54    Filed 10/27/2003    Page 5 of 6