# ORIGINAL

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2               DISTRICT OF MARYLAND

 3

 4   VERONICA POLLARD,          :

 5   et al.,

 6          Plaintiffs    : Civil Action

 7      vs.                    No. S-02-CV-764

 8   UNITED STATES OF AMERICA,:

 9   et al.,

10          Defendants    :

11              -------------------

12

13       Deposition of LEROY FLEMING SMITH, JR.,

14   M.D., was taken on Tuesday, June 10, 2003, at

15   5226 Dawes Avenue, Alexandria, Virginia,

16   commencing at 5:20 p.m. before Carol T. Lucic,

17   Notary Public.

18              -------------------

19

20

21   REPORTED BY:  Carol T. Lucic
```

_Art Miller_ & ASSOCIATES L.L.C

COURT REPORTERS AND VIDEOGRAPHERS

BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300

EXHIBIT

Page 14

1    the U.S. Air Force as a flight surgeon, then I

2    was at the Cleveland Clinic and did a three-year

3    residency in internal medicine.  During that

4    time I also spent about six months in the

5    hematology-oncology area, an additional six

6    months after the three years, and then I spent

7    six months on the active staff there and then

8    left and came here.

9    Q.    Dr. Smith, during the time that you were

10   in the military as a physician where were you

11   stationed, sir?

12   A.    I was stationed initially in San Antonio

13   in the TDY capacity, and then I was stationed at

14   Holloman Air Force Base, New Mexico.

15   Q.    What, if any, experience do you have, sir,

16   with the medical system in England?

17   A.    None other than having traveled there and

18   visited some of the hospitals.  The Cleveland

19   Clinic had a fairly close working relationship

20   with Hammersmith Hospital, in fact, in

21   particular in gastrointestinal diseases and

1    gastrointestinal cancers.  So we had frequent

2    visitors from England that would come over and

3    would participate in our conferences and that

4    sort of thing.  Of course, I've never practiced

5    there or anything like that.

6        MR. ADAMS:  Can we get a year on that?

7    Q.    Doctor, the first thing that you talked

8    about that I wrote down, you said you traveled

9    and visited some English hospitals.

10   A.    Yes.

11   Q.    Can you tell me what years you did that?

12   A.    Okay.  Around 1980 I was on a

13   people-to-people tour.  Eisenhower set up people

14   to people.  The Medical Society of Virginia had

15   a contingency that traveled not only to England,

16   but we traveled to the Eastern Block and to

17   Russia and visited all of the different

18   hospitals -- well, a lot of different hospitals.

19        Since that time I have not really been on

20   any hospital tours or anything.  The other

21   experience with English physicians has been at

Page 16

1    our different conferences.  I usually attend the

2    San Antonio breast cancer conferences.  In fact,

3    this last December one of the keynote speakers

4    was a physician from England.  Then in the

5    Southwest Oncology Group when I was at the

6    Cleveland Clinic we had interaction with

7    physicians from the U.K. because they frequently

8    visited the Cleveland Clinic to see what we were

9    doing in all sorts of different areas.

10   Q.    When were you last associated with

11   England's physicians at the Cleveland Clinic?

12   A.    I left there in 1967, so not since '67.

13   Q.    So, Doctor, what familiarity do you have

14   with the standard of care in England, the

15   current standard of care?

16   A.    The familiarity that I have with it is

17   presentations that have been made at the

18   American Society of Clinical Oncology and the

19   American Society of Hematology and the San

20   Antonio breast cancer conferences by the English

21   physicians.  They're usually fairly active in

mark

Page 17

1   coming to those meetings.

2   Q.    Do you remember the name of any of the

3   physicians from England who made these

4   presentations?

5   A.    What I would probably have to do, I could

6   go back to one of my syllabuses and look, but I

7   don't remember right offhand.

8   Q.    If you could do that easily and provide

9   that to Miss Zork, I would appreciate that.

10  A.    Okay.

11  Q.    When were these conferences that you're

12  referring to?

13  A.    Well, the San Antonio breast cancer

14  conference is every December.  This year I think

15  it's going to be the 2nd through the 5th or

16  something like that.  It's always the first week

17  or two in December.  The ASCO, American Society

18  of Clinical Oncology, meets in May of each year.

19  Q.    Would you say based upon those conferences

20  that you've attended that you're familiar with

21  the standard of care in England?

Art Miller & ASSOCIATES L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300

Page 18

1    A.    Well, I wouldn't say in any intricate

2    detail, but I do know from the articles that are

3    published and looking at ASCO -- in fact, I've

4    attended conferences where they've talked about

5    the treatment of breast cancer.  In particular,

6    the group from Montreal and then some of the

7    British physicians attend these meetings.  So,

8    in other words, I have a good feeling for what

9    they do in general, but certainly not every

10   little intricate detail of every little case,

11   but just kind of an overview.

12   Q.    Would you consider yourself an expert in

13   the standard of care for breast cancer in

14   England?

15        MS. ZORK:  Objection.  He's not going to

16   be testifying at trial about the standard of

17   care for breast cancer in England.

18   A.    Unless I lived over there I wouldn't be

19   able to do that.

20        MS. ZORK:  It's beyond the scope of his

21   designation.