**ORIGINAL**

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF MARYLAND

3                          NORTHERN DIVISION

4   VERONICA POLLARD, et al,           *

5                Plaintiffs            *

6           vs.                        *    Case No.

7   THE UNITED STATES OF AMERICA,      *    WDQ-02-CV-764

8   et al,                             *

9                Defendants            *

10                                          - - - - - - -

11          The deposition of REBECCA A. ZUURBIER, M.D.,

12  was taken on Friday, the 6th day of June, 2003,

13  commencing at 10:45 a.m., at the Law Offices of Bruce J.

14  Klores, Esquire, 915 15th Street, N.W., Washington D. C.,

15  before Dianna C. Kilgalen, RPR, Notary Public.

16                                          - - - - - - - -

17

18

19

20  Reported by:

21     Dianna C. Kilgalen, RPR
```



Art Miller & Associates L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300



EXHIBIT 2

Page 35

1   presented at tumor board?

2   A.   It might be -- it depends on when the patient
3   comes in relationship to her workup and the coming tumor
4   board.   So it might be as early as one week of me doing
5   a core biopsy and finding cancer, if the question
6   surfaced then.   It might be after her surgery and they
7   find other things that they didn't expect that she might
8   be presented.

9        So it depends on when those questions come up
10  or when she becomes an interesting patient or a
11  questionable case.   So weeks, not months.

12  Q.   Okay.   Doctor, do you have any familiarity at
13  all with the health system in England?

14  A.   No.

15  Q.   Doctor, you are familiar with the staging of
16  tumors, breast tumors?

17  A.   I'm familiar with it.   I don't personally do
18  that.

19  Q.   I presume that you have no opinions as to the
20  staging and the appropriate treatment based upon the
21  staging for Ms. Pollard, correct?