**ORIGINAL**

Page 1

```
1   VERONICA POLLARD, et al.,    *   IN THE

2                Plaintiffs,     *   UNITED STATES COURT

3        vs.                     *   FOR THE DISTRICT

4   RAJ R. GUPTA, M.D., et al.,  *   OF MARYLAND

5                Defendants.     *   Case No. WDO-02-764

6                           - - - - - - - -

7        The deposition of G. PETER PUSHKAS, M.D., was

8   taken on Monday, the 23rd day of June, 2003, commencing

9   at 10:30 a.m., at the Law Offices of Bruce J. Klores &

10  Associates, 915 Fifteenth Street, N.W., Washington,

11  D.C., before Mona Smith, CSR, RMR, Notary Public.

12  APPEARANCES:

13              LESLEY S. ZORK, ESQUIRE

14                  On behalf of the Plaintiffs.

15              JOAN CERNIGLIA-LOWENSEN, ESQUIRE

16                  On behalf of Dr. Gupta.

17              LARRY D. ADAMS, ESQUIRE

18                  Assistant U.S. Attorney

19              CATHERINE A. HANRAHAN, ESQUIRE

20                  On behalf of Humana Military Healthcare

21  Reported by:  Mona Smith, CSR, RMR
```



Art Miller & Associates L.L.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300

EXHIBIT 3

Page 15

1   Q   Would you say that you have any familiarity
2   with the standard of care in England during the time
3   period around 1998?
4   A   I would not have any familiarity with that.
5   Q   So I think I know the answer to this, but just
6   for the record, you don't hold yourself as an expert
7   regarding standards of care in England in oncology in
8   1998; is that correct?
9   A   I do not, that is correct.
10  Q   Doctor, I presume that you have some opinions
11  regarding Dr. Gupta and that's part of the reason that
12  you're here today. Can you list for me, first, what
13  opinions you have regarding how Dr. Gupta may have
14  deviated from accepted standards of care? And then
15  we'll go back and talk a little more in depth about it.
16  Is that okay?
17  A   Right. When Dr. Gupta had his contact with
18  Ms. Pollard in the first couple of weeks of December of
19  1998, it was his opinion and recommendation that he
20  documented that he recommended adjuvant chemotherapy for
21  Ms. Pollard in addition to the obvious radiation therapy