Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
 2                CASE NO. WDQ-02-764
 3
 4   VERONICA POLLARD, et al.,
 5           Plaintiffs,
 6   vs.
 7   RAJ R. GUPTA, M.D., et al.,
 8           Defendants.
                                              /
 9
10
11      DEPOSITION OF JAMES VINCENT FIORICA, M.D.
12
              Wednesday, August 27, 2003
13               2:35 p.m. - 4:14 p.m.
14
                H. Lee Moffitt Cancer
15               12902 Magnolia Drive
                    Suite 3057L
16               Tampa, Florida 33612
17
18
19
20
     REPORTED BY:                      ORIGINAL
21
     Lori A. Clements, RPR-CP
22   Notary Public, State of Florida
23   Esquire Deposition Services - Tampa, Florida
     813-221-2535 (800-838-2814)
24   Job No. N557229
25
```

EXHIBIT 4

1    A    Yes, I have an opinion.
2    Q    And what is that opinion?
3    A    My opinion is that Dr. Gupta fell below the
4  standard of care by not administering chemotherapy
5  and coordinating radiation therapy on this patient
6  within a timely manner.
7    Q    Doctor, when I asked you that opinion, you
8  referred to the confidential attorney work product
9  time line.
10   A    Yes, because I thought your next question
11  was going to be when should that have occurred.
12   Q    And we'll get there.  It probably won't be
13  my next one, but we're definitely going there.
14        Doctor, have you reviewed the
15  recommendations, the letter drafted by Dr. Gupta for
16  use once Ms. Pollard arrived in England?
17   A    Which letter are you referring to?
18   Q    I believe that it is entitled "To whom it
19  may concern."
20        MS. ZORK:  He has it.
21        THE WITNESS:  Is this the letter you're
22     referring to?
23  BY MS. CERNIGLIA-LOWENSEN:
24   Q    Yes, sir.  You have reviewed that?
25   A    Yes.

1    Q    Do you agree with the recommendations made
2 by Dr. Gupta in that letter dated December 16th,
3 1998?
4    A    In the letter Dr. Gupta says "to whom it
5 may concern" and he summarizes her medical history in
6 the first paragraph. And then Dr. Gupta says,
7 "Mrs. Pollard's adjuvant therapy is somewhat
8 debatable, the size of the tumor is very small and
9 has medullary features which are favorable prognostic
10 factors. The fact that she's premenopausal and
11 receptors were negative make me favor adjuvant
12 chemotherapy with Adriamycin and Cytoxan for 4
13 cycles. I also recommend radiation therapy to her
14 right breast. In addition, I recommend the use of
15 tamoxifen to prevent breast cancer in high risk
16 patients."
17         I would not have given her the tamoxifen.
18 But yes, she should have had chemotherapy and
19 radiation based on her findings and prognostic
20 factors.
21    Q.   Would it have been a deviation in the
22 standard of care for a physician to order tamoxifen
23 with a patient such as Ms. Pollard?
24    A    No.
25    Q    Doctor, you indicated that the standard of

Page 27

1    care would have required that chemotherapy and
2    radiation therapy be utilized with a patient such as
3    Ms. Pollard. Is that correct?
4         A    Correct.
5         Q    Do you agree with the type of drugs that
6    Dr. Gupta refers to in his correspondence?
7         A    Yes, I do.
8         Q    So administering that in 1998 would have
9    adhered to the standard of care?
10        A    Yes.
11        Q    Doctor, do you know anything about the
12   health care system in England?
13        A    No.
14        Q    Do you know whether in 1998 and early 1999
15   chemotherapy would have been available for
16   Ms. Pollard in England?
17        A    They administer chemotherapy in England.
18        Q    Doctor, Dr. Gupta refers to the tumor as
19   being small in size. Is that your understanding?
20        A    My understanding is the tumor on one
21   description was .5 centimeters. The tumor on another
22   description was 11 millimeters.
23        Q    What would the classification be for a
24   tumor that is .5 cms?
25        A    Classification?