```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF MARYLAND

 3

 4   VERONICA POLLARD, et al      *

 5                    Plaintiffs*
                                       Case No WDQ- 02- 764
 6                                *
     v.
 7                                *
     RAJ R. GUPTA, M.D., et al
 8                                *
                      Defendants
 9   _____  *


10
     DEPOSITION DE BENE ESSE of DR DAVID JOHN DODWELL
11
     taken at the BUPA Hospital, Leeds, England
12
     on Monday October 6 2003 at 9.40 pm
13

14   _____

                         Reported by:
15                       Chris Armstrong, ACR, MBIVR
                         John Larking Verbatim Reporters
16                       Temple Chambers, Temple Avenue
                         London EC4Y OHP, England
17

18   _____

19

20

21

22

23

24

25      .
```

+44 20 7404 7464
John Larking European Verbatim Reporters


EXHIBIT 5

```
 1   those, sir?
 2            A    Yes, I did.
 3            Q    Dr Dodwell, there came a time
 4   when you became involved with a patient by the name
 5   of Veronica Pollard, is that true, sir?
 6            A    Yes, it is.
 7            Q    Can you tell me how Mrs Pollard
 8   came to be your patient?
 9            A    She was referred to me by a Dr
10   Corrin who would refer people to me from the RAF
11   where Mr Pollard was and I believe Mrs Pollard was.
12            Q    Sergeant Pollard is a member of
13   the US military, is that what you understand?
14            A    Yes.
15            Q    How would it come about you
16   would see a patient who was a dependant of a
17   military person from the US?
18            A    The arrangement with Menwith
19   Hill in North Yorkshire and geographically close to
20   Harrogate District Hospital, allows patients who
21   become unwell for any reason to be referred either
22   to Harrogate District Hospital on an NHS basis or
23   to physicians working in Harrogate on a private
24   basis.  That was in place and I believe still is.
25            Q    When Dr Corrin referred Mrs
```

```
 1   Pollard to you, did you have any documents that
 2   came along with the referral?  Feel free to look at
 3   your charts.
 4             A    Yes, I had correspondence,
 5   letters, reports, consultation records from Dr
 6   Gupta, pathology and radiology reports as well.
 7             Q    Did you receive any
 8   correspondence from Dr Corrin?
 9             A    Yes, a letter from Dr Corrin
10   dated 3rd February and received February 8, 1999.
11             Q    Directing your attention to
12   that letter, paragraph four, can you please review
13   that paragraph with me?
14             A    Yes:
15        "The oncologist she saw in the States
16   recommended adjuvant chemotherapy with adriamycin
17   and cytoxan for 4 cycles and following that
18   radiation therapy to her right breast.  He
19   recommended the use of tamoxifen because of the
20   family history."
21             Q    So, what was your understanding
22   as to that statement?  What was Dr Corrin telling
23   you?
24             A    Dr Corrin was telling me as was
25   confirmed in the correspondence which he forwarded
```

```
 1   from Dr Gupta and the associated consultation
 2   records in the pathology records that Dr Gupta
 3   recommended that Mrs Pollard should receive
 4   adjuvant chemotherapy.
 5           Q    When he talks about adjuvant
 6   chemotherapy, what does that mean in layman's
 7   terms?
 8           A    Adjuvant chemotherapy is
 9   treatment which is given to try to affect the
10   presence of a metrostatic disease which we know a
11   substantial number of women with breast cancer
12   harbor even when there is no radiological evidence
13   of metrostatic disease but that the disease may be
14   present but undetectable and yet can go on and
15   cause problems in the future by causing systemic
16   recurrence.
17           Q    If you can skip down to the
18   paragraph that says, "Veronica has several notes"
19   can you review that with me?
20           A    Yes:
21      "Veronica has several notes from the
22   States and I will enclose copies of these with the
23   sent version of this letter rather than a faxed
24   copy.  I would be most grateful if you could see
25   and assess her as soon as you can so that her
```