```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF MARYLAND

 3

 4   VERONICA POLLARD, et al        *

 5                   Plaintiffs*
                                         Case No WDQ- 02- 764
 6                                  *
     v.
 7                                  *
     RAJ R. GUPTA, M.D., et al
 8                                  *
                     Defendants
 9   _____*

10
     DEPOSITION DE BENE ESSE of DR DAVID JOHN DODWELL
11
     taken at the BUPA Hospital, Leeds, England
12
     on Monday October 6 2003 at 9.40 pm
13

14   _____

                        Reported by:
15                      Chris Armstrong, ACR, MBIVR
                        John Larking Verbatim Reporters
16                      Temple Chambers, Temple Avenue
                        London EC4Y OHP, England
17

18   _____

19

20

21

22

23

24

25   .
```

+44 20 7404 7464
John Larking European Verbatim Reporters



EXHIBIT
6

```
 1   correspondence from RAF Menwith Hill relating to
 2   Mrs Pollard's health care insurance and the
 3   subsequent three pages.
 4              Q    Doctor, directing your
 5   attention to the letter dated December 16, 1998
 6   from Dr Gupta, did you have that letter prior to
 7   your seeing Mrs Pollard?
 8              A    No.  Well, the letter, clearly
 9   the letter from Dr Corrin was faxed but not the
10   enclosed correspondence from the States.  However,
11   he then forwarded that correspondence with his
12   written letter. It is likely I would not have seen
13   this until immediately before the consultation with
14   Mrs Pollard.
15              Q    When you say the consultation,
16   your office visit with Mrs Pollard?
17              A    Yes, when she came to see me.
18              Q    Your review of the letter of
19   December 16, 1998, Dr Gupta makes certain
20   recommendations regarding treatment?
21              A    Yes.
22              Q    When you saw Mrs Pollard in
23   February, 1999, were you her treating oncologist at
24   that point in time?
25              A    Yes.
```