```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF MARYLAND

 3

 4   VERONICA POLLARD, et al.      *
                                          COPY
 5             Plaintiffs          *

 6       v.                        *   Civil Action

 7   UNITED STATES OF AMERICA      *   No. S-02-764

 8             Defendant           *

 9                          *  *  *  *  *  *  *  *  *

10

11

12             Pursuant to Notice, the deposition of

13   JAMES J. STARK, M.D. was taken on Wednesday, September

14   10, 2003, commencing at 2:00 p.m., at the offices of

15   James J. Stark, M.D., 3640 High Street, Portsmouth,

16   Virginia  23704, before Shell Riddle, Notary Public.

17

18

19   :
     :
20

21

22   Reported by:  Shell Riddle, RPR
```



EXHIBIT 7

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Was[hington]
Tel: 202.861.3410 • 800.292.4789 • Fax:
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF JAMES J. STARK, M.D.
CONDUCTED ON WEDNESDAY, SEPTEMBER 10, 2003

82

1   A.   Internal mammary node, yes.  That is
2   correct.
3   Q.   Where can I read about that?
4   A.   I don't know.  I've been doing this for
5   26 years and that's always been the case.  That's all
6   I can tell you.  Anybody that knows anything about
7   breast cancer won't disagree with me.  I'll tell you
8   that also.  Suit yourself.
9   Q.   Now, do you have an opinion whether
10  adjuvant chemotherapy, if adjuvant chemotherapy had
11  been given three to six weeks after the lumpectomy
12  whether that would have prevented the, as you've
13  described, metastasis of the cancer in the chest wall,
14  the lung and the clavicular node?
15  A.   I do have an opinion.
16  Q.   What is your opinion?
17  A.   More likely than not chemotherapy would
18  not have prevented those things from happening.
19  Q.   What is the basis for that opinion?
20  A.   If you look at survival statistics of
21  women who do and do not get chemotherapy, chemotherapy
22  reduces the likelihood of death by at most a third,

DEPOSITION OF JAMES J. STARK, M.D.
CONDUCTED ON WEDNESDAY, SEPTEMBER 10, 2003

83

1  which means that two-thirds of the women who are
2  destined to die of this disease do so anyway in spite
3  of getting chemotherapy and only about one-third of
4  women who are destined to die will be saved.  That's
5  based on scores of published clinical trials looking
6  at Stage I breast cancer.  The magnitude of benefit is
7  roughly at best a one-third reduction in death among
8  those people who are destined to die, which means
9  two-thirds will die which means it's more likely than
10 not that she would have died.
11       Q.     Do you have an opinion as to whether or
12 not Ms. Pollard will survive her breast cancer at this
13 point?
14       A.     I think she will die.
15       Q.     So you would agree that under your
16 statistics that you are relying on there is a 33
17 percent chance that Ms. Pollard would have survived if
18 she had received appropriate -- if she had received
19 chemotherapy three to six weeks after the lumpectomy?
20       A.     Yes.
21       Q.     And at this point she has a zero chance
22 of surviving?