# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

October 27, 2003

TO COUNSEL OF RECORD:

Re: <u>Veronica Pollard, et al. v. United States of America</u>, Civ. No. WDQ-02-764

Dear Counsel:

At the October 27, 2003 telephone conference, I set the following schedule. The de bene esse trial deposition of Veronica Pollard will take place November 6, 2003. The deposition will proceed on that date regardless whether the Defendants' counsel have obtained copies of Ms. Pollard's medical records.

The discovery deadline is November 30, 2003. Dispositive motions will be due 30 days after the close of discovery. The pretrial conference scheduled for November 19, 2003 has been rescheduled for January 29, 2004 at 9:30 a.m. in my chambers.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

*/s/ William D. Quarles, Jr.*
William D. Quarles, Jr.
United States District Judge