IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,              )
                                       )
        Plaintiffs                     )
                                       )
        v.                             )  CA No. S-02-CV-764
                                       )  Judge Quarles
THE UNITED STATES OF                   )
AMERICA                                )
                                       )
        Defendant                      )


### PLAINTIFFS' MOTION TO STRIKE DEFENDANT RAJ GUPTA, M.D.'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE SUR-REPLY

The plaintiffs, Veronica and Roosevelt Pollard, through counsel Lesley S. Zork, Bruce J. Klores, and Bruce J. Klores & Associates, P.C., respectfully move to strike defendant Raj Gupta, M.D.'s Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, or in the alternative, for leave to file a sur-reply.  In support of this Motion, counsel state the following:

1.       On September 16, 2003, defendant Raj Gupta, M.D. filed a Motion for Summary Judgment on the following two bases:  1) There is no material dispute of fact that, to a reasonable degree of medical probability, the administration of chemotherapy would not have prevented Veronica Pollard's recurrence; and 2) There is no material dispute of fact that the doctor/patient relationship between Veronica Pollard and Raj Gupta. M.D. ended upon her move from the United States to the United Kingdom.

1

2.    Plaintiffs filed their Opposition to Defendant's Motion on October 14, 2003.

3.    Defendant filed a Reply to Plaintiffs' Opposition on October 27, 2003, raising a completely new basis for Summary Judgment that was not raised in Defendant's initial Motion for Summary Judgment.  Specifically, defendant argues for the first time in his Reply that plaintiffs's expert failed to establish that Dr. Gupta breached the standard of care in failing to provide adjuvant chemotherapy and radiation therapy in a timely manner.

4.    Plaintiffs' experts' opinions regarding standard of care were available to the defendant at the time he filed his Motion for Summary Judgment.  There is no justification for defendant's failure to include any issue regarding plaintiffs' evidence on standard of care in the first instance.  Plaintiffs should not be required to serially address issues as they occur to defendant or his counsel.  Nor should defendant be allowed to deny plaintiffs the right to brief and present counter evidence and argument on an issue for summary judgment by raising the issue for the first time in Reply.

WHEREFORE, for these reasons, and any others that may appear to this Honorable Court, plaintiffs respectfully request that this Motion to Strike Defendant's Reply to Plaintiffs' Opposition to Defendant Raj Gupta, M.D.'s Motion for Summary Judgment, or in the Alternative, For Leave to File Sur-reply, be granted.  Alternative proposed Orders are attached for the Court's convenience.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____
    Lesley S. Zork
    Bruce J. Klores
    915 15th Street, NW
    Washington, D.C. 20005
    (202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

_____
    Peter R. Masciola
    601 Pennsylvania Avenue, N. W. #900
    Washington, D.C. 20004
    202-628-5680
Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of the foregoing Motion to Strike Defendant Raj Gupta, M.D.'s Reply, or in the Alternative, for Leave to File Sur-reply, was mailed first class postage prepaid to the following person this 3rd day of November, 2003.

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

_____
Lesley S. Zork