IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,                      )
                                               )
        Plaintiffs                             )
                                               )
            v.                                 )  CA No. S-02-CV-764
                                               ) Judge Quarles
THE UNITED STATES OF                           )
AMERICA                                        )
                                               )
        Defendant                              )

## **ORDER**

Upon consideration of Plaintiffs' Motion to Strike Defendant Raj Gupta, M.D.'s Reply to

Plaintiffs' Motion for Summary Judgment, it is this _____ day of _____, 2003

hereby ORDERED that Plaintiffs' Motion is GRANTED.


                                   _____
                                   William J. Quarles, Judge
                                   United States District Court
                                   For the District of Maryland



Copies to:

Lesley S. Zork, Esq.
Bruce J. Klores, Esq.
Bruce J. Klores & Associates, P.C.
915 15th Street, NW
Washington, D.C. 20005
Co-counsel for Plaintiffs

Peter R. Masciola, Esq.
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
Co-counsel for Plaintiffs

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CA No. S-02-CV-764 |
| | ) | Judge Quarles |
| THE UNITED STATES OF | ) | |
| AMERICA | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to file a Sur-Reply to Defendant Raj

Gupta, M.D.'s Reply to Plaintiffs' Motion for Summary Judgment, it is this _____ day of

_____, 2003 hereby ORDERED that Plaintiffs' Motion is GRANTED, and that

Plaintiffs shall have until two weeks from the date of this Order to file a sur-reply.


_____
William J. Quarles, Judge
United States District Court
For the District of Maryland


Copies to:

Lesley S. Zork, Esq.
Bruce J. Klores, Esq.
Bruce J. Klores & Associates, P.C.
915 15th Street, NW, #300
Washington, D.C. 20005
Co-counsel for Plaintiffs

Peter R. Masciola, Esq.
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
Co-counsel for Plaintiffs

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105