| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

**DEFENDANT, RAJ GUPTA, M.D.'S, OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE HIS REPLY TO PLAINTIFFS' OPPOSITION TO THIS DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The, Defendant, Raj Gupta, M.D., by and through his attorneys, Joan Cerniglia-Lowensen and Morgan Shelsby Carlo Downs & Everton, respectfully provides the following Opposition to Plaintiff's Motion to Strike and for grounds state:

1. On October 27, 2003, this Defendant filed a Reply to the Plaintiff's Opposition to his Motion for Summary Judgment. This Reply was restricted to issues raised by the Plaintiff in her Opposition of October 14, 2003.

2. Specifically, in the Plaintiffs' Opposition, she states that "Plaintiffs do contend that Dr. Gupta had duty (spelling) when he saw Mrs. Pollard in December, 1998, to advise her of the need for adjuvant chemotherapy and radiation therapy, and to inform her of the appropriate timing for such treatment. . . . Moreover, prior to discharging Mrs. Pollard from his care in December, 1998, Dr. Gupta failed to take any steps to determine who would assume Mrs. Pollard's care once she got to England, or what the standards were in England or what the availability was for adjuvant chemotherapy and radiation treatment."

3. The Defendant's Reply Memorandum addresses those issues set forth in the Opposition when discussing the fact that Plaintiffs' experts failed to establish that Raj Gupta, M.D. breached the standard of care in that method.

4. The purpose of a Reply Memorandum is to address those issues not set forth in the original motion but raised by the Plaintiff in her Opposition.

WHEREFORE, this Defendant respectfully requests that Plaintiffs' Motion to Strike be Denied.

Respectfully submitted,

Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\*    \*    \*    \*    \*

## ORDER

Having considered the Plaintiffs' Motion to Strike, it is this _____ day of _____, 2003, hereby Ordered that Plaintiffs' Motion to Strike be Denied.

_____
Judge
United State District Court
for the District of Maryland

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of Nov, 2003, a copy of the foregoing Defendant, Raj Gupta, M.D.'s, Opposition to Plaintiffs' Motion to Strike his Reply to Plaintiffs' Opposition to this Defendant's Motion for Summary Judgment was mailed postage prepaid to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800