IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, ET AL. | * |
|     Plaintiffs | * |
| |    CIVIL ACTION NO.: WDQ 02 CV 764 |
| v. | * |
| UNITED STATES OF AMERICA, ET AL. | * |
|     Defendants | * |
| | * |

**STATUS REPORT OF DEFENDANT UNITED STATES**

Defendant, United States of America, by and through its undersigned attorneys respectfully submits this Status Report.

1. Status of Discovery: All discovery has been completed. Currently a pre-trial/status conference is set for January 29, 2004.

2. Pending Motions: Defendant Dr. Raj Gupta filed a motion for summary judgment which was opposed by the Plaintiffs.

3. Future Motions: Defendant United States anticipates filing a motion before the end of December 2003. It is also anticipated that Humana Military Healthcare Inc. will file a dispositive motion.

4. Trial: If this case goes to trial, the United States is entitled to a bench trial under the Federal Tort Claims Act. The plaintiffs have prayed a jury trial with regard to the other defendants. Trial would probably take a week.

5. Settlement: Counsel for the United States and plaintiffs discussed the procedures for settlement on November 20, 2003. Specifically, the plaintiffs wanted a private mediator but the defendants believe that a magistrate judge would be more effective and, obviously, cheaper. The

United States believes that it would be beneficial to refer this case to a magistrate judge for settlement discussions. It is also our understanding that the other defendants have come to the same conclusion  This is particularly true in this case because Veronica Pollard is in the terminal stage of breast cancer. The presence of the Pollards at any settlement conference would be beneficial for a number of reasons.

    6. Other matters. None

.

                Respectfully Submitted,

                Thomas M. DiBiagio
                United States Attorney

                _____/s/_____
                Larry D. Adams
                Assistant United States Attorney
                6625 United States Courthouse
                101 West Lombard Street
                Baltimore, MD 21201
                Attorney for Defendant
                410-209-4801

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was sent by email filing this 12th day of December 2003 to:

    Bruce J. Klores, Esq.
    Lesley S. Zork, Esq.
    915 15th Street, N.W., Third Floor
    Washington, D.C. 20005

    Joan Cerniglia-Lowensen, Esq.
    Morgan, Shelsby, Carlo, Downs & Everton
    4 North Park Drive, #404
    Hunt Valley, Md. 21030

    Catherine A. Harahan, Esq.
    Wilson, Elser, Moskowitz, Edelman and Dicker
    1341 G Street, N.W.   5th Floor
    Washington, D.C. 20005-3105

                                  _____/s/_____
                                  Larry D. Adams
                                  Assistant United States Attorney