IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.: S-02-764 WDQ |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants | : | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1 through 16, which are attachments to Defendant Humana Military Healthcare Services, Inc.'s Motion for Summary Judgment, exist only in paper format and are longer than fifteen pages or, if scanned, will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.


December 24, 2003  *Catherine A. Hanrahan*
DATE  Catherine A. Hanrahan, #06711
  The Colorado Building
  1341 G Street, NW
  Suite 500
  Washington, D.C.  20005
  (202) 626-7660 (telephone)
  (202) 628-3606 (facsimile)

166916.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of December, 2003, I served by first class mail, postage prepaid the forgoing Notice of Filing of Lengthy Exhibit, upon the following:

>Bruce J. Klores, Esquire
>Lesley S. Zork, Esquire
>Bruce J. Klores & Associates, PC.
>915 15th Street, NW
>Washington, DC  20005
>
>Peter R. Masciola, Esquire
>601 Indiana Avenue, NW
>Suite 603
>Washington, DC  20004
>*Counsel for Plaintiffs*
>
>Larry Adams, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>6625 U.S. Court House
>101 W. Lombard Street
>Baltimore, MD  21201
>*Attorney for United States of America*
>
>Joan Cerniglia-Lowensen, Esquire
>Morgan, Shelsby, Carlo, Downs & Everton
>4 North Oak Drive
>Suite 404
>Hunt Valley, MD  21030
>*Attorneys for Dr. Gupta and Sterling Medical Corporation*

>>*Catherine A. Hanrahan*
>>Catherine A. Hanrahan