**EXHIBIT NO. 1**

COPY

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3   VERONICA POLLARD, et al. :

 4           Plaintiffs         :

 5       vs.                    :    Civil Action

                                     No. S-02-CV-764

 6   UNITED STATES OF AMERICA :

 7   et al.                     :

 8           Defendants         :

 9                      -----------------

10

11           Deposition of SGT. ROOSEVELT POLLARD, JR., was

12   taken on Tuesday, April 29, 2003, at 915 15th Street,

13   N.W., Washington, D.C., commencing at 10:10 a.m., before

14   SUSAN FARRELL SMITH, Notary Public.

15

16                      -----------------

17

18

19   REPORTED BY:  Susan Farrell Smith

20

21
```



Art Miller & ASSOCIATES L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300

Page 15

1    Q    Okay.  Where were you going at that point?

2    A    England.

3    Q    Did you know where in England?

4    A    Menwith Hill Station.

5    Q    Do you recall approximately when you were

6   notified by the military that you were going to have

7   this change in station?

8    A    That would have been June and July of 1998.

9    Q    So, if I can back you up a little bit just

10  because I'm getting lost.  I'm sure it's perfectly clear

11  to you and it's completely my fault.  In October of '98,

12  you were in Kuwait?

13   A    Yes.

14   Q    You already had the knowledge that you were

15  going to be moving from Georgia to England in June of

16  that year; correct?

17   A    Yes.

18   Q    But the Army -- where were you in June of '98

19  when those orders came?  Were you already in Kuwait?

20   A    Yes.

21   Q    When was your understanding as to when this

Page 16

1  move was going to take place from Georgia to England?

2  A   After I completed my tour in Kuwait.

3  Q   When was that scheduled to be, if you know?

4  A   That was going to be December of '98.

5  Q   Got you. Thank you. So, basically you came
6  back about two months early?

7  A   No.

8  Q   No? You got your Red Cross call in --

9      MR. KLORES: He did, but he went back again.

10     MS. LOWENSEN: Okay.

11     MR. KLORES: He wasn't back in Georgia for the
12 whole October to December timeframe, I think is what the
13 distinction.

14     MS. LOWENSEN: Thank you. Just getting a
15 little lost in the dates. Thanks for that.

16 Q   You came back temporarily in October; correct?

17 A   Yes.

18 Q   How long were you stateside?

19 A   Little about over two and a half months.

20 Q   And for those two and a half months, were you
21 in Georgia?

Page 17

1   A   Yes.

2   Q   And after that, where did you go?

3   A   Back to Kuwait.

4   Q   And when you went back to Kuwait, where did
5   Mrs. Pollard and the boys go? Did they stay in Georgia?

6   A   They finished the business in Georgia.

7   Q   And when you say finished the business in
8   Georgia, what do you mean, sir?

9   A   The dealings with the house and the new
10  apartment.

11  Q   And was the plan to be in the apartment just
12  temporarily until the move to England?

13  A   Yes.

14  Q   During the two and a half months that you were
15  stateside when the Red Cross called you and told you to
16  come back for emergency time with your family, did you
17  attend any doctor visits with Mrs. Pollard?

18  A   A few. Like one or two.

19  Q   Okay. Do you recall when the first occasion
20  was that you went to the doctors with Mrs. Pollard?

21  A   We went to see Doctor Sze, and this was after