# EXHIBIT NO. 3





IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------X

VERONICA POLLARD, et al. :
Plaintiffs :
v. : CA No. S-02-CV-764
THE UNITED STATES OF AMERICA:
Defendant :
---------------------------:

Deposition of HELEN MARDEN HODGKINS
Baltimore, Maryland
Tuesday, October 28, 2003
3:48 p.m.

Job No.: 1-24515
Pages 1 - 102
Reported by: Beatriz D. Fefel, RPR



Deposition of HELEN MARDEN HODGKINS held at the offices of:

U.S. ATTORNEY'S OFFICE
101 West Lombard Street
Federal Courthouse, 6th Floor
Baltimore, Maryland 21201-2692
(410) 209-4801

Pursuant to agreement, before Beatriz D. Fefel, Registered Professional Reporter and Notary Public of the State of Maryland.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:
LESLEY S. ZORK, ESQUIRE
BRUCE J. KLORES, & ASSOCIATES
915 Fifteenth Street, Northwest
Third Floor
Washington, D.C. 20005
(202) 628-8100

ON BEHALF OF THE DEFENDANT U.S.A.
LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 West Lombard Street
Federal Courthouse, 6th Floor
Baltimore, Maryland 21201-2692
(410) 209-4801

A P P E A R A N C E S (C O N T I N U E D)

ON BEHALF OF THE DEFENDANTS DOCTOR GUPTA AND STERLING MUTUAL:
JOAN CERNIGLIA-LOWENSEN, ESQUIRE
MORGAN, SHELSBY, CARLO, DOWNS & EVERTON, P.A
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030-1876
(410) 584-2800

ON BEHALF OF THE DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC:
CATHERINE A. HANRAHAN, ESQUIRE
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, L.L.P.
1341 G Street, Northwest
Suite 500
Washington, D.C. 20005
(202) 626-7660

**that that was his name. I only know that it was Mrs. Pollard's oncologist.**
Q Okay. So you spoke with someone in the United States --
**A Umh-humh.**
Q -- that you understood was Mrs. Pollard's oncologist?
**A Umh-humh.**
Q And can you tell me when you spoke to that person?
**A I would not be able to give you a date.**
Q Okay. And I appreciate that. Do you know if you spoke with that doctor before or after Mrs. Pollard came to Menwith Hill?
**A It was before she came to Menwith Hill because she had to be cleared for the EFMP program in order to accompany her husband.**
Q Can you explain to me what's involved in being -- what would have been involved in Mrs. Pollard being approved through the EFMP program? And for the record, is that the Exceptional Family Member Program?
**A That's correct.**



Q Okay.
**A The physician that was caring for her before she arrived in England, I'm assuming it would be her oncologist, he has to sign her off that she can receive the treatment required at the duty station they're being assigned to.**
Q Does that involve paperwork?
**A Yes, there is a form, which I do not have any recollection of the number, but there is a form number for Exceptional Family Member Program. And that has to be completed by the physician that's caring for the patients.**
Q And were your conversations with the oncologist in the United States, Mrs. Pollard's oncologist in the United States, did they relate to her processing, the processing of the Exceptional Family Member paperwork?
**A No. The only -- the time that I did speak to him it was to give him the name of the oncologist in Leeds and a telephone number so that he could contact him directly regarding her treatment.**
Q Now, do you have a specific recollection of



having had this conversation with the oncologist in the United States and having given him the name and number of the oncologist in England?
**A Can I go back a little bit?**
Q Sure.
**A I had received a phone call from Sergeant Pollack (sic) first asking if care was available for her in England. I had not been there long enough to be able to answer that, so I went through Doctor Beer, our contract physician, who gave me the name of Doctor Dodwell and the phone number in Leeds so that I could pass that on to the oncologist in the States.**
Q And is that what you did?
**A That's what I did, so that he could talk to him directly.**
Q Did you have any further contact with the oncologist in the United States?
**A Not that I'm aware of. I really -- not that I recall.**
Q Okay. So going back, let me ask you this. Did you document anywhere your conversation with Sergeant Pollard?



**A That should have been in with the TRICARE records. We have a file -- we had a file in our TRICARE office on Mrs. Pollack (sic). She did not have a medical record at our clinic at that time because she was still under care in the United States.**
Q And the conversation with Doctor -- the oncologist in the United States, would you expect that that is also documented in Mrs. Pollard's TRICARE file?
**A I -- yes.**
Q Have you seen those documents?
**A When I left Menwith Hill, the file on Mrs. Pollack (sic) --**
Q Yes.
**A -- which I had in my office was put in the TRICARE office. So I am assuming it's still there.**
Q When you left Menwith Hill, did you understand -- did you have any knowledge or understanding that there was litigation pending related to her treatment for breast cancer?
**A No, I didn't. Every patient that I had records on as a patient liaison we moved to the**