

# U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Thomas M. DiBiagio* | *6625 United States Courthouse* | *410-209-4800* |
| *United States Attorney* | *101 West Lombard Street* | *TTY/TDD:410-962-4462* |
| | *Baltimore, Maryland 21201-2692* | *410-209-4801* |
| *Larry D. Adams* | | *FAX 410-962-2310* |
| *Assistant United States Attorney* | | *Larry.Adams@usdoj.gov* |

January 9, 2004

The Honorable William D. Quarles
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: Pollard v. Gupta, United States and Humana Healthcare
        Civil No: WDQ 02-764

Dear Judge Quarles:

    This letter is written to inform the Court of the current status of the above-captioned case. Mrs. Veronica Pollard passed away on December 28, 2004. In a letter dated January 5 Plaintiffs' counsel indicated that they anticipate the husband will be appointed as personal representative of the estate and an amended complaint filed alleging wrongful death. In addition, all three defendants have filed dispositive motions which are pending resolution. Plaintiffs' counsel has requested an extension until January 23, 2004 to oppose the motions of the United Sates and Humana Healthcare. obviously the aforementioned defendants will file replies. Also we understand referral to a magistrate judge for a settlement conference is still pending.

    In short the pretrial conference currently set for January 29, 2004 seems premature. When plaintiffs' counsel requested an early trial the motivation was to have the trial while Mrs. Pollard could participate. Obviously the circumstances have changed and for the case to proceed in an orderly manner the United States would ask that the pre-trial conference and deadline for the pre-trial order be reset in the normal order of things <u>after</u> the settlement conference is held.

    Naturally, if the Court has any questions the undersigned counsel is available at the Court's convenience.

                              Very truly yours,

                                  Thomas M. DiBiagio
                                  United States Attorney

                         By:_____
                                  Larry D. Adams
                                  Assistant United States Attorney

cc:

Lesley S. Zork, Esq.
915 15th Street, N.W. , Third Floor
Washington, D.C. 20005

Joan Cerniglia-Lowensen, Esq.
Morgan, Shelsby, Carlo, Downs & Everton
4 North Park Drive, #404
Hunt Valley, Md.  21030

Catherine A. Harahan, Esq.
Wilson, Elser, Moskowitz, Edelman and Dicker
1341 G Street, N.W.   5th Floor
Washington, D.C. 20005-3105