IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendant ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs by and through their attorneys Lesley S. Zork, Bruce J. Klores, Bruce J. Klores and Associates, P.C., and Peter R. Masciola, Esquire, respectfully move for an extension of time until January 23, 2004, to file oppositions to Motions for Summary Judgment filed by Defendants Humana Military Healthcare Services, Inc.'s and the United States of America. The reasons for this Motion are as follows:

1. This is a complex medical malpractice case where plaintiffs allege that defendant Gupta was negligent in failing to communicate in a timely and appropriate fashion to Mrs. Pollard and her treating physicians in England the need for adjuvant therapy for treatment of her breast cancer.

2. This Motion for Extension of Time is filed before the expiration of the deadline for filing such Oppositions. (Oppositions are due on January 10 and 15 2004).

3. Additional time is needed because defendants' Motions came in during the holiday period while plaintiffs' counsel were away from the office, and several days for responding were lost. Counsel for all defendants have kindly consented to this request.

WHEREFORE, for these reasons and any others that may appear to the Court, Plaintiff respectfully requests an extension of time until January 23, 2004, to file oppositions to the Motions for Summary Judgment filed by Defendants Humana Military Healthcare Services, Inc., and the United States of America..  A proposed Order is attached.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By:_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

   and

LAW OFFICES OF PETER MASCIOLA


   _____
   Peter R. Masciola
   601 Pennsylvania Avenue, N. W. #900
   Washington, D.C. 20004
   202-628-5680
Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of Plaintiffs' Motion for Extension of Time was mailed first class postage prepaid to the following person this 9th day of January, 2004.

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

_____
Lesley S. Zork

K:\1606\mtn.extend.humana.wpd