IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendant ) | |

**CONSENT MOTION FOR ADDITIONAL TIME TO FILE OPPOSITIONS
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs by and through their attorneys Lesley S. Zork, Bruce J. Klores, Bruce J. Klores and Associates, P.C., and Peter R. Masciola, Esquire, respectfully move for an additional extension of time, until February 2, 2004, to file oppositions to Motions for Summary Judgment filed by Defendants Humana Military Healthcare Services, Inc.'s and the United States of America. The reasons for this Motion are as follows:

1.   There is outstanding discovery from the government that bears directly on the issues raised by defendant Humana regarding agency and Humana's liability for any negligent acts or omissions by defendant Raj Gupta, M.D.  Counsel for the United States is in the process of obtaining the information but has not yet produced it.

2.   The Pretrial Conference has been postponed until after the Settlement Conference that is scheduled for February 20, 2004.  This extension should not have any impact on the existing schedule.  Counsel for all defendants have kindly consented to this request.

WHEREFORE, for these reasons and any others that may appear to the Court, Plaintiff respectfully requests an additional extension of time until February 2, 2004, to file oppositions

to the Motions for Summary Judgment filed by Defendants Humana Military Healthcare Services, Inc., and the United States of America. A proposed Order is attached.

                    Respectfully submitted,

                    BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

   and

LAW OFFICES OF PETER MASCIOLA

_____
   Peter R. Masciola
   601 Pennsylvania Avenue, N. W. #900
   Washington, D.C. 20004
   202-628-5680
Co-counsel for Plaintiffs

K:\1606\mtn.extend.humana.2.wpd