IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant | ) |

**ORDER**

Upon consideration of Plaintiffs' Motion to Compel and any Opposition thereto, it is it is this _____ day of _____, 2004, hereby

ORDERED that Plaintiffs' motion is GRANTED. It is further

ORDERED that the United States of America shall designate and produce a witness pursuant to 30(b)(6) to testify on its behalf in the following area within ten days of this Order at place and time convenient to the parties:

> The terms of the contract and negotiation of the contract between the U.S. Army and Humana Military in effect in 1998-present, including all aspects of the contract related to provision of health care services to members of the military and their families, indemnification, insurance, control of healthcare, assignment of the contact. The 30(b)(6) designee(s) should be prepared to address the intent of the USA in negotiating and entering the contract with Humana Military.

It is further

ORDERED that plaintiffs' shall have until two weeks after completion of the deposition to file any opposition to defendants' motions for Summary Judgment.

_____
William D. Quarles
United States District Court

1606\order.mtn.compel