IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF ) <br> AMERICA ) <br> ) <br> Defendant ) | CA No. S-02-CV-764 <br> Judge Quarles |

## RULE 30(b)(6) NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that at **9:00 a.m.** on **October 31, 2001** at the Law Offices of Palmer Foret, 2 Wisconsin Circle, Suite 660, Chevy Chase, Maryland 20815, pursuant to Federal Civil Procedure Rule 30(b)(6), the plaintiffs will take the deposition of **United States of America** for use as discovery and at trial in the above-entitled matter through an officer authorized by law to administer oaths and by videotape, according to the Rules of this Court. Said deposition to continue from day to day until completed, and will be binding upon the United States in this action in the designated areas of inquiry.

The defendant, **United States of America,** shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf concerning the following matters:

Areas of Inquiry:

1. All Interrogatories to this defendant;

2. All defenses raised in your answer to the Complaint;

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

915 FIFTEENTH STREET NW
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3648
www.klores.com

EXHIBIT 1

3. The identification of all military and civilian persons who were in any way involved in the medical screening and clearance of Veronica Pollard for accompaniment of her husband, Roosevelt Pollard, on assignment to the United Kingdom in 1998-1999, including the commanding officer who approved the assignment, Primary Care Manager, Military Personnel Division agents in USA and UK, medical personnel in the US and UK, Tri-Care providers/coordinators in the USA and UK. The 30(b)(6) designee(s) should be prepared to address the scope of the duties and responsibilities, and the precise role played and/or action taken by each person so identified in this case.

4. The identification of all military and civilian personnel in the USA and UK, who were involved in coordinating Veronica Pollard's follow-up care and treatment for breast cancer in 1998-1999. The 30(b)(6) designee(s) should be prepared to address the scope of the duties and responsibilities, and the precise role played and/or action taken by each person so identified in this case.

5. All actions by military and civilian personnel on behalf of the U.S. Army, pursuant to Army Regulation 608-75, in providing medical screening, clearance and/or approval for Veronica Pollard to accompany her husband, Roosevelt Pollard on assignment to the United Kingdom in 1998-1999.

6. All actions by military and civilian personnel on behalf of the U.S. Army, to coordinate medical care and treatment for Veronica Pollard for breast cancer in the United Kingdom in 1998-1999.

7. All U.S. Army regulations, procedures, policies guidelines in place in 1998-1999, for approving family member overseas accompanied tour assignments.

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3686
www.klores.com

8. The terms of the contract and negotiation of the contract between the U.S Army and Humana Military in effect in 1998-present, including all aspects of the contract related to provision of health care services to members of the military and their families, indemnification, insurance, control of healthcare, assignment of the contact. The 30(b)(6) designee(s) should be prepared to address the intent of the USA in negotiating and entering the contract with Humana Military.

**Documents to Be Produced:**

1. All personnel records and other documents relating to Roosevelt Pollard's military assignment history from 1995-present.

2. All U.S. Army regulations, procedures, policies guidelines in place in 1998-1999, for approving family members for overseas accompanied tour assignments.

3. <u>Complete</u> and <u>original</u> TriCare records, including correspondence, bills, payment records, regarding Veronica Pollard from 1995-present.

4. <u>Complete</u> and <u>original</u> medical records regarding Veronica Pollard from 1995-present.

5. All other records relating to medical care and treatment and the coordination of medical care and treatment for Veronica Pollard from 1995-present.

6. Original contract, letters of agreement, notes, memos, contract history, bids between the U.S Army and Humana Military, relating to the contract in effect from 1998-present.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

915 FIFTEENTH STREET NW
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-1688
www.klores.com

By: /s/ Lesley S. Zork
Lesley S. Zork
Bruce J. Klores
915 15th Street, NW
Washington, D.C. 20005
(202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

/s/ Peter Masciola
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing 30(b)(6) Notice of Deposition *Duces Tecum* was mailed first class postage prepaid to the following person this 20th day of October, 2003.

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

/s/ Lesley S. Zork
Lesley S. Zork

1606\dpo-30b6.us

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com