# BRUCE J. KLORES & ASSOCIATES
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

**BRUCE J. KLORES**
(D.C., MD., VA.)
**RICHARD J. FOGELSON, EMT-CT**
(D.C., MD., VA., CO.)
**LESLEY S. ZORK, R.N.**
(D.C., MD.)
**PATRICIA C. KARPPI**
(D.C., VA.)
**PATRICIA A. BALLARD, RN., MSN**
(NURSE CONSULTANT)

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

VIRGINA OFFICE

1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON, VIRGINIA 22209
(703) 519-0789

January 12, 2004

**VIA FACSIMILE ONLY**
Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re:     **Pollard, et al. v. United States**

Dear Larry:

In our 30b6 Notice of Deposition we asked the government to produce a witness who could address the following:

> 8.     The terms of the contract and negotiation of the contract between the U.S. Army and Humana Military in effect in 1998-present, including all aspects of the contract related to provision of health care services to members of the military and their families, indemnification, insurance, control of healthcare, assignment of the contact. The 30(b)(6) designee(s) should be prepared to address the intent of the USA in negotiating and entering the contract with Humana Military.

No witness with sufficient knowledge to address these issues was ever produced. At this point the most critical issue that I need addressed is the government's position regarding Humana's liability for any negligence on the part of Dr. Gupta. Paragraph 5 of the two contracts between HMHS and Eisenhower that Cathy provided, clearly states that Humana "shall be solely liable for the negligent acts or omissions of the contractor's agents . . . ." It appears that the government intended that Humana would remain liable for negligent acts or omissions of any medical personnel supplied by Humana under the contract. It also seems clear that Gupta would fall into this category.



EXHIBIT

2

BRUCE J. KLORES & ASSOCIATES
Larry D. Adams
January 21, 2004
Page Two

I need to have this information either by formal answer to interrogatory, affidavit or sworn witness as soon as possible, since it is important in addressing the issue that Cathy has raised in her Motion for Summary Judgment. I would appreciate it if you would call me to discuss this matter further.

Very truly yours,

BRUCE J. KLORES & ASSOCIATES, P.C.

Lesley S. Zork

1606\l-agency