UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| ROOSEVELT POLLARD,<br>as surviving spouse, and as<br>Personal Representative of the ESTATE<br>OF VERONICA POLLARD, deceased<br>122 Leeds Creek Circle<br>Odenton, Maryland 21113<br><br>    Plaintiff<br><br>    v.<br><br><br>THE UNITED STATES OF AMERICA<br>    <u>ET AL.</u><br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CA No. S02CV764<br>) Judge Quarles<br>)<br>)<br>)<br>)<br>) |

## SUGGESTION OF DEATH

Roosevelt Pollard, plaintiff, surviving spouse and Personal Representative of the Estate of Veronica Pollard, through counsel, Lesley S. Zork, Bruce J. Klores, and Bruce J. Klores & Associates, P.C., suggests upon the record, pursuant to Rule 25(a)(1), the death of plaintiff, Veronica Pollard, on December 29, 2003, during the pendency of this action.  (See Attached "Certificate of Death"(Exhibit 1) and "Letters of Administration" (Exhibit 2)).

The medical negligence claims relating to the diagnosis and treatment of Mrs. Pollard's breast cancer are not extinguished by her death.  As Personal Representative of Veronica Pollard's Estate, Roosevelt Pollard is the proper party for substitution under Rule 25(a)(1).  Moreover, the action should proceed on behalf of Roosevelt Pollard as Veronica Pollard's surviving spouse under Rule 25(a)(2).

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By:_____\s_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs


LAW OFFICES OF PETER MASCIOLA


_____\s_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby Certify that a copy of the foregoing Suggestion of Death was electronically filed with the Court this 28th day of January, 2004.

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

_____\s_____
Lesley S. Zork

1606\suggest.death