VALID ONLY WITH IMPRESSED SEAL

I HEREBY CERTIFY THAT THE ATTACHED IS TRUE COPY OF A RECORD ON FILE IN THE DIVISION OF VITAL RECORDS

*Geneva G. Sparks*
STATE REGISTRAR OF VITAL RECORDS

DATE ISSUED: JAN 0 5 2004

---

Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.
State of Maryland / Department of Health and Mental Hygiene
**Certificate of Death**

1. Decedent's Name: Veronica Louise Pollard
2. Date of Death: 12/29/2003
3. Time of Death: 9:35p

4a. Facility Name: 817 Camp Meade Rd.
4b. City, Town, or Location of Death: Linthicum
4c. County of Death: Anne Arundel

5. Social Security Number: 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
6. Sex: F
7. Age: 48 yrs
8. Date of Birth: 4-19-1955
9. Birthplace: Fla.

Usual Residence of Decedent:
10a. State: Md.
10b. County: Anne Arundel
10c. City, Town or Location: Odenton
10d. Inside City Limits: Yes
10e. Street and Number: 122 Leedscreek Circle
10f. Zip Code: 21113
10g. Citizen of What Country?: USA

11. Marital Status: Married
12. Was Decedent Ever in U.S. Armed Forces?: No
13. Was Decedent of Hispanic Origin?: No
14. Race: Black

15. Decedent's Education: Elementary/Secondary: 12th grade; College: 2 yrs
16a. Decedent's Usual Occupation: Electronic Tech
16b. Kind of Business/Industry: U.S. Army

17. Father's Name: Alonzo Johnson, Sr.
18. Mother's Name: Ada Belle Johnson

19a. Informant's Name/Relationship: Roosevelt Pollard — Husband
19b. Mailing Address: 122 Leedscreek Cir., Odenton, Md. 21113

20a. Method of Disposition: Burial
20b. Place of Disposition: Edgewood Cem.  Date: 1-3-04
20c. Location: Jacksonville, Md.

21. Signature of Funeral Service Licensee: [signature]
22. Name and Address of Facility: March F.H. East, 1101 E. North Ave., Baltimore, Md. 21202

23a. Part I. Cause of Death:
a. Metastatic Breast Cancer — Approximate Interval: 3yrs 10moA
b. Breast Cancer — 5½ yrs

23b. Was decedent pregnant in the past 12 months?: No

25. Was case referred to medical examiner?: No
26. Place of Death: Other (Specify): Hospice House
27. Manner of Death: Natural

29b. Signature and Title of certifier: [signature]
29c. License number: D13157
29d. Date signed: December 31, 2003

30. Name and address of person who completed cause of death: Russell A. DeLuca, 305 Hospital Drive, Glen Burnie, M. 21061

31. Date Filed: JAN 0 5 2004