

## *State of Maryland*
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 54335

I certify that administration of the Estate of

VERONICA L POLLARD

was granted on the __13th__ day of __January, 2004__

to _____ ROOSEVELT POLLARD _____

as personal representative(s) and the appointment is in effect

this __13th__ day of __January, 2004__.

☐ Will probated _____
                       (date)

☐ Intestate estate.

☑ Unprobated Will - Probate Not Required

GEORGE M. NUTWELL, JR.
Register of Wills for

Anne Arundel County

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW 1107

PS-3583