UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| ROOSEVELT POLLARD,<br>as surviving spouse, and as<br>Personal Representative of the ESTATE<br>OF VERONICA POLLARD, deceased<br>122 Leeds Creek Circle<br>Odenton, Maryland 21113<br><br>    Plaintiff<br><br>    v.<br><br><br>THE UNITED STATES OF AMERICA<br>    <u>ET AL.</u><br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CA No. S02CV764<br>) Judge Quarles<br>)<br>)<br>)<br>)<br>) |

<u>MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT</u>

Roosevelt Pollard, plaintiff, surviving spouse and Personal Representative of the Estate of Veronica Pollard, through counsel, Lesley S. Zork, Bruce J. Klores, and Bruce J. Klores & Associates, P.C., respectfully requests leave to file the attached Second Amended Complaint pursuant to Rule 15(a), stating as follows:

    1.    Veronica Pollard died on December 29, 2003, of metastatic breast cancer, as a result of the defendants' negligence as alleged in the first Amended Complaint.

    2.    The Second Amended Complaint includes claims for wrongful death and recovery of the full value of Veronica Pollard's life pursuant to O.C.G.A. §§ 51-4-1 and 51-4-2; and claims on behalf of the estate of Veronica Pollard for funeral expenses, medical expenses, pain and suffering, mental distress and other damages incurred in connection with her death, pursuant to O.C.G.A. §51-4-5(b). These claims are the result the defendants' negligence as

alleged in the first Amended Complaint.

3. The Second Amended Complaint omits claims on behalf of Roosevelt Pollard for loss of consortium, loss of services and his own emotional distress.

4. The changes in the Second Amended Complaint relate strictly to compensation for wrongful death and the decedent's estate under Georgia law, and have no bearing on any issues relating to agency, duty, breach or proximate cause. Accordingly these changes should have no impact on any of the issues raised in defendants' Motions for Summary Judgment. Nor should the changes create a need for significant additional discovery.

5. On January 12, 2004, plaintiff's counsel forwarded a draft copy of the Second Amended Complaint to counsel for all defendants, accompanied by a letter requesting defendants' consent to its filing. Counsel for defendants have not responded to this request to date.

WHEREFORE, for these reasons, and any others that may appear to the Court, plaintiff respectfully requests that leave to file the Second Amended Complaint be granted, and that the Second Amended Complaint be deemed filed as of the date of the Court's Order granting leave.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By:_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

LAW OFFICES OF PETER MASCIOLA

_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby Certify that a copy of the foregoing Motion for Leave to File Second Amended Complaint was electronically filed with the Court this 28th day of January, 2004.

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

          \_\_\_\_\_\s\_____
          Lesley S. Zork

1606\mtn.leave.amkpl