IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF | ) |
| AMERICA, et al. | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of Plaintiffs' Motion For Leave to File Second Amended Complaint and any Opposition thereto, it is this _____ day of _____, 2004, hereby

ORDERED that Plaintiffs' motion is GRANTED.  It is further

ORDERED that the Second Amended Complaint shall be deemed filed as of the date of this Order.

_____
William D. Quarles
United States District Court

1606\order.mtn.leave