# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

MARISA FERRARO CAPONE (MD)
ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

January 29, 2004

**Via Electronic Filing**

The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Room 8B
Baltimore, Maryland  21201

    Re:  Veronica Pollard, et al v. Raj Gupta, M.D., et al
        Case No.:  WDQ-02-764
        Our File No.:  375.02549

Dear United States Magistrate Judge Grimm:

    The above-captioned law firm represents Raj Gupta, M.D. and Sterling Medical Corporation in a matter brought against it by the Plaintiffs in this case. We are scheduled for a Pretrial Settlement Conference on February 20, 2004 at 10:00 a.m. The insurance representative of my client is located in Houston, Texas. They would respectfully request permission to participate in the Pretrial Settlement Conference by telephone. Please accept this correspondence as a formal request to do so.

    If you have any questions regarding this, please feel free to contact me at any time.

                      Very truly yours,

                      Joan Cerniglia-Lowensen

JCL/jk
cc:  Peter R. Masciola, Esquire
    Lesley S. Zork, Esquire
    Catherine A. Hanrahan, Esquire
    Larry Adams, Esquire
H:\JCL\Western Litigation - Pollard\l.grimm.012904.doc