January 30, 2004

**VIA ELECTRONIC FILING**
The Honorable William D. Quarles
United States District Judge
United States District Court for
the District of Maryland
101 West Lombard Street
Room 8B
Baltimore, Maryland 21201

      Re:    **Veronica Pollard, et al v. Raj Gupta, M.D., et al**
               **Case No.: WDQ-02-764**

Dear Judge Quarles:

      Plaintiffs' recently filed a Motion for leave to file a Second Amended Complaint together with a copy of the Second Amended Complaint. As the Court knows Mrs. Pollard died on December 29, 2003 of metastatic breast cancer. The Second Amended Complaint substitutes Roosevelt Pollard as Personal Representative of Veronica Pollard's estate. It also includes claims for wrongful death and recovery of the full value of Veronica Pollard's life pursuant to O.C.G.A. §§ 51-4-1 and 51-4-2; and claims on behalf of the estate of Veronica Pollard for funeral expenses, medical expenses, pain and suffering, mental distress and other damages incurred in connection with her death, pursuant to O.C.G.A. §51-4-5(b). The Second Amended Complaint omits claims on behalf of Roosevelt Pollard for loss of consortium, loss of services and his own emotional distress as plead in the first Amended Complaint. Copies of the Second Amended Complaint have been served on defense counsel.

The Honorable William D. Quarles
January 30, 2004
Page Two

      The additions to the Second Amended Complaint have been set forth in bold-faced type, but I have not included the stricken portions of the first Amended Complaint. I am writing to request an Order exempting plaintiff from the requirement of Local Rule 103(6)(c) that the Second Amended Complaint also include the stricken materials "lined through or enclosed in brackets." I believe that the changes in the Second Amended Complaint are straightforward and clear to all parties, and that the pleading appears more cumbersome and confusing with the stricken portions included.

      I appreciate your consideration of this matter. With best regards, I am

                                        Very truly yours,

                                        BRUCE J. KLORES & ASSOCIATES, P.C.

                                        Lesley S. Zork

cc:    Larry Adams, Esquire
        Cathy Hanrahan, Esquire
        Joan Cerniglia-Lowensen, Esquire

1606\l-quarles130