## BRUCE J. KLORES & ASSOCIATES
### ATTORNEYS AT LAW
#### A PROFESSIONAL CORPORATION

BRUCE J. KLORES
(D.C., MD., VA.)
LESLEY S. ZORK, R.N.
(D.C., MD.)
PATRICIA C. KARPPI
(D.C., VA.)

PATRICIA A. HUGHES, RN, MSN, C-ANP
(NURSE CONSULTANT)

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

VIRGINIA OFFICE

1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON, VIRGINIA 22209
(703) 519-0789

February 3, 2004

**VIA ELECTRONIC FILING**
The Honorable William D. Quarles, Jr.
United States District Judge
United States District Court for
the District of Maryland
101 West Lombard Street
Room 8B
Baltimore, Maryland 21201

Re:    **Veronica Pollard, et al v. Raj Gupta, M.D., et al**
          **Case No.: WDQ-02-764**

Dear Judge Quarles:

As you know my firm represents the Plaintiffs in the above referenced matter.

Plaintiffs' Opposition to Defendant Humana's Motion for Summary Judgment was due yesterday. Due to pressing personal matters we intend to file the Opposition today and ask the Court to grant this one day extension.

Very truly yours,

BRUCE J. KLORES & ASSOCIATES, P.C.

Bruce J. Klores

cc: Joan Cerniglia-Lowensen, Esquire
    Catherine Hanrahan, Esquire
    Larry Adams, Esquire