```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE DISTRICT OF MARYLAND
 3
 4   VERONICA POLLARD, et al          *
 5                  Plaintiffs*
                                       *    Case No WDQ- 02- 764
 6                                     *
     v.
 7                                     *
     RAJ R. GUPTA, M.D., et al
 8                                     *
                  Defendants
 9   _____  *

10
     DEPOSITION DE BENE ESSE of DR DAVID JOHN DODWELL
11
     taken at the BUPA Hospital, Leeds, England
12
     on Monday October 6 2003 at 9.40 pm
13
14   _____

                              Reported by:
15                            Chris Armstrong, ACR, MBIVR
                              John Larking Verbatim Reporters
16                            Temple Chambers, Temple Avenue
                              London EC4Y OHP, England
17
18   _____
19
20
21
22
23
24
25
```

**PLAINTIFF'S EXHIBIT 6**

+44 20 7404 7464
John Larking European Verbatim Reporters

SHEET 9 PAGE 30

**Page 30**

1  and from randomized trials that following a
2  lumpectomy with no radiation that resistance rates
3  of cancer within the breast are incredibly high.
4  Often up to 40%. That risk of occurrence is far
5  greater than acceptable and radiation therapy is
6  very effective at reducing local occurrence to a
7  much lower figure.
8      Q  Is the general consensus that a
9  lumpectomy with radiation treatment to the entire
10 breast is the equivalent of a mastectomy which
11 removes the breast?
12     MR ADAMS: Objection.
13     MS HANRAHAN: You are getting into
14 expert opinion.
15     MS COSTELLO: I do not know whether
16 you are asking the question on the basis of the UK
17 standards of procedure and thought?
18     MS ZORK: Yes.
19     MS COSTELLO: Either way it is
20 expert testimony.
21     MS ZORK: Let me just maybe ask the
22 question a little bit differently.
23 BY MS ZORK:
24     Q  In Mrs Pollard's case, Mrs
25 Pollard had a lumpectomy?

+44 20 7404 7464
John Larking European Verbatim Reporters

**Page 31**

1      A  Yes.
2      Q  When you saw Mrs Pollard in
3  February, 1999 you understood that at that time Mrs
4  Pollard had not received any radiation treatment?
5      A  That's correct.
6      Q  One of your recommendations for
7  treatment was that Mrs Pollard receive radiation
8  treatment?
9      A  Yes, that's correct.
10     Q  Here in the UK?
11     A  Yes.
12     Q  The reason for that
13 recommendation in Mrs Pollard's case is because
14 radiation treatment with a lumpectomy brings the
15 success of the treatment roughly to the same
16 standard as a mastectomy?
17     MR ADAMS: Objection
18     A  Yes, that's correct. The
19 chances of a woman surviving breast cancer and the
20 patient surviving breast cancer are no different in
21 circumstances where a lumpectomy is technically
22 feasible and the patient's choice. In those
23 circumstances the survival aspects are not
24 influenced by the use of lumpectomy with radiation
25 therapy as a local treatment to the breast or

+44 20 7404 7464
John Larking European Verbatim Reporters

**Page 32**

1  mastectomy as a local treatment to the breast.
2  BY MS ZORK:
3      Q  Ms Cerniglia-Lowensen asked
4  you some questions about some of the factors that
5  you considered in February, 1999 when Mrs Pollard
6  saw you when you made your recommendation regarding
7  chemotherapy. One of the factors that you
8  considered at that time was the fact that by the
9  time Mrs Pollard got to you it had already been
10 three months from the date of her definitive
11 surgery and that there is no good data to support
12 the effectiveness of chemotherapy when there is
13 that kind of a delay is that correct?
14     A  I would not phrase it quite in
15 that way.
16     Q  OK.
17     A  What I would say is that our
18 evidence base derives from conditions where
19 chemotherapy is used fairly swiftly after surgery.
20 As that time of delay between surgery and adjuvant
21 chemotherapy increases, there is a degradation of
22 that evidence and, therefore, more uncertainty
23 whether the treatment would be effective. We don't
24 know for certain that chemotherapy is less
25 effective, we don't have any knowledge of it, that

+44 20 7404 7464
John Larking European Verbatim Reporters

**Page 33**

1  is the problem, but we do move away from the
2  evidence base that supports the use of that
3  intervention.
4      Q  The evidence base for
5  chemotherapy, when does it envision chemotherapy
6  being given?
7      A  Usually chemotherapy starts
8  within four weeks of definitive surgery, say, that
9  is a common practice. Generally it would be used
10 or a practice that would be followed within the
11 trials confirming the benefits of chemotherapy
12 treatment.
13     Q  Why is it that the chemotherapy
14 is given usually within three to four weeks of
15 definitive surgery?
16     A  Because that is the established
17 empirical practice, the rationale that defends the
18 use of chemotherapy being given early is not clear
19 but the practice, the use of the treatment has
20 grown empirically. In other words, the trials were
21 designed and it was felt that chemotherapy should
22 be started within a reasonable time period without
23 perhaps a very clear understanding of the
24 biological rationale that supports that but because
25 that practice has developed empirically, the way

+44 20 7404 7464
John Larking European Verbatim Reporters

SHEET 10   PAGE 34

**Page 34**

1 that that has just happened, that is where the
2 evidence base provides and that is where
3 oncologists and I particularly in this case, become
4 anxious that the evidence base in an intervention
5 such as a very significant intoxicant is dwindling.
6         Q   Is that one of the factors you
7 considered in February, 1999 when you had
8 discussions with Mrs Pollard about the benefits of
9 chemotherapy?
10        A   Well, again, of course I have
11 said many times I cannot remember the specific
12 discussion but I have no doubt I would have
13 featured in the discussion, in the interplay and
14 the understanding of the role of adjuvant
15 chemotherapy here.
16        Q   In the event that the patients
17 that you recommend against chemotherapy for a
18 patient who has undergone a lumpectomy, when would
19 you advise the patient to begin radiation
20 treatment?
21        A   We are moving on to radiation
22 therapy treatment now?
23        Q   Yes.
24        A   It is entirely different and
25 separate and not to be confused with the systemic

**Page 35**

1 treatment. I make that important distinction.
2         Q   My question would be in the
3 event that you have advised the patient regarding
4 adjuvant chemotherapy and the decision has been
5 made and the recommendation has been made not to
6 have adjuvant chemotherapy, when would radiation
7 treatment begin?
8         A   Well, the answer really is that
9 we would like radiation treatment to begin as soon
10 as possible and as soon as possible encompasses the
11 time that the wound needs to heal, the time that a
12 lady takes to improve arm movements and shoulder
13 mobility, the time that post operative discomfort
14 settles to some degree. Those are the factors
15 really. You want the wound to be healed, the
16 patient to be comfortable and to be able to move
17 her arm freely. That is a requirement for
18 radiation therapy and you want the treatment to
19 start as soon as possible with those constraints.
20 Usually an ideal to aim for is for radiation
21 therapy to begin four or five weeks after her
22 surgery, perhaps three or four weeks after the
23 visit with the oncologist. Well, I will let you
24 ask the questions.
25        Q   In Mrs Pollard's case, when Mrs

**Page 36**

1 Pollard came to see you in February, 1999, it had
2 already been three months from the definitive
3 surgery we have already established. She did not
4 receive radiation treatment here in the UK until
5 the beginning of April, late April, I believe April
6 21 or thereabouts, is that correct?
7         A   Her treatment began on 23rd
8 April, 1999, which is yes, some two plus months
9 after I had seen her and, therefore some five
10 months since her- slightly longer than five months
11 since her surgery and that is not desirable.
12        Q   Can you tell me what accounted
13 for the two and a half month delay from the date
14 you saw Mrs Pollard on February 18th and made the
15 recommendation for radiation treatment and when her
16 treatment started on April 23rd?
17            MS HANRAHAN: Objection to the
18 characterization ---
19            MS ZORK: Sorry, between February 18
20 and April 23rd.
21        A   Clearly there is some
22 administrative, secretarial, clerical work which
23 needs to be put into place. I see a patient in
24 Harrogate, the notes and the records, the tape are
25 delivered to my secretary at Cookridge, the notes

**Page 37**

1 are typed up so that the treatment plan can be
2 recorded and that process can take perhaps up to a
3 week. Then the problem becomes the availability of
4 the radiotherapy resource which is a significant
5 constraint.
6 BY MS ZORK:
7         Q   Can you explain what you mean
8 by that?
9         A   I mean that there is a
10 considerable pressure on the radiotherapy facility
11 and when that pressure exceeds the ability of the
12 system to cope, when demand exceeds supply, then a
13 waiting list does begin to develop.
14        Q   In other words, there was a
15 waiting list for women such as Mrs Pollard who were
16 in need of radiation therapy as part of their
17 treatment for breast cancer?
18        A   Yes.
19        Q   And Mrs Pollard, the delay in
20 her treatment was as a result of the waiting list?
21        A   Well, that component with the
22 delay, yes. Clearly I had no ability to influence
23 the dates between the surgery and the first
24 consultation with me which was longer than
25 ordinarily but the component of the waiting list

SHEET 12  PAGE 42

**42**

1  Q  You then discussed that with
2  Mrs Pollard and given what you knew of the UK
3  system at that time, would you have advised her
4  that you had to go through some administrative
5  steps and other steps before the facilities were
6  available to administer her radiation therapy?
7      MS ZORK: Objection. Can you
8  rephrase that?
9      A  I think I can provide some help
10 here. The problem of a waiting list for breast
11 radiation therapy is one we have had to cope with
12 for many years and is not unique to the case of Mrs
13 Pollard. Sadly, that is a factor that caused
14 problems then as it does now to some degree.
15 Oncologists such as myself, seeing ladies with
16 breast cancer and advising on their treatment, were
17 always attuned to the notion or probability that
18 patients would have to wait longer than we would
19 think desirable so it is my practice now and I am
20 sure would have been then to have explained to Mrs
21 Pollard that there may be some degree of wait
22 before her radiation therapy could begin. The
23 difficulty however is that the waiting time for
24 radiation therapy fluctuates very quickly and often
25 dramatically so things are OK in March and then we

+44 20 7404 7464
John Larking European Verbatim Reporters

PAGE 43

**43**

1  have a problem in May. I would not have been able
2  to have given specific advice on this wait but in
3  general terms she would have been advised, I am
4  sure that there would be some wait before radiation
5  therapy could start.
6      Q  You also were asked prior to
7  the consultation in February, 1999, if you had any
8  discussions with Dr Gupta. Did you at any time
9  have any discussions with Dr Gupta?
10     A  No, I have never spoken to Dr
11 Gupta or had any letters, e-mails or anything
12 whatsoever.
13     MS ZORK: Dr Dodwell, just a couple
14 of follow up questions.
15     MS HANRAHAN: Just generally on the
16 concept of re-cross, but go ahead.
17     MS ZORK: Actually that was your
18 first shot at asking questions.
19     MS HANRAHAN: It was based on your
20 cross. I am just putting that on the record.
21 FURTHER CROSS EXAMINATION
22 BY MS ZORK:
23     Q  Dr Dodwell, is it your
24 understanding that in 1999 the threshold for giving
25 chemotherapy to women with node negative breast

+44 20 7404 7464
John Larking European Verbatim Reporters

PAGE 44

**44**

1  tumors in the US was lower than the threshold for
2  giving adjuvant chemotherapy in England?
3      MS HANRAHAN: Objection, beyond the
4  scope, calls for expert opinion.
5      MR ADAMS: No foundation.
6      MS COSTELLO: It would not be
7  appropriate for Dr Dodwell to go into expert
8  evidence.
9      MS ZORK: OK, we have gone into it
10 during this deposition and I believe that the
11 questions on re-direct have opened the door to
12 that.
13     A  We have had a discussion ---
14     MS HANRAHAN: Wait, doctor. To the
15 extent the court is going to allow you to ask the
16 questions I think you have asked them in your
17 discovery deposition and you would then be
18 permitted to have that evidence as part of this
19 case. However you wish to do it. We object for
20 other reasons but I was hoping we did not have to
21 go through the whole conversation again unless you
22 need to.
23     MS ZORK: Your objection is noted
24 but I would like to have it in one go. If the
25 judge rules it does not come in then it means the

+44 20 7404 7464
John Larking European Verbatim Reporters

PAGE 45

**45**

1  end of the tape and it needs to be cut off. If you
2  could go ahead and answer the question ---
3      MS HANRAHAN: Same objection, also
4  the statement by his attorney.
5      MS CERNIGLIA-LOWENSEN: Same
6  objection.
7      MR ADAMS: Same objection.
8      MS ZORK: Are you instructing him
9  not to answer the question?
10     MS COSTELLO: On the basis he has
11 answered it once already. It was a borderline
12 decision at the time not to suggest that he answers
13 it at all. That is not what he is here for. You
14 have something already.
15     MS ZORK: I just need to know if you
16 are instructing him not to answer the question.
17     MS COSTELLO: Yes.
18     MS ZORK: Then I have no further
19 questions.
20 (Whereupon the deposition concluded at 10.45 pm)
21
22
23
24
25

+44 20 7404 7464
John Larking European Verbatim Reporters