1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF MARYLAND

3

4   VERONICA POLLARD, et al         *

5                   Plaintiffs*
                                     Case No WDQ- 02- 764
6                                   *
    v.
7                                   *
    RAJ R. GUPTA, M.D., et al
8                                   *
                    Defendants
9   _____ *

10
    DISCOVERY DEPOSITION OF DR DAVID JOHN DODWELL
11
    taken at the BUPA Hospital, Leeds, England
12
    on Monday October 6, 2003 at 6.45 pm
13

14  _____

                        Reported by:
15                      Chris Armstrong, ACR, MBIVR
                        John Larking Verbatim Reporters
16                      Temple Chambers, Temple Avenue
                        London EC4Y OHP, England
17

18  _____

19

20

21

22

23

24

25
                        PLAINTIFF'S
                        EXHIBIT

                            7

                +44 20 7404 7464
        John Larking European Verbatim Reporters

John Larking Verbatim Reporters

SHEET 9   PAGE 30

**PAGE 30**

1  that you said at that time that you consulted with
2  Mrs Pollard in early 1999, that in England
3  oncologists were less inclined to recommend
4  chemotherapy in the presence of a node negative
5  tumor than was your understanding that they were
6  doing that in the US. Did I understand you
7  correctly?
8       MS HANRAHAN: Objection.
9       MR ADAMS: Objection.
10      MS CERNIGLIA-LOWENSEN: Objection.
11  The attorney is making herself a witness. Also the
12  doctor is a fact witness.
13      A   Yes, we have various opinions
14  rather than fact but I will allow that to happen.
15  I think that there is no dispute that there has
16  been and perhaps still remains a difference between
17  UK and US practice in that there is a threshold of
18  risk and the degree of benefit which is deemed
19  necessary to make a recommendation for adjuvant
20  chemotherapy and I think it is true to say that
21  threshold is much lower in chemotherapy issues more
22  widely in the US than in the UK and other European
23  countries.
24  BY MS ZORK:
25      Q   Dr Dodwell, the record

+44 20 7404 7464
John Larking European Verbatim Reporters

**PAGE 31**

1  indicates that you requested that pathology studies
2  be performed on the original pathology slides here
3  by, I guess, one of your colleagues. What was the
4  reason for that?
5       A   This represents the routine
6  practice. All of us work with colleagues within a
7  multi-disciplinary environment and we get to know
8  and trust and respect our colleagues and Dr Quinn
9  is a very able pathologist who I routinely ask to
10  review cases that have come from elsewhere for
11  whatever reason.
12      Q   When you saw Mrs Pollard on
13  February 18th, you also made a reference to the
14  fact that she would need radiation therapy, is that
15  correct?
16      A   Yes.
17      Q   Who was responsible for
18  arranging radiation therapy?
19      A   Well, as a doctor, me. I would
20  request the treatment through the completion of the
21  appropriate booking form; my secretary then would
22  take these notes, blank at that stage, type up the
23  progress notes as you have called them and the
24  letter and the radiation therapy booking would then
25  be delivered to the appropriate office at Cookridge

+44 20 7404 7464
John Larking European Verbatim Reporters

**PAGE 32**

1  Hospital who delivers radiation therapy, who should
2  organize the mechanics of the treatment, book the
3  treatment spaces, send the letters.
4       Q   Between the time you saw Mrs
5  Pollard on February 18 and the time she completed
6  her radiation treatment, did you see her again?
7       A   It is likely that I did. I
8  cannot be absolutely certain of that but the
9  radiation therapy prescription is signed by me,
10  meaning that it would have been me that was
11  involved with her planning and organization. So, I
12  think it is most likely that I would have seen her
13  during the radiation therapy planning.
14      Q   That would mean that you would
15  have seen Mrs Pollard when she went to Cookridge
16  for the treatments?
17      A   Yes.
18      Q   Are there any notes in the
19  record?
20      A   No, the process would be that
21  the oncologist, the radiation oncologist in that
22  sense would plan the treatment on the treatment
23  planning day. Patients on radiation therapy are
24  subsequently reviewed usually on a weekly schedule
25  but that review usually takes place in a nurse-led

+44 20 7404 7464
John Larking European Verbatim Reporters

**PAGE 33**

1  or radiographer-led environment. There are not
2  any obvious handwritten notes at the back of the
3  radiation therapy card indicating that I saw Mrs
4  Pollard throughout her radiation therapy. That
5  does not mean that I did not but if I did, I did
6  not make any notes. The word 'boost' appears on
7  the back of the sheet which appears to me that we
8  wanted to use a radiation boost in her
9  circumstances.
10      Q   I want to ask you about that in
11  a minute, but I also before I forget, I want to ask
12  you about the referral system. You saw Mrs Pollard
13  on February 18 and she did not begin her radiation
14  treatment until I think 21st April. Why was there
15  a two-month lapse?
16      A   It represents the pressure on
17  the radiation therapy resources at that time.
18      Q   Just so I make sure I
19  understood your answer, that was the first
20  available slot for her to be scheduled for
21  radiation treatment?
22      A   That's correct.
23      Q   As with inpatients who have
24  undergone lumpectomy for breast cancer as opposed
25  to mastectomy, those patients routinely will

+44 20 7404 7464
John Larking European Verbatim Reporters