IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. 1:02-CV-764 |
| ) | Judge W. Quarles |
| THE UNITED STATES OF ) | |
| AMERICA, et al. ) | |
| ) | |
| Defendants ) | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 9, which is an attachment to Plaintiffs' Opposition to Defendant Humana Military Healthcare Services, Inc.'s Motion for Summary Judgment exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

__2/3/04_____          _____/s/_____
Date                                Signature

Lesley S. Zork, Bar No. 013454
BRUCE J. KLORES & ASSOCIATES, P.C.
915 15th Street, N.W., Suite 300
Washington, D.C. 20005
(202) 628-8100
fax: (202) 628-1240