```
WALTER REED ARMY MEDICAL CENTER                    DIVISION: WALTER REED AMC
Personal Data - Privacy Act of 1974 (PL 93-579)    Automated Version of SF600
                     Printed: 28 Aug 2000@0726

GEN SURG CL WR     PEOPLES,GEORGE E JR        28 Aug 2000    1430   FU   BEAA
REF: PEOPLES,GEORGE E JR              CMT:
RSN: patient s/p chemo here to discuss surgical options
INSURANCE YES/NO:
         129
BP:       76    PULSE: 76    RESP: (R)    TEMP: 47.6   HT:       WT:      AGE:
===============================================================================
ALLERGIES:
```

45 y/o BF orig dx c̄ breast cancer Oct '98, s/p lumpectomy + axln dissection Oct '98; XRT for 6 wks in '99 in England. May of this year, pt felt a mass → medevac U.S. June '00 – needle bx of ⓑ supraclavicular node. Tx c̄ chemo. Recently completed fourth round as of Fri.

ADDITIONAL COMMENTS:

45 yo A/E from England with hx of breast ca, s/p lump/AXLN now with new same breast ca. Please evaluate and teach exercises. Thank you.

— PAGE 1 — - END OF TEXT -

Ⓝ SKIN Δ'S
Ⓝ MASS (BREAST). 12 June Ⓑ supraclavicular lymph node FNA – metastatic adenocarcinoma
STERNAL INCISION c̄ FULLNESS ON INFERIOR ASPECT.
Ⓑ SUPRACLAVICULAR ADENOPATHY

Ⓛ breast sternal border bx poorly differentiated carcinoma c̄ angiolymphatic invasion

45 y/o AAF c̄ RECURRENT BREAST CANCER – STAGE I (SC NODE) CLINICALLY, PT. HAS RESPONDED TO CHEMO. PLAN CT CHEST/ABD/PELVIS, THEN COMPLETION MASTECTOMY THEN FOLLOW c̄ BMT/CHEMO, CHEST WALL XRT
PT WILL F/U _____ TUES
                                                         Carmody

```
===============================================================================
31█████38  POLLARD,VERONICA L              A41
           █      █       FEMALE           W:               H:301-617-2908
           Spon: POLLARD,ROOSEVELT         CIC:
           CS:                             Rank: SSG        D:
SF600      Unit: 741 MI BN HHC             RR:
```

-13-