Chairman Bill Kilgallon OBE
Chief Executive David Johnson

THE LEEDS TEACHING HOSPITALS

# COOKRIDGE HOSPITAL

Dr S E Corrin
Medical Centre
Menwith Hill Station
Harrogate
HG3 2RF

Enquiries to: Dr Dodwell's Secretary
Direct Line/Ext: 0113 3924237  Fax: 0113 3924052
Our Ref:
Your Ref: DD.AN 123985
Date:

19 February 1999

Dear Dr Corrin

**Veronica POLLARD. d.o.b. 19.4.55**
<u>Box 255 Menwith Hill Station, Harrogate, HG3 2RF.</u>

Thank you for asking me to see this pleasant lady who has recovered well from conservative surgery and an axillary dissection for a 5mm ductal cancer of the right breast which was node negative and associated with some medullary features. It was also oestrogen and progesterone receptor negative.

In terms of local management, I certainly agree that Mrs Pollard should have radiation treatment to the right breast which I will arrange. I will not treat the draining lymph nodes. However, with respect to systemic treatment, this is problematic. Despite the family history this is an oestrogen receptor negative breast cancer and Mrs Pollard does not therefore have anything to gain from the use of adjuvant Tamoxifen, other than a <u>possible</u> reduction in risk of further problems from new primary breast cancers in the future. This is of course very contentious. The prognosis should be good really and the only thing that might make one consider the use of chemotherapy is her young age. However, despite this I have not recommended that she have adjuvant chemotherapy and on discussion with Mrs Pollard she is very content with this. I would however like to review the pathology here in Leeds and I will make the necessary arrangement.

I will write to you again when she starts radiotherapy and I have more information.

Yours sincerely

Dr David Dodwell
<u>Consultant in Clinical Oncology</u>



cc Dr C Quinn
  Consultant Pathologist
  St James Hospital
  Leeds

  Dr R Gupta
  Haematology/Oncology Services
  Headquaters Dwight David Eisenhower Army Medical Center
  Fort Gordon
  Georgia
  USA