IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| Plaintiffs | ) ) ) |
| v. | ) ) ) CA No. S-02-CV-764 ) Judge Quarles |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants | ) |

**<u>ORDER</u>**

Upon consideration of Defendant Humana Military Healthcare Services, Inc.'s Motion for Summary Judgment, and plaintiffs' Opposition thereto, it is this ___ day of _____, 2004, hereby

ORDERED that defendant's Motion is DENIED.

                                                                      _____
                                                                      William D. Quarles, Judge
                                                                      United States District Court for
                                                                       The District of Maryland

opp.mtn.sj.humana.wpd

38