IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|    v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
|    Defendant | ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANT UNITED STATES
OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Veronica and Roosevelt Pollard, through counsel, Lesley S. Zork, Bruce J. Klores and Bruce J. Klores & Associates, P.C., respectfully oppose defendant United States of America's Motion for Summary Judgment. Stating as follows:

Defendant has moved for summary judgment on the following basis:

1.    Raj Gupta, M.D., the oncologist who treated Mrs. Pollard's breast cancer at Eisenhower Army Medical Center, was an independent contractor for whose actions the Untied States is not liable under the Federal Tort Claims Act. This argument fails because the facts convincingly demonstrate that the army medical personnel at Eisenhower Army Medical Center exercised sufficient supervision and control over Dr. Gupta in the day-to-day performance of his duties to establish that Dr. Gupta was an employee United States. Plaintiffs contend that the United States and Humana exercised joint control over Dr. Gupta's for the reasons set forth in Plaintiffs' Opposition to Defendant Humana Healthcare Service's, Inc.'s Motion for Summary Judgment, and accordingly are jointly liable. See <u>Dellums v. Powell</u>, 566 F.2d 216, 220 (D.C. 1977) (where coordinated action by two masters of respective servants exists, liability attaches to

both)

The United States is not entitled to Summary Judgment regardless of whether Dr. Gupta was an independent contractor. Liability in this case is shared by Stephen Adams, M.D., the pathologist at Eisenhower who under-reported and misread the pathology specimens on Mrs. Pollard that were sent to the laboratory at Eisenhower, and who delayed obtaining important pathologic studies for over two months. There is no dispute that Dr. Adams was an employee of the United States during that time.

2. The United States also argues that any treatment rendered to Mrs. Pollard overseas is not covered by the Federal Tort Claims Act. Plaintiffs have not made allegations against the United States relating to the care that Mrs. Pollard received overseas. Accordingly, the issue is not properly before the Court, and there is no basis for considering the issue.

WHEREFORE, for these reasons and any others that may appear to the Court, plaintiffs respectfully request that Defendant, United States of America's Motion for Summary Judgment be denied.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

                                                _____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby Certify that a copy of the foregoing Plaintiffs' Opposition to Defendant United States of America's Motion for Summary Judgment was mailed first class postage prepaid to the following person this 4th day of January, 2004.

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

                                                _____
Lesley S. Zork

Case 1:02-cv-00764-WDQ    Document 80    Filed 02/04/2004    Page 4 of 4