# CURRICULUM VITAE
Raj R. Gupta, M.D.
March 2003

## Personal

Address:
- Office:
  Dwight David Eisenhower Army Medical Center
  Hematology/Oncology Service
  Fort Gordon, Georgia 30905
  (706) 787-7437/6299

- Home:
  746 Jones Creek Drive
  Evans, Georgia 30809
  (706) 228-4561

## Education:

Undergraduate:
S.S.N. College, Delhi University, India
Pre-medical, 1972-73

Graduate:
GSVM Medical College, Kanpur University, India
M.D., 1973-1977

Postgraduate:
L.L.R. Hospital, Kanpur, India
Rotating Internship, 1978-79

T.R.S. Hospital, New Delhi, India
Residency in Internal Medicine, 1979-80

Christ Hospital, Oaklawn, Illinois
Residency in Internal Medicine, 1981-84

University of South Florida and Affiliated Hospitals,
Tampa, Florida
Fellowship in Medical Oncology, 1984-86

## Board Certification:

Diplomate, American Board of Internal Medicine, September 1984
Diplomate in the Subspecialty of Medical Oncology, November 1987

Raj R. Gupta, M.D.
Curriculum Vitae, page 2

Professional Appointments:

| | |
|---|---|
| 1987-90 | Assistant Chief, Medical Service, VA Hospital Montgomery, AL |
| 1990-present | Private Practice (CHAMPUS contract) Dwight David Eisenhower Army Medical Center Fort Gordon, GA |

Professional Society Membership:

American Society of Clinical Oncology

Research Experience:

**Principal Investigator**

NSABP, Eisenhower Army Medical Center, Affiliate Member, June 1999–present.

A Study to Assess Symptom Burden in Subjects with Nonmyeloid Malignancies Receiving Chemotherapy and Aranesp™. 2002–present.

An Open Label Randomized Phase II/III Study Comparing Two Combination Modalities of XXX and IV Docetaxel (Taxotere®) with IV Docetaxel (Taxotere®) Alone in Patients with Non-Small Cell Lung Cancer (NSCLC) Previously treated with Platinum-Based Chemotherapy. 2002-present

**Subinvestigator**

SWOG Cooperative Research, Eisenhower Army Medical Center, 1993-present.

A Double-Blind, Placebo-Controlled, Multicenter, Randomized Study Evaluating the Prophylactic Use of Pegfilgrastim on the Incidence of Febrile Neutropenia in Subjects with Advanced Breast Cancer Treated with Single Agent Docetaxel. 2002–present.

An Expanded Access Clinical Program with ZD1839 (IRESSA™) for Patients with Advanced Non-small Cell Lung Cancer (NSCLC). 2001–present.

A Controlled Randomized, Phase III, Multicenter, Open Label Study of XXX and Taxol® in Patients with Metastatic Breast Cancer. 2001–2002.

A Phase II Multi-Center Trial of XXX in Patients with Recurrent, Unresectable or Metastatic Renal Cell Carcinoma. 2001–2002.

A Double-Blind Clinical Study to Compare Single IV Doses of XXX and Dolasetron 100 mg IV, in the Prevention of Moderately Emetogenic Chemotherapy-Induced Nausea and Vomiting. 2000–2002.

Raj R. Gupta, M.D.
Curriculum Vitae, page 3

A Multicenter, Open-Label Study to Assess the Safety and Efficacy of XXX for the Prevention of Chemotherapy-Induced Nausea and Vomiting in Repeated Chemotherapy Cycles. 2000-2002

The Effect of X in Patients with Small Cell Lung (SCLC): A Randomized, Double-Blind Placebo-Controlled Trial. 1994-2001.

A Natural History Study of Patients with Low Grade Lymphoid Malignancies Treated with X. 1995-2000.

A phase III study of XXX versus Interferon-α (IFN-α) combined with Cytarabine (Ara-C) in patients with newly diagnosed previously untreated Philadelphia chromosome positive (Ph+) chronic myelogenous leukemia in chronic phase (CML-CP). 2000-2001.

Phase II Trial of Gemcitabine and Herceptin in HER2 Overexpressing Metastatic Breast Cancer. 1999-2000.

Multicenter, Double-Blind, Randomized Study to Compare the Safety and Efficacy of XXX with that of Cefepime in the Treatment of Fever and Neutropenia. 1999-2001

Comparison of the Effect of X and Anastrozole in Subjects with Breast Cancer Relapsing After an Initial Response to Tamoxifen or Showing Progression After Tamoxifen Given as Adjuvant to Surgery: A Prospective Double-Blind Phase III Trial. 1998-1999.

A Double-Blind, Randomized, Phase 3, Multicenter Study of X and Hydrocortisone versus Hydrocortisone and Placebo in the Treatment of Patients with Metastatic, Hormone-Refractory Prostate Carcinoma (Stage D2). 1995-97.

A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Effect of X When Administered Intratumorally for Achievement of Treatment Goals in Recurrent or Refractory Squamous Cell Carcinoma of the Head and Neck. 1995-2001.

A Study to Evaluate the Effect of X When Administered Intratumorally for Achievement of Treatment Goals in Accessible Tumors of any Histology. 1995-1999.

A Randomized Phase III Trial of Carboplatin and Paclitaxel +/- Ethyol (Amifostine) in Patients with Non-Small Cell Lung Cancer. 1996-1997.

Comparison of X Injection Versus X in Metastatic Breast Cancer. 1996-1997

Double blind, placebo-controlled randomized multi-center study to evaluate the efficacy and safety of long-term treatment with X administered daily orally for at least 60 weeks in patients with metastatic bone disease due to breast cancer. 1996-1999.

Raj R. Gupta, M.D.
Curriculum Vitae, page 4

Efficacy and tolerability of oral X compared with oral X over three consecutive days in the prophylactic treatment of vomiting and nausea in patients undergoing moderately emetogenic chemotherapy. A randomized, double-blind, multicenter, parallel-group comparison. 1997-1998.

Efficacy and tolerability of X intravenously and of X intravenously in the prevention of vomiting and nausea in patients undergoing cisplatin ($\geq 75$ mg/m$^2$) containing chemotherapy. A randomized, double-blind, multicenter, parallel-group comparison. 1997-1999.

A Double-Blind Clinical Study to Compare Single IV Doses of XXX, 0.25 mg or 0.75 mg, and Dolasetron 100 mg IV, in the Prevention of Moderately Emetogenic Chemotherapy-Induced Nausea and Vomiting. 2000-2002.

A Multicenter, Open-Label Study to Assess the Safety and Efficacy of IV XXX for the Prevention of Chemotherapy-Induced Nausea and Vomiting in Repeated Chemotherapy Cycles. 2000-2002.