ATTACHMENT C

ONCOLOGY STATEMENT OF WORK

C. 1. GENERAL: The physician providing services under this agreement shall be a board eligible or board certified oncologist, hold a current license to practice medicine in the state of Georgia and shall provide these services to Eisenhower Army Medical Center (EAMC) as required by this Statement of Work (SOW) and in accordance with the terms and conditions of this agreement. The oncologist shall provide full-time oncology services and treatment to eligible beneficiaries of the military health services system who present themselves to EAMC for treatment (the services provided will be at no expense to the beneficiaries). The quality of services provided by the oncologist shall be of a quality meeting or exceeding currently recognized national standards as established by the Joint Commission on Accreditation of Healthcare Organizations, the American Medical Association, and established principles and ethics of the medical profession.

C. 1. 1. The Chief, Department of Medicine or his/her designated representative can request feedback in writing from HMHS as to their monitoring the performance of this resource sharing agreement and the oncologist performing services under this agreement.

C. 1. 2. The oncologist shall wear professional attire and maintain a professional appearance at all times while providing services under this Agreement. The oncologist will wear a smock as outlined in contract number MDA 906-96-C-0002 (hereinafter referred to as Managed Care Support Contract (MCSC)) and Humana Military Healthcare Services (HMHS) Best and Final Offer (BAFO).

C. 1. 3. The oncologist shall wear a visible identifying badge on the front of his/her outer clothing as outlined in the MCSC and HMHS BAFO. The oncologist must wear this badge at all times while performing services under this Agreement.

C. 1. 4. ONCOLOGIST REQUIREMENTS - The oncologist shall meet the following minimum qualifications:

C. 1. 4. 1. Hold a Doctor of Medicine Degree (M.D.) from an accredited college or university approved by the Council on Medical Education and Hospitals of the American Medical Association, or Doctor of Osteopathy Degree (D.O.) from a college or university accredited by the American Osteopathic Association.

C. 1. 4. 2. Possess current board eligibility or certification from the American Board of Oncology or American Osteopaths Board of Oncology.

C. 1. 4. 3. Shall have been actively practicing Oncology and have had hospital based practice with admitting privileges for at least three of the past four years, or have been in a residency program.

C. 1. 4. 4. Shall be capable of performing consultation service within the Department of Medicine dealing with the diagnosis, evaluation and treatment of adult and adolescent patients with suspected or proven malignancies, utilizing medical means excluding radiation oncology and surgical oncology.

C. 1. 4. 5. Shall provide to the contracting officer's technical representative (COTR), prior to performance, a written statement attesting to the fact that the contract physician has received training as required by the Occupational Safety and Health Administration (OSHA) Standard, dated December 1991, subject: Occupational Exposure to Bloodborne Pathogens (29 CFR Part 1910, 1030), and the date training was completed.

C. 1. 4. 6. The physician shall have current Basic Cardiac Life Support (BCLS) certification. This certification shall be maintained in a current status at all times while performing services under this agreement. Any fees associated with renewal or maintaining BCLS certification will be the physician's responsibility. However, the physician can participate in EAMC BCLS recertification classes on a space available basis. The physician will provide appropriate documentation relative to certification/recertification dates and biennial anniversaries of certification dates to the Chief, Department of Medicine or his/her representative.

C. 1. 4. 7. Resource sharing provider shall attend the EAMC newcomer's briefing either prior to, or during the first month of commencing services at EAMC. This will be schedule by the COTR. This requirement can be waived at the discretion of the MTF Commander.

C. 1. 5. Continuity of Services: The physician shall provide full time oncology service coverage at EAMC. Additional coverage could be required to ensure patient needs are met. The physician is not required to participate in the "on-call" schedule.

C. 1. 6. Duty Hours: Normal duty hours of performance are 0730 through 1630 Monday through Friday but could vary depending upon the needs of the patients and EAMC. Duty hours can be changed at the discretion of the Chief, Department of Medicine or his/her designated representative. Hours scheduled do not include travel time involved in reaching the place of duty.

C. 1. 6. 1. The Government reserves the right to verify the hours worked by the Oncologist to include implementing sign-in/sign-out procedures or using a time clock if appropriate.

C. 1. 6. 2. The physician shall submit work schedule change requests through HMHS to the EAMC Chief, Department of Medicine or his/her designated representative at least 48 hours in advance of the proposed change. Approval or disapproval authority rests with the Chief, Department of Medicine or his/her designated representative. However, the Chief, Department of Medicine or his/her designated representative will attempt to accommodate all reasonable requests.

C. 1. 6. 3. If the physician is ill and unable to report to work, the physician will contact the Chief, Department of Medicine or his/her designated

representative through HMHS at least two hours prior to the physician's scheduled tour of duty.

C. 1. 7. Credential Reviews/Privileging.

C. 1. 7. 1. General: The requirements of the Government, as stated in this SOW, are for the performance of professional medical services. Privileges are granted by the Commander of EAMC. As a prerequisite to performance under the resultant agreement, the resource sharing health care provider (HCP) performing the services must be privileged by the EAMC Commander where the services are performed. Therefore, compliance with the privileging requirements as stated in this section, the resource sharing MOU, the MCSC and HMHS BAFO is essential to performance under the contract. Any failure to meet these requirements is considered nonperformance and the basis for termination of this agreement unilaterally by the Government.

C. 1. 7. 1. 1. The Credentials Committee established at EAMC is the sole agency authorized to accept applications for privileges submitted to the COTR by the Oncologist and to make recommendations to the EAMC Commander on the granting of privileges. (Point of Contact: Mr. Walker, Credentials Coordinator; phone number: (706) 787-2720; and FAX number: (706) 787-7091). The EAMC Commander is the final authority for approving or denying clinical privileges for the physician.

C. 1. 7. 1. 2. The EAMC Commander is the sole authority who can revoke or otherwise restrict the privileges of any resource sharing physician whom he/she determines is not qualified to perform the resource sharing services

C. 1. 7. 1. 3. Once privileges are granted, subsequent actions taken concerning the privileges of the resource sharing physician, including any limitation on privileges, will be governed by the procedures in AR 40-68, resource sharing MOU, the MCSC, and HMHS BAFO.

C. 1. 7. 1. 4. Crime Control Act of 1990. Performance under this agreement will not be allowed without full compliance with the Crime Control Act of 1990 and the Department of the Army Circular 690-92-1, 15 Nov 92, Criminal History Background Checks on individuals providing health care services to children. HMHS and MTF will ensure compliance with MCSC and HMHS BAFO.

C 1. 7. 2. Required and Relevant Documentation.

C. 1. 7 2. 1. MCSC and HMHS BAFO.

C. 1. 7. 2. 2. Army Regulation 40-68.

C. 1. 7. 2. 3. Upon notification by HMHS that a physician has been selected, EAMC will provide a detailed explanation and delineation of the documents required for the completion of an application for the EAMC Credentials Committee and Commander to grant privileges to the resource sharing physician to perform the required resource sharing services to HMHS.

C. 1. 7. 2. 4. Upon notification by HMHS that a physician has been selected, EAMC will provide a checklist to the resource sharing physician through HMHS

for reference, review and completion when submitting an application for credentialing action.

C. 1. 7. 3. The physician is required to begin full performance of the contract requirements by the EAMC designated start of work date of 1 Jul 96. Therefore, no later than 30 days prior to the start of work date, the resource sharing provider must submit completed credentials through HMHS to the contracting officer's technical representative (COTR) for submission to the Credentials Committee. This time frame can be waived by the EAMC Commander if extenuating conditions exist.

C. 1. 7. 3. 1. Only complete credentials applications will be accepted by the Government for processing. Incomplete applications, that is, those that do not fully comply with the EAMC, MCSC and HMHS BAFO requirements will be returned to HMHS without action.

C. 1. 7. 4. Government's Responsibilities.

C. 1. 7. 4. 1. The Government will expeditiously: (1) review the completed application, (2) perform all other required review and verification, (3) submit completed applications to the Credentials Committee, (4) submit the Credentials Committee's recommendations to the EAMC Commander, (5) obtain the EAMC Commander's decision, and (6) advise HMHS of the action taken.

C. 1. 7. 4. 3. Incomplete credentials applications will be promptly returned to HMHS and will not be submitted to the Credentials Committee. A clear delineation of the deficiencies which render the credentials application incomplete will be furnished.

C. 1. 7. 4. 4. Return of an incomplete application for completion is not a waiver of the requirement to submit a complete application. Repetitive submissions of incomplete applications will be considered a failure to perform.

C. 1. 7. 4. 5. The COTR will promptly notify HMHS, either by telephone or by facsimile transmission, when privileging action has been determined.

C. 1. 8. Government Quality Assessment and Improvement (QA&I). The government can monitor the physician's performance under this contract using the QA&I procedures established by EAMC and pursuant to the Inspection of Services Clause. Additionally, the physician's performance is subject to scheduled and unscheduled review by the QA&I as defined by the EAMC QA&I Plan and AR 40-68. Other methods of monitoring to be used are outlined in the MCSC, HMHS BAFO, and Region 3 Surveillance Plan.

C. 1. 9. Restrictions and Constraints

C. 1. 9. 1. The physician shall not bill a patient, an insurer, or anyone else for services rendered. The only compensation the physician is entitled to for performance of the agreement is payment specified by HMHS.

C. 1. 9. 2. The physician shall not, while performing services under this agreement advise, recommend, or suggest to persons eligible to receive medical

care at Government expense that such persons should receive care from any entity in which the physician has a financial interest other than at EAMC.

C. 1. 9. 3. The physician is not prohibited by reason of his/her employment, under this agreement, from conducting a private practice, so long as there is no conflict with the performance of services under this agreement.

C. 1. 9. 4. The physician shall have use of any EAMC facilities and other Government property for performing all services related to requirements identified in this statement of work. The physician shall make no use of any Government facilities or other Government property in connection with conducting a private practice or any other service outside of this SOW.

C. 1. 9. 5. The physician must comply with the installation vehicle registration policies and procedures and abide by all post/base, installation, and EAMC policies and procedures. More information about the policies and procedures can be obtained by submitting a written request to the COTR.

C. 1. 9. 6. The physician shall perform procedures compatible with EAMC's operating capacity and equipment. The physician shall not introduce new medical procedures or services without prior recommendations to, and approval of the EAMC Commander, Chief, Department of Medicine and the COTR.

C. 1. 9. 7. The physician shall be able to read, understand, write, and speak English well enough to effectively communicate with all patients and other healthcare providers.

C. 1. 9. 8. The physician shall be rested and fully physically and mentally capable of performing the duties required under this agreement.

C. 1. 9. 9. The physician shall conduct himself/herself in an appropriate and professional manner. All patient complaints will be reviewed by the EAMC Clinical Support Division. Complaints will be presented by the COTR through HMHS to the physician for resolution. Failure to resolve the complaints may necessitate appropriate action by the COTR. All complaints will be accumulated monthly and analyzed for physician trends by the MTF.

C. 1. 9. 10. In the event of litigation/investigation of a claim of liability or malpractice, HMHS and the physician shall cooperate fully with Government authorities and designated officials in the investigation of the claim or preparation of litigation. In addition, HMHS and the physician shall:

C 1. 9. 10. 1. Comply with all requirements of the MCSC and HMHS BAFO

C. 1. 9. 10. 2. Immediately notify HMHS, who will immediately notify the EAMC Commander, through the COTR, and promptly furnish copies of all pertinent papers received.

C. 1. 9. 10. 3. Cooperate with the Government, without further compensation, in the processing, review, settlement or defense of the suit, action or claim

C. 1. 9. 10. 4. If the physician who is providing services under this resource sharing agreement has pending litigation or administrative proceedings that

may affect his/her license to practice medicine or his/her standing as a fellow/member in a professional organization, full disclosure shall be provided to HMHS, who will notify the EAMC Commander, through the COTR within five (5) calendar days upon his/her notification by the judicial or administrative forum.

C. 1. 9. 10. 5. If it is determined by the medical legal review that the standard of care has not been met, or there is substantial evidence of negligence on the physician, regardless of the final judicial decision, the resource sharing agreement may be immediately terminated at the discretion of the Government.

C. 1. 9. 11. The physician shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, to comply with any applicable Federal or State laws, codes, and regulations, in connection with the performance of the type of services required by this agreement. This will also include any accompanying support personnel.

C. 1. 9. 12. The physician shall, without additional expense to the Government, continue to meet the minimum standards for continuing medical education (CME) to remain current as prescribed in the MCSC and HMHS BAFO. CMEs shall be reported by HMHS to the EAMC Commander, through the COTR annually on the first normal duty day in January for the previous calendar year. Periodic CME may be conducted at the MTF and will be available the physician on a space available basis.

C. 1. 9. 13. Smoking is not permitted within the MTF. Smoking is permitted outside the MTF in designated areas only.

C. 2. DEFINITIONS

C. 2. 1. Ancillary Personnel: Personnel commonly referred to as radiologists, pathologists, and/or medical and pharmacy technicians/technologists. Also, clerical, secretarial, and receptionist personnel are commonly considered administrative personnel.

C. 2. 2. Beneficiaries of the Military Health Services System: Those individuals entitled to care at the MTF in accordance with AR 40-3.

C. 2. 3. Clinical Privileges: Authorization by the MTF Commander to provide specific patient care and treatment services in the organization, within well defined limits, based on the individual's license, education, training, experience, competence, judgment, and physical and mental health.

C. 2. 4. Continuing Medical Education: Education beyond initial professional preparation that is relevant to the type of patient care delivered in the organization that provides current knowledge relevant to the individual's field of practice, and that is related to findings from QA&I activities.

C. 2. 5. Contracting Officer: A person with the authority to enter into, administer, and/or terminate contracts/agreements and make findings and determinations on behalf of the government.

C. 2. 6. Defense Enrollment Eligibility Reporting System (DEERS): A computerized system which maintains current eligibility status for all eligible health care beneficiaries.

C. 2. 7. Military Time is on a 24 hour clock, i.e.,
```
        8:00 a.m.   - 0800
        9:10 a.m.   - 0910
        NOON        - 1200
        12:18 p.m.  - 1218
        8:00 p.m.   - 2000
        MIDNIGHT    - 2400
        12:01 a.m.  - 0001
```

C. 2. 8. Military Dates are written by placing the day of the month, followed by the first three letters of the month, followed by the last two digits of the year, i.e.,:

   September 3, 1996 - 3 Sep 96

C. 2. 9. Physician: The word physician as used throughout this SOW refers to an Oncologist. In some instances, this also refers to support staff he/she is to provide.

C. 2. 10. Privileging Process: Process established by DOD, MCSC, HMHS BAFO, EAMC and AR 40-68 for granting clinical privileges to health care providers.

C. 2. 11. Quality Assessment and Improvement: An ongoing program designated to objectively and systematically monitor and evaluate the quality and appropriateness of patient care, to pursue opportunities to improve patient care, and to resolve identified problems.

C. 2. 12. Statement of Work: A document that accurately describes the essential and technical requirements for items, materials, or services, including the standards used to determine whether the agreement requirements have been met.

C 2. 13. Abbreviations

```
    AHA  - American Hospital Association
    AMA  - American Medical Association
    AOD  - Administrative Officer of the Day
    BCLS - Basic Cardiac Life Support
    AR   - Army Regulation
    COTR - Contracting Officer's Technical Representative
    CPR  - Cardiopulmonary Resuscitation
    DA   - Department of the Army
    DCCS - Deputy Commander for Clinical Services
    DEA  - Drug Enforcement Administration
    DoD  - Department of Defense
    EAMC - Eisenhower Army Medical Center
    EMS  - Emergency Medicine Service
    ER   - Emergency Room
    FL   - Form Letter
```

```
FTE  - Full Time Equivalent
JCAHO - Joint Commission on Accreditation of Healthcare Organizations
MEDCOM - Medical Command
MEDDAC - Medical Department Activity
MTF  - Medical Treatment Facility
Pam  - Pamphlet
QA&I - Quality Assessment and Improvement
SF   - Standard Form
SOW  - Statement of Work
```

C. 3. Government Furnished Property and Services: Government furnished property under this agreement will be furnished to the physician at no cost and shall be used in performance of services under this agreement.

C. 3. 1. Facilities: During the hours of performance under this agreement the physician shall have the use of space currently available in the Oncology Clinic for performing all services associated with this agreement. No alterations to the office/clinic space shall be made by the physician without specific written approval from the Chief, Department of Medicine and the DCCS. Physician's items of clothing, personal effects or equipment cannot be secured on the work site during his/her absence.

C. 3. 2. Supplies: The government will furnish all supplies necessary for medical care in the Oncology Clinic except as stated in paragraph C. 4 and Attachment A.

C. 3. 2. 1. When applicable, Government will furnish required Identification Badge to be worn on front of outer clothing, at all times, while providing services at EAMC.

C. 3. 3. Regulations/Directives/Forms: Unless noted otherwise, all required Army and Department of Defense Regulations, Directives and forms as listed in paragraphs C. 6. shall be made available by the COTR for use/review when requested by the physician.

C. 3. 4. Equipment: Government equipment currently on hand will be made available to the physician for use in performing services under this agreement, unless stated otherwise in Attachment A.

C 3. 5. Services:

C. 3. 5. 1. MTF personnel shall arrange patient scheduling. Complete administrative control and jurisdiction of the patient shall remain with the government.

C. 3. 5. 2. EAMC will provide supplementary ancillary personnel services required for providing care including, but not limited to, x-ray technicians, medical assistants, laboratory technicians and nursing personnel, unless otherwise noted in Attachment A.

C 3. 5. 3  EAMC will provide inpatient transcription services

C. 3. 6. EAMC will provide emergency health care for the physician for injuries occurring while on duty in EAMC. These services will be billed to the physician at the current full reimbursement rate.

C. 3. 7. Physical Security/Key Control: The physician may be issued keys. The physician must safeguard the keys from loss, theft or destruction, and must display all keys signed for at scheduled or unscheduled key control inspections. The physician shall be required to reimburse the government for lost keys or locksets if locksets are required to be replaced as a result of lost keys.

C. 3. 8. The physician will be allowed to use the MTF dining facility while on duty. The physician will be charged at the current civilian rate.

C. 3. 9. The MTF will provide required Government forms used in the performance of services.

C. 3. 10. All records, files, documents, forms, and work papers provided by the Government remain Government property.

C. 4. HMHS/PHYSICIAN FURNISHED EQUIPMENT/MATERIALS/PERSONNEL

C. 4. 1. HMHS/physician shall provide his/her own rubber stamp containing the all information as required by the MCSC and HMHS BAFO. The stamp will be placed on all forms and documentation having the physician's signature.

C. 4 2. HMHS/physician shall furnish a stethoscope.

C. 4. 3. HMHS/physician shall furnish at a minimum of one full time Registered Nurse and one full time receptionist. HMHS/physician may furnish any additional supporting clinical or non-clinical personnel required to support his/her patient workload.

C. 5. SPECIFIC TASKS:

C. 5. 1. GENERAL: The physician shall perform medical examinations and treatment of all illnesses that pertain to the sub-specialty of Oncology. The quality of medical practice shall meet or exceed the standards of professional practice for the health care provided as determined by the same authority (AR40-1) that governs military medical professionals in the same discipline and as specified below.

C. 5. 1. 1. The physician shall provide medical care for/to all authorized personnel as defined in AR 40-3. The government will determine patient eligibility for care. The physician shall refer all questions concerning patient eligibility for care to the Patient Administration Division (PAD) of EAMC.

C. 5. 1. 2. The physician shall use all available Department of Defense and EAMC resources; that is specialty consultations, ancillary services, and supplies (reference Attachment A for more information about Government provided supplies) for the optimal care of patients under this agreement.

C 5 2. INPATIENT CARE

C. 5. 2. 1. The physician shall admit patients to, and discharge patients from, the ward as appropriate.

C. 5. 2. 2. INPATIENT ROUNDS. The physician shall perform rounds for all of his/her inpatients at least once daily. When the condition of the patient(s) warrants, rounds shall be more frequent. If the patient is very seriously ill, rounds shall be at least twice daily. For seriously ill or very seriously ill patients, there shall be a note from the physician at least once a day. Routine daily rounds shall be made between the hours of 0730 (7:30 AM) and 0900 (9:00 AM).

C. 5. 2. 3. The physician shall dictate admission and discharge summaries and other records, and sign them, within the time limits prescribed in the EAMC Clinical Staff Handbook and policies/procedures.

C. 5. 3. OUTPATIENT CARE.

C. 5. 3. 1. The physician shall provide a full range of outpatient oncology services within the scope of privileging by EAMC. The patients will range from age 14 to geriatric with a full range of oncological maladies.

C. 5. 3. 2. Patients with appointments shall be evaluated and treated within the time frames established in the MCSC and HMHS BAFO unless an emergency or higher priority medical need precludes meeting this time requirement.

C. 5 3. 3. PHYSICIAN SHALL:

C. 5. 3. 3. 1. Request diagnostic test(s) as medically indicated.

C. 5. 3. 3. 2. Render a diagnosis for each patient.

C. 5 3. 3. 3. Provide indicated treatment for each complaint

C. 5. 3. 3. 4. In complex or distress cases, provide medical care, summon the appropriate specialist when deemed necessary, and continue medical management as necessary.

C. 5. 3. 3. 5. Prescribe and dispense medications as indicated by the diagnosis and medical condition. Physician shall use and be guided by the EAMC formulary and associated regulations/policies/procedures.

C. 5. 3. 3. 6. Provide immediate definitive medical care to reduce any emergency situation and enable the patient to continue care as an outpatient with follow-up care as required.

C. 5. 3. 3. 7. Follow DoD, US Army, and EAMC regulations and policies, as well as MCSC and HMHS BAFO guidance when arranging for referrals and consults. Refer stable patients to specialty clinics at EAMC as required.

C. 5. 3. 3. 8. Complete a SF 600 or SF 513 in its entirety for each patient receiving treatment in the clinic, as well as required data entry to the Composite Health Care System (CHCS). A decision and disposition shall be made

and recorded on the appropriate form as to whether to send the patient home, to full duty, to quarters, or to refer the patient to a consultant. The provider shall record whether or not the patient is to be referred to a consultant immediately, today, within 72 hours, or routinely. The referring provider shall directly contact the responsible consultant if the patient is to be seen immediately, today or within 72 hours. The time the patient was seen by the provider and released shall be recorded. The physician shall sign and date the form and provide his/her ID stamp. The patient shall be provided with complete and appropriate instructions on the form, and verbally, regarding medication, limitations, and follow-up plans.

C. 5. 3. 3. 9. Verify the content and correctness of all recorded entries and transcribed reports by affixing his/her own signature and stamp to all copies of the document validating its contents. Physician must prepare and ensure all documentation/records/reports meet or exceed established EAMC standards to include but not be limited to: timeliness, legibility, accuracy, content, and signature. The outpatient records shall be completed the same day the patient is seen.

C. 5. 3. 3. 10. Respond to all emergency codes inside EAMC, including cardiopulmonary arrests, and summon appropriate backup from the clinical and hospital staff. In these situations, provide professional advice to staff with regard to the professional management of the patient as necessary.

C. 5. 3. 3. 11. Provide and document medical advice to patients by telephone as appropriate and in accordance with EAMC protocol. The statement of protocol is available in the EAMC Department of Medicine and shall be requested through the COTR.

C. 5. 3. 3. 12. Direct medical care through radio communication with an ambulance crew regarding pre-hospital care if requested by the Emergency Medical Section physician.

C. 5. 3. 3. 13. Remain in the department or be immediately available to the department throughout each tour of duty. The physician shall not leave a tour of duty early without a suitable replacement. He/she must also ensure that continuity of care is provided to the patient regardless of contractually scheduled working hours. For an ongoing episode of care he/she will continue working at the end of the shift until the arrival of an appropriate replacement to assume responsibility for patient care.

C. 5. 3. 3. 14. Advise the COTR of any problems encountered, or which may be encountered, in connection with meeting the needs of patients treated, including problems with regard to government personnel.

C. 5. 3. 3. 15. Attend the type and estimated quantity of medical and administrative meetings as designated by the Chief, Department of Medicine. The physician shall attend any additional special meetings called by the EAMC Commander as required to discuss the resource sharing provider's credentials, quality control issues, or emergency situations.

C. 5. 3. 3. 16. Review any case identified as potentially unacceptable care by the in-house peer review and/or DoD External Civilian Peer Review process and

respond by submission of required forms and supporting documentation, if necessary, through HMHS to the COTR within 14 days.

C. 5. 3. 3. 17. Use only prescription forms DD Forms 1289 which have been stamped as follows: "To be filled only at Eisenhower Army Medical Center", unless additional guidance is provided in writing by the EAMC Commander or his/her designee. THE PRESCRIPTIONS SHALL BE VALID ONLY AT THE EAMC PHARMACY AND ONLY FOR ELIGIBLE BENEFICIARIES OF THE MILITARY HEALTH CARE SYSTEM..

C 5. 4. The physician shall respond in writing through HMHS to the COTR regarding patient complaints pertaining to services or conduct. Such formal complaints will be referred to the physician through HMHS by the COTR.

C. 5. 5. The physician shall ensure that all JCAHO standards for professional medical care shall be met during performance of this agreement.

C. 5. 6. The physician shall become familiar with the EAMC formulary, which will be provided to the physician at least 7 calendar days prior to the start of the agreement. Those employees authorized to prescribe pharmaceuticals shall do so according to the availability of drugs listed therein. If, in the physician's opinion, the patient's condition requires pharmaceuticals which are not in the EAMC formulary, the physician shall request the EAMC pharmacy to provide the item. Such request must be approved before the patient is given a prescription for the drug. The EAMC Commander may impose a prescribing limitation upon some drugs on the formulary, or upon some types of providers. The physician shall be bound by such restrictions or limitations. The EAMC Pharmacy Service will provide instruction on formulary restrictions and limitations as well as the EAMC policy on substitution of generic drugs for prescribed drugs.

C. 5. 7. The resource sharing provider shall abide by AR 340-17, Release of Information and Records from Army Files, and the confidentiality of patient records, embodied in the privacy act of 1974 concerning the nature of limited privileged communication between patients and health care providers as may be necessary for security and personnel reliability programs. All regulations referenced are available through the COTR.

C. 6 OTHER CONSIDERATIONS:

C. 6. 1. Neither party shall assign, transfer, covey, sublet, or otherwise dispose of this agreement or the right, title, or interest therein, or the power to execute such agreement, to any other person, company, or corporation, without the other party's previous written consent; unless C. 6. 2. or C. 6. 3. apply.

C. 6. 2. In the event of illness or incapacity rendering a participating health care practitioner incapable of delivering services or care for patients under this agreement, HMHS will provide an agreed upon replacement, at no additional cost to the government, within 30 days.