IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

**ORDER**

Upon consideration of Defendant, United States of America's Motion for Summary Judgment, and plaintiffs' Opposition thereto, it is this ___ day of _____, 2004, hereby ORDERED that defendant's Motion is DENIED.

 

_____
William D. Quarles, Judge
United States District Court for
The District of Maryland