IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No.: WDQ-02-764 |
| | : | |
| UNITED STATES OF AMERICA et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Humana Military Healthcare Services, Inc. ("Humana"), by counsel, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Catherine A. Hanrahan, Esquire respectfully moves this Court for an extension of time until February 27, 2004, to file a Reply to Plaintiffs' Opposition to Humana's Motion for Summary Judgment, and as grounds therefore states as follows:

1. On December 24, 2003, defendant Humana filed a Motion for Summary Judgment. Plaintiff's Opposition was filed on February 3, 2004, after receiving extension from the court with the consent of counsel.

2. This Motion for Extension of Time was filed before the expiration of the time for filing of the Reply, which is currently due on February 17, 2004.

3. Additional time is needed due to the complex nature of this matter, a medical malpractice action, and counsel for Humana will be out of the office for several days due to a family emergency.

4. Counsel for plaintiffs consents to the relief sought herein.

1

WHEREFORE, defendant Humana Military Healthcare Services, Inc. respectfully prays that this Court enter an Order granting an extension of time until February 27, 2004, to file its Reply to Plaintiffs' Opposition to Humana's Motion for Summary Judgment. A proposed Order is attached.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP


By:     /s/
        Catherine A. Hanrahan, Esquire
        1341 G Street, NW
        Suite 500
        Washington, D.C. 20005
        (202) 626-7660
        (202) 628-3606 (facsimile)


**CERTIFICATE OF SERVICE**

I HEREBY certify that a true copy of the foregoing Consent Motion to Extend Time to File Reply to Plaintiffs' Opposition to Motion for Summary Judgment and the Proposed Order, were mailed, postage prepaid, on this 11th day of February, 2004 to:

        Bruce J. Klores, Esquire
        Lesley S. Zork, Esquire
        Bruce J. Klores & Associates, PC.
        915 15th Street, NW
        Washington, DC 20005

        Peter R. Masciola, Esquire
        601 Indiana Avenue, NW
        Suite 603
        Washington, DC 20004

Joan Cerniglia-Lowensen, Esquire
Morgan, Selsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201


        /s/
Catherine A. Hanrahan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | Case No.: WDQ-02-764 |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants. | : | |

### ORDER

Upon consideration of the Consent Motion to Extend Time to File Reply to Plaintiffs' Opposition to Motion for Summary Judgment, it is this ____ day of _____, 2004, hereby

ORDERED that the Motion be and the same is hereby GRANTED; and it is further

ORDERED that defendant Humana Military Healthcare Services, Inc. shall have up to and including February 27, 2004, to file its Reply to Plaintiffs' Opposition to the Motion for Summary Judgment.

_____
JUDGE

Copies to:

Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004

Joan Cerniglia-Lowensen, Esquire
Morgan, Selsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201

Catherine A. Hanrahan, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, NW Suite 500
Washington, DC  20005