# EXHIBIT 2

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.     *
            *
    Plaintiffs    *
            *    Civil Action
    v.       *
            *    No. S-02-764
UNITED STATES OF AMERICA  *
            *
    Defendant    *
    * * * * * * * * *

    Pursuant to Notice, the deposition of
RAJ R. GUPTA, M.D. was taken on Friday, March 21st,
2003, commencing at 1:07 p.m., at the law offices
of Morgan, Shelsby, Carlo, Downs & Everton, 4 North
Park Drive, Suite 404, Hunt Valley, Maryland
21030-1876, before Sharon A. Beaty, Notary Public.

Reported by: Sharon A. Beaty, CSR

**Page 2**

APPEARANCES:
ON BEHALF OF THE PLAINTIFFS:
    BRUCE J. KLORES, ESQUIRE
    LESLEY ZORK, ESQUIRE
    Bruce J. Klores & Associates, P.C.
    915 15th Street N.W., 3rd Floor
    Washington, D.C. 20005
    Telephone: 202-628-8100
    Fax: 202-628-1240

ON BEHALF OF DEFENDANT
    UNITED STATES OF AMERICA:
    LARRY D. ADAMS, ESQUIRE
    U.S. Department of Justice
    United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    Telephone: 410-209-4801
    Fax: 410-962-2310

ON BEHALF OF DEFENDANT HUMANA MILITARY
    HEALTH CARE SYSTEMS, INC.:
    CATHERINE A. HANRAHAN, ESQUIRE
    Wilson, Elser, Moskowitz,
        Edelman & Dicker, LLP
    The Colorado Building, Suite 500
    1341 G Street N.W., 5th Floor
    Washington, D.C. 20005
    Telephone: 202-626-7660
    Fax: 202-628-3606

**Page 3**

APPEARANCES, continued:
ON BEHALF OF THE DEPONENT:
    JOAN CERNIGLIA-LOWENSEN, ESQUIRE
    Morgan, Shelsby, Carlo, Downs & Everton
    4 North Park Drive, Suite 404
    Hunt Valley, Maryland 21030-1876
    Telephone: 410-584-2800
    Fax: 410-584-2020

**Page 4**

| INDEX | PAGE |
|---|---|
| WITNESS: | |
| Raj R. Gupta, M.D. | |
| EXAMINATION: | |
| By Mr. Klores | 6 |
| EXHIBITS: (Attached.) | |
| 1 Shared Decision Making | 88 |
| 2 Areas of Controversy in the Adjuvant Systemic Therapy of Endocrine - Nonresponsive Breast Cancer | 147 |
| 3 NIH Consensus Development Conference: Adjuvant Therapy for Breast Cancer | 147 |
| 4 Breast Cancer: Detection of Small Tumors Creates New Controversies | 147 |
| 5 Adjuvant Therapy for Breast Cancer: Practice Patterns of Community Physicians | 147 |
| 6 Adjuvant Therapy for All Patients With Breast Cancer | 147 |
| 7 Prognosis and Treatment of Patients With Breast Tumors of One Centimeter or Less and Negative Axillary Lymph Nodes | 147 |
| 8 Determining Which Breast Cancer Patients Can Skip Chemo | 147 |
| 9 Preferred Chemotherapy Regimens for Recurrent or Metastatic Breast | 147 |

**45**

1  object because I don't understand the question.
2  Maybe the doctor does.
3       MS. HANRAHAN: I don't either.
4       MS. CERNIGLIA-LOWENSEN: Because you
5  said facts and you talked about risks and benefits.
6  I'm sorry, I just got lost, Bruce. If you could
7  ask it differently.
8       MR. KLORES: No problem.
9    Q   You're faced with Mrs. Pollard, you have
10 the information -- just backing up a second, as I
11 understand it, you would not have been in a
12 position to make any recommendations concerning
13 chemotherapy, based upon your prior testimony, on
14 December 1st, right?
15      MR. ADAMS: Objection.
16   A   I'm sorry, can you repeat that?
17   Q   You said earlier that you would not have
18 made a decision concerning whether to recommend
19 chemotherapy or not until you had these estrogen
20 and DNA studies back, right?
21   A   Right, I already had that -- no, I'm
22 sorry, I did not have that information at that

**46**

1  time.
2    Q   So on December 1st you could not make
3  any, you could not make, in your practice, you
4  would not have made any recommendations concerning
5  chemotherapy, right?
6    A   Can I elaborate on that?
7    Q   Sure.
8    A   My note from December 1st outlines these
9  different scenes if her receptors would be negative
10 or positive, and my note says if she was receptor
11 positive I would recommend adjuvant tamoxifen and
12 if she was receptor negative I would recommend
13 chemotherapy and I would also recommend radiation
14 to her breast.
15   Q   But that's my point, you could not have
16 made a recommendation as to which route she should
17 take until these studies came back to you, right?
18   A   Right.
19   Q   So if you had everything in front of you
20 on December 1st, you would have made the
21 recommendation on December 1st that we've already
22 talked about, four weeks of chemotherapy followed

**47**

1  by radiation, right?
2    A   Right.
3    Q   When you -- tell me how you would
4  describe to her the type of breast cancer that she
5  had.
6    A   I would tell her --
7    Q   Tell us slowly.
8    A   I would tell her that her breast cancer
9  is in an early stage, the tumor is very small, and
10 the smaller the tumor the more favorable it is, the
11 lower the risk of spreading or recurrence. Her
12 lymph nodes were all negative and that's a good
13 prognostic indicator. Most of the tumors of this
14 size, that is point five centimeter, are detected
15 by screening mammography and not, and not present
16 as a palpable tumor. In her case it is somewhat
17 unusual in that regard. We know that tumors that
18 are this small have a very good prognosis and many
19 times we do not recommend any adjuvant
20 chemotherapy. Since there is something unusual
21 about her case I would explain to her that I favor
22 giving her chemotherapy.

**48**

1    Q   What were the unusual things?
2    A   One was that the tumor was palpable and
3  was very small, other thing was that her grade was
4  not grade 1 or it was not a well-differentiated
5  tumor.
6    Q   Uh-huh.
7    A   That's it.
8    Q   You mentioned that the tumor was .5
9  centimeters; is that right?
10   A   Correct.
11   Q   And you would have received that
12 information from Dr. Adams, the pathologist, that's
13 who you were relying upon?
14   A   Yes.
15   Q   So your understanding in December, on
16 December 1st is that the tumor was less than one
17 centimeter?
18   A   It was .5 centimeter, yes.
19   Q   Now, have you seen the records where the
20 tumor was looked at by the pathologists in England?
21   A   No.
22   Q   I assume if the tumor was greater than