IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| Plaintiffs, | ) |
| | ) **CIVIL    ACTION** |
| vs. | ) FILE   NO.   S-02-CV-764 |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

DEPOSITION OF

KENNETH I. FINK, M.D.

November 24, 2003

10:20 a.m.

Dwight David Eisenhower Army Medical Center

11th Floor, 300 Hospital Road

Augusta, Georgia

Regina W. Hollis , CCR B-2306, RPR



BROWN Reporting INC.
513 Ellis Street
Augusta, GA 30901
706-724-2778

Exhibit A

170585.1

## APPEARANCES OF COUNSEL

2

On behalf of the Plaintiffs:

    LESLEY S. ZORK, Esq.
    Bruce J. Klores & Associates Suite 300
    915 15th Street, N.W.
    Washington, District of Columbia 20005

On behalf of the Defendant, The United States of America:

    LARRY D. ADAMS, Esq.
    Assistant United States Courthouse 6625 United States
    Courthouse 101 West Lombard Street Baltimore, Maryland
    21201

On behalf of the Defendant, Raj R. Gupta, M.D. and Sterling Medical Corporation:

    JOAN CERNIGLIA-LOWENSEN, Esq.
    Morgan, Shelsby, Carlo, Downs & Evertoii 4 North Park Drive
    Suite 404
    Hunt Valley, Maryland 21030-1876

On behalf of the Defendant, Humana Military Health System:

    CATHERINE A. HANRAHAN, Esq.
    Wilson, Elser, Mokowitz, Edelman & Dicker 1341 G. Street, N.W., Fifth
    Floor Washington, District of Columbia 20005 3105

170585.1

3

(Reporter disclosure made pursuant to

Article 8.B. of the Rules and Regulations

of the Board of Court Reporting of the

Judiciali Council of Georgia.)

KENNETH I. FINK, M.D.,
having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. ZORK:

    Q.    Good morning, Dr. Fink.    This is Lesley Zork.

    .A.    Good morning.

    Q.    Would you please state your full name for the record?

    A.    Kenneth I. Fink.
    Q.    And please tell us your residential and special addresses.

    A.    Residence, 4213 Riverside Drive, Evans, Georgia 30809. Professional, DDEAMC, Fort Gordon, Georgia 30905.

    Q.    Dr. Fink, have you had your deposition taken before?

    A.    No.
    Q.    Have you ever testified as a witness in a trial?

170585.1

18

oncologist, and as he is also requesting, which he does have to re-request his privileges. Usually a repeat of all the same privileges. They include things such as prescribing chemotherapy and seeing oncology patients. Those are included in his privileges.    I then okay those, and say, yes, he is performing these duties properly. And then there is also a portion where I determine that he's using medications correctly and using all the other aspects of his responsibilities as a staff physician correctly.

    Q.    So, are you, as the chief of the department, responsible for overseeing the quality of care that Dr. Gupta provides to patients at Eisenhower?

    MS. LOWENSEN:    This is Joan. Objection to the form.

    MR. ADAMS: Yeah. I am going to object. That's something he could not testify about.

    MS. ZORK:    Hello?

    MR. ADAMS:    Yeah, Lesley, it is Larry.    I am going to object and instruct the witness not to answer that question. MS.

    ZORK: Why?

MR. ADAMS: Because the quality assurance is something that regulation precludes him from testifying about.

MS. ZORK: I am not asking him to give me any specifics. I am asking if he is the one responsible for overseeing the quality of care. It goes directly to the issue of control. I am not asking for any specifics about his -- any quality assurance reviews.

MR. ADAMS: I'll let him answer that question.

A. Yes. oversee the quality of that he delivers, and I reflect that in my credentials review.

Q. (By Ms. Zork) Is there anyone the care outside of your department, either at Sterling or at Humana, that oversees the quality of Dr. Gupta's care at Eisenhower?

MS. HANRAHAN: Objection, foundation. This is Cathy Hanrahan.

MR. ADAMS: If you understand, you can answer.

A. I understand. I don't believe so. I am not aware of anyone else overseeing the quality of

his medical care.

    Q.    (By Ms. Zork)    I have become aware during this case at Eisenhower there is a tumor board that convenes on a regular basis to discuss oncology patients, and that that was in existence in 1998. Am I correct about that?

    A.    Yes, you are.

    Q.    How long has there been a tumor board in operation at Eisenhower for that purpose?

    A.    Our tumor board goes back well into the '70s or '80s. I don't know the exact year.

    Q.    In October of 1998, you were the chief of oncology at that time; is that correct? A. Yes.

    Q.    Can you describe for me who -- how the tumor board operated in 1998?

    A.    Yeah. The tumor board was, I will say it, as a surgically based tumor conference. The surgeons would -- usually are the ones who perform surgery, and when they discover a cancer, they submit that patient to the tumor board to review at a conference, usually after -- obviously after the cancer diagnosis has been made. Sometimes before the treatment has actually started, and sometimes after the treatment has started. The cases come to the tumor board's

54

    A.    Did you say fire?

    Q    (By Ms. Zork) Yes.

    A.    No, I don't have that authority

    Q    Who would be -- if you believed that Dr. Gupta should be fired, what would be the procedure that you would have to follow?

    A.    I would go to the contracting office and tell them of my complaint and file it in writing. And then an action would subsequently take place through this government office, which would go through the contractor, Humana, who would then take the action as necessary. And they would have to perform that to my satisfaction.

    Q.    When you say they would have to perform that to your satisfaction, can you explain who that is and what they would have to do?

    A.    So, the government office is, I believe - well, the contract office, who handles these contracts, would have to put forward through my request whatever action it is that I request, and then the hiring company would then have to take action on my recommendation and would have to satisfy me that that action was completed.

    Q.    And with respect to Dr. Gupta, who would you be -- under what contract would you be dealing

55

with, with him?

A. The contract that he has through Sterling, through Humana, would be the contract in question, and I would call that into question and say he is not fulfilling whatever role I believe he should b fulfilling based on that contract, which is to perform at the standard of care in medical oncology.

Q. What is your understanding, if you have one, as to what Sterling's role is as a contractor in relationship to Humana Military?

A. Yeah, my only understanding is that they are a subcontractor for Humana to carry out the hiring action.

Q. It is your understanding that it's Humana who is ultimately responsible for the hiring or the supplying of civilian doctors as needed at Eisenhower?

MS. HANRAHAN: This is Cathy Hanrahan. Objection to the form.

A. That is my understanding that Humana has that responsibility.

Q. (By Ms. Zork) Does Humana Military Health Care Services, do they have an office located at Eisenhower or Fort Gordon?

A. I don't believe so. I am not 100 percent