IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Bruce J. Klores of the firm of Bruce J. Klores & Associates, P.C. as co-counsel for the plaintiffs.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By_____/s/_____
Bruce J. Klores, #03320
915 15th Street, N. W. #300
Washington, DC 20005
202-628-8100
Attorneys for Plaintiffs

1606\ntc.appear.bjk