United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 5, 2004

TO COUNSEL OF RECORD

    Re:  Pollard v. United States
        Civil No. WDQ 02-764

Dear Counsel:

    Please be advised that a telephone conference has been scheduled in this case for Wednesday, March 10, 2004 at 9:15 a.m.  Plaintiff's counsel is asked to initiate the call.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge