# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

March 10, 2004

TO COUNSEL OF RECORD:

Re: Pollard v. USA, WDQ-02-764

Dear Counsel:

At the March 10, 2004 telephone conference, I set the following schedule. The pretrial conference will be held in my Chambers at 9:30 a.m. on January 3, 2005. The jury trial will begin at 9:30 a.m. on February 7, 2005 in the Garmatz Courthouse, Courtroom 3A.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge