```
        IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                   *
VERONICA POLLARD, et al.,
                                   *
     Plaintiffs,
v.                                 *    CIVIL NO.: WDQ-02-764

THE UNITED STATES OF               *
AMERICA, et al.,
                                   *
     Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 30th day of June 2004, ORDERED that:

1. Mr. Pollard's motion for leave to file a second amended complaint BE, and HEREBY IS, GRANTED;

2. Mr. Pollard's proposed second amended complaint BE, and HEREBY IS, deemed FILED;

3. Mr. Pollard's motion to compel discovery BE, and HEREBY IS, DENIED as moot;

4. Mr. Pollard's motion to strike Dr. Gupta's Reply or for leave to file Surreply BE, and HEREBY IS, DENIED as moot;

5. Dr. Raj Gupta's motion for summary judgment BE, and HEREBY IS, DENIED;

6. Humana Military Healthcare, Inc.'s motion for summary judgment BE, and HEREBY IS, DENIED;

7. The United States of America's motion for summary judgment BE, and HEREBY IS, DENIED;

8. The claims against the United States of America BE, and HEREBY ARE, DISMISSED; and

9. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
              /s/
     William D. Quarles, Jr.
     United States District Judge
```