IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendant ) | |

**PLAINTIFFS' MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE MOTION TO VACATE, THIS COURT'S JUNE 30, 2004 ORDER DISMISSING CLAIMS AGAINST DEFENDANT THE UNITED STATES OF AMERICA**

Come Plaintiffs Veronica and Roosevelt Pollard, through counsel, Lesley S. Zork, Bruce J. Klores and Bruce J. Klores & Associates, P.C., respectfully move this Honorable Court to reconsider, or in the alternative vacate, its dismissal of plaintiffs' claims against Defendant The United States of America ("the government").

Plaintiffs respectfully submit that this Court's dismissal of the claims against the government was based on a misunderstanding of the evidentiary support in the record relating to plaintiffs' allegations that Stephen Adams, M.D. — an undisputed employee of the government — was negligent in his actions as the pathologist who examined Mrs. Pollard's tumor when it was removed from her breast.[1]

In support of this Motion, counsel respectfully refer the Court to the attached Memorandum.

---

[1] Plaintiffs, at this time, are not requesting the Court to re-examine its conclusions with respect to Dr. Gupta and whether he was an employee of the government for purposes of the FTCA.

WHEREFORE, for these reasons, and any others that may appear to the Court, plaintiffs respectfully request that this Motion be granted.

        Respectfully submitted,

        BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____/s/_____
        Lesley S. Zork
        Bruce J. Klores
        915 15th Street, NW
        Washington, D.C. 20005
        (202) 628-8100
        Co-counsel for Plaintiffs

        and

        LAW OFFICES OF PETER MASCIOLA

_____/s/_____
  Peter R. Masciola
  601 Pennsylvania Avenue, N. W. #900
  Washington, D.C. 20004
  202-628-5680
  Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby Certify that a copy of the foregoing was electronically filed to the following person this 13th day of July, 2004.

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, D.C. 20005-3105

                                                    \_\_\_\_\_/s/_____
                                                    Lesley S. Zork