IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

## ORDER

Upon consideration of Plaintiffs' Motion For Reconsideration, or in the Alternative Motion to Vacate, This Court's June 30, 2004 Order Dismissing Claims Against Defendant The United States of America, it is this _____ day of _____, 2004 hereby ORDERED that:

_____   Plaintiffs' Motion For Reconsideration is GRANTED and plaintiffs' claims against The United States of America for the actions of its pathologists and surgeons are hereby reinstated.

_____   Plaintiffs' Motion to Vacate is GRANTED and paragraph 8 of this Court's June 30, 2004 Order dismissing the claims against The United States of America is hereby vacated.

                                                                            _____
                                                                            William J. Quarles, Judge
                                                                            United States District Court
                                                                            For the District of Maryland

Copies to:

Lesley S. Zork, Esq.
Bruce J. Klores, Esq.
Bruce J. Klores & Associates, P.C.
915 15th Street, NW
Washington, D.C. 20005
Co-counsel for Plaintiffs

Peter R. Masciola, Esq.
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
Co-counsel for Plaintiffs

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, D.C. 20005-3105