IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,

    Plaintiffs,

v.                        CIVIL NO. WDQ-02-CV-764

United States of America, et al.,

    Defendants.

...oOo...

## DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Defendant, United States of America, respectfully moves, pursuant to Fed. R. Civ. P. 56 to file a motion for summary judgment. The grounds for this motion are set forth more fully in the accompanying memorandum of law, which is incorporated herein.

    1. The treating oncologist in the United States, Dr. Raj Gupta is an independent contractor for whom the United States is not liable;

    2. Any treatment rendered oversees is not covered by the Federal Tort Claims Act inasmuch as there is no waiver of sovereign immunity for torts committed in a foreign country.

WHEREFORE, Defendant United States of America requests that this summary judgment motion be granted and the United States be dismissed from this action.

                      Respectfully submitted,

                      Thomas M. DiBiagio
                      United States Attorney
        By:_____/s/_____
                      Larry D. Adams
                      Assistant United States Attorney
                      6625 United States Courthouse
                      101 West Lombard Street
                      Baltimore, Maryland 21201-2692
                      (410) 209-4801