CURRICULUM VITAE

ARTHUR H. McTIGHE

DATE OF BIRTH: OCTOBER 7, 1944

ADDRESS: ~~67~~ 103 FAY LANE
LEWISBURG, PA 17837

MEDICAL SCHOOL: UNIVERSITY OF PITTSBURGH
SCHOOL OF MEDICINE, M.D., 1969.

TRAINING:

   INTERNSHIP IN PATHOLOGY, PRESBYTERIAN-UNIVERSITY HOSPITAL,
      PITTSBURGH, PA 1969-70.

   RESEARCH AND EXPERIMENTAL PATHOLOGY,
      U.S. PUBLIC HEALTH SERVICE
      ROCKVILLE, MD, 1970-72.

   FELLOW IN LABORATORY MEDICINE,
      YALE NEW HAVEN HOSPITAL,
      NEW HAVEN, CT, 1972-74.

BOARD CERTIFICATION:

   AMERICAN BOARD OF PATHOLOGY,
      ANATOMIC AND CLINICAL PATHOLOGY, 1975.

   AMERICAN BOARD OF PATHOLOGY,
      MEDICAL MICROBIOLOGY, 1978.

   AMERICAN BOARD OF DERMATOLOGY AND AMERICAN BOARD OF PATHOLOGY,
      DERMATOPATHOLOGY, 1985.

   AMERICAN BOARD OF PATHOLOGY,
      CYTOPATHOLOGY, 1997.

LICENSED:      MARYLAND AND PENNSYLVANIA

POSITIONS:     EVANGELICAL COMMUNITY HOSPITAL,
                  LEWISBURG, PA
                     VICE PRESIDENT FOR MEDICAL AFFAIRS, JUNE 2000 TO PRESENT
                     DIRECTOR OF LABORATORIES, 1991 TO PRESENT.

               SUNBURY COMMUNITY HOSPITAL
                  SUNBURY, PA
                     DIRECTOR OF LABORATORIES, MARCH 1997 TO PRESENT.

               MARYLAND GENERAL HOSPITAL,
                  BALTIMORE, MD
                     VICE CHIEF OF PATHOLOGY, 1979-91.

**CURRICULUM VITAE - ARTHUR H. McTIGHE, M.D.**                     PAGE TWO

        FRANKLIN SQUARE HOSPITAL,
           BALTIMORE, MD, 1977-79.

        U. S. PUBLIC HEALTH SERVICE HOSPITAL,
           BALTIMORE, MD, 1974-77.

**FACULTY:**    PENN STATE COLLEGE OF MEDICINE
           MILTON S. HERSHEY MEDICAL CENTER
           CLINICAL ASSOCIATE PROFESSOR OF PATHOLOGY, 2001-PRESENT

        JOHNS HOPKINS UNIVERSITY,
           SCHOOL OF MEDICINE
           INSTRUCTOR IN PATHOLOGY, 1978-1993.

**FELLOW:**    AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS
           COLLEGE OF AMERICAN PATHOLOGISTS
           AMERICAN MEDICAL ASSOCIATION
           PENNSYLVANIA MEDICAL SOCIETY
           MARYLAND SOCIETY OF PATHOLOGISTS (PAST PRESIDENT, 1986-1988)
           PENNSYLVANIA SOCIETY OF PATHOLOGISTS (ALTERNATE CAP DELEGATE)

**MEDICAL STAFF AND MEDICAL SOCIETY OFFICES:**

        EVANGELICAL COMMUNITY HOSPITAL,
           PRESIDENT OF THE MEDICAL STAFF, 1999-JUNE 2000
           VICE PRESIDENT OF THE MEDICAL STAFF, 1997-1999
           SECRETARY OF THE MEDICAL STAFF, 1995-1997

        EVANGELICAL COMMUNITY HOSPITAL,
           MEMBER, MEDICAL EXECUTIVE COMMITTEE, 1995 TO PRESENT
           CHAIRMAN, INFECTION CONTROL COMMITTEE, 1993 TO PRESENT
           VICE CHAIRMAN, BIOETHICS COMMITTEE, 1997 TO PRESENT
           MEMBER, QUALITY ASSURANCE COMMITTEE, 1995 TO PRESENT

        UNION COUNTY (PENNSYLVANIA) MEDICAL SOCIETY,
           PRESIDENT, 1994-1996
           PROGRAM CHAIRMAN, 1996 TO PRESENT.

        SUNBURY COMMUNITY HOSPITAL,
           MEMBER, MEDICAL EXECUTIVE COMMITTEE, 1997 TO PRESENT
           CHAIRMAN, INFECTION CONTROL COMMITTEE, 1997-2000
           CHAIRMAN, SAFETY COMMITTEE, 1997-2000
           CHAIRMAN, TISSUE AND TRANSFUSION COMMITTEE, 1997-2000

**CURRENT MEDICAL STAFF PRIVILEGES:**
        EVANGELICAL COMMUNITY HOSPITAL, LEWISBURG, PA.
        SUNBURY COMMUNITY HOSPITAL, SUNBURY, PA.
        MARYLAND GENERAL HOSPITAL, BALTIMORE, MD.
        WILLIAMSPORT HOSPITAL, WILLIAMSPORT, PA.

**CURRICULUM VITAE - ARTHUR H. McTIGHE, M.D.**                    PAGE THREE

**HONORS AND AWARDS:**

    GOLDEN APPLE AWARD, FOR OUTSTANDING TEACHING, 1984-1985,
        PRESENTED BY THE DEPARTMENT OF MEDICINE HOUSESTAFF,
        OF THE MARYLAND GENERAL HOSPITAL.

    CERTIFICATE OF APPRECIATION, PRESENTED BY
        THE BALTIMORE POLICE DEPARTMENT, 1987, FOR SERVICE
        IN DEVELOPING A PROGRAM FOR EXPEDITED HIV TESTING.

    CERTIFICATE OF APPRECIATION, PRESENTED BY THE MEDICAL STAFF
        OF THE MARYLAND GENERAL HOSPITAL, 1991,
        FOR DEDICATED SERVICE TO THE INSTITUTION
        AND THE MEDICAL STAFF.

    CERTIFICATE OF APPRECIATION, PRESENTED BY THE COLLEGE OF
        AMERICAN PATHOLOGISTS, 1999 AND AGAIN IN 2000,
        FOR OUTSTANDING AND DEDICATED SERVICE IN ADVOCATING
        FEDERAL AND STATE ISSUES OF IMPORTANCE TO PATIENTS,
        CLINICIANS AND PATHOLOGISTS.

**OTHER EXPERIENCE:**

    ASSISTANT TO THE MEDICAL DIRECTOR, MARYLAND GENERAL HOSPITAL,
        1987-1991 (FUNCTIONED AS AN ASSISTANT MEDICAL DIRECTOR
        WITH RESPONSIBILITY FOR HEALTH INFORMATION SERVICES,
        QUALITY ASSURANCE, UTILIZATION REVIEW, AND INFECTION
        CONTROL AND ATTENDED INTERQUAL COURSE WITH MEMBERS OF
        EXECUTIVE OPERATING TEAM).

    CO-OWNER AND PATHOLOGIST OF THREE PRIVATE LABORATORIES
        IN BALTIMORE, MARYLAND 1981-1991 (BALTIMORE BIOMEDICAL
        LAB, PHYSICIANS' SERVICE LAB, AND BALTIMORE DIAGNOSTICS
        LAB).

    MEDICAL DIRECTOR, SMITHKLINE BEECHAM CLINICAL LABORATORIES,
        BALTIMORE REGIONAL LAB, 1986-1991, FOLLOWING
        SALE OF PHYSICIANS' SERVICE LAB TO SMITHKLINE LAB.

    MEMBER, PATHOLOGY ADVOCACY NETWORK OF THE COLLEGE OF
        AMERICAN PATHOLOGISTS, 1992 TO PRESENT,
        FOR ADVOCACY AND LOBBYING AT THE FEDERAL LEVEL
        ON PATHOLOGY, PHYSICIAN, AND HOSPITAL ISSUES.

    MEMBER, PENNSYLVANIA STATE HOUSE OF REPRESENTATIVES
        WORK GROUP ON AIDS AND HIV POLICY, 1999.

    INSPECTOR, COLLEGE OF AMERICAN PATHOLOGISTS, LABORATORY
        ACCREDITATION PROGRAM

**CURRICULUM VITAE - ARTHUR H. McTIGHE, M.D.**                    PAGE FOUR

**PUBLICATIONS:**

    McTIGHE, A.H., ANTIMICROBIAL RESISTANCE OF *NEISSERIA GONORRHOEAE*, LABORATORY MEDICINE, 9:45-48, 1978.

    McTIGHE, A.H. and CHIN, B., USE OF AN AGGLUTINATION METHOD IN THE LABORATORY DIAGNOSIS OF *NEISSERIA GONORRHOEAE*, ABSTRACTS OF THE ANNUAL MEETING OF THE AMERICAN SOCIETY FOR MICROBIOLOGY 1979, (PRESENTED AT THE POSTER SESSION, MAY 5, 1979, HONOLULU, HI).

    McTIGHE, A.H., CHIN, B., PATEL, C., and SMITH, L., USE OF AN AGGLUTINATION METHOD IN THE LABORATORY DIAGNOSIS OF *NEISSERIA GONORRHOEAE*, ABSTRACTS OF THE ANNUAL MEETING OF THE AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS 1980, (PRESENTED AT THE POSTER SESSION, MARCH 26, 1980, ATLANTA, GA).

    McTIGHE, A.H., PATEL, C., SMITH, L. ET AL, CONTINUING EDUCATION UPDATE: MICROBIOLOGY I. LABORATORY MEDICINE, 11:524-532, 1980.

    McTIGHE, A.H., GONORRHEA DIAGNOSIS WITH CERTAINTY. DIAGNOSTIC MEDICINE, 3:36-57, 1980.

    WEINBERG, L.G. and McTIGHE, A.H., A SIMPLE, RAPID SCREENING SYSTEM FOR IDENTIFICATION OF THE *BACTEROIDES FRAGILIS* GROUP, ABSTRACTS OF THE ANNUAL MEETING OF THE AMERICAN SOCIETY FOR MICROBIOLOGY 1981, (PRESENTED AT THE POSTER SESSION, MACH, 1981, HOUSTON, TX).

    McTIGHE, A.H., FISHER, B. and PATNAIK, P., PENICILLIN-RESISTANT GONORRHEA: CATCHING THE PENICILLIN RESISTERS. DIAGNOSTIC MEDICINE, 4:47-50, 1981.

    McTIGHE, A.H., THE SEASON FOR VIBRIOS. DIAGNOSTIC MEDICINE, 4:33-36, 1981.

    McTIGHE, A.H., ANTENATAL AND NEONATAL BACTERIAL INFECTIONS: PATHOGENESIS, SIGNIFICANCE, AND DIAGNOSIS. CLINICS IN LABORATORY MEDICINE, 1: 345-360, 1981.

    McTIGHE, A.H. (EDITOR), SYMPOSIUM: BACTERIOLOGIC SYNDROMES OF THE 1970s AND 1980s. LABORATORY MEDICINE, 13:611-643, 1982.

    ANTHONY, W.C. and McTIGHE, A.H., MECHANISMS OF DRUG RESISTANCE: *STAPHYLOCOCCUS AUREUS* and *NEISSERIA GONORRHOEAE*. LABORATORY MEDICINE, 13:618-620, 1982.

    McTIGHE, A.H. *GARDNERELLA VAGINALIS*: ROLE IN NONSPECIFIC VAGINITIS AND OTHER SYNDROMES. LABORATORY MEDICINE, 13:624-626, 1982.

**CURRICULUM VITAE - ARTHUR H. McTIGHE, M.D.**                                    PAGE   FIVE

**PUBLICATIONS (CONTINUED):**

        ORBEGOSO, C. M., ULANOWICZ, N.I. and McTIGHE, A.H., NEW ANAEROBIC BACTERIOLOGIC SYNDROMES. LABORATORY MEDICINE, *13*:628-632, 1982.

        McTIGHE, A.H., ASSOCIATION OF KAPOSI'S SARCOMA AND OPPORTUNISTIC INFECTIONS IN HOMOSEXUALS. LABORATORY MEDICINE, *13*:633-636, 1982.

        McTIGHE, A.H., *CHLAMYDIA TRACHOMATIS*: REVIEW OF HUMAN CHLAMYDIAL INFECTIONS AND LABORATORY DIAGNOSIS. LABORATORY MEDICINE, *13*:638-643, 1982.

        McTIGHE, A.H., COMPARISON OF IMMULOK CULTURESET WITH REFERENCE TISSUE CULTURE METHODS IN THE DIAGNOSIS OF GENITAL HERPETIC INFECTION, ABSTRACTS OF THE ANNUAL MEETING OF THE AMERICAN SOCIETY FOR MICROBIOLOGY 1983, (PRESENTED AT THE POSTER SESSION, MARCH 1983, NEW ORLEANS, LA).

**COURSES AND WORKSHOPS PRESENTED:**

        UPDATE IN MEDICAL MICROBIOLOGY,
        AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS WORKSHOP,
        PHILADELPHIA, PA., APRIL 24, 1982.

        NEW MICROBIOLOGICAL SYNDROMES OF THE 1970s AND 1980s,
        AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS WORKSHOP,
        PHILADELPHIA, PA., SEPTEMBER 10, 1983.

        NEW MICROBIOLOGICAL SYNDROMES OF THE 1970s AND 1980s,
        AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS WORKSHOP,
        MONTGOMERY, AL., APRIL 27, 1984.

        SEXUALLY TRANSMITTED DISEASES LAB THEORY AND PRACTICE,
        PRESENTED AS A PART OF THE STD CLINICIAN TRAINING COURSE,
        CITY OF BALTIMORE, HEALTH DEPARTMENT, 1993 AND 1994.

        INTERPRETING LAB RESULTS, WORKSHOP SPONSORED BY RESOURCE APPLICATIONS, PRESENTED IN WASHINGTON, DC,
        NEW YORK CITY, BOSTON, TORONTO, MONTREAL, CALGARY, EDMONTON, VANCOUVER, LOS ANGELES AND SAN FRANCISCO, 1983, 1984 AND 1995.

        LABORATORY TESTS: INTERPRETATION AND IMPLICATIONS,
        PRESENTED AT TRITON COLLEGE, RIVER GROVE, ILLINOIS, JULY 11, 1987.