**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **VERONICA POLLARD,** *et al.*, | : |
| **Plaintiffs,** | : |
| v. | :    CIVIL NO. WDQ-02-764 |
| **UNITED STATES OF AMERICA,** *et al.*, | : |
| **Defendants.** | : |

...oOo...

**MOTION FOR ENLARGEMENT**
**OF TIME TO FILE A BILL OF COSTS**

The United States of America, by and through counsel, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an enlargement of time within which to file a Bill of Costs, and states the following:

1. On or about June 30, 2004, a final Order was entered in this case dismissing the claims against defendant United States of America. Accordingly, the time for the government to file its bill of costs is July 14, 2004.

2. The Office of the United States Attorney is preparing a report on its costs in this case to accurately list the costs it incurred in the litigation. Additional time is needed, however, to complete the task.

3. The office of the United States Attorney is also preparing its memorandum of law and accompanying affidavit for filing with its bill of costs as required by Local Rule 109 of the United States District Court for the District of Maryland. Additional time is needed, however, to complete these tasks.

4. The government's primary counsel in this case was on vacation until July 12, 2004, following the entry of the Court's June 30, 2004 Order in this case. Therefore, counsel was not available to immediately begin the task of preparing the government's bill of costs and supporting documents.

5. Plaintiff's counsel has been contacted and has no objection to this extension

WHEREFORE, the government respectfully prays for an Order extending the time through and including July 28, 2004, for the filing of the government's bill of costs.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: ___/s/_____
Larry D. Adams
Assistant United States Attorney
Bar No. 03118
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant's **Motion for Enlargement of Time to File Bill of Costs, and proposed Order** were mailed this 14th day of July 2004 to Lesley S. Zork, Esquire, Bruce J. Klores & Associates, 915-15th ST NW - 3rd Floor, Washington, DC 20006, and Peter R. Masciola, Esquire 601 Indiana Avenue, N.W., #603, Washington, DC 20004, attorneys for plaintiff.

    /s/
Larry D. Adams
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **VERONICA POLLARD,** *et al.*, | : |
| **Plaintiffs,** | : |
| v. | :   **CIVIL NO. WDQ-02-764** |
| **UNITED STATES OF AMERICA,** *et al.*, | : |
| **Defendants,** | : |

...oOo...

**ORDER**

Upon consideration of the Defendant's Motion for an Enlargement of Time and there being good cause therefore, it is this ____ day of July, 2004,

HEREBY ORDERED that the time for the government's response to the complaint BE and the SAME HEREBY IS extended through and including July 28, 2004.

_____
William D. Quarles, Jr.
United States District Court