IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, *et al.*,        :

    Plaintiffs,        :

v.        :    CIVIL NO. WDQ-02-764

UNITED STATES OF AMERICA, *et al.*,        :

    Defendants.        :

...oOo...

## MOTION FOR ENLARGEMENT OF TIME TO FILE A BILL OF COSTS

    The United States of America, by and through counsel, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an enlargement of time within which to file a Bill of Costs, and states the following:

    1. On or about June 30, 2004, a final Order was entered in this case dismissing the claims against defendant United States of America. Accordingly, the time for the government to file its bill of costs is July 14, 2004.

    2. The Office of the United States Attorney is preparing a report on its costs in this case to accurately list the costs it incurred in the litigation. Additional time is needed, however, to complete the task.

    3. The office of the United States Attorney is also preparing its memorandum of law and accompanying affidavit for filing with its bill of costs as required by Local Rule 109 of the United States District Court for the District of Maryland. Additional time is needed, however, to complete these tasks.