# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**VERONICA POLLARD,** *et al.,*                 :

    **Plaintiffs,**                 :

  **v.**                 :     **CIVIL NO. WDQ-02-764**

**UNITED STATES OF AMERICA,** *et al.,*     :

    **Defendants.**                 :

...oOo...

## AFFIDAVIT

1.  I, Larry D. Adams, am an Assistant United States Attorney for the District of Maryland served as the government's counsel in the captioned action.

2.  Attached to this Affidavit as Exhibit A is a summary of the costs identified as recoverable by prevailing defendant pursuant to the case law cited in the accompanying Memorandum of Law in Support of Bill of Costs.

3.  Defendants deposed plaintiff **Veronica Pollard** on June 6, 2002 at a cost of **$386.90** and **Sgt. Roosevelt Pollard** on April 29, 2003 at a cost of **$308.95.**  Defendant also deposed **Dr. Rebecca Zuurbier** on June 6, 2003 at a cost of **$339.42** (**DEPO $191.67, Transcript $147.75**), **Dr. Leroy Fleming Smith, Jr.** on June 10, 2003 at a cost of **$310.55, Dr. G. Peter Pushkas** on June 23, 2003 at a

cost of **$229.15, Dr. Arthur McTighe** on June 30, 2003 at a cost of **$1,161.15 (DEPO $836.55, Transcript $324.60), Dr. Gerald Sokol** on July 14, 2003 at a cost of **$655.33 (DEPO $333.33, Transcript $322.00), Dr. James Vincent Fiorica** on August 27, 2003 at a cost of **$248.90, Dr. Kenneth I. Fink** on November 24, 2003 at a cost of **$213.20, Dr. David Dodwell, clinical oncologist** at Leeds, United Kingdom on October 6, 2003 at a cost of **$963.22 (De Bene Esse DEPO/Transcript $320.83, Video DEPO $150.00, DEPO $492.39)** and **Dr. Cecily Quinn, Pathologist** at Dublin, Ireland on October 8, 2003 at a cost of **$1,020.23.** The total costs incurred by defendant related to these depositions was **$5,837.00.**

4. Plaintiff took twelve (12) depositions. Defendant was required to obtain copies of these deposition transcripts at the following costs: **Dr. Raj R. Gupta** was deposed on March 21, 2003 at a cost of **$370.95, Dr. David W. Sees** was deposed on March 28, 2003 in El Paso, Texas at a cost of **$221.10, Dr. Stephen D. Adams** was deposed in Augusta Georgia on March 31, 2003 at a cost of **$260.95, Dr. Moo Hwang** was deposed in Augusta, Georgia on May 19, 2003 at a cost of **$253.00, Dr. James J. Stark** was deposed in Portsmouth, Virginia on September 10, 2003 at a cost of **$355.05, Dr. Marc Lippman** was deposed in Ann Arbor, Michigan on October 1, 2003 at a cost of **$524.60, Dr. Robert G. Somers** was deposed in Philadelphia,

2

Pennsylvania at a cost of **$331.90, Helen Hodgkins, RN** (Program Official) was deposed on October 28, 2003 at a cost of **$271.00, Dr. David Lee Page** was deposed on October 29, 2003 at a cost of **$170.00, Dr. Cheryl Naulty** was deposed on November 20, 2003 at a cost of **$373.50, Ms. Ona Cates** was deposed on November 20, 2003 at a cost of **$317.05** and **Dr. Marc Lippman** was deposed in Harbor, Michigan on November 24, 2003 at a cost of **$162.60**. The total costs incurred by defendant related to this depositions was **$3,611.70.**

5. Charges for local travel, postage, telecopier, and attorney's fees are not included in the government's requests for costs.

6. The total costs incurred by defendants in defense of this matter and being sought in this Petition is **$9,448.70.**

7. I hereby certify that each of the expenses listed above was fully reasonable and necessary for the defense of this case which was concluded by the Court with a finding in favor of the defendant.

8. I am over the age of eighteen and competent to testify to the matters stated herein. The information stated in this Affidavit is true and accurate to the best of my knowledge, information, and belief.

3

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____

Larry D. Adams
Assistant United States Attorney
Bar No. 03118
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800

STATE OF MARYLAND          )
                           )     TO WIT:
COUNTY OF Baltimore        )

Subscribed and sworn to before me this 27th day of July, 2004.

_____
NOTARY PUBLIC

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, *et al.*,               :

    **Plaintiffs,**               :

  v.               :   **CIVIL NO. WDQ-02-764**

UNITED STATES OF AMERICA, *et al.*,   :

    **Defendants.**               :

...oOo...

### ORDER

On June 30, 2004, the claims filed by Plaintiff's Veronica Pollard, *et al.* against the United States of America were dismissed by this Court.

On July 15, 2004, counsel for defendant filed a Motion for Enlargement of time to file a Bill of Costs. Defendant's Motion for Enlargement of Time was granted on July 15, 2004. Defendant now files the Bill of Cost and Memorandum in support and Affidavit of counsel Larry D. Adams, verifying necessary and actual expenses pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920 in the amount of **$9,448.70**. Included in defendant's request is sufficient documentation. Thus, it appearing that the costs itemized in defendant's Bill of Costs and the documents accompanying defendant's Memorandum in Support of Bill of Costs were used in defense of this action, the undersigned shall tax all costs set out

therein.

Accordingly, costs are hereby awarded in favor of defendant and against plaintiff in the amount of **$9,448.70**.  The Clerk of the Court shall docket, and mail a copy of, this Order to all counsel of record.

Dated this ___ day of _____, 2004.


_____
Felicia C. Cannon, Clerk
United States District Court