# EXHIBIT A

Page 1

# EXHIBIT A
## SUMMARY OF COSTS INCURRED
# VERONICA POLLARD, *et al.* v. UNITED STATES OF AMERICA, *et al.*
## CIVIL NO. WDQ-02-764

| TYPE OF EXPENSE | PAID TO | AMT | DATE PAID | Form of Payment |
|---|---|---|---|---|
| Deposition transcript of Veronica Pollard | L.A.D. Reporting Company | 286.90 | 07-18-02 | Check #237-36735 |
| Videography Services for the Deposition | | 100.00 | 07-24-02 | Check #237-36761 |
| Deposition transcript of SGT. Roosevelt Pollard | Art Miller & Associates, Inc. | 308.95 | 06-13/03 | EFT* 30MD01702 |
| Deposition transcript of Dr. Rebecca Zuurbier | Art Miller & Associates, Inc. | 147.75 | 08/01/03 | EFT 30MD02159 |
| Deposition (1/3 of $575.00) | | 191.67 | 08/15/03 | EFT 30MD02304 |
| Deposition transcript of Dr. Leroy F. Smith, Jr. | Art Miller & Associates, Inc. | 310.55 | 08/01/03 | EFT 30MD02158 |
| Deposition transcript of Dr. G. Peter Pushkas | Art Miller & Associates, Inc. | 229.15 | 08/11/03 | EFT 30MD02157 |
| Deposition transcript of Arthur McTighe | Art Miller & Associates, Inc. | 324.60 | 08/15/03 | EFT 30MD02199 |
| Deposition (1/3 of $2,509.64) | | 836.55 | 08/15/04 | EFT 30MD02203 |
| Deposition transcript of Dr. Gerald Sokol | L.A.D. Reporting Company | 322.00 | 08/27/03 | EFT 30MD02344 |
| Deposition (1/3 of $999.99) | | 333.33 | 08/15/03 | EFT 30MD02335 |
| Deposition transcript of Dr. James Vincent Fiorica | Esquire Deposition Services | 248.90 | 10/16/03 | EFT 30MD02657 |
| Deposition transcript of Dr. Kenneth I. Fink | Brown Reporting, Inc. | 213.20 | 01/12/04 | EFT 40MD00634 |

| TYPE OF EXPENSE | PAID TO | AMT | DATE PAID | Form of Payment |
|---|---|---|---|---|
| Deposition transcript of Dr. David Dodwell<br><br>Video Deposition<br><br>Deposition (1/3 of $962.50) | John Larking Verbatim Reporter<br>CC Production Ltd (London)<br>Dr. David Dodwell | 492.39<br><br>150.00<br><br>320.83 | 04/27/04<br><br>01/21/04 | Check # 237-38147<br>Check # 221-16607290<br>Check# 2221-16607291 |
| Deposition/Video transcript of Dr. Cecily Quin | Doyle Court Reports (Ireland) | 1,020.23 | 02/16/04 | Billed in Euros Paid by Treasury 2508 OE4037 |
| Deposition transcript of Dr. Raj R. Gupta | L.A.D. Reporting Company | 370.95 | 06/05/03 | EFT 30MD01768 |
| Deposition transcript of Dr. David W. Sees | Keith & Miller Certified Court Reporters. | 221.10 | 04/16/03 | EFT 30MD01367 |
| Deposition transcript of Dr. Stephen D. Adams | Brown Reporting, Inc. | 260.95 | 05/28/03 | EFT 30MD01609 |
| Deposition transcript of Dr. Moo Hwang | L.A.D. Reporting Company | 253.00 | 07/24/03 | EFT 30MD02024 |
| Deposition transcript of Dr. James J. Stark | L.A.D. Reporting Company | 355.05 | 11/10/03 | EFT 40MD00142 |
| Deposition transcript of Dr. Marc Lippman | L.A.D. Reporting Company | 524.60 | 11/13/03 | EFT 40MD00269 |
| Deposition transcript of Dr. Robert G. Somers | L.A.D. Reporting Company | 331.90 | 12/19/03 | EFT 40MD00423 |
| Deposition transcript of Helen Hodgkins, NR | L.A.D. Reporting Company | 271.00 | 12/19/03 | EFT 40MD00422 |
| Deposition transcript of Dr. David Lee Page | L.A.D. Reporting Company | 170.00 | 12/19/03 | EFT 40MD00421 |
| Deposition transcript of Dr. Cheryl Naulty<br><br>Deposition transcript of Ona Cates | L.A.D. Reporting Company | 373.50<br><br>317.05 | 01/09/04 | EFT 40MD00633 |
| Deposition transcript of Dr. Marc Lippman Vol. II | L.A.D. Reporting Company. | 162.60 | 01/22/04 | EFT 40MD00629 |
| | **TOTAL** | **$9,448.70** | | |

*Electronic Fund Transfer