# EXHIBIT 1

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 70794 | 06/25/2002 | 01-94 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/06/2002 | HARTDA | |
| CASE CAPTION | | |
| Pollard -v- United States | | |
| TERMS | | |
| Due upon receipt | | |

2002 JUL 10 P 1:20

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard St. - U.S. Courthouse
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Veronica Pollard                       142 Pages              276.90
              Regular Delivery                                    10.00

                                  TOTAL   DUE   >>>>             286.90
```

For billing questions, please call (301) 417-6941.
Thank you for choosing us.  We appreciate your business.

**PAID** JUL 18 2002

TAX ID NO.: 52-1684455                                    (410) 209-4801

**U.S. DEPARTMENT OF JUSTICE #237**                                                          23736735

INVOICE REF : 70794

**U.S. DEPARTMENT OF JUSTICE #237**
JUSTICE MANAGEMENT DIVISION
TELEPHONE 410-209-4800
VOUCHER NO.

MELLON BANK, N.A.
PITTSBURGH, PA   15258
60-160-433

23736735
237-36735

DATE: 2002/07/18        AMOUNT: $286.90

PAY TO THE ORDER OF: TWO HUNDRED EIGHTY SIX 90/100

L.A.D. REPORTING COMPANY
1684 E. GUDE DRIVE
SUITE 201
ROCKVILLE    MD 20850

VOID AFTER 180 DAYS
NOT VALID OVER $10,000.00