# EXHIBIT 2

Visual Connections  
1100 Connecticut Avenue, N.W.  
Suite 850  
Washington, DC 20036  
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 70859 | 06/26/2002 | 06-242 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/06/2002 | KASEKA | |

**CASE CAPTION**

Pollard -v- United States

**TERMS**

Due upon receipt

Larry D. Adams, Esquire  
U.S. Department of Justice  
101 West Lombard St. - U.S. Courthouse  
Baltimore, MD 21201

```
Videography Services for the Depo of:
    Veronica Pollard
            VHS Tape(s)              2.00 Tapes           100.00

                         TOTAL   DUE   >>>>              100.00

For billing questions, please call (301) 762-8049.
Thank you for choosing us.  We appreciate your business.
```

TAX ID NO.: 52-2261752                                         (410) 209-4801

*Please detach bottom portion and return with payment.*

---

Larry D. Adams, Esquire  
U.S. Department of Justice  
101 West Lombard St. - U.S. Courthouse  
Baltimore, MD 21201

Invoice No.: 70859  
Date       : 06/26/2002  
**TOTAL DUE** :     100.00

Job No.   : 06-242  
Case No.  :  
Pollard -v- United States

Remit To:   **Visual Connections Remittance**  
**1684 East Gude Drive**  
**Suite 201**  
**Rockville, MD 20850**

**U.S. DEPARTMENT OF JUSTICE #237**                                    **23736761**

```
INVOICE REF : 70859
```

|  | | MELLON BANK, N.A.<br>PITTSBURGH, PA  15258<br>60-160-433 | **23736761**<br>237-36761 |
|---|---|---|---|



**U.S. DEPARTMENT OF JUSTICE #237**
JUSTICE MANAGEMENT DIVISION
TELEPHONE 410-209-4800
VOUCHER NO.

                                        DATE           AMOUNT
                                    2002/07/24         $100.00

PAY  ONE HUNDRED 00/100
TO THE
ORDER
OF   VISUAL CONNECTIONS REMITTANCE                 NON-NEGOTIABLE
     1684 EAST GUDE DRIVE                          VOID AFTER 180 DAYS
     SUITE 201                                     NOT VALID OVER $10,000.00
     ROCKVILLE          MD 20850