# EXHIBIT 3

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

Case 1:02-cv-00764-WDQ    Document 39-18    Filed 07/13/2004    Page 2 of 2

# Art Miller
## & ASSOCIATES, INC.
**COURT REPORTERS AND VIDEOGRAPHERS**
reporting@artmiller.com • www.artmiller.com

OFFICES IN: BALTIMORE, MARYLAND • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883
Tax ID No. 52-1694968

**P.O. Box 5337 • Baltimore, MD 21209**

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 7033 | 05/16/2003 | 02-5151 |

| DEPOSITION DATE | COURT REPORTER |
|---|---|
| 04/29/2003 | SMITSU |

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

**CASE NAME**
POLLARD V USA

**TERMS**
Due upon receipt

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| SGT. ROOSEVELT POLLARD | 125 Pages @ | 2.20/Page | 275.00 | ✓ |
| ASCII DISK | | | 5.00 | ✓ |
| MINISCRIPT | | | 20.00 | ✓ |
| DELIVERY FEES | | | 8.95 | ✓ |
| | TOTAL DUE >>>> | | 308.95 | |

RECEIVED—MAILROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND
2003 MAY 19 P 12: 13

PAID
6/13/03
30MD01702

*Please detach and return this portion with your payment*

**CLIENT**
LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

| | |
|---|---|
| Invoice No.: | 7033 |
| Date : | 05/16/2003 ✓ |
| **TOTAL DUE :** | **308.95** |

| | |
|---|---|
| Job No. : | 02-5151 |
| Case No. : | |
| POLLARD V USA | |

**PLEASE REMIT PAYMENT TO:**

Remit To:    Art Miller & Associates
             P.O. Box 5337
             Baltimore, MD 21209

We are now accepting    as your payment option!

SEE REVERSE SIDE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT. TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVOICE HANDLING FEE.