# EXHIBIT 4

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

# Art Miller & Associates, INC.

**COURT REPORTERS AND VIDEOGRAPHERS**
reporting@artmiller.com • www.artmiller.com
P.O. Box 5337 • Baltimore, MD 21209

OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883
Tax ID No. 52-1694968

*(stamp) '03 JUL -7 A 11:50 RECEIVED--MAILROOM U.S. ATTORNEY'S OFFICE BALTIMORE, MARYLAND*

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 7679 | 07/01/2003 | 02-5803 |
| **DEPOSITION DATE** | **COURT REPORTER** | |
| 06/06/2003 | KILGDI | |

**CASE NAME**

POLLARD V US OF AMERICA

**TERMS**

Due upon receipt

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    REBECCA ZUURBIER, M.D.                                138.80
       SHIPPING & HANDLING                                  8.95

                                    TOTAL DUE  >>>>       147.75 ✓
```

*See attached*

**PAID 8/1/03**
30M002159

*Please detach bottom portion and return with payment.*

**CLIENT**

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

| Invoice No.: | 7679 |
|---|---|
| Date : | 07/01/2003 |
| **TOTAL DUE** : | 147.75 ✓ |

| Job No. : | 02-5803 |
|---|---|
| Case No. : | |
| POLLARD V US OF AMERICA | |

**PLEASE REMIT PAYMENT TO:**

Remit To:   **Art Miller & Associates**
            **P.O. Box 5337**
            **Baltimore, MD 21209**

We are now accepting    as your payment option!
SEE REVERSE SIDE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT. TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVOICE HANDLING FEE.

INVOICE

TO: Joan Cerniglia-Lowensen

FROM: REBECCA A. ZUURBIER, M.D.

DATE 6/09/03

RE: Pollard Case

SERVICE: deposition

TIME: 1 hour

RATE: $575 / HOUR OR FRACTION THEREOF

TOTAL: $ 575 ÷ 3 = $191.67

PLEASE MAKE CHECKS PAYABLE TO:   REBECCA A. ZUURBIER, MD

PLEASE MAIL CHECKS TO:   REBECCA A. ZUURBIER, MD
                         1452 HARVEST CROSSING DR.
                         MCLEAN, VA 22101

Approved by:
Larry D. Adams

Date: 7/28/03

PAID
8/15/03
3OMD02304

JUN 10 2003

# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

TARA M. CLARY (MD)
ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
jclowensen@morganshelsby.com

June 11, 2003

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

Re: Veronica Pollard, et al v. Raj Gupta, M.D., et al
Our File No.: 375.02549

Dear Larry and Catherine:

Enclosed please find an invoice in the amount of $575.00 from Dr. Rebecca Zuurbier representing her deposition time in reference to the above-captioned case. Pursuant to our agreement, we are splitting the cost of Plaintiffs' expert deposition fees. **Please remit payment in the amount of $191.67 (1/3 of $575.00) directly to Dr. Zuurbier at your earliest convenience.**

Thank you for your attention to this matter.

Very truly yours,

Joan Cerniglia-Lowensen

JCL/jk
Enclosure
H:\JCL\Western Litigation - Pollard\l.adams.hanrahan.zuurbier.inv.061103.doc