# EXHIBIT 5

**Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control**

# Art Miller & ASSOCIATES, INC.
### COURT REPORTERS AND VIDEOGRAPHERS
reporting@artmiller.com • www.artmiller.com
P.O. Box 5337 • Baltimore, MD 21209

OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883
Tax ID No. 52-1694968

2003 JUL 09  A 11: 49

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

RECEIVED---MAILROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 7674 | 06/30/2003 | 02-5711 |
| **DEPOSITION DATE** | **COURT REPORTER** | |
| 06/10/2003 | LUCICA | |

**CASE NAME**

VERONICA POLLARD V UNITED STATES OF AME

**TERMS**

Due upon receipt

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   LEROY FLEMING SMITH, JR                                301.60
       SHIPPING & HANDLING                                  8.95
                                                         -------
                    TOTAL DUE >>>>                        310.55

See attached

PAID
8/1/03
70MD02158

---

*Please detach bottom portion and return with payment.*

**CLIENT**

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

Invoice No.: 7674
Date        : 06/30/2003 ✓
**TOTAL DUE** : 310.55 ✓

Job No.  : 02-5711
Case No. :
VERONICA POLLARD V UNITED STATES OF

**PLEASE REMIT PAYMENT TO:**

Remit To:   Art Miller & Associates
            P.O. Box 5337
            Baltimore, MD 21209

We are now accepting  as your payment option!
SEE REVERSE SIDE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT.
TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVOICE HANDLING FEE.