# EXHIBIT 6

# Art Miller & Associates, Inc.

**COURT REPORTERS AND VIDEOGRAPHERS**
reporting@artmiller.com • www.artmiller.com
P.O. Box 5337 • Baltimore, MD 21209

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control
OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883
Tax ID No. 52-1694968

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 7869 | 07/11/2003 | 02-5710 |

| DEPOSITION DATE | COURT REPORTER |
|---|---|
| 06/23/2003 | SMITMO |

**CASE NAME**

POLLARD VS GUPTA

**TERMS**

Due upon receipt

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| DR. G. PETER PUSHKAS | 220.20 |
| SHIPPING & HANDLING | 8.95 |
| **TOTAL DUE >>>>** | **229.15** |

2003 JUL 16 A 11:55
RECEIVED — MAILROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND

$91 pgs \times \$2.20 = \$200.20$
min-u-script + DISK   20.00
                     220.20
Shipping              8.95
                    $229.15

PAID
8/11/03
30M102157

*Please detach bottom portion and return with payment.*

**CLIENT**

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

**PLEASE REMIT PAYMENT TO:**

Remit To: Art Miller & Associates
P.O. Box 5337
Baltimore, MD 21209

| | |
|---|---|
| Invoice No.: | 7869 |
| Date : | 07/11/2003 |
| **TOTAL DUE :** | **229.15** |

| | |
|---|---|
| Job No. : | 02-5710 |
| Case No. : | |
| POLLARD VS GUPTA | |

We are now accepting VISA MasterCard DISCOVER as your payment option!
SEE REVERSE SIDE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT. TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVOICE HANDLING FEE.