# EXHIBIT 7

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

# Art Miller
## & ASSOCIATES, INC.
### COURT REPORTERS AND VIDEOGRAPHERS

reporting@artmiller.com • www.artmiller.com
P.O. Box 5337 • Baltimore, MD 21209

OFFICES IN BALTIMORE • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883

Tax ID No. 52-1694968

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 7954 | 07/15/2003 | 01-5955 |
| **DEPOSITION DATE** | | **COURT REPORTER** |
| 06/30/2003 | LUCICA | |
| | **CASE NAME** | |
| | POLLARD VS USA | |
| | **TERMS** | |
| | Due upon receipt | |

*RECEIVED--MAILROOM*
*U.S. ATTORNEY'S OFFICE*
*BALTIMORE, MARYLAND*

*'06 JUL 22 A 11:27*

LARRY ADAMS, ESQUIRE
U.S. ATTORNEY'S OFFICE
101 W. LOMBARD STREET
BALTIMORE, MD 21201

ORIGINAL TRANSCRIPT OF:
   DR. ARTHUR MCTIGHE                 315.65
       SHIPPING & HANDLING            8.95

TOTAL DUE  >>>>    324.60

*See Attached*

*PAID 8-15-03*
*30MD002199*

52-1694968

*2.25 - 220*

---

*Please detach bottom portion and return with payment.*

### CLIENT

**LARRY ADAMS, ESQUIRE**
**U.S. ATTORNEY'S OFFICE**
**101 W. LOMBARD STREET**
**BALTIMORE, MD 21201**

| | |
|---|---|
| Invoice No.: | 7954 |
| Date     : | 07/15/2003 |
| **TOTAL DUE** : | **324.60** |

| | |
|---|---|
| Job No.   : | 01-5955 |
| Case No.  : | |
| POLLARD VS USA | |

### PLEASE REMIT PAYMENT TO:

Remit To:   **Art Miller & Associates**
           **P.O. Box 5337**
           **Baltimore, MD 21209**

We are now accepting   as your payment option!

SEE REVERSE SIDE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT. TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVOICE HANDLING FEE.

**Arthur H. McTighe, M.D.**
**103 Fay Lane**
**Lewisburg, Pennsylvania 17837**
**July 3, 2003**

To: Lesley S. Zork, Esq.
    Bruce J. Klores & Associates
    915 Fifteenth Street, N.W.
    Third Floor
    Washington, D.C. 20005


Re:   Veronica Pollard


**For Professional Services ($250/hour):**                                **$2375.00**

    Deposition 6/30/2003:
    Travel time to and from
    Washington, DC and
    the deposition
    (9.5 hours)                    $2375.00


**Expenses:**                                                            **$134.64**

    Mileage:
    396 miles x 0.34/mile              $134.64

**PAID**
8/15/03
30M002303

**Total Fee:**                                                           **$2509.64**

Pursuant to our agreement in this case, payment is being split three ways.
Please remit payment in the amount of $836.55.

Social Security # 181348862                                Thank you

Approved by:
Larry D. Adams                                             7/23/03
                                                           Date