# EXHIBIT 8

L.A.D. Reporting Company
1684 East Gude Drive
Suite 201
Rockville, MD 20850
(301) 762-8282   Fax (301) 762-0606

2003 AUG -5 A 11: 23

RECEIVED -- MAILROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 93572 | 07/31/2003 | 10-19024 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/14/2003 | SANDRA | WDQ-02-764 |
| CASE CAPTION ||| 
| Pollard, et al -v- Gupta, M.D., et al. |||
| TERMS |||
| Due upon receipt |||

ORIGINAL TRANSCRIPT OF:
    Gerald Sokol, M.D.
        Regular Delivery

96 Pages @ 3.25          312.00
                          10.00

                TOTAL DUE >>>>    322.00

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

PAID
8/27/03
30MD02344

TAX ID NO.: 52-1684455                     (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 93572
Date       : 07/31/2003
**TOTAL DUE** :    322.00

Job No.  : 10-19024
Case No. : WDQ-02-764
Pollard, et al -v- Gupta, M.D., et a

Remit To:   L.A.D. Reporting Company
            1684 East Gude Drive
            Suite 201
            Rockville, MD 20850

# BRUCE J. KLORES & ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**BRUCE J. KLORES**
(D.C., MD., VA.)
**RICHARD J. FOGELSON, EMT-CT**
(D.C., MD., VA., CO.)
**LESLEY S. ZORK, R.N.**
(D.C., MD.)
**PATRICIA C. KARPPI**
(D.C., VA.)
**AMY D. BERK, R.N., MSN**
(NURSE CONSULTANT)

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TELECOPIER (202) 628-1240
TOLL FREE 1 (877) 223-3688
www.klores.com

VIRGINIA OFFICE

1700 NORTH MOORE STREET
SUITE 1010
ARLINGTON, VIRGINIA 22209
(703) 519-0789

July 16, 2003

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re: **Veronica Pollard, et al. v. United States of America**

Dear Mr. Adams:

You will please remember that each defendant was to pay Dr. Gerald Sokol $333.33 at the time of his deposition. Because you were not able to obtain a check from the Government that quickly, we have paid your share of the doctor's deposition fee. Therefore I would ask that when you submit this bill for payment, the check be made payable to our firm.

Our tax identification number is 52-1800985.

Thank you for your attention to this request.

Very truly yours,

BRUCE J. KLORES & ASSOCIATES, P.C.

Prudence Mackenzie
Office Manager

1606\l-adams.sokolfee

Approved:
Larry D. Adams        Date 7/28/03

PAID
8/15/03
30MD02335