# EXHIBIT 9

# ESQUIRE DEPOSITION SERVICES
**A HOBART WEST COMPANY**

ESQUIRE DEPOSITION SERVICES (N)
2003 SEP 18 A 11:01
Tax ID # 22-3779684     557229     LAC C01
A Hobart West Company
101 E Kennedy Blvd #1080 Tampa, Fl 33602
(813) 221-2535

**To:**
UNITED STATES ATTORNEY'S OFFICE
6625 U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

ATTN : LARRY ADAMS, ESQ.     Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 434675EFL | 09/15/03 |

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
POLLARD, VERONICA VS. GUPTA, RAJ, M.D.

SERVICES PROVIDED ON 08/27/03:
JAMES VINCENT FIORICA, M.D.     1- 78     78 PGS @ $2.35     183.30  1CC

ASCII OR CONDENSED TRANSCRIPT     15.00
EXHIBITS & TABS   39 exhibits, 7 tabs     46 @ $0.50     23.00
JOB SITE: TAMPA, FL
HANDLING     20.00
SHIPPED UPS     7.60
THANK YOU

PAID
10/16/03
30M002657

BALANCE DUE     TOTAL     248.90     Thank You!
(We accept VISA, MasterCard & American Express cards)

For Invoice Questions,
Please Call
(800)584-3500
Fax (954) 733-5978

Please detach and send with payment     Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES LLC**
P. O. BOX 37204
BALTIMORE, MD 21297-3204
Tax ID # 22-3779684

JOB: 557229   TOT: $248.90
INVOICE #: 434675EFL
DATE: 09/15/03

UNITED STATES ATTORNEY'S OFFICE
Attn: LARRY ADAMS, ESQ.
6625 U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MD 21201



ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY