# EXHIBIT 10

BROWN REPORTING, INC.
513 ELLIS STREET
AUGUSTA, GA 30901
(706) 724-2778   Fax (706) 724-5513

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 363335 | 12/16/2003 | 02-160984 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/24/2003 | HOLLGI | A02CV764 |
| CASE CAPTION | | |
| Veronica Pollard vs. The United States of America | | |
| TERMS | | |
| Net 30 | | |

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kenneth I. Fink, M.D.                                              213.20

*See attached*

                                        TOTAL   DUE   >>>>          213.20

PAID
1/12/04
4OMD00634

TAX ID NO.: 58-1306094

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

Invoice No.: 363335
Date       : 12/16/2003
**TOTAL DUE** :   213.20

Job No.  : 02-160984
Case No. : A02CV764
Veronica Pollard vs. The United Stat

Remit To:   BROWN REPORTING, INC.
            513 ELLIS STREET
            AUGUSTA, GA 30901

Safeguard

BROWN REPORTING, INC.
513 ELLIS STREET
AUGUSTA, GA 30901
(706) 724-2778   Fax (706) 724-5513

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 363335 | 12/16/2003 | 02-160984 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/24/2003 | HOLLGI | A02CV764 |

| CASE CAPTION |
|---|
| Veronica Pollard vs. The United States of America |

| TERMS |
|---|
| Net 30 |

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kenneth I. Fink, M.D.           84 Pages @   2.30/Page     193.20
       FEDEX - 2D                                              20.00

                                   TOTAL DUE  >>>>            213.20

TAX ID NO.: 58-1306094

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

Invoice No.: 363335
Date        : 12/16/2003
**TOTAL DUE** :    213.20

Job No.  : 02-160984
Case No. : A02CV764
Veronica Pollard vs. The United Stat

Remit To:  BROWN REPORTING, INC.
           513 ELLIS STREET
           AUGUSTA, GA 30901