# EXHIBIT 11

# JOHN LARKING
## VERBATIM REPORTERS

SUITE 91
TEMPLE CHAMBERS
3-7 TEMPLE AVENUE
LONDON EC4Y OHP
ENGLAND

*Tel: 011 44 171 404 7464*
*Fax: 011 44 171 404 7443*

*VAT Reg No: 503 6842 58*

APPROVED FOR PAYMENT
THIRD PARTY DRAFT PAYMENT
Draft Number 237-38147
Date Paid 4/27/04

To: Larry Adams
Asistant United states Attorney
United States Attorney's Office
6625 US Courthouse
101 West Lombard Street
Baltimore
Maryland 21201 USA
001 410 209 4801
Lary.Adams@usdoj.gov

Our Ref: jl/38968/ca
Date: 15th March 2004
Invoice No: **38968**
Your Ref: Dr Dodwell

## INVOICE

| | |
|---|---:|
| **Veronica Pollard v Raj R Gupta, MD** <br> **held at the BUPA Hospital, Leeds, England on 6th October 2003** <br><br> To: Providing a Stenographer to travel and attend at the above location and provide a copy of the transcript of the deposition of Dr David Dodwell on 6th October and sending the Discovery and De Bene Esse transcripts Minuscript copies and Word Index, Exhibits and ASCII file by FedEx to you on 6th November: <br><br> Discovery Transcript: <br> 6th October 2003: David Dodwell: 84 pages @ $2.50: $210.00 <br> De Bene Esse Transcript: <br> 6th October 2003: David Dodwell: 48 pages @ $2.50: $120.00 <br><br> Word Index: 2 @ $15.00: $30.00 <br> ASCII file: 2 @ $9.00: $18.00 <br><br> Exhibits: <br> David Dodwell: A4 Exhibits 1-10+dbe Ex1: 90 pages @ $0.40: $36.00 <br> David Dodwell: A3 Exhibits 4 pages @ $1.10: $4.40 <br> FedEx courier charge 6th November: £33.33 @ $1.80: $59.99 | <br><br><br><br><br><br><br><br><br><br> $210.00 <br><br> $120.00 <br><br> $30.00 <br> $18.00 <br><br><br> $36.00 <br> $4.40 <br> $59.99 |
| **SUB TOTAL** : | $478.39 |
| **VAT @ 0%** : | $0.00 |

| | |
|---|---:|
| SUB-TOTAL INVOICE : | $478.39 |
| $ BANK CHARGE: | $14.00 |
| **TOTAL:** | **$492.39** |

For Electronic Transfer:  Invoice Number:     38968

Please make payment direct to our account:

| | |
|---|---|
| Amount: | $492.39 |
| Account name: | JA & SC LARKING BUSINESS A/C |
| BANK: | Lloyds TSB |
| Branch: | Haslemere Surrey England |
| Sort Code: | 30-93-94 |
| Account Number: | 0904624 |

Please fax remittance advice when payment is made electronically to +44 1428 661870

and please quote our invoice number.  Thank you.

**U.S. DEPARTMENT OF JUSTICE #237**

23738147

237-38147

4OMDC1446

USAMD

---

**U.S. DEPARTMENT OF JUSTICE #237**
JUSTICE MANAGEMENT DIVISION
TELEPHONE 410-209-4800
VOUCHER NO.

23738147
237-38147

MELLON BANK, N.A.
PITTSBURGH, PA  15258
60-160-433

DATE  2004/04/27

AMOUNT  $492.39

VOID AFTER 180 DAYS
NOT VALID OVER $10,000.00

PAY TO THE ORDER OF
FOUR HUNDRED NINETY TWO 39/100
JOHN LARKING
VERBATIM REPORTERS
SUITE 91, TEMPLE CHAMBERS
3-7 TEMPLE AVENUE
LONDON EC4Y-OHP
GREAT BRITAIN

NON-NEGOTIABLE



*4 m DCv 964*
*Payment Returned*
*1-6-04*

# CC Production Ltd

59 Chesson Road
London W14 9QS
Phone + 44 20 7381 5120  E-Fax + 44 870 163 8378

E-Mail: ccproduction@european-video.com

**Invoice No.** 683-LA

**INVOICE FOR VIDEO SERVICES**

**Customer**
Name: Larry Adams
Company: Assistant US Attorney, US Attorney's office
Address: 6625 US Courthouse, 101 West Lombard Street
City: Baltimore   State: MA   ZIP: 21201
Country: USA
Phone: 410 209 4800   Fax: 410 962 2310

Date: October 14, 2003

Case No
In the Matter of: **Veronica Pollard et al - Versus- Raj R. Gupta, M.D. et al**

| Date | Hours / Units | Service | Price US$ per Hours / Units | Extension |
|---|---|---|---|---|
| October 6, 2003 | 3 | VHS Sub-Master in the video depositon of Mr David Dodwell | $50.00 | $150.00 |
| | | | SUBTOTAL | $150.00 |
| | | | 17.5% VAT | Not applicable |
| | | | **TOTAL US$** | **$150.00** |

Despatched on: 10/23/03
via Fed Ex Airway Bill No:   7916 9933 1930

No. of Tapes: 3
No. of Cds: 0

**Payment**
Make cheques payable to CC Production Ltd
Payment due   IMMEDIATE

Registered office: LISON HOUSE, 173 WARDOUR STREET, LONDON W1F 8WT

