# EXHIBIT 12

# DOYLE
## COURT REPORTERS LTD.

INVOICE

Our Ref:  JAC/45

Your Ref:

No. 03309

Larry Adams, Esq.,
Assistant United States Attorney,
6625 U.S. Court House,
101 West Lombard Street,
Baltimore,
Maryland 21201.

Date: 11 December 2003.

Re:    Pollard, et al -v- United States – Deposition Hearing in Ireland.

To fee for the attendance of court reporter at the above named hearing on 8 October, 2003 and to supplying transcript as follows:-

| | |
|---|---|
| Attendance Fee | € 171.41 |
| Videographer Fee | € 250.00 |
| Transfer from PAL to NTSC VHS | € 50.00 |
| Transcript: | |
| 149 Folios @ €2.15 | € 320.35 |
| Fedex Charge | € |
| **Total Amount Due** (Euro's) | **€ 791.76** |

Terms: BY RETURN.

Please return invoice if receipt is required.

| Code 21% | Code 0% | V.A.T. |
|---|---|---|
| € --------- | € 791.76 | € ----- |

THIS TRANSCRIPT IS NOW READY AND WILL BE FORWARDED TO YOU UPON RECEIPT OF YOUR CHEQUE IN THE ABOVE AMOUNT.

*Transcript Received 12-17-03*

---

Managing Director: Ms Aoife Ni Fhearghail
Company Registration Number 329833
VAT Number IE6349833A

2 Arran Quay, Dublin 7.
Tel: (01) 872 2833  Fax: (01) 872 4486

E-Mail: info@doylecourtreporters.com
Web: www.doylecourtreporters.com

```
Page:     1              CORS2 YREGDOC DRILL DOWN REPORT       Date: 04/27/04  16.07.38
                     As Of 04/26/2004 For Report Month 200404


MTH  SOC  S   DATE      BATCH    VOUCH  FSOC  PAY ACTCLASS  TC   FUND OMF   UNDELIVERED     DELIVERED       PAYMENTS   L
---- ---- -  --------  --------  ------ ----  --------------- ---- ---- ---- -------------  -------------- -------------- -
YREGDOC: 4371371 ADAMS 2002V00315
---------------------------------------------------------------------------------------------------------------------------
0312 2508 F 04/01/08  USAMD11    04/01/08 OBL.---.PGM:DEF PRJ:NA RCN:NA
                                          0E4037          0      E  CI                          791.76                   O
                                          OBL.---.PGM:DEF PRJ:NA RCN:NA
                                          0E4037          0      E  CI                          258.24                   O
             04/04/23 USAMD9     04/04/23 OBL.---.PGM:DEF PRJ:NA RCN:NA
                                          0E4037          0      E  CI                                                   F

*TOTAL OBLMONTH 0312
                                                                                              1,050.00


YREGDOC: 4371371 FOREIGN SERVICE
---------------------------------------------------------------------------------------------------------------------------
0312 2508 P 04/04/05 INTERGOV J01311083 IGTFOREIGN SERVICE-- PGM:NA   PRJ:NA    RCN:NA
             PAYDATE: 04/02/16   2508 0E4037          3025  E                                                    1,020.23 P

*TOTAL YREGDOC 4371371
                                                                                              1,050.00      1,020.23

---------------------------------------------------------------------------------------------------------------------------
```