# EXHIBIT 13

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 86334 | 04/03/2003 | 01-12163 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/21/2003 | WALLBE | |

**CASE CAPTION**

Pollard -v- United States

**TERMS**

Due upon receipt

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard St.,
U.S. Courthouse
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Raj R. Gupta, M.D.
        EXHIBITS            141 Pages @ $.25           35.25
        Transcript          167.00 pgs @ $1.95        325.65
        Regular Delivery                               10.05

                        TOTAL   DUE   >>>>            370.95
```

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

TAX ID NO.: 52-1684455                                  (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard St.,
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 86334
Date       : 04/03/2003
**TOTAL DUE** :   370.95

Job No.  : 01-12163
Case No. :
Pollard -v- United States

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**