# EXHIBIT 14

**Keith & Miller Certified Court Reporters**
100 N. Stanton
Suite 1320
El Paso, Texas 79901

| | |
|---|---|
| INVOICE NO. : | 39172 |
| INVOICE DATE: | 3/28/2003 |
| REPORTER: | JOHN EBY |

Larry A. Adams
United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

ID#: 74-2234508

*Pollard Veronica et al*
*United States of America*
28653-C

| Date | Description | Amount |
|---|---|---|
| 3/28/2003 | Copy of David W. Sees, M.D. | |
| 3/28/2003 | Condensed Format | |
| 3/28/2003 | E-trans | |
| 3/28/2003 | Index | *See attached* |
| 3/28/2003 | Administrative fee | |
| 3/28/2003 | Ups Charge | |
| | | 221.10 |
| | **Total Amount Due** | 221.10 ✓ |

**10% Discount if paid within 30 days**
**We Accept Visa & MasterCard**
For Questions Regarding This Invoice Call 915-533-7108

PAID
4/16/03
30MD01367

**Keith & Miller Certified Court Reporters**
100 N. Stanton
Suite 1320
El Paso, Texas 79901

INVOICE NO.: 39172
INVOICE DATE: 3/28/2003
REPORTER: JOHN EBY

Larry A. Adams
United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

ID#: 74-2234508

*Pollard Veronica et al*
*United States of America*
28653-C

| Date | Description | Amount |
|---|---|---|
| | | 122.50 |
| 3/28/2003 | Copy of David W. Sees, M.D.  70 pgs @ $1.75 per pg | 25.00 |
| 3/28/2003 | Condensed Format | 25.00 |
| 3/28/2003 | E-trans | 3.60 |
| 3/28/2003 | Index  9 pgs @ $.40 per page | 10.00 |
| 3/28/2003 | Administrative fee | 35.00 |
| 3/28/2003 | Ups Charge | |
| | | 221.10 |
| | **Total Amount Due** | 221.10 |

**10% Discount if paid within 30 days**
We Accept Visa & MasterCard
For Questions Regarding This Invoice Call 915-533-7108

**Keith & Miller Certified Court Reporters**
100 N. Stanton
Suite 1320
El Paso, Texas 79901

Larry A. Adams
United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

INVOICE NO. :     41394
INVOICE DATE:     10/23/2003
REPORTER:

ID#   74-2234508

Pollard Veronica et al
United States of America
28653-C

| Date | Description | | |
|---|---|---|---|
| 3/28/2003 | Copy of David W. Sees, M.D. | 70 pgs @ $1.75 = | $122.50 |
| 3/28/2003 | Condensed Format | | 25.00 |
| 3/28/2003 | E-trans | | 25.00 |
| 3/28/2003 | Index | 9 pgs @ .40 = | 3.60 |
| 3/28/2003 | Administrative fee | | 10.50 |
| 3/28/2003 | Ups Charge | | 35.00 |



PAID
12/15/03
40MP00418

Sub Total      221.10
Paid             0.00
Balance Due    221.10

**10% Discount if paid within 30 days**
**We Accept Visa & MasterCard**
**For Questions Regarding This Invoice Call 915-533-7108**

