# EXHIBIT 15

BROWN REPORTING, INC.
513 ELLIS STREET
AUGUSTA, GA 30901
(706) 724-2778   Fax (706) 724-5513

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 348866 | 04/29/2003 | 02-151097 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/31/2003 | HOLLGI | S02264 |
| CASE CAPTION | | |
| Pollard vs. United States | | |
| TERMS | | |
| Net 30 | | |

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Stephen D. Adams, M.D.                                  260.95

                              TOTAL   DUE  >>>>             260.95

***MIN-U-SCRIPT - FREE***
***DISKETTE - FREE***
```

*See Attached*

**PAID**
5/28/03
30MD01609

TAX ID NO.: 58-1306094

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

Invoice No.: 348866
Date       : 04/29/2003
**TOTAL DUE** :   260.95

Job No.  : 02-151097
Case No. : S02264
Pollard vs. United States

Remit To:   BROWN REPORTING, INC.
            513 ELLIS STREET
            AUGUSTA, GA 30901

Safeguard

BROWN REPORTING, INC.
513 ELLIS STREET
AUGUSTA, GA 30901
(706) 724-2778   Fax (706) 724-5513

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 348866 | 04/29/2003 | 02-151097 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/31/2003 | HOLLGI | S02264 |

| CASE CAPTION |
|---|
| Pollard vs. United States |

| TERMS |
|---|
| Net 30 |

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:           104 Pages @    2.30/Page     239.20
   Stephen D. Adams, M.D.                      7 Pages @     .25/Page       1.75
                 EXHIBITS                                                  20.00
                 FEDEX - 2D                                                 n/c
                 DISKETTE - ASCII                                        --------
                                            TOTAL   DUE  >>>>             260.95


***MIN-U-SCRIPT - FREE***
***DISKETTE - FREE***
```

TAX ID NO.: 58-1306094

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard St.
Baltimore, MD 21201

Invoice No.: 348866
Date       : 04/29/2003
TOTAL DUE  :    260.95

Job No.  : 02-151097
Case No. : S02264
Pollard vs. United States

Remit To:  BROWN REPORTING, INC.
           513 ELLIS STREET
           AUGUSTA, GA 30901