# EXHIBIT 16

L.A.D. Reporting Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91077 | 06/19/2003 | 07-15954 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/19/2003 | BROWAU | |

| CASE CAPTION |
|---|
| Pollard -v- United States |
| TERMS |
| Due upon receipt |

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard St.,
U.S. Courthouse
Baltimore, MD 21201

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Moo Hwang, M.D.
      Transcript              90.00 X $2.70 per pg       243.00
      Regular Delivery                                     10.00

                                   TOTAL DUE >>>>        253.00

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

Deposition took place in August, GA

**PAID**
7/24/03
30MD02024

(Faxed) E-Mailed / Duplicate Original Invoice
Certified Proper for Payment

_Signature_   6-30-03
              Date

TAX ID NO.: 52-1684455

(410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard St.,
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 91077
Date       : 06/19/2003
**TOTAL DUE** :    253.00

Job No.  : 07-15954
Case No. :
Pollard -v- United States

Remit To:   L.A.D. Reporting Company
            1684 East Gude Drive
            Suite 201
            Rockville, MD 20850

never paid
6-27-03

TOTAL P.02