# EXHIBIT 17

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

*Faxed per my request for invoice.*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 97730 | 10/08/2003 | 01-20697 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/10/2003 | TAYLVA | S-02-764 |

**CASE CAPTION**

Pollard, et al -v- United States

**TERMS**

Due upon receipt

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

1 CERTIFIED COPY OF TRANSCRIPT OF:
  James J. Stark, M.D.
     Transcript
     Regular Delivery

138.00 pg X 2.50 ea                    345.00
                                        10.05

                    TOTAL DUE >>>>     355.05
                    AFTER 11/07/2003 PAY   390.56

Deposition held in Portsmouth, Virginia

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

PAID
11/10/03
40M000142

(Faxed)/ E-Mailed / Duplicate Original Invoice
Certified Proper for Payment

_____  10-21-03
Signature                    Date

TAX ID NO.: 52-1684455                        (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.   : 97730
Date          : 10/08/2003
**TOTAL DUE**   :   355.05
AFTER 11/7/2003 PAY : 390.56

Job No.    : 01-20697
Case No.   : S-02-764
Pollard, et al -v- United States

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**

TOTAL P.02