# EXHIBIT 18

L.A.D. Reporting Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 98896 | 10/21/2003 | 07-23441 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/01/2003 | BIEN | S-02-764 |

2003 NOV -3 A 11:05

**CASE CAPTION**

Pollard, et al -v- United States

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

**TERMS**

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Marc Lippman, M.D.
        Transcript              166.00 @ 3.10 per pg         514.60
        Regular Delivery                                      10.00

                          TOTAL   DUE   >>>>                 524.60
                          AFTER 11/20/2003 PAY               577.06

Deposition held in Ann Arbor, Michigan

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.
```

PAID
11-13-03
40 MDCC269

TAX ID NO.: 52-1684455                             (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

```
Invoice No. : 98896
Date        : 10/21/2003
TOTAL DUE   :     524.60
AFTER 11/20/2003 PAY : 577.06

Job No.     : 07-23441
Case No.    : S-02-764
Pollard, et al -v- United States
```

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**