# EXHIBIT 19

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 100165 | 11/15/2003 | 01-24661 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/28/2003 | FIRSCY | S-02-764 |

| CASE CAPTION |
|---|
| Pollard, et al -v- United States |

| TERMS |
|---|
| Due upon receipt |

2003 NOV 24 P 12:02

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Robert G. Somers, M.D.
        Transcript            111.00 @  2.90           321.90
        Regular Delivery                                 10.00

                              TOTAL DUE  >>>>          331.90 ✓
                              AFTER 12/15/2003 PAY     365.09

Deposition held in Philadelphia, Pennsylvania

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.
```

PAID
12/19/03
40MDC0423

TAX ID NO.: 52-1684455                           (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 100165
Date       : 11/15/2003
**TOTAL DUE** : 331.90 ✓
AFTER 12/15/2003 PAY : 365.09

Job No.  : 01-24661
Case No. : S-02-764
Pollard, et al -v- United States

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**