# EXHIBIT 20

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

RECEIVED NOV 24 2003

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 100320 | 11/17/2003 | 01-24515 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/28/2003 | FEFEBE | S-02-764 |

**CASE CAPTION**

Pollard, et al -v- United States

**TERMS**

Due upon receipt

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

1 CERTIFIED COPY OF TRANSCRIPT OF:
　Helen Hodgkins
　　Regular Delivery

116 Pages @ $2.25                    261.00
                                      10.00

**TOTAL DUE >>>>**                   271.00 ✓

AFTER 12/17/2003 PAY                 298.10

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

PAID
12/19/03
40MD00422

TAX ID NO.: 52-1684455                               (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

---

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 100320
Date       : 11/17/2003
**TOTAL DUE** :     271.00 ✓
AFTER 12/17/2003 PAY : 298.10

Job No.  : 01-24515
Case No. : S-02-764
Pollard, et al -v- United States

Remit To:　**L.A.D. Reporting Company**
　　　　　**1684 East Gude Drive**
　　　　　**Suite 201**
　　　　　**Rockville, MD 20850**