# EXHIBIT 21

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

RECEIVED NOV 2 4 200:

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 100252 | 11/15/2003 | 24-24321 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/29/2003 | VOWE | S-02-CV-764 |

**CASE CAPTION**

Pollard, et al -v- United States

**TERMS**

Due upon receipt

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

1 CERTIFIED COPY OF TRANSCRIPT OF:
   David Lee Page, M.D.
      Transcript          64.00 @ $2.50                160.00
      Regular Delivery                                  10.00

                        **TOTAL DUE  >>>>**           170.00
                        AFTER 12/15/2003 PAY           187.00

Deposition held in Nashville, Tennessee

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

PAID
12/19/03
40MP00421

TAX ID NO.: 52-1684455                    (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.:  100252
Date       :  11/15/2003
**TOTAL DUE** :      170.00
AFTER 12/15/2003 PAY : 187.00

Job No.   :  24-24321
Case No.  :  S-02-CV-764
Pollard, et al -v- United States

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**