# EXHIBIT 22

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 101477 | 12/04/2003 | 01-26044 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/20/2003 | BOSLJE | S-02-764 |
| CASE CAPTION | | |
| Pollard, et al -v- United States | | |
| TERMS | | |
| Due upon receipt | | |

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Cheryl Naulty, M.D.                166 Pages x $2.55              373.50
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ona Cates                          130 Pages x $2.55              292.50
        EXHIBITS                        58 Pages x .25                 14.50
        Regular Delivery                                               10.05

                                       TOTAL   DUE   >>>>              690.55
                                       AFTER 01/03/2004 PAY            759.61
```

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.

PAID
1/9/04
40M00633

TAX ID NO.: 52-1684455                              (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

---

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 101477
Date        : 12/04/2003
**TOTAL DUE** :    690.55
AFTER 1/3/2004 PAY : 759.61

Job No.  : 01-26044
Case No. : S-02-764
Pollard, et al -v- United States

Remit To:   L.A.D. Reporting Company
            1684 East Gude Drive
            Suite 201
            Rockville, MD 20850