# EXHIBIT 23

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 102651 | 12/18/2003 | 24-25074 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/24/2003 | BIEN | S-02-764 |

| CASE CAPTION |
|---|
| Pollard, et al -v- United States |
| **TERMS** |
| Due upon receipt |

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Marc Lippman, M.D., Vol. II
            Transcript              46.00 x $3.10 ea        142.60
            Photocopying of Exhibits 40.00 Pages x $.25 ea    10.00
            Regular Delivery                                  10.00

                        TOTAL  DUE  >>>>                     162.60
                    AFTER 01/17/2004 PAY                     178.86

Deposition held in Ann Arbor, Michigan

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.
```

PAID 1/22/04
40M00629

TAX ID NO.: 52-1684455                             (410) 209-4801   Fax (410) 962-2310

*Please detach bottom portion and return with payment.*

Larry D. Adams, Esquire
U.S. Department of Justice - Finance Office
101 West Lombard Street
U.S. Courthouse
Baltimore, MD 21201

Invoice No.: 102651
Date        : 12/18/2003
**TOTAL DUE** : 162.60
AFTER 1/17/2004 PAY : 178.86

Job No.   : 24-25074
Case No.  : S-02-764
Pollard, et al -v- United States

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**