**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Thomas M. DiBiagio*  *United States Attorney*  *Larry D. Adams*  *Assistant United States Attorney* | *6625 United States Courthouse*  *101 West Lombard Street*  *Baltimore, Maryland 21201-2692* | *410-209-4800*  *TTY/TDD:410-962-4462*  *410-209-4801*  *FAX 410-962-2310*  *Larry.Adams@usdoj.gov* |

August 2, 2004

The Honorable William D. Quarles
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: Pollard v. Gupta, United States and Humana Healthcare
       Civil No: WDQ 02-764

Dear Judge Quarles:

    We have carefully reviewed the motion for reconsideration recently filed by the plaintiffs. Given the extensive briefing in this case, the clarity of the Court's opinion and plaintiff's rehash of previous arguments, we see no reason to file an opposition.

    Naturally, if the Court has any questions counsel is available at the Court's convenience.

                       Very truly yours,

                         Thomas M. DiBiagio
                       United States Attorney


                       By:_____/s/_____
                         Larry D. Adams
                         Assistant United States Attorney

```
cc:
Lesley S. Zork, Esq.
915 15th Street, N.W. , Third Floor
Washington, D.C. 20005

Joan Cerniglia-Lowensen, Esq.
Morgan, Shelsby, Carlo, Downs & Everton
4 North Park Drive, #404
Hunt Valley, Md.  21030

Catherine A. Harahan, Esq.
Wilson, Elser, Moskowitz, Edelman and Dicker
1341 G Street, N.W.   5th Floor
Washington, D.C. 20005-3105
```