August 9, 2004

**VIA ELECTRONIC FILING**
The Honorable William D. Quarles, Jr.
United States District Judge
United States District Court for
the District of Maryland
101 West Lombard Street
Room 8B
Baltimore, Maryland 21201

    Re:    **Veronica Pollard, et al v. Raj Gupta, M.D., et al**
             **Case No.: WDQ-02-764**

Dear Judge Quarles:

    I am writing to request that the United States' *Motion for Costs* that was filed on July 28, 2004, be stayed until after the Court has ruled on Plaintiff's *Motion for Reconsideration, or in the Alternative to Vacate the Court's June 30, 2004 Order Dismissing Claims Against the United States*. We would further request that in the event that Plaintiff's motion is granted, that defendant's *Motion for Costs* be denied. In the alternative, if Plaintiff's motion is denied, we would request two weeks from the date of the Order of denial to respond to the defendant's *Motion for Costs*.

    Counsel for the United States, Mr. Larry Adams, has kindly consented to this request.

    With best regards, I am

                                Very truly yours,

                                BRUCE J. KLORES & ASSOCIATES, P.C.

                                _____/s/_____
                                Lesley S. Zork, Esquire

cc: Joan Cerniglia-Lowensen, Esquire
   Catherine Hanrahan, Esquire
   Larry Adams, Esquire

K:\1606\l-quarles.stay.wpd