# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

December 7, 2004

Larry D. Adams, Esquire
Office of the United States Attorney
101 W. Lombard Street, Sixth Floor
Baltimore, MD 21201

Re: WDQ-02-764, <u>Pollard v. United States</u>

Dear Mr. Adams:

     Please submit a response to the Plaintiff's motion for reconsideration (paper # 95) by December 21, 2004.

     Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

                                  Very truly yours,

                                  William D. Quarles, Jr.
                                  United States District Judge

cc: Lesley Zork, Esquire