DEC-22-2004 WED 04:35 PM NE JOURNAL OF MED.    FAX NO. 8930413    P. 02/10

Document 108-2    Filed 12/23/2004    Page 1 of 43



# The New England Journal of Medicine

‹ Copyright, 1985, by the Massachusetts Medical Society

Volume 312                    MARCH 14, 1985                    Number 11

## FIVE-YEAR RESULTS OF A RANDOMIZED CLINICAL TRIAL COMPARING TOTAL MASTECTOMY AND SEGMENTAL MASTECTOMY WITH OR WITHOUT RADIATION IN THE TREATMENT OF BREAST CANCER

Bernard Fisher, M.D., Madeline Bauer, Ph.D., Richard Margolese, M.D., Roger Poisson, M.D.,
Yosef Pilch, M.D., Carol Redmond, Sc.D., Edwin Fisher, M.D., Norman Wolmark, M.D.,
Mei Vin Deutsch, M.D., Eleanor Montague, M.D., Elizabeth Saffer, B.A.,
Lawrence Wickerham, M.D., Harvey Lerner, M.D., Andrew Glass, M.D., Henry Shibata, M.D.,
Peter Deckers, M.D., Alfred Ketcham, M.D., Robert Oishi, M.D., and Ian Russell, M.D.

**Abstract** In 1976 we began a randomized trial to evaluate breast conservation by a segmental mastectomy in the treatment of Stage I and II breast tumors ≤4 cm in size. The operation removes only sufficient tissue to ensure that margins of resected specimens are free of tumor. Women were randomly assigned to total mastectomy, segmental mastectomy alone, or segmental mastectomy followed by breast irradiation. All patients had axillary dissections, and patients with positive nodes received chemotherapy.

Life-table estimates based on data from 1843 women indicated that treatment by segmental mastectomy, with or without breast irradiation, resulted in disease-free, distant-disease–free, and overall survival at five years that was no worse than that after total breast removal. In fact, disease-free survival after segmental mastectomy plus radiation was better than disease-free survival after total mastecto-

my (P = 0.04), and overall survival after segmental mastectomy, with or without radiation, was better than overall survival after total mastectomy (P = 0.07, and 0.06, respectively). A total of 92.3 per cent of women treated with radiation remained free of breast tumor at five years, as compared with 72.1 per cent of those receiving no radiation (P<0.001). Among patients with positive nodes 97.9 per cent of women treated with radiation and 63.8 per cent of those receiving no radiation remained tumor-free (P<0.001), although both groups received chemotherapy.

We conclude that segmental mastectomy, followed by breast irradiation in all patients and adjuvant chemotherapy in women with positive nodes, is appropriate therapy for Stage I and II breast tumors ≤4 cm, provided that margins of resected specimens are free of tumor. (N Engl J Med 1985; 312:665-73.)

ANECDOTAL information has been presented by the pioneers[1-6] and more recent proponents[7-11] of breast preservation for the management of primary breast cancer. Although they have not clearly determined the relative merits of such a therapeutic approach by comparing it directly with more conventional methods of management, those observers have demonstrated that patients could survive free of disease after limited surgery and radiation therapy. The rationale that was employed to justify the use of the regimen is obscure. There was no biologic principle that directed the endeavor. In many instances the procedure was performed because patients refused a recommended radical mastectomy.[2] Thus, despite early and more recent efforts, important issues remain that preclude the universal acceptance and use of a more conservative approach to breast-cancer management.

Even the few clinical trials that have evaluated breast conservation[12-15] have failed to establish definitively the worth of such therapy.

Our findings in a previous clinical trial (Protocol B-04) indicated that patients treated by total mastectomy without axillary-node dissection and pectoral-muscle removal were at no higher risk of distant disease or death than were those undergoing a Halsted radical mastectomy.[16] In view of these findings and because of the increasing practice of breast conservation despite the paucity of information available from clinical trials to determine its efficacy, we began a new study (Protocol B-06) in 1976 to evaluate the worth of local tumor excision with or without radiation therapy. The operation employed, a segmental mastectomy, completely abandoned conventional concepts of cancer surgery, removing only enough breast tissue to ensure that the margins of the resected surgical specimen were free of tumor. The study was designed to determine (1) the effectiveness of segmental mastectomy for breast preservation, (2) whether radiation therapy reduces the incidence of tumor in the ipsilateral breast after segmental mastectomy, (3) whether breast

From the National Surgical Adjuvant Breast Project Headquarters, Room 914 Scaife Hall, 3550 Terrace St., Pittsburgh, PA 15261, where reprint requests should be addressed to Dr. Bernard Fisher. (See Appendix I for a list of participating institutions and principal investigators.)

Supported by Public Health Service Grants from the National Cancer Institute (NCI U10-CA-12027 and NCI-U10-CA-34211) and by a grant from the American Cancer Society (ACS RC-13).

conservation results in a higher risk of distant disease and death than does mastectomy, and (4) the clinical importance of tumor multicentricity. This report presents the five-year life-table estimates obtained from the trial.

## METHODS

### Selection of Patients

Women undergoing treatment for primary operable breast cancer and fulfilling specific eligibility criteria were participants in the trial. The tumor had to be confined to the breast or to the breast and ipsilateral axillary nodes on clinical examination, and the primary tumor had to be 4 cm or less in its largest dimension and movable in relation to the skin, underlying muscle, and chest wall, with no clinical evidence of skin involvement. Patients were eligible if the axilla were free of palpable nodes or if palpable nodes were movable in relation to the chest wall and neurovascular bundle (Stage I or II; $T_{1,2}N_{0,1}M_0$). In addition, the breast had to be of sufficient size and the tumor located so that the cosmetic result after removal of the tumor would be acceptable. Other criteria of eligibility and ineligibility were similar to those used in our prior trials.[16-18]

### Protocol Design

Patients were randomly assigned to one of three treatment groups: total mastectomy, segmental mastectomy, or segmental mastectomy followed by breast irradiation. Women in all treatment groups had an axillary dissection. All resected segmental-mastectomy specimens were examined pathologically to ensure that the margins were free of tumor. A total mastectomy was carried out at the time of the segmental mastectomy if it was impossible to obtain tumor-free margins or if the pathologist, upon completing the microscopical examination, noted tumor at the specimen margin. In these cases patients continued to participate in the study, remaining in the original group to which they had been assigned. Patients in the two segmental-mastectomy groups whose specimen margins were free of tumor and who subsequently had a tumor in the ipsilateral breast also underwent a total mastectomy and remained in the original group to which they had been assigned. As defined in the protocol before the start of the study, these patients who underwent breast removal were considered to have had a cosmetic failure but were not classified as having had a treatment failure unless the tumor was so extensive that it could not be completely removed by mastectomy. The occurrence of tumor in the breast after segmental mastectomy was not considered an event in the disease-free survival of a patient, since patients who underwent total mastectomy as their initial operation were not at risk for the occurrence of a breast tumor. All patients assigned to the three groups were followed with respect to disease-free survival, distant-disease-free survival, and overall survival. Failure times were computed from the time of the initial operation. Recurrences of tumor in the chest wall and operative scar, but not in the ipsilateral breast, were classified as local treatment failures. Tumors in the internal mammary, supraclavicular, or ipsilateral axillary nodes were classified as regional treatment failures. Tumors in all other locations were considered distant treatment failures. Patients classified as having any distant disease included those with a distant metastasis as a first treatment failure, a distant metastasis after a local or regional recurrence, or a second cancer (including tumor in the other breast). Overall survival refers to survival with or without recurrent disease.

All patients in the study who had one or more positive axillary nodes received systemic adjuvant therapy with melphalan and fluorouracil. The regimen employed was identical to that used in previous studies.[19]

### Surgical Considerations

When total mastectomy was performed, the entire breast, including the pectoral fascia, was removed together with the axillary contents en bloc. Patients assigned to the segmental-mastectomy groups underwent resection of the tumor, with enough normal tissue removed to ensure that the specimen margins were tumor-free. Removal of pectoral fascia or skin overlying the tumor was not required. The fascia was removed when it was necessary to obtain tumor-free margins, and a small ellipse of skin was sometimes removed to provide pathological orientation of the specimen. The axillary dissection and tumor removal did not have to be performed en bloc. Even when the tumor was in the upper outer quadrant, the axillary dissection and tumor removal were usually carried out through separate incisions to achieve a better cosmetic result. In axillary dissections, at least Level I and II nodes were removed. Axillary "sampling" was not employed in this study. The mean number of nodes removed was 15, which has been consistent in all our protocols regardless of whether a segmental, radical, or total mastectomy was carried out. Early experiences determined the type of incision and other details of surgical management necessary for the best cosmetic result. Minimal skin removal; curvilinear incisions; no reapproximation of breast, fatty, or subcutaneous tissue; and no drainage of the tumor site were all found to aid in improving the appearance of the breast postoperatively.

### Breast Irradiation

The purpose of breast irradiation after segmental mastectomy was to treat the skin, breast tissue, muscle, lymphatics, and entire scar of the breast. Radiation therapy was begun no later than six weeks after segmental mastectomy in patients with negative nodes and no later than eight weeks after surgery in those with positive nodes. In patients with positive nodes radiation therapy was delayed to permit completion of the first course of adjuvant chemotherapy. A minimum of 5000 rad was administered, calculated at a depth equal to two thirds of the distance between the skin overlying the breast and the base of the tangential fields at midseparation. The maximal dose to the point of calculation did not exceed 5300 rad. The dose was given at a rate of 1000 rad per week (200 rad per day, five days a week). Both tangential fields were treated daily. Supplemental boosts of radiation to the operative area (use of external beam or interstitial implantation) and radiation of regional nodes were not employed.

### Statistical Analysis

Between April 1976 and May 1978, patients were randomly assigned to treatment within each participating institution, after informed consent had been obtained, and were stratified by institution, using a block size of nine. During that time envelopes were employed for random assignment because of the frequency of a one-stage biopsy and definitive operation. In June of 1978 the use of envelopes was discontinued, and all enrollments were carried out by telephone communication with the Biostatistical Center. Patients were stratified by institution with a block size of six, and blocks were balanced across institutions. Because of patient and physician diffi-

**Table 1. Distribution of Patients by Treatment Group and Protocol Status.[*]**

| PATIENTS | TREATMENT GROUP | | | TOTAL |
| --- | --- | --- | --- | --- |
| | TM | SM | SM+RTX | |
| | *no. of patients* | | | *no. of patients (%)* |
| Enrolled | 713 | 719 | 731 | 2163 (100.0) |
| Excluded | | | | |
| Refused protocol | 16 | 11 | 14 | 41 (1.9) |
| Noninvasive tumor | 9 | 9 | 14 | 32 (1.5) |
| Ineligible | 14 | 14 | 12 | 40 (1.9) |
| Refused assigned treatment | 78 | 41 | 55 | 174 (8.0) |
| Follow-up data not available † | 9 | 9 | 6 | 24 (1.1) |
| Nodal status unknown † | 1 | 3 | 5 | 9 (0.4) |
| Comparison of TM with SM or SM+RTX | 586 | 632 | 625 | 1843 (85.2) |
| Comparison of SM with SM+RTX (negative margins) | | 565 | 566 | |

[*] TM denotes total mastectomy plus axillary dissection; SM, segmental mastectomy plus axillary dissection; and RTX radiation therapy.

† At the time of the analysis

only with the conventional randomization process in a situation in which the alternatives were loss or preservation of the breast,[19] a "prerandomization" procedure was carried out, in which patients were randomly assigned to treatment after assessment of their eligibility but before the protocol was explained or consent was obtained. After treatment had been assigned, the protocol, including all three treatment regimens, was discussed with the patient, as in the conventional process of random assignment. Signed consent was obtained from patients who accepted the assigned treatment. Analyses were carried out both for all patients randomly assigned to a treatment group, regardless of whether or not they accepted the assignment, and for all eligible patients who accepted the assigned therapy and who had follow-up information at the time of this analysis (1843 patients). Since the conclusions of the two analyses did not differ, the findings presented here are from the patients who accepted the assigned therapy (Table 1). Patients refusing all participation have been excluded from the analyses.

Life tables were computed by the actuarial method,[20] and comparisons of the distribution of failure times were based on the summary chi-square test, with adjustment for the number of positive nodes.[21,22] All P values were based on two-sided alternatives.

### Patient Distribution

Between April 8, 1976, and January 27, 1984, when patient enrollment ended, 2163 women entered the trial (Table 1). All patients except for 41 (1.9 per cent) who refused to participate in the trial were followed for end results. Of the remaining 2122 patients, 1.5 per cent had noninvasive tumors and 1.9 per cent were found on medical review to be ineligible because of the presence or a history of conditions specifically documented in the protocol that precluded their entry into the study — e.g., tumors >4 cm, skin involvement, previous or concomitant cancer, or medical problems precluding any of the treatment options. Overall, 8.0 per cent of women did not accept the randomly assigned treatment but did agree to be followed (11 per cent of the total-mastectomy group, 6 per cent of the segmental-mastectomy group, and 8 per cent of the group assigned to segmental mastectomy plus radiation). At the time of this analysis (June 1984), follow-up data were not yet available for 1.1 per cent of patients in each of the treatment groups, and the nodal status was unknown in a few patients who had been enrolled in the study too recently for us to obtain such information.

Thus, 1843 (85.2 per cent) of the patients originally enrolled in the study were included in comparisons between total and segmental mastectomy and between total mastectomy and segmental mastectomy plus radiation therapy. These comparisons represent all eligible patients in each group, regardless of whether or not there was tumor involvement of the specimen margins. Since specimen margins with tumor were associated with factors related to an unfavorable prognosis — e.g., increased tumor size and positive nodes — exclusion of patients with positive margins would have biased the outcome in favor of the groups treated by local tumor excision. On the other hand, comparison of the two segmental-mastectomy groups included only patients with specimen margins that were free of tumor, since those with positive margins had undergone a total mastectomy.

Certain patient and tumor characteristics were examined with respect to the similarity of their distribution in three groups: (1) the 2090 women who accepted the protocol and had invasive tumors, (2) the 1843 patients included in the analyses, and (3) the 247 patients who were excluded. No major differences overall or between treatment assignments were observed, which might indicate that there was a bias in the groups used for analyses. Analyses of end results were performed separately for patients in the first and second groups. The results were similar and consequently are presented only for the second group (1843 women). The mean duration of follow-up was 39 months (5 to 99).

## RESULTS

### Tumor Involvement of Specimen Margins after Segmental Mastectomy

Of the 1257 patients who were initially treated by segmental mastectomy and are evaluated in this report, 10.0 per cent were found to have tumor at the margins of resected specimens and therefore subsequently had a total mastectomy. The incidence of positive specimen margins was approximately the same in the two segmental-mastectomy groups: 10.6 per cent in the segmental-mastectomy group (632 patients) and 9.4 per cent in the group undergoing segmental mastectomy and radiation therapy (625 patients). The incidence of positive specimen margins was related to certain patient and tumor characteristics. Evaluation according to patient age showed that about 10 per cent of patients ≤49 years and those ≥50 years had positive margins. A higher percentage of patients with positive nodes (15 per cent) than with negative nodes (7 per cent) had positive margins after segmental mastectomy, and the larger the number of positive axillary nodes, the higher the incidence of



Figure 1. Life-Table Analysis Showing the Percentage of Patients Remaining Free of Breast Tumor after Segmental Mastectomy (SM) or Segmental Mastectomy with Breast Irradiation (SM + RTx).

positive specimen margins; 33 per cent of patients with ≥10 positive nodes had margins containing tumor. Women with larger tumors (2.1 to 4 cm) had a higher percentage of positive margins (13 per cent) than those with tumors between 0 and 2 cm (7 per cent). Women with centrally located tumors were most apt to have margin involvement.

### Tumor Occurrence in the ipsilateral Breast after Segmental Mastectomy with and without Breast Irradiation in Patients with Tumor-Free Specimen Margins

The value of breast irradiation is demonstrated by the cumulative incidence of a tumor in the ipsilateral breast after segmental mastectomy with and without radiation therapy. From the beginning of the study to the time of this analysis, 25 patients had a breast tumor after treatment by segmental mastectomy and postoperative irradiation, as compared with 93 patients in the group treated by segmental mastectomy alone. The incidence among patients with negative nodes was 22 in the group receiving radiation therapy and 54 in the group undergoing segmental mastectomy alone. Among patients with positive nodes, 3 treated with segmental mastectomy and radiation and 39 undergoing segmental mastectomy alone had subsequent tumor. Life-table analyses indicated the probability that patients would remain free of tumor in the ipsilateral breast during a five-year period after segmental mastectomy (Fig. 1). The addition of radiation therapy significantly decreased the probability that a tumor would occur (P<0.001). At five years only 7.7 per cent of patients receiving radiation therapy had a recurrence of tumor in the ipsilateral breast, as compared with 27.9 per cent of those treated by segmental mastectomy without radiation. The advantage associated with the use of radiation therapy was observed in both patients with negative nodes (P<0.001) and those with positive nodes (P<0.001). Only 2.1 per cent of patients with positive nodes who were irradiated had a tumor, as compared with 36.2 per cent of those who did not undergo irradiation. When the probability of remaining free of a breast tumor after segmental mastectomy with or without radiation therapy was determined according to nodal status and tumor size, radiation therapy was observed to be beneficial for patients with negative nodes and smaller (0 to 2 cm) or larger (2.1 to 4 cm) tumors. The probability of remaining free of a breast tumor after segmental mas-

tectomy with or without radiation therapy was examined according to the age of the patients, their nodal status, clinical tumor size, and tumor location (Table 2). Breast-tumor recurrence was lower in all circumstances for patients receiving radiation therapy.

### Disease-Free Survival, Distant-Disease-Free Survival, and Overall Survival

When the women included in the analyses of disease-free, distant-disease-free, and overall survival were examined according to the distribution of certain patient and tumor characteristics within each treatment group, there was excellent agreement among the three groups (Table 3). Almost 60 per cent of the women were 50 years old or older. Slightly more than 60 per cent had negative nodes, and the majority of the others had only 1 to 3 positive nodes. In each treatment group only about 3 per cent of all patients had ≥10 positive nodes, and there was a fairly uniform distribution of patients with small (0 to 2 cm) and large (2.1 to 4 cm) tumors. Approximately 60 per cent of the tumors were lateral, about 20 per cent were medial, and the rest were central. A similar concordance existed among the three groups when the distribution of patients according to nodal status and clinical tumor size was evaluated. Examination of events (Table 4) that had occurred from the start of the study to the time of analysis (cumulative to 97 months after mastectomy) revealed that in all three groups, more than half the first reported treatment failures

Table 2. Patients Remaining Free of Tumor in the Ipsilateral Breast after Segmental Mastectomy with and without Radiation, According to Patient and Tumor Characteristics.*

| CHARACTERISTIC * | No. of PATIENTS | PATIENTS FREE OF BREAST TUMOR (LIFE TABLE) | | | | | |
|---|---|---|---|---|---|---|---|
| | | AT 3 YEARS | | AT 4 YEARS | | AT 5 YEARS | |
| | | no. at risk | % | no. at risk | % | no. at risk | % |
| **Age (yr)** | | | | | | | |
| ≤49 | | | | | | | |
| SM | 235 | 84 | 75.6±3.4 | 59 | 70.6±4.0 | 40 | 70.6±4.0 |
| SM+RTX | 242 | 108 | 94.3±1.9 | 69 | 92.8±2.4 | 40 | 90.9±3.1 |
| >50 | | | | | | | |
| SM | 332 | 128 | 80.0±2.9 | 58 | 74.6±3.8 | 30 | 72.4±4.3 |
| SM+RTX | 324 | 131 | 95.5±1.5 | 80 | 93.5±2.1 | 50 | 93.5±2.1 |
| **Nodal status** | | | | | | | |
| Negative | | | | | | | |
| SM | 358 | 131 | 79.4±2.7 | 79 | 76.5±3.1 | 49 | 76.5±3.1 |
| SM+RTX | 373 | 158 | 93.6±1.5 | 101 | 90.9±2.2 | 62 | 89.6±2.5 |
| Positive | | | | | | | |
| SM | 207 | 81 | 76.2±3.8 | 38 | 66.5±5.3 | 21 | 63.8±5.7 |
| SM+RTX | 193 | 81 | 97.9±1.6 | 48 | 97.9±1.6 | 28 | 97.9±1.6 |
| **Clinical tumor size (cm)** | | | | | | | |
| 0-2 | | | | | | | |
| SM | 289 | 120 | 79.3±3.1 | 67 | 73.8±3.8 | 40 | 73.8±3.8 |
| SM+RTX | 298 | 142 | 97.4±1.2 | 85 | 95.2±2.0 | 52 | 93.5±2.5 |
| 2.1-4 | | | | | | | |
| SM | 263 | 91 | 77.1±3.2 | 50 | 72.3±4.0 | 30 | 70.1±4.4 |
| SM+RTX | 256 | 95 | 91.7±2.4 | 63 | 90.4±2.7 | 38 | 90.4±2.7 |

*Abbreviations are explained in Table 1. Plus-minus values are means ±S.E.

vere distant recurrences. There were few local fail-
ures in any group, with the lowest number occur-
ing in the group receiving segmental mastectomy
.nd radiation therapy. Second cancers and deaths
rom other causes were distributed equally across
realment groups.

### Comparison of Total and Segmental Mastectomy

Life-table analyses were used to compare disease-
free, distant-disease-free, and overall survival in all
patients undergoing total mastectomy and in all those
undergoing segmental mastectomy. The latter group
.ncluded all women regardless of whether the speci-
men margins were positive or negative for tumor. Dis-
ease-free survival and distant-disease-free survival
were remarkably similar in the two treatment groups
'Fig. 2), with an advantage that approached signifi-
cance (P = 0.06) in the segmental-mastectomy group.
In terms of nodal status (negative or positive), no sig-
nificant differences in disease-free or distant-disease-
free survival existed between the total-mastectomy
and segmental-mastectomy groups, as exemplified by
the five-year life-table findings (Table 5). Among both
patients with negative nodes and those with positive
nodes, survival was higher for patients treated by seg-
mental mastectomy; the advantage for patients with
negative nodes was significant (P = 0.05).

### Comparison of Total Mastectomy and Segmental Mastectomy plus Radiation Therapy

In this analysis the group of patients undergoing
segmental mastectomy plus radiation therapy includ-
ed all women whether or not their specimen margins

Table 3. Characteristics of 1843 Patients Included in Compari-
sons of Total Mastectomy with Segmental Mastectomy or with
Segmental Mastectomy and Radiation Therapy.*

| CHARACTERISTIC | TM (N = 585) | SM (N = 632) | SM + RIX (N = 629) |
|---|---|---|---|
| | % of patients | | |
| Age (yr) | | | |
| ≤49 | 42.3 | 41.2 | 43.8 |
| ≥50 | 57.7 | 58.8 | 56.2 |
| Nodal status | | | |
| Negative | 61.8 | 61.7 | 63.4 |
| Positive | 38.2 | 38.3 | 36.6 |
| 1–3 | 25.9 | 24.8 | 25.6 |
| 4–9 | 9.4 | 9.2 | 8.5 |
| ≥10 | 2.9 | 4.3 | 2.5 |
| Tumor size (cm) | | | |
| 0—2 | 52.9 | 49.4 | 51.5 |
| 2.1–4 | 44.5 | 48.4 | 46.1 |
| NA | 2.6 | 2.2 | 2.4 |
| Tumor location | | | |
| Lateral | 59.5 | 61.9 | 59.3 |
| Central | 15.9 | 13.7 | 15.7 |
| Medial | 21.7 | 22.5 | 21.3 |
| NA | 2.9 | 1.9 | 3.7 |

*NA denotes not available at the time of the analysis. Other abbreviations are explained in Table 1.

Table 4. Disease-Free Survival and Cumulative Incidence of
Events within Each Treatment Group.*

| FIRST EVENT | TM (N = 586) | SM (N = 632) | SM + RTX (N = 629) |
|---|---|---|---|
| | no. of patients | | |
| First treatment failure | 99 | 106 | 80 |
| Local † | 27 | 25 | 4 |
| Regional | 18 | 20 | 14 |
| Distant | 52 | 59 | 62 |
| Location unknown | 2 | 2 | 0 |
| Second cancer | 14 | 21 | 16 |
| Death from another cause | 9 | 6 | 7 |
| Alive; no evidence of disease | 464 | 499 | 522 |
| Time in study (mo) | | | |
| Mean | 39.5 | 38.2 | 38.9 |
| Range | 3.5–97.1 | 5.0–97.1 | 4.7–98.7 |

*Abbreviations are explained in Table 1.
†Tumor occurring in the ipsilateral breast after SM was not considered a treatment failure (of any type) and therefore was included in the no-evidence-of-disease category.

were free of tumor. Life-table analyses failed to indi-
cate an advantage in disease-free, distant-disease-
free, or overall survival for patients treated by total
mastectomy (Fig. 3). In fact, disease-free survival was
higher (P = 0.04) and distant-disease-free survival
was slightly higher (P not significant) in patients un-
dergoing segmental mastectomy plus radiation. The
observed survival benefit in this group approached
significance (P = 0.07). A similar analysis of patients
according to their nodal status (Table 5) indicated
that at five years there were no significant differences
between the two treatment groups. However, among
patients with negative nodes, the group treated with
segmental surgery and radiation had 10 per cent high-
er overall survival and disease-free survival rates —
differences that approached significance (P = 0.09
and 0.1, respectively).

### Comparison of Segmental Mastectomy and Segmental Mastectomy plus Radiation Therapy

Only patients with specimen margins that were
free of tumor were included in this comparison, since
those with positive margins had undergone total mas-
tectomy, as required by the protocol. Life-table analy-
ses indicated that disease-free survival was higher
in patients receiving radiation therapy in addition to
segmental mastectomy (P = 0.02, Fig. 4). However,
there were no significant differences between the
two groups with respect to distant-disease-free or
overall survival. Whereas among patients with posi-
tive nodes the three measures of survival were similar
in the two treatment groups five years after surgery,
among patients with negative nodes, disease-free and
distant-disease-free survival were better for those un-
dergoing segmental mastectomy and radiation ther-
apy (P = 0.005 and 0.02, respectively), but there was



Figure 2. Life-Table Analysis Showing Disease-Free Survival, Distant-Disease-Free Survival, and Overall Survival of Patients Treated by Total Mastectomy (TM) or Segmental Mastectomy (SM).

no significant difference in overall survival between the two groups (Table 6).

## DISCUSSION

The findings presented above clearly indicate the value of breast irradiation for reducing the incidence of tumor in the ipsilateral breast after segmental mastectomy. The five-year life-table results (Fig. 1) indicating that only 7.7 per cent of all patients treated with segmental mastectomy and radiation therapy had a recurrent tumor, as compared with 27.9 per cent of those undergoing segmental mastectomy without radiation, support this conclusion. Further evidence is found in the fact that only 2.1 per cent of patients with positive nodes receiving radiation therapy had a tumor at five years, as compared with 36.2 per cent of those who did not undergo irradiation, although both groups received the same chemotherapy. Those results, achieved with radiation therapy that did not include the use of either an external beam or interstitial implantation for supplemental therapy to the tumor excision site, approximate the incidence of recurrence (about 5 per cent) observed by proponents of such additive radiation.[29] Thus, the findings fail to indicate the need for a radiation boost to the excision site. Whether a boost of a particular type would contribute an additional advantage cannot readily be determined. Since some tumors recur in areas of the breast that are distant from the excision site, they are not likely to be prevented by a boost. Thus, the difference between results obtained with and without a particular type of boost is apt to be small. The size of the sample that would be required to conduct a clinical trial to settle this issue hinders its undertaking. Further evaluation of our data with respect to the characteristics associated with tumor recurrence after radiation may indicate which patients would benefit from a boost.

Since all patients with positive nodes who received radiation therapy also received systemic adjuvant chemotherapy, the contribution of each to the inhibition of tumor recurrence in that cohort of women cannot be determined by our study. The observation that fewer tumors occurred in the breast after segmental mastectomy in patients with positive nodes (all of whom received a course of chemotherapy before starting radiation therapy) than in those with negative nodes (who received no chemotherapy) suggests that the two therapies may be additive, if not synergistic, in their effect.

Although radiation inhibits the recurrence of breast tumor, more than two thirds of our patients (72.1 per cent) who were treated by segmental mastectomy without radiation have remained free of tumor in the ipsilateral breast. Characteristics of patients who may

Table 5. Comparison of Total Mastectomy with Segmental Mastectomy and with Segmental Mastectomy plus Radiation Therapy According to Nodal Status.[a]

| END RESULTS | PATIENTS WITH NEGATIVE NODES[b] | | | PATIENTS WITH POSITIVE NODES[b] | | |
|---|---|---|---|---|---|---|
| | TM (N = 362) | SM (N = 390) | SM + RTX (N = 346) | TM (N = 242) | SM (N = 242) | SM + RTX (N = 229) |
| | percentage of patients | | | | | |
| Disease-free survival | 71.4±3.5 | 68.1±3.5 (0.7) | 81.4±2.9 (0.1) | 57.9±5.3 | 54.8±5.7 (0.4) | 57.5±5.4 (0.6) |
| Distant-disease-free survival | 81.3±3.0 | 72.8±3.4 (0.2) | 85.3±2.6 (0.2) | 58.6±5.6 | 63.8±5.7 (0.2) | 61.3±5.4 (0.4) |
| Survival | 81.7±3.0 | 90.7±2.4 (0.05) | 91.6±2.1 (0.09) | 66.4±5.3 | 73.8±5.3 (0.3) | 75.2±4.5 (0.4) |

[a] Values represent life-table estimates of results five years after surgery, and are expressed as mean ± SD. Figures in parentheses are P values of comparisons between TM and either SM or SM + RTX. Abbreviations are explained in Table 1.

[b] Values are adjusted for the number of positive nodes (1 to 3, 4 to 9, or ≥10).

Vol. 312 No. 11     MASTECTOMY AND RADIATION: FIVE-YEAR RESULTS — FISHER ET AL.     671



Figure 3. Life-Table Analysis Showing Disease-Free Survival, Distant-Disease–Free Survival, and Overall Survival of Patients Treated by Total Mastectomy (TM) or by Segmental Mastectomy plus Radiation (SM+RTx).

he at higher risk for tumor recurrence after segmental mastectomy — i.e., those who would benefit by radiation — have not been identified. Pathological discriminants and the receptor content of tumors are being examined to determine whether they may indicate which patients need radiation.

Our findings indicate that preservation of the breast (under the specific conditions of our protocol) has not resulted in an adverse effect on disease-free, distant-disease–free, or overall survival. It is important to note that when comparing each of the segmental-mastectomy groups with the total-mastectomy group, we included all patients in the segmental-mastectomy groups regardless of the status of their specimen margins. Thus, the failure to observe a poorer distant-disease–free or overall survival in the segmental-mastectomy groups cannot be attributed to exclusion of patients who were at higher risk.

Our trial differs from that of the National Cancer Institute of Milan,[14] which was restricted to patients with clinically negative nodes and tumors <2 cm. Only 25 per cent of the participants in our study met the criteria for that trial. The "quadrantectomy" used by the Milan group removed a large amount of skin and breast tissue, pectoral fascia, and pectoralis minor muscle. An en bloc dissection was performed in about 75 per cent of the patients. The operation we used was less extensive and did not include en bloc dissection. No difference in disease-free or overall survival has been observed at seven years between patients treated by Halsted radical mastectomy and those undergoing quadrantectomy.

The Guy's Hospital trial,[12] which compared wide local excision with radical mastectomy, differs in several respects from both the trial reported here and the Milan study. Only postmenopausal patients were studied. All nodal staging was clinical, no axillary dissection was performed, and radiation used to



Figure 4. Life-Table Analysis Showing Disease-Free Survival, Distant-Disease–Free Survival, and Overall Survival of Patients Treated by Segmental Mastectomy (SM) or by Segmental Mastectomy with Radiation (SM+RTx) Who Had Specimen Margins Free of Tumor.

treat the axilla and breast was inadequate for local or regional disease control. Ten years after surgery there was a higher incidence of local and distant recurrence and a significantly lower survival among patients with involved axillary nodes who were treated by wide local excision; no differences were observed in those with uninvolved nodes. In a second Guy's Hospital study,[13] in which patients with clinically uninvolved nodes were treated similarly to those in the first trial, there was a higher rate of local and distant recurrence and a decreased survival after wide excision. The major differences among the Milan trial, the Guy's Hospital trials, and ours make it impossible to relate the findings.

The results of our study lead us to conclude that segmental mastectomy and breast irradiation are suitable for the initial treatment of breast tumors that are no larger than 4 cm, provided that local excision can be achieved with tumor-free specimen margins and a satisfactory cosmetic result, and provided that patients with positive nodes also receive adjuvant chemotherapy.

We are indebted to Ms. Lynne Sidorovich, data manager of this study, and Mary Ketner, R.N., executive clinical coordinator of the National Surgical Adjuvant Breast Project, for their dedicated efforts.

## Table 6. Comparison of Segmental Mastectomy with Segmental Mastectomy plus Breast Irradiation, According to Nodal Status of Patients with Tumor-Free Specimen Margins.*

| END RESULTS | Patients with Negative Nodes | | Patients with Positive Nodes † | |
|---|---|---|---|---|
| | SM (N = 158) | SM + RTX (N = 172) | SM (N = 207) | SM + RTX (N = 193) |
| | percentage of patients | | | |
| Disease-free survival | 67.8±3.7 | 80.9±3.0 (0.005) | 56.5±6.0 | 61.3±5.8 (0.9) |
| Distant-disease-free survival | 72.8±3.6 | 82.5±3.4 (0.02) | 65.9±5.9 | 64.5±5.8 (0.4) |
| Survival | 90.3±2.5 | 91.1±2.2 (0.8) | 74.3±5.5 | 78.8±4.5 (0.8) |

*Values are life-table estimates of results five years after surgery, and are expressed as means ±5 P. Figures in parentheses are P values. Abbreviations are explained in Table 1.

†Values are adjusted for the number of positive nodes (1 to 3, 4 to 9, or ≥10)

## APPENDIX I

The following institutions and principal investigators participating in the National Surgical Adjuvant Breast Project contributed to this study:

| INSTITUTION | PRINCIPAL INVESTIGATOR |
|---|---|
| Albany Regional Cancer Center, N.Y. | Thomas J. Cunningham, M.D. |
| Albert Einstein College of Medicine, New York | Herbert Volk, M.D. |
| Baptist Med. Ctr., Oklahoma City | Karl K. Boatman, M.D. |
| Baylor University Medical Center, Waco, Tex. | Leon Dragon. M.D |
| Billings Interhospital Oncology Proj., Mont. | David B. Myers, M.D. |
| Boston University, Mass. | Peter Deckers, M.D. |
| Bryn Mawr Hospital, Pa. | Thomas G. Frazier, M.D. |
| CCOP, Billings Interhospital Project, Mont. | Neel Hammond, M.D. |
| CCOP, Central New York, Syracuse | Kenneth Gale, M.D |
| CCOP, Midwest, Kansas City, Mo. | Karl H. Hanson, M.D. |
| City of Faith Med. & Res. Ctr., Tulsa, Okla. | Arthur F Hoge, M.D. |
| City of Hope Medical Ctr., Duarte, Calif. | Jose Terz, M.D. |
| Cross Cancer Institute, Edmonton, Alberta | Sandy Paterson, M.D. |
| Ellis Fischel State Cancer Hospital, Columbia, Mo. | William G. Kraybill, M.D. |
| Grainger Medical Center, Danville, Pa. | James Evans, M.D. |
| Genesee-Highland Hospitals, Rochester, N.Y. | Sidney Sobel, M.D |
| Good Samaritan Hospital, Cincinnati | Richard Wellrap, M.D |
| Grant Hospital, Columbus | Leslie Laufman, M.D. |
| Group Health Medical Center, Seattle | Robert V. Bruneleau, M.D. |
| Gulf Coast Community Hosp., Panama City, Fla. | William G. Bruce, M.D. |
| Harbor General Hospital, Torrance, Calif | David State, M.D |
| Hennepin County Medical Center, Minn. | Claude R. Hitchcock, M.D |
| Hotel-Dieu, Montreal, | Andre Robidoux M.D |
| Hotel-Dieu, Quebec City | Louis Dionne, M.D. |
| Jewish General Hospital, Montreal | Richard G. Margolese, M.D. |
| Kaiser Permanente, Portland, Oreg. | Andrew G. Glass, M.D. |
| Kaiser Permanente, San Diego | Thomas N. Campbell, M.D. |
| Kaiser Permanente, West Los Angeles | Ivan Shulman, M.D. |
| Lancaster Co. Med. Ctr., Lincoln, Nebr. | William T. Griffin, M.D. |
| Letterman Army Medical Center, San Francisco | David Gundara, M.D. |
| Louisiana State Univ., New Orleans | Isidore Cohn, Jr., M.D. |
| Louisiana State Univ., Shreveport | Don Morris, M.D. |
| Madigan Army Medical Center, Tacoma, Wash. | Preston Carter, M.D. |
| Manitoba Cancer Foundation, Winnipeg, Man. | David Bowman, M.D. |
| Marshfield Clinic, Marshfield, Wis. | James L. Hoehn, M.D. |
| McMaster University, Hamilton, Ontario | S.R. O'Brien, M.D. |
| Medical College of Pennsylvania, Philadelphia | James Bassett, M.D. |
| Medical College of Virginia, Richmond | Walter Lawrence, M.D. |
| Medical College of Wisconsin, Milwaukee | William Donegan, M.D. |
| Memorial Cancer Research Fdn., Culver City, Calif. | David Plotkin, M.D. |
| Memorial Hospital, Worcester, Mass. | Robert Quinlan, M.D. |
| Metropolitan Hospital, Detroit, Mich. | John F. Weikanat, M.D. |
| Michael Reese Hospital, Chicago | Richard Devter, M.D. |
| Michigan State University, E. Lansing, Mich. | Nikolay Dimitrov, M.D. |
| Montreal General Hospital, Montreal | John MacFarlane |
| Mount Sinai Hospital, Milwaukee | William Donegan, M.D. |
| Naval Regional Medical Center, San Diego | James Guzik, M.D. |
| Newark Beth Israel Hospital, N.J. | Frederick B. Cohen, M.D. |
| Ottawa Civic Hospital, Ontario | Leo Stolbach, M.D. |
| Pennsylvania Hospital, Philadelphia | Harvey J. Lerner, M.D. |
| Presbyterian Hospital, Oklahoma City | Daniel Carmichael, M.D. |
| Royal Melbourne Hospital, Australia | Ian Russell, M.D. |
| Royal Victoria Hospital, Montreal | Henry Shibata, M.D. |
| Rush-Presbyterian–St. Luke's Med. Ctr., Chicago | Steven Economou, M.D. |
| Rutgers Med. School, Piscataway, N.J. | Ralph Green, M.D. |
| St. Joseph Hospital, Lancaster, Pa. | H. Peter DeGreen, M.D. |
| St. Luc Hospital, Montreal | Roger Poisson, M.D. |
| St. Luke's Hospital, Kansas City, Mo. | Paul Kuortz, M.D. |
| St. Mary's Hospital Centre, Montreal | John R. Keyserlingk, M.D. |
| St. Michael's Hospital, Toronto, Ontario | Leo Mahoney, M.D. |
| St. Sacrement Hospital, Quebec City, Quebec | Jean Couture, M.D. |
| St. Vincent's Hospital, Indianapolis | John A. Cavins, M.D. |
| St. Vincent's Hospital, New York | Thomas Nealon, Jr., M.D. |
| Texas Tech Medical School, Amarillo, Tex. | Edwin Snylow, M.D. |
| Tom Baker Cancer Centre, Calgary, Alberta | L. Martin Jerry, M.D. |
| Trumbull Memorial Hospital, Warren, Ohio | Jerome J. Stanshaw, M.D. |
| Tulane University, New Orleans | Carl M. Sutherland, M.D. |
| University of California, Los Angeles | Armand Giuliano, M.D. |
| University of California, San Diego | Yosef Pilch, M.D. |
| University of California, San Francisco | William H. Goodson III, M.D. |
| University of Florida, HSP, Gainesville | Neal Abramson, M.D. |

University of Hawaii, Honolulu
University of Iowa, Iowa City
University of Louisville, Ky.
University of Maryland, College Park
University of Massachusetts, Worcester
University of Pittsburgh, Pa.
University of Rochester, N.Y.
University of Texas, San Antonio, Tex.
University of Vermont, Burlington
Washington University, St. Louis
West Virginia University, Morgantown
White Memorial Med. Ctr., Los Angeles
Wilmington Medical Center, Del.
Women's College Hospital, Toronto, Ontario

Robert Oishi, M.D
Peter Jochimsen, M.D.
Joseph C. Allegra, M.D
b. George Elias, M.D., Ph.D.
Mary R. Constanza, M.D
Bernard Fisher, M.D.
Sidney Sobel
Anatolio B. Cruz, Jr., M.D.
Roger S. Foster, Jr., M.D.
Marc Wallack, M.D
Alvin L. Watne, M.D.
Matthew Tan, M.D.
Timothy Wozniak, M.D.
Edward B. Fish, M.D.

Contributors from the Southeastern Cancer Study Group:
University of Alabama, Tuscaloosa
University of Cincinnati, Ohio
University of Miami, Fla.
Washington University, St. Louis

George A. Omura, M.D.
Orlando Martelo
Alfred S. Ketcham, M.D.
Gordon Philpott, M.D.

## REFERENCES

1. Keynes G. The treatment of primary carcinoma of the breast with radium. Acta Radiol 1929; 10.393-402.
2. Mustakallio S. Treatment of breast cancer by tumour extirpation and roentgen therapy instead of radical operation. J Faculty Radiol 1954; 6:23-6.
3. Porritt A. Early carcinoma of the breast. Br J Surg 1964; 51:214-6.
4. Crile G Jr. Treatment of breast cancer by local excision. Am J Surg 1965; 109:400-3.
5. Peters MV. Wedge resection and irradiation; an effective treatment in early breast cancer. JAMA 1967; 200:134-5.
6. Baclesse F. Roentgen therapy as the sole method of treatment of cancer of the breast. Am J Roentgenol Radium Ther Nucl Med 1949; 62:311-9.
7. Prosnitz LR, Goldenberg IS, Packard RA, et al. Radiation therapy as initial treatment for early stage cancer of the breast without mastectomy. Cancer 1977; 39:917-23.
8. Montague ED, Gutierrez AE, Barker JL, Tapley ND, Fletcher GH. Conservative surgery and irradiation for the treatment of favorable breast cancer. Cancer 1979; 43:1058-61.
9. Hellman S, Harris JR, Levene MB. Radiation therapy of early carcinoma of the breast without mastectomy. Cancer 1980; 46 (4:Suppl):988-94.
10. Pierquin B, Owen R, Maylin C, et al. Radical radiation therapy of breast cancer. Int J Radiat Oncol Biol Phys 1980; 6:17-24.
11. Calle R, Pilleron JP, Schlienger P, Vilcoq JR. Conservative management of operable breast cancer: ten years experience at the Foundation Curie. Cancer 1978; 42:2045-53.
12. Atkins H, Hayward JL, Klugman DJ, et al. Treatment of early breast cancer: a report after ten years of clinical trial. Br Med J 1972; 2:423-9.
13. Hayward J. The surgeons role in primary breast cancer. Br J Breast Cancer Res Treat 1981; 1:27-32.
14. Veronesi U, Saccozzi R, Del Vecchio M, et al. Comparing radical mastectomy with quadrantectomy, axillary dissection, and radiotherapy in patients with small cancers of the breast. N Engl J Med 1981; 305:6-11.
15. Lichter AS. Current status of primary breast cancer treatment with local excision plus radiation. Curr Concepts Oncol 1983; 5:17-23.
16. Fisher B, Montague E, Redmond C, et al. Comparison of radical mastectomy with alternative treatments for primary breast cancer: a first report of results from a prospective randomized clinical trial. Cancer 1977; 39:2827-39.
17. Fisher B, Carbone P, Economou SG, et al. L-Phenylalanine mustard (L-PAM) in the management of primary breast cancer: a report of early findings. N Engl J Med 1975; 292:117-22.
18. Fisher B, Glass A, Redmond C, et al. L-phenylalanine mustard (L-PAM) in the management of primary breast cancer: an update of earlier findings and a comparison with those utilizing L-PAM plus 5-fluorouracil (5-FU). Cancer 1977; 39:2883-903.
19. Redmond C, Bauer M. Prerandomization: progress report of the National Surgical Adjuvant Project for Breast and Bowel Cancer (NSABP), NSABP Headquarters, Pittsburgh, May 1980:69-72.
20. Cutler SJ, Ederer F. Maximum utilization of the life table method in analyzing survival. J Chronic Dis 1958; 8:699-712.
21. Mantel N. Evaluation of survival data and the two new rank order statistics arising in its consideration. Cancer Chemother Rep 1966; 50: 163-70.
22. Peto R, Peto J. Asymptotically efficient rank invariant test procedures. J R Stat Soc [A] 1972; 135:185-206.
23. Harris JR, Hellman S. Primary radiation for early breast cancer. Cancer 1983; 51 (12.Suppl):2547-52.



*Cansas*

JEROME P. KASSIRER, M.D.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



Case #02
NO. 13       1989
————SEQ: N14600000
EW ENGLAND JOURNAL OF
MEDICINE
1928

# The New England Journal of Medicine

Established in 1812 as The NEW ENGLAND JOURNAL OF MEDICINE AND SURGERY

EXHIBIT 2

VOLUME 320       MARCH 30, 1989       NUMBER 13

## Original Articles

Effect of Intravenous Streptokinase as Compared with That of Tissue Plasminogen Activator on Left Ventricular Function after First Myocardial Infarction ...... 817
HARVEY D. WHITE, JOHN T. RIVERS, ANDREW H. MASLOWSKI, JOHN A. ORMISTON, MORIMASA TAKAYAMA, HAMISH H. HART, D. NORMAN SHARPE, RALPH M.L. WHITLOCK, AND ROBIN M. NORRIS

Eight-Year Results of a Randomized Clinical Trial Comparing Total Mastectomy and Lumpectomy with or without Irradiation in the Treatment of Breast Cancer   822
BERNARD FISHER AND OTHERS

Graft-versus-Host Disease as Adoptive Immunotherapy in Patients with Advanced Hematologic Neoplasms .............. 828
KEITH M. SULLIVAN AND OTHERS

Recurrence of Thyroid Nodules after Surgical Removal in Patients Irradiated in Childhood for Benign Conditions ..... 835
LEON FOGELFELD, MARGARET B.T. WIVIOTT, EILEEN SHORE-FREEDMAN, MICHAEL BLEND, CARLOS BEKERMAN, STEVEN PINSKY, AND ARTHUR B. SCHNEIDER

Hemostatic Effect of Tranexamic Acid Mouthwash in Anticoagulant-Treated Patients Undergoing Oral Surgery ..... 840
STEEN SINDET-PEDERSEN, GÖRAN RAMSTRÖM, STENER BERNVIL, AND MARGARETA BLOMBÄCK

## Special Article

The Physician's Responsibility toward Hopelessly Ill Patients: A Second Look   844
SIDNEY H. WANZER, DANIEL D. FEDERMAN, S. JAMES ADELSTEIN, CHRISTINE K. CASSEL, EDWIN H. CASSEM, RONALD E. CRANFORD, EDWARD W. HOOK, BERNARD LO, CHARLES G. MOERTEL, PETER SAFAR, ALAN STONE, AND JAN VAN EYS

## Medical Intelligence

Current Concepts — Geriatrics: Pressure Ulcers among the Elderly .............. 850
RICHARD M. ALLMAN

## Case Records of the Massachusetts General Hospital

A 76-Year-Old Woman with Multiple Bone Lesions and Thrombocytopenia ....... 854
THOMAS D. BROWER AND ANDREW E. ROSENBERG

## Editorial

Thrombolytic Agents in Acute Myocardial Infarction ...................... 861
ELLIOT RAPAPORT

## Sounding Board

The Modification of Diet in Renal Disease Study ............................... 864
SAULO KLAHR

## Correspondence

More on Heparin for Prevention of Atherosclerosis ............................... 866
Atrial Natriuretic Factor and Sodium Intake in Offspring of Hypertensive and Normotensive Parents ................................... 867
Prediction of the First Variceal Hemorrhage .... 868
Severity of Sleep Apnea and Automobile Crashes 868
Arsenic Intoxication in a Cocaine Abuser ...... 869
Neurobiology of Depression ................. 869
Using Restraints in the Elderly because of Fear of Litigation ............................ 870
Effects of PPS on the Care of Elderly Patients with Hip Fracture ............................ 871
Pharmaceutical Advertising to Left-Handed Physicians ........................... 872
Cephawhatchamacallums ..................... 872
Cancer ..................................... 872

## Book Reviews .......................... 873

## Notices ................................. 876

## Correction
Prediction of the First Variceal Hemorrhage .... 868

## Special Report

Proposals for Reform of the British National Health Service ........................ 877
JOHN LISTER

Owned, Published, and ©Copyrighted, 1989, by the Massachusetts Medical Society

THE NEW ENGLAND JOURNAL OF MEDICINE (ISSN 0028-4793) is published weekly from editorial offices at 10 Shattuck Street, Boston, MA 02115-6094. Subscription price: $74.00 per year. Second-class postage paid at Boston and at additional mailing offices. POSTMASTER: Send address changes to P.O. Box 803, Waltham, MA 02254-0803.

822    THE NEW ENGLAND JOURNAL OF MEDICINE    March 30, 1989    Vol. 3

# EIGHT-YEAR RESULTS OF A RANDOMIZED CLINICAL TRIAL COMPARING TOTAL MASTECTOMY AND LUMPECTOMY WITH OR WITHOUT IRRADIATION IN THE TREATMENT OF BREAST CANCER

Bernard Fisher, M.D., Carol Redmond, Sc.D., Roger Poisson, M.D., Richard Margolese, M.D., Norman Wolmark, M.D., Lawrence Wickerham, M.D., Edwin Fisher, M.D., Melvin Deutsch, M.D., Richard Caplan, Ph.D., Yosef Pilch, M.D., Andrew Glass, M.D., Henry Shibata, M.D., Harvey Lerner, M.D., Jose Terz, M.D., and Lynne Sidorovich

**Abstract**  In 1985 we presented results of a randomized trial involving 1843 women followed for five years that indicated that segmental breast resection (lumpectomy) followed by breast irradiation is appropriate therapy for patients with Stage I or II breast cancer (tumor size, ≤4 cm), provided that the margins of the resected specimens are free of tumor. Women with positive axillary nodes received adjuvant chemotherapy. Lumpectomy followed by irradiation resulted in a five-year survival rate of 85 percent, as compared with 76 percent for total mastectomy, a rate of survival free of distant disease of 76 percent, as compared with 72 percent, and a disease-free survival rate of 72 percent, as compared with 66 percent.

In the current study, we have extended our observations through eight years of follow-up. Ninety percent of the women treated with breast irradiation after lumpectomy remained free of ipsilateral breast tumor, as compared with 61 percent of those not treated with irradiation after lumpectomy (P<0.001). Among patients with positive axillary nodes, only 6 percent of those treated with radiation

and adjuvant chemotherapy had a recurrence of tumor in the ipsilateral breast.

Lumpectomy with or without irradiation of the breast resulted in rates of disease-free survival (58±2.6 percent) distant-disease–free survival (65±2.6 percent), and overall survival (71±2.6 percent) that were not significantly different from those observed after total mastectomy (54±2.4 percent, 62±2.3 percent, and 71±2.4 percent respectively). There was no significant difference in the rates of distant-disease–free survival (P = 0.2) or survival (P = 0.3) among the women who underwent lumpectomy (with or without irradiation), despite the greater incidence of recurrence of tumor in the ipsilateral breast in those who received no radiation.

We conclude that our observations through eight years are consistent with the findings at five years and that these new findings continue to support the use of lumpectomy in patients with Stage I or II breast cancer. We also conclude that irradiation reduces the probability of local recurrence of tumor in patients treated with lumpectomy. (N Engl J Med 1989; 320:822-8.)

**R**ESULTS of a clinical trial (Protocol B-06) conducted by the National Surgical Adjuvant Breast and Bowel Project to evaluate segmental mastectomy (lumpectomy) in the treatment of Stages I and II breast cancers ≤4 cm in size were published in 1985.[1] Life-table estimates through five years after surgery indicated that more than 90 percent of the women who underwent segmental mastectomy with axillary-node dissection and breast irradiation remained free of cancer in the ipsilateral breast and that the rates of disease-free survival, survival free of disease at distant sites (distant-disease–free survival), and overall survival were not significantly different from those among patients who underwent total mastectomy with axillary-node dissection. Consequently, it was concluded that the combination of segmental mastectomy and breast irradiation is appropriate therapy for breast cancer, provided that the margins of the resected specimens are free of tumor on histologic examination. Since that initial report, we have replaced the term "segmental mastectomy" with "lumpectomy." This report brings the findings of the National Surgical Adjuvant Breast and Bowel Project trial up to date through eight postoperative years. The results contin-

ue to support the efficacy of breast conservation in the management of primary breast cancer.

## METHODS

A detailed description of patient-eligibility requirements, study design, surgical and radiation techniques, statistical analyses, and the distribution of patients has been presented in our initial[1] and subsequent reports.[2] Patients with either negative or positive axillary nodes were accepted into the study if they had tumors ≤4 cm in the largest dimension, with no fixation to the underlying muscle or chest wall and no clinical evidence of skin involvement or distant metastases (Stages I and II; tumor, node, metastasis classifications $T_1$, $T_2$, $N_0$, $N_1$, $M_0$). Such patients were randomly assigned to one of three treatments: total mastectomy and axillary-node dissection, lumpectomy and axillary-node dissection followed by breast irradiation, or lumpectomy and axillary-node dissection without irradiation.

All resected specimens from patients who underwent lumpectomy were examined histologically to ensure that the margins were free of tumor. Patients with involvement of the margins underwent total mastectomy and continued in the study, remaining in the group to which they were originally randomly assigned. Those in the two lumpectomy groups who subsequently had a recurrence of tumor in the ipsilateral breast also underwent total mastectomy and remained in the group to which they had originally been assigned. The occurrence of tumor in the same breast after lumpectomy was not designated as an end-point event in determining disease-free survival, since patients who initially underwent total mastectomy were not at risk for an ipsilateral breast tumor. All patients assigned to the three groups were followed with respect to disease-free survival, distant-disease–free survival, and overall survival. Recurrences of tumor in the chest wall and the operative scar, but not in the ipsilateral breast, were classified as local treatment failures. Tumors in the internal mammary, supraclavicular, or ipsilateral axillary nodes were classified as regional treatment failures. Tumors in all other locations were considered distant treatment failures. The events considered in our analysis of disease-free survival were first

From the National Surgical Adjuvant Breast and Bowel Project Headquarters, Rm. 914, Scaife Hall, 3550 Terrace St., Pittsburgh, PA 15261, where reprint requests should be addressed to Dr. Bernard Fisher. The institutions and principal investigators participating in this study are listed in the Appendix.

Supported by a Public Health Service grant (NCI-U10-CA-12027) from the National Cancer Institute and by a grant (ACS-RC-13) from the American Cancer Society.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**Table 1. Distribution of Patients According to Treatment Group.***

| CATEGORY | TOTAL MASTECTOMY | LUMPEC- TOMY | LUMPECTOMY AND IRRADI- ATION | TOTAL |
|---|---|---|---|---|
| | | *no. of patients* | | |
| Enrolled | 713 | 719 | 731 | 2163 |
| Excluded from analysis | | | | |
| Declined† | 23 | 19 | 17 | 59 |
| Noninvasive tumor | 9 | 12 | 15 | 36 |
| Ineligible | 14 | 14 | 11 | 39 |
| Refused assigned treatment‡ | 76 | 34 | 55 | 165 |
| Follow-up data not available | 0 | 1 | 0 | 1 |
| Nodal status unknown | 1 | 3 | 4 | 8 |
| Included in comparison of total mas- tectomy with lumpectomy or lumpectomy and irradiation | 590 | 636 | 629 | 1855 |
| positive margins | — | 64 | 60 | 124 |
| Included in comparison of lumpec- tomy with lumpectomy and irradiation | — | 572 | 569 | 1141 |

*The patients in the total mastectomy and lumpectomy groups also underwent axillary-node dissection.

†These patients who declined entered after the initial analysis; thus there is an increase over the number reported earlier.

‡The total number is 9 fewer than reported in our 1985 analysis.[1] These 9 patients subsequently declined to consent to follow-up and are now classified with the 59 who refused the assigned treatment.

recurrences of disease, second cancers, and deaths without recurrence of cancer. The patients classified as having any distant disease were those in whom a distant metastasis was the first recurrence, those with a distant metastasis after a local or regional recurrence, and those with a second cancer (including a tumor in the other breast). "Overall survival" refers to survival with or without recurrence of disease. All patients who had one or more positive axillary nodes received systemic adjuvant therapy with melphalan and fluorouracil, as used in our previous studies.[3]

Patients assigned to the lumpectomy groups underwent resection of the tumor with removal of sufficient normal tissue to ensure tumor-free specimen margins. No defined amount of normal tissue encompassing the lesion was required to be resected. Axillary sampling was not used. At least the lower two levels of the axillary nodes were removed. For women assigned to lumpectomy and irradiation, the protocol stipulated that 50 Gy (5000 rad) be administered to the breast over a five-week period after lumpectomy. Supplemental boosts of radiation to the operative site (through an external beam or interstitial implants) were not used.

Patients were enrolled in the trial between April 8, 1976, and January 27, 1984. Because patients and physicians had difficulty accepting the conventional randomization process in a situation in which the alternatives were the loss or preservation of the breast, a "pre-randomization" procedure was implemented in January 1978. According to this procedure, patients were randomly assigned to treatment after their eligibility was determined but before the protocol was explained to them.[4,5] After the treatment assignment was made, the protocol was discussed with the patient and signed consent was obtained if the patient accepted the assigned treatment. Of the 2163 patients who entered the study, 1573 (73 percent) were randomly assigned to treatment through the pre-randomization procedure. The present analyses, carried out in December 1987, were based on data for the 1855 patients who accepted the assigned treatment, whether or not pre-randomization was used. The distribution of patients according to treatment group is shown in Table 1. Separate end-point analyses were also conducted that included the 165 women who refused the assigned treatment and the 8 whose nodal status was unknown, giving a total of 2028 women. Because these life-table findings were either identical to those for the 1855 patients who accepted the assigned treatment or differed from them by no more than 1 percent, we have shown the results only for those 1855 women. Twelve patients in addition to the 1843 included in our earlier report,[1] four in each of the three groups, were available for the comparison of total mastectomy with lumpectomy or lumpectomy and irradiation. An additional 10 patients were available for the comparison of lumpectomy with lumpectomy and irradiation (1141 vs. 1131), which was restricted to patients with tumor-free margins. These additional patients were women whose follow-up data were not available for the earlier analyses or patients enrolled late in the study whose documentation was received later for medical review. As our earlier report indicated, the distribution of patients among the treatment groups according to their age, nodal status, and tumor size and location was similar.[1]

Life tables were computed by the actuarial method,[6] and comparisons of the distribution of the lengths of time to treatment failure were made with use of the summary chi-square test, with adjustment for the number of positive nodes.[7,8] All P values were derived from two-sided tests. Although the life tables were based on eight years of observation, the overall odds ratios and P values were calculated on the basis of the total follow-up times. The mean potential length of time in the study was 81 months (range, 47 to 141).

## RESULTS

### Tumor in the Ipsilateral Breast after Lumpectomy with and without Breast Irradiation

In women with specimen margins that were histologically free of tumor, breast irradiation after lumpectomy decreased the likelihood of tumor recurrence in the ipsilateral breast (Fig. 1). The probability that a patient would remain free of tumor in the irradiated breast eight years after operation was 90 percent, as compared with 61 percent for those who received no



△ 572 Patients, 175 Events    △ 361 Patients, 101 Events    △ 211 Patients, 74 Events
▲ 569 Patients, 39 Events    ▲ 377 Patients, 32 Events    ▲ 192 Patients, 7 Events

**Figure 1. Life-Table Analysis Showing the Percentage of Patients Who Remained Free of Breast Tumor after Lumpectomy (L) or after Lumpectomy and Breast Irradiation (L + XRT).**

The results for all patients and for patients with positive nodes have been adjusted for the number of positive nodes.

Case 1:02-cv-00764-WDQ    Document 108-2    Filed 12/23/2004    Page 13 of 43

Table 2. Disease-free Survival Rate and Cumulative Incidence of
Events within Each Treatment Group.*

| First Event | Total Mastectomy (N = 590) | Lumpectomy (N = 636) | Lumpectomy and Irradiation (N = 629) |
|---|---|---|---|
| | no. (%) | no. (%) | no. (%) |
| First treatment failure | 187 (31.7) | 239 (37.6) | 184 (29.3) |
| Local† | 48 (8.1) | 46 (7.2) | 7 (1.1) |
| Regional | 23 (3.9) | 46 (7.2) | 28 (4.5) |
| Distant | 111 (18.8) | 139 (21.9) | 143 (22.7) |
| Combination of sites | 3 (0.5) | 5 (0.8) | 3 (0.5) |
| Location unknown | 2 (0.3) | 3 (0.5) | 3 (0.5) |
| Second cancer‡ | 15 (2.5) | 14 (2.2) | 17 (2.7) |
| Death from another cause | 15 (2.5) | 12 (1.9) | 16 (2.5) |
| Alive with no evidence of disease | 373 (63.2) | 371 (58.3) | 412 (65.5) |
| | mean (range) | | |
| Length of time in study (mo) | 81 (47–139) | 80 (47–139) | 81 (47–141)‡ |

*The women in the total mastectomy and lumpectomy groups also underwent axillary dissection.

†Tumors occurring in the ipsilateral breast after lumpectomy were not considered treatment failures of any type and, therefore, are included in the category "alive with no evidence of disease."

‡Tumors occurring in the opposite breast are included among distant treatment failures.

irradiation after lumpectomy. The benefit of radiation therapy was observed in patients with either negative or positive axillary nodes. Among patients with negative nodes, 12 percent of those who underwent irradiation and 37 percent of those who did not undergo irradiation had a recurrence of breast tumor during the eight years of follow-up (P<0.001). The probability of a recurrence in those with positive nodes, all of whom received chemotherapy, was only 6 percent with irradiation and 43 percent with no irradiation (P<0.001).

### Disease-free Survival, Distant-Disease–free Survival, and Overall Survival

An examination of the end-point events that occurred from the beginning of the study to the time of this analysis (a maximum of 141 months after operation) indicates that more than half the first

reported treatment failures were at distant sites and that the distribution of events among the three groups was similar (Table 2). The principal difference among the groups was that there were fewer local treatment failures in the group that underwent lumpectomy and breast irradiation than in the other two groups.

When women who underwent total mastectomy were compared with those who underwent lumpectomy, with or without radiation therapy, regardless of whether the margins of the specimen were free of tumor, the rates of disease-free survival of the total mastectomy and lumpectomy groups (58±2.6 and 54±2.4 percent; P = 0.3), their rates of distant-disease–free survival (65±2.6 and 62±2.3 percent; P = 0.4), and their rates of overall survival (71±2.6 and 71±2.4; P = 0.8) over eight years of follow-up are remarkably similar (Fig. 2). When those who underwent total mastectomy were compared only with the group that underwent lumpectomy followed by radiation therapy, there was no indication of an advantage to total mastectomy (Fig. 3). The disease-free survival rates for the total mastectomy group and the lumpectomy-and-irradiation group were 58±2.6 and 59±2.5 percent (P = 0.2), the distant-disease–free survival rates were 65±2.6 and 64±2.5 percent (P = 1.0), and the survival rates were 71±2.6 and 76±2.1 percent (P = 0.3).

A comparison of the five-year life-table estimates of outcomes in our initial report[1] with the five-year results in this report indicates that there has been little change from the results initially reported (Table 3). The rates of disease-free and distant-disease–free survival have changed by only 1 to 2 percent, and survival differences of a similar magnitude have been noted in the two lumpectomy groups. In patients in the total mastectomy group, the difference was greater; in this case, there has been a 6 percent change in survival between the two analyses. None of our initial conclusions have been affected by the additional follow-up.

The comparison of patients with negative nodes



Figure 2. Life-Table Analysis Showing Rates of Disease-free Survival, Distant-Disease–free Survival, and Overall Survival of Patients Treated with Total Mastectomy (TM) or Lumpectomy (L), with or without Irradiation.
The results have been adjusted for the number of positive nodes.

The material on this page was copied from the Collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



Figure 3. Life-Table Analysis Showing Rates of Disease-free Survival, Distant-Disease–free Survival, and Overall Survival of Patients Treated with Total Mastectomy (TM) or Lumpectomy and Breast Irradiation (L + XRT).
The results have been adjusted for the number of positive nodes.

who were treated with total mastectomy and those treated with lumpectomy and radiation therapy showed no significant difference between the two groups either five or eight years after surgery (Table 4). A comparison of women with negative nodes who underwent total mastectomy and those treated with lumpectomy without irradiation also indicated no significant difference in survival rates at five or eight years, but the disease-free survival rate among the patients treated with lumpectomy was 5 percent lower at eight years than that among those treated with total mastectomy (P = 0.05). The distant-disease–free survival rate at eight years was 4 percent higher for those in the total mastectomy group (P = 0.03). There was no significant difference in any of the three end points when patients with positive nodes treated with total mastectomy were compared with similar patients in either of the lumpectomy groups.

When comparing the two lumpectomy groups, we included only patients with tumor-free specimen margins. A life-table analysis indicated that the disease-free survival rate was 5 percent higher for all patients who underwent breast irradiation after lumpectomy than for those who underwent lumpectomy without radiation therapy (P = 0.01; Fig. 4). There was, however, no significant difference between the two groups with respect to the distant-disease–free survival rate (P = 0.2) or the overall survival rate (P = 0.3). In patients with negative nodes, the disease-free survival rate was 10 percent higher after five years and 5 percent higher after eight years of follow-up among those who underwent lumpectomy and radiation therapy (overall P = 0.02), but there was no significant difference in the rates of distant-disease–free survival (overall P = 0.1) or overall survival (overall P = 0.5; Table 5). In patients with positive nodes, none of the three rates differed significantly between the two groups. A comparison of the two lumpectomy groups that included all patients randomly assigned to treatment, regardless of whether the specimen margins were involved, resulted in findings that agreed with those obtained when the

patients with marginal involvement were excluded from the analysis (data not shown).

## DISCUSSION

The findings reported here are based on the experience of women whose average length of time in the study has doubled since our initial report[1] — from 39 months (range, 5 to 99) to 81 months (range, 47 to 141). The data continue to indicate that lumpectomy, followed by breast irradiation in all patients and adjuvant chemotherapy in women with positive nodes, is appropriate therapy for Stages I and II breast cancer, provided that the margins of the resected specimens are free of tumor. The value of irradiation in reducing the incidence of tumor in the ipsilateral breast after lumpectomy continues to be significant. The five-year life-table results in our first report indicated that 7.7 percent of all patients treated with lumpectomy and radiation therapy had a recurrent tumor; our current findings show an increase of only 2.7 percent during

Table 3. Comparison of Five-Year Life-Table Estimates First Reported with Five-Year Results in the Current Study.*

| SURVIVAL CATEGORY AND TREATMENT GROUP | TIME OF ANALYSIS | | | |
|---|---|---|---|---|
| | JUNE 1984 | | DECEMBER 1987 | |
| | no. of patients at risk | % | no. of patients at risk | % |
| Disease-free survival | | | | |
| Total mastectomy | 67 | 66 | 281 | 67 |
| Lumpectomy | 78 | 63 | 278 | 64 |
| Lumpectomy and irradiation | 88 | 72 | 307 | 71 |
| Distant-disease–free survival | | | | |
| Total mastectomy | 67 | 72 | 297 | 74 |
| Lumpectomy | 83 | 70 | 302 | 71 |
| Lumpectomy and irradiation | 88 | 76 | 313 | 74 |
| Overall survival | | | | |
| Total mastectomy | 81 | 76 | 345 | 82 |
| Lumpectomy | 100 | 85 | 363 | 83 |
| Lumpectomy and irradiation | 98 | 85 | 359 | 84 |

*The earlier five-year results were reported in Fisher et al.[1]

Case 1:02-cv-00764-WDQ    Document 108-2    Filed 12/23/2004    Page 15 of 43

Vol. 320

Table 4. Comparison of Total Mastectomy with Lumpectomy and with Lumpectomy and Radiation Therapy, According to Nodal Status.*

| NODAL STATUS AND TREATMENT GROUP | No. | DISEASE-FREE SURVIVAL | | DISTANT-DISEASE-FREE SURVIVAL | | OVERALL SURVIVAL | |
|---|---|---|---|---|---|---|---|
| | | 5 YR | 8 YR | 5 YR | 8 YR | 5 YR | 8 YR |
| Negative nodes | | | | | | | |
| Total mastectomy | 366 | 75.1±2.3 | 65.5±3.3 | 81.5±2.1 | 73.8±3.2 | 87.7±1.8 | 78.7±3.2 |
| Lumpectomy | 392 | 67.6±2.4 | 60.7±2.8 | 74.5±2.2 | 69.6±2.6 | 87.1±1.8 | 76.6±2.8 |
| Overall P value | | 0.05 | | 0.03† | | 0.5 | |
| Lumpectomy and irradiation | 399 | 77.3±2.2 | 65.6±3.3 | 80.9±2.0 | 70.7±3.2 | 88.3±1.7 | 82.9±2.3 |
| Overall P value | | 0.7 | | 0.6 | | 0.8 | |
| Positive nodes‡ | | | | | | | |
| Total mastectomy | 224 | 53.5±3.4 | 44.5±4.0 | 60.8±3.3 | 50.7±4.2 | 72.2±3.1 | 59.9±4.1 |
| Lumpectomy | 244 | 55.4±3.3 | 41.6±4.1 | 63.9±3.2 | 49.1±4.6 | 75.6±2.9 | 60.3±4.5 |
| Overall P value | | 0.6 | | 0.4 | | 0.7 | |
| Lumpectomy and irradiation | 230 | 59.0±3.3 | 46.6±4.1 | 62.8±3.3 | 53.1±3.9 | 77.2±2.9 | 68.3±3.9 |
| Overall P value | | 0.2 | | 0.6 | | 0.3 | |

*The values are life-table estimates of the results five and eight years after surgery and are expressed as mean (±SE) percentages. The P values are for comparisons with the total mastectomy group.
†In our first paper, the P value for this comparison was incorrectly published as 0.2 instead of the correct value of 0.02.
‡The values have been adjusted for the number of positive nodes (1 to 3, 4 to 9, or ≥10).

the subsequent three years of follow-up. By contrast, not only was the rate of recurrence of tumor in the ipsilateral breast greater through the initial five-year period among those treated with lumpectomy without radiation (27.9 percent), but this rate has increased by 11.5 percent during the three additional years. As in our earlier report, patients with positive nodes who underwent lumpectomy followed by breast irradiation, all of whom received chemotherapy, continued to have a lower rate of recurrence (6 percent) through eight years of follow-up than did patients with negative nodes who were treated with breast irradiation but no systemic therapy (12 percent). This finding supports our previous suggestion that the effects of the two therapies may be additive or synergistic. Greater familiarity on the part of physicians with optimal surgical and radiation therapy, as well as an increase in the use of systemic therapy, is likely to result in an incidence of recurrence of breast cancer that is lower than that observed in this trial. Findings recently available from National Surgical Adjuvant Breast and Bowel Project studies of patients with negative nodes

support the value of systemic therapy. The incidence of recurrence of tumor in the ipsilateral breast was 2.2 percent in patients with negative nodes and positive estrogen receptors who were treated with lumpectomy and breast irradiation and zero in similar patients who were treated with lumpectomy and breast irradiation and also received tamoxifen.[9] Among node-negative estrogen-receptor–negative patients who underwent lumpectomy and irradiation, the rate of recurrence was 0.9 percent among patients who received methotrexate and fluorouracil and 3.7 percent among those who had no further treatment.[10]

The specific aim of this study, as documented in the protocol, was to determine whether the outcome for patients treated with lumpectomy, with or without irradiation of the breast, was equivalent to that for those treated with total mastectomy. The findings reported here — like those of our earlier report[1] — indicate that when each of the lumpectomy groups is compared with the total mastectomy group, there is no significant difference in the rates of disease-free, distant-disease–free survival, or overall survival. When the five-year results were reported in 1985, there was concern about the firmness of the findings regarding these three end points, because of the number of patients at risk at five years. The comparison of the five-year life-table estimates reported earlier[1] with the five-year results in this study indicates a similarity of outcome between the two, although there has been an increase of almost fourfold in the number of patients at risk.

Our initial report indicated that when the two lumpectomy groups were compared, the rate of distant-disease–free survival of node-negative patients was higher among those treated with lumpectomy and breast irradiation than among those treated with lum-



Figure 4. Life-Table Analysis Showing Rates of Disease-free Survival, Distant-Disease–free Survival, and Overall Survival of Patients Treated with Lumpectomy (L) or with Lumpectomy and Radiation (L + XRT) Who Had Tumor-free Specimen Margins. The results have been adjusted for the number of positive nodes.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Table 5. Comparison of Lumpectomy with Lumpectomy and Breast Irradiation, According to the Nodal Status of Patients with Tumor-free Specimen Margins.*

| NODAL STATUS AND TREATMENT GROUP | No. | DISEASE-FREE SURVIVAL | | DISTANT-DISEASE-FREE SURVIVAL | | OVERALL SURVIVAL | |
|---|---|---|---|---|---|---|---|
| | | 5 YR | 8 YR | 5 YR | 8 YR | 5 YR | 8 YR |
| Negative nodes | | | | | | | |
| Lumpectomy | 361 | 67.9±2.5 | 60.7±3.0 | 74.6±2.3 | 69.5±2.7 | 87.1±1.8 | 76.7±2.9 |
| Lumpectomy and irradiation | 377 | 77.4±2.2 | 66.1±3.3 | 80.9±2.1 | 71.3±3.2 | 87.7±1.8 | 82.0±2.4 |
| Overall P value† | | 0.02 | | 0.1 | | 0.5 | |
| Positive nodes† | | | | | | | |
| Lumpectomy | 211 | 56.9±3.5 | 43.0±4.4 | 64.4±3.5 | 48.9±4.9 | 77.0±3.1 | 61.6±4.8 |
| Lumpectomy and irradiation | 192 | 62.7±3.6 | 49.0±4.5 | 66.8±3.5 | 56.4±4.3 | 79.5±3.0 | 70.0±4.2 |
| Overall P value | | 0.3 | | 0.7 | | 0.5 | |

*The values are life-table estimates of the results five and eight years after surgery and are expressed as mean (±SE) percentages. The P values are for comparisons with the total mastectomy group.

†The values have been adjusted for the number of positive nodes (1 to 3, 4 to 9, or ≥10).

...tomy alone (P = 0.02). The current results indicate no significant difference in distant-disease-free survival between the node-negative patients in the two lumpectomy groups (70 and 71 percent; P = 0.1). The difference observed earlier between the two lumpectomy groups may be related to a "lead-time" bias in the identification of distant disease in the group that underwent lumpectomy alone. There was a significantly greater number of breast-tumor recurrences among the patients who received no irradiation than among those who underwent irradiation. The patients with a recurrence were subjected to a more thorough examination for the detection of metastatic disease at that time. In conclusion, the data so far continue to support breast conservation in the care of patients with primary breast cancer.

We are indebted to Elizabeth Saffer, Jean Coyle, and Christine Pollock for their efforts related to this study since its conception.

## APPENDIX

The following National Surgical Adjuvant Breast and Bowel Project institutions and principal investigators contributed to this study: Albany Regional Cancer Center, Albany, N.Y., Thomas J. Cunningham, M.D.; Albert Einstein College of Medicine, New York, Herbert Volk, M.D.; Baptist Medical Center, Oklahoma City, Karl K. Boatman, M.D.; Baylor University Medical Center, Dallas, Leon Dragon, M.D.; Billings Interhospital Oncology Project, Billings, Mont., David B. Myers, M.D.; Boston University, Boston, Peter Deckers, M.D.; Bryn Mawr Hospital, Bryn Mawr, Thomas G. Frazier, M.D.; Community Clinical Oncology Programs (CCOP)—Billings Interhospital Project, Billings, Mont., Neel Hammond, M.D.; CCOP—Central New York, Syracuse, N.Y., Kenneth Gale, M.D.; CCOP-Midwest, Kansas City, Mo., Karl H. Hanson, M.D.; City of Faith Medical and Research Center, Tulsa, Okla., Arthur F. Hoge, M.D.; City of Hope Medical Center, Duarte, Calif., José Terz, M.D.; Cross Cancer Institute, Edmonton, Alb., Sandy Paterson, M.D.; Ellis Fischel State Cancer Hospital, Columbia, Mo., William G. Kraybill, M.D.; Geisinger Medical Center, Danville, Pa., James Evans, M.D.; Genesee-Highland Hospitals, Rochester, N.Y., Sidney Sobel, M.D.; Good Samaritan Hospital, Cincinnati, Richard Welling, M.D.; Grant Hospital, Columbus, Ohio, Leslie Laufman, M.D.; Group Health Medical Center, Seattle, Robert V. Bourdeau, M.D.; Gulf Coast Community Hospital, Panama City, Fla., William G. Bruce, M.D.; Harbor General Hospital, Torrance, Calif., David State, M.D.; Hennepin County Medical Center, Minneapolis, Claude R. Hitchcock, M.D.;

Hôtel-Dieu, Montreal, Que., André Robidoux, M.D.; Hôtel-Dieu, Quebec City, Que., Louis Dionne, M.D.; Jewish General Hospital, Montreal, Que., Richard G. Margolese, M.D.; Kaiser-Permanente, Portland, Oreg., Andrew G. Glass, M.D.; Kaiser-Permanente, San Diego, Thomas N. Campbell, M.D.; Kaiser-Permanente, West Los Angeles, Ivan Shulman, M.D.; Lancaster County Medical Center, Lincoln, Neb., William T. Griffin, M.D.; Letterman Army Medical Center, Presidio of San Francisco, Calif., David Gandara, M.D.; Louisiana State University, New Orleans, Isidore Cohn, Jr., M.D.; Louisiana State University, Shreveport, La., Don Morris, M.D.; Madigan Army Medical Center, Tacoma, Preston Carter, M.D.; Manitoba Cancer Foundation, Winnipeg, Man., David Bowman, M.D.; Marshfield Clinic, Marshfield, Wis., James L. Hoehn, M.D.; McMaster University, Hamilton, Ont., S.E. O'Brien, M.D.; Medical College of Pennsylvania, Philadelphia, James Bassett, M.D.; Medical College of Virginia, Richmond, Va., Walter Lawrence, M.D.; Medical College of Wisconsin, Milwaukee, William Donegan, M.D.; Memorial Cancer Research Foundation, Los Angeles, David Plotkin, M.D.; Memorial Hospital, Worcester, Mass., Robert Quinlan, M.D.; Metropolitan Hospital, Detroit, John F. Weiksnar, M.D.; Michael Reese Hospital, Chicago, Richard Desser, M.D.; Michigan State University, East Lansing, Mich., Nikolay Dimitrov, M.D.; Montreal General Hospital, Montreal, Que., John MacFarlane, M.D.; Mount Sinai Hospital, Milwaukee, William Donegan, M.D.; Naval Regional Medical Center, San Diego, James Guzik, M.D.; Newark Beth Israel Hospital, Newark, N.J., Frederick B. Cohen, M.D.; Ottawa Civic Hospital, Ottawa, Ont., Leo Stolbach, M.D.; Pennsylvania Hospital, Philadelphia, Harvey J. Lerner, M.D.; Presbyterian Hospital, Oklahoma City, Daniel Carmichael, M.D.; Royal Melbourne Hospital, Melbourne, Australia, Ian Russell, M.D.; Royal Victoria Hospital, Montreal, Que., Henry Shibata, M.D.; Rush Presbyterian–St. Luke's Medical Center, Chicago, Steven Economou, M.D.; Rutgers Medical School, Piscataway, N.J., Ralph Greco, M.D.; St. Joseph Hospital, Lancaster, Pa., H. Peter DeGreen, M.D.; St. Luc Hospital, Montreal, Que., Roger Poisson, M.D.; St. Luke's Hospital, Kansas City, Kans., Paul Koontz, M.D.; St. Mary's Hospital Centre, Montreal, Que., John R. Keyserlingk, M.D.; St. Michael's Hospital, Toronto, Leo Mahoney, M.D.; St. Sacrement Hospital, Quebec City, Que., Jean Couture, M.D.; St. Vincent's Hospital, Indianapolis, John A. Cavins, M.D.; St. Vincent's Hospital, New York, Thomas Nealon, Jr., M.D.; Texas Tech Medical School, Amarillo, Tex., Edwin Savlov, M.D.; Tom Baker Cancer Centre, Calgary, Alb., L. Martin Jerry, M.D.; Trumbull Memorial Hospital, Warren, Ohio, Jerome J. Stanislaw, M.D.; Tulane University, New Orleans, Carl M. Sutherland, M.D.; University of California–Los Angeles, Armand Giuliano, M.D.; University of California–San Diego, Yosef Pilch, M.D.; University of California–San Francisco, William H. Goodson III, M.D.; University of Florida, Jacksonville, Fla., Neil Abramson, M.D.; University of Hawaii, Honolulu, Robert Oishi, M.D.; University of Iowa, Iowa City, Peter Jochimsen, M.D.; University of Louisville, Louisville, Ky., Joseph C. Allegra, M.D.; University of Maryland, Baltimore, E. George Elias, M.D., Ph.D.; University of Massachusetts, Worcester, Mass., Mary E. Costanza, M.D.; University of Pittsburgh, Pittsburgh, Bernard Fisher, M.D.; University of Rochester, Rochester, N.Y., Sidney Sobel, M.D.; University of Texas, San Antonio, Anatolio B. Cruz, Jr., M.D.; University of Vermont, Burlington, Vt., Roger S. Foster, Jr., M.D.; Washington University, St. Louis, Marc Wallack, M.D.; West Virginia University, Morgantown, W.V., Alvin L. Watne, M.D.; White Memorial Medical Center, Los Angeles, Matthew Tan, M.D.; Wilmington Medical Center, Wilmington, Del., Timothy Wozniak, M.D.; Women's College Hospital, Toronto, Edward B. Fish, M.D. The following Southeastern Cancer Study Group institutions and principal inves-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

828 · · · · · · · · · · · · · · · THE NEW ENGLAND JOURNAL OF MEDICINE · · · · · · · · · · · · · · March 30, 1989

tigators contributed to this study: University of Alabama, Birmingham, Ala., George A. Omura, M.D.; University of Cincinnati, Cincinnati, Orlando Martelo, M.D.; University of Miami, Coral Gables, Fla., Alfred S. Ketcham, M.D.; Washington University, St. Louis, Gordon Philpott, M.D.

### References

1. Fisher B, Bauer M, Margolese R, et al. Five-year results of a randomized clinical trial comparing total mastectomy and segmental mastectomy with or without radiation in the treatment of breast cancer. N Engl J Med 1985; 312:665-73.
2. Fisher B, Wolmark N, Fisher ER, Deutsch M. Lumpectomy and axillary dissection for breast cancer: surgical, pathological, and radiation considerations. World J Surg 1985; 9:692-8.
3. Fisher B, Glass A, Redmond C, et al. L-phenylalanine mustard (L-PAM) in the management of primary breast cancer: an update of earlier findings and a comparison with those utilizing L-PAM plus 5-fluorouracil (5-FU). Cancer 1977; 39:Suppl 6:2883-903.
4. Taylor KM, Margolese RG, Soskolne CL. Physicians' reasons for not entering eligible patients in a randomized clinical trial of surgery for breast cancer. N Engl J Med 1984; 310:1363-7.
5. Redmond C, Bauer M. Prerandomization: progress report of the National Surgical Adjuvant Project for Breast and Bowel Cancer (NSABP). Pittsburgh: NSABP Headquarters, May 1980:68-72.
6. Cutler SJ, Ederer F. Maximum utilization of the life table method in analyzing survival. J Chronic Dis 1958; 8:699-712.
7. Mantel N. Evaluation of survival data and two new rank order statistics arising in its consideration. Cancer Chemother Rep 1966; 50:163-70.
8. Peto R, Peto J. Asymptotically efficient rank invariant test procedures. J R Stat Soc [A] 1972; 135:185-207.
9. Fisher B, Costantino J, Redmond C, et al. A randomized clinical trial evaluating tamoxifen in the treatment of patients with node-negative breast cancer who have estrogen-receptor–positive tumors. N Engl J Med 1989; 320:479-84.
10. Fisher B, Redmond C, Dimitrov NV, et al. A randomized clinical trial evaluating sequential methotrexate and fluorouracil in the treatment of patients with node-negative breast cancer who have estrogen-receptor–negative tumors, N Engl J Med 1989; 320:473-8.

# GRAFT-VERSUS-HOST DISEASE AS ADOPTIVE IMMUNOTHERAPY IN PATIENTS WITH ADVANCED HEMATOLOGIC NEOPLASMS

Keith M. Sullivan, M.D., Rainer Storb, M.D., C. Dean Buckner, M.D., Alexander Fefer, M.D., Lloyd Fisher, Ph.D., Paul L. Weiden, M.D., Robert P. Witherspoon, M.D., Frederick R. Appelbaum, M.D., Meera Banaji, M.B.B.S., John Hansen, M.D., Paul Martin, M.D., Jean E. Sanders, M.D., Jack Singer, M.D., and E. Donnall Thomas, M.D.

**Abstract**   The occurrence of graft-versus-host disease (GVHD) after allogeneic bone marrow transplantation for leukemia is thought to decrease the probability of recurrence. To study this effect (called adoptive immunotherapy) we modified the prophylaxis of GVHD in patients with advanced hematologic neoplasms (mostly leukemia) who received bone marrow transplants. Patients under 30 years of age were randomly assigned to one of three regimens of post-transplantation immunosuppression: Group I (n = 44) received a standard course of methotrexate for 102 days after transplantation, Group II (n = 40) received an abbreviated (11-day) course of methotrexate, and Group III (n = 25) received the standard course of methotrexate plus viable buffy-coat cells from the marrow donors. All 109 patients received cyclophosphamide (60 mg per kilogram of body weight on each of two days), total-body irradiation (2.25 Gy daily for seven days), and unmodified marrow from HLA-identical sibling donors.

The frequency of GVHD of Grades II through IV was 25 percent in Group I, 59 percent in Group II, and 82 percent in Group III (P = 0.0001). The incidence of chronic GVHD, however, did not differ significantly among the groups (33, 51, and 44 percent, respectively), nor did the five-year probability of recurrence of disease (38, 45, and 33 percent, respectively). However, mortality from causes other than cancer was 34 percent in Group I, 45 percent in Group II, and 64 percent in Group III (I vs. III, P = 0.024); the deaths were due primarily to infections complicating the course of GVHD. With a median follow-up of 5.1 years (range, 3.9 to 7.4), disease-free survival was 41 percent in Group I, 30 percent in Group II, and 24 percent in Group III (the differences were not statistically significant).

We conclude that abbreviating methotrexate prophylaxis or infusing donor buffy-coat cells increased the incidence of acute GVHD and related mortality without altering the incidence of chronic GVHD or the recurrence of malignant disease. (N Engl J Med 1989; 320: 828-34.)

T HE term "adoptive immunotherapy" is used to define the immune-mediated antileukemic effect of allogeneic bone marrow transplantation.[1,2] Experimental studies in a variety of models involving transplantable tumors have demonstrated that cells in the donor bone marrow recognize and destroy host malignant cells bearing tumor-associated antigens, histocompatibility antigens, or both.[3-5] A graft-versus-leukemia effect in patients has been inferred from retrospective observations that the probability of recurrent leukemia after allogeneic marrow transplantation is 2.5-fold lower in patients with acute graft-versus-host disease (GVHD) than in those without GVHD.[6,7] An antileukemic effect has also been observed during chronic GVHD, and this effect contributes to improved long-term survival.[8,9] Conversely, ex vivo marrow depletion of alloreactive donor T cells reduces the incidence of GVHD but increases the risk of graft failure and relapse of leukemia.[10-12]

From the Fred Hutchinson Cancer Research Center and the University of Washington School of Medicine, Seattle. Address reprint requests to Dr. Sullivan at the Fred Hutchinson Cancer Research Center, 1124 Columbia St., Seattle, WA 98104.

Supported in part by grants (CA-18221, CA-18029, CA-15704, and CA-09515) from the National Cancer Institute. Dr. Thomas is a recipient of a Research Career Award (AI-02425) from the National Institute of Allergy and Infectious Diseases.

VOLUME 8, NUMBER 3

MAY/JUNE 1992

W1 SE489LT
NO.3      1992
02--------SEQ: SR0052201
SEMINARS IN SURGICAL
ONCOLOGY

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



# Seminars in Surgical Oncology

**GERALD P. MURPHY, M.D.**
Editor-in-Chief



NATIONAL
LIBRARY

JUL 1 5 1992

OF
MEDICINE

## LOCOREGIONAL DISEASE CONTROL AND BREAST CONSERVATION IN EARLY BREAST CANCER

**Frederick L. Moffat, M.D.** and
**Alfred S. Ketcham, M.D.**
Guest Editors

EXHIBIT

3



WILEY-LISS

ISSN 8756-0437

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Volume 8, Number 3

May/June 1992

# SEMINARS IN SURGICAL ONCOLOGY

## LOCOREGIONAL DISEASE CONTROL AND BREAST CONSERVATION IN EARLY BREAST CANCER

Guest Editors: **Frederick L. Moffat and Alfred S. Ketcham**

Contents:

111 **Foreword**
Frederick L. Moffat and Alfred S. Ketcham

113 **The Biological Significance of Locoregional Recurrence Following Breast Conserving Therapy**
Iona M. Reid and John H. Donohue

117 **Multicentricity in Early Breast Cancer**
Frank E. Gump

122 **Pathologic Features Related to Local Recurrence Following Lumpectomy and Irradiation**
Michael D. Lagios

129 **The Pathologist's Examination of the "Lumpectomy"— The Pathologists' View of Surgical Margins**
Edwin W. Gould and Philip G. Robinson

136 **Breast-Conserving Surgery: How Much Is Enough?**
Robert E. Hermann, Sharon Grundfest-Broniatowski, and Caldwell B. Esselstyn, Jr.

140 **Radiotherapy After Breast-Conservation Surgery: How Much Is Enough?**
Melvin Deutsch

(continued on next page)

## ⊛ WILEY-LISS

A JOHN WILEY & SONS, INC., PUBLICATION
New York • Chichester • Brisbane • Toronto • Singapore

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

(Contents continued)

**147 Radiation Therapy and Breast Preservation: Past Achievements, Current Results, and Future Prospects**
John M. Kurtz

**153 Breast Tumor Recurrence Following Lumpectomy With and Without Breast Irradiation: An Overview of Recent NSABP Findings**
Bernard Fisher, D.L. Wickerham, Melvin Deutsch, Stewart Anderson, Carol Redmond, and Edwin R. Fisher

**161 Ipsilaterial Breast Tumor Recurrence and Survival Following Lumpectomy and Irradiation: Pathological Findings From NSABP Protocol B-06**
Edwin R. Fisher, Stewart Anderson, Carol Redmond, and Bernard Fisher

**167 Patient and Anatomical Selectivity in Postoperative Radiotherapy for Early Breast Cancer: A British Perspective**
Stephen R. Ebbs and John R. Yarnold

**172 Breast-Conserving Surgery and Selective Adjuvant Radiation Therapy for Stage I and II Breast Cancer**
Frederick L. Moffat and Alfred S. Ketcham

Seminars in Surgical Oncology 8:161–166 (1992)

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# Ipsilateral Breast Tumor Recurrence and Survival Following Lumpectomy and Irradiation: Pathological Findings From NSABP Protocol B-06

EDWIN R. FISHER, MD, STEWART ANDERSON, PHD, CAROL REDMOND, SCD, AND BERNARD FISHER, MD

*From the Headquarters National Surgical Adjuvant Breast and Bowel Projects (NSABP) Institute of Pathology, Shadyside Hospital and Department of Biostatistics, School of Public Health and Department of Surgery, School of Medicine, University of Pittsburgh, Pittsburgh, Pennsylvania*

Ipsilateral breast tumor recurrence (IBTR) occurred in 42 of 488 (9%) pathologically evaluable patients enrolled in NSABP protocol B-06 with a mean potential follow-up of 103 months (range 68–161 months) following treatment for Stage I and II invasive breast cancer by lumpectomy and local breast irradiation (LXRT). IBTR were observed at or close to the same quadrant as the index cancers and their histologic types and nuclear grades were similar if not identical in 95 and 93%, respectively. This information confirms our earlier findings which indicated that multicentricity is of little or no clinical significance in the treatment of breast cancer by LXRT; breast cancers rarely if ever change their biologic potential once clinically detected; and lastly, most if not all IBTR represent residual cancer. Cox regression analyses revealed only a patient age < 35 years to be significantly related to IBTR. No relationship between IBTR and so-called extensive intraductal component (EIC) or 31 other pathologic features of the index cancers was found. Overall survival was significantly related to nodal status ($P = 0.01$), nuclear grade ($P = <0.001$) histologic tumor type ($P = 0.01$) and IBTR ($P = <0.001$). This latter was considered as an indicator rather than instigator of distant disease and reduced survival since the latter is no different in patients treated by LXRT, lumpectomy alone after which IBTR is much more frequent, or mastectomy, which precludes its expression. We conclude that there are as yet no viable markers which would contraindicate treating patients with breast cancer by LXRT.    © 1992 Wiley-Liss, Inc.

KEY WORDS: invasive breast cancer, local breast irradiation

## INTRODUCTION

Five year results from protocol B-06 of the National Surgical Adjuvant Breast Project (NSABP) reported in 1985[1] revealed ipsilateral local breast tumor recurrence (IBTR) in 28% of women treated by lumpectomy but only in 8% of those also receiving postoperative breast irradiation (LXRT). Despite these local events, survival rates were comparable for both groups treated by lumpectomy and those treated by mastectomy. Recent updates again have failed to reveal any difference in survival of patients of the three

Address reprint request to Edwin R. Fisher, M.D., Institute of Pathology, Shadyside Hospital, 5230 Centre Avenue, Pittsburgh, PA 15232.

© 1992 Wiley-Liss, Inc.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**162    Fisher et al.**

treatment arms of the protocol although IBTR for the lumpectomy only patients increased to 39 and 43%, and 10 and 12% for those also receiving local breast irradiation at 80[2] and 103[3] months mean potential follow-up respectively. It is noteworthy that IBTR for Stage II (positive axillary nodes) patients who, according to protocol, received chemotherapy as well as breast irradiation following lumpectomy was only 6% at the 80-month period. Our most recent clinical analysis[3] emphasized that IBTR after lumpectomy was an indicator rather than instigator of distant disease.

Results of our initial pathologic evaluation of protocol B-06 appeared in 1985[4] and 1986[5]. In conjunction with the clinical observations[1–3] it was concluded that postoperative irradiation provided acceptable local control for Stage I and II invasive breast cancers measuring < 4 cm (tumor size eligibility for protocol B-06) treated by lumpectomy. The site of IBTR within or close to the quadrant of the index cancer markedly minimized the clinical and biologic significance of multicentricity, which was defined by us as cancer within quadrants remote from the index cancer. The similarity of the pathologic appearance of the initial cancer and IBTR indicated that it was unlikely that breast cancers changed with time. Although IBTR following lumpectomy without irradiation was significantly more frequent when the index cancer was > 2 cm, exhibited poor nuclear or histologic grades or intralymphatic extension, the odds for such an event with these "markers" were not great. Only a statistical trend suggested that intralymphatic extension might be related to IBTR in patients treated by LXRT. Thus, it appeared that, aside from cosmetic considerations, there were no pathologic or other contraindications for managing patients with invasive breast cancer by LXRT. Although there may be biologic reasons for IBTR, these latter appeared more likely to be related to the growth of residual tumor resulting from the multifocal (multiple sites within the same quadrant as the index cancer) growth pattern of some breast cancers and/or inadequacy of lines of resection. One might also hypothesize that IBTR at least in some instances might be related to the lack of radioresponsiveness of some residual breast cancers or use of suboptimal doses of this modality—possibilities that surprisingly have received only relatively little attention[6–9].

Results of a retrospective analysis of 221 patients with invasive breast cancer from the Joint Center for Radiation Therapy, Harvard Medical School, who were treated by tumor excision and local irradiation appeared just prior to and at the time of the NSABP reports[10,11]. Actuarial IBTR at 5 years was 11%. This event was initially[10] noted to be significantly

related to inadequate local tumor excision, which might not be unexpected since the margins of excision were assessed only macroscopically if at all; a dominant intraductal component of the main tumor mass, presence of intraductal cancer in the vicinity of the latter, and high (poorly differentiated) nuclear and histologic grades. Subsequent studies disclosed only the intraductal and nuclear changes to be significant predictors[11] and finally in 1988[12] IBTR for the cohort which now consisted of 556 patients was found to be associated only with the presence of > 25% intraductal carcinoma within the tumor and its occurrence in adjacent, otherwise non-tumor bearing breast tissue. The simultaneous presence of both features was designated as an extensive intraductal component or EIC. The 5-year actuarial incidence of IBTR was 24% with EIC + tumors and only 2% for those lacking this feature. Adequacy of excision was still considered important as a marker for IBTR. Indeed, the group[12] suggested that EIC + tumors should be reexcised and if the reexcised tissue contained "little or no" residual tumor, irradiation should then be administered. When "considerable" tumor was noted mastectomy might be more prudent. Reexcision was not advised if the margin of the tumor excision was "minimally" or "focally" involved or "close." On the other hand, reexcision was recommended if the status of the margin was unknown or it was extensively involved. It remains to be demonstrated whether such an algorithm will have a significant impact on IBTR. Since only 24% of EIC + tumors exhibited IBTR it should also be apparent that 76% of patients whose tumors exhibited this histologic feature might be overtreated. Nevertheless, the importance of EIC as a predictor of IBTR was reaffirmed in 1989 by the Harvard group. The cohort now consisted of 597 patients although the pathology review was based on 445. It should be noted that the NSABP pathologic evaluations[4,5] as well as that performed by Mate et al.[13], Calle et al.[14], and Clarke et al.[6] failed to reveal any relationship between degree of the intraductal component of invasive cancers or its presence at the periphery and IBTR. However, the role of intraductal cancer as a marker for IBTR was not tested according to the final definition of EIC by the Harvard group as noted above. The most recent update of the Harvard data by Recht and associates in 1990[15] revealed that IBTR was significantly more frequent in patients < 35 years old, regardless of EIC status.

Recent findings concerning possible discriminants for IBTR have appeared from several groups of European investigators. In some the incidence of IBTR with EIC + tumors was almost identical to that of the Harvard group but was observed only in premenopau-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

sal women[16–18]. EIC as well as a moderate/marked mononuclear cell infiltrate were regarded as being markers for IBTR independent of adequacy of resection in premenopausal women whereas in postmenopausal patients it was related only to adequacy of resection and histologic grade[16,17]. In one cohort[19] EIC, intralymphatic extension, and completeness of excision were found related to IBTR but again the definition of EIC was different than that of the Harvard group. In another, apparently classical EIC was not found to be related to IBTR[20]. Recognition of EIC with intraductal comedo necrosis appeared important as a predictor of IBTR in a British investigation[21]. The Dutch[22] in one report indicate the intraductal component at the periphery of the cancer to be more significant for IBTR than its combined presence with a large component of intraductal cancer within the tumor mass. Yet, examination of the original reference fails to reveal any meaningful definition of EIC[23]. It should be noted that in some studies only "infiltrating ductal carcinomas" were analyzed[11,12,14]. Several of the Harvard reports[9,12] refer to infiltrating ductal carcinoma but in one[9] all tumor types appear listed as having been reviewed. In some studies the histologic types of cancer are not mentioned. Kurtz and associates[24] demonstrated comparable IBTR for infiltrating ductal (apparently our NOS type[25]) and other forms of invasive cancer. A variety of adjuvant therapies in addition to irradiation were utilized in most of the retrospective investigations cited.

The inherent difficulties with retrospective studies and the inconsistencies regarding the results relating to IBTR have prompted us to update the data from our previous pathologic reports of 1985 and 1986 dealing only with the cohort who received LXRT, since this is the most common form of breast conservation treatment. We were particularly interested in assessing the value of EIC as defined by the Harvard group. We are somewhat bemused why IBTR in our experience[26] is almost identical for invasive and intraductal cancers. Yet, the latter by definition possess the most extensive intraductal component (EIC). The importance of such an update is apparent when it is appreciated that mastectomies and "noncosmetic" procedures are not infrequently being performed because of the presence of EIC or other purported markers for IBTR.

## MATERIALS AND METHODS

Pathologic materials were available for NSABP headquarters review from 1,881 of the 2,163 patients enrolled in NSABP protocol B-06. The clinical and pathologic requirements for protocol entry have been

described in detail elsewhere[1,2,4]. Briefly, eligible patients with Stage I or II invasive breast cancers clinically measuring < 4 cm were randomized to receive either total mastectomy, lumpectomy only, or lumpectomy and subsequent local breast irradiation (LXRT). The latter consisted of 5,000 rad over a 5-week period. No supplemental boosts or radiation of the axilla were utilized. All had axillary node dissection and those with histologically proven nodal metastases were treated with an adjuvant chemotherapy regimen of melphalan (L-PAM) and 5-fluorouracil (5-FU).

In this study analyses were performed for 488 pathologically evaluable patients treated by LXRT. All patients retained for study were considered to have lumpectomy margins free of tumor. The number of patients is less than the 533 reported previously[9]. Patients were deleted since they were not followed, withdrew from the protocol, subsequent review failed to disclose invasive index cancer, the breast recurrence was not cancer, or the pathologic material was inadequate or unavailable for analysis. The pathologic review of these 488 patients consisted of examination of all available slides and those prepared from blocks of tumor when available, overlying skin if present, lymph nodes, and lines of resection. All forms of invasive cancer including the lobular invasive type were evaluated. Microscopic sections prepared from the IBTR were also examined. Thirty-two pathologic features of the index cancers including EIC were assessed as were the two clinical features of age and menopausal status (Table I). EIC was considered as positive when > 33% intraductal cancer was observed within the main tumor mass and any amount was present adjacent to the latter. The only difference in the definition of positive EIC as proposed by the Harvard group and utilized in this study was the percent of the intraductal component present within the main tumor mass. It has long been our practice to consider amounts > 33% rather than > 25% as being moderate or marked[25]. A "blinded" check of 170 consecutive tumors revealed only 3 instances or a 1.8% increase in cases which would be regarded as EIC + if the intraductal component was considered moderate when based on being > 25% rather than > 33%. This review also revealed a discrepancy between our original and the second review in at least one of the components comprising EIC to occur in only 6 or 3% of the 170 cases.

Features which might be predictive for IBTR and survival were investigated by univariate and multivariate Cox models[27] when appropriate. IBTR was considered as a time-dependent variable[28] for predicting survival as opposed to the customary fixed variates (viz nuclear grade, lymph node status etc.) as described in detail previously[3].

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

164   Fisher et al.

**TABLE I. Pathologic and Clinical Features Studied**

Pathologic
  Tumor size (pathologic)
  Tumor border (gross)
  Histologic type
  Nuclear grade
  Histologic grade
  Tumor border (micro)
  Cell reaction to tumor
  Type cell reaction
  Pattern cell reaction (perivenous, diffuse)
  Degree tumor stroma
  Type tumor stroma
  Degree elastosis
  Degree mucin
  Type mucin
  Tumor glycogen
  Squamous metaplasia
  Oxyphil (apocrine) change
  Degree intraductal involvement (slight, moderate, marked)[a]
  Intraductal cancer vicinity primary[a]
  Extensive intraductal cancer (EIC)
  Type intraductal component
  Lobular neoplasia vicinity primary
  Fibrocystic disease vicinity primary
  Lymphatic extension
  Blood vessel extension
  Perineural space extension
  Involvement of skin over primary
  Number nodal metastases
  Sinus histiocytosis
  Nodal changes other than sinus histiocytosis
  Extracapsular extension nodal metastases
  Scar cancer
Clinical
  Age (<35 vs 35–49) and (<35 vs 50+)
  Menopausal status

[a]Combined moderate, marked, degree, and presence in vicinity = EIC.

The mean potential time on study was 102.8 months (range 67.7 to 161; median, 97.7 months).

## RESULTS

Forty-two (9%) of the 488 pathologically evaluable patients treated by lumpectomy and irradiation exhibited an IBTR. The average annual risk for such an event was 1.5%. Analyses revealed a nonsignificant trend ($P = 0.10$) for IBTR to be more frequent in women who did not receive adjuvant chemotherapy because their cancers were not accompanied by nodal metastases. All IBTR were in or close to the same quadrant as the index cancer. In 3 instances (7%) they were diffuse throughout other quadrants as well, after the fashion of inflammatory or so-called occult inflammatory breast cancer. Histologically, this type of recurrent lesion was manifested by skin and/or nipple

involvement and overt intralymphatic extension. Involvement of the lumpectomy scar only was evident in 3 instances (7%). The remaining 36 (86%) IBTR presented as isolated parenchymal masses.

Histologically, 2 (5%) IBTR were intraductal (duct carcinoma in situ, DCIS) only. In 29 (69%) the histologic type of the index and locally recurrent cancers was identical and in 9 (21%) additional instances they could have represented one component of a mixed tumor type found in the index cancer. In only 2 (5%) of the cases the IBTR exhibited a different histologic type than the index cancer. The nuclear grades of the index and IBTR cancers were similar in 38 (93%) and in 1 of the 3 discordant observations the grade of the IBTR was lower (more favorable) than that of the index lesion.

A search for markers which might be predictive of an IBTR in patients treated by LXRT revealed such events to be significantly more frequent only in patients < 35 years of age than those 35–49 ($P = 0.0004$) or $50+$ ($P = 0.007$). None of the histologic features explored including EIC was found to be related to IBTR. Based on 422 of the cases with relevant information IBTR was found in only 6/56 (10.7%) EIC + and 32/366 (8.7%) EIC− tumors.

Overall survival was not related to EIC or the degree of intraductal component in the index cancer. On the other hand, a Cox multivariate regression model of 9 features found by univariate analysis to be significant in this regard revealed survival to be significantly worse when regional nodal metastases were present, tumor nuclear grade was poor, histologic tumor type was poor (NOS, atypical medullary types) when compared with the favorable types (mucinous, tubular and papillary), and IBTR was present (Table II).

## DISCUSSION

The 8.6% incidence of IBTR is comparable to the 7% observed in a cohort of patients who were excluded from NSABP protocol B-06 because their index cancers were noninvasive (intraductal carcinoma)[26]. It also coincides with the frequency of IBTR recorded by others[6,7,11,14–17,19–21] following excisional biopsy or lumpectomy and subsequent breast irradiation despite the lack of histologic evaluation of lines of resection. This suggests that gross inspection may be sufficient to assess the latter in patients treated by LXRT. Yet, higher doses of XRT than utilized in NSABP B-06 were administered in most of these studies. The role of free or involved margins in the development of IBTR has not been adequately evaluated prospectively. Because of this, we still advocate such a histologic study but do not advise mastectomy, as was

TABLE II. Results of Cox Multivariate Modelling of Fixed and Time-Varying Covariates for Overall Survival for Patients Treated by Lumpectomy and Irradiation (LXRT)

| Variable | Coefficient | Standard error | P value |
|---|---|---|---|
| Nodal status (negative[a]/positive) | 0.477 | 0.181 | 0.01 |
| Nuclear grade (good[a]/poor) | 0.825 | 0.194 | <0.001 |
| Tumor type (Favorable[a]/intermediate) | 0.512 | 0.364 | 0.14 |
| Tumor type (Favorable[a]/unfavorable) | 0.899 | 0.367 | 0.01 |
| IBTR[b] (no[a]/yes) | 1.357 | 0.257 | <0.001 |

[a]Baseline for risk comparisons.
[b]Time-varying covariate.

performed according to protocol B-06, when the margins appear involved. Simple reexcision of the tumor-bearing area appears more prudent.

The only significant discriminant found in this study for predicting IBTR was patient age < 35 years. This was not observed in our previous studies since such an age group was not analyzed. This relationship of young age to IBTR has been found by others[15] to supersede the significance of EIC for IBTR in their analyses. We find no influence of EIC on the incidence of IBTR in our material. Whether this dichotomy from the results of the Harvard group is related to the types of invasive cancers examined by them as alluded to earlier in this presentation is possible but seems unlikely since this has not been found to be important by others[24]. It is highly unlikely that the difference is due to our utilization of a 33% rather than 25% estimate of DCIS as a criterion for EIC since the magnitude of difference in EIC utilizing the 25% value in our "blinded" reexamination was obviously too small to alter this lack of relationship. We also have failed to find so-called comedo intraductal cancer, as noted by Lindley and associates[21], to be related to IBTR. Although we do not recognize a distinct or unique comedo form of intraductal cancer we have always tabulated the presence or absence of this change allowing us to perform this analysis. Since only 9 of the 38 (24%) women < 35 years had an IBTR many might be unnecessarily refused breast conservation if this were universally adopted as a contraindication for LXRT. These considerations prompt us to conclude, as noted previously, that there are no contraindications to LXRT save those which are cosmetic.

Concordant with our pervious observations[4,5] IBTR following LXRT, as with lumpectomies without subsequent irradiation, occurred within or close to the same quadrant as the index cancer minimizing the clinical significance of multicentricity for patients receiving such treatment. Also the comparable histologic types and nuclear grades of the index cancers and IBTR warrant the conclusion that the biologic nature of breast cancer does not change with time and that in all likelihood IBTR represent residual cancers. As in our other recent update of results after a comparable period of follow-up[3] IBTR was found to represent a marker for reduced survival. IBTR was shown in that study to be strongly related to the presence of distant disease. Yet, like the latter, it represented an indicator rather than instigator of risk since overall survival for women treated by LXRT is similar to that following mastectomy in which the development of IBTR is eliminated. This information provokes the consideration as to whether some IBTR may not actually represent metastases. In addition to the similarity of features of the index and recurrent lesions the latter often exhibit an intraductal component and, indeed, several were pure intraductal cancers, considerations which minimize their metastatic nature. If IBTR are indeed residual lesions, the similarity of survival in patients treated by LXRT and lumpectomy or mastectomy indicates that breast cancers do not frequently metastasize after being clinically detected. The other features significantly related to decreased survival in patients treated by LXRT were nodal metastases, unfavorable histologic tumor types, and poor nuclear grade. These prognostic discriminants are identical to those observed in 950 negative node patients from this protocol followed for an average of 85 months[29]. Interestingly, no relationship between the degree of intraductal cancer in the index cancer and survival was found. This finding contradicts the results obtained by others[30]. In that study intraductal cancers with less than a 10% invasive component appeared to exhibit survival comparable to that of "pure" intraductal can-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**166   Fisher et al.**

cer. Minimal amounts of invasive cancer always provoke a certain degree of skepticism concerning the identification of the latter. In our experience[31] so-called minimal invasive cancers arising in intraductal cancer are best regarded as "purely" intraductal unless they exhibit features of a well-recognized histologic type of breast cancer.

## ACKNOWLEDGMENTS

Supported by grants from USPHS (NCI-U10-CA-120270; NCI-U10-CA-39086) and American Cancer Society (ACS-RC-13).

## REFERENCES

1. Fisher B, Bauer M, Margolese R, et al: Five year results of a randomized clinical trail comparing total mastectomy and segmental mastectomy with or without radiation in the treatment of breast cancer. N Engl J Med 312:665–673, 1985.
2. Fisher B, Redmond C, Poisson R, et al: Eight-year results of a randomized clinical trail comparing total mastectomy and lumpectomy with or without irradiation in the treatment of breast cancer. N Engl J Med 320:822–828, 1989.
3. Fisher B, Anderson S, Fisher ER, et al: The significance of breast tumor recurrence following lumpectomy for the treatment of breast cancer. Lancet, 338:327–331, 1991.
4. Fisher ER: The pathology of lumpectomy with particular reference to local breast recurrence and multicentricity. Verh Dtsch Ges Pathol 69:51–61, 1985.
5. Fisher ER, Sass R, Fisher B, et al: Pathologic findings from the National Surgical Adjuvant Breast Project: Protocol VI. Relation of local breast recurrence to multicentricity. Cancer 57:1717–1724, 1986.
6. Clarke DH, Le MG, Sarrazin D, et al: Analysis of local-regional relapses in patients with early breast cancers treated by excision and radiotherapy: Experience of the Insitut Gustave-Roussy. Int J Radiat Oncol Biol Phys 11:137–145, 1985.
7. Kurtz JM, Spitalier JM, Amalric R: Late breast recurrence after lumpectomy and irradiation. Int J Radiat Oncol Biol Phys 7:1191–1194, 1983.
8. Osborne MP, Ormiston N, Harmer CL, et al: Breast conservation in the treatment of early breast cancer. Cancer 53:349–355, 1984.
9. Boyages J, Recht A, Connolly J, et al: Factors associated with local recurrence as a first site of failure following the conservative treatment of early breast cancer. In: Senn HJ, Goldhirsch A, Gelber RD, Osterwalder B, (eds): "Recent Results in Cancer Research. 115: Adjuvant Therapy of Primary Breast Cancer." Berlin: Springer-Verlag, 1989, 92–102.
10. Connolly JL, Schnitt SJ, Harris JR, et al: Pathologic correlates of local tumor control following primary radiation therapy in patients with early breast cancer. In: Harris JR, Hellman S, Silen W (eds): "Conservative Management Breast Cancer." Philadelphia: Lippincott, 1983, 13:123–135.
11. Harris JR, Connolly JL, Schnitt SJ, et al: The use of pathologic features in selecting the extent of surgical resection necessary for breast cancer patients treated by primary radiation therapy. Ann Surg 210:164–169, 1985.
12. Connolly JL, Schnitt SJ: Evaluation of breast biopsy specimens in patients considered for treatment by conservative surgery and radiation therapy for early breast cancer. Pathol Annu 23:2–23, 1988.
13. Mate TP, Carter D, Fischer DB, et al: A clinical and histopathologic analysis of the results of conservation surgery and radiation therapy in Stage I and II breast carcinoma. Cancer 58:1995–2002, 1986.
14. Calle R, Vilcoq JR, Zafrani B, et al: Local control and survival of breast cancer treated by limited surgery followed by irradiation. Int J Radiat Oncol Biol Phys 12:873–878, 1986.
15. Recht A, Connolly JL, Schnitt SJ, et al: The effect of young age on tumor recurrence in the treated breast after conservative surgery and radiotherapy. Int J Radiat Oncol Biol Phys 14:3–10, 1988.
16. Jacquemier J, Kurtz JM, Amalric R, et al: An assessment of extensive intraductal component as a risk factor for local recurrence after breast-conserving therapy. Br J Cancer 61:873–876, 1990.
17. Kurtz JM, Jacquemier J, Amalric R, et al: Risk factors for breast recurrence in premenopausal and postmenopausal patients with ductal cancers treated by conservation therapy. Cancer 65:1867–1878, 1990.
18. Fourquet A, Campana F, Zafrani B, et al: Prognostic factors of breast recurrence in the conservative management of early breast cancer: A 25 year follow-up. Int J Radiat Oncol Biol Phys 17:719–725, 1989.
19. Zafrani B, Vielh P, Fourquet A, et al: Conservative treatment of early breast cancer: Prognostic value of the ductal in situ component and other pathological variables on local control and survival. Eur J Cancer Clin Oncol 25:1645–1650, 1989.
20. Limbergen E, Bogaert W, Schueren E, et al: Tumor excision and radiotherapy as primary treatment of breast cancer. Analysis of patient and treatment parameters and local control. Radiother Oncol 8:1–9, 1987.
21. Lindley R, Bulman A, Parsons P, et al: Histologic features predictive of an increased risk of early local recurrence after treatment of breast cancer by local tumor excision and radical radiotherapy. Surgery 105:13–20, 1989.
22. Van Dongen JA, Harris JR, Peterse JL, et al: In situ breast cancer: The EORTC consensus meeting. Lancet 2:25–27, 1989.
23. Bartelink H, Borger JH, Dongen JA, et al: The impact of tumor size and histology on local control after breast conserving therapy. Radiother Oncol 11:297–303, 1988.
24. Kurtz JM, Jacquemier J, Torhorst J, et al: Conservation therapy for breast cancers other than infiltrating ductal carcinoma. Cancer 63:1630–1635, 1989.
25. Fisher ER, Gregorio RM, Fisher B: The pathology of invasive breast cancer: A syllabus derived from findings of the National Surgical Adjuvant Breast Project (protocol 4). Cancer 36:1–85, 1975.
26. Fisher ER, Leeming R, Anderson S, et al: Biologic basis for the conservative surgical treatment of intraductal carcinoma (DCIS) of breast. J Surg Oncol 47:139–147, 1991.
27. Cox DR: Regression models and life tables. J R Stat Soc (B) 34:187–220, 1972.
28. Kalbfleisch JD, Prentice RL: "The Statistical Analysis of Failure Time Data. New York: John Wiley, 1980, 70–142.
29. Fisher ER, Redmond C, Fisher B, et al: Pathologic findings from the National Surgical Adjuvant Breast and Bowel Projects (NSABP)—Prognostic discriminants for 8-year survival for node-negative invasive breast cancer patients. Cancer 65:2121–2128, 1990.
30. Silverberg SG, Chitale AR: Assessment of significance of proportions of intraductal and infiltrating tumor growth in ductal carcinoma of breast. Cancer 32:830–837, 1973.
31. Fisher ER, Sass R, Fisher B, et al: Pathologic findings from the National Surgical Adjuvant Breast Project (protocol 6) I. Intraductal carcinoma (DCIS). Cancer 57:197–207, 1986.

W1 NE388
V.333    NO.22    1995
C.04———————SEQ: N14600000
TI: NEW ENGLAND JOURNAL OF
MEDICINE    12/04/95

Abstracts in the advertising sections

# The New England Journal of Medicine

Established in 1812 as The NEW ENGLAND JOURNAL OF MEDICINE AND SURGERY

VOLUME 333     NOVEMBER 30, 1995     NUMBER 22

## Original Articles

Effect of Oral Alendronate on Bone Mineral Density and the Incidence of Fractures in Postmenopausal Osteoporosis ....... 1437
U.A. LIBERMAN AND OTHERS

Effects of Radiotherapy and Surgery in Early Breast Cancer — An Overview of the Randomized Trials ................ 1444
EARLY BREAST CANCER TRIALISTS' COLLABORATIVE GROUP

Reanalysis and Results after 12 Years of Follow-up in a Randomized Clinical Trial Comparing Total Mastectomy with Lumpectomy with or without Irradiation in the Treatment of Breast Cancer ...................... 1456
B. FISHER AND OTHERS

Effects of Regular Exercise on Blood Pressure and Left Ventricular Hypertrophy in African-American Men with Severe Hypertension ....................... 1462
P.F. KOKKINOS AND OTHERS

## Images in Clinical Medicine

Osteoporosis in a Woman of the Early Bronze Age ................................ 1468
P. FRIGO AND C. LANG

## Special Article

The National Cancer Institute Audit of the National Surgical Adjuvant Breast and Bowel Project Protocol B-06 ....... 1469
M.C. CHRISTIAN AND OTHERS

## Review Article

Drug Therapy: Management of Acquired Bullous Skin Diseases ................ 1475
J.-D. FINE

## Case Records of the Massachusetts General Hospital

A Six-Year-Old Boy with a Rash, Meningismus, and Diplegia ......................... 1485
D.A. HAFLER AND E.T. HEDLEY-WHYTE

## Editorials

Treatment of Postmenopausal Osteoporosis ... 1495
P.N. SAMBROOK

Surgery for Early Breast Cancer — Can Less Be More? ......................... 1496
J.C. BAILAR III

## Sounding Board

Xenotransplantation and Xenogeneic Infections ......................... 1498
L.E. CHAPMAN AND OTHERS

## Correspondence

Attenuation of Isoproterenol-Mediated Vasodilation in Blacks .......................... 1502
Optimal Oral Anticoagulation for Patients with Nonrheumatic Atrial Fibrillation and Recent Cerebral Ischemia .............. 1504
Optimal Oral Anticoagulation for Patients with Mechanical Heart Valves ................. 1504
Clarithromycin-Related Toxic Effects of Digoxin .. 1505
Propofol and Postoperative Infections ......... 1505
More on p53 Antigen Loss in Stored Paraffin Slides .. 1507
More on Extended-Release Acetaminophen ...... 1508

Book Reviews ........................... 1509

Books Received ......................... 1512

Notices ............................... 1514

## Corrections

Attenuation of Isoproterenol-Mediated Vasodilation in Blacks ......................... 1503
Chronic Lymphocytic Leukemia .............. 1515

Information for Authors ................ 1516

Owned, Published, and ©Copyrighted, 1995,
... husetts Medical Society

... NGLAND JOURNAL OF MEDICINE (ISSN 0028-4793) is pub-
... from editorial offices at 10 Shattuck Street, Boston, MA
... Subscription price: $109.00 per year. Second-class post-
... oston and at additional mailing offices. POSTMASTER:
... changes to P.O. Box 803, Waltham, MA 02254-0803.





EXHIBIT
4

# REANALYSIS AND RESULTS AFTER 12 YEARS OF FOLLOW-UP IN A RANDOMIZED CLINICAL TRIAL COMPARING TOTAL MASTECTOMY WITH LUMPECTOMY WITH OR WITHOUT IRRADIATION IN THE TREATMENT OF BREAST CANCER

BERNARD FISHER, M.D., STEWART ANDERSON, PH.D., CAROL K. REDMOND, SC.D., NORMAN WOLMARK, M.D., D. LAWRENCE WICKERHAM, M.D., AND WALTER M. CRONIN, M.P.H.

**Abstract**  *Background.*   Previous findings from a clinical trial (Protocol B-06) conducted by the National Surgical Adjuvant Breast and Bowel Project (NSABP) indicated the worth of lumpectomy and breast irradiation for treating breast cancer. After the discovery by NSABP staff members of falsified information on patients enrolled in the study by St. Luc Hospital in Montreal, separate audits were conducted at St. Luc Hospital and other participating institutions. We report the results of both audits and update the study findings through an average of 12 years of follow-up.

*Methods.* Patients with either negative or positive axillary nodes and tumors 4 cm or less in diameter were randomly assigned to one of three treatments: total mastectomy, lumpectomy followed by breast irradiation, or lumpectomy without irradiation. Three cohorts of patients were analyzed. The first cohort included all 2105 randomized patients, who were analyzed according to the intention-to-treat principle. The second cohort consisted of 1851 eligible patients in the first cohort with known nodal status who agreed to be followed and who accepted their assigned therapy (among those excluded were 6 patients from St. Luc Hospital who were declared ineligible because of falsified biopsy dates). The third cohort consisted of the patients in the second cohort minus the 322 eligible patients from St. Luc Hospital (total, 1529 patients).

*Results.* Regardless of the cohort, no significant differences were found in overall survival, disease-free survival, or survival free of disease at distant sites between the patients who underwent total mastectomy and those treated by lumpectomy alone or by lumpectomy plus breast irradiation. After 12 years of follow-up, the cumulative incidence of a recurrence of tumor in the ipsilateral breast was 35 percent in the group treated with lumpectomy alone and 10 percent in the group treated with lumpectomy and breast irradiation (P<0.001).

*Conclusions.* Our findings continue to indicate that lumpectomy followed by breast irradiation is appropriate therapy for women with either negative or positive axillary nodes and breast tumors 4 cm or less in diameter. (N Engl J Med 1995;333:1456-61.)

FINDINGS from a clinical trial (Protocol B-06) conducted by the National Surgical Adjuvant Breast and Bowel Project (NSABP) to evaluate lumpectomy in the treatment of breast cancer have been reported previously in the *Journal*.[1,2] Life-table estimates five and eight years after surgery indicated that 90 percent of women who underwent lumpectomy followed by breast irradiation remained free of cancer in the ipsilateral breast. The rates of disease-free survival, survival free of disease at distant sites, and overall survival were not significantly different from those among patients who underwent either total mastectomy or lumpectomy alone. As a consequence of these and other findings, lumpectomy and breast irradiation have become accepted in the surgical approach to the treatment of breast cancer.[3]

In February 1991, staff members at the NSABP headquarters verified that St. Luc Hospital in Montreal, one of the centers participating in the study, had submitted falsified information on patients. These findings were immediately reported to the appropriate governmental agencies. The Office of Research Integrity supervised personnel from the NSABP and the National Cancer Institute (NCI) in an audit of St. Luc's records.[4,5] In March 1994, the NCI began a special audit of 37 of the 89 institutions participating in Protocol B-06 to assess the quality of data submitted. The results of this audit are reported elsewhere in this issue of the *Journal*.[6]

In the current report, we present information from both audits and update the Protocol B-06 findings through an average of 12 years of postrandomization follow-up. We have also analyzed the data after excluding all St. Luc patients with falsified data and all St. Luc patients.

## METHODS

### Study Design and Eligibility of Patients

Eligibility requirements, the design of the study, surgical and radiation techniques used, characteristics of the patients and tumors, and the distribution of patients among treatment groups have been described previously.[1,2,5] Patients with either negative or positive axillary nodes and tumors 4 cm or less in diameter (stage I and II breast cancer) were randomly assigned to one of three treatments: total mastectomy, lumpectomy followed by breast irradiation, or lumpectomy without irradiation. The protocol specified that the lower two levels of axillary nodes be removed regardless of the treatment assignment.

Patients were enrolled between April 8, 1976, and January 27, 1984. A prerandomization procedure was implemented in January 1978; according to this procedure, patients were randomly assigned to treatment before consent was obtained. After the treatment assignment had been made by the NSABP Biostatistical Center, the protocol was discussed with the patient, who gave written consent if she accepted the assigned treatment or agreed to be followed. Of the 2163 patients who entered the study, 1573 (73 percent) were assigned to treatment through the prerandomization procedure.

Patients who had undergone a lumpectomy and in whom the margins of the resected specimen were not tumor-free were to undergo a total mastectomy. However, they remained in the group to which they had originally been assigned. Tumor was evident in the specimen margins in approximately 10 percent of patients treated with lumpectomy, 78 percent of whom subsequently had a mastectomy.

Patients who had had a total mastectomy as treatment for a recurrence of tumor in the ipsilateral breast after lumpectomy remained in the group to which they had originally been assigned. Mastectomy was performed in 81 percent of these patients. The remainder underwent a second lumpectomy, either because they refused to undergo mastectomy or because a medical problem precluded mastectomy. Patients who underwent mastectomy because of a recurrence of the tu-

From the National Surgical Adjuvant Breast and Bowel Project. Address reprint requests to Dr. Fisher at Rm. 914, Scaife Hall, 3550 Terrace St., Pittsburgh, PA 15261.

The authors of this paper are the authors who participated in the current reanalysis. The institutions and principal investigators that participated in this study are listed in the Appendixes of papers previously published in the *Journal* (1985; 312:672-3 and 1989;320:827-8).

Supported by a Public Health Service grant (NCI-U10-CA-12027) from the National Cancer Institute and a grant (ACS-RC-13) from the American Cancer Society.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

mor were considered to have had a "cosmetic" failure but not a treatment failure, unless the tumor was so extensive that it could not be completely removed by mastectomy.

The events used in the analyses of disease-free survival were first recurrences of disease, second cancers, and death without recurrence of cancer. Recurrence of tumor in the ipsilateral breast was not designated an event in determining disease-free survival, since the patients who initially underwent total mastectomy were not at risk for such a recurrence. Events used in the analysis of distant disease were distant metastasis as the first recurrence, distant metastasis after a local or regional recurrence, and a second cancer, including a tumor in the contralateral breast. Overall survival refers to survival with or without recurrence of disease.

### Distribution of Patients

The distribution of the patients among the three treatment groups in the various cohorts used for the analyses is shown in Table 1. Of the 2163 patients randomized, 2105 agreed to be treated and had follow-up data available. These 2105 patients were included in the intention-to-treat analyses, and are hereafter referred to as cohort A.

Of the 2105 women included in the intention-to-treat analyses, 254 were removed from the analyses for various reasons (Table 1), leaving 1851 patients (the current-update cohort, or cohort B). Data on these 1851 patients formed the basis of our updated analysis. Among the 254 women excluded were 170 who continued to be followed in the study but who were not included in cohort B because they refused the assigned therapy; 152 of these women were randomly assigned to treatment before they had signed consent forms (prerandomization), and 18 after they had signed. Cohort B also excludes six patients from St. Luc Hospital who were declared ineligible because the dates of the first positive biopsy had been falsified. Two patients in cohort B were not used in a previous analysis of this protocol[2] because they withdrew consent after participating in the study. The numbers are included in this analysis up to the time of their withdrawal. Cohort C comprised all the patients in cohort B minus 322 patients enrolled in the study by St. Luc Hospital. These 322 patients were eligible, had known nodal status, accepted the assigned treatment, and were followed.

### Statistical Analysis

Life tables were computed by the actuarial method.[7] The length of time to treatment failure was calculated from the time of the initial operation. The summary chi-square test was used to compare the distributions of the time to treatment failure after adjustment for the number of positive nodes.[9-11] All P values relate to two-sided log-rank tests. Tests for heterogeneity of outcomes among the three treatments were performed for each cohort throughout the entire follow-up (referred to in this report as the global P value). Numbers and statistics (event-free rates, relative odds ratios and their 95 percent confidence intervals, and P values) for pairwise comparisons in summary tables are cumulative through the end of 12 years of observation. In comparisons of the group treated by total mastectomy with each of the groups treated by lumpectomy, relative odds with values greater than 1 indicate a better outcome for patients treated by lumpectomy, whereas relative odds less than 1 indicate a better outcome for those treated by total mastectomy. Tests were adjusted for the number of nodes involved (0, 1 to 3, 4 to 9, ≥10). In accordance with recently recommended statistical methods[12,13] for estimating the probability of a recurrence of tumor in the ipsilateral breast in the presence of competing risks — that is, recurrences at other sites or death — cumulative incidence curves are used. This differs from our previous reports[8,14] in which life-table estimates and cumulative hazard rates were used to present such information.

Information on survival, disease-free survival, and distant-disease–free survival is presented for cohorts A, B, and C. Information on the recurrence of tumor in the ipsilateral

breast after lumpectomy with breast irradiation and without it has been obtained from all cohorts but is presented only for the 1851 women in cohort B.

### Falsifications of Data on Patients from St. Luc Hospital

Of the 354 patients enrolled in the trial by St. Luc Hospital, 118 were assigned to total mastectomy, 119 to lumpectomy, and 117 to lumpectomy and breast irradiation. Descriptions of the falsifications have been reported previously.[4,5] False biopsy dates were submitted for six patients (1.7 percent), or 0.3 percent of all patients who underwent randomization: three treated by total mastectomy, two treated by lumpectomy, and one treated by lumpectomy and breast irradiation. As of the cutoff date for this report, September 30, 1993, all six patients had up-to-date follow-up information. Five of the six were node-negative, and all six were alive on the cutoff date. One had distant metastasis, which was reported after the publication of our 1989 report.[2] Two had a recurrence of tumor in the ipsilateral breast and were included in previously published analyses.[1,2]

### The NCI Audit

Between March 28 and July 20, 1994, on-site audits of the records of 1554 randomized patients in Protocol B-06 (86 percent of the randomized patients excluding those enrolled at St. Luc Hospital) were carried out to ascertain whether additional falsifications could be identified and to verify patients' eligibility and outcome end points.[6] In addition, the National Death Index was searched to identify deaths not previously found. The data base for the current reanalysis was obtained by merging the NSABP summary file with the audited NCI data base. The file for the current analysis was closed on March 19, 1995, although at that time, there was a discrepancy between the audit findings and the NSABP records for six patients. In one of the six cases, follow-up information was available to the NSABP Biostatistical Center but not to the auditors. The NCI audit used clinical information on the site of the first treatment failure in the other five cases. However, histologic confirmation was not available. NCI audit findings were used in this reanalysis, except for the six cases with discrepant findings, when NSABP records were used. The results did not change, regardless of whether NSABP records or NCI audit findings were used for these six patients.

The audit did not change the number of patients included in the current update (cohort B). Although one additional patient was found to be ineligible, she had never been included in published analyses because she had refused her assigned treatment.

### RESULTS

### Survival

When overall survival in the three treatment groups was examined in each of the three cohorts, no significant differences were found (Fig. 1). The overall surviv-

### Table 1. Distribution of Patients among Treatment Groups in the Various Cohorts Used in the Analyses of Data from Protocol B-06.

| COHORT | TOTAL MASTECTOMY | LUMPECTOMY | LUMPECTOMY + IRRADIATION | TOTAL |
|---|---|---|---|---|
| Total no. of randomized patients | 713 | 719 | 731 | 2163 |
| A (no. of patients) | 692 | 699 | 714 | 2105 |
| Declined to participate* | 21 | 19 | 17 | 57 |
| Not included because of insufficient follow-up data | 0 | 1 | 0 | 1 |
| Mean time after randomization (mo) | 150 | 149 | 149 | 149 |
| B (no. of patients) | 589 | 634 | 628 | 1851 |
| Not included because of noninvasive cancer | 9 | 12 | 15 | 36 |
| Refused assigned treatment | 77 | 36 | 57 | 170 |
| Ineligible because of falsified data provided by St. Luc Hospital | 3 | 2 | 1 | 6 |
| Ineligible for other reasons† | 13 | 12 | 9 | 34 |
| Not included because nodal status unknown | 1 | 3 | 4 | 8 |
| Mean time after randomization (mo) | 150 | 149 | 150 | 150 |
| C (no. of patients) | 494 | 520 | 515 | 1529 |
| Not included because enrolled by St. Luc Hospital | 95 | 114 | 113 | 322 |
| Mean time in study (mo) | 151 | 149 | 150 | 150 |

*Patients refused to sign the consent form or withdrew before treatment began.

†Patients did not meet at least one criterion necessary for eligibility.

Case 1:02-cv-00784-WDQ   Document 108-2   Filed 12/23/2004   Page 30 of 43

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



| | Cohort A | Cohort B | Cohort C |
|---|---|---|---|
| ☐ Total mastectomy | 692/250 | 589/224 | 494/192 |
| △ Lumpectomy | 699/270 | 634/254 | 520/212 |
| ▲ Lumpectomy + irradiation | 714/256 | 628/229 | 515/180 |
| Total | 2105/776 | 1851/707 | 1529/584 |

No. of Patients/No. of Deaths

**Figure 1.** Life-Table Analysis Showing Overall Survival among Patients in the Three Cohorts Who Were Treated by Total Mastectomy, Lumpectomy, or Lumpectomy and Breast Irradiation.
The number of deaths includes those occurring after 12 years.

al estimates at 12 years were similar in the three cohorts for patients treated with lumpectomy and breast irradiation: 62 percent in both cohort A (patients analyzed according to the intention to treat) and cohort B (the current-update cohorts, consisting of the patients in cohort A minus the 254 excluded for the reasons listed in Table 1) and 63 percent in cohort C (consisting of the patients in cohort B minus all patients enrolled by St. Luc Hospital) (Table 2). In all three cohorts, overall survival among patients treated by lumpectomy and breast irradiation was the same as or slightly greater than that among patients treated by total mastectomy. Overall survival in all three cohorts was similar for patients who had undergone a total mastectomy and patients treated by lumpectomy.

When survival was analyzed according to nodal status, there was no significant heterogeneity among the three treatment groups for either patients with node-negative cancer or patients with node-positive cancer in any of the cohorts (data not shown).

### Disease-free Survival and Distant-Disease–free Survival

As with overall survival, when disease-free survival was analyzed in each of the cohorts, the outcome was similar among the three treatment groups (Fig. 2). The estimates of disease-free survival at 12 years for patients treated by lumpectomy and breast irradiation were 50 percent in cohorts A and C and 49 percent in cohort B (Table 3).

When overall distant-disease–free survival was analyzed in each cohort, no significant differences were found among the three treatment groups (Fig. 3). When pairwise comparisons were made in each of the cohorts between the group treated by total mastectomy and each of the lumpectomy-treated groups, there were no significant differences in overall distant-disease–free survival during the 12 years of follow-up (data not shown).

When disease-free survival and distant-disease–free survival were analyzed for patients with node-negative cancer in the three cohorts, significant or nearly significant differences were observed among the treatment groups (data not shown). Significantly or nearly significantly higher percentages of patients with node-negative cancer treated by total mastectomy or lumpectomy and breast irradiation remained free of disease and free of distant disease than of patients with node-negative cancer treated by lumpectomy. However, in patients with node-positive cancer, there were no significant differences in disease-free and distant-disease–free survival in any of the three cohorts.

### Tumor in the Ipsilateral Breast after Lumpectomy with or without Breast Irradiation

The likelihood of the recurrence of tumor in the ipsilateral breast was evaluated in a total of 1137 patients treated with lumpectomy whose specimen margins were histologically free of tumor (Fig. 4). Radiation therapy resulted in a marked decrease in the rate of recurrence of tumor in the ipsilateral breast. For the 12 years of follow-up, the cumulative incidence of tumor recurrence was 35 percent in the group treated by lumpectomy alone and 10 percent in those treated by lumpectomy and breast irradiation (P<0.001). In patients with node-negative cancer, the cumulative incidence was 32 percent and 12 percent, respectively. Among the patients with node-positive cancer, all of whom also received chemotherapy, the decrease in the likelihood of recurrence of tumor in the ipsilateral breast was more evi-

Table 2. Survival Estimates for All Treatment Groups after 12 Years of Follow-up.

| COHORT AND TREATMENT GROUP | DEAD | CENSORED* | ALIVE | SURVIVAL† | RELATIVE ODDS OF SURVIVAL (95% CI)‡ | P VALUE |
|---|---|---|---|---|---|---|
| | | *no. of patients* | | % | | |
| A (n = 2105) | | | | | | |
| Total mastectomy | 240 | 283 | 169 | 62 | — | |
| Lumpectomy | 257 | 282 | 160 | 60 | 0.95 (0.80–1.13) | 0.57 |
| Lumpectomy + irradiation | 241 | 290 | 183 | 62 | 1.02 (0.86–1.22) | 0.80 |
| B (n = 1851) | | | | | | |
| Total mastectomy | 216 | 224 | 149 | 60 | — | |
| Lumpectomy | 242 | 247 | 145 | 58 | 0.96 (0.80–1.15) | 0.66 |
| Lumpectomy + irradiation | 215 | 250 | 163 | 62 | 1.07 (0.89–1.29) | 0.49 |
| C (n = 1529) | | | | | | |
| Total mastectomy | 186 | 187 | 121 | 59 | — | |
| Lumpectomy | 201 | 204 | 115 | 58 | 1.01 (0.82–1.24) | 0.95 |
| Lumpectomy + irradiation | 168 | 211 | 136 | 63 | 1.18 (0.95–1.46) | 0.12 |

*Refers to patients who were alive at the most recent contact but who had been followed for less than 12 years.
†Life-table estimates were adjusted for the number of positive nodes (0, 1 to 3, 4 to 9, or ≥10).
‡In all cases, the reference group is the group that underwent total mastectomy. CI denotes confidence interval.

dent after lumpectomy and breast irradiation than after lumpectomy alone (5 percent vs. 41 percent).

## DISCUSSION

In planning a strategy for the reanalysis of data in this study, we encountered numerous issues that were difficult to resolve. The literature is sparse regarding how fraudulent or altered data should best be handled.[15] The options available to us for dealing with patients made ineligible because of fraudulent data ranged from including all data from all patients, regardless of whether falsified information was submitted, to excluding all data from all patients enrolled by St. Luc Hospital. An intermediate strategy was to exclude only the patients with falsified entry information. Findings from St. Luc Hospital are not presented separately, since examining a subgroup of a much larger cohort of patients may result in unreliable conclusions. Because of the variations in findings among institutions, the chance of obtaining false positive findings (i.e., type I errors) is increased.

In previous analyses of Protocol B-06,[1,2] two analytic components were used: the intention-to-treat principle,[16-18] according to which eligibility criteria are ignored and patients are analyzed according to their randomized treatment assignment (cohort A), and the "clinically analyzable," or "analysis-per-protocol," strategy, similar to the one designated in this report as the current update (cohort B). According to the latter strategy, patients who, for example, are ineligible for the protocol, have refused the assigned treatment, have noninvasive cancers, or have unknown nodal status are removed from the cohort used for analysis. In our initial report of the results of Protocol B-06,[1] we indicated that these two cohorts were used and that, since the conclusions of the resulting analyses did not differ, the findings presented were those obtained by the analysis-per-protocol strategy.

In the current report, we have continued to use this strategy. The only difference between the current-update cohort in this paper and the current-update cohort in our previous reports is that in this paper six St. Luc patients with data falsifications were regarded as



Figure 2. Life-Table Analysis Showing Disease-free Survival among Patients in the Three Cohorts Who Were Treated by Total Mastectomy, Lumpectomy, or Lumpectomy and Breast Irradiation.
The number of events includes those that occurred after the 12-year follow-up period.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Case 1:02-cv-00764-WDQ    Document 108-2    Filed 12/23/2004    Page 32 of 43

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Table 3. Estimates of Disease-free Survival for All Treatment Groups after 12 Years of Follow-up.*

| COHORT AND TREATMENT GROUP | NO. OF EVENTS | CENSORED† | DISEASE FREE | DFS‡ | RELATIVE ODDS OF DFS (95% CI)§ | P VALUE |
|---|---|---|---|---|---|---|
| | | *no. of patients* | | % | | |
| **A (n=2105)** | | | | | | |
| Total mastectomy | 322 | 227 | 143 | 51 | — | |
| Lumpectomy | 356 | 219 | 124 | 48 | 0.92 (0.79–1.07) | 0.27 |
| Lumpectomy + irradiation | 332 | 240 | 142 | 50 | 1.05 (0.90–1.22) | 0.53 |
| **B (n=1851)** | | | | | | |
| Total mastectomy | 285 | 177 | 127 | 50 | — | |
| Lumpectomy | 331 | 192 | 111 | 47 | 0.94 (0.80–1.10) | 0.43 |
| Lumpectomy + irradiation | 299 | 205 | 124 | 49 | 1.08 (0.91–1.27) | 0.39 |
| **C (n=1529)** | | | | | | |
| Total mastectomy | 243 | 150 | 101 | 49 | — | |
| Lumpectomy | 279 | 157 | 84 | 45 | 0.94 (0.79–1.12) | 0.50 |
| Lumpectomy + irradiation | 242 | 170 | 103 | 50 | 1.12 (0.94–1.34) | 0.21 |

*DFS denotes disease-free survival, and CI confidence interval.
†Refers to patients who were free of events at the most recent contact but who had been followed for less than 12 years.
‡Life-table estimates were adjusted for the number of positive nodes (0, 1 to 3, 4 to 9, or ≥10).
§In all cases, the reference group is the group that underwent total mastectomy.

six additional ineligible patients and were thus deleted from the clinically analyzable cohort of patients.

To allay concern generated by the St. Luc falsifications, we also analyzed our data after eliminating all patients enrolled by St. Luc Hospital. The outcomes and conclusions did not change. Though the removal of all St. Luc patients from future analyses might seem appropriate, there are compelling reasons not to do so.[15,18] A large-scale removal of data is justifiable if the existence of patients is fabricated, randomization is compromised, end-point information is altered, or the number of falsifications is large. However, the audit of the St. Luc data for Protocol B-06, in which records from mul-

tiple sources were examined for all patients, revealed no evidence of such falsifications.[5] The false information concerned the eligibility status of a small number of patients and was altered before the patients underwent randomization. Under these circumstances, eliminating the 128 St. Luc patients who died, as well as those who are still alive — all of whom agreed to participate and to contribute to the study — is antithetical to the appropriate analysis of large, randomized, multicenter clinical trials.[18] Furthermore, in principle, the falsifications encountered would not have been expected to bias the outcome. Our findings support that contention. Thus, it is appropriate to include all St. Luc patients with follow-up data in future intention-to-treat analyses.[18]

The findings and conclusions reported for 12 years of follow-up are in accord with those reported after 5 and 8 years of follow-up.[1,2] They indicate that there is no significant heterogeneity in survival, disease-free survival, or distant-disease–free survival among the three treatment groups, regardless of which of the cohorts was used for the analyses.

The value of radiation therapy in reducing the incidence of tumor in the ipsilateral breast after lumpectomy continues to be an important factor. Current findings show a 10 percent cumulative incidence of tumor



Figure 3. Life-Table Analysis Showing Distant-Disease–free Survival among Patients in the Three Cohorts Who Were Treated by Total Mastectomy, Lumpectomy, or Lumpectomy and Breast Irradiation.
The number of events includes those that occurred after the 12-year follow-up period.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Vol. 333   No. 22      REANALYSIS OF A TRIAL COMPARING TOTAL MASTECTOMY WITH LUMPECTOMY      1461



Figure 4. Life-Table Analysis Showing the Cumulative Incidence of Recurrence of Tumor in the Ipsilateral Breast after Lumpectomy or Lumpectomy and Breast Irradiation in 1137 Patients in the Current-Update Cohort (Cohort B) Who Had either Negative or Positive Nodes and Tumor-Negative Specimen Margins.

The P values were calculated from average annual rates of recurrence in the ipsilateral breast. The number of recurrences includes those that occurred after the 12-year follow-up period.

recurrence after 12 years of follow-up among patients who underwent irradiation, as compared with 35 percent for those who underwent no irradiation. These values are lower than those previously reported[8,14] since they estimate the probability of a recurrence of tumor in the ipsilateral breast in the presence of competing risks — that is, recurrences at other sites and deaths. Of particular importance are the findings in patients with node-positive cancer treated by lumpectomy, who also received radiation and systemic therapy. The cumulative incidence of recurrent tumors in the ipsilateral breast was only 5 percent in this group at 12 years of follow-up. This low incidence precludes one from considering positive axillary nodes as a contraindication to breast-conserving surgery.

This report should eliminate any remaining uncertainty surrounding Protocol B-06 as a result of the disclosure of data falsifications at St. Luc Hospital. After 12 years of follow-up, findings continue to indicate that lumpectomy followed by breast irradiation is appropriate therapy for women with stage I or II breast cancer. The safeguards incorporated into the design of the study prevented the actions of a single person from materially affecting the findings and conclusions — an assurance that cannot be made for studies that lack such safeguards. We believe that this report confirms the worth of meticulously conducted large multicenter, prospective, randomized clinical trials and should restore the confidence of physicians and patients in such trials.

## REFERENCES

1. Fisher B, Bauer M, Margolese R, et al. Five-year results of a randomized clinical trial comparing total mastectomy and segmental mastectomy with or without radiation in the treatment of breast cancer. N Engl J Med 1985;312:665-73.

2. Fisher B, Redmond C, Poisson R, et al. Eight-year results of a randomized clinical trial comparing total mastectomy and lumpectomy with or without irradiation in the treatment of breast cancer. N Engl J Med 1989;320:822-8.

3. Consensus statement: treatment of early-stage breast cancer. NIH Consensus Development Conference, June 18–21, 1990. Vol. 8. No. 6. Bethesda. Md.: National Institutes of Health, 1990:1-19.

4. Fisher B, Redmond CK. Fraud in breast-cancer trials. N Engl J Med 1994; 330:1458-60.

5. Division of Research investigations report. Washington, D.C.: Office of Research Integrity, 1993. (DHHS publication no. (ORI) 91-08.)

6. Christian MC, McCabe MS, Korn EL, et al. The National Cancer Institute audit of the National Surgical Adjuvant and Bowel Project Protocol B-06. N Engl J Med 1995;333:1469-74.

7. Cutler SJ, Ederer F. Maximum utilization of the life table method in analyzing survival. J Chronic Dis 1958;8:699-712.

8. Fisher B, Anderson S. Conservative surgery for the management of invasive and noninvasive carcinoma of the breast: NSABP trials: National Surgical Adjuvant Breast and Bowel Project. World J Surg 1994;18:63-9.

9. Mantel N. Evaluation of survival data and two new rank order statistics arising in its consideration. Cancer Chemother Rep 1966;50:163-70.

10. Peto R, Peto J. Asymptotically efficient rank invariant test procedures. J R Stat Soc [A] 1972;135:185-206.

11. Hankey BF, Myers MH. Evaluating differences in survival between two groups of patients. J Chronic Dis 1971;24:523-31.

12. Korn EL, Dorey FJ. Applications of crude incidence curves. Stat Med 1992; 11:813-29.

13. Dignam JJ, Weissfeld LA, Anderson SJ. Methods for bounding marginal survival distribution. Stat Med 1995;14:1985-98.

14. Fisher B, Anderson S, Fisher ER, et al. Significance of ipsilateral breast tumour recurrence after lumpectomy. Lancet 1991;338:327-31.

15. Neaton JD, Bartsch GE, Broste SK, Cohen JD, Simon NM. A case of data alteration in the Multiple Risk Factor Intervention Trial (MRFIT). Control Clin Trials 1991;12:731-40.

16. Gail MH. Eligibility exclusions, losses to follow-up, removal of randomized patients, and uncounted events in cancer clinical trials. Cancer Treat Rep 1985;69:1107-13.

17. Lewis JA, Machin D. Intention to treat — who should use ITT? Br J Cancer 1993;68:647-50.

18. Collins R, Peto R, Gray R, Parrish S. Large-scale randomized evidence: trials and overviews. In: Weatherall DJ, Ledingham JGG, Warrell DA, eds. Oxford textbook of medicine. 3rd ed. Oxford, England: Oxford University Press, 1996.

COPY

1

1   VERONICA POLLARD, et al.,        *    IN THE

2           Plaintiffs,             *    UNITED STATES

3   v.                              *    DISTRICT COURT

4   UNITED STATES, et al.,          *    FOR THE

5           Defendants.             *    DISTRICT OF MARYLAND

6                                   *    CASE NO.: WDQ02CV764

7                    *    *    *    *    *

8

9           Deposition of GERALD H. SOKOL, M.D.

10              Rockville, Maryland

11            Monday, July 14, 2003

12                 4:28 p.m.

13

14  Job No.:  10-19024

15  Pages 1 - 82

16  Reported by:  Randy T. Sandefer, RPR

17

18

19

20

21

22



EXHIBIT

5

L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

2

1          Deposition of GERALD H. SOKOL, M.D., held at

2   the offices of:

3

4          L.A.D. REPORTING COMPANY

5          1984 East Gude Drive

6          Suite 201

7          Rockville, Maryland  20850

8          (301) 762-8282

9

10         Pursuant to agreement, before Randy T.

11  Sandefer, Registered Professional Reporter and Notary

12  Public of the State of Maryland.

13

14

15

16

17

18

19

20

21

22

3

1                    A P P E A R A N C E S

2

3

4       ON BEHALF OF PLAINTIFFS:

5            LESLEY S. ZORK, ESQUIRE

6            BRUCE J. KLORES & ASSOCIATES

7            915 Fifteenth Street, Northwest

8            Suite 300

9            Washington, D.C.   20005

10           (202) 628-8100

11

12

13      ON BEHALF OF DEFENDANT UNITED STATES:

14           LARRY ADAMS, ESQUIRE

15           ASSISTANT UNITED STATES ATTORNEY

16           UNITED STATES ATTORNEY'S OFFICE

17           U.S. Courthouse

18           101 West Lombard Street

19           Baltimore, Maryland   21201

20           (410) 209-4801

21

22

4

1       ON BEHALF OF DEFENDANT HUMANA MILITARY HEALTHCARE

2       SERVICES, INC.:

3           CATHERINE A. HANRAHAN, ESQUIRE

4           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

5           1341 G Street, Northwest

6           Fifth Floor

7           Washington, D.C.   20005

8           (202) 626-7660

9

10

11      ON BEHALF OF DEFENDANT RAJ R. GUPTA, M.D.:

12          JOAN CERNIGLIA-LOWENSEN, ESQUIRE

13          MORGAN SHELSBY CARLO DOWNS & EVERTON

14          4 North Park Drive

15          Suite 404

16          Hunt Valley, Maryland   21030

17          (410) 584-2800

18          (Via Telephone)

19

20

21

22

5

1                    C O N T E N T S

2

3    EXAMINATION OF GERALD H. SOKOL, M.D.                PAGE

4

5        By Mr. Adams                                    6

6        By Ms. Cerniglia-Lowensen                       41

7        By Ms. Hanrahan                                 63

8        By Ms. Zork                                     74

9        By Ms. Cerniglia-Lowensen                       77

10

11

12

13

14                    E X H I B I T S

15            (Attached to the Transcript)

16    SOKOL DEPOSITION EXHIBIT                           PAGE

17        1    Curriculum Vitae                          6

18

19

20

21

22

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY COMPANY
(202) 861-3410    (301) 762-8282    (410) 539-3664    (703) 288-0026    (800) 292-4789

6

1            P R O C E E D I N G S

2            GERALD H. SOKOL, M.D.

3        having been duly sworn, testified as follows:

4        EXAMINATION BY COUNSEL FOR DEFENDANT UNITED STATES

5    BY MR. ADAMS:

6        Q    Good afternoon, Dr. -- is it Sokol?

7        A    Yes, sir.

8        Q    My name is Larry Adams.  I'm with the U.S.

9    Attorney's Office in Baltimore.  We are representing the

10   United States in this action.

11            Also present at counsel table is Catherine

12   Hanrahan, who represents Humana --

13            MS. HANRAHAN:  Good afternoon.

14   BY MR. ADAMS:

15       Q    -- and on the speaker phone is Joan Cerniglia-

16   Lowensen, who represents Dr. Raj Gupta, and all three

17   defendants in the case.

18       A    Okay.

19       Q    Let's go through your background a little bit.

20            As I understand it from your CV -- and we will

21   mark this as an exhibit a little later -- you graduated

22   from Indiana University -- well, it says Indiana

64

1          A few moments ago you were asked about what you

2     characterized to be prompt radiation therapy, which I

3     think you said in your opinion would have altered the

4     outcome given the statistics of the type of tumor Mrs.

5     Pollard had -- which has been identified as a T1 N0 M0;

6     is that right?

7          A     Yes.

8          Q     The question that I heard asked of you -- or

9     let me rephrase my question:  Are you familiar with any

10    studies done in the late 1990s or published in the late

11    1990s that address the frequency of recurrence in

12    patients who are T1 N0 M0 who have lumpectomies but

13    choose no further treatment?

14         A     Including radiation therapy?

15         Q     That's correct.  No further treatment.  Are

16    there such studies?

17         A     There are.  Well, I don't know that -- there

18    are studies published whose data is published.  A lot of

19    those studies have been done earlier when we were

20    developing.  So many of the studies were done in the

21    '70s, '80s; many more studies than what has been done in

22    the 1990s.  But, yes, there are studies published, sure.

DEPOSITION OF GERALD H. SOKOL, M.D.
CONDUCTED ON MONDAY, JULY 14, 2003

65

1      Q    With respect to those studies, what do you

2   understand to have been the conclusion with respect to

3   the number of patients who reoccur who chose no further

4   therapy?

5      A    Well, the number that recur far surpasses the

6   numbers that recur with radiation therapy, obviously.

7   But not all of them recur, obviously, if that's what you

8   are shooting for.

9      Q    I understand that.  But I guess what I'm asking

10  you is:  Similar to your 90 percent characteristic, what

11  do you understand to have been the conclusion of those

12  studies with respect to the percentage of patients who

13  reoccur who chose no further therapy but surgery?

14     A    So you are asking me as part of a global

15  T1 apart from the receptor --

16     Q    I am, absolutely.

17     A    The numbers vary in those studies, obviously.

18  And the consistent frequently recurring number is about

19  40 percent that will recur.  Not all of them will recur

20  obviously.

21     Q    So in the context that you are familiar with in

22  legal/medical expert standards, when asked whether Mrs.

66

1    Pollard would have reoccurred had she chosen no further

2    therapy, isn't it correct that within a reasonable degree

3    of medical probability the answer would have been she

4    most likely would not have --

5              MS. ZORK:   Objection.

6    BY MS. HANRAHAN:

7        Q    -- given those studies?

8              MS. ZORK:   Because it is four times greater

9    than ten.

10       A    It depends.  If you are saying are these or are

11   these patients more likely than not on a statistical

12   basis, no, you can't argue with the statistics.

13   BY MS. HANRAHAN:

14       Q    Right.

15       A    But you are right.  The 10 versus 40 percent --

16   as a risk we wouldn't accept it.

17       Q    I'm not suggesting to take the risk.  But the

18   conclusion of those studies basically was 60 percent of

19   patients who choose no further therapy would not recur

20   with a T1 N0 M0, correct?

21       A    Insofar as those studies have been done and not

22   a very long follow-up; but, yes, within the framework and

DEPOSITION OF GERALD H. SOKOL, M.D.
CONDUCTED ON MONDAY, JULY 14, 2003

1    the limitations of those studies, that would be correct

2        Q    Now, this is why I have asked these questions

3    because you have rendered the opinion that Mrs. Pollarc

4    had she received prompt radiation therapy, would most

5    likely not have reoccurred?

6        A    That's correct.

7        Q    What is the premise of that opinion?

8        A    The premise of the opinion is that when

9    patients get timely radiation therapy, only 10 percent

10   them recur.

11       Q    But we know that 10 percent do reoccur?

12       A    Yes.

13       Q    And what, other than the general population

14   statistics, have you relied upon to say Mrs. Pollard,

15   having gotten radiation therapy about five months afte

16   surgery, would not have been one of those 10 percent?

17       A    Well, nobody can say that she wouldn't have

18   been one of those 10 percent, but the odds are against

19   it.

20       Q    Now, I think you also rendered the opinion -

21   and correct me if I heard it incorrectly -- because sh

22   did not receive what you identified as prompt radiatic