IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, *et al.*, : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | C.A. No.: S-02-764 WDQ |
| : | |
| UNITED STATES OF AMERICA, *et al.*, : | |
| : | |
| Defendants : | |

**DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S
MOTION IN LIMINE TO EXCLUDE VERONICA POLLARD'S NOVEMBER 2003
TESTIMONY REGARDING MEDICAL RECORDS**

Defendant Humana Military Healthcare Services, Inc., ("HMHS") by counsel WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, respectfully moves this Court *in limine* for an Order to exclude a portion of Veronica Pollard's second de bene esse testimony rendered November 2003 regarding Mrs. Pollard's the medical records and as reasons therefor states as follows:

1. Plaintiffs assert claims for wrongful death and medical negligence in connection with the treatment for breast cancer received by the decedent Veronica Pollard.

2. Prior to her death, plaintiffs' counsel noted Mrs. Pollard's de bene esse deposition. The deposition took place in June, 2002.

3. Plaintiffs filed a Motion to Reconvene to take an amended de bene esse deposition of Mrs. Pollard on the limited issue of Mrs. Pollard's condition and treatment in the fifteen months that elapsed since her de bene esse deposition in June 2002. The Court granted Plaintiffs' request.

4. At her second deposition on November 6, 2003, Mrs. Pollard was asked questions regarding medical records, despite objections from counsel for the defendants.

191290.1

5. This testimony regarding Mrs. Pollard's medical records is beyond the scope of additional testimony requested by Plaintiffs' Motion to Reconvene the deposition and therefore is beyond the scope of supplemental testimony authorized by the Court.

6. The testimony regarding medical records from the November 2003 deposition of Mrs. Pollard should therefore be barred at trial.

7. And for such further reasons as set forth in the attached Memorandum of Points and Authorities, which Defendant incorporates by reference herein.

WHEREFORE, Defendant Humana Military Healthcare Services, Inc. requests that this Court enter an Order excluding Veronica Pollard's November 2003 testimony regarding her medical records.

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP

By: *Catherine A. Hanrahan*
    Catherine A. Hanrahan, #06711
    The Colorado Building
    1341 G Street, NW
    Suite 500
    Washington, DC 20005
    (202) 626-7668
    fax (202) 628-3606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendant Humana Military Healthcare Services, Inc.'s Motion *in Limine* to Exclude Veronica Pollard's November 2003 Testimony Regarding Medical Records, Memorandum of Points and Authorities, Exhibits and Proposed Order were mailed, postage pre-paid, this 24th day of December, 2004 to:

>Bruce J. Klores, Esquire
>Lesley S. Zork, Esquire
>Bruce J. Klores & Associates, PC.
>915 15th Street, NW
>Washington, DC  20005
>
>Peter R. Masciola, Esquire
>601 Indiana Avenue, NW
>Suite 603
>Washington, DC  20004
>*Counsel for Plaintiffs*
>
>Joan Cerniglia-Lowensen, Esquire
>Morgan, Shelsby, Carlo, Downs & Everton
>4 North Oak Drive
>Suite 404
>Hunt Valley, MD  21030
>*Attorneys for Dr. Gupta and Sterling Medical Corporation*
>
>Larry Adams, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>6625 U.S. Court House
>101 W. Lombard Street
>Baltimore, MD  21201
>*Attorney for United States of America*

>*Catherine A. Hanrahan*
>Catherine A. Hanrahan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, *et al.*, | : |
| Plaintiffs | : |
| v. | : C.A. No.: S-02-764 WDQ |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants | : |

### DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE VERONICA POLLARD'S NOVEMBER 2003 TESTIMONY REGARDING MEDICAL RECORDS

The Defendant, Humana Military Healthcare Services, Inc., ("HMHS") by counsel WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby files the following Memorandum of Points and Authorities in support of its Motion *in Limine* to exclude Veronica Pollard's November 2003 testimony regarding her medical records.

Plaintiffs allege Defendant Raj Gupta, M.D., an oncologist, was negligent in his treatment of Veronica Pollard's breast cancer. Dr. Gupta is alleged to be an agent and/or servant of HMHS. Mrs. Pollard saw Dr. Gupta at Eisenhower Medical Center in Georgia, a military treatment facility, shortly after her cancer diagnosis in the fall of 1998. Mrs. Pollard received treatment through the military as her husband, Plaintiff Roosevelt Pollard, is in the military. After two visits with Dr. Gupta in December 1998, Mrs. Pollard moved with her family to England. She received treatment in England, but her cancer returned in the spring of 2000. Mrs. Pollard returned to the U.S. for treatment. She passed away in December 2003.

191290.1

Plaintiffs moved the Court for leave to taken a second amended de bene esse deposition of Mrs. Pollard on October 23, 2003. The basis of the Motion was: "to supplement Mrs. Pollard's trial testimony on the limited issue of her condition and treatment in the fifteen months that elapsed since her de bene esse deposition" in June 2002. *See* Pls.' Mot. ¶ 2, attached hereto as Exhibit 1. Plaintiffs stated the testimony sought "is directly relevant to the issue of Mrs. Pollard's damages in this case." Ex. 1 ¶ 2. On October 27, 2003, this Court issued a letter Order that set Mrs. Pollard's de bene esse trial deposition for November 6, 2003. *See* October 27, 2003 Order, attached hereto as Exhibit 2.

At her second deposition on November 6, 2003, Mrs. Pollard testified to matters beyond the scope requested in the Motion to Reconvene. Over counsel's objection, Mrs. Pollard was asked whether she brought her Eisenhower records with her to England in early 1999. *See* November 6, 2003 Deposition of Veronica Pollard, attached hereto as Exhibit 3, at 142-144.

The testimony was clearly beyond the scope of supplemental testimony requested by Plaintiffs and authorized by this Court. It asked for information that pre-dates the June 2002 deposition, and Plaintiffs' Motion to Reconvene sought permission to elicit testimony regarding Mrs. Pollard's condition and treatment since the June 2002 deposition. Defendant objected to the testimony during the deposition and properly preserved the issue for the Court's consideration. *See* Ex. 3 at 143. Defendant HMHS therefore respectfully requests that the Court enter an Order barring its admission at trial.

191290.1

2

                                        Respectfully submitted,

                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER, LLP


By:    *Catherine A. Hanrahan*
        Catherine A. Hanrahan, #06711
        The Colorado Building
        1341 G Street, NW, Suite 500
        Washington, DC  20005
        (202) 626-7668
        (202) 628-3606

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.:  S-02-764 WDQ |
| | : | |
| UNITED STATES OF AMERICA, *et al.,* | : | |
| | : | |
| Defendants | : | |

## ORDER

Upon consideration of defendant Humana Military Healthcare Services, Inc.'s Motion for *in Limine* regarding Mrs. Pollard's de bene esse testimony in November of 2003, any Opposition thereto, and Reply, and the record herein, it is this _____ day of _____, 2004, hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the November 2003 testimony of Veronica Pollard regarding her medical records shall be excluded at trial.

 

 

William D. Quarles, Jr., Judge

191290.1

cc:   Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004
*Counsel for Plaintiffs*

Joan Cerniglia-Lowensen, Esquire
Morgan, Shelsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030
*Attorneys for Dr. Gupta and Sterling Medical Corporation*

Catherine A. Hanrahan, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, N.W., Suite 500
Washington, DC  20005
*Attorneys for Humana Military Healthcare Services, Inc.*

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201
*Attorney for United States of America*