UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MARYLAND

Civil Division

VERONICA POLLARD, et al.        )
                                )
                                )
v.                              ) CA No. S02 CV 764
                                ) Judge Quarles
                                )
                                )
THE UNITED STATES OF AMERICA    )
                                )

### PLAINTIFFS' EXPEDITED REQUEST FOR LEAVE TO RECONVENE THE DE BENE ESSE TRIAL DEPOSITION OF VERONICA POLLARD

Plaintiffs' through counsel through counsel, Lesley S. Zork, Bruce J. Klores and Bruce J. Klores & Associates, P.C. and Peter Masciola, Esquire, respectfully request leave pursuant to Rule 30(a)(2)(C)to reconvene the de bene esse deposition of plaintiff, Veronica Pollard, for the purpose of preserving her testimony for trial, on the limited issue of Mrs. Pollards' treatment and condition between June 6, 2002, when Mrs. Pollard gave a de bene esse deposition, and the present. The deposition will take place on Monday, October 27, 2003 at 3:00 p.m., at the home of Veronica and Roosevelt Pollard, 122 Leeds Creek Circle, Odington, Maryland, through an officer authorized by law to administer oaths and according to the Rules of the Court, and to be recorded by sound and video. The direct examination is expected to take less than 30 minutes.

In support of this request plaintiffs state the following:

1.  Mrs. Pollard is dying of breast cancer, which plaintiffs allege is the result of the defendants' negligent failure to provide appropriate and timely treatment.

2.  Mrs. Pollard was recently discharged from Walter Reed Army Hospital where she was hospitalized for severe anemia. Prior to discharge Mrs. Pollard was informed by her physicians that there is no further treatment available, and that she may die from her cancer at

EXHIBIT
1

anytime. In addition, the metastatic cancer in Mrs. Pollard's lungs has spread further to her vocal cords and is making it increasingly difficult for her to speak.

2.  On June 6, 2002, Mrs. Pollard gave a de bene esse deposition, to preserve her testimony for trial. At this time plaintiffs are seeking to supplement Mrs. Pollard's trial testimony on the limited issue of her condition and treatment in the fifteen months that elapsed since her de bene esse deposition in June of last year. This testimony is directly relevant to the issue of Mrs. Pollard's damages in this case. There is a high likelihood that Mrs. Pollard will either have passed away, or will be physically unable to present her testimony in court by the time this case is set for trial.

3.  Plaintiffs' counsel informed defendants' counsel of Mrs. Pollard's condition on Tuesday, October 21, 2003, and requested their cooperation in scheduling the de bene esse deposition as quickly as possible. Attorneys Larry Adams and Joan Cerniglia-Lowensen have indicated their objection to reconvening Mrs. Pollard's trial deposition on behalf of their respective clients, and have refused to cooperate in the scheduling of the deposition. The sole basis stated by both counsel, for their objection is that Mrs. Pollard has already been deposed. (See Attached correspondence between counsel). Attorney Catherine Hanrahan, has not responded to plaintiffs' request for consent to reconvene Mrs. Pollard's deposition.

4.  Defendants' stated objection to reconvening Mrs. Pollard's de bene esse deposition is not a valid basis for denying plaintiffs the right to present relevant testimony at the trial in this case.

WHEREFORE, for these reasons plaintiffs respectfully request that leave to reconvene Mrs. Pollard's de bene esse deposition to preserve relevant testimony for trial, be granted.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By_____
Bruce J. Klores - #358548
915 15th Street, N. W. #300
Washington, D. C. 20005
(202) 628-8100
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that above Request for Leave to Reconvene the De Bene Esse Deposition of Veronica Pollard, was sent by prepaid first-class mail, to the following persons this ____ day of April, 2002:

| | |
|---|---|
| Larry D. Adams | Joan Cerniglia-Lowensen, Esquire |
| Assistant United States Attorney | Morgan Shelsby Carlo Downs & Everton |
| 6625 United States Courthouse | 4 North Park Drive #404 |
| 101 West Lombard Street | Hunt Valley, MD 21030 |
| Baltimore, Maryland 21201 | |

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lesley S. Zork

1606\mtn.req.leave.dep

# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQChambers@mdd.uscourts.gov

October 27, 2003

TO COUNSEL OF RECORD:

Re: Veronica Pollard, et al. v. United States of America, Civ. No. WDQ-02-764

Dear Counsel:

At the October 27, 2003 telephone conference, I set the following schedule. The de bene esse trial deposition of Veronica Pollard will take place November 6, 2003. The deposition will proceed on that date regardless whether the Defendants' counsel have obtained copies of Ms. Pollard's medical records.

The discovery deadline is November 30, 2003. Dispositive motions will be due 30 days after the close of discovery. The pretrial conference scheduled for November 19, 2003 has been rescheduled for January 29, 2004 at 9:30 a.m. in my chambers.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

EXHIBIT 2

122

1      IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MARYLAND

3   - - - - - - - - - - - - - - -+

4   VERONICA POLLARD, et al.      |

5           Plaintiffs            |Civil

6   v.                            |#S-02-764

7   UNITED STATES OF AMERICA, et al|

8           Defendants            |

9   - - - - - - - - - - - - - - -+

10                Volume 2

11       Deposition of VERONICA L. POLLARD

12              Odenton, Maryland

13          Thursday, November 6, 2003

14                 2:30 p.m.

15

16

17

18

19

20  Job No. #1-24963

21  Pages 122 - 153

22  Reported by Sara A. Cissin, CSR


EXHIBIT 3

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

123

1    Deposition of VERONICA L. POLLARD, held at the
2    residence of:
3        VERONICA L. POLLARD
4        122 Leeds Creek Circle
5        Odenton, Maryland 21113
6
7
8
9
10
11
12        Pursuant to notice, before Sara A. Cissin,
13    Certified Shorthand Reporter and Notary Public of the
14    State of Maryland.
15
16
17
18
19
20
21
22

                                                              124

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3         LESLEY S. ZORK, ESQUIRE

4         Bruce J. Klores & Associates, PC

5         Third Floor

6         915 Fifteenth Street, Northwest

7         Washington, D.C. 20005

8         202-628-8100

9    ON BEHALF OF DEFENDANT, DR. GUPTA:

10        JOAN CERNIGLIA-LOWENSEN, ESQUIRE

11        Morgan, Shelsby, Carlo, Downs & Everton

12        Suite 404

13        4 North Park Drive

14        Hunt Valley, Maryland 21030

15        410-584-2800

16   ON BEHALF OF DEFENDANT, HUMANA MILITARY HEALTH

17   CARE SYSTEMS, INC.

18        CATHY HANRAHAN, ESQUIRE

19        Wilson, Elser, Moskowitz, Edelman & Dicker

20        1341 G Street, Northwest

21        Washington, D.C. 20005

22        202-626-7660

DEPOSITION OF VERONICA L. POLLARD, (VOLUME 2)
CONDUCTED ON THURSDAY, NOVEMBER 6, 2003

125

1        A P P E A R A N C E S (Cont'd)

2   ON BEHALF OF DEFENDANT, UNITED STATES OF AMERICA:

3        LARRY D. ADAMS, ESQUIRE

4        U.S. Department of Justice

5        United States Courthouse

6        101 West Lombard Street

7        Baltimore, Maryland 21201

8        410-209-4801

20   ALSO PRESENT:   PATRICK MAZZEO, Videographer

21                   Visual Connections

126

```
                    C O N T E N T S

EXAMINATION OF VERONICA L. POLLARD                    PAGE

    By Ms. Zork                                        128

    By Mr. Adams                                       147




                      E X H I B I T S

                  (Retained by counsel.)

VERONICA L. POLLARD                                   PAGE

1   Medical records of witness                         127
```

DEPOSITION OF VERONICA L. POLLARD, (VOLUME 2)
CONDUCTED ON THURSDAY, NOVEMBER 6, 2003

127

1          P R O C E E D I N G S

2      (Pollard Exhibit Number 1 was marked for

3  identification and was retained by counsel.)

4      VIDEOGRAPHER: Here begins Tape Number 1 in

5  the deposition of Veronica Pollard in the matter of

6  Veronica Pollard, et al. versus United States of America

7  in the U.S. District Court for the District of Maryland,

8  Case Number S-02-764.

9      Today's date is November 6, 2003. The time is

10 2:50 p.m.

11     The Video Operator today is Patrick Mazzeo of

12 Visual Connections contracted by L.A.D. Reporting.

13     This video deposition is taking place at the

14 home of Veronica Pollard and was noticed by Lesley Zork,

15 counsel for the plaintiffs.

16     Would the counsel please identify themselves

17 and state whom they represent?

18     MS. ZORK: Good afternoon. My name is Lesley

19 Zork, and I represent Veronica and Roosevelt Pollard.

20     MS. HANRAHAN: Good afternoon. My name is

21 Cathy Hanrahan, and I represent Humana Military Health

22 Care Services, Inc.

128

1    MR. ADAMS: Larry Adams for the United States.

2    MS. CERNIGLIA-LOWENSEN: Joan

3  Cerniglia-Lowensen on behalf of Raj Gupta, M.D. and

4  Sterling Medical Corporation.

5    VIDEOGRAPHER: The Court Reporter today is

6  Sara Cissin of L.A.D. Reporting. Would the reporter,

7  please, swear in the witness?

8         - - - - - - - - - - - - -

9    VERONICA L. POLLARD,

10  having been duly sworn, was examined as follows:

11  EXAMINATION BY COUNSEL FOR PLAINTIFFS:

12  BY MR. ZORK:

13    Q    Good afternoon, Veronica.

14    A    Good afternoon.

15    Q    Would you please state your full name for the

16  record?

17    A    Veronica Louise Pollard.

18    Q    Mrs. Pollard, we're here today -- this is

19  November 6th of 2003.

20         In June of 2002 you sat for a deposition much

21  in the same format. And today I'm going to ask you some

22  questions about your care and treatment between June of

142

1 Number 1 for this deposition a big folder of records.

2 If you wouldn't mind taking a look at this and just

3 describe for me what's in that big folder?

4     A    These are my outpatient records.  They are

5 records that are given to me by the physicians, each

6 physician that I have seen, and the records are put

7 inside the folder of the diagnosis and treatments that

8 were given to me.

9     Q    Is this outpatient record something that you

10 keep in your possession at this time?

11     A    I keep them now in my possession.

12     Q    And what do you do with these records?

13     A    Every time I go to the doctor or I am seen by

14 a doctor, I give the records to the doctor, and they go

15 through them to know what the treatment or what has been

16 done prior to my seeing them.

17     Q    Now, what time period do these records span?

18     A    These records are from October of '98 up until

19 the present.

20     Q    Are these records of all of your outpatient

21 cancer treatment from the time you were diagnosed at

22 Eisenhower to the present?

143

1    A    Yes, as far as I know, yes.

2    Q    Did you take these records with you when you

3  left Eisenhower to go to England in 1998?

4    A    No --

5         MS. HANRAHAN: Objection.

6         THE WITNESS: -- I did not.

7  BY MR. ZORK:

8    Q    Where were these records when you left

9  Eisenhower?

10        MS. HANRAHAN: Objection.

11        MS. CERNIGLIA-LOWENSEN: Objection.

12        MS. HANRAHAN: Let me just ask if you have no

13 objection, can I have a continuing objection to this

14 scope or to this line of questioning with respect to

15 what occurred with these records in '98 and forward

16 versus interrupting every question because I think it's

17 beyond the scope of what the Court indicated we were

18 here for today.

19        Do you have any problems with a continuing

20 objection?

21        MR. ZORK: I don't have a problem with a

22 continuing objection.

144

1           MS. HANRAHAN:  Fine.

2           MS. ZORK:  That's fine.

3    BY MR. ZORK:

4      Q    Let me go back to the question.  The question
5    was, where were these records when you left Eisenhower
6    to go to England?

7      A    They were at the medical center.

8      Q    At Eisenhower?

9      A    At Eisenhower, yes.

10     Q    Were these records in England when you arrived
11   in England?

12     A    No, they were not.

13     Q    Do you know where the records where when you
14   arrived in England?

15     A    They were being mailed to the medical center
16   at Menwith Hill.

17     Q    When you were in England where were the
18   records maintained?

19     A    At the clinic.

20     Q    Did you keep the outpatient record in your
21   possession at that time?

22     A    No, I did not.