```
                                            COPY              1

1   VERONICA POLLARD, et al.,    *   IN THE

2          Plaintiffs,           *   UNITED STATES

3   v.                           *   DISTRICT COURT

4   UNITED STATES, et al.,       *   FOR THE

5          Defendants.           *   DISTRICT OF MARYLAND

6                                *   CASE NO.: WDQ02CV764

7                  *    *    *    *    *

8

9              Deposition of GERALD H. SOKOL, M.D.

10                      Rockville, Maryland

11                      Monday, July 14, 2003

12                           4:28 p.m.

13

14  Job No.:  10-19024

15  Pages 1 - 82

16  Reported by:  Randy T. Sandefer, RPR
```

EXHIBIT



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

48

1  opinion and giving a broad spectrum, a possible barred
2  spectrum of pathological interpretation.
3      Q   For purposes of your opinion, is it germane as
4  to whether it was a T1 of a .5 centimeters or a T1 of 1
5  centimeter?  Does that make a difference to your opinion?
6      A   Well, like I said, I answered the question
7  within broad boundaries so that they would still be very
8  likely to be within a reasonable degree of medical
9  certainty.  So the answer is sure, it makes a difference
10 if a tumor is a half of a centimeter or 1 centimeter.
11         But even within those boundaries, the
12 likelihood is 90 percent, plus or minus a little bit,
13 that the tumor was controlled by appropriate and timely
14 radiation therapy after surgery.
15     Q   Dr. Sokol, is there a way to predict whether a
16 particular patient will fall into the 90 percent that
17 will have a -- be cured for a period of time or whether
18 they will fall into that 10 percent?
19     A   Well, we certainly make attempts at doing that.
20 Quite honestly, we are not very good about it.  When it
21 happens, we are often surprised about the nature of the
22 patient that constitutes 10 percent because we don't have