```
                                                              COPY    1
 1   VERONICA POLLARD, et al.,    *   IN THE

 2          Plaintiffs,           *   UNITED STATES

 3   v.                           *   DISTRICT COURT

 4   UNITED STATES, et al.,       *   FOR THE

 5          Defendants.           *   DISTRICT OF MARYLAND

 6                                *   CASE NO.: WDQ02CV764

 7                    *    *    *    *    *

 8

 9            Deposition of GERALD H. SOKOL, M.D.

10                     Rockville, Maryland

11                     Monday, July 14, 2003

12                          4:28 p.m.

13

14   Job No.:  10-19024

15   Pages 1 - 82

16   Reported by:  Randy T. Sandefer, RPR
```


EXHIBIT 2

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

62

1  these two groups and determines the rate of recurrence in
2  these patients?
3       A    When you say "these patients," to specify, you
4  are specifically talking about patients that got
5  chemotherapy but not radiotherapy?
6       Q    No, sir. Both. Chemotherapy and radiation as
7  compared to radiation.
8       A    Okay. Well, yes. In patients like this,
9  chemotherapy adds perhaps -- and these are estimates --
10 perhaps, maybe, 5 percent to local control; maybe.
11           If local control is 90 percent, plus or minus 5
12 percent, you will get a small additional local control
13 with chemotherapy of 2 to 5 percent maybe with this kind
14 of patient with a small T1 tumor. In other words, not
15 enormously impactful in terms of local control.
16      Q    Doctor, do you have any other categories of
17 opinions that I have not discussed with you?
18      A    Well, I think I said what I came here to say,
19 what I have been asked to come here to say.
20           Unless you have any other opinions, that's
21 really, I think, the opinions that we were going to
22 express today.