1           IN THE UNITED STATES DISTRICT COURT
2                   DISTRICT OF MARYLAND
3
4   VERONICA POLLARD,         :
5   et al.,
6           Plaintiffs        : Civil Action
7       vs.                     No. S-02-CV-764
8   UNITED STATES OF AMERICA,:
9   et al.,
10          Defendants        :
11                 ------------------
12
13      Deposition of LEROY FLEMING SMITH, JR.,
14  M.D., was taken on Tuesday, June 10, 2003, at
15  5226 Dawes Avenue, Alexandria, Virginia,
16  commencing at 5:20 p.m. before Carol T. Lucic,
17  Notary Public.
18                 ------------------
19
20
21  REPORTED BY:  Carol T. Lucic

EXHIBIT 3

Art Miller & ASSOCIATES L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-6300

Page 44

1   latter three were the ones that were, of course,
2   very disturbing as far as this lady was
3   concerned, and I'm sure this is what Dr. Gupta
4   was thinking as far as wanting to treat her,
5   which, as I said before, I agree with that.  In
6   fact, in his little article that he was
7   referring to it even brings this out.  Harris'
8   brings this out, too.
9        It's very difficult to find a study
10  stratified so that you can say that you have
11  adequate numbers of patients in a study -- to
12  find any study where the survival is better than
13  90%.  It wasn't a meta analysis, but the
14  original study that was probably the largest
15  study -- they don't even mention it in this
16  article.  This is from Belgium, by the way --
17  was Dr. Peter Paul Rosen's article from Memorial
18  Sloan-Kettering at least 20 years ago where he
19  went back into the archives at Memorial and
20  looked at almost a little bit over 800 cases of
21  women who had tumors less than 1 centimeter in

1  diameter.

2     At that time probably most of them didn't
3  have ER and PR. He didn't stratify for age. He
4  didn't stratify for any of those things. The
5  ten-year survivorship in that group of patients
6  was 90%. Some of them had chemotherapy; some
7  didn't have chemotherapy. Most of them had
8  mastectomies. They didn't have lumpectomies.
9  They weren't doing them at that time. So anyway
10 that is basically a hodgepodge of patients as
11 far as biological behavior, but all less than 1
12 centimeter.

13    The other much larger analysis was made by
14 about 1998. This was a meta analysis of at
15 least 15 to 20 reports of small cohorts of
16 patients that had tumors that were less than 1
17 centimeter, and this is with patients that have
18 ten-year survivorship. If you look at the
19 ten-year survivorship of women under the age of
20 50, and this is not stratified for ER or PR
21 either, under the age of 50 that have tumors

```
1    that are less than 1 centimeter that have no
2    chemotherapy at all, then the survivorship in
3    that group of patients is 58% at ten years.
4    That's overall survival.
5         If you look at the same group of sort of
6    matched patients who have had polychemotherapy,
7    that may be CMF, CAF, or what have you, then
8    you're looking at 68.3% ten-year survivorship,
9    overall survival, with a net difference of
10   10.3%.
11        So that's a salvage of at least one
12   patient out of ten.  Unfortunately, as I say,
13   I'm not aware of any study of any size where
14   they actually looked at stratification for age,
15   ER and PR, proliferation indexes.  It just isn't
16   there.  That's as close as you're going to get
17   to looking at a fairly large cohort of patients.
18   Q.    I'm sorry, Doctor.  I wrote down the 1998
19   meta analysis.  Did you give me an author for
20   that study?
21   A.    I can probably give you the bibliography
```