ORIGINAL

Page 1

```
1    VERONICA POLLARD, et al.,    *   IN THE

2               Plaintiffs,       *   UNITED STATES COURT

3         vs.                     *   FOR THE DISTRICT

4    RAJ R. GUPTA, M.D., et al.,  *   OF MARYLAND

5               Defendants.       *   Case No. WDO-02-764

6                        - - - - - - -

7         The deposition of G. PETER PUSHKAS, M.D., was

8    taken on Monday, the 23rd day of June, 2003, commencing

9    at 10:30 a.m., at the Law Offices of Bruce J. Klores &

10   Associates, 915 Fifteenth Street, N.W., Washington,

11   D.C., before Mona Smith, CSR, RMR, Notary Public.

12   APPEARANCES:

13              LESLEY S. ZORK, ESQUIRE

14                   On behalf of the Plaintiffs.

15              JOAN CERNIGLIA-LOWENSEN, ESQUIRE

16                   On behalf of Dr. Gupta.

17              LARRY D. ADAMS, ESQUIRE

18                   Assistant U.S. Attorney

19              CATHERINE A. HANRAHAN, ESQUIRE

20                   On behalf of Humana Military Healthcare

21   Reported by:   Mona Smith, CSR, RMR
```

Art Miller & Associates L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-8300

EXHIBIT 4

1      A      And I confused you with the numbers.  I
2  apologize.
3      Q      You told me with a stage one tumor, that --
4  with chemotherapy?  Or without chemotherapy?  Without
5  chemotherapy, the survival rate is 80 percent, the
6  five-year survival rate?
7      A      Right.
8      Q      With the chemotherapy, how does that improve?
9      A      That improves to 87.
10     Q      Thank you.  87 percent?
11     A      Right.
12     Q      Okay.  And that is for all T1 N0, no
13 metastasis, correct?
14     A      That's correct.
15     Q      And you said there was T1(A), T1(B), and
16 T1(C)?
17     A      Correct.
18     Q      How would you classify Ms. Pollard based upon
19 the pathology report that Dr. Gupta had available to
20 him?
21     A      That pathology report described the primary

Art Miller & Associates L.L.C.
COURT REPORTERS AND VIDEOGRAPHERS
BALTIMORE, MD 410-367-3838 • WASHINGTON, D.C. 202-234-6300

Page 32

1   tumor as a 5-millimeter lesion, which would have made it
2   at T1(A) or if it was -- yeah, T1(A).
3       Q    Are there studies that indicate percentages
4   for T1(A)?
5       A    There are studies. You are looking at
6   subsets, then it goes a little bit more complicated, but
7   that's why I brought up the issue that an early T1, as
8   it were, probably has a better five-year survival than a
9   late T1, being a continuum of course.
10      Q    Specific question as to a T1(A) similar to
11  Ms. Pollard's, without chemotherapy, what is the
12  five-year survival rate for patients with a T1(A)?
13      A    In my opinion, it would be around ten percent.
14  10 percent recurrence rate and 90 percent survival.
15      Q    Thank you. And with chemotherapy, how would
16  that affect the number?
17      A    With adjuvant therapy, that would go up to 93.
18      Q    Doctor, do you have any other opinions
19  regarding deviations in standard of care? What I wrote
20  down, you told me that Dr. Gupta had an obligation to
21  make sure that treatment was begun in an expeditious