1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                CASE NO. WDQ-02-764
3
4    VERONICA POLLARD, et al.,
5              Plaintiffs,
6    vs.
7    RAJ R. GUPTA, M.D., et al.,
8              Defendants.
     _____/
9
10
11      DEPOSITION OF JAMES VINCENT FIORICA, M.D.
12
              Wednesday, August 27, 2003
13               2:35 p.m. - 4:14 p.m.
14
                H. Lee Moffitt Cancer
15              12902 Magnolia Drive
                    Suite 3057L
16              Tampa, Florida 33612
17   _____
18
19
20   REPORTED BY:                    **ORIGINAL**
21
     Lori A. Clements, RPR-CP
22   Notary Public, State of Florida
23   Esquire Deposition Services - Tampa, Florida
     813-221-2535 (800-838-2814)
24   Job No. N557229
25

                                                    EXHIBIT
                                                       5

1   Q   So four to six weeks from then, we're
2   looking at anywhere from December 12th, '98, through
3   about the 26th, December 26th, '98, around that time
4   period?
5   A   Correct.
6   Q   Do you have any information, any knowledge
7   regarding Ms. Pollard's social situation at that
8   point in time, what her plans were regarding where
9   she was going to live?
10  A   During the records it indicated she was
11  going to move to England.  It was unclear as to how
12  long she was supposed to stay in England.
13  Q   Do you know when Ms. Pollard planned to
14  make that ultimate move to England?
15  A   At the beginning of the year.
16  Q   Doctor, do you have an opinion to a
17  reasonable degree of medical probability as to
18  whether Ms. Pollard would have had an adverse effect
19  had radiation and chemotherapy begun on January 2nd,
20  1999?
21  A   Yes.
22  Q   What is that opinion?
23  A   Had chemotherapy and radiation begun on
24  January 2nd, more likely than not she would have had
25  improved survival and lower recurrence rate.

1   Q    When you say improved survival, is there
2   any way to put a percentage on the improvement?
3   A    The survival with adjuvant chemotherapy is
4   approximately 30 percent improvement in survival.
5   Q    So on January the 2nd, 1998, had
6   Ms. Pollard been initiated with chemotherapy and then
7   followed by radiation therapy, do you have an opinion
8   as to whether more likely than not she would have
9   reoccurred?
10  A    Yes.  More likely than not she would not
11  have reoccurred.
12  Q    What about February 2nd, 1999?  Same
13  question as to do you have an opinion whether more
14  likely than not she would have reoccurred on
15  February 2nd, 1999, had the care that you believe
16  standard of care required been administered at that
17  point in time?
18  A    Now you're talking a two and a half month
19  delay, but still more likely than not that would have
20  affected her outcome.
21  Q    So it's more likely than not that she would
22  have been cancer free?
23  A    Correct.
24  Q    Same question as to March 2nd, 1999?
25  A    March 2nd, now you're delayed.  She may

1   have had microscopic disease at that point in time.
2       Q    Is it more likely than not that she would
3   have had microscopic disease had treatment been
4   delayed until March 2nd, 1999?
5       A    That's a difficult question to answer.  The
6   cancer recurred somewhere in that subsequent time
7   frame.  But when it was microscopically detectable is
8   more difficult.
9       Q    So it's impossible to say had the treatment
10  begun on March 2nd, 1999, the treatment that you
11  believe standard of care required, whether or not
12  Ms. Pollard would have reoccurred?
13      A    Given that hypothetical situation, correct.
14      Q    At what point can you say to a reasonable
15  degree of medical probability the treatment that you
16  believe standard of care required would not have
17  prevented a reoccurrence?
18      A    If given within the first six weeks to two
19  months, as we mentioned earlier -- as I mentioned
20  earlier, more likely than not it would have altered
21  the outcome.
22      Q    At what point would intervention have been
23  fruitless to prevent this reoccurrence?  At what
24  point in time can you sort of point at the time line
25  and say beyond this date we couldn't have affected

1   the outcome?
2       A   Depends on if you could predict where she's
3   going to recur and it depends on whether you're going
4   to talk about radiation or chemotherapy. In this
5   particular patient scenario, she had a local
6   recurrence that was microscopic in the chest --
7           MR. ADAMS: I'm sorry. Is there an answer?
8           THE WITNESS: The phone is making static.
9           (Discussion off the record.)
10          MS. CERNIGLIA-LOWENSEN: Why don't we get
11      the court reporter to read it back.
12          (Reporter read as requested Page 35, Line
13      21, through Page 36, Line 5.)
14      A   -- that was microscopic in the breast and
15  chest wall. In her case, chemotherapy and/or
16  radiation would have decreased that risk or
17  eliminated it.
18  BY MS. CERNIGLIA-LOWENSEN:
19      Q   So is there a point in time that you can
20  point to looking at the medical records or the time
21  line that you've been provided where you say on X
22  date chemotherapy and/or radiation would not have
23  prevented Ms. Pollard's recurrence?
24      A   Well, that's different from the question
25  you asked me before. The question you asked me

1  before related to would it have been helpful. Now
2  you're asking me would it have prevented a
3  recurrence.
4       Q    That's really what I'm interested in,
5  whether it would have prevented.
6       A    The first part of it, would it have been
7  helpful at any point in time, yes. Would it have
8  prevented it, the second question, you want to
9  prevent it before it's microscopic. So obviously
10 within four to six weeks after treatment is the
11 ideal, because the odds of having microscopic disease
12 would be very unlikely.
13           I would say within two months the odds of
14 having microscopic disease would have been very
15 unlikely. After that, it's impossible to know when
16 her microscopic disease developed.
17      Q    Just so I'm clear, what you're saying is
18 it's really impossible to know exactly when
19 Ms. Pollard's microscopic disease developed;
20 therefore it's impossible to say what the last
21 opportunity would have been to prevent this
22 recurrence with chemotherapy and radiation?
23           MS. ZORK: That's not what he said. He
24      said two months --
25           THE WITNESS: That's --

```
 1            MS. CERNIGLIA-LOWENSEN:  He can clear me
 2      up.
 3            THE WITNESS:  That's not necessarily true.
 4      In the first two months, more likely than not
 5      there was no microscopic disease.  So treatment
 6      at that point in time would have clearly been to
 7      the patient's advantage.
 8   BY MS. CERNIGLIA-LOWENSEN:
 9      Q    Okay.
10      A    After the two months in time, then there's
11   no way to tell from two months until her subsequent
12   recurrence when that would have occurred
13   microscopically or been detectable.
14      Q    Now, when we're saying two months, are we
15   talking two months after the four to six weeks for
16   recovery or are we including that time frame?
17      A    Two months from the time of surgery.
18      Q    Two months from the time of surgery?
19            MS. ZORK:  He's going based upon your time
20      line, which went on January 1, February 1,
21      March 1.
22            MS. CERNIGLIA-LOWENSEN:  He can clear me
23      up.  I'm really not trying to confuse him.  I'm
24      just trying to understand.
25   BY MS. CERNIGLIA-LOWENSEN:
```

1    Q    Doctor, you told me two months.  I'm lost
2 in the numbers.  So if you can clear me up.
3    A    The standard of care is to administer
4 adjuvant therapy within two months of the primary
5 surgery.  In this case, it was November 12th, 1998,
6 was the patient's primary surgery.  The standard of
7 care would be initiate treatment within that
8 two-month period once the patient is healed from her
9 surgery.
10   Q    Okay.  And beyond that two-month period,
11 you can't say at what point -- any particular patient
12 or any group of patients at which point chemo and
13 radiation will no longer prevent their disease?
14        MS. ZORK:  I'm going to object.  It's been
15     asked and answered.
16        THE WITNESS:  You're asking a -- I mean,
17     what if the patient never recurs?
18 BY MS. CERNIGLIA-LOWENSEN:
19   Q    Mmm-hmm.
20   A    Well, then how do you know when it's going
21 to recur?  I don't know how to answer that question:
22 If it never recurs microscopically, when would you
23 give chemotherapy?
24        In this particular case, she recurred very
25 early in her disease state, so chemotherapy would

1   have been to her advantage.
2       Q    So in Ms. Pollard's case, is there any way
3   to look at the records and say on X date had chemo
4   been given, to a reasonable degree of medical
5   probability, it would not have been effective?
6       A    That's correct.  There is no date that you
7   can say it's not effective.  However, you can do the
8   reverse and say if given within the first two months
9   it clearly would have been effective.
10      Q    Doctor, we talked about Ms. Pollard as
11  being a T1.  Correct?
12      A    Correct.
13      Q    Do you classify T1 tumors further?  Do you
14  say T1-A, T1-B?
15      A    Yes.  You can T1-A, B, and C, depending
16  whether it's 5 millimeters, 1 centimeter or less than
17  2 centimeters.
18      Q    Now, Dr. Gupta was working with what he
19  believed to be a T1-A.  Is that correct?
20      A    Yes.
21      Q    Doctor, what is the incidence of
22  reoccurrence in patients that have T-1A tumors, sort
23  of all comers?
24      A    All comers, not poorly differentiated like
25  her?

```
 1        Q     Correct.
 2        A     The recurrence rate would be in the range
 3   of 8 to 10 percent.
 4        Q     How long a period of time?
 5        A     Five years.
 6        Q     Is that generally what we talk about when
 7   we talk about breast cancer, five-year survival rate?
 8        A     Yes.
 9        Q     Now, what is the rate of recurrence, if
10   this data exists, for patients who are T1-As who have
11   chemotherapy?
12        A     It would be a 30 percent improvement.  So
13   your question was --
14        Q     What would the recurrence rate be?
15        A     A recurrence rate would be in the range of
16   6 percent, 5 to 6 percent.
17        Q     And, again, that's five-year survival rate.
18   Correct?
19        A     Correct.
20        Q     Doctor, are there any risk factors
21   associated with the administration of chemotherapy?
22        A     Yes.
23        Q     What are they in a general sense?
24        A     They are chemotherapy specific.
25        Q     So it's specific for each medication?
```