| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

* * * * *

## MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF DAVID LEE PAGE, M.D.

The Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation, respectfully move, in limine, to exclude certain testimony from David Lee Page, M.D. and for grounds state:

1. On October 29, 2003, the deposition of a pathologist, David Lee Page, M.D., was taken in the above-captioned matter.

2. During that deposition, Dr. Page testified regarding the interpretation of pathology reports by clinical oncologists. (See the deposition transcript of Dr. Page, pages 30-31 and 43-45, adopted and incorporated as Exhibit 1).

3. During the testimony of Dr. Page, as attached, Dr. Page describes how a medical oncologist would interpret certain lab data and how that would guide the oncologist's treatment.

4. Dr. Page is a clinical pathologist.

5. Dr. Page is not a medical oncologist and should not be permitted to render what amounts to standard of care opinions regarding medical oncology.

6. Opinions regarding how a medical oncologist would interpret pathology reports must only be offered from someone in the same or similar clinical specialties.

7. This testimony by Dr. Page will unfairly prejudice the Defendants in this case and mislead the trier of fact as to the actual issues.

WHEREFORE, counsel for the Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation, respectfully request that Dr. Page be prevented, in limine, from rendering opinions outside his area of specialization and prevented from opining as to how medical oncologists would interpret certain test results.

Respectfully submitted,

*Joan Cerniglia Lowensen*
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of December, 2004, a copy of the foregoing Motion in Limine to Exclude Certain Testimony of David Lee Page, M.D. on behalf of Raj R. Gupta, M.D. and Sterling Medical Corporation was mailed postage prepaid to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800