```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2

 3      VERONICA POLLARD, et al.,         )
                                          )
 4                       Plaintiffs,      )
        Vs.                               )CASE NO.
 5                                        )S-02-CV-764
        THE UNITED STATES OF AMERICA,     )
 6                                        )
                         Defendant.       )
 7                                        )

 8

 9     VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.

10                  Wednesday, October 29, 2003

11                          3:35 p.m.

12

13
       Pages: 1 - 54
14
       Job Number: 24-24321
15
       Reported by: Trine M. Mitchell, R.P.R.
16
```



**EXHIBIT**

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.8
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

30

1   It's only a pure medullary, because it has the

2   confinement and the pattern of growth which is

3   appropriate for that unusual tumor type.

4           To say that something is a medullary

5   variant with high grade cytology is to say,

6   very clearly, in my view, to a clinician who

7   understands breast disease, that this is a

8   three, three, three, or possibly a three,

9   three, two, but is a high grade mammary

10  carcinoma.

11  Q.      The reason why I'm asking these

12  questions is because later the oncologist

13  referred to the medullary features as giving

14  this cancer a better prognosis, and that term

15  medullary features was picked up and relied on

16  by oncologists, on down the line, as tending to

17  suggest that the cancer that Ms. Pollard had

18  had good prognostic features.

19          So there appears to have been confusion

20  --

21  A.      I understand.

22  Q.      -- based upon this report.

23  A.      Sure.

24  Q.      So I'm trying to understand what else

25  about this report --

31

1  A.    I understand.
2        Well, it's a question of -- we're not
3  talking relative things.  A pure medullary
4  carcinoma has a surprisingly good prognosis for
5  its histological grade.
6        An atypical medullary -- which is a
7  phrase you used before, which is an appropriate
8  one for this setting -- medullary features,
9  medullary varying carcinoma, are always, and
10 which we have a saying, this is a high grade
11 tumor which may be a little helpful by way of
12 being somewhat medullary.
13       I think that anyone who says that
14 medullary feature carcinoma has a good
15 prognosis is wrong.  What they're saying is it
16 may have a slightly better prognosis than a
17 high grade breast cancer.  That's what it
18 means, and the literature is pretty clear on
19 that.
20       So when they say better, they mean
21 possibly better than a high grade carcinoma
22 without medullary features.  But it's not
23 something you can take to the bank.
24 Q.    Have you -- did you review the
25 deposition of Dr. McTighe?

Case 1:02-cv-00764-WDQ   Document 114-2   Filed 12/27/2004   Page 4 of 6
VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.
CONDUCTED ON WEDNESDAY, OCTOBER 29, 2003

43

1  that die within two or three years within the
2  diagnosis of breast cancer, regularly, have
3  either a tumor that's been present a long time
4  or they have fast-growing tumors.
5  Q.    Okay.  I have to ask you, in this case,
6  the pathologist did not send the specimens on
7  to the lab to have the estrogen studies done,
8  and the other factors that we talked about, the
9  Ki67 and those other various DNA studies done,
10 and they were requested about six weeks later
11 by the oncologist.
12       Was that below the standard of care,
13 for the pathologist not to have obtained those
14 additional studies directly after --
15 A.    Yeah.
16 Q.    -- the specimens themselves?
17 A.    I understand that may have some
18 importance to this case.
19       As a standard of care issue as to how
20 breast cancers are diagnosed in the United
21 States, I would say that the original
22 reports contains sufficient information to
23 guide clinicians to the proper therapy.  I
24 don't think that the special studies have added
25 significantly to that.

44

1 As a matter of fact, the S phase is
2 inappropriately low, but that's nicely taken
3 care of by the pathologist, who says there's
4 been delusion of normal cells in that, because
5 he thinks the Ki67 is correct.
6     So, in other words, these may be
7 numbers that the medical oncologist would like
8 to have, but I don't take them to be necessary
9 to the decision making for treating a
10 43-year-old woman with invasive breast cancer.
11 Q.   What was the necessary information for
12 making a determination as to whether or not
13 this patient needed to have adjuvant treatment,
14 adjuvant chemotherapy?
15         MS. LOWENSEN:  Objection.
16         THE WITNESS:  Sure.  Well, again,
17 I think we have to know -- and I think you know
18 from other folks who testified in this
19 matter -- what young means in breast cancer,
20 and what it means with regard to the indication
21 of doing chemotherapy.
22         What we have, from the report
23 originally produced in this case, is a high
24 grade T1B carcinoma, and that's -- I think not
25 to treat a young woman with such a cancer would

45

1   take some discussion, in my opinion.
2   BY MS. ZORK:
3   Q.      What do you mean by that?
4   A.      Well, I mean that, I think that most of
5   the medical oncologists that I talked this
6   issue with over, in the last 10 to 12 years,
7   would have believed that a woman with a T1B
8   high grade carcinoma of this age group should
9   have chemotherapy.
10          MS. LOWENSEN:  Objection.  Move to
11  strike the response.
12          MS. HANRAHAN:  Did the court
13  reporter pick up that on the phone?
14          THE REPORTER:  Yes.
15  BY MS. ZORK:
16  Q.      Dr. Page, I want to make sure that I
17  have your most current up-to-date curriculum
18  vitae.  I have one that, I guess, is from
19  February of 2003.
20          Do you have something more current than
21  that?
22  A.      We made one up on September 8th, but it
23  doesn't contain anything extra that's
24  substantial.  A couple of surgical pathology
25  papers on small and unusual tumors, not