```
                                                                   0001
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MARYLAND
 3   VERONICA POLLARD, et al     :
 4           Plaintiffs          :  Civil No.
 5      v.                       :  S-02-764
 6   UNITED STATES OF AMERICA    :
 7           Defendant           :
 8                         ------------
 9
10
11
12      Videotaped Deposition of VERONICA L. POLLARD
13                  Odenton, Maryland
14               Thursday, June 6, 2002
15                    1:04 p.m.
16
17
18
19   Job No.:  1-94
20   Pages:  1 - 121
21   Reported By:  Dawn M. Hart, RPR-RMR, Notary Public
22
23
24
25
```

```
                                                                   0029
 1       A    Only Doctor Sees.  He recommended to me
 2   that I should get chemotherapy and radiation
 3   treatment, and the reason for that was because of my
 4   family history.  But he stated that he was not the
 5   one to make that final decision, that the oncologist
 6   would be the one to do so.  But if -- that would be
 7   his recommendation.
 8       Q    Did there come a time when you actually
 9   saw an oncologist?
10       A    I did not see an oncologist until
11   December.
12       Q    Do you have any understanding why it was
13   that you had a fine needle aspiration in the first
14   week of October which showed that you had breast
15   cancer, and that you didn't see an oncologist until
16   two months later?
17       A    One of the reasons was when I first called
18   the oncologist, which was Doctor Gupta, he said that
19   the reports hadn't come in yet, he didn't have any
20   reports, so there was nothing that he could tell me.
21   So he told me to make another appointment within two
22   weeks, which I did.
23       Q    This first conversation that you had with
24   Doctor Gupta, the oncologist, was that in person or
25   on the telephone?
```

```
                                                         0030
 1      A    That was in-person.
 2      Q    Do you remember Doctor Gupta in your
 3 mind's eye?
 4      A    Yes.
 5      Q    Tell me what he looked like.
 6      A    He was heavy-set, Asian, around in his mid
 7 40s, I would say, Indian features.
 8      Q    All right.  After the first visit with
 9 Doctor Gupta -- well, during the visit with Doctor
10 Gupta the first time you saw him, did he discuss
11 with you what his plan was for you?
12      A    The first visit?
13      Q    Yes.
14      A    No, we did not discuss any plans at all
15 because he said he didn't have any of the results
16 back at that time.
17           MR. ADAMS:  Objection.  Could we have a
18 time frame for that first visit?
19      Q    Go ahead.
20           THE WITNESS:  The time frame was around
21 the 2nd of December --
22           MR. ADAMS:  Okay.
23           THE WITNESS:  -- 1998.
24      Q    Did you have any idea why these results
25 had not come back?
```

```
                                                         0031
 1      A    No, I do not.
 2      Q    Did you have any -- did anyone, anyone at
 3 all give you a sense of urgency at that point in
 4 time that, about these two months that had passed
 5 without any treatment being done?
 6      A    No.  The only doctor that I had seen was
 7 the general surgeon at that time, and he said that
 8 everything looked great, that he felt that he had
 9 gotten all the cancer out, and that by the lymph
10 nodes being negative, that everything looked okay.
11      Q    Now, after your first visit with Doctor
12 Gupta, you mentioned that you called him again to
13 make an appointment.
14      A    I called and made an appointment to see
15 him within two weeks' time.
16      Q    Now, at some point around that time, did
17 you understand that you were going to be, or that
18 Roosevelt was being talked about to be transferred
19 over to England?
20      A    Yes.  We had discussed Roosevelt leaving.
21 I had told Doctor Sees that Roosevelt had come on
22 down on orders to PCS to England.  And when I spoke
23 with Doctor Gupta I also notified him that Roosevelt
24 was on orders to go to England.
25      Q    Did Doctor Gupta tell you that that was
```

```
                                                                0032
 1   not a good idea or that he wouldn't clear you
 2   medically to go to England?
 3        A    No, he did not.  In order for me to go to
 4   England, the receptionist said that I -- we would
 5   have to make sure that there was a place that was
 6   capable of handling cancer patients.  So there was a
 7   Tri-Care Manager that was in England that
 8   corresponded back and forth with Doctor Gupta and
 9   his receptionist that made arrangements and notified
10   them that there was a medical center that was in
11   Leeds that handled patients, that administered
12   chemotherapy and radiation to the patients.
13        Q    Your second visit in the office with
14   Doctor Gupta, what happened during that visit?
15        A    When I spoke with Doctor Gupta the second
16   time, as I stated, that was around the middle of
17   December, he told me that the cancer was borderline.
18   It was very small, and that he wasn't very sure of
19   how he would go about treating it.  That he would,
20   if I was to go to England, that he would get with
21   the oncologist and they would come up with a
22   decision on how he would treat it.  But he never did
23   give me a direct answer of how he would go about
24   treating that cancer.
25        Q    Well, was he telling you -- did he -- was
```

```
                                                                0033
 1   it your understanding that he was going to speak
 2   with doctors in England about you?
 3        A    Yes.
 4        Q    And was it your understanding that the
 5   purpose of that conversation was to determine a
 6   treatment plan for you?
 7        A    Yes.  The reason being, he said also that
 8   he had not gotten all the results back at that
 9   particular time.
10        Q    As of the second visit?
11        A    As of the second visit, yes.
12        Q    Now, after that second visit, in the
13   military, in order for you to move to England and be
14   with your family, or your husband, did Doctor Gupta
15   have to sign off on that as being acceptable?
16        A    Yes.  In order for myself to go to
17   England, my husband had to enroll me in the
18   Exceptional Members Program, and this is a program
19   that in order for a member of the family to go, have
20   to have a medical facility that allowed them, or
21   that is capable of treating them for the condition
22   that they have.
23        Q    Okay.
24        A    So those papers had to be filled out for
25   me to be released to go to England.
```

```
                                                             0034
 1      Q    During your second visit with Doctor
 2 Gupta, did he make a recommendation to you as to
 3 what types of treatment, if any, you should have for
 4 your breast cancer after your surgery?
 5      A    No, he did not.
 6      Q    At any time between that visit with Doctor
 7 Gupta afterwards, ever, did Doctor Gupta ever tell
 8 you what type of treatment he thinks you should have
 9 or recommends that you should have had because of
10 your breast cancer?
11      A    No, he did not.
12      Q    In December of 1998 then, as of the time
13 that you were getting ready to pack up and move to
14 England, you hadn't had any chemotherapy or any
15 radiation?
16      A    No, I did not.
17      Q    And then as I understand it, you took a
18 couple of weeks off and went to visit your
19 mother-in-law in Brooklyn, New York?
20      A    Yes.
21      Q    And then sometime in middle of January,
22 the Pollard family shipped out and went overseas to
23 begin your life in Leeds or near Leeds in --
24      A    Harrogate.
25      Q    And you got there on January 19th?


                                                             0035
 1      A    Yes, we did.
 2      Q    And you made contact with the Tri-Care
 3 people in England?
 4      A    The Tri-Care Manager, yes.
 5      Q    And the purpose of making that contact
 6 with Tri-Care?
 7      A    To establish the appointment with the new
 8 oncologist and the general surgeon.
 9      Q    And when did you first get to see an
10 oncologist in England?
11      A    It was approximately two weeks later
12 because she had to enroll us in the program for the,
13 to be seen on the Economy, which is be seen by an
14 English physician.  The U.S. Military paid for the
15 visits, but it had to be prearranged before.
16      Q    So it was sometime in early February?
17      A    Yes.
18      Q    So as I understand it then, after your
19 cancer was diagnosed in October of 1998, you had two
20 visits with Doctor Gupta in the United States,
21 right?
22      A    Yes.
23      Q    You then had your next visit with an
24 oncologist not until February of 1999; is that
25 right?
```

```
                                                                    0036
 1       A    Yes.
 2       Q    And from October of 1998 until February of
 3   1999, you didn't get a single round of chemotherapy
 4   or any radiation treatment?
 5            MR. ADAMS:  Objection.
 6       Q    Is that right?
 7       A    No.
 8       Q    And when you went to see the British
 9   oncologist, who was that?
10       A    That was Doctor Dodwell.
11       Q    And what did you tell Doctor Dodwell?
12       A    I told him also the family history, about
13   my mother, sister, and my aunt.  I also told him of
14   the surgeries that I had had performed in the
15   States, and I told him I had spoken with Doctor
16   Gupta who he would be coordinating with as far as my
17   treatment is concerned.
18       Q    To your knowledge, did Doctor Dodwell and
19   Doctor Gupta speak with each other?
20       A    To my knowledge, Doctor Dodwell told me
21   that he had spoken with Doctor Gupta and that they
22   had come to a recommendation on how I should be
23   treated.
24       Q    And from your testimony, as I understand
25   it was that, was this now the recommendation that
```

```
                                                                    0037
 1   you understood you would be getting concerning your
 2   treatment?
 3       A    Yes.
 4       Q    And what was the recommendation that was
 5   given to you sometime in February of 1999 for your
 6   cancer?
 7       A    Doctor Dodwell told me that the
 8   recommendation was that I receive radiation
 9   treatment and not chemotherapy.
10       Q    And you went and had your radiation
11   therapy?
12       A    Yes, I went and had the radiation.
13       Q    How many times?
14       A    It was a total of 25 days.
15       Q    Let me back up now and ask you a few
16   questions about October and November and December of
17   1998.
18            Did Doctor Gupta or any other physician
19   at -- in Georgia or any other physician employed by
20   the United States ever sit down and explain to you
21   what your different treatment options were?
22       A    No.
23       Q    Did Doctor Gupta tell you what the risks
24   and benefits of chemotherapy would be?
25       A    No.
```

```
                                                              0038
 1     Q    Did he tell you that he thought that you
 2  should have chemotherapy?
 3     A    No.
 4     Q    Ever?
 5     A    He never mentioned chemotherapy.
 6     Q    If Doctor Gupta had discussed with you the
 7  risks and benefits of chemotherapy, and if he had
 8  told you that he believed that chemotherapy would be
 9  beneficial in your case, would you have taken it?
10          MR. ADAMS:  I'm going to object.
11          Go ahead and answer.
12     A    Yes.
13     Q    Any question in your mind?
14     A    No.
15     Q    Why not?
16     A    Because I knew what's going on in the
17  States, I knew how they would treat me in the
18  States.  I was going to a place where I had no
19  knowledge of how their system worked or their
20  doctors.  I was familiar with the system, what was
21  being provided to me.  So if he had told me,
22  Veronica, I want you to take chemotherapy and
23  radiation treatment, then I would have taken it.
24     Q    In the States?
25     A    In the States.




                                                              0039
 1     Q    And would you have been permitted to
 2  remain in the United States to take that therapy
 3  despite the fact that your family had plans to move
 4  to England?
 5          MR. ADAMS:  Objection.
 6     A    Yes.
 7     Q    Under what set of circumstances?
 8     A    My husband could have went ahead of us and
 9  set up housing.  He could have taken the children
10  with him, which would have freed me up to be able to
11  take the treatments.
12     Q    Could he have stayed in the States --
13     A    Sure.
14     Q    -- your husband?
15     A    He could have stayed there.  All he had to
16  do was make a phone call or have the doctor make a
17  phone call to his district manager, his branch
18  manager, and his orders would have been either
19  rescinded or he'd have been placed on hold until
20  another assignment came down.
21     Q    During your discovery deposition you were
22  shown a letter by Doctor -- written by Doctor Gupta?
23     A    Yes.
24     Q    I'm going to show that letter to you now
25  and then we'll have it marked as Plaintiff's Exhibit
```

```
                                                              0040
 1   No. 1, which is a letter bearing the date of
 2   December 16, 1998.
 3            Now, when Mr. Adams was questioning you,
 4   he asked you to read this into the record, so I'm
 5   sure that you remember it, but do you see in that
 6   letter where Doctor Gupta says in December of 1998
 7   that he recommends chemotherapy for you, Veronica
 8   Pollard?
 9        A    Yes.  This states the fact that she is
10   premenopausal and that her receptors were negative
11   make me favor recommending adjuvant chemotherapy and
12   with adriamycin and cytoxan for four cycles.
13        Q    If Doctor Gupta had recommended
14   chemotherapy in the matter in which he wrote that in
15   your letter and you had refused, would there be some
16   record of that refusal?
17        A    Yes, it would have been.
18        Q    In what matter?
19        A    In order for me to have gone overseas, my
20   travel would have been disapproved.  Therefore if I
21   had turned down taking the treatment necessary, I
22   would have had to sign a waiver refusing treatment.
23        Q    Was it Doctor Gupta who ultimately cleared
24   you to go overseas?
25        A    Yes.
```

```
                                                              0041
 1            MR. ADAMS:  Objection.
 2        Q    This letter that you're now looking at
 3   bearing a date of December 1998, when was the first
 4   time, Mrs. Pollard, that you saw this letter?
 5        A    March of 2000 when my husband went to pick
 6   up the records from the British hospital.
 7        Q    Why was your husband going to pick up
 8   records in March of 2000 from a British hospital?
 9        A    Because we had no records whatsoever.
10   They were not forwarded to the medical center at
11   Menwith Hill.  They were forwarded to the
12   oncologist, the British oncologist.
13        Q    Thank you.
14            In March of 2000, you were seeing doctors
15   in England, right?
16        A    Yes, in March of 2000.
17        Q    And when were you diagnosed again with
18   cancer?
19        A    That same month.
20        Q    March of 2000?
21        A    March of 2000.
22        Q    Breast cancer?
23        A    Yes.
24        Q    Was there cancer other places other than
25   your breast?
```

```
                                                                  0042
 1      A    There was, at the time, there was a nodule
 2  that was on the sternum in the middle of my chest
 3  area, but it was -- they had not did a biopsy on
 4  that.  They didn't do the biopsy on that until I had
 5  the surgery in April.
 6      Q    And ultimately it was determined that you
 7  had cancer again in your breast and cancer in the
 8  form of a nodule on your sternum?
 9      A    Yes.
10      Q    Has Doctor Gupta or anyone at Fort Gordon
11  ever offered you an explanation as to why you never
12  received your chemotherapy?
13           MR. ADAMS:  Objection.
14      A    No.
15      Q    Now, the radiation took 25 days, right?
16      A    Yes.
17      Q    And at some point in, later on in your, in
18  September of 2000 you had, you did undergo four
19  cycles of chemotherapy for your breast cancer,
20  right?
21      A    From June to August.
22      Q    So that takes three months?
23      A    Yes.
24      Q    And the radiation takes one month?
25      A    Yes.
```