IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, *et al.*, : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | C.A. No.:  S-02-764 WDQ |
| : | |
| UNITED STATES OF AMERICA, *et al.,* : | |
| : | |
| Defendants : | |

## PRAECIPE

Dear Clerk:

Attached please find the corrected Exhibit 3 to Defendant Humana Military Healthcare services, Inc.'s Motion in Limine to Exclude Certain Testimony from Dr. Page, filed on December 23, 2004, document number 110.

            Respectfully submitted,

            WILSON, ELSER, MOSKOWITZ,
            EDELMAN & DICKER, LLP

By:   *Catherine A. Hanrahan*
        Catherine A. Hanrahan, #06711
        The Colorado Building
        1341 G Street, NW
        Suite 500
        Washington, DC  20005
        (202) 626-7668
        fax (202) 628-3606

193240.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING PRAECIPE WERE ELECTRONICALLY SERVED, THIS 30TH DAY OF DECEMBER, 2004 TO:

> Bruce J. Klores, Esquire
> Lesley S. Zork, Esquire
> Bruce J. Klores & Associates, PC.
> 915 15th Street, NW
> Washington, DC  20005
>
> Peter R. Masciola, Esquire
> 601 Indiana Avenue, NW
> Suite 603
> Washington, DC  20004
> *Counsel for Plaintiffs*
>
> Larry Adams, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> 6625 U.S. Court House
> 101 W. Lombard Street
> Baltimore, MD  21201
> *Attorney for United States of America*
>
> Joan Cerniglia-Lowensen, Esquire
> Morgan, Shelsby, Carlo, Downs & Everton
> 4 North Oak Drive
> Suite 404
> Hunt Valley, MD  21030
> *Attorneys for Dr. Gupta and Sterling Medical Corporation*

> *Catherine A. Hanrahan*
> Catherine A. Hanrahan

193240.1

cc: Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004
*Counsel for Plaintiffs*

Joan Cerniglia-Lowensen, Esquire
Morgan, Shelsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030
*Attorneys for Dr. Gupta and Sterling Medical Corporation*

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201
**Attorney for United States of America**

Catherine A. Hanrahan, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, N.W., Suite 500
Washington, DC  20005
*Attorneys for Humana Military Healthcare Services, Inc.*

193240.1