VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.
CONDUCTED ON WEDNESDAY, OCTOBER 29, 2003

33

1  reviewed.

2  A.      I understand some of what might have

3  led to that kind of thinking.

4          There are some pathologists who believe

5  that if they see something a little bit unusual

6  in the way of hyperplasia, that if it's next to

7  a carcinoma, they must be concerned that it

8  might be ductal carcinoma in situ.

9          I saw no such focus. The foci that I

10 saw were hyperplasia without becoming

11 significantly or formally atypical.

12 Q.      What is the significance of hyperplasia

13 within the context of the specimen that you

14 looked at?

15 A.      Well, the significance of hyperplasia

16 is that it's an increased number of cells that

17 is benign and has no clinical significance in

18 this setting.

19 Q.      What causes the increased number of

20 cells?

21 A.      I wish I knew. You can go to Stockholm

22 with me if I get the answer to that.

23 Q.      Why?

24 A.      Well, because it would be worth the

25 Nobel Prize.

EXHIBIT 3

VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.
CONDUCTED ON WEDNESDAY, OCTOBER 29, 2003

34

1  Q.    I mean, why would it be?
2  A.    Because we have no idea what leads to
3  hyperplasia in the breast. And we think that
4  some of them eventuate into more worrisome
5  diseases like cancer, so we would be on our way
6  to understanding breast cancer. That's all --
7        I didn't mean to be flip about it. I'm
8  saying that there are a lot of things we don't
9  understand why. We just have an idea what
10 their implication is in the clinical setting.
11 Q.    I guess, is there a link between
12 hyperplasia and later development of breast
13 cancer?
14 A.    Yes, there is. It's not very direct.
15 It's very slight.
16 Q.    Would that be of greater significance
17 in a patient, such as Mrs. Pollard, who, A,
18 already has breast cancer; and, B, has a very
19 strong family history of breast cancer?
20 A.    As a matter of fact, it would be my
21 opinion that it would have no significance in
22 this setting.
23 Q.    And why is that?
24 A.    Because we've studied people with BRCA
25 one and two mutations and find that they seem

VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.
CONDUCTED ON WEDNESDAY, OCTOBER 29, 2003

35

1  to lack more significant hyperplastic lesions.
2           And, again, what it might mean
3  elsewhere in the breast, presumably almost
4  present by chance alone in the setting of a
5  lumpectomy, is nothing.
6           What would have been important is if
7  there was established ductal carcinoma in situ,
8  but there wasn't.
9  Q.      What would have been -- why would it
10 have been significant if there had been
11 established ductal carcinoma in situ?
12 A.      Ductal carcinoma in situ, when it
13 occurs in association with invasive cancer or
14 by itself, is difficult to eradicate by
15 radiation therapy.
16          So when it's identified, it is
17 important to pay attention to getting negative
18 margins and removing it from the breast in the
19 setting of breast preservation, which is true
20 in this case.
21 Q.      And ductal carcinoma in situ, does that
22 type of cancer turn into invasive cancer at
23 some point?
24 A.      We believe it often does, yes.
25          However, let me add something to a case

36

1   like this. In the early days of evolution of
2   our understanding of the pathology of ductal
3   carcinoma in situ and medullary carcinoma, it
4   was said very strongly that any associated
5   ductal carcinoma in situ would make the
6   diagnosis of medullary carcinoma unlikely.
7        Now, that's less true for the medullary
8   almosts, like this case. There may be ductal
9   carcinoma in situ present. There usually is
10  not. If there is, it's important to find it
11  and take note where it is and make sure it's
12  removed.
13  Q.   In your review of the lumpectomy
14  slides, did you make -- I understand you didn't
15  write anything on the report, itself. But was
16  there anywhere where you jotted down what you
17  saw in each one of those lumpectomy slides?
18  A.   No.
19  Q.   When you did your measurement on the
20  biopsy slide, was that done with a ruler or was
21  that done with the measuring device on the
22  microscope?
23  A.   I have a -- each one of the
24  magnifications on my microscope, I know what
25  the diameter is, and that's how we do our