IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

ROOSEVELT POLLARD,         *

    Plaintiff,            *

v.                             *    CIVIL NO.: WDQ-02-764

THE UNITED STATES OF      *
AMERICA, et al.,
                               *

    Defendants.
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

Roosevelt Pollard has filed a motion to reconsider the Court's Order of June 30, 2004, dismissing the United States. Having found no cause to amend the Order, the motion for reconsideration will be denied.

For the foregoing reasons, it is, this 3rd day of January 2005, ORDERED that:

1. the Plaintiff's motion for reconsideration BE, and HEREBY IS, DENIED; and

2. the Clerk of the Court shall send copies of this Order to counsel for the parties.

                                                   _____/s/_____
                                                   William D. Quarles, Jr.
                                                  United States District Judge