IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|    v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|    Defendant | ) |

**CONSENT MOTION TO ALLOW PLAINTIFFS AN EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE**

Come now the plaintiffs, by and through counsel, and with the consent of all defendants in this action, respectfully move his Court for a brief extension of time to file their oppositions to the defendants' Motions in Limine.

WHEREFORE, plaintiffs pray this Court grant this request.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By:___/s/_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

   and

LAW OFFICES OF PETER MASCIOLA


____/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900

Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| Defendant ) | |

## POINTS AND AUTHORITIES

1. As the Court knows, this case is set for a jury trial on February 7, 2005. The defendants have each filed several Motions in Limine. Plaintiffs' oppositions would be due on or around January 10, 2005. Because of the press of other business (and the flu season), plaintiffs' counsels' firm requests an extension until January 18, 2005 to file their Oppositions. All defense counsel have graciously agreed to this request.

2. F.R.Civ.P. 6.

WHEREFORE, plaintiffs move this Court for the relief noted herein.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By:___/s/_____
   Lesley S. Zork
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

   and

LAW OFFICES OF PETER MASCIOLA

        \_\_\_\_/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs