IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant | ) |

## **ORDER**

_____Upon careful consideration of plaintiffs' Consent Motion to Allow Plaintiffs an Extension of Time to File Oppositions to Defendants' Motions in Limine, it is by this Court this _____ day of _____, 2005, hereby

ORDERED, that plaintiffs' Motion be and the same hereby is granted; and it is further

ORDERED, that plaintiffs shall have until January 18, 2005 to file their Oppositions to defendants' Motions in Limine.

_____
HONORABLE WILLIAM D. QUARLES, JR.

Copies to:

Bruce J. Klores, Esquire
915 15th Street, N. W. #300
Washington, DC 20005

Peter Masciola, Esquire
601 Pennsylvania Avenue, NW, Suite 900
Washington, D.C.  20004

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

1606\ext.mtnlimine