## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.:  S-02-764 WDQ |
| UNITED STATES OF AMERICA, *et al.,* | : | |
| Defendants | : | |

### **PRAECIPE**

Dear Clerk:

Please remove Erin J. Ashbarry, Esquire as counsel for Defendant Humana Military Healthcare Services, Inc.

Please note Catherine A. Hanrahan, Esquire, continues as counsel for Defendant Humana Military Healthcare Services, Inc.

                                        Respectfully submitted,

                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER, LLP

By:   *Erin J. Ashbarry*
        Catherine A. Hanrahan, #06711
        Erin J. Ashbarry, # 26298
        The Colorado Building
        1341 G Street, NW
        Suite 500
        Washington, DC  20005
        (202) 626-7668
        fax (202) 628-3606

194002.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Praecipe was electronically served, this 12th day of January, 2005 to:

>Bruce J. Klores, Esquire
>Lesley S. Zork, Esquire
>Bruce J. Klores & Associates, PC.
>915 15th Street, NW
>Washington, DC  20005
>*Counsel for Plaintiffs*
>
>Peter R. Masciola, Esquire
>601 Indiana Avenue, NW
>Suite 603
>Washington, DC  20004
>*Counsel for Plaintiffs*
>
>Joan Cerniglia-Lowensen, Esquire
>Morgan, Shelsby, Carlo, Downs & Everton
>4 North Oak Drive
>Suite 404
>Hunt Valley, MD  21030
>*Attorneys for Dr. Gupta and Sterling Medical Corporation*

>*Erin J. Ashbarry*
>Erin J. Ashbarry

194002.1