IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

**PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANT HUMANA MILITARY HEALTHCARE SERVICE, INC.'S MOTION IN LIMINE REGARDING WRONGFUL DEATH DAMAGES EVIDENCE**

Come now the plaintiffs, by and through counsel, Bruce J. Klores & Associates, P.C. and file their response to the defendant Humana's Motion In Limine concerning Georgia Wrongful Death Act damages.

The Court is respectfully referred to the attached Points and Authorities.

        Respectfully submitted,

        BRUCE J. KLORES & ASSOCIATES, P.C.


        By:_____/s/_____
        Bruce J. Klores
        915 15th Street, NW
        Washington, D.C. 20005
        (202) 628-8100
        Co-counsel for Plaintiffs

        and

        LAW OFFICES OF PETER MASCIOLA


        _____/s/_____
        Peter R. Masciola
        601 Pennsylvania Avenue, N. W. #900

                      Washington, D.C. 20004
                      202-628-5680
                   Co-counsel for Plaintiffs

1606\opp.wrongfuldeath.2