IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., )<br>   )<br>  Plaintiffs )<br>   )<br>  v. ) CA No. S-02-CV-764<br>   ) Judge Quarles<br>THE UNITED STATES OF )<br>AMERICA )<br>   )<br>  Defendant ) | |

### **ORDER**

Upon careful consideration of Defendant Humana Military Healthcare Service, Inc.'S Motion in Limine Regarding Wrongful Death Damages Evidence, and plaintiffs' Opposition thereto, it is by the Court this _____ day of _____, 2005, hereby

ORDERED, that defendant Humana's Motion be and the same hereby is DENIED.

_____
Honorable William D. Quarles
United States District Court

1606\order.wrongful