IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|       v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|    Defendant | ) |

## **ORDER**

Upon careful consideration of Defendant Humana Military Healthcare Service, Inc. Motion in Limine Regarding Excluding Plaintiffs's Experts on Causation and Death, and plaintiffs' Opposition thereto, it is by the Court this _____ day of _____, 2005, hereby

ORDERED, that defendant Humana's Motion be and the same hereby is DENIED.

 

_____
Honorable William D. Quarles
United States District Court

1606\order.humana.causation