---

**Page 1**

```
 1  VERONICA POLLARD, et al.,   *  IN THE
 2      Plaintiffs,              *  UNITED STATES
 3  v.                           *  DISTRICT COURT
 4  UNITED STATES, et al.,       *  FOR THE
 5      Defendants.              *  DISTRICT OF MARYLAND
 6                               *  CASE NO.: WDQ02CV764
 7           * * * * *
 8
 9        Deposition of GERALD H. SOKOL, M.D.
10              Rockville, Maryland
11              Monday, July 14, 2003
12                   4:28 p.m.
13
14  Job No.: 10-19024
15  Pages 1 - 82
16  Reported by: Randy T. Sandefer, RPR
```

---

**Page 2**

```
 1       Deposition of GERALD H. SOKOL, M.D., held at
 2  the offices of:
 3
 4       L.A.D. REPORTING COMPANY
 5       1984 East Gude Drive
 6       Suite 201
 7       Rockville, Maryland  20850
 8       (301) 762-8282
 9
10       Pursuant to agreement, before Randy T.
11  Sandefer, Registered Professional Reporter and Notary
12  Public of the State of Maryland.
```

---

**Page 3**

```
 1              APPEARANCES
 2
 3
 4  ON BEHALF OF PLAINTIFFS:
 5       LESLEY S. ZORK, ESQUIRE
 6       BRUCE J. KLORES & ASSOCIATES
 7       915 Fifteenth Street, Northwest
 8       Suite 300
 9       Washington, D.C.  20005
10       (202) 628-8100
11
12
13  ON BEHALF OF DEFENDANT UNITED STATES:
14       LARRY ADAMS, ESQUIRE
15       ASSISTANT UNITED STATES ATTORNEY
16       UNITED STATES ATTORNEY'S OFFICE
17       U.S. Courthouse
18       101 West Lombard Street
19       Baltimore, Maryland  21201
20       (410) 209-4801
```

---

**Page 4**

```
 1  ON BEHALF OF DEFENDANT HUMANA MILITARY HEALTHCARE
 2  SERVICES, INC.:
 3       CATHERINE A. HANRAHAN, ESQUIRE
 4       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 5       1341 G Street, Northwest
 6       Fifth Floor
 7       Washington, D.C.  20005
 8       (202) 626-7660
 9
10
11  ON BEHALF OF DEFENDANT RAJ R. GUPTA, M.D.:
12       JOAN CERNIGLIA-LOWENSEN, ESQUIRE
13       MORGAN SHELSBY CARLO DOWNS & EVERTON
14       4 North Park Drive
15       Suite 404
16       Hunt Valley, Maryland  21030
17       (410) 584-2800
18       (Via Telephone)
```

33

1   Q   So what is your medical opinion?
2   A   About what?
3   Q   About the care rendered to Mrs. Pollard.
4   A   Well, you want to know a standard of care
5   opinion when I'm not here to give you one?
6   Q   No. You said you were not going to give one.
7        MS. ZORK: Let me just clarify one thing. I
8   will be asking him as a general proposition: What is the
9   standard of care for the timing of treatment from
10  diagnosis, chemotherapy, radiation therapy as a general
11  practice. I haven't asked him to render opinions with
12  regard to who was at fault or -- hello?
13       MS. CERNIGLIA-LOWENSEN: I'm sorry. I didn't
14  hear what Lesley just said.
15       MS. ZORK: I said I had discussions with Dr.
16  Sokol, and I intend to ask him questions in a general
17  sense about the timing of treatment, the standard of care
18  for the timing of treatment of breast cancer surgery,
19  chemotherapy, and radiation therapy.
20       I have not asked him to criticize or give
21  standard of care opinions with respect to who did what in
22  this case as a factual matter, and to render opinions

34

1   about was it Dr. Sees' responsibility or was it Dr.
2   Gupta's responsibility or was it Dr. Adams'
3   responsibility; but, specifically, in a general sense,
4   what is the standard of care for the timing of treatment.
5        So that, we did talk about that. And we are
6   going to be talking about radiation treatment and its
7   relationship to Mrs. Pollard's recurrence of breast
8   cancer, or the timeliness of the radiation treatment in
9   this case and its relationship to her recurrence and
10  metastasis of breast cancer. So that's it.
11  BY MR. ADAMS:
12  Q   Did you understand what counsel just said?
13  A   I would have abbreviated it, but I think I
14  understand.
15  Q   Now, it is up to you to render your medical
16  opinion about the timing of care. Can you do that?
17  A   Yes. The treatment of breast cancer involves a
18  combination of surgery, chemotherapy, possibly hormonal
19  treatment, and radiation therapy. And it is up to the
20  doctors, of course, to sort out the appropriate order and
21  timeliness of when these are given.
22       Mrs. Pollard chose a lumpectomy and radiation

35

1   therapy as her treatment. She had the options for
2   receiving chemotherapy and/or hormonal therapy depending
3   on the results of her surgical and pathological
4   evaluation. When a patient chooses radiation therapy and
5   does not receive medical oncology treatment -- that is
6   drugs, chemotherapy management given -- we like to begin
7   radiation therapy as soon as possible for obvious reasons
8   because any cancer cells that are left behind will
9   continue to grow.
10  Q   Let me stop you right there. What does the
11  "soon as possible" mean in your scenario?
12  A   As soon as healing has allowed treatment to
13  progress. And by far the great majority of time, four
14  weeks is quite acceptable and the usual time for
15  initiation of postoperative radiation therapy.
16       The longer the delay, the longer the cancer has
17  a chance to grow and spread, and the less effective that
18  application of that therapeutic modality -- i.e.,
19  radiation therapy -- is.
20       And as I understand it, Mrs. Pollard's
21  radiation therapy wasn't initiated for a period of five
22  months, which would be not optimal treatment, obviously.

36

1   Q   What is your understanding as to why Mrs.
2   Pollard did not undergo radiation therapy sooner?
3   A   I don't have an understanding of it. And I
4   understand it is complicated, and I understand it is
5   controversial, and I understand that there are issues of
6   fact that I have not been asked to address.
7   Q   So you have no opinion about those issues of
8   facts; is that correct?
9   A   No, sir, I don't. Other than just the general
10  standard of care, the treatment should be initiated as
11  soon as possible.
12  Q   To what degree is it the responsibility of the
13  patient to demand or ask for the radiation treatment that
14  you have been speaking about?
15       MS. ZORK: Objection. Go ahead.
16  A   If you are asking as a general question, the
17  responsibility of the patient is to conscientiously
18  follow the recommendations of her physician.
19  BY MR. ADAMS:
20  Q   Have you spoken with either Mrs. Pollard or her
21  husband?
22  A   No, sir.

---

37

1  Q  Do you have any factual understanding of what
2  Mrs. Pollard's or her husband's obligations were with
3  respect to his military assignments during the time
4  period in question, which would be roughly November-
5  December of 1998?
6  A  No. I haven't been involved in the
7  administrative issues of his military life.
8  Q  Now, with respect to the fact that she did not
9  receive radiation therapy within the window that you have
10  described, what were the medical/scientific consequences
11  based on your reading of the records?
12      MS. ZORK: Objection to the form. Go ahead.
13  A  Medical and scientific consequences are kind of
14  a broad, undefined question. I could certainly tell you
15  the medical consequences, and I could base those medical
16  consequences on my understanding of the science, if
17  that's what you mean.
18      The medical consequences are, of course, that
19  if your cancer cells are left behind in the field which
20  was to be irradiated, the likelihood is that the cancer
21  would grow back. In this case, as you know, the cancer
22  did grow back with devastating consequences.

---

38

1      If there is a tragic aspect, the tragic aspect
2  is that radiotherapy given with the appropriately timed
3  treatment program will result in control of disease and
4  likely contribution to cure 80 to 90 percent of the time.
5  BY MR. ADAMS:
6  Q  You are right to point out that I asked the
7  question in a broad way, and you answered it in a broad
8  way also. But is your understanding based on the review
9  of any studies that have been done that relate to the
10  increased morbidity or mortality that results in a delay
11  of receiving radiation similar to Mrs. Pollard's
12  situation?
13  A  Of course. By all of my training and
14  experience and literature review --
15  Q  No. I understand --
16      MS. ZORK: Objection. Let him finish his
17  answer. Okay?
18      THE WITNESS: All of my training and experience
19  and practice and reading and education impact on that
20  answer. Of course, there is data to corroborate that.
21  BY MR. ADAMS:
22  Q  Right. I understand that answer. What I'm

---

39

1  asking for: Are there any particular studies that you
2  referred to or that you reviewed in preparation for your
3  testimony today?
4  A  I have not reviewed any because I deal with the
5  issue just literally every week. So the issue is so well
6  addressed in standard textbooks of radiation oncology and
7  standard textbooks of medical oncology that they really
8  are not argued about. These are givens.
9  Q  Based on your testimony that you just gave, are
10  there any particular textbooks or studies that you have
11  in mind?
12  A  I don't have any particular textbooks because
13  they all reach the same conclusions and basically
14  describe many of the same studies. So I can cite you the
15  standard textbooks of radiation oncology or medical
16  oncology that corroborate the need and the consequences
17  of not filling that need for, finally, radiation therapy.
18  Q  Is there a particular textbook that you refer
19  to more than others?
20  A  No, sir.
21  Q  With regard to directing or giving radiation
22  therapy after surgery, after the wounds have healed, you

---

40

1  indicated, as I understand your testimony, that the
2  normal course would be four weeks, perhaps a little bit
3  longer depending on the kinds of wounds that are healing.
4      Is that correct?
5  A  Well, when you say the "normal course,"
6  radiation therapy given preferably within four weeks, on
7  or about four weeks status, post-surgery. And we
8  typically wait for wounds to heal before initiating
9  radiation therapy.
10      However, having said that, that is not a
11  mandatory circumstance. In many occasions in which
12  people are at risk for tumor recurrence, we begin
13  radiation therapy regardless of whether the wound heals
14  or not because we do have experience that wounds continue
15  to heal even though the site has been irradiated.
16      So depending on the severity and the need for
17  the institution of radiation therapy, there are occasions
18  where they damn the torpedoes -- if you don't mind me
19  using a military term.
20  Q  Is there anything in this record, Mrs.
21  Pollard's record, of radiation given before four weeks of
22  the surgery?

**Page 41**

1  A  No. I don't see any lead that that needed to
2  be given before four weeks. Surgeons have a compromise
3  as well. And as I understand it, their comfort level was
4  somewhat within that range.
5      MR. ADAMS: I don't have any further questions
6  right now. Joan, did you want to go next?
7      MS. CERNIGLIA-LOWENSEN: I do. Is that okay,
8  Catherine?
9      MS. HANRAHAN: Sure. Go ahead.
10         EXAMINATION ON BEHALF OF DEFENDANT GUPTA
11  BY MS. CERNIGLIA-LOWENSEN:
12  Q  Doctor, can you hear me okay?
13     MS. ZORK: Barely. Joan, if you could talk up
14  just a little bit or get closer to the phone?
15     MS. CERNIGLIA-LOWENSEN: I actually have the
16  speaker right next to my mouth, so let me try a little
17  louder. Is that any better?
18     MR. ADAMS: Yes. That's good.
19  BY MS. CERNIGLIA-LOWENSEN:
20  Q  Doctor, did you review the deposition of Dr.
21  Gupta?
22  A  No, ma'am.

**Page 42**

1  Q  Was it sent to you, sir?
2  A  It might have been. I was told that it was,
3  but I couldn't find it. So I didn't review it possibly
4  because I couldn't find it. But I didn't see it.
5  Q  Okay. Thank you. I just want to make sure. I
6  think that I understand this, but I want to make sure
7  that it is clear for me. You are not going to come into
8  court and say that Dr. Raj Gupta deviated from accepted
9  standard of care; is that right?
10  A  That's correct.
11  Q  Okay. Now, you testified or you will testify
12  that timing is important for radiation with a patient
13  with breast cancer; is that correct?
14  A  That's correct.
15  Q  And for the patient like Mrs. Pollard -- and it
16  is my understanding that her tumor was a T1, a node
17  negative with no metastasis. Is that your understanding,
18  sir?
19  A  That's my understanding.
20  Q  What is the window of time you are operating in
21  with a patient such as Mrs. Pollard? And from that what
22  I mean is when is radiation too late to prevent the

**Page 43**

1  metastasis and the recurrence?
2  A  When is radiation what?
3  Q  Too late, sir.
4  A  Well, it is too late when the cancer spreads,
5  and that varies from person to person and tumor to tumor.
6  And there is no threshold. There is no watershed day
7  when the deed is done. So far as we can tell, it is a
8  statistical phenomenon, and the longer you wait the worse
9  the chances are of the cancer coming back.
10  Q  When you say that it varies from patient to
11  patient, can you give me any range? What is the quickest
12  that you would expect that you might see recurrence in a
13  patient?
14     MS. ZORK: Objection. Is this in any patient,
15  or are you talking about with most patients, or what?
16  BY MS. CERNIGLIA-LOWENSEN:
17  Q  In a patient with breast cancer, T1 M0 N0, what
18  is the quickest that you could expect to see a
19  recurrence?
20  A  Well, obviously, it depends on how the patient
21  is treated.
22  Q  I want you to assume hypothetically that for

**Page 44**

1  whatever reason radiation is delayed. What is the
2  quickest when you would expect to see a recurrence?
3  A  Well, that involves so many astounding
4  variables that I find it a difficult question to answer
5  in a meaningful way because it depends on the size of the
6  cancer, the location of the cancer. It depends on some
7  possibly histological characteristics.
8      It depends on how well the surgeon did his job,
9  what kind of margins the surgeon got, growth rates of the
10  cancer, impact on that. All sorts of hereditary issues,
11  all sorts of citicoline issues. It is a very complicated
12  issue.
13      If you want that answer -- if you want that
14  question answered phenomenologically, I mean,
15  theoretically, cancer can come back in days if it is not
16  treated appropriately. And some cancers, depending on
17  how they are treated, could take months or years. I have
18  seen a spectrum of days to many, many years.
19  Q  Is there a way to predict to a reasonable
20  degree of medical probability as to exactly when Mrs.
21  Pollard's cancer reoccurred, even in hindsight looking at
22  this?

45

1  A  Well, yes. I could tell you it reoccurred when
2  she developed chest pain in England. And I can give you
3  the dates if you would like. We certainly know it
4  occurred then because we have biopsy and palpable proof
5  of its presence. So we know it recurred then.
6      And if you are asking me when it recurred
7  subsequent to that, the likelihood is it was growing
8  subsequent to the time of surgery because it likely never
9  completely disappeared; considering the fact, of course,
10 that she didn't get treated.
11 Q  So it is your belief, your testimony, your
12 understanding that this cancer reoccurred right after the
13 time of surgery, and then grew up to the point when it
14 was diagnosed in England. Is that correct?
15 A  Well, hang on a second. Let's make sure we are
16 using the right definitions.
17     This cancer in one aspect may have never
18 disappeared, obviously. There were cancer cells there at
19 the time of surgery. There were cancer cells there after
20 surgery. These cancer cells likely grew during radiation
21 therapy.
22     The growth of the cancer was delayed, no doubt,

46

1  by that radiation therapy. Those cancer cells continued
2  to grow, the ones that survived, and then presented
3  themselves as an apparent recurrence.
4      So when you say "recurrence," I don't mean to
5  be mincing words, but you have to be careful about
6  whether you really mean a persistence versus a
7  recurrence.
8  Q  Which do you believe was the case here?
9  A  Obviously, there was a persistence because she
10 had a cancer, and, as I said, it grew and it came back.
11 Q  Now, Doctor, I presume that there are instances
12 where patients get what you would define as prompt
13 radiation therapy, and their cancer still persists and
14 reoccurs. Is that correct?
15 A  Patients get -- did you say some
16 sub-radiotherapy.
17 Q  No. I said they get what you deem to be the
18 appropriate amount and the appropriate timing for
19 radiation therapy --
20 A  Yes.
21 Q  -- yet their cancer still persists and still
22 reoccurs. Is that right?

47

1  A  Yes. And in patients such as Mrs. Pollard,
2  that happens less than 10 percent of the time.
3  Q  What --
4  A  So 90 percent of the patients enjoy a local
5  regional recurrence-free existence within plus or minus 5
6  percent.
7  Q  When you say "patients such as Mrs. Pollard,"
8  what are you defining as being her characteristics that
9  put her in that 10 percent?
10 A  Ma'am, I used your definition. It was a T1 N0
11 M0 cancer.
12 Q  Well, it wasn't really my definition. It was a
13 definition by the pathologist; is that correct?
14 A  It was the one that was relayed to us both and
15 conveyed by you and agreed upon by me.
16 Q  Thank you.
17 A  And, as you know, there were questions about
18 the size, as you know, in different locations.
19 Q  You haven't reviewed the slides, so you don't
20 know really which of the sizing is correct. Is that
21 true?
22 A  I relied on pathological determinations for my

48

1  opinion and giving a broad spectrum, a possible barred
2  spectrum of pathological interpretation.
3  Q  For purposes of your opinion, is it germane as
4  to whether it was a T1 of a .5 centimeters or a T1 of 1
5  centimeter? Does that make a difference to your opinion?
6  A  Well, like I said, I answered the question
7  within broad boundaries so that they would still be very
8  likely to be within a reasonable degree of medical
9  certainty. So the answer is sure, it makes a difference
10 if a tumor is a half of a centimeter or 1 centimeter.
11     But even within those boundaries, the
12 likelihood is 90 percent, plus or minus a little bit,
13 that the tumor was controlled by appropriate and timely
14 radiation therapy after surgery.
15 Q  Dr. Sokol, is there a way to predict whether a
16 particular patient will fall into the 90 percent that
17 will have a -- be cured for a period of time or whether
18 they will fall into that 10 percent?
19 A  Well, we certainly make attempts at doing that.
20 Quite honestly, we are not very good about it. When it
21 happens, we are often surprised about the nature of the
22 patient that constitutes 10 percent because we don't have

**Page 49**

1  great predictors.
2       There are articles in the literature that
3  specifically address prognostic factors for recurrence.
4  And those -- I can give you those factors, if you are
5  interested, that might be associated with a higher
6  incidence of what we refer to as local regional
7  recurrence, such as tumor size, such as the presence of
8  in citu disease, the amount of in citu disease, the
9  nature of the margins.
10      Some studies have been done addressing the risk
11  factors of estrogen receptor positivity or negativity.
12  But the truth of the matter is that having read all of
13  that data at one time or another and digested it, the
14  truth is we are really bad about picking those 10
15  percent.
16   Q   Is heredity an issue at all?
17   A   I'm sorry?
18   Q   Is heredity an issue at all, Doctor?
19   A   An issue in recurrence or an issue in the
20  presence?  With what end point in mind?
21   Q   I'm sorry.  I didn't hear your answer.
22   A   I don't know with what perspective you want me

**Page 50**

1  to address heredity.
2   Q   Yes.  Heredity as for recurrence.
3   A   It is not typically considered a risk factor
4  for recurrence.
5   Q   So, Doctor, it is my understanding -- and tell
6  me if I'm correct or not -- that your opinion, you have
7  an opinion to a reasonable degree of medical probability
8  as to whether prompt radiation therapy, as you define
9  "prompt," would have made a difference in Mrs. Pollard?
10   A   Well, I believe it would just on a statistical
11  basis.  Patients that are timely treated roughly about 90
12  percent of the time have control of their disease in
13  their chest wall and breast.  I would have to say that --
14  and patients that don't have it develop recurrences with
15  much, much higher frequency.
16   Q   Other than for a statistical -- based upon
17  statistics, is there anything in particular about Mrs.
18  Pollard or her presentation where you can say that it is
19  more likely than not that she would have fallen into the
20  90 percent?
21   A   Well, yes.  She would have fallen into the
22  likely 90 percent of local control because she had a

**Page 51**

1  small tumor and she had no lymph nodes.  Both of those
2  are good prognosticators for local control of disease
3  given appropriate therapy.
4   Q   Do you know of any studies similar that we
5  talked about with the 90 percent or 10 percent that deal
6  with local reoccurrence for persistent disease, that you
7  were telling me about, that deal only with T1 tumors
8  where the patient is node negative?
9   A   There are some papers that I have read in days
10  of yesteryear that address that issue.  I don't have them
11  on my fingertips, but probably sitting down at Medline I
12  could resurrect them.
13   Q   Would you know approximately what the
14  percentages are with those patients that are T1 and node
15  negative?
16   A   The percentages of what?
17   Q   Reoccurrence.
18       MS. ZORK:  With or without radiation therapy?
19  BY MS. CERNIGLIA-LOWENSEN:
20   Q   With radiation therapy.
21   A   Yes.  It is quite low.  It is on the order of
22  roughly 10 percent, plus or minus perhaps 5 percent.

**Page 52**

1   Q   So the numbers are the same basically that you
2  had told me previously?
3   A   Yes.  She is a lady that typically we would
4  anticipate would have good local control of her disease
5  given appropriate and timely treatment.
6   Q   Dr. Sokol, do you have any opinions regarding
7  the role of chemotherapy in this case?
8   A   Yes.  I have opinions.
9   Q   What are those, sir?
10   A   Well, I would have preferred that she had had
11  chemotherapy, and to some extent -- not necessarily a
12  great extent, but to a little extent chemotherapy would
13  have helped to control local disease, but was certainly
14  not the most important factor in the control of her local
15  disease.  That was radiation therapy.
16      And that is a value judgment.  That is a
17  decision that not everybody would agree with.  That's my
18  own personal opinion.  And, as you know, it is a
19  controversial opinion because doctors at that time
20  legitimately had differences of opinion.
21   Q   What do you mean when you say it was a value
22  judgment?

## Page 53

A   I'm just saying some doctors thought it was okay, and some doctors didn't think it was necessary based on the small size of her tumor.

Q   Doctor, you reviewed the medical records. Did you review the records of Dr. Gupta in this case?

A   I believe I did.

Q   And you saw -- correct me if I'm wrong -- the letter that he wrote to the physicians in England?

A   To whom it may concern?

Q   Yes, sir.

A   Yes, ma'am.

Q   And do you have any problems with the protocol set forth in those letters or recommended by Dr. Gupta?

A   Well, you know, I'm not here to talk about the standard of care. I'm not here to criticize Dr. Gupta. I hate to have you drag stuff out of me.

Q   Well, if you have any opinions in that area that you think you might be inclined to espouse at trial, I want to hear them. If not, I don't need to hear them.

MS. ZORK: I am not going to ask him -- I mean, I already put on the record that I'm going to be asking about timing issues: if you are going to do

## Page 54

chemotherapy, when do you do it; if you are going to do radiation therapy, when do you do it.

He has already testified that he would do chemotherapy in this case, but I'm not going to be asking him about standard of care of Dr. Gupta or Dr. Sees or Dr. Adams.

BY MS. CERNIGLIA-LOWENSEN:

Q   Dr. Sokol, when would you initiate chemotherapy in Mrs. Pollard?

A   Well, if I had the opportunity to see her and talk to her, and we both agreed that it was in a reasonable adjuvant to her general whole treatment program, I would have started chemotherapy within four weeks roughly; maybe a little bit earlier or maybe a little bit later. And I would have given her chemotherapy for several months, and then instituted the radiation therapy.

Q   So the chemotherapy would occur after the radiation therapy?

A   No. I indicated that chemotherapy typically occurs before radiation therapy, but I don't know that is a critical issue. It is debated and studied, and we have

## Page 55

sort of come to a general consensus of how we do it. But the timing doesn't seem to be extremely important.

Q   Dr. Sokol, does chemotherapy prevent local reoccurrence?

A   As I said before, it contributes slightly. But in no way does it contribute anywhere near as impactfully as radiation therapy. And we would never, never not give radiotherapy based on the fact that a patient had previously received chemotherapy instead.

Q   So to prevent local recurrence, we are talking basically radiation is what does the major job for that; is that right?

A   Yes, ma'am.

Q   When Mrs. Pollard reoccurred, does she have a local recurrence?

A   Yes, she did. We would refer to it as a local regional recurrence.

Q   What does that mean? Is there a difference?

A   Well, there is a difference because a local recurrence generally refers to a recurrence in the breast. And a local regional recurrence typically refers to the presence of tumor in the surrounding draining

## Page 56

lymph nodes such as the supraclavicular fossa or the peristernal lymph nodes.

Q   And when you are talking about local regional reoccurrence like you just explained to me with the lymph nodes, what is the best means of preventing that? Would it be radiation therapy? Would it be chemotherapy?

A   Well, for a local regional problem, you can't beat the efficacy of radiation therapy.

Q   Doctor, you told me that chemotherapy should have been initiated about four weeks, and you said give or take.

A   Well, I didn't say "should."

Q   Okay.

A   I think we discussed the fact that it was controversial, and that I personally would have done it; but I am not criticizing any of the doctors that elected not to give it.

Q   Okay. With that caveat, if chemotherapy was to be given -- and it was determined that that was the appropriate modality to begin with -- you said four weeks, give or take?

A   Yes.