IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|    v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| HUMANA MILITARY SERVICES, INC. | ) |
|  et al., | ) |
| | ) |
|    Defendant | ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANT GUPTA'S MOTION IN LIMINE TO EXCLUDE VIDEOTAPED EVIDENCE**

Come now the plaintiffs, by and through counsel, Bruce J. Klores and Bruce J. Klores & Associates, P.C., and opposes the defendant Gupta's Motion In Limine to preclude plaintiffs use of a fourteen minute videotape. Plaintiffs respectfully refer this Court to the attached Points and Authorities which support admission of the videotape.

WHEREFORE, plaintiffs pray this Court deny the defendant's Motion.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____/s/_____
   Bruce J. Klores
   915 15th Street, NW
   Washington, D.C. 20005
   (202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

       By: _____/s/_____
       Peter R. Masciola
       601 Pennsylvania Avenue, N. W. #900
       Washington, D.C. 20004
       202-628-5680
     Co-counsel for Plaintiffs

1606\mtn.video