IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

**ORDER**

Upon careful consideration of the Defendants' Motion in Limine To Preclude The Plaintiffs From Using a "Day In The Life Videotape," and plaintiffs' Opposition thereto, it is by the Court this _____ day of _____, 2005, hereby

ORDERED, that defendants' Motion be and the same hereby is DENIED; and it is further

ORDERED, that plaintiffs may use the videotape at trial.

 

_____
Honorable William D. Quarles
United States District Court

1606\order.videotape