IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant | ) |

**ORDER**

Upon careful consideration of the Defendant Humana's Motion in Limine to Exclude Cumulative Expert Testimony, and plaintiffs' Opposition thereto, it is by the Court this _____ day of _____, 2005, hereby

ORDERED, that defendant Humana's Motion be and the same hereby is DENIED.

_____
Honorable William D. Quarles
United States District Court

1606\order.mtnlim.cumulative.