IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
|    Plaintiffs ) | |
| ) | |
|      v.  ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
|    Defendant ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT GUPTA AND DEFENDANT HUMANA'S MOTION TO EXCLUDE TESTIMONY FROM DR. PAGE, AND DEFENDANT HUMANA'S MOTION TO EXCLUDE VERONICA POLLARD'S NOVEMBER 2003 TESTIMONY REGARDING MEDICAL RECORDS**

Plaintiff does not anticipate needing to call or introduce the deposition testimony of Dr. David Page, the pathologist who was identified by the United States, on the basis that his testimony may be cumulative of other expert testimony. Plaintiff does not concede that as a nationally recognized expert in the diagnosis and treatment of breast cancer, Dr. Page is unqualified to offer standard of care testimony critical of Dr. Gupta.

Plaintiff agrees to redact the portion Veronica Pollard's November 2003 testimony regarding medical records to which the defendant has objected, so that it will not be received into evidence.

Accordingly, plaintiff does not oppose defendant Humana's Motions in Limine on these issues.

                                           Respectfully submitted,

                                           BRUCE J. KLORES & ASSOCIATES, P.C.

By:_____/s/_____
    Lesley S. Zork
    Bruce J. Klores
    915 15th Street, NW
    Washington, D.C. 20005
    (202) 628-8100
Co-counsel for Plaintiffs

    and

LAW OFFICES OF PETER MASCIOLA

_____/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs