IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA, et al. ) | |
| ) | |
| Defendants ) | |

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S MOTION TO EXCLUDE CUMULATIVE EXPERT TESTIMONY**

Humana Military Healthcare Services, Inc., by counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, replies to the plaintiff's Opposition to Defendant's Humana Military Healthcare Services, Inc. (hereinafter "HMHS") as follows:

Defendant Dr. Gupta is a medical oncologist who recommended that Mrs. Pollard undergo a treatment regimen of chemotherapy and, thereafter, radiation therapy, at the time of his consultation with Mrs. Pollard on December 15, 1998. No expert disputes that this treatment regimen is within the standard of care. The dispute with respect to standard of care concerns the plaintiff's allegations that Dr. Gupta, knowing that his patient was leaving the next week for England, had a duty, to in essence, to instruct Mrs. Pollard to stay in the United States and begin therapy. The plaintiff also contend that the failure to do so caused Mrs. Pollard's breast cancer to metastasize in the Spring of 2000 which ultimately caused her death in December 2003.

Plaintiff sets forth in his Opposition that "the gravity and complexity of the issues in this case mandate that the plaintiff be allowed to call" four experts, three oncologists and one pathologist. The plaintiff provides no analysis or proffer of the proposed testimony of the three

195327.1

oncologists, which would certainly be cumulative. There is no dispute that Dr. Sokol, Dr. Smith and Dr. Fiorica, the three oncologists the plaintiff proposes to testify at trial in this case, all would testify that in their opinion, Dr. Gupta breached the standard of care by failing to implement his treatment plan, regardless of the plan and regardless of the fact that Mrs. Pollard was leaving for England. Such multiple testimonies are clearly cumulative and have no uniqueness or complexity that can be associated with the "subspecialties" of a medical oncologist, a radiation oncologist and a gynecologic oncologist.

With respect to the issue of causation, particularly whether implementation of the treatment regimen in December of 1998 would have altered Mrs. Pollard's course, the plaintiff also sets forth no analysis as to why the opinions of each of these three oncologists are not cumulative. Plaintiff, therefore, should not be permitted to elicit testimony from the three witnesses. Again, there is no uniqueness or complexity attributable to any sub-specialty in oncology that lends itself to the evidence on causation would require the testimony of three experts.

Lastly, the plaintiff proposes calling Dr. Arthur McTighe. Dr. McTighe who is clearly identified as a specialist in pathology, also is identified by plaintiff to present testimony on the standard of care of an oncologist, as well as causation. Clearly, as cited by the defendants in its this Motion in Limine, such a cumulation of repetitive evidence should be barred.

          Respectfully submitted,

          WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER LLP

          __/s/ Catherine A. Hanrahan_____
          Catherine A. Hanrahan, Esquire #06711
          1341 G Street, NW, 5th Floor
          Washington, D.C. 20005-3105
          (202) 626-7660

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Reply to Plaintiff's Opposition to Humana Military Healthcare Services, Inc.' Motion to Exclude Cumulative Testimony was electronically served on this 1st day of February 2005, to:

        Bruce J. Klores, Esquire
        Lesley S. Zork, Esquire
        Bruce J. Kores & Associates, PC.
        915 15th Street, NW
        Washington, DC  20005

        Peter R. Masciola, Esquire
        601 Indiana Avenue, NW
        Suite 603
        Washington, DC  20004
        *Counsel for Plaintiffs*

        Joan Cerniglia-Lowensen, Esquire
        Morgan, Shelsby, Carlo, Downs & Everton
        4 North Oak Drive
        Suite 404
        Hunt Valley, MD  21030
        *Attorneys for Dr. Gupta and Sterling Medical Corporation*

        Larry D. Adams
        Assistant US Attorney
        6625 United States Courthouse
        101 West Lombard St.
        Baltimore, MD 21201

                                */s/ Catherine A. Hanrahan*_____
                                  Catherine A. Hanrahan

195327.1