## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.:  S-02-764 WDQ |
| | : | |
| UNITED STATES OF AMERICA, *et al.,* | : | |
| | : | |
| Defendants | : | |

### DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S PROPOSED VOIR DIRE

Defendant Humana Military Healthcare Services, Inc., hereby submits proposed voir dire:

1.    The plaintiff is the case in Roosevelt Pollard, individually and as personal representative of the estate of his wife Veronica Pollard.  Do any of you know Roosevelt Pollard or Veronica Pollard?  (If there are affirmative responses, the defendant requests further voir dire at the bench).

2.    The plaintiff is represented by Bruce Klores and Lesley Zork of Bruce Klores and Associates located in Washington, DC.  If any member of the jury panel, or any member of your immediate family or close personal friends, have had any dealings with this law firm or these attorneys, please identify yourself by juror number and name.  (If there are affirmative responses, the defendant requests further voir dire at the bench).

3.    The Defendant in this case are Dr. Raj Gupta, an oncologist who practices oncology in the state of Georgia, Sterling Medical Corp. and Humana Military Healthcare Services, Inc.  Do any of you know of these defendants?   If your response is in the affirmative, have any of you had any bad or unusual experiences with any of these defendants that would keep you from being fair and impartial?  (If there are affirmative responses, defendant requests further voir dire at the bench).

195296.1

4.      Defendants Dr. Raj Gupta and Sterling Medical Corp. are represented by Joan Cerniglia-Lowensen of the law firm Morgan, Shelsby, Carlo, Downs & Everton in Baltimore, Maryland.  If any member of the jury panel, or any member of your immediate family or close personal friend have had any dealings with this law firm or attorney, please identify yourself by your juror number and name.  (If there are affirmative responses, the defendant requests further voir dire at the bench).

5.      Defendant Humana Military Healthcare Services, Inc. are represented by Catherine A. Hanrahan and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, a law firm with regional offices in Baltimore and Washington, DC.  If any member of the jury panel, or any member of your immediate family or any of your close friends knows of this attorney or has had any dealings with the law firm, would you please identify yourself by name and juror number. (If there are affirmative responses, defendant requests further voir dire at bench).

4.      The witnesses Defendant expects to testify in this case are:

a.      Roosevelt Pollard

b.      Lynne Pollard

c.      Raj Gupta, M.D., oncologist

d.      Stephen Adams, pathologist

e.      David Sees, surgeon

f.      Helen Hodgkins

g.      David Dodwell, oncologist

h.      Cecily Quinn, pathologist

i.      Cheryl Naulty, M.D.

j.      Kenneth Fink, M.D., oncologist

k.      Ona Cates

l.      Marc Lippman, M.D., oncologist

m.     James Stark, M.D., oncologist

n.     Gerald Sokol, M.D., oncologist

o.     Paul Esselman, Director Resource Sharing, Humana Military Healthcare Services, Inc.

p.     Susan Corrin, M.D., internist

q.     L.F. Smith, M.D.,oncologist

r.     James V. Fiorica, M.D. oncologist

s.     Arthur McTighe, M.D., pathologist

t.     Richard Lurito,  Ph.D., economist

Does any member of the jury panel know any of these witnesses or has he or she or any member of his or her immediate family ever been a patient of any of the doctors who may be called as a witness?  If so, further voir dire is requested to address the circumstances and whether that would prevent a potential juror from deciding this case fairly and impartially based upon the evidence.

5.     Has any member of the jury panel or any members of your immediate family ever been diagnosed with cancer?  If so, further voir dire is requested to address the circumstances and whether they would prevent a potential juror from deciding the case factually and impartially based upon the evidence.

6.     Have you, or any member of your immediate family or close personal friend received radiation therapy for breast cancer?  (If there are affirmative responses, defendants request further voir dire to determine the circumstances and whether that would cause the individual to have a bias or prejudice for any party).

7.     Have you, or any member of your immediate family or close personal friend received chemotherapy for breast cancer? (If there are affirmative responses, defendants request further voir dire to determine the circumstances and whether that would cause the individual to have a bias or prejudice for any party).

195296.1

8.      Have any members of your immediate family, or close personal friends died from breast cancer?  If so, when and would that prevent you from deciding this case fairly and impartiality based upon the evidence?

9.      Are you or any members of your immediate family familiar with the Exceptional Family Member Program as defined by the United States Military Services?  (If there are any affirmative responses, defendant requests further voir dire to determine the circumstances and whether they would cause the individual to have a bias or prejudice for or against any party).

10.     Have you or any family members of your immediate family lived in England?  If so when? And did you or members of your immediate family receive healthcare while living in England?  (If there are affirmative responses, defendants request further voir dire to determine the circumstances and they would cause the individual to have a bias or prejudice for or against any party).

11.     Has any member of the jury or his or her immediate family ever been a plaintiff or defendant in any lawsuit?  (If there are affirmative responses, defendant requests further voir dire to determine the circumstances and/or if the experience would cause the individual to have a bias or prejudice for or against any party).

12.     If any member of the jury panel or any member of your immediate family has ever worked for an attorney or in a law firm or received any training or schooling as an attorney, legal secretary or paralegal, please identify yourself by name and juror number. (If there are affirmative responses, Defendants request further voir dire to determine the circumstances and if the experience would cause the individual to have a bias or prejudice for or against any party).

13.     If any member of the jury panel or any member of your immediate family has ever been a doctor or healthcare provider or received training in medicine or healthcare, please identify yourself by juror number and name and disclose the type of medicine or healthcare for which you have been trained.

195296.1

(a).    Would your training in healthcare prevent you from deciding this case fairly and impartially based on the evidence?

14.    If any member of the jury panel or any member of your immediate family has ever worked as an economist, accountant or in the fields of economics or accounting, or received any training or had any education as an economist or accountant, please identify yourself by name and juror number.  (If there are any affirmative responses, Defendants further request voir dire to determine the circumstances and if the experience would cause the individual to have a bias or prejudice for or against any party).

15.    Has any member of the jury panel or any member of your immediate family ever been employed as a statistician?  If so, briefly describe your employment .

16.    Have any of the prospective jurors or members of their immediate families ever brought a claim for a personal injury? (If there are any affirmative responses, Defendants further request voir dire to determine the circumstances and/or if the experience would cause the individual to have a bias or prejudice for or against any party).

17.    If any member of the jury has ever sat on a civil jury before, please identify yourself by name and juror number.  If so, what was the type of case and what was the outcome? (If there are any affirmative responses, Defendants further request voir dire to determine the circumstances and/or if the experience would cause the individual to have a bias or prejudice for or against any party).

18.    Have any of you or your immediate family or close friends ever claimed permanent disability and collected disability payments?  If so, please explain the circumstances behind which such payments were received.

19.    Do you feel that you would be unable to fairly hear all of the evidence and arrive at a fair and impartial verdict because the claims are against a corporation?

195296.1

20.     Do you feel that you would be unable to fairly hear all evidence and arrive at a fair and impartial verdict because of feelings of sympathy for or against any party?

21.     Would you be unable in good conscience to decide this case fairly, on the basis of the facts in evidence, and not on the basis of sympathy?

22.     This trial is expected to last 7 - 8 days.  Do any of you have personal obligations which make it difficult or impossible for you to sit as a juror given this fact?

23.     Does any member of the jury panel have any health condition which would make it difficult for you to sit as a juror in this case?

24.     Does any member of the jury panel have any learning disability, to include the comprehension of the English language, which would make it difficult for you to sit as a juror in this case?

25.     Are any members of the jury panel, or members of his or her immediate family, retired, active or members of the reserve of the United States Military Services?  (If there are any affirmative responses, defendant requests further voir dire to determine whether that would cause the individual to have bias or prejudice for or against any party).

26.     Are any members of the jury panel, or member of his or her immediate family, employed by a health maintenance organization (HMO)? If so, would your employment cause you to have a bias or prejudice against any parties in this case?

27.     Are you or any member of your immediate family familiar with Humana Military Healthcare Services, Inc. (If there any affirmative responses, defendants request further voir dire to determine whether that would cause the individual to have bias or prejudice for or against any party.)

28.     Are any members of the jury panel, or member of his or her immediate family, employed by the United States government in any capacity concerning health care or the military? (If there are any affirmative responses, defendant requests further voir dire to

195296.1

6

determine whether such employment would cause the individual to have bias or prejudice for or against any party.)

29.    If any of you know of any reason, not previously mentioned, which would prevent you from deciding this case fairly and impartially, please identify yourself by name and juror number.

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP


   */s/ Catherine A. Hanrahan*
Catherine A. Hanrahan
1341 G Street, N.W.
The Colorado Building, Suite 500
Washington, D.C.  20005
(202) 626-7660

Counsel for
Defendant Humana Military Health Service

195296.1

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing Voir Dire, were electronically served, postage prepaid, on this 1st day of February, 2005 to:

Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005


Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004

Joan Cerniglia-Lowensen, Esquire
Morgan, Selsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030

Larry Adams, Esquire
Assistant United States Attorney
United States Attorney's Office
6625 U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201


And delivered by hand to the chambers of :

The Honorable William D. Quarles, Jr.
Garmatz Federal Courthouse
101 W. Lombard St
Baltimore, MD 21201


     /s/ *Catherine A. Hanrahan*
Catherine A. Hanrahan

195296.1