IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,          )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )  CA No. S-02-CV-764
                                   )  Judge Quarles
HUMANA MILITARY HEALTHCARE,        )
INC., et al.                       )
                                   )
        Defendants.                )

**PLAINTIFF'S PROPOSED VOIR DIRE**
(January 31, 2004)

1.      Have any of you been a plaintiff (person suing) in a lawsuit for any reason?  (If yes, give details at the bench).  Did the suit settle or go to trial?  Were you satisfied with the results?

2.      Have any of you ever sat on a jury in a medical malpractice or personal injury case?  Did you find for the plaintiff or defendant?  (Approach the bench).

3.      Does anyone have any experience in risk management, or in evaluating or investigating claims, including insurance claims, workers compensation or  medical malpractice claims?

4.      Have any of you testified as a witness in any trial?  For those answering yes:

        (a)      was it a criminal or civil case?

        (b)      which side called you as a witness?

        (c)      did the case involve matters relating to medical malpractice?  (If so, approach the bench).

1

5.     Have any of you, your family or close friends had training in medicine or nursing, or worked in a doctor's office, clinic, or hospital, or have some knowledge of medicine?

6.     If the evidence shows that the defendants are at fault, would you have any reluctance to return a substantial reward against them?

7.     Have you read any articles or literature, or have you heard any discussion recently on radio or television, on the subject of medical malpractice which has led you to form any opinions one way or another about these cases?  If so, approach the bench.

8.     Are you or any of your family members an agent, employee, or stockholder, or have any other professional or economic interest in a hospital or health-related institution or entity?

9.     Are you or any of your family members an attorney or someone with legal training?

10.     Have any of you or members of your family ever received medical treatment from Dr. Raj Gupta or anyone associated with Sterling Medical and/or Humana Military Healthcare Services?

11.     Have you or any of your family ever been associated with any health care organization?

12.     Do you know any of the parties, witnesses, or lawyers?  They are:

Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Peter R. Masciola, Esquire
Joan Cerniglia-Lowensen, Esquire
Catherine A. Hanrahan, Esquire
Master Sergeant Roosevelt Pollard
Veronica Pollard
Lynn Pollard
Williemae Pollard

2

Elijah Pollard
Sharon Marshall
Dr. Raj Gupta,
Dr. Stephen Adams
Dr. David Sees
Dr. Kenneth Fink
Dr. David Dodwell
Dr. Cecily Quinn
Dr. Cheryl Naulty
Helen Hodgkins
L.F. Smith, M.D.
James Fiorica, M.D.
Gerald Sokol, M.D.
Arthur McTighe, M.D.
Richard Lurito, M.D.
Paul Esselman, M.D.
Susan Corrin, M.D.
Ona Cates
Marc Lippman, M.D.
Louis J. Maccini, M.D.
James Stark, M.D.

13.     Have you or any family member or close friend ever suffered from breast cancer?

If so, please approach the bench.

14.     Have you or any family member or close friend in your opinion suffered

permanent injuries or death as a result of medical malpractice?

15.     Do any of you believe that you will be unable to render a fair verdict in this case

for any reason?

**1606\voir.dire**