| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\* \* \* \* \*

## DEFENDANTS, RAJ R. GUPTA, M.D. AND STERLING MEDICAL CORPORATION'S, PROPOSED REQUEST FOR VOIR DIRE

The Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation, by and through their attorneys, Joan Cerniglia-Lowensen and Morgan Shelsby Carlo Downs & Everton, respectfully request the following Voir Dire of the prospective jurors. If the answer of any of the prospective jurors is in the affirmative, the Defendants further request an examination regarding the details of the answer.

1. The Plaintiffs in this matter are Veronica Pollard and Roosevelt Pollard of 122 Leeds Creek Circle, Odington, Maryland 21113. Are any of the jurors personally acquainted with, or do any of the jurors have personal knowledge of these Plaintiffs?

2. The Plaintiffs in this case are represented by Lesley S. Zork, Esquire and Bruce J. Klores, Esquire of Bruce J. Klores & Associates, P.C. whose address is 915 15th Street, NW, Washington, D.C. 20005 and Peter R. Masciola, Esquire of the Law Offices of Peter Masciola located at 601 Pennsylvania Avenue, NW, #900, Washington, D.C. 20004. Has any prospective juror ever been represented by anyone in this firm or does any prospective juror have any personal knowledge regarding these attorneys?

3. One of the Defendants in this matter is Raj Gupta, M.D. Does any of the prospective jurors know Dr. Gupta? If so, please state the nature of that relationship.

4. One of the Defendants in this matter is Sterling Medical Corporation. Does any prospective juror have any relationship whatsoever with Sterling Medical Corporation? Is so, please state the nature of that relationship.

5. Dr. Gupta and Sterling Medical Corporation are represented by Joan Cerniglia-Lowensen, Esquire of Morgan Shelsby Carlo Downs & Everton whose address is 4 North Park Drive, Suite 404, Hunt Valley, Maryland 21030. Has any of the prospective jurors ever been represented by these attorneys or does any prospective juror have personal knowledge of these attorneys? If the prospective jurors answer is in the affirmative, further inquiry is requested.

6. One of the Defendants in this matter is the United States of America. Have any of the prospective jurors ever been an employee of the United States of America or a member of the Armed Services? If a prospective juror answers in the affirmative, further inquiry is requested.

7. The United States of America is represented by Thomas M. DiBiagio, Esquire and Larry Adams, Esquire. Have any of the prospective jurors ever encountered Mr. DiBiagio or Mr. Adams personally or professionally? If a prospective juror answers in the affirmative, further inquiry is requested.

8. Another Defendant in this matter is Humana Military Healthcare, Inc. Has any of the prospective jurors ever had any professional or personal contact with this Defendant? If a prospective juror answers in the affirmative, further inquiry is requested.

9. Humana Military Healthcare, Inc. is represented by Catherine A. Hanrahan, Esquire of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP whose address is 1341 G Street, NW, 5th Floor, Washington, D.C. 20005-3105. Has any prospective juror ever been represented by these attorneys? If the answer is in the affirmative, the Defendants request further inquiry.

10. Has any member of the jury panel ever had any training or employment in the health care field? If the answer is yes, further inquiry is requested.

11. In addition to the Plaintiffs in this matter, the following persons may testify as witnesses during the case:

a. Raj Gupta, M.D.;

b. David Dodwell, M.D.;

c. Cecily Quinn, M.D.;

d. Donald Sees, M.D.;

e. Stephen Adams, M.D.;

f. Richard J. Lurito, Ph.D.;

g. Marc E. Lippman, M.D.;

h. James Vincent Fiorica, M.D.;

i. Michael Auerbach, M.D.;

j. James J. Stark, M.D.;

k. David Lee Page, M.D.;

l. Robert G. Somers, M.D.;

m. G. Peter Pushkas, M.D.;

n. Leroy Fleming Smith, M.D.;

o. Rebecca Zuurbier, M.D.;

p. Arthur McTighe, M.D.;

    q. Gerald H. Sokol, M.D.;

    r. Louis Mancini, Ph.D.

    s. Helen Hodgkins, R.N.

    t. Moo O. Hwang, M.D.

Is any prospective juror personally acquainted with any of the people whose names have just been read? Does any prospective juror otherwise have personal knowledge regarding any of the persons whose names have just been read?

    12. Has any prospective juror or any member of a prospective juror's immediate family ever been a party to a lawsuit to recover damages because of personal injury or property damage? If so, further inquiry is requested.

    13. In this action, the Plaintiffs allege that Veronica Pollard in October of 1998, presented to the Dwight D. Eisenhower Army Medical Center located in Fort Gordon, Georgia complaining of a mass in her right breast. A needle biopsy was performed on the mass demonstrating the possible malignancy. A surgical biopsy was performed confirming that the mass was cancerous. A lumpectomy and lymph node dissection was conducted on November 12, 1998.

    In December of 1998, Veronica Pollard presented to Raj Gupta, M.D., an oncologist. During the visit of 1998, Veronica Pollard informed Dr. Gupta that her husband was in the United States Military and was transferring to England. She further informed Dr. Gupta that it was her intent to accompany her husband to England.

    Raj Gupta, M.D. transcribed a document suggesting certain care once Veronica Pollard arrived in England. The recommendations of Dr. Gupta included radiation therapy, chemotherapy and the use of tomoxifen. Dr. Gupta further had a conversation with Helen Hodgkins, R.N., who was located in England, attempting to coordinate the care that would be provided once Ms. Pollard arrived in the United Kingdom.

In January of 1999, Veronica Pollard moved to England. In February of 1999, she was seen by an English oncologist, David Dodwell, M.D. Dr. Dodwell discussed his recommendation with Veronica Pollard. That recommendation was limited to radiation therapy.

In June of 2000, Veronica Pollard was diagnosed with metastatic cancer in her right chest wall and right breast. The prognosis for Ms. Pollard's survival is said to be poor.

The Plaintiffs in this matter have sued Raj Gupta, M.D. alleging that he breached standards of care by not advising Ms. Pollard to remain in the United States for her medical care. Plaintiffs further allege that the biopsy slides read by Dr. Adams were incorrectly read. Plaintiffs contend that as a result of the negligence of these physicians, Veronica Pollard lost her chance of survival. Has any prospective juror or any member of the prospective jurors immediate family ever been involved in a situation similar to that described above? Has any prospective juror or any member of the prospective juror's family ever been a party to a lawsuit involving a situation similar to the one above?

14. Does any prospective juror have any personal knowledge of the event described above?

15. Does any prospective juror believe that the very fact that an individual is not cured while under a physician's care should render that physician negligent for the injuries which occurred?

16. Does any prospective juror believe that medical care in the United Kingdom is per se inferior to medical care available in the United States?

17. Is there any reason why a prospective juror could not fairly and impartially determine the facts in a lawsuit as described above?

18. Is there any member of the jury panel who feels that he or she, for any reason, has feelings against hospitals or health care providers that would impair his or her ability to render a fair and impartial verdict in this action?

19. The trial in this matter is expected to last approximately ten (10) days. Is there any prospective juror who would be unable to serve for that time, please indicate by raising your hand.

20. Does any prospective juror have any belief, opinion, or suspicion which would prevent him or her from considering the facts in evidence in this case fairly and impartially and not in favor of either the Plaintiff or the Defendant?

21. Has any prospective juror had training in the legal field? Is so, further inquiry is requested.

22. Has any prospective juror or member of the prospective juror's family been diagnosed with breast cancer?

Respectfully submitted,

Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800