IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, <u>et al.</u>, | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|      v. | ) CA No. S-02-CV-764 |
| | ) Judge Quarles |
| HUMANA MILITARY HEALTHCARE, | ) |
| INC., et al. | ) |
| | ) |
|    Defendants | ) |

## **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' VOIR DIRE**

Come now the plaintiffs, by and through counsel, Bruce J. Klores, Lesley S. Zork and Bruce J. Klores & Associates, P.C., and file their objections to the defendants' *Voir Dire*.

1.     <u>Humana</u>

As to the proposed *voir dire* of defendant Humana, plaintiffs object to questions 20 and 21. The Court will instruct the jury at the close of the case on the law – which instructions will include a prohibition on reaching a verdict based on sympathy. Telling the jury in advance what they cannot do is inappropriate. Moreover, questions 20 and 21 are redundant.

2.     <u>Gupta and Sterling</u>

As to the proposed *voir dire* of defendant Gupta, plaintiffs object to those *voir dire* questions dealing with the dismissed defendant United States of America (numbers 6 and 7) and those indicating Mrs. Pollard is still alive (numbers 1 and 13).

Plaintiffs object to defendant Gupta's *voir dire* 13 in its entirety. It contains material facts which are in dispute or untrue ["Dr. Gupta had a conversation with Helen Hodgkins, R.N."]. The entire *voir dire* question reads like the defendant's opening statement and is not designed to elicit any answer from any juror that would assist in the *voir dire* process.

Plaintiffs object to defendant's *voir dire* 15 – this is a question designed to suggest that plaintiffs' case against Dr. Gupta is based only on a specious claim that "Mrs. Pollard was not cured," and does not help elicit anything relevant in jury selection.

Plaintiffs object to *voir dire* 16 – if the defense wants to know whether any juror has any knowledge of the English medical system, plaintiffs do not object. The question as posed, however, serves no useful purpose, is confusing and not designed to elicit any response which would help ferret out an unacceptable juror.

        Respectfully submitted,

        BRUCE J. KLORES & ASSOCIATES, P.C.


        By:____/s/_____
           Lesley S. Zork
           Bruce J. Klores
           915 15th Street, NW
           Washington, D.C. 20005
           (202) 628-8100
        Co-counsel for Plaintiffs

           and

        LAW OFFICES OF PETER MASCIOLA


        _____/s/_____
        Peter R. Masciola
        601 Pennsylvania Avenue, N. W. #900
        Washington, D.C. 20004
        202-628-5680
        Co-counsel for Plaintiffs

1606\obj.vd