IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

To:  Supervisor Court           *
     Security
                                *         Case No.:    WDQ-02-764

From: Judge Quarles             *         Pollard v. USA, et al

******

**AUTHORIZATION FOR ENTRY INTO COURTHOUSE**

The above entitled case is scheduled for Trial on Monday, February 7, 2005 at 09:30 am.

Please facilitate the entry of a slide projector by  Troy Cates, of Audio Visual Systems, for the firm of Klores & Associates  who will arrive here approximately  09:00 a.m. on February 7, 2005 to set up the equipment in Court Room 3-A.

2/3/2005
Date

William D. Quarles, Jr.
U.S. District Judge