# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

JOSEPH Y. BRATTAN, III
(1933-1999)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARISA FERRARO CAPONE (MD)

OF COUNSEL:
MICHAEL C. ROSENDORF (MD, DC, MN)
CHRISTOPHER P. DOWNS (MD)

WRITER'S EMAIL ADDRESS:
jclowensen@morganshelsby.com

February 3, 2005

Via Electronic Filing

The Honorable William D. Quarles, Jr.
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
Chambers 3A
101 West Lombard Street
Baltimore, Maryland 21201

  Re: Veronica Pollard, et al v. Raj Gupta, M.D., et al
   Case No.: WDQ-02-764
   Our File No.: 375.02549

Dear Judge Quarles:

  Enclosed please find for your signature an Order requesting Authorization for Entry into Courthouse. I am requesting permission to bring my lap top computer into the courthouse.

  If you have any questions, please do not hesitate to give me a call.

         Very truly yours,

         Joan Cerniglia-Lowensen

JCL/jk
Enclosure
cc: Bruce Klores, Esquire
  Lesley S. Zork, Esquire
  Peter R. Masciola, Esquire
  Catherine A. Hanrahan, Esquire

H:\JCL\Western Litigation - Pollard\l.quarles.02-03-05.doc