IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TO:  Supervisor Court Security | * | Case No.: WDQ-02-764 |
| | * | Pollard v. USA, et al |
| FROM: Judge Quarles | | |

\*   \*   \*   \*   \*

## AUTHORIZATION FOR ENTRY INTO COURTHOUSE

The above-entitled case is scheduled for Trial on Monday, February 7, 2005 at 9:30 a.m.

Please facilitate the entry of a lap top computer by <u>Joan Cerniglia-Lowensen of Morgan Shelsby Carlo Downs & Everton</u> who will arrive here at approximately 9:00 a.m. on February 7, 2005.

 

                                                   The Honorable William D. Quarles
                                                   U.S. District Judge