IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| RAJ GUPTA, M.D., et al., ) | |
| ) | |
| Defendant ) | |

## Plaintiff's Amended Proposed Jury Instruction No. 28

## Agency; Proof of

If you find that Dr. Raj Gupta was negligent in his care and treatment of Veronica Pollard and that his negligence proximately caused Mrs. Pollard's injuries, you must also find that Humana Military Healthcare Services, Inc., was negligent if you find that Dr. Gupta was an agent or employee of Humana at the time.  Dr. Gupta was an agent or employee of Humana if, at the time of the negligence, he acted within the scope of his employment and Humana held the requisite control over his practice.

Agency may be established by proof of contract of agency, or by the principal's conduct and course of dealings.  If one should hold out another as one's agent and by one's course of dealings reasonably indicate that such person has certain authority, the one dealing with the agent would be

protected to the extent of the authority reasonably deducible from the conduct of the parties.

Hoffman v. Wells Southwest Community Hospital, 260 Ga. 588, 589-90, 397 S.E. 2d 696 (1990);

Piedmont Hospital v. Anderson, 65 Ga. App. 491, 16 S.E. 2d 90 (1941);

Banks v. Ellijay Lumber Co., 59 Ga. App. 270, 272, 200 S.E. 480, 481 (1938).

**Georgia Pattern Jury Instruction 06.040**