IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
|      v. | ) CA No. WDQ-02-CV-764 |
| | ) Judge Quarles |
| HUMANA MILITARY HEALTHCARE, | ) |
| INC., et al. | ) |
| | ) |
|    Defendants | ) |

**PLAINTIFF'S OBJECTIONS TO PROPOSED JURY INSTRUCTIONS BY DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.**

    Plaintiff, Roosevelt Pollard, through counsel, Lesley Zork, Bruce J. Klores, and Bruce J. Klores & Associates, P.C., respectfully object to the following Proposed Jury Instructions by defendant Humana Military Healthcare Services, Inc.:

No.4 – Burden of Proof; Generally; Preponderance of Evidence.
No. 5 – Burden of Proof.
No. 8 - Conflicting Evidence.
No. 9 – Impeachment of the Witnesses.
No. 12 – No. 18
No. 20 – No. 22
No. 25 – No. 29
No. 31
No. 32
No. 41 – No. 44

                                     Respectfully submitted,

                                     BRUCE J. KLORES & ASSOCIATES, P.C.


                                   By:____/s/_____
                                       Lesley S. Zork
                                       Bruce J. Klores
                                       915 15th Street, NW
                                       Washington, D.C. 20005
                                       (202) 628-8100
                               Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

\_\_\_\_\_/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby Certify that a copy of the foregoing Plaintiff's Objections to Defendant Humana Military Healthcare Services, Inc.'s Proposed Jury Instructions were electronically served and mailed first class postage prepaid to the following person this 4th day of February, 2005.

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

\_\_\_\_\_/s/_____
Lesley S. Zork