IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TO: Supervisor Court      *     Case No.: WDQ-02-764
        Security

                       *     Pollard v. USA, et al

FROM: Judge Quarles     *    *    *    *    *

<u>AUTHORIZATION FOR ENTRY INTO COURTHOUSE</u>

     The above-entitled case is scheduled for Trial on Monday, February 7, 2005 at 9:30 a.m.

     Please facilitate the entry of a lap top computer by <u>Joan Cerniglia-Lowensen of Morgan Shelsby Carlo Downs & Everton</u> who will arrive here at approximately 9:00 a.m. on February 7, 2005.

The Honorable William D. Quarles
U.S. District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND