IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| VERONICA POLLARD, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CA No. S-02-CV-764 Judge Quarles |
| HUMANA MILITARY HEALTHCARE, INC., et al. | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' EXHIBIT LIST

| EX # | ITEM DESCRIPTION | I.D. | ADMITTED |
|---|---|---|---|
| | **VOLUME I** | | |
| 1. | Medical Records of Dwight D. Eisenhower Army Medical Center<br>11/10/88-12/16/98 | | |
| 2. | Medical Records of Menwith Hill Station, Harrogate<br>2/3/99 - 4/14/00 | | |
| 3. | Medical Records of Cookridge Hospital, Yorkshire Regional Center for Cancer Treatment<br>2/18/99 - 3/6/00 | | |
| 4. | Medical Records of 48th Medical Group, Lakenheath RAF<br>4/1/00-6/2/00 | | |
| 5. | Medical Records of Walter Reed Army Medical Center<br>6/9/00-11/20/01 | | |
| 6. | Medical Records of Walter Reed Army Medical Center<br>6/9/00 - 12/4/01 | | |
| | **VOLUME II** | | |

| | | | |
|---|---|---|---|
| 7. | Medical Records of Harrogate District Hospital from Dodwell Deposition | | |
| 8. | Cumulative Medical Records of Eisenhower Army Medical Center, Menwith Hill, Lakenheath, NHS, Walter Reed Army Medical Center 12/7/96-10/9/03 | | |
| | **VOLUME III** | | |
| 9. | Medical Records of Walter Reed Army Medical Center, Inpatient Records 10/9/03-10/13/03 | | |
| 10. | Medical Records of Walter Reed Army Medical Center, Inpatient Records 1/29/02-2/3/02 | | |
| 11. | Medical Records of Laurel Regional Hospital, Inpatient Records, 9/19/03-9/28/03 | | |
| | **VOLUME IV** | | |
| 12. | Tumor Board Records, Eisenhower Army Medical Center, 10/26/98 | | |
| 13. | Tumor Board Records, Eisenhower Army Medical Center, 11/30/98 | | |
| 14. | *HMHS/Military Treatment Facility Resource Sharing Agreement with Attachments A, B &C | | |
| 15. | *Resource Sharing Services Agreement, Humana Military Healthcare Service, Fort Gordon, GA (Oncology Agreement) Gupta and Sterling | | |
| 16. | *Agreement Between Humana Military Healthcare Services and Sterling Medical (Oncology) with Attachments A&B | | |
| 17. | *Oncology Partnership Conversion Resource Sharing Program Proposal | | |
| 18. | Family Member Deployment Screening Sheet (DA Form 5888-R) | | |
| 19. | Exceptional Family Member Program Screening Questionnaire (DA Form 7246-R) | | |
| 20. | Army Exceptional Family Member Program Medical Summary (DA Form 5862-R) | | |

| 21. | *Curriculum Vitae* of L.F. Smith, M.D. | | |
|---|---|---|---|
| 22. | *Curriculum Vitae* of James Fiorica, m.D. | | |
| 23. | *Curriculum Vitae* of Arthur McTighe, M.D. | | |
| 24. | *Curriculum Vitae* of Richard Lurito, Ph.D. | | |
| 25. | Report of Richard Lurito, Ph.D. | | |
| 26. | Letters of Administration/Appointment of Personal Representative of Estate of Veronica Pollard | | |
| 27. | Death Certificate | | |
| 28. | Photograph of Veronica Pollard | | |
| 29. | Photograph of Veronica Pollard with Family | | |
| 30. | Photograph of Veronica Pollard with Family | | |
| 31. | Photograph of Veronica Pollard with Family | | |
| 32. | Photograph of Veronica Pollard | | |
| 33. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 34. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 35. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 36. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 37. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 38. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 39. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 40. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 41. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 42. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 43. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 44. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 45. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 46. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |
| 47. | Photograph of Pathology Slides, 10/14/98 (Trial) | | |

| 48. | Life Tables | | |
|---|---|---|---|
| 49. | Video, Day in the Life of Veronica Pollard | | |
| 50. | Video, Trial Testimony of Veronica Pollard, 6/6/2002 | | |
| 51. | Video, Trial Testimony of Veronica Pollard, 11/6/2003 | | |
| 52. | Transcript, Trial Testimony of Veronica Pollard 6/6/2002 | | |
| 53. | Transcript, Trial Testimony of Veronica Pollard 11/6/2003 | | |
| 54. | Transcript, Discovery Deposition Testimony of Veronica Pollard, 6/6/2002 | | |
| 55. | Defendant Gupta's Answers to Interrogatory Nos. 8, 9, 11, 13 & 15 | | |
| 56. | Medical Records from Helen Hodgkins, R.N. | | |
| 57. | Medical Literature – Changes in the 2003 American Joint Committee on Cancer Staging | | |
| 58. | Demonstrative Evidence – Medical Illustration | | |
| 59. | Demonstrative Evidence – Medical Illustration | | |
| 60. | Demonstrative Evidence – Medical Illustration | | |
| 61. | Blow-up: Medical Record | | |
| 62. | Blow-up: Medical Record | | |
| 63. | Blow-up: Medical Record | | |
| 64. | Blow-up: Medical Record | | |
| 65. | Blow-up: Medical Record | | |
| 66. | Time Line | | |
| 67. | Video: Dr. Dodwell Testimony | | |
| 68. | Video: Dr. Sees Testimony | | |
| 69. | Video: Dr. Quinn Testimony | | |
| 70. | Humana Military Healthcare Mission Statement | | |
| 71. | Diseases of the Breast, 3rd Ed. (Lippman, et al.) | | |

| 72. | Tricare Handbook | | |
|---|---|---|---|
| 73. | Resource Sharing Agreement (Version 2) | | |
| 74. | Oncology Partnership Conversion RSPP | | |
| 75. | Adjuvant Therapy for Breast Cancer, Lippman, et al., 1988 | | |
| 76. | *HMHS/Military Treatment Facility Resource Sharing Agreement, Section C: Amendment 0009 | | |

Plaintiff reserves the right to rely upon exhibits tendered by the Defendants.

Plaintiff reserves the right to use a time line, medical illustration, or other pedagogical object or document during the course of opening or closing statements, which may or may not be entered into evidence as exhibits. If plaintiff intends to use any such object or document, it will be made available to defense counsel in advance.

Plaintiff reserves the right to supplement and/or amend Plaintiff's Witness List and Exhibit List. This list may also be amended based upon Court Rulings on Plaintiff's pending Motion to Reinstate claims against the United States, Motions in Limine and other evidentiary issues that may arise at trial.

*Plaintiff requests that the parties stipulate to the authenticity of these documents. Plaintiff also requests that the parties stipulate that these agreements governed the contractual relationship between Humana and the Eisenhower Army Medical Center, and Humana and Sterling Medical during the time that Veronica Pollard was treated for breast cancer at Eisenhower.

K:\1606\exhibitlist.trial.wpd