IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No.:  S-02-764 WDQ |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants | : | |

**DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S
OBJECTION TO PLAINTIFF'S VOIRE DIRE**

Comes now the defendant Humana Military Healthcare Services, Inc. ("HMHS") and objects to the proposed Voir Dire of the plaintiff.

Humana objects to proposed Voir Dire No. 6.  This question as drafted uses terminology which is not consistent with the instructions which the jury will receive.  Plus, as drafted it infers that a "substantial reward" is the type of reward would be required of them should the jury determine that there was a breach in the standard of care which caused harm.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP


 */s/ Catherine A. Hanrahan*
Catherine A. Hanrahan
1341 G Street, N.W.
The Colorado Building, Suite 500
Washington, D.C.  20005
(202) 626-7660

Counsel for
Defendant Humana Military Health Service

195759.1

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing Defendant Humana Military Healthcare Services, Inc.'s Objection to Plaintiff's Proposed Voir Dire, were electronically served, on this 4th day of February, 2005 to:

>Bruce J. Klores, Esquire
>Lesley S. Zork, Esquire
>Bruce J. Klores & Associates, PC.
>915 15th Street, NW
>Washington, DC  20005

>Peter R. Masciola, Esquire
>601 Indiana Avenue, NW
>Suite 603
>Washington, DC  20004

>Joan Cerniglia-Lowensen, Esquire
>Morgan, Selsby, Carlo, Downs & Everton
>4 North Oak Drive
>Suite 404
>Hunt Valley, MD  21030

>Larry Adams, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>6625 U.S. Court House
>101 W. Lombard Street
>Baltimore, MD  21201

>     /s/ *Catherine A. Hanrahan*
>Catherine A. Hanrahan

195759.1