IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| HUMANA MILITARY HEALTHCARE, ) | |
| SERVICES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S
OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

Defendant Humana Military Healthcare Services, Inc., by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, submit the following as its objections to plaintiff's proposed jury instructions. In particular, defendant Humana Military Healthcare Services, Inc. objects to the following proposed charges:

- Instructions 1 through 5;
- Instructions 7 through 9;
- Instructions 11 through 16;
- Instructions 18 through 26; and
- Instructions 28 through 31.

Defendant Humana Military Healthcare Services, Inc. reserves the right to supplement these objections as trial proceeds.

195782.1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/S/ Catherine A. Hanrahan

By:_____

Catherine A. Hanrahan, Esq. (#06711)
*Attorneys for Defendant*
*Humana Military Healthcare Services, Inc.*
The Colorado Building, Suite 500
1341 G. Street, NW
Washington, D.C. 20005
Tel.: (202) 626-7660
Fax: (202) 628-3606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Exhibit List was served electronically on this 7th day of February 2005 on the following individuals:

Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004
*Counsel for Plaintiffs*

Joan Cerniglia-Lowensen, Esquire
Morgan, Shelsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030
*Attorneys for Dr. Gupta and*
*Sterling Medical Corporation*

/S/ Catherine A. Hanrahan
_____
Catherine A. Hanrahan, Esq. (#06711)

195782.1