IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
|    v. | ) CA No. WDQ-02-CV-764 |
| | ) Judge Quarles |
| HUMANA MILITARY HEALTHCARE, INC., et al. | ) |
| | ) |
|    Defendants | ) |

## PLAINTIFF'S PROPOSED VERDICT FORM

1. Do you find the defendant Dr. Gupta negligent.?

    Yes_____   No_____

If you have answered "Yes," go on to Question 2. If you have answered "No," stop here and return a verdict for the defendants.

2. Was Dr. Gupta's negligence a proximate cause of Mrs. Pollard's damages and death?

    Yes_____   No_____

If you have answered "Yes," go on to Question 3. If you have answered "No," stop here and return a verdict for the defendants.

3. Is the defendant Humana Military Healthcare Services, Inc., liable for defendant Dr. Gupta?

    Yes_____   No_____

Whether or not you have answered "Yes" to Question 3, go on to Question 4.

4. In what amount do you award damages for:

    A. Veronica Pollard's physical pain and

        suffering and mental anguish         $_____

B.     The Full Value of Veronica Pollard's life including:

    (i)     economic damages (lost income, potential lifetime earnings, and services)     $_____

    (ii)     non-economic damages (loss of her guidance, example, comfort, care, counsel and support)     $_____

**TOTAL DAMAGES: 4A + 4B(i) + B(ii) =**     $_____

I certify that the verdict is unanimous.

_____
FOREPERSON

_____
DATE

1606\vf