IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.: S-02-764 WDQ |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

**Humana Military Healthcare Services, Inc. Proposed Jury Instruction No. \_\_\_
Medical Malpractice – Elements of Negligence**

There are three essential elements for imposing liability for medical negligence upon which recovery depends:

(1)  the existence of a duty inherent in the doctor-patient relationship;

(2)  the breach of that duty by failing to exercise the requisite degree of skill and care; and

(3)  that this failure be the proximate cause of the injury sustained.

Negligence alone is insufficient to sustain recovery. It must be proven that the injury complained of proximately resulted from such want of care or skill. A bare possibility of such result is not sufficient. Additionally, there can be no recovery for medical negligence involving an injury to the patient where there is no showing to any reasonable degree of medical certainty that the injury could have been avoided.

O.C.G.A. § 51-1-27

*Goggin v. Goldman*, 209 Ga. App. 251, 433 S.E.2d 85 (1993).

196189.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| VERONICA POLLARD, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No.:  S-02-764 WDQ |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

**Humana Military Healthcare Services, Inc. Proposed Jury Instruction No. ___
Medical Malpractice – No Duty Without Doctor-Patient Relationship**

A doctor's duty to exercise his or her profession with a reasonable degree of care and skill arises from the doctor-patient relationship.  There is no duty as respects a particular individual unless and until the doctor-patient relationship is formed.

O.C.G.A. § 51-1-27

*Goggin v. Goldman*, 209 Ga. App. 251, 433 S.E.2d 85 (1993) ("there are three essential elements imposing liability upon which recovery is bottomed: (1) the duty inherent in the doctor-patient relationship…").

196189.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing supplemental Jury Charges was served electronically on this 14th day of February 2005 on the following individuals:

      Bruce J. Klores, Esquire
      Lesley S. Zork, Esquire
      Bruce J. Klores & Associates, PC.
      915 15th Street, NW
      Washington, DC  20005

      Peter R. Masciola, Esquire
      601 Indiana Avenue, NW
      Suite 603
      Washington, DC  20004
      *Counsel for Plaintiffs*

      Joan Cerniglia-Lowensen, Esquire
      Morgan, Shelsby, Carlo, Downs & Everton
      4 North Oak Drive
      Suite 404
      Hunt Valley, MD  21030
      *Attorneys for Dr. Gupta and*
      *Sterling Medical Corporation*

      Larry Adams, Esquire
      Assistant United States Attorney
      United States Attorney's Office
      6625 U.S. Court House
      101 W. Lombard Street
      Baltimore, MD  21201
      *Attorney for United States of America*

      /S/ Catherine A. Hanrahan
      _____
      Catherine A. Hanrahan, Esq. (#06711)

196189.1