IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA POLLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| HUMANA MILITARY HEALTHCARE, ) | |
| SERVICES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HUMANA MILITARY HEALTHCARE
SERVICES, INC.'S PROPOSED FORM OF VERDICT**

Defendant Humana Military Healthcare Serivces, Inc., by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, submits the following as its proposed Form of Verdict:

1. Do you find that Dr. Gupta failed to comply with the standard of care in his treatment of Mrs. Pollard?

   **Yes:** _____   **No:** _____

   If yes, continue:

2. Do you find that Dr. Gupta's failure to comply with the standard of care was a cause of the recurrence of her breast cancer and her death?

   **Yes:** _____   **No:** _____

   If yes, continue:

196121.1

3. Do you find that Dr. Gupta was an employee or agent of Humana Military Healthcare Services, Inc.?

   **Yes:** _____     **No:** _____

   If yes, continue:

4. Do you find that Mrs. Pollard was negligent?

   **Yes:** _____     **No:** _____

5. If you answered "yes" to No. 4, what percentage of negligence do you find was attributable to the plaintiff?

   _____%

6. What amount of money do you award under Count I, the survival action?

   $_____

7. What amount of money do you award under Count II, wrongful death?

   $_____


This _____ day of February, 2005

_____
**FOREPERSON**

196121.1