IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,

     Plaintiffs,         )

     v.                 )      CA No. S-02-CV-764
                         Judge Quarles

HUMANA MILITARY HEALTHCARE,
SERVICES, INC., et al.       )

     Defendants.       )

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 1 6 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## DEFENDANT HUMANA MILITARY HEALTHCARE SERVICES, INC.'S EXHIBIT LIST

Defendant Humana Military Healthcare Services, Inc., by and through its attorneys,

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, submit the following as its Exhibit List.

| Exhibit No. | Item Description | I.D. | Admitted |
|---|---|---|---|
| 1. | Medical Records of Veronica Pollard (October 1998 – December 2003) | | |
| 1A. | Dwight D. Eisenhower Army Medical Center Medical Records | | |
| 1B. | Menwith Hill Station Harrogate Medical Records | | |
| 1C. | Cookridge Hospital, Yorkshire Reg. Center for Cancer Treatment Medical Records | | |
| 1D. | 48th Medical Group, Lakenheath RAF Medical Records | | |
| 1E | Walter Reed Army Medical Center Medical Records | | |
| 2. | Resource Sharing Program Amendments | | |
| 3. | Tricare Resource Sharing Services, Dwight D. Eisenhower Army Medical Center, Ft. Gordon, Georgia Oncology Agreement – Fee for Service | | |
| 4. | Agreement Between HMHS Military Healthcare Services and Sterling Medical (Oncology) | | |
| 5. | HMHS/Military Treatment Facility Resource Sharing Agreement | | |
| 6. | 10 U.S.C. § 1027 (7) (1998) | | |
| 7. | **Marc Lippman, M.D.,** *curriculum vitae* | | 2/10/05 |
| 8. | **Louis J. Maccini, Ph.D.,** *curriculum vitae* | | |
| 9. | James Stark, M.D., *curriculum vitae* | | |
| 10. | Gerald Sokol, M.D., *curriculum vitae* | | |

A1
A2
195749.1
7-A

Tumor Board
Gupta (Clinical Record)
Note of Dr. Gupta

2/8/05     2/8/05
2/10/05    2/10/05
             2/10/05

*(handwritten at top right:)* $D$    Abn.

| 11. | Kenneth Fink, M.D., *curriculum vitae* | | |
| | Raj Gupta, M.D., *curriculum vitae* | | |
| | David Dodwell, M.D., *curriculum vitae* | | |
| 14. | Cecily Quinn, M.D., *curriculum vitae* | | |
| 15. | B. Fisher, *et. al.*, *Five-year results of a randomized clinical trial comparing total mastectomy and segmental mastectomy with or without radiation in the treatment of breast cancer*, 312 N.Engl. J. Med. 665-73 (1985) | | |
| 16 | B. Fisher, *et. al.*, *Eight-year results of a randomized clinical trial comparing total mastectomy and lumpectomy with or without irradiation in the treatment of breast cancer*, 320 N. Engl. J. Med. 822-28 (1989) | | |
| 17 | B. Fisher, *et. al.*, *Reanalysis and results after 12 years of follow-up in a randomized clinical trial comparing total mastectomy and lumpectomy with or without radiation in the treatment of breast cancer*, 333 N. Engl. J. Med. 1456-1467 (1995) | | |
| 18 | B. Fisher, *et. al.*, *Ipsilaterial Breast Tumor Recurrence and Survival Following Lumpectomy and Survival Following Lumpectomy and Irradiation: Pathological Findings from NSABP Protocol B-06*, 8 Seminars in Surgical Oncology 161-66 (1992) | | |
| 19. | Enlargements of Mrs. Pollard's Medical Records | | |
| | Time Line of Mrs. Pollard's Medical Care | | |
| | Enlargements of Evidence - deposition testimony, discovery responses, contractual language of Exhibits 2-5. | | |
| 22. | Pollard's answers to interrogatories | | |
| | Pollard's responses to requests for production of documents | | |

*71* *Range Chart - 1 page of Mr. Pollard Record 12/17* *2/9/05* *N*

Defendant Humana Military Healthcare Services, Inc. reserves the right to supplement

*68 & 68-A - Dr. Gupta's Note from first visit.* *2/9/05* *N*

and/or amend this Exhibit list based upon Court rulings on pending motions and evidentiary

issues at trial  Defendant further reserves the right to use a time line or illustrations during

opening statement and closing argument which will be made available for inspection. Defendant

further reserves the right to utilize and rely upon exhibits marked by plaintiff and the co-

defendants in this case.                                *ID.*        *Abn*

*24.* *NSDA Protocol Read by Dr. Fiorica* *2/9/05* *N*

*25.* *Copy of all of Veronica Pollard's File from Dr. Gupta* *2/10/05* *obj. sust*

*195749*

*26* *Corresp. from Dr. Dodwell & Dr. Corvin* *2/9/05* *2/10/05*

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

/S/ Catherine A. Hanrahan

By: _____

Catherine A. Hanrahan, Esq. (#06711)
*Attorneys for Defendant*
*Humana Military Healthcare Services, Inc.*
The Colorado Building, Suite 500
1341 G. Street, NW
Washington, D.C. 20005
Tel.: (202) 626-7660
Fax: (202) 628-3606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Exhibit List was served electronically on this 4th day of February 2005 on the following individuals:

Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates, PC.
915 15th Street, NW
Washington, DC  20005

Peter R. Masciola, Esquire
601 Indiana Avenue, NW
Suite 603
Washington, DC  20004
*Counsel for Plaintiffs*

Joan Cerniglia-Lowensen, Esquire
Morgan, Shelsby, Carlo, Downs & Everton
4 North Oak Drive
Suite 404
Hunt Valley, MD  21030
*Attorneys for Dr. Gupta and*
*Sterling Medical Corporation*

/S/ Catherine A. Hanrahan

_____

Catherine A. Hanrahan, Esq. (#06711)

## POLLARD, et al

### vs.

## HUMANA MILITARY HEALTHCARE, SERVICES, INC., et al

Civil No. WDQ-02-764                                    **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 27 | 3/10/05 | 3/11/05 | Impase Report |
| | | | |
| | | | |
| | | | |
| 77 | 3/10/05 | — | Consult Sheet. |
| 79 | 3/10/05 | — | 7/23/99 (Dr. Gupta) - To: Dr. Gowin From: Dr. Dodwell |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List

# POLLARD, et al

## vs.

## HUMANA MILITARY HEALTHCARE, SERVICES, INC., et al

**Civil No. WDQ-02-764**                                        **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

POLLARD, et al

vs.

HUMANA MILITARY HEALTHCARE, SERVICES, INC., et al

Civil No. WDQ-02-764                                    Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |