IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,

    Plaintiffs,

        v.               CA No. S-02-CV-764
                            Judge Quarles

HUMANA MILITARY HEALTHCARE,
INC., et al.

    Defendants

FILED ____ ENTERED
____ LODGED ____ RECEIVED

FEB 1 6 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## PLAINTIFFS' EXHIBIT LIST

| EX # | ITEM DESCRIPTION | I.D. | ADMITTED |
|---|---|---|---|
| | **VOLUME I** | | |
| 1. | Medical Records of Dwight D. Eisenhower Army Medical Center 11/10/88-12/16/98 | 2/8/05 | 2/11/05 |
| 2. | Medical Records of Menwith Hill Station, Harrogate 2/3/99 - 4/14/00 | | |
| 3. | Medical Records of Cookridge Hospital, Yorkshire Regional Center for Cancer Treatment 2/18/99 - 3/6/00 | | |
| 4. | Medical Records of 48th Medical Group, Lakenheath RAF 4/1/00-6/2/00 ( page 24 only ) | 2/8/05 | |
| 5. | Medical Records of Walter Reed Army Medical Center 6/9/00-11/20/01 | | |
| 6. | Medical Records of Walter Reed Army Medical Center 6/9/00 - 12/4/01 | | 2/11/05 |
| | **VOLUME II** | | |

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TE
TOL    1 (877) 223-3688

Admitted

| | | | | |
|---|---|---|---|---|
| 7. | Medical Records of Harrogate District Hospital from Dodwell Deposition | | | 2/11/05 |
| 8. | Cumulative Medical Records of Eisenhower Army Medical Center, Menwith Hill, Lakenheath, NHS, Walter Reed Army Medical Center 12/7/96-10/9/03 | | | 2/11/05 |
| | **VOLUME III** | | | |
| 9. | Medical Records of Walter Reed Army Medical Center, Inpatient Records 10/9/03-10/13/03 | | — | — |
| 10. | Medical Records of Walter Reed Army Medical Center, Inpatient Records 1/29/02-2/3/02 | | — | — |
| 11. | Medical Records of Laurel Regional Hospital, Inpatient Records, 9/19/03-9/28/03 | | — | — |
| | **VOLUME IV** | | | |
| 12. | Tumor Board Records, Eisenhower Army Medical Center, 10/26/98 | | — | 2/11/05 |
| 13. | Tumor Board Records, Eisenhower Army Medical Center, 11/30/98 | | — | 2/11/05 |
| 14. | *HMHS/Military Treatment Facility Resource Sharing Agreement with Attachments A, B &C | | 2/10/05 | 2/10/05 |
| 15. | *Resource Sharing Services Agreement, Humana Military Healthcare Service, Fort Gordon, GA (Oncology Agreement) Gupta and Sterling | | FEB 1 1 2005 | FEB 1 1 2005 |
| 16. | *Agreement Between Humana Military Healthcare Services and Sterling Medical (Oncology) with Attachments A&B | | FEB 1 1 2005 | FEB 1 1 2005 |
| 17. | *Oncology Partnership Conversion Resource Sharing Program Proposal | | 2/10/05 | 2/10/05 |
| 18. | Family Member Deployment Screening Sheet (DA Form 5888-R) | | — | — |
| 19. | Exceptional Family Member Program Screening Questionnaire (DA Form 7246-R) | | | 2/11/05 |

BRUCE J. KLORES
& ASSOCIATES
A PROFESSIONAL CORPORATION
915 FIFTEENTH STREET, N.W.
THIRD FLOOR

ER (202) 626-1240
clores.com

Admitted

| No. | Description | | |
|---|---|---|---|
| 20. | Army Exceptional Family Member Program Medical Summary (DA Form 5862-R) | — | 2/11/05 |
| 21. | *Curriculum Vitae* of L.F. Smith, M.D. | 2/8/05 | 2/8/05 |
| 22. | *Curriculum Vitae* of James Fiorica, m.D. | 2/9/05 | 2/9/05 |
| 23. | *Curriculum Vitae* of Arthur McTighe, M.D. | 2/8/05 | 2/8/05 |
| 24. | *Curriculum Vitae* of Richard Lurito, Ph.D. | 2/8/05 | 2/8/05 |
| 25. | Report of Richard Lurito, Ph.D. | — | |
| 26. | Letters of Administration/Appointment of Personal Representative of Estate of Veronica Pollard | — | 2/11/05 |
| 27. | Death Certificate | — | 2/11/05 |
| 28. | Photograph of Veronica Pollard | — | 2/11/05 |
| 29. | Photograph of Veronica Pollard with Family | | 2/7/05 |
| 30. | Photograph of Veronica Pollard with Family | | 2/9/05 |
| 31. | Photograph of Veronica Pollard with Family | | 2/7/05 |
| 32. | Photograph of Veronica Pollard | | 2/7/05 |
| 33. | Photograph of Pathology Slides, 10/14/98 (Trial) | 2/8/05 | — |
| 34. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 35. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 36. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 37. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 38. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 39. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 40. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 41. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 42. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 43. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 44. | Photograph of Pathology Slides, 10/14/98 (Trial) | | — |
| 45. | Photograph of Pathology Slides, 10/14/98 (Trial) | 2/8/05 | — |

BRUCE J. KLORES
& ASSOCIATES

THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

\ER (202) 628-1240
1 (877) 223-36## 
.klores.com

| | | | | Admitted |
|---|---|---|---|---|
| 46. | Photograph of Pathology Slides, 10/14/98 (Trial) | 2/8/05 | — | |
| 47. | Photograph of Pathology Slides, 10/14/98 (Trial) | 2/8/05 | — | |
| 48. | Life Tables | — | 2/11/05 | |
| 49. | Video, Day in the Life of Veronica Pollard | — | | |
| 50. A  B | Video, ~~Trial~~ Testimony of Veronica Pollard, 6/6/2002 | 2/ /05 | 2/ — | |
| 51. | Video, Trial Testimony of Veronica Pollard, 11/6/2003 | 2/10/05 | — | |
| 52. | Transcript, Trial Testimony of Veronica Pollard 6/6/2002 | — | | |
| 53. | Transcript, Trial Testimony of Veronica Pollard 11/6/2003 | 2/10/05 | — | |
| 54. | Transcript, Discovery Deposition Testimony of Veronica Pollard, 6/6/2002 | — | | |
| 55. | Defendant Gupta's Answers to Interrogatory Nos. 8, 9, 11, 13 & 15 | — | | |
| 56. | Medical Records from Helen Hodgkins, R.N. | — | — | |
| 57. | Medical Literature – Changes in the 2003 American Joint Committee on Cancer Staging | — | — | |
| 58. | Demonstrative Evidence – Medical Illustration | 2/8/05 | obj. sust | |
| 59. | Demonstrative Evidence – Medical Illustration | | ↑ | |
| 60. | Demonstrative Evidence – Medical Illustration | 2/8/05 | | |
| 61. | Blow-up: Medical Record | | | |
| 62. | Blow-up: Medical Record – Nolte Rud (yr. 8/28/2000) | 2/8/05 | | |
| 63. | Blow-up: Medical Record | | | |
| 64. | Blow-up: Medical Record | | | |
| 65. | Blow-up: Medical Record – ~~Surgeon~~ Report | 2/8/05 | | |
| 66. | Time Line | 2/9/05 | obj. sust. | |
| 67. | Video: Dr. Dodwell Testimony | | obj. sust- | |
| 68. | Video: Dr. Sees Testimony | | obj. sust- | |

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
5 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
FER (202) 628-1240
E ) (877) 223-5685
e.klores.com

Admitted

| | | | |
|---|---|---|---|
| 69. | Video: Dr. Quinn Testimony | ✓ | |
| 70. | Humana Military Healthcare Mission Statement | ✓ | ✓ |
| 71. | Diseases of the Breast, 3rd Ed. (Lippman, et al.) | | ✓ |
| 72. | Tricare Handbook | ✓ | ✓ |
| 73. | Resource Sharing Agreement (Version 2) | ✓ | withdrawn |
| 74. | Oncology Partnership Conversion RSPP | ✓ | withdrawn |
| 75. | Adjuvant Therapy for Breast Cancer, Lippman, et al., 1988 | ✓ | |
| 76. | *HMHS/Military Treatment Facility Resource Sharing Agreement, Section C: Amendment 0009 | ✓ | |

77. *Consult Sheet.*   ✓   N – obj. sust

Plaintiff reserves the right to rely upon exhibits tendered by the Defendants.

Plaintiff reserves the right to use a time line, medical illustration, or other pedagogical object or document during the course of opening or closing statements, which may or may not be entered into evidence as exhibits. If plaintiff intends to use any such object or document, it will be made available to defense counsel in advance.

Plaintiff reserves the right to supplement and/or amend Plaintiff's Witness List and Exhibit List. This list may also be amended based upon Court Rulings on Plaintiff's pending Motion to Reinstate claims against the United States, Motions in Limine and other evidentiary issues that may arise at trial.

*Plaintiff requests that the parties stipulate to the authenticity of these documents. Plaintiff also requests that the parties stipulate that these agreements governed the contractual relationship between Humana and the Eisenhower Army Medical Center, and Humana and Sterling Medical during the time that Veronica Pollard was treated for breast cancer at Eisenhower.

*ID* / *Adm.*

78. 12/16 Letter "To Whom it May Concern".   2/8/05   N – obj. sust.

79 Blowup of page 94 of Med. Record.   2/8/05   obj. sust.

80 - Easel Chart - Referred to by Dr. McTigue   2/8/05   N

81 - 1 page Doc. from Dr. McTigue   2/8/05   2/8/05

82 - 1 page Doc - Med. Record. 9/11/2000 CT Scan   2/8/05   2/11/05

83 - Chart - Table showing survival rate, etc.   2/8/05   N

84 - Chart calculations by Dr. Lurito   2/8/05   2/11/05

85 Tumor Board (Chart)   N

86 Dr. Smith Factors (2 Easel chart pages)   N

BRUCE J. KLORES
& ASSOCIATES
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

915 FIFTEENTH STREET, N.W.
THIRD FLOOR
WASHINGTON, D.C. 20005
(202) 628-8100

TEL    VER (202) 628-1240
TC   E 1 (877) 223-3635
www.klores.com

K:\1606\exhibitlist.trial.wpd

## POLLARD, et al

### vs.

## HUMANA MILITARY HEALTHCARE, SERVICES, INC., et al

**Civil No. WDQ-02-764**                                    **Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|-------------|----------------|----------|-------------|
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |
|             |                |          |             |

**POLLARD, et al**

**vs.**

**HUMANA MILITARY HEALTHCARE, SERVICES, INC., et al**

**Civil No. WDQ-02-764**                                      **Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**POLLARD, et al**

vs.

**HUMANA MILITARY HEALTHCARE, SERVICES, INC., et al**

**Civil No. WDQ-02-764**

**Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List