IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,

    Plaintiffs,

v ) Case No.: WDQ-02-00764
)
HUMANA MILITARY HEALTHCARE, )
SERVICES, INC., et al. 

    Defendants.

**VERDICT FORM**

FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 16 2005
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

1    Do you find that Dr. Gupta failed to comply with the standard of care in his treatment of Mrs. Pollard?

    ___ ✓ ___    No:

    If yes, continue. If you have answered "no," stop here and return a verdict for the defendants.

2    Do you find that Dr. Gupta's failure to comply with the standard of care was a proximate cause of Mrs. Pollard's damages and death?

    Yes: _____    No: ___ ✓ ___

    If yes, continue. If you have answered "no," stop here and return a verdict for the defendants.

3    Do you find that Dr. Gupta was an employee or agent of Humana Military Healthcare Services, Inc.?

                           No:

Whether or not you have answered "yes" to No.3, continue

4.  Do you find that Mrs. Pollard was negligent?

    **No:**

5   If you answered "yes" to No. 4, what percentage of negligence do you find was attributable to the plaintiff?

    _____%

6.  Was Mrs. Pollard's negligence a proximate cause of her death?

    _____    **No:**

7.  In what amount, if any, do you award damages for:

    A.  Veronica Pollard's physical pain and suffering and mental anguish
        $_____

    B   The Full Value of Veronica Pollard's life including:

        (i)   economic damages (lost income, potential lifetime earnings and services)  $_____
        (ii)  non-economic damages (loss of her guidance, example, comfort, care, counsel and support) $_____

The Jury Foreperson should sign this form below and return it to the Court.

2/16/05

Date

_____
Jury Foreperson