## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, etc. et al | * | |
| v. | * | Civil No.  WDQ-02-764 |
| H U M A N A   M I L I T A R Y  HEALTHCARE, INC., et al | * | |
| | * | |
| | ****** | |

## CERTIFICATION -
### EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been admitted into evidence are to be sent to the jury room for use in jury deliberations.

Counsel for Plaintiffs

_____
Bruce J. Klores, Esq.

_____
Wesley Zork, Esq

Counsel for Defendants, Gupta & Sterling

_____
Joan Cerniglia-Lowensen, Esq.

Counsel for Defendant Humana, etc.

_____
Catherine A. Hanrahan, Esq

FILED
LODGED    ENTERED
          RECEIVED

FEB 15 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ 2/15/05
              DEPUTY