# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**ROOSEVELT POLLARD, et al**

**CRIMINAL NO.: WDQ-02-764**

**STERLING MEDICAL CORPORATION,**
**et al**

### O R D E R

The above entitled case having come before the Court and certain exhibits having been offered by respective counsel, it is the _16th_ day of **February**, **2005**, by the United States District Court for the District of Maryland,

**ORDERED** that all of plaintiffs and defendants exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**CONSENTED TO AND RECEIVED THE ABOVE INDICATED EXHIBITS THIS DATE:**

**COUNSEL FOR PLAINTIFFS**
Bruce J. Klores, Esq.

Lesley Zork, Esq.

**COUNSEL FOR DEFENDANT**
Joan Cerniglia-Lowensen GUPTA

Catherine A. Hanrahan, Esq., _For Def. NUNANA_

Date: 2/16/05

C/M
2/16/ 5

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 16 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY