IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al

v.   CIVIL NO.: WDQ-02-764

HUMANA MILITARY HEALTHCARE,
et al

## JUDGMENT

The above entitled case having come on for a trial by jury before the undersigned and the issues having been duly tried and the Jury after deliberation rendered it's decision it is this 16th day of February 2005 ORDERED and ADJUDGED:

That judgment BE, and hereby IS, entered in favor of defendants, against the plaintiffs.

That any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference therein, and this order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

William D. Quarles, Jr.,
U.S. District Judge

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 1 6 2005

BY  AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY