IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, et al | * | |
| vs. | * | Case No.: WDQ-02-764 |
| HUMANA MILITARY HEALTHCARE, INC., et al | * | |

\*\*\*\*\*\*

### AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized..

| DATE | JURY RECEIVED |
|---|---|
| 2/15/2005 | Lunch |
| 2/16/2005 | Lunch |
| | |
| | |
| | |

Number of Jurors: __8__

_____          _____
Date                                                Felicia C. Cannon
                                                          Clerk

cc: Fin. Dept
       paj

U.S. District Court (Rev. 6/17/2004) - Order for Jury Meals, etc.