# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ROOSEVELT POLLARD,    **Plaintiff(s)**
et al.,

### **BILL OF COSTS**

vs.

**Case Number** ___S-02-764-WDQ___

RAJ GUPTA, MD,et al    **Defendant(s)**

Judgment having been entered in the above entitled action on February 16, 05 against ___Plaintiffs___, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $_____ |
| Fees for service of summons and subpoena (See attached Affidavit) | $ 435.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 6,904.22 |
| Fees and disbursements for printing | $_____ |
| Fees for witnesses (itemize on reverse side) | $_____ |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | $ 711.97 |
| Docket fees under 28 U.S.C. 1923 | $_____ |
| Costs as shown on Mandate of Court of Appeals | $_____ |
| Compensation of court-appointed experts | $_____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $_____ |
| Other costs (please itemize) | $_____ |
| **TOTAL** | $ 8,051.19 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### **DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was e mailed today with postage prepaid to: See attached

_____.

___Catherine A. Hanrahan___          ___/s/ Catherine A. Hanrahan___
Print Name of Attorney                  Signature of Attorney          Date
                                                            3/2/05

_____
Print Name of Claiming Party

Costs are taxed in the amount of $_____ and included in the judgment.

Felicia C. Cannon, Clerk

By: _____