IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROOSEVELT POLLARD, Individually and
As Personal Representative of the Estate of
Of Veronica Pollard,

    Plaintiffs,

v.

RAJ GUPTA, M.D., *et al.*,

    Defendants

C.A. No.: S-02-764 WDQ

### AFFIDAVIT OF CATHERINE A. HANRAHAN

1.    I, Catherine A. Hanrahan, am the attorney for Humana Military Healthcare Services, Inc. in above-captioned action.

2.    Attached to this Affidavit is a summary of the costs incurred for the transcription of depositions which have been identified as recoverable by the prevailing defendant pursuant to the case law cited in the Memorandum of Law in Support of the Bill of Costs.

3.    Plaintiff Veronica Pollard was deposed on two occasions, June 6, 2002 at a cost of $286.90 plus videotape at $100.00, and November 6, 2003 at a cost of $93.25. Plaintiff Sgt. Roosevelt Pollard was deposed on April 29, 2003 at a cost of $322.75. In addition, depositions were noted of plaintiff's experts Dr. Rebecca Zuubier on June 6, 2003 at a cost of $147.75; Dr. Leroy Flemming Smith, Jr. on June 10, 2003 at a cost of 326.10; Dr. G. Peter Pushkas on June 23, 2003 at a cost of $209.15; Dr. Arthur McTighe on June 30, 2003 at a cost of $207.15; Dr. Gerald Sokol on June 14, 2003 at a cost of $197.25; Dr. James Vincent Fiorica on August 27, 2003 at a cost of $248.90; Dr. Kenneth I. Fink on November 24, 2003 at a cost of $213.22; Dr. David Dodwell, clinical oncologist at Leed's, United Kingdom on October 6, 2003 (discovery deposition and *de*



197363.1

*bene esse* deposition) at a cost of $507.86 plus videotape at $150.00. Total costs incurred by defendant related to these depositions is $3,010.28.

4. Plaintiff took 12 depositions. Defendant was required to obtain copies of these deposition transcripts at the following costs: Dr. Raj R. Gupta, was deposed on March 21, 2003 at the cost of $371.00; Dr. Sees was deposed on March 28, 2003 at the cost of $152.50; Dr. Stephen D. Adams was deposed on March 31, 2003 at a cost of $260.96; Dr. Moo Hwang was deposed on March 19, 2003 at the cost of $235.03; Dr. James J. Stark was deposed on September 10, 2003 at a cost of $355.10; Dr. Mark Lippman was deposed on two occasions, on October 1, 2003 and on November 24, 2003 at the total cost of $685.35; Dr. Robert G. Somers was deposed on 10/28/03 at the cost of $331.95; Helen Hodgkins, R.N., was deposed on October 28, 2003 at the cost of $271.05; Dr. David Lee Page was deposed on October 29, 2003 at the cost of $170.10; Dr. Cheryl Naulty was deposed on November 20, 2003 at the cost of $373.50; and Ms. Ona Cates was deposed on November 20, 2003 at the cost of $317.00. The total cost incurred by defendant related to these depositions is $3,523.54.

5. Additional costs for transcription of trial testimony was incurred by the defendant. Dr. Mark Lippman, transcription of trial testimony which was obtained on January 31, 2005 was obtained at the cost of $96.40. In addition, the trial testimony of James Fiorica was obtained at the cost of $264.00.

6. Charges for reproduction of numerous documents, to include documents identified by the defendant as exhibits as well as the copying of medical records for production to counsel were produced at the cost of 20 cents per page for total costs of $523.44. In addition, there were three medical records that were blown up for purposes of argument at trial which were obtained at the cost of $188.53.

197363.1

2

7. Further there were costs incurred for subpoenaing and locating two witnesses. Ona Cates, program manager for the United States government at the time of her deposition in November 2003. She worked at the Alexandria, Virginia branch of the United States government. It was determined that she no longer worked at the facility when service was attempted. Locating fees were incurred to identify the fact that she relocated to South Carolina in an effort to subpoena her to trial. The service and location fees incurred were $230.00. In addition, fees were incurred for serving Dr. Cheryl Naulty, Director in charge of the EFMP program of $205.00. Dr. Naulty was served, however, counsel agreed to utilize her deposition testimony in lieu of personal appearance.

8. Charges for local and foreign travel, postage, telecopier and attorneys' fees are not included in Humana Military Healthcare Services, Inc.'s request for costs.

9. The total cost incurred by this defendant which are sought in this case equal $8,051.09.

10. I hereby certify that each of that each of the expenses listed above was fully reasonable and necessary for the defense of this case which was concluded by the jury finding in favor of defendant Gupta on this issue of liability. The billing invoices for all depositions, service fees and exemplification of documents are available for review, if necessary.

11. I am over the age of 18 and competent to testify to the matters stated herein. The information as stated in this Affidavit is true and accurate to the best of my knowledge, information and belief.

197363.1

_____
Catherine A. Hanrahan

Subscribed and sworn to before me this 2nd day of March 2005.

_____
Notary Public

My Commission Expires: 2/28/07

## Summary of Costs Incurred
## Roosevelt Pollard, et al. v. Raj Gupta, MD, et al
## Civil Case No. WDQ-02-764

| Type of Expense | Paid To | AMT |
|---|---|---|
| Deposition of Veronica Pollard | L.A.D. Reporting Company | $ 286.90<br>$  93.25 |
| Deposition of Sgt. Roosevelt Pollard | Art Miller & Associates | $ 322.75 |
| Deposition of Dr. Leroy Fleming | Art Miller & Associates | $ 326.10 |
| Deposition of Dr. G. Peter Pushkas | Art Miller & Associates | $ 209.15 |
| Deposition of Dr. Arthur McTighe | Art Miller & Associates | $ 207.15 |
| Deposition of Dr. David Dodwell<br>Videotape of Dodwell's Deposition | John Larking Verbatim Reporters<br>CC Productions | $ 507.86<br>$ 150.00 |
| Deposition of Dr. Raj Gupta | L.A.D. Reporting Company | $ 371.00 |
| Deposition transcript of Dr. Raj Gupta | L.A.D. Reporting Company | $ 253.05 |
| Deposition transcript of Dr. Rebecca Zuurbier | Art Miller & Associates | $ 147.75 |
| Deposition transcript of Dr. James J. Stark | L.A.D. Reporting Company | $ 355.10 |
| Deposition transcript of Dr. Robert G. Somers | L.A.D. Reporting Company | $ 331.95 |
| Deposition transcript of Helen Hodgkins | L.A.D. Reporting Company | $ 271.05 |
| Deposition transcript of Dr. David Lee Page | L.A.D. Reporting Company | $ 170.10 |
| Deposition transcript of Dr. Cheryl Naulty | L.A.D. Reporting Company | $ 373.50 |
| Deposition transcript of Ona Cates | L.A.D. Reporting Company | $ 317.00 |
| Deposition transcript of Dr. Stephen Adams | Brown Reporting, Inc. | $ 260.96 |
| Deposition of Dr. Marc Lippman<br>Deposition of Dr. Marc Lippman<br>Videotape of Deposition of Dr. Marc Lippman | L.A.D. Reporting Company<br>L.A.D. Reporting Company<br>Esquire Deposition Services | $ 160.70<br>$ 524.65<br>$  96.40 |
| Deposition transcript of Dr. Gerald Sokol | L.A.D. Reporting Company | $ 197.50 |
| Deposition of Dr. Kenneth J. Fink | L.A.D. Reporting Company | $ 213.22 |
| Deposition transcript of Dr. Sees | Keith & Miller Certified Court Reporters | $ 152.50 |
| Deposition of Dr. James Fiorica | Gail. A. Simpkins, Court Reporter | $ 264.00 |
| Service of Process on Cheryl Naulty, MD | Capitol Process Service, Inc. | $ 230.00 |

DEFENDANT'S EXHIBIT 2

197615.1

| Service of Process on Ona Cates | Capitol Process Service, Inc. | $ 205.00 |
| Outside copying (Copies of Medical Records) | Pro-Legal Services, Inc. | $ 93.30 |
| Outside copying | Pro-Legal Services, Inc. | $ 26.13 |
| Outside copying (Trial Exhibits) | Pro-Legal Services, Inc. | $ 188.53 |
| Outside copying (Copies of Medical Records) | Merrill Copying Services | $ 249.00 |
| Outside copying (Medical Records) | Chartone | $ 72.41 |
| In house copying | | $ 82.60 |
| | **Total** | $8,051.09 |

197615.1