IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, Individually and As Personal Representative of the Estate of Of Veronica Pollard,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>RAJ GUPTA, M.D., *et al.*,<br><br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>:   C.A. No.:  S-02-764 WDQ<br>:<br>:<br>:<br>: |

## ORDER

On February 16, 2005, judgment was entered in favor of the defendants pursuant to jury verdict.  Pursuant to the rules of procedure, counsel for Humana Military Healthcare Services, Inc. filed a Bill of Costs and Memorandum in Support and Affidavit of Counsel verifying necessary and actual expenses pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920 in the amount of  $8,051.09.  Included in defendant's request is sufficient documentation.  Thus, it appearing that the costs itemized in defendant's Bill of Costs and the documents accompanying defendant's Memorandum in Support of Bill of Costs were used in defense of this action, the undersigned shall tax all costs set out therein. Accordingly, costs are hereby awarded in favor of defendant Humana Military Healthcare Services, Inc. and against plaintiff in the amount of $8,051.09.  The Clerk of the Court shall docket, and mail a copy of this Order to all counsel of record, dated this _____ of _____, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Felicia C. Cannon, Clerk,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

197368.1