| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## AFFIDAVIT OF JOAN CERNIGLIA-LOWENSEN

1. I, Joan Cerniglia-Lowensen, am the attorney for Raj R. Gupta, M.D. and Sterling Medical Corporation in the above-captioned action.

2. Attached to this Affidavit is a Summary of the Costs Incurred including Bill of Costs for the transcription of depositions which have been identified as recoverable by the prevailing Defendants, service of process fee and copying charges pursuant to the case law cited in Humana Military Healthcare Services, Inc.'s Memorandum of Law in support of the Bill of Costs.

3. I hereby certify that each of the expenses listed was fully reasonable and necessary for the defense of this case which was concluded by the jury finding in favor of Defendant Gupta on this issue of liability. The billing invoices for all depositions, service fees and exemplification of documents are available for review, if necessary.

4. I am over the age of 18 and competent to testify to the matters stated herein. The information as stated in this Affidavit is true and accurate to the best of my knowledge, information and belief.

*[signature]*

Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800