SUMMARY OF COSTS INCURRED
Roosevelt Pollard, et al v. Raj Gupta, M.D., et al
Civil Case No.: WDQ-02-764

| Type of Expense | Paid To | AMT |
|---|---|---|
| Deposition of David Sees, M.D. | Keith & Miller Certified Court Reporters | $221.10 |
| Deposition of Raj Gupta, M.D. | L.A.D. Reporting Company | $370.90 |
| Deposition of Stephen Adams, M.D. | Brown Reporting Company | $260.97 |
| Deposition of Roosevelt Pollard | Art Miller & Associates | $415.20 |
| Deposition of Moo O. Hwang, M.D. | L.A.D. Reporting Company | $253.10 |
| Deposition of Rebecca Zuurbier, M.D. | Art Miller & Associates | $206.05 |
| Deposition of Leroy Fleming Smith, M.D. | Art Miller & Associates | $424.95 |
| Deposition of G. Peter Pushkas, M.D. | Art Miller & Associates | $361.10 |
| Deposition of Arthur McTighe, M.D. | Art Miller & Associates | $207.15 |
| Deposition of Gerald Sokol, M.D. | L.A.D. Reporting Company | $197.30 |
| Deposition of James Fiorica, M.D. | Esquire Deposition Services | $484.50 |
| Deposition of James Stark, M.D. | L.A.D. Reporting Company | $355.00 |
| Deposition of Marc Lippman, M.D. | L.A.D. Reporting Company | $524.70 |
| Deposition of Marc Lippman, M.D. | L.A.D. Reporting Company | $162.65 |
| Deposition of Marc Lippman, M.D. | Esquire Deposition Services | $716.50 |
| Videotape of deposition of Marc Lippman, M.D. | Esquire Deposition Services | $340.00 |
| Discovery and De Bene Esse Deposition of David Dodwell, M.D. and various Costs of Stenographer | John Larking – Verbatim Reporters | $1,653.43 |
| Videotape of discovery and de bene esse deposition of David Dodwell, M.D. and various charges of videographer | European Video Deposition Agency | $1,979.13 |

| | | |
|---|---|---|
| Deposition of Robert G. Somers, M.D. | L.A.D. Reporting Company | $332.00 |
| Deposition of Helen Marden Hodgkins | L.A.D. Reporting Company | $271.10 |
| Deposition of David Page, M.D. | L.A.D. Reporting Company | $170.05 |
| Deposition of Veronica Pollard | L.A.D. Reporting Company | $169.85 |
| Deposition of Cheryl Naulty, M.D. | L.A.D. Reporting Company | $378.55 |
| Deposition of Ona Cates | L.A.D. Reporting Company | $312.05 |
| Deposition of Kenneth I. Fink, M.D. | Brown Reporting, Inc. | $213.21 |
| Outside copying (medical records) | Medical Copy Service | $304.45 |
| Outside copying (medical records) | Medical Copy Service | $66.13 |
| Outside copying (medical records) | Medical Copy Service | $347.92 |
| Outside copying (medical records) | Medical Copy Service | $412.72 |
| Outside copying (trial materials) | Kinkos | $6.38 |
| Preparation of materials for use at trial | Executive Exhibits, LLC | $647.50 |
| Preparation of materials for use at trial | Executive Exhibits, LLC | $962.50 |
| Non-service fee for attempted service on Helen Hodgkins | Priority Legal Services | $50.00 |
| | **Total** | $13,778.14 |