| | | |
|---|---|---|
| VERONICA POLLARD, et al | * | IN THE |
| Plaintiffs | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| RAJ R. GUPTA, M.D., et al | * | FOR THE |
| Defendants | * | DISTRICT OF MARYLAND |
| | * | CASE NO.: WDQ-02-764 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On February 16, 2005, judgment was entered in favor of the Defendants pursuant to jury verdict. Pursuant to the rules of procedure, counsel for Raj R. Gupta, M.D. and Sterling Medical Corporation filed a Motion for Cost and Affidavit of Counsel verifying necessary and actual expenses pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. §1920 in the amount of $13,778.14. Included in Defendants' request is sufficient documentation. Thus, it appearing that the costs itemized in Defendants' Bill of Costs and the documents accompanying Defendants' Motion for Cost were used in defense of this action, the undersigned shall tax all costs set out therein. Accordingly, costs are hereby awarded in favor of Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation and against Plaintiff in the amount of $13,778.14. The Clerk of the Court shall docket, and mail a copy of this Order to all counsel of record, dated this _____ of _____, 2005.

 

                                                                      _____
                                                                      Felicia C. Cannon, Clerk
                                                                      United States District Court
                                                                      for the District of Maryland