UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| ROOSEVELT POLLARD, <br> as surviving spouse, and as <br> Personal Representative of the ESTATE <br> OF VERONICA POLLARD, deceased <br><br> Plaintiff <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CA No. S02CV764 <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEAL FROM JUDGMENT AND ORDERS OF THE DISTRICT COURT

Notice is hereby given that the plaintiff, Roosevelt Pollard, as surviving spouse and personal representative of the Estate and Next of Kin of Veronica Pollard, deceased, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the following Final Judgment and Orders entered in the District Court for the District of Maryland:

1. June 30, 2004 Order dismissing the United States of America as a party in this case;

2. January 3, 2005 Order denying Plaintiff's Motion to Reconsider or in the Alternative to Vacate the Court's June 30, 2004 Order;

3. Final Judgment entered in this case on February 16, 2005, in favor of defendants Raj Gupta, M.D., Sterling Medical Corporation and Humana Military Healthcare Services, Inc.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:____/s/_____
Lesley S. Zork
Bruce J. Klores
915 15th Street, NW
Washington, D.C. 20005
(202) 628-8100
Co-counsel for Plaintiff

and

LAW OFFICES OF PETER MASCIOLA

____/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby Certify that a copy of the foregoing Notice of Appeal From the Judgment and Orders of the District Court was mailed first class postage prepaid to the following person this 15th day of March, 2005.

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N. W. - 5th Floor
Washington, DC 20005-3105

Joan Cerniglia-Lowensen, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive #404
Hunt Valley, MD 21030

____/s/_____
Lesley S. Zork

1606\notice of appeal.lz