| | | |
|---|---|---|
| ROOSEVELT POLLARD, as surviving spouse, and as Personal Representative of the ESTATE OF VERONICA POLLARD, deceased | * * * | IN THE UNITED STATES DISTRICT COURT |
| Plaintiff | * | FOR THE |
| v. | * | DISTRICT OF MARYLAND |
| RAJ R. GUPTA, M.D., et al | * | CASE NO.: WDQ-02-764 |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF CROSS APPEAL FROM JURY VERDICT

Notice is hereby given that the Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation, hereby cross appeal to the United States Court of Appeals for the Fourth Circuit from the jury verdict entered in the United States District Court for the District of Maryland on the following issues:

1. On February 16, 2005, the jury in the above-captioned matter found, pursuant to a special verdict sheet, that Raj R. Gupta, M.D. and Sterling Medical Corporation deviated from accepted standards of care.

2. That the issue of causation was without sufficient support to be decided by the jury.

Respectfully submitted,

_____
Angus R. Everton, #01797

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive, Suite 404
Hunt Valley, Maryland 21030
410-584-2800

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _17th_ day of _March_, 2005, a copy of the foregoing Notice of Cross Appeal from Jury Verdict on behalf of Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation was mailed postage prepaid to:

Bruce J. Klores, Esquire
Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800