```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                           FILED
                                                      March 23, 2005
                              No. 05-1304
                              CA-02-764


ROOSEVELT POLLARD, as surviving spouse, and as Personal
Representative of the Estate of Veronica Pollard, deceased

          Plaintiff - Appellant

     and

VERONICA POLLARD

          Plaintiff

  v.

UNITED STATES OF AMERICA; RAJ R. GUPTA; STERLING MEDICAL
CORPORATION

          Defendants - Appellees

     and

HUMANA MILITARY HEALTHCARE, INCORPORATED, a/k/a Humana
Incorporated, a/k/a Humana Military Healthcare Services,
Incorporated

          Defendant



                              No. 05-1305
                              CA-02-764


ROOSEVELT POLLARD, as surviving spouse, and as Personal
Representative of the Estate of Veronica Pollard, deceased

          Plaintiff - Appellee

     and

VERONICA POLLARD

          Plaintiff

  v.
```



RAJ R. GUPTA; STERLING MEDICAL CORPORATION

       Defendants - Appellants

       and

UNITED STATES OF AMERICA; HUMANA MILITARY HEALTHCARE, INCORPORATED, a/k/a Humana Incorporated, a/k/a Humana Military Healthcare Services, Incorporated

       Defendants



---------
O R D E R
---------

The Court consolidates these cases for purposes of briefing and oral argument and directs that:

1. Roosevelt Pollard is designated the appellant for purposes of briefing, preparation of the joint appendix, and oral argument;

2. one joint brief shall be permitted per side;

3. the parties on each side shall share the time allowed for oral argument;

4. each side shall notify the Court of the attorney designated as lead counsel within ten days of the date of this order.

                           For the Court - By Direction

                           /s/ Patricia S. Connor
                           _____
                                CLERK