# *FILED SEPARATELY SHEET*

Civil Docket No.  WDQ-02-764

Criminal Docket No.

## *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:
- ☐ Sealed
- ☒ Transcript of Proceedings before the Court on 2/9/05
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☐ Other __

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO.**