# FILED SEPARATELY SHEET

Civil Docket No. WDQ-02-764

Criminal Docket No.

## *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:
- ☐ Sealed
- ☒ Transcript of Proceedings before the Court on 2/7/05, 2/8/05, 2/10/05, 2/11/05, 2/15/05, 2/16/05.
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☐ Other __

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO.**