| | | |
|---|---|---|
| ROOSEVELT POLLARD, as Surviving Spouse, and as Personal Representative of the Estate of VERONICA POLLARD, deceased | * | IN THE |
| | * | UNITED STATES |
| | * | DISTRICT COURT |
| Plaintiff | * | FOR THE |
| v. | * | DISTRICT OF MARYLAND |
| RAJ R. GUPTA, M.D., et al | * | CASE NO.: WDQ-02-764 |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Dear Clerk:

Please take notice and let the record reflect that, <u>effective August 29, 2005</u>, the office address for Joan Cerniglia-Lowensen, Esquire and Morgan Shelsby Carlo Downs & Everton P.A., counsel for the Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation, in the above-captioned case, will be changed to:

**Joan Cerniglia-Lowensen, Esquire**
**MORGAN SHELSBY CARLO DOWNS & EVERTON P.A.**
**Executive Plaza IV**
**11350 McCormick Road**
**Suite 100**
**Hunt Valley, Maryland 21031**
**Telephone:** (410) 584-2800
**Facsimile:** (410) 584-2020
**E-Mail:** jclowensen@morganshelsby.com

Respectfully submitted,

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800
*Attorney for Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2005, a copy of the foregoing Line was mailed, first-class postage prepaid, to:

Lesley S. Zork, Esquire
Bruce J. Klores & Associates
915 Fifteenth Street, N.W.
Third Floor
Washington, D.C. 20005
*Attorney for Plaintiff*

Peter R. Masciola, Esquire
Law Offices of Peter Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004
*Attorney for Plaintiff*

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
1341 G Street, NW, 5th Floor
Washington, D.C. 20005
*Attorney for Defendant, Humana Military Healthcare Services, Inc.*

Larry Adams, Esquire
Assistant United States Attorney
United State Attorney's Office
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
*Attorney for Defendant, United States of America*

_____
Joan Cerniglia-Lowensen, #10747
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, Maryland 21030
410-584-2800
*Attorney for Defendants, Raj R. Gupta, M.D. and Sterling Medical Corporation*