UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 6, 2005

No. 05-1305
CA-02-764

ROOSEVELT POLLARD, as surviving spouse, and as Personal Representative of the Estate of Veronica Pollard, deceased

    Plaintiff - Appellee

    and

VERONICA POLLARD

    Plaintiff

v.

RAJ R. GUPTA; STERLING MEDICAL CORPORATION

    Defendants - Appellants

    and

UNITED STATES OF AMERICA; HUMANA MILITARY HEALTHCARE, INCORPORATED, a/k/a Humana Incorporated, a/k/a Humana Military Healthcare Services, Incorporated

    Defendants

---

O R D E R

---

    Appellants have filed a motion to dismiss, and appellee has filed a response stating no objection.

    The Court dismisses this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

SCANNED

```
                         For the Court - By Direction

                         /s/  Patricia S. Connor
                         _____
                                      CLERK
```

A True Copy, Teste:
Patricia S. Connor, Clerk
BY [signature]
Deputy Clerk