NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

October 6, 2005

**MANDATE**

TO: Clerk, District Court/Agency

FROM: Margaret F. Thomas
      Deputy Clerk

RE: 05-1305 Pollard v. US
    CA-02-764

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 10/6/05.

[ ] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[X] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

cc:  Bruce Jay Klores
     Larry David Adams
     Joan Cerniglia-Lowensen
     Angus Robert Everton
     Catherine Anne Hanrahan

SCANNED