```
                    UNITED STATES COURT OF APPEALS

                         FOR THE FOURTH CIRCUIT
                                                          FILED
                                                    March 27, 2006


                              No. 05-1304
                              CA-02-764


ROOSEVELT POLLARD, as surviving spouse, and as Personal
Representative of the Estate of Veronica Pollard, deceased

          Plaintiff - Appellant


      and

VERONICA POLLARD

          Plaintiff


   v.

UNITED STATES OF AMERICA

          Defendant - Appellee


      and

RAJ R. GUPTA; STERLING MEDICAL CORPORATION; HUMANA MILITARY
HEALTHCARE, INCORPORATED, a/k/a Humana Incorporated, a/k/a
Humana Military Healthcare Services, Incorporated

          Defendants

                              _____

                              O R D E R
                              _____

     Appellant has filed a bill of costs.

     The Court awards $1788.37 in costs.  An itemized statement of
costs is attached to this order.  A certified copy of this order
shall issue to the clerk of the district court for inclusion in this
Court's mandate.

                                   For the Court - By Direction


                                   /s/   Patricia S. Connor
                                   _____
                                           CLERK
```