```
                                                    celTo be filed by:
02/16/06
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
```

Re: 05-1304 Pollard v. US
    CA-02-764

================================================================
            SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.
================================================================
                            BILL OF COSTS

The Clerk is requested to tax the following costs against: [ United States            ]

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | | | CLAIMED | TAXED Court Use |
|---|---|---|---|---|
| Docketing Fee | | | $ 250.00 | $ 250.00 |
| Printing Appendix | [ 571 ] | Pages | 1314.37 | 1314.37 |
| Printing Appellant's Brief | [ 42 ] | Pages | 168.00 | 168.00 |
| Printing Appellee's Brief | [ ] | Pages | | |
| Printing Appellant's Reply Brief | [ 14 ] | Pages | 56.00 | 56.00 |
| | | TOTAL AMOUNT | $ 1788.37 | $ 1788.37 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.    28 U.S.C. § 2412(a)(1)

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

| Date | Signature | (For) Name of Claiming Party |
|---|---|---|
| February 14, 2006 | | Roosevelt Pollard |

### Certificate of Service

I certify that on 2/14/2006 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

Larry D. Adams, Esq.
Office of the United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

                                            Signature

| | | |
|---|---|---|
| It Payment to:<br>Apex Litigation Support, LLC<br>P. BOX 2340<br>Shawnee Mission, Kansas 66201<br>Federal Tax I.D. #: 20-2878700 | **COMPEX**<br>Litigation Support, LLC | INVOICE #:   WA08050033<br>INVOICE DATE:   08/12/2005<br>Attention Accounting:<br>Compex Litigation Support, LLC<br>is formerly OMNIDOX LC |

| Bill To: ACCOUNTS PAYABLE | Washington, D.C. | Ordered By: Robert Graham |
|---|---|---|
| FELDESMAN TUCKER LIEIFER ET AL<br>2001 L STREET NW, STE 200<br>WASHINGTON   DC   20036 | Phone No:  202-822-9355<br>Fax No:  202-822-9420<br>2101 L Street, NW   Suite 100<br>Washington D.C. DC   20037<br>www.compexlit.com | FELDESMAN TUCKER LIEIFER ET AL<br>2001 L STREET NW, STE 200<br>WASHINGTON   DC   20036 |

| Account # | Account Manager | Client Matter | Terms: | Job # |
|---|---|---|---|---|
| WAF148 | Adam Toelkes | 19624-001 | NET 10 | DCA_001505 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 8610.00 | Photocopies - Medium Litigation | 0.140 | 1,205.40 |
| 15.00 | Binding - GBC | 2.500 | 37.50 |

*OK TO PAY RG*

Cx16 - GBC Bound. Picked up 8/7/05. Delivered 8/8/05.

| | |
|---|---|
| Sale Amount | 1,242.90 |
| Sale Tax<br>Tax Rate: 5.750 | 71.47 |
| Shipping | 0.00 |
| Total | 1,314.37 |

**Please Pay From This Invoice:**
This is the only invoice you will receive. It should be routed to your accounting department for payment. Remember to list invoice numbers on all checks.

**No Third Party Billing:**
The signature below confirms the work listed on this invoice has been authorized and received on behalf of the firm listed in the "Bill To" section above and that the firm is responsible for payment within our terms.

Signature: _____

Print Name: _____    Date: _____

# Transactions Listing

Matter ID begins with '19624-001' and Billed and component = cp

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/30/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 36.00 | 0.20 | 7.20 |
| 8/6/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 1,142.00 | 0.20 | 228.40 |
| 8/8/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 861.00 | 0.20 | 172.20 |
| 8/8/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 19.00 | 0.20 | 3.80 |
| | | | Grand Total | 2,058.00 | | 411.60 |

# Transactions Listing

Matter ID begins with '19624-001' and WIP and component = cp

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/8/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 10.00 | 0.20 | 2.00 |
| 8/8/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 1.00 | 0.20 | 0.20 |
| 10/3/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 280.00 | 0.20 | 56.00 |
| 10/3/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 6.00 | 0.20 | 1.20 |
| 10/5/2005 | | 19624-001 / Pollard, Roosevelt<br>Fourth Circuit Appeal<br>Copies | cp | 27.00 | 0.20 | 5.40 |
| | | | Grand Total | 324.00 | | 64.80 |