UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 27, 2006

No. 05-1304
CA-02-764

ROOSEVELT POLLARD, as surviving spouse, and as Personal Representative of the Estate of Veronica Pollard, deceased

    Plaintiff - Appellant

and

VERONICA POLLARD

    Plaintiff

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

and

RAJ R. GUPTA; STERLING MEDICAL CORPORATION; HUMANA MILITARY HEALTHCARE, INCORPORATED, a/k/a Humana Incorporated, a/k/a Humana Military Healthcare Services, Incorporated

    Defendants

---------------

M A N D A T E

---------------

The judgment of this Court, entered 2/2/06, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK

SCANNED