# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 31, 2006

Bruce J. Klores, Esquire
Lesley Zork, Esquire
Bruce J. Klores and Associates
915 15th Street, N.W., Suite 300
Washington, DC 20005

Peter R. Masciola, Esquire
Law Office of Peter R. Masciola
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, DC 20004

Larry D. Adams, Esquire
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21202

      Re: *Roosevelt Pollard, et al. v. United States of America, et al.*
         Civil No. WDQ 02-764

Dear Counsel:

    Please confer and propose a schedule for additional briefing on the issue of the government's liability for Dr. Adams's conduct. As the government bears the burden, it will be required to file the opening brief. Please let me have your proposed schedule within 10 business days.

                                      Very truly yours,

                                      /s/

                                      William D. Quarles, Jr.
                                      United States District Judge