

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *36 South Charles Street* | *410-209-4800* |
| *United States Attorney* | *Fourth Floor* | *TTY/TDD:410-962-4462* |
| | *Baltimore, Maryland 21201* | *410-209-4801* |
| *Larry D. Adams* | | *FAX 410-962-2310* |
| *Assistant United States Attorney* | | *Larry.Adams@usdoj.gov* |

```
                              April 7, 2006

The Honorable William D. Quarles
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re: Pollard v. United States
          Civil No: WDQ 02-764

Dear Judge Quarles:

     Per the Court's letter of March 31, 2006, the parties have
consulted and agreed to the following briefing schedule:

     1.   Government's brief due June 1, 2006
     2.   Plaintiff's opposition due July 14, 2006
     3.   Government's reply due two weeks after plaintiff's
opposition is filed.

                              Very truly yours,

                              Rod J. Rosenstein
                              United States Attorney


                              ___/s/_____
                              Larry D. Adams
                              Assistant United States Attorney
                              Counsel for defendant
                              _____

                              ____/s/_____
                              Bruce J. Klores, Esq.
                              Counsel for Plaintiff
```