IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. WDQ 02-764 |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an extension of time, through and including **June 6, 2006,** to file its motion for summary judgment in the above-captioned case.

1.) The parties previously set in a scheduling order whereby the Defendant's motion for summary judgment would be due June 1, 2006.  Plaintiff's Opposition is currently due July 14, 2006.

2.) Because of the press of other business the United States needs a short extension of five days or until June 6, 2006 to prepare its renewed motion for summary judgment in this case.

3.) Counsel for Plaintiff, Bruce J. Klores, Esq., was contracted on May 26, 2006, and has graciously consented to this motion for an extension of time until June 6, 2006.

WHEREFORE, based on the foregoing, Defendant respectfully requests that it be permitted until **June 6, 2006**, to file its motion for summary judgment.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


By:_____/s/_____
    Larry D. Adams, Bar No. 03118
    Assistant United States Attorney
    26 S. Charles Street, 4th Floor
    Baltimore, Maryland 21201
    Tel.  410-209-4801
    Fax. 410-962-9947


## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of May, 2006, the foregoing Unopposed Motion for Extension of Time to File Motion for Summary Judgment was filed electronically and thus sent to counsel for plaintiff:

    Bruce J. Klores, Esq.
    Bruce J. Klores, and Associates
    915 15th Street, N.W., Third Floor
    Washington, D.C. 20005


      _____/s/_____
      Larry D. Adams
      Assistant United States Attorney