# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | } |
| UNITED STATES OF AMERICA, | )   Civil No WDQ 02-764 |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File Motion for Summary Judgment, and for good cause shown, it is ORDERED that Defendant's Motion for Extension of time to File Motion for Summary Judgment be, and the same hereby is, GRANTED;

And, It is further ORDERED that Defendant has until **June 6, 2006,** to file its Motion for Summary Judgment in this case.

**SO ORDERED,** this _____ day of _____, 2006.

BY THE COURT:

_____
William D. Quarles
United States District Judge