**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ROOSEVELT POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. WDQ 02-764 |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an extension of time, through and including **June 8, 2006,** to file its motion for summary judgment in the above-captioned case.

1.) The parties previously set in a scheduling order whereby the Defendant's motion for summary judgment would have been due June 1, 2006. Plaintiff's Opposition is currently due July 14, 2006.

2.) On May 30, 2006, the undersigned counsel requested and was granted an extension of time until June 6, 2006 to file a motion for summary judgment.

3.) Unfortunately, due the press of other business and the unexpected absence due to illness of the undersigned attorney's legal secretary, the United States needs another short extension of two days or until June 8, 2006 to prepare its renewed motion for summary judgment in this case.

4.) Counsel for Plaintiff, Bruce J. Klores, Esq., was contacted on June 6, 2006, and a voice mail message left concerning this motion for an extension of time until June 8, 2006. As of the time of the filing of this motion, no response had been received.

WHEREFORE, based on the foregoing, Defendant respectfully requests that it be permitted until **June 8, 2006**, to file its motion for summary judgment.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
Larry D. Adams, Bar No. 03118
Assistant United States Attorney
26 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Tel. 410-209-4801
Fax. 410-962-9947

CERTIFICATE OF SERVICE

This is to certify that on this 6th day of June, 2006, the foregoing Motion for Extension of Time to File Motion for Summary Judgment was filed electronically and thus sent to counsel for plaintiff:

Bruce J. Klores, Esq.
Bruce J. Klores, and Associates
915 15th Street, N.W., Third Floor
Washington, D.C. 20005


_____/s/_____
Larry D. Adams
Assistant United States Attorney