IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. WDQ 02-CV-764 |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

...oOo...

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW THE DEFENDANT, the United States of America, by and through the United States Attorney for the District of Maryland, and pursuant to Rules 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to grant summary judgment in its favor  In support of this motion, the Defendant submits the attached memorandum of law.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
Larry D. Adams, Bar No. 03118
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800