# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA POLLARD, et al.,

    Plaintiffs,

        v                            )    Case No.: WDQ-02-00764
                                )
HUMANA MILITARY HEALTHCARE,   )
SERVICES, INC., et al.

    Defendants.

                         _____FILED _____ENTERED
                         _____LODGED _____RECEIVED

**VERDICT FORM**        FEB 1 6 2005

                         AT BALTIMORE
                         CLERK U.S. DISTRICT COURT
                BY  DISTRICT OF MARYLAND
                                  DEPUTY

1    Do you find that Dr. Gupta failed to comply with the standard of care in his treatment of Mrs. Pollard?

      ___✓___ No:

    If yes, continue. If you have answered "no," stop here and return a verdict for the defendants.

2    Do you find that Dr. Gupta's failure to comply with the standard of care was a proximate cause of Mrs. Pollard's damages and death?

    Yes: _____    No: ___✓___

    If yes, continue. If you have answered "no," stop here and return a verdict for the defendants.

3    Do you find that Dr. Gupta was an employee or agent of Humana Military Healthcare Services, Inc.?

                           No:

Whether or not you have answered "yes" to No.3, continue:

4. Do you find that Mrs. Pollard was negligent?

> **No:**

5. If you answered "yes" to No. 4, what percentage of negligence do you find was attributable to the plaintiff?

> _____ %

6. Was Mrs. Pollard's negligence a proximate cause of her death?

> _____   **No:**

7. In what amount, if any, do you award damages for:

> A. Veronica Pollard's physical pain and suffering and mental anguish
> $_____
>
> B. The Full Value of Veronica Pollard's life including:
>
> > (i) economic damages (lost income, potential lifetime earnings and services) $_____
> > (ii) non-economic damages (loss of her guidance, example, comfort, care, counsel and support) $_____

The Jury Foreperson should sign this form below and return it to the Court.

2/16/05
Date

_[signature]_
Jury Foreperson