# EXHIBIT 3

```
Printed: 14 Dec 1998
ONCOLOGY RESOURCE
REF:
RGN:
INSURANCE YES/NO:

BP: 147/9C  PULSE: 64    RESP:     TEMP: 97²  HT:       WT: 169  AGE:
=================================================================
ALLERGIES:
```

Here for f/u.

ER ⊖
PR ⊖
Her 2 pending

ADDITIONAL COMMENTS: Explained to patient that she has had a 'favourable prognosis' Ca breast, but the fact that she had a palpable, receptor neg, (premenopausal) Ca breast makes me lean towards offering adj. chemo. (Some oncologists may feel that adj. chemo is not indicated for this patient). I would also recommend XRT to breast and tamoxifen 10 mg PO BID for 5 yrs for prevention of a new breast cancer.

Pt plans to move to England next week. Will give her copy of pertinent records.

R. Gupta MD

POLLARD, VERONICA L-PRIME
19 Apr 1955  FEMALE
Spon: POLLARD, ROOSEVELT
US
Unit: 0365 SC CO
Rank: SGT
RN: RLOHC
EISENHOWER ARMY M