# EXHIBIT 8

US COURTS DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Case No. WDQ-02-764

VERONICA POLLARD, ET AL

v.

UNITED STATES OF AMERICA

Deposition of:
DR. CECILY QUINN

taken at the Offices of: Regus, Dublin

on:

8TH OCTOBER 2003

commencing at:   5.10pm

I hereby certify the following to be a true and accurate transcript of my shorthand notes of the above named proceedings.

*P. Callaghan* (signature)

---

**COPYRIGHT**
Transcripts are the work of the shorthand writer and they must not be printed, photocopied, electronically transmitted or reproduced in any manner or supplied or loaned by an appellant to a respondent or to any other party without written permission from the shorthand writer.

DOYLE COURT REPORTERS LIMITED,
2, ARRAN QUAY, DUBLIN 7.

Tel ................................872 2833
Fax ...............................872 4486
After Hours .....................286 2097
E-mail.......info@doylecourtreporters.com

DEPOSITION OF DR. QUINN – 06/25/03

11

|    |    |    |                                                                           |
|----|----|----|---------------------------------------------------------------------------|
| 1  |    |    | THE WITNESS WAS THEN CROSS-EXAMINED BY MS. ZORK AS FOLLOWS:                |
| 2  | 29 | Q. | Just briefly. In Dr. Adams' report you commented that Dr.                 |
| 3  |    |    | Adams did not include a grade of the tumour in his report                 |
| 4  |    |    | as being one of the differences between yours and his; is                 |
| 5  |    |    | that correct?                                                             |
| 6  |    | A. | Sorry, just a moment now. Yes, he didn't actually say that                |
| 7  |    |    | it was grade 3, but he did say that there was high grade                  |
| 8  |    |    | cytology. And ... yes, I mean he didn't provide an actual                 |
| 9  |    |    | grade 1, 2 or 3, but it is also common for people to refer                |
| 10 |    |    | to tumours as well differentiated, moderately or poorly,                  |
| 11 |    |    | and he did comment that the cytology was high grade. So it                |
| 12 |    |    | is not that dissimilar.                                                   |
| 13 | 30 | Q. | I am sorry, and as you testified earlier, medullary cancers              |
| 14 |    |    | are high grade tumours; is that correct?                                  |
| 15 |    | A. | Well we don't usually grade medullary cancers because they                |
| 16 |    |    | are said to have a better prognosis and if you do apply the               |
| 17 |    |    | grading criteria to medullary carcinomas they will grade as               |
| 18 |    |    | grade 3. So for that reason we tend not to grade medullary                |
| 19 |    |    | carcinoma because they do have a better prognosis than the                |
| 20 |    |    | equivalent grade 3 invasive ductal carcinoma.                             |
| 21 | 31 | Q. | Well I guess my point is if you were to describe the                      |
| 22 |    |    | characteristics of a medullary carcinoma it would sound                   |
| 23 |    |    | very much like the characteristics of a grade 3, poorly                   |
| 24 |    |    | differentiated pleomorphism, wouldn't they?                               |
| 25 |    | A. | Yes.                                                                      |
| 26 |    |    |                                                                           |
| 27 |    |    | MS. HANRAHAN:  Objection.                                                 |
| 28 |    | A. | Sorry.                                                                    |
| 29 |    |    |                                                                           |
| 30 |    |    | MR. ADAMS:  Go ahead.                                                     |

JA376

Doyle Court Reporters Ltd.

DEPOSITION OF DR. QUINN - 08/10/03

12

```
 1    A.    Yes, they would, but that is why one describes and then
 2          decides whether or not it does fulfill the criteria and Dr.
 3          Adams has clearly said that the features are not typical
 4          and remove this from pure medullary.  Similarly, in my
 5          letter, I outlined the similarities but again concluded
 6          that it was not a pure medullary.
 7 32 Q.    And in Dr. Adams final impression that he put at the top he
 8          described it not as a high grade poorly differentiated
 9          tumour but as a tumour with medullary features, a carcinoma
10          with medullary features, and that is very different from
11          your final conclusion in your report?
12
13          MR. ADAMS: Objection.
14
15          MS. HANRAHAN:  Objection.
16
17          MS. CERNIGLIA-LOWENSEN:  Objection.
18
19          MR. ADAMS:   Objection.
20
21          MS. HANRAHAN:  You can answer.
22
23          MR. ADAMS:  You can answer and you can expound.
24    A.    I thought we weren't actually going to discuss Dr. Adams'
25          report, but it is not different to my report.  The
26          morphology in this tumour showed medullary characteristics
27          and I think I have also outlined that in my report.  I said
28          that the tumour shows some features suggestive of medullary
29          but overall did not fulfill the criteria.  And similarly
30          Dr. Adams has described it as infiltrating carcinoma with
```

DJ Court Reporters Ltd.

JA377

DEPOSITION OF DR. QUINN - 08/10/03

13

```
 1              medullary features, but clearly states that it is not
 2              a pure medullary classification.  So that does not have
 3              prognostic significance particularly.
 4
 5   33  Q.     MS. ZORK:  I am sorry to keep coming back to this, but Mr.
 6              Adams opened the door by asking you to comment on your
 7              impressions of Dr. Adams' report.  And I guess what I want,
 8              what I am trying to understand and get at is in your report
 9              you conclude that this is a grade 3 invasive carcinoma.  In
10              Dr. Adams' report he doesn't put that conclusion in there.
11              He describes all of the bad features and in his impression
12              characterises it as a carcinoma with medullary features.
13              And in your view is that, does that report as it is stated
14              and as it is going to an oncologist to be used as, in
15              determining the prognosis and further treatment, would you
16              agree that that is confusing?
17
18              MR. ADAMS:  Objection.
19
20              MS. CERNIGLIA-LOWENSEN:  Objection.
21
22              MS. HANRAHAN:  Objection.
23
24              MR. ADAMS:  Calls for speculation.
25
26              MS. ZORK:  And that it may be confusing?
27
28              MR. ADAMS:  Objection.
29
30              MS. HANRAHAN:  Objection.
```