# EXHIBIT 9

Case 1:02-cv-00764-WDQ    Document 182-6    Filed 06/08/2006    Page 1 of 5

VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.
CONDUCTED ON WEDNESDAY, OCTOBER 29, 2003

1 (Pages 1 to 4)

---

**Page 1**

```
1    IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MARYLAND
2
3    VERONICA POLLARD, et al.,     )
                                    )
4              Plaintiffs,          )
        Vs.                         ) CASE NO.
5                                   ) S-02-CV-764
     THE UNITED STATES OF AMERICA,  )
6                                   )
              Defendant.            )
7                                   )
8
9    VIDEOTELECONFERENCE DEPOSITION OF DAVID LEE PAGE, M.D.
10         Wednesday, October 29, 2003
11             3:35 p.m.
12
13
     Pages: 1 - 54
14
     Job Number: 24-24321
15
     Reported by: Trine M. Mitchell, R.P.R.
16
17
18
19
20
21
22
23
24
25
```

---

**Page 2**

```
1    Appearing For the Plaintiff:
2       LESLEY S. ZORK, ESQUIRE
3       BRUCE J. KLORES & ASSOCIATES
4       915 15th Street, Northwest
5       Washington, D.C.  20005
6       Via teleconferencing
7    Appearing For the United States of America:
8       LARRY D. ADAMS, ESQUIRE
9       U.S. DEPARTMENT OF JUSTICE
10      101 West Lombard Street
11      Baltimore, Maryland  21201
12
13   Appearing For Dr. Raj Gupta:
14      JOAN CERNIGLIA-LOWENSEN, ESQUIRE
15      MORGAN, SHELSBY, CARLO, DOWNS & EVERTON
16      4 North Park Drive, Suite 404
17      Hunt Valley, Maryland  21030
18      Via teleconferencing on phone
19
20   Appearing For Humana Military Health Care:
21      CATHERINE A. HANRAHAN, ESQUIRE
22      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
23      1341 G Street, Northwest, 5th Floor
24      Washington, D.C.  20005-3105
25      Via teleconferencing
```

---

**Page 3**

```
1                  I N D E X
2    WITNESS: DAVID LEE PAGE
3              INDEX OF EXAMINATIONS
4                                    Page
5    By Ms. Zork ..................    4
6    By Mr. Adams .................   49
7    By Ms. Zork ..................   51
8
9
10             E X H I B I T S
11              NONE MARKED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
1          The deposition of DAVID LEE PAGE,
2    M.D., taken on behalf of the Plaintiff, on
3    October 29th, 2003, at Vanderbilt University,
4    1919 21st Avenue, South, Light Hall, Room 208,
5    Nashville, Tennessee, for all purposes under
6    the Federal Rules of Civil Procedure.
7          The formalities as to notice,
8    caption, certificate, et cetera, are waived.
9    All objections, except as to the form of the
10   questions, are reserved to the hearing.
11         It is agreed that Trine M. Mitchell,
12   R.P.R., being a Notary Public and Court
13   Reporter for the State of Tennessee, may swear
14   the witness, and that the reading and signing
15   of the completed deposition by the witness are
16   waived.
17
18
19              * * *
20
21         DAVID LEE PAGE, M.D.,
22
23   was called as a witness, and after having been
24   first duly sworn, testified as follows:
25
```

Case 1:02-cv-00764-WDQ   Document 182-6   Filed 06/08/2006   Page 3 of 5
Case 1:02-cv-00764-WDQ   Document 104-4   Filed 12/21/2004   Page 3 of 4

7 (Pages 25 to 28)

**Page 25**

1 actually have. So that's what that document
2 says.
3 Q. Now, what would be the purpose, what
4 would you be conveying in terms of prognosis by
5 using the term medullary, and then saying but
6 it's atypical medullary? Explain that to me.
7 A. In as specific terms as I'm capable of,
8 it's difficult to diagnose a pure medullary
9 carcinoma. Many of us recognize it as being
10 very difficult and are reticent to make that
11 diagnosis, because it means slightly different
12 things to different clinicians.
13     That's not relevant in this case,
14 because that diagnosis was not made.
15     But if you say a tumor is high grade
16 and that it's like medullary, but not a pure
17 medullary, that's a clear message to folks who
18 understand breast cancer, that this is a high
19 grade cancer with the attendant poor prognosis
20 that high grade indicates, even in smaller
21 tumors in young women.
22 Q. If you could, I guess, describe for
23 me -- well, first of all, can you look at the
24 report from -- that was written by Dr. Adams
25 from the October 14th biopsy, his study of

**Page 26**

1 those specimens, and indicate to me or point
2 out to me where he has described the grade of
3 the tumor?
4 A. The diagnosis is infiltrating carcinoma
5 with medullary features. To me, that's a clear
6 statement that a medullary carcinoma is
7 mimicked, but it isn't a pure medullary
8 carcinoma. It's the same phrase we use.
9     And then he has a comment that says,
10 the neoplasm is well circumscribed. It's a
11 descriptor, which goes along with medullary or
12 almost medullary carcinomas.
13     He talks with the lymphoid infiltrate.
14 He says, there's a high grade cytologic feature
15 and features of medullary carcinoma.
16     Then he talks about nodals and
17 necrosis, and says, it's not typical of
18 medullary, and, thus, should be removed from
19 the pure medullary classification.
20     The rest of the information is,
21 perhaps, relevant. He has stated -- and this
22 is something that pathologists, perhaps, should
23 do, many don't do. He's gone ahead to say that
24 the AJCC staging is T1B.
25     Now, T1B is greater than five

**Page 27**

1 millimeters and less than 10 millimeters. So
2 he's placed this tumor in the category, as I've
3 said, between greater than five millimeters and
4 equal to or less than 10 millimeters, which is
5 exactly what I would have done at nine
6 millimeters.
7     So he must have thought, when he made
8 that designation, that it was greater than five
9 millimeters, because five millimeters or less
10 should be called T1A.
11     I'm not sure how that happened, but,
12 again, his summary statement here is correct.
13 It's T1B. Not larger then a centimeter, but
14 larger than five millimeters.
15 Q. The TMM designation, that is -- that
16 goes to the staging of the tumor?
17 A. Yes.
18 Q. And that is -- but that's separate than
19 the grading of the tumor?
20 A. Yes, it is.
21 Q. Okay. So grading of the tumor goes to
22 the histologic makeup of the tumor; is that
23 correct?
24 A. And is a measure that most of us have
25 been lecturing about since about 1990, is more

**Page 28**

1 important than the size or minimal lymph node
2 status.
3 Q. I believe you began by saying that in
4 your review of the slides, that you would have
5 scored this as a three, three, three --
6 A. Yes.
7 Q. -- on the grading system that you
8 talked about in your publications --
9 A. Yes.
10 Q. -- where you took at the tubules and
11 the --
12 A. Nuclei.
13 Q. -- nuclei and the mitoses.
14 A. Yes, that's right.
15 Q. So three, three, three, would be the
16 highest grade that you would give a tumor --
17 A. Yes.
18 Q. -- is that correct?
19 A. Yes.
20 Q. What in this report identifies that
21 this tumor has a three, three, three?
22 A. Well, I started by saying, whether it's
23 mandatory standard of care that that system be
24 used I think is questionable, because it is not
25 routinely used by even some very highly

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY COMPANY
(202) 861-3410   (301) 762-8282   (410) 539-3664   (703) 288-0026   (800) 292-4789

JA380

Case 1:02-cv-00764-WDQ   Document 182-6   Filed 06/08/2006   Page 4 of 5
Case 1:02-cv-00764-WDQ   Document 104-4   Filed 12/21/2004   Page 4 of 4

CONDUCTED ON WEDNESDAY, OCTOBER 29, 2003

10 (Pages 37 to 40)

**37**

1  measurements.
2       It's been confirmed by putting a ruler
3  under the microscopic stage and making sure
4  what those measurements are.
5  Q.   Okay. Earlier you said, and I -- I'm
6  not sure I understood it, but I -- hopefully,
7  I'll be able to ask it in a well enough way
8  that you'll remember.
9       You said something about the HER2/neu
10 studies, and that those weren't so much
11 prognostic indicators, but told you something
12 about treatment.
13 A.   That's correct.
14 Q.   What does it tell you about treatment?
15 A.   Well, I think that the medication is
16 called Trastuzmab, or something at the present
17 time, but it's related to the HER2/neu protein
18 and its presence in the tumor.
19      If the cancer has that trans membrane
20 protein present in a positive degree, we have
21 different ways of reporting it. Usually, we
22 go, one, two, three plus, and we have
23 guidelines for that. Three plus means that
24 that particular agent may well be efficacious
25 in that particular patient and, therefore, it's

**38**

1  what's called a treatment marker, instead of a
2  prognostic marker.
3       There is no utility for many -- some
4  people believe it has some prognostic
5  importance, but it's minimal.
6  Q.   Getting back to what you said, that you
7  and other of your colleagues have been urging a
8  uniform grading system for pathologists for
9  breast cancer, and that there still doesn't
10 seem to be one -- is that correct?
11 A.   Well, I, usually, look at the glass
12 being half full. More than half the
13 pathologists in the country, I believe, are
14 using the system. Others are not.
15 Q.   Now, of the people who aren't using the
16 particular grading system that you've
17 described, are they using any kind of grading
18 system, or some alternative kind of grading
19 system that --
20 A.   Yes. Like the one --
21 Q.   -- that has or gives prognostic
22 information?
23 A.   There are several different ways of
24 doing it. We have encouraged pathologists to
25 stop using low grade, intermediate grade, high

**39**

1  grade without specifying what system is being
2  used.
3       That's what this pathologist did, but
4  this pathologist did say high grade, and it is
5  high grade. So I would have expected the
6  clinicians to so accept this report.
7  Q.   Now, the implications for high grade,
8  and I believe you touched on this earlier,
9  means that the cancer has a propensity, and
10 that wasn't your word, for metastasis?
11 A.   That is correct.
12 Q.   And in the setting of a patient, such
13 as Mrs. Pollard, who has a small tumor and is
14 node negative, then the grading of the cancer
15 becomes an important factor in determining
16 whether or not this patient should have
17 adjuvant treatment?
18 A.   Yes.
19 Q.   And for patients who have a high grade
20 tumor, those patients stand to benefit the most
21 from adjuvant treatment?
22      MS. HANRAHAN: Objection.
23      MR. ADAMS: You may answer, if you
24 can.
25      THE WITNESS: Yeah. It is my

**40**

1  belief and understanding that high grade tumors
2  are more likely to benefit.
3       However, I need to say here that
4  those decisions are very much between
5  clinicians and patients, and that most
6  clinicians believe that any young woman
7  benefits from chemotherapy.
8       So even the low grade cases of
9  women, certainly in the age group under 40, if
10 not under 45, are, usually, encouraged to take
11 chemotherapy.
12 BY MS. ZORK:
13 Q.   And then, in addition to histologic
14 grading, I believe, you also touched on there
15 are -- the studies for estrogen receptors.
16      Have those been demonstrated to be
17 prognostic indicators with respect to the
18 likelihood of recurrence for metastasis?
19 A.   Well, in a way, yes.
20      Let me try to explain.
21 Q.   Okay.
22 A.   Estrogen receptor is usually negative
23 in young women's tumors, and it's usually
24 positive in post-menopausal breast cancer
25 tumors. But it's done because it not only has

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY COMPANY
(202) 861-3410  (301) 762-8282  (410) 539-3664  (703) 288-0026  (800) 292-4789

JA381

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA POLLARD, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL NO. WDQ 02-CV-764 |
| United States of America, et al. | : | |
| Defendants. | : | |

...oOo...

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Defendant, United States of America, by Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, submits the following Memorandum of Law in Support of Defendant United States' Motion for Summary Judgment.

## I. INTRODUCTION

This case involves allegations of medical malpractice brought by plaintiffs, Army Staff Sergeant ("SSG.") Roosevelt Pollard and his wife, Veronica Pollard, in connection with the treatment of Mrs. Pollard's breast cancer beginning in October 1998.

In July 2002, the United States initially sought to dismiss plaintiff's allegations against the United States for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) on two grounds. Those grounds still remain. First is the issue of the Government's sovereign immunity as articulated in the Federal Tort Claims Act ("FTCA") 28 U.S.C. § 1346(b), 2871 et seq. which does not extend jurisdiction to negligence claims regarding the actions of an independent contractor. Specifically, Dr. Raj Gupta, provided oncology services to Veronica Pollard at the Dwight David Eisenhower Army Medical Center ("Eisenhower" or "DDEAMC"), at Ft. Gordon, Georgia. These