**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

VERONICA POLLARD, *et al.,*                       *
                                                  *
       **Plaintiffs**                    *
                                                  *
    v.                                          *   **Civil No.: WDQ-02-00764**
                                                  *
UNITED STATES OF AMERICA,
                                                  *
                                                  *
      **Defendants.**                   *

       .....o0o.....

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 2, 4, 5, 6, 7, 10 and 11 which are attachments to Defendants' Motion for Summary Judgment,  exists only in paper format and if scanned will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


        /s/
Larry Adams
Assistant United States Attorney
36 South Charles Street
 4th Floor
Baltimore, MD 21201
410-209-4800