IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROOSEVELT POLLARD, et al.,      )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
UNITED STATES OF AMERICA,       )   Civil No. WDQ 02-764
                                )
                                )
Defendant.                      )
                                )

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through counsel, Bruce J. Klores and Bruce J. Klores & Associates, P.C. respectfully moves for an extension of time, through and including **August 11, 2006**, to file its opposition to defendant's motion for summary judgment in the above-captioned case.

1.    The parties previously established a scheduling order whereby the plaintiff's opposition to the defendant's motion for summary judgment would be due on July 14, 2006, based on the understanding that defendant's motion would be filed on June 1, 2006. Defendant asked for multiple extensions of the date that its motion for summary judgment was due, to which plaintiff consented. Defendant's motion was ultimately filed on June 8, 2006.

2.    Because of the press of other business, Plaintiff is requesting an extension until **August 11, 2006** to prepare his opposition.

3.  Counsel for defendant United States of America, Larry D. Adams, Esquire, was contacted on June 13, 2006, and graciously consented to this request for an extension of time to oppose defendant's motion until August 11, 2006.

WHEREFORE, based on the foregoing, plaintiff respectfully requests that he be permitted until **August 11, 2006**, to file his opposition to defendant's motion for summary judgment.

Respectively submitted,

Bruce J. Klores & Associates, P.C.

By_____/s/_____
Bruce J. Klores, Esquire - #03320
1735 20th Street, N.W.
Washington, DC 20009
202-628-8100
Fax:202-628-1240
office@klores.com

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of June, 2006, the foregoing Unopposed Motion for Extension of Time to File Opposition to Motion for Summary Judgment was filed electronically, and thus, sent to defense counsel:

Larry D. Adams, Bar No. 03118
Assistant United States Attorney
26 S. Charles Street, 4th Floor
Baltimore, Maryland 21201

_____/s/_____
Bruce J. Klores

1606/ext.time