IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil No. WDQ 02-764 |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File an Opposition to Defendant's Motion for Summary Judgment, and for good cause shown, it is ORDERED that plaintiff's motion be, and the same hereby is, GRANTED;

And, it is further ORDERED that Plaintiff has until **August 11, 2006,** to file his Opposition to Motion for Summary Judgment in this case.

**SO ORDERED,** this _____ day of _____, 2006.

BY THE COURT:

_____
William D. Quarles
United States District Judge

1606/ext.time.order