IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. WDQ 02-CV-764 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PRAECIPE ENTERING THE APPEARANCE OF CO-COUNSEL SCOTT PERRY AND WITHDRAWING APPEARANCE OF CO-COUNSEL LESLEY ZORK**

Pursuant to Local Rule 101.1 (a) of this Court, Scott M. Perry, Esquire, a member in good standing of the bar of this Court, respectfully asks the Clerk to enter his appearance in the above captioned case as counsel for the Plaintiffs and enter his e-mail onto the electronic filing list serve (smp@klores.com).

The Clerk will please withdraw the appearance of Lesley S. Zork, Esquire, as counsel for the plaintiffs in this case. Pursuant to Local Rule 101.2 (a) appearance of counsel may be withdrawn if appearance of other counsel has been entered. Scott M. Perry shall be entered and Lesley S. Zork shall be withdrawn from this case as well as removed from the electronic filing list serve. The law firm of Bruce J. Klores & Associates, P.C., remains as counsel for the plaintiffs, along with Bruce J. Klores.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By: ____/s/_____
Bruce J. Klores
Scott M. Perry
1735 20th Street, N.W.
Washington, D.C. 20009
(202) 628-8100

Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

_____/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I Herby Certify that a copy of the foregoing Praecipe was electronically filed this 23rd day of June 2006:

Larry D. Adams
Assistant United States Attorney
36 South Charles s Street, 4th Floor
Baltimore, Maryland 21201
410-209-4800

_____/s/_____
Scott M. Perry

1606/add.smp