# VERONICA POLLARD VS. UNITED STATES OF AMERICA

## DEPOSITION OF ARTHUR H. MCTIGHE, M.D.

ART MILLER & ASSOCIATES
PHONE: 410-367-3838
FAX: 410-367-3883
www.artmiller.com

Page 33

1   are no opinions. It's not a report exactly.
2   These are just notes that I took as I reviewed
3   the record and as I reviewed the depositions.
4   Q.  But these are notes that you're relying
5   upon to give your testimony today; correct?
6   A.  Yes.
7       MR. ADAMS: I would ask counsel to have a
8   copy of that.
9       MS. ZORK: Sure.
10  Q.  Based on your review of the material that
11  we've outlined have you reached a medical
12  opinion as regards the pathology that was
13  conducted in this case?
14  A.  Yes.
15  Q.  What opinions have you reached?
16  A.  The initial biopsy that was reviewed by
17  Dr. Adams was collected in a timely fashion. It
18  was obtained only a short time after the patient
19  noticed this lesion by self breast examination,
20  but after that a number of problems occurred.
21      I think that the report by Dr. Adams

Page 34

1   departs from the standard of care for a
2   pathologist. It misstates some things. It
3   misses some things. It has a diagnosis that I
4   think was confusing, and some very important
5   ancillary studies were not promptly performed.
6   Q.  Well, let's go into each of those details.
7   You say that there were some misstatements in
8   Dr. Adams' report.
9   A.  Yes.
10  Q.  What are you referring to?
11  A.  Well, the diagnosis that he gave was
12  carcinoma with medullary features, and I think
13  that that diagnosis misled a lot of people.
14  What does that mean? What does carcinoma with
15  medullary features mean? There is a medullary
16  carcinoma that pathologists recognize. There is
17  another entity that people call atypical
18  medullary carcinoma.
19      Atypical medullary carcinoma does not have
20  a behavior that is any different than ordinary
21  infiltrating adenocarcinoma. It's a condition

Page 35

1   that is a noncondition. It may masquerade a bit
2   as medullary carcinoma because it shares some
3   features with medullary carcinoma, but when
4   pathologists and clinicians see atypical
5   medullary carcinoma, they know that that is not
6   medullary carcinoma. They know that medullary
7   carcinoma is medullary carcinoma if that's the
8   diagnosis, but what does carcinoma with
9   medullary features -- what does that mean?
10      I think that it may have been used to
11  indicate that it was atypical medullary
12  carcinoma, but I think the way it was stated it
13  was confusing.
14  Q.  Let me ask you this: How does that
15  violate any particular guideline or medical
16  directive?
17  A.  Because the medullary carcinoma has a
18  relatively favorable prognosis, and it is a
19  carcinoma that we report to clinicians and the
20  clinicians and their patients take heart because
21  that has a favorable prognosis. So to state a

Page 36

1   diagnosis in a way that suggests that the tumor
2   may be medullary carcinoma is misleading.
3   Q.  But I ask you again what particular
4   guideline or medical directive does that
5   violate?
6   A.  I don't think I understand your question.
7   Q.  Is there any particular authority,
8   treatise, textbook, medical directive which you
9   are using as a guideline that you can say this
10  particular passage shows that you shouldn't use
11  the term medullary features or atypical
12  medullary?
13  A.  There is a consensus conference on breast
14  cancer that was convened by the College of
15  American Pathologists I believe in the year
16  2000, and that's reported in the Archives of
17  Pathology. This issue is discussed there, and
18  the issue of atypical medullary carcinoma versus
19  medullary carcinoma also is discussed in Paul
20  Peter Rosen's textbook on breast cancer. That's
21  a text that many of us use.

9 (Pages 33 to 36)

Page 37

1    The AJCC, the American Joint Cancer
2 Committee, also has standards for staging of
3 cancer, for reporting of cancer, the features in
4 the pathology report that ought to be mentioned
5 to be of use in properly staging and treating
6 patients with cancer.
7    So those are the sources that I rely on.
8 Q.  What other opinions do you have with
9 regard to the report that Dr. Adams fashioned?
10 A.  Dr. Adams said that the tumor extended
11 near, but not to the margin. I disagree with
12 that. It extended to the margin. He also
13 apparently measured the tumor in the gross, but
14 not on the microscopic slide. In the gross he
15 stated that the tumor measured 0.5 cm. in
16 diameter. In the microscopic slide it's double
17 that, and he didn't add that to the report.
18    He also doesn't give the histologic
19 grading in a fashion that is suggested in a
20 number of these sources. There is a grading of
21 breast cancers that pathologists use that

Page 38

1 involves determination of the percentage of the
2 tumor that is composed of tubules. Tubules are
3 hollow, differentiated structures, and if that
4 percentage is more than 75%, then that is scored
5 as a 1. If it's between 10 and 75 percent,
6 that's scored as a 2. If it's less than 10%,
7 it's scored as a 3. In Miss Pollard's tumor
8 it's a zero, so that would be scored as a 3.
9    The next feature that we use in histologic
10 grading is the nuclear morphology. If the
11 nuclei are relatively uniform, we give that a 1;
12 if there is some variation, we give that a 2;
13 and if there is a lot of variation in nuclear
14 size, shape, and morphology, we give that a 3.
15 Miss Pollard's tumor would get a 3 by that
16 criteria.
17    Then we also count the number of mitoses
18 in ten high-powered fields. Those are broken
19 down into three grades, I, II, and III just as
20 the others are, and when you take those three
21 numbers and add them together, the minimum

Page 39

1 possible number that you could arrive at would
2 be a 3. The maximum possible number that you
3 could generate would be a 9.
4    Miss Pollard's tumor is a 9, and tumors
5 that give a score of either 8 or 9 by the method
6 I've described are Grade III. So that should
7 have been in the description. It was not.
8    That has been a standard of pathology for
9 many years. Bloom and Richardson popularized
10 this grading system. It was further endorsed by
11 Fisher and by Elston, and it more recently
12 carries the name of Nottingham. So the
13 Nottingham grade is basically what I've
14 described, although you may see those other
15 names associated with the grading system.
16 Q.  Let me stop you right there. I think
17 you've indicated these features being described
18 by Bloom, Richardson, Fisher, Elston, and
19 Nottingham as how a particular grading system is
20 characterized.
21    Are these in a particular text, the Paul

Page 40

1 Peter Rosen text or some other text that you're
2 referring to, the Joint Cancer Committee? Which
3 one of these are part of a treatise, part of a
4 text?
5 A.  They are in all of those works.
6 Q.  This particular grading system?
7 A.  Yes.
8 Q.  You're saying that was the case in 1998
9 when this exam was done --
10 A.  Yes.
11 Q.  Let me finish.
12    -- by Dr. Adams and by the other
13 healthcare providers at Eisenhower Hospital?
14 A.  Yes.
15 Q.  Where else would you criticize the work
16 that Dr. Adams did?
17 A.  The tumor markers, the estrogen receptors,
18 progesterone receptors, Her 2 Neu, those are
19 very important pieces of information in terms of
20 prognosis, and they should be done automatically
21 and immediately, not nearly two months later.

Page 41

1  So I think that those are the issues as I see
2  them.
3      So the report was misleading, it contained
4  wrong information, and it didn't contain enough
5  information in order for the clinicians to
6  review that report and understand immediately
7  that chemotherapy was an urgent matter.
8  Q.  I think I understand your answer with
9  regard to enough information, but where was it
10 wrong information?
11     MS. ZORK: He said the size and the
12 margins. He already answered.
13 Q.  You can answer it again. Where was it
14 wrong information?
15 A.  The size and the margins. The size was
16 measured in the gross, but not in the
17 microscopic. You take the greater of those two
18 because the maximum tumor diameter is the
19 important number for the prognosis and the
20 grading in the TNM system. Then also the tumor
21 doesn't go close, near the margin; it goes to

Page 42

1  the margin. So those are just incorrect.
2      The other things I would view as sloppy
3  and misleading. Not ordering the receptors
4  until sometime later when others realized that
5  it has not been ordered, that's sloppy.
6  Something fell through the cracks. Then the
7  whole way in which the report is constructed is
8  a misleading report, and it doesn't have the
9  information correctly stated or clearly stated.
10 Q.  Are there any other criticisms you have of
11 any of the pathology reports?
12 A.  Yes. These criticisms that we have been
13 talking about so far concern S98-6429. The
14 other specimen is S98-7003, and this is the
15 specimen that was described by Dr. Huang. This
16 is the lumpectomy specimen.
17     In the lumpectomy specimen there is an
18 area of atypical intraductal hyperplasia that in
19 view of the other pathology that this lady has I
20 would view as ductal carcinoma in situ, and that
21 was not recognized in the pathology report as

Page 43

1  given by Dr. Huang.
2  Q.  Anything else?
3  A.  No.
4  Q.  Based on your review of the documentation
5  and the slides and the criticisms that you have
6  made, can you state to a reasonable degree of
7  medical probability what these failures in the
8  pathology, if they are those, what they caused
9  with regard to the subsequent treatment of Miss
10 Pollard?
11 A.  Yes.
12 Q.  What is that?
13 A.  Well, breast cancer used to be thought of
14 as a locally aggressive disease. The philosophy
15 that Dr. Halstead from Hopkins espoused 100
16 years ago was that it was a locally aggressive
17 disease that you could operate around. You
18 could do a bigger and better mastectomy and get
19 out all of the disease.
20     Since the advent of the work by Dr. Fisher
21 breast cancer is understood to be a disease that

Page 44

1  disseminates early, that the treatment to the
2  breast helps with local control and local
3  recurrence, but to cure a patient you really
4  need to get at the disease that disseminates
5  early. So the critical thing is to diagnose
6  early, which happened here, but also to treat
7  early, which did not happen here.
8  Q.  Let me stop you there. So if I understand
9  your testimony, you're saying despite the
10 sloppiness and the mistakes that were made in
11 the pathology reports in your opinion,
12 nevertheless the correct diagnosis was made
13 early?
14 A.  No.
15 Q.  What are you saying?
16 A.  I'm saying that a diagnosis was made, that
17 the surgeons realized that there was something
18 here that had to be worked up quickly, and they
19 scheduled Miss Pollard for surgery a short time
20 after she discovered this lesion herself. The
21 specimen went to pathology, and that's when the

Page 45

1  chain of events that resulted in this improper
2  care started.
3      So the clinical physicians made a
4  diagnosis of suspicious for cancer and started
5  the train on its track, but then when it got to
6  pathology, it veered off and went on a different
7  course that ultimately I think is the reason
8  that Miss Pollard has the disseminated disease
9  that in fact she has.
10     So what you need to do is not only
11 diagnose early, but treat early because patients
12 like this have thousands of ticking time bombs
13 out in their body, collections of cells in small
14 blood vessels, two cells, four cells, eight
15 cells sitting out in lymphatics and blood
16 vessels scattered all through the body. Some of
17 those probably are the result of the surgery
18 itself. When you take the cancer out, you
19 disturb the lymphatics and the vascularity, so
20 there is the possibility that that can
21 disseminate the tumor.

Page 46

1      Also the tumor may enter the circulation
2  while it's still growing in situ in the woman's
3  breast. But those early micrometastases, those
4  ticking time bombs are just a few cells, and
5  they're amenable to treatment with chemotherapy.
6  The only way you're going to get at those very
7  small groups of cells is with chemotherapy, and
8  that has to be done early.
9  Q. Doctor, do I take it you're going to
10 render an opinion today with regard to the work
11 of the oncologist, Dr. Gupta?
12 A. Well, I'm not an oncologist, and I have
13 never personally treated a lady with breast
14 cancer in the way that Dr. Gupta did. On the
15 other hand, though, I think that the concepts
16 that I've discussed with you are concepts that
17 are part of the general knowledge base of all
18 physicians.
19 Q. I understand that, but that wasn't really
20 my question.
21     Are you going to render an opinion today

Page 47

1  with regard to Dr. Gupta? I take it your answer
2  is no.
3      MS. ZORK: His answer is his answer.
4      MR. ADAMS: I want it to be clarified.
5  That's all. He can clarify it.
6      MS. ZORK: He can clarify. He did answer.
7      MR. ADAMS: He can answer again.
8  A. I thought I had answered that. A number
9  of problems occurred in this case. I think that
10 the pathology report wasn't rendered in a way
11 that made it readily understandable and to
12 convey the urgency that it needed to convey.
13 Dr. Gupta also didn't see this patient until two
14 months later, until December, and then he didn't
15 put in motion a program of chemotherapy that
16 could be relied upon for the patient.
17     So I think that in terms of causation, in
18 terms of what happened to Miss Pollard, I do
19 think that what Dr. Gupta did also is part of
20 why Miss Pollard has the disseminated disease.
21     MR. ADAMS: I don't have any other

Page 48

1  questions right now. Joan, do you want to ask
2  some questions?
3      MS. CERNIGLIA-LOWENSEN: Yes. Doctor, I
4  have a few.
5      EXAMINATION BY MS. CERNIGLIA-LOWENSEN:
6  Q. Doctor, I represent Dr. Gupta. My name is
7  Joan Cerniglia-Lowensen. If at any time I ask
8  you a question that's unclear or if you don't
9  hear me, if you would let me know that, I will
10 be happy to rephrase it. Is that agreeable,
11 sir?
12 A. Yes, ma'am.
13 Q. Doctor, have you ever encountered Dr.
14 Gupta either professionally or personally during
15 your career?
16 A. Not as far as I know.
17 Q. Doctor, do you have any training at all as
18 an oncologist?
19 A. As a medical oncologist?
20 Q. Yes, sir.
21 A. No.

Page 49

1  Q. Have you at any time in your career or in
2  your training been responsible for ordering
3  actual cancer treatment for somebody? And by
4  that I mean chemotherapy, radiation therapy,
5  anything like that.
6  A. I have not personally ordered those
7  treatments, but I think I'm generally familiar
8  with what is done through my reading of the
9  literature and my education.
10 Q. Did you review the letter and the medical
11 chart of Dr. Gupta?
12 A. Yes, ma'am.
13 Q. The recommendations that Dr. Gupta made in
14 his documentation, do you believe that those
15 recommendations were appropriate or do you have
16 an opinion one way or another?
17 A. Can you be more specific?
18 Q. Certainly. Do you agree with the
19 recommendations made by Dr. Gupta concerning
20 that Miss Pollard required radiation therapy and
21 that she was going to require chemotherapy?

Page 50

1  A. Yes, I do agree that she requires both of
2  those, and so Dr. Gupta -- you're referring to a
3  plan that Dr. Gupta put together?
4  Q. Correct.
5  A. Yes. I think that that plan is perfectly
6  fine, but the problem is formulating a plan is
7  one thing. Devising a way of carrying it out is
8  quite another and also communicating to the
9  patient the urgency with which this should be
10 pursued; be on the lookout for this, make sure
11 you take care of that, that sort of advice, that
12 was never given to the patient.
13     So if this plan that exists in the record
14 existed, that's the first step, but then it
15 needs to be implemented.
16 Q. Doctor, do you have an opinion one way or
17 another -- and if do you not, tell me that also
18 -- when Mrs. Pollard was required to begin the
19 plan as laid out by Dr. Gupta?
20 A. I think that she should have begun that
21 plan as soon as possible, and with every day of

Page 51

1  delay her chance of disseminated disease
2  increased. These ticking time bombs that I
3  referred to, these small emboli of tumors
4  sitting out there -- there are thousands of
5  those sitting out there -- those are much more
6  amenable to therapy when therapy is given early.
7  Sometimes therapy is even given before the
8  lumpectomy. Chemotherapy can be given right
9  after the biopsy diagnosis before the lumpectomy
10 is performed, and that gets out these tumor
11 deposits that have been released by the surgery
12 itself and also the tumor deposits that have
13 gotten there through the growth of the tumor
14 even before surgery. You can give chemo at that
15 point, and it will zap these tiny emboli of
16 tumor that have very few cells in them early on.
17     So that can occur before the lumpectomy,
18 and then the radiation can be the last of the
19 treatments, but all of those treatments,
20 radiation included, should be done as quickly as
21 possible.

Page 52

1  Q. Doctor, do you know factually when the
2  referral was made to Dr. Gupta?
3  A. Yes. I think that's in the record.
4  Q. Feel free to refer to anything that you
5  have in front of you.
6  A. Yes. Thank you. I think Dr. Sees
7  requested a consult from Dr. Gupta on the 17th
8  of November 1998.
9  Q. Do you have any criticism of -- and if you
10 don't, tell me that also -- how long of a gap in
11 time there was between the 17th and when Dr.
12 Gupta first saw Miss Pollard?
13 A. A couple of weeks went by. I think Dr.
14 Gupta saw her on or about the 1st of December
15 for the first time.
16 Q. Is that an okay period of time or do you
17 have an opinion whether that length of time
18 deviates from standard of care?
19 A. I don't understand why that had to be two
20 weeks. That could have been quicker. Then when
21 Dr. Gupta saw her at that point, the receptor