```
1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MARYLAND

3

4    VERONICA POLLARD, et al         *

5                       Plaintiffs *
                                            Case No WDQ- 02- 764
6                                   *
     v.
7                                   *
     RAJ R. GUPTA, M.D., et al
8                                   *
                        Defendants
9    _____ *

10
     DISCOVERY DEPOSITION OF DR DAVID JOHN DODWELL
11
     taken at the BUPA Hospital, Leeds, England
12
     on Monday October 6, 2003 at 6.45 pm
13

14   _____

                         Reported by:
15                       Chris Armstrong, ACR, MBIVR
                         John Larking Verbatim Reporters
16                       Temple Chambers, Temple Avenue
                         London EC4Y OHP, England
17

18   _____

19

20

21

22

23

24

25
```

SHEET 12 PAGE 42

### PAGE 42

1  April 21, 1999, a two- page letter.
2      A  Yes, we received that on the
3  26th.
4      Q  Did you review that letter from
5  Dr Quinn?
6      A  Yes.
7      Q  How do you know that you
8  reviewed the letter?
9      A  Because the letter F is written
10 in my handwriting.
11     Q  And F means?
12     A  F means file.
13     Q  Did you take note of any
14 differences between Dr quinn's report that you had
15 received from Dr Gupta?
16     MS HANRAHAN:  Objection.
17     MS CERNIGLIA- LOWENSEN:  Objection.
18     MR ADAMS:  Objection.
19     A  Well, I have no memory.  I just
20 remember if I recorded.  I have no memory of my
21 reaction on receiving this letter from Dr Quinn.
22 This may not be of help to you but I would have
23 reflected on the fact that Dr Quinn felt that this
24 cancer was bigger than had previously been
25 determined and also that the medullary features

+44 20 7404 7464
John Larking European Verbatim Reporters

### PAGE 43

1  which we would agree would be the hallmark, would
2  be a prognostic indicator pushing one towards a
3  more favorable prognosis.  Dr Quinn did not feel
4  there was such a strong feature so I am sure it
5  would have reflected on this letter and this letter
6  means that the prognosis would have been slightly
7  worse than I had originally expected or ascertained
8  when I saw Mrs Pollard on whenever it was.
9      Q  February 18th?
10     A  February 18th.
11     Q  Is there any indication that
12 Mrs Pollard was informed of the results of Dr
13 Quinn's review of the slides?
14     A  No.
15     Q  Can you explain to me why it is
16 Mrs Pollard was not informed about these results?
17     A  Well, I keep saying I can't
18 speak specifically of my memory of my interactions
19 with Mrs Pollard but receiving this letter there is
20 a concern and would have been a concern that the
21 prognosis was slightly less favorable than we had
22 previously ascertained, so the question then that
23 the doctor needs to address is: Should we re-
24 explore treatment options on the basis of this
25 letter?  Now, the problems with doing that are that

+44 20 7404 7464
John Larking European Verbatim Reporters

### PAGE 44

1  it means exposing an individual patient to anxiety
2  and concern and the difficulty that patients
3  perceive when there is a slight conflux of
4  information; if one has considered, if one wished
5  to reconsider the use of adjuvant chemotherapy on
6  the basis of this letter, then not only does one
7  have the difficulty of that discussion and the
8  discrepancy of the pathology reports of Mrs
9  Pollard, but one also has the worsening and the
10 further degradation of the evidence stakes which
11 allows us to discuss the benefits of adjuvant
12 chemotherapy.  So, as with many situations and very
13 common in medicine, the discussion of this letter
14 had the opportunity to do harm in terms of
15 introducing concern and conflict and allow Mrs
16 Pollard to understand that her prognosis was
17 slightly worse, how it is still good but still
18 worse than we had originally thought.  The positive
19 side may have been a discussion about the use of
20 adjuvant chemotherapy in the light of this fresher
21 information but the downside of that is that we are
22 dealing now with a period of time which was very
23 prolonged after original surgery and the evidence
24 base for chemotherapy is much poorer in such
25 circumstances and it would still have been

+44 20 7404 7464
John Larking European Verbatim Reporters

### PAGE 45

1  important to have taken account of Mrs Pollard's
2  views of the issues surrounding chemotherapy which
3  we would have discussed at the previous
4  consultation.  Given all these difficulties and
5  these issues, my view was that re- opening this was
6  not in her interests.
7      Q  Just to follow up on one part
8  of your answer because it had been so long, six
9  months from surgery, you would not have been able
10 to advise Mrs Pollard of what the benefit of
11 chemotherapy would have been at that point?
12     MS HANRAHAN:  Objection as to form.
13     A  Well, there would have been a
14 greater degree of uncertainty.  The benefits of
15 adjuvant chemotherapy are modest and in this
16 situation small and there would have been greater
17 uncertainty about whether even those small benefits
18 could have been realized in these circumstances.
19 That is how I would phrase my answer.
20 BY MS ZORK:
21     Q  Dr Dodwell, I have been
22 provided with correspondence that you have had with
23 primarily Ms Cerniglia- Lowensen and the secretary,
24 the letters and there are also e- mails.  If you
25 could go through this stack for me and tell me if

+44 20 7404 7464
John Larking European Verbatim Reporters