0001

```
 1         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
 2

 3   VERONICA POLLARD, et al.    *

 4           Plaintiffs          *

 5      v.                       *    Civil Action

 6   UNITED STATES OF AMERICA    *    No. S-02-764

 7           Defendant           *

 8       * * * * * * * * * *

 9
10           Pursuant to Notice, the deposition of
11   RAJ R. GUPTA, M.D. was taken on Friday, March 21st,
12   2003, commencing at 1:07 p.m., at the law offices
13   of Morgan, Shelsby, Carlo, Downs & Everton, 4 North
14   Park Drive, Suite 404, Hunt Valley, Maryland
15   21030-1876, before Sharon A. Beaty, Notary Public.
16
17
18
19
20
21
22   Reported by: Sharon A. Beaty, CSR
```

0002

```
 1   APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFFS:
 3       BRUCE J. KLORES, ESQUIRE
         LESLEY ZORK, ESQUIRE
 4       Bruce J. Klores & Associates, P.C.
         915 15th Street N.W., 3rd Floor
 5       Washington, D.C. 20005
         Telephone: 202-628-8100
 6       Fax: 202-628-1240
 7
 8   ON BEHALF OF DEFENDANT
                  UNITED STATES OF AMERICA:
 9
         LARRY D. ADAMS, ESQUIRE
10       U.S. Department of Justice
         United States Courthouse
11       101 West Lombard Street
         Baltimore, Maryland 21201-2692
12       Telephone: 410-209-4801
         Fax: 410-962-2310
13
14   ON BEHALF OF DEFENDANT HUMANA MILITARY
                  HEALTH CARE SYSTEMS, INC.:
15
         CATHERINE A. HANRAHAN, ESQUIRE
16       Wilson, Elser, Moskowitz,
              Edelman & Dicker, LLP
17       The Colorado Building, Suite 500
         1341 G Street N.W., 5th Floor
18       Washington, D.C. 20005
         Telephone: 202-626-7660
19       Fax: 202-628-3606
20
21
22
```

0047
```
 1   by radiation, right?
 2        A    Right.
 3        Q    When you -- tell me how you would
 4   describe to her the type of breast cancer that she
 5   had.
 6        A    I would tell her --
 7        Q    Tell us slowly.
 8        A    I would tell her that her breast cancer
 9   is in an early stage, the tumor is very small, and
10   the smaller the tumor the more favorable it is, the
11   lower the risk of spreading or recurrence.  Her
12   lymph nodes were all negative and that's a good
13   prognostic indicator.  Most of the tumors of this
14   size, that is point five centimeter, are detected
15   by screening mammography and not, and not present
16   as a palpable tumor.  In her case it is somewhat
17   unusual in that regard.  We know that tumors that
18   are this small have a very good prognosis and many
19   times we do not recommend any adjuvant
20   chemotherapy.  Since there is something unusual
21   about her case I would explain to her that I favor
22   giving her chemotherapy.
```

0048
```
 1        Q    What were the unusual things?
 2        A    One was that the tumor was palpable and
 3   was very small, other thing was that her grade was
 4   not grade 1 or it was not a well-differentiated
 5   tumor.
 6        Q    Uh-huh.
 7        A    That's it.
 8        Q    You mentioned that the tumor was .5
 9   centimeters; is that right?
10        A    Correct.
11        Q    And you would have received that
12   information from Dr. Adams, the pathologist, that's
13   who you were relying upon?
14        A    Yes.
15        Q    So your understanding in December, on
16   December 1st is that the tumor was less than one
17   centimeter?
18        A    It was .5 centimeter, Yes.
19        Q    Now, have you seen the records where the
20   tumor was looked at by the pathologists in England?
21        A    No.
22        Q    I assume if the tumor was greater than
```

0049
```
 1  one centimeter, that that would have been an
 2  indication by itself, or not, standing alone, for
 3  adjuvant chemotherapy?
 4          MS. CERNIGLIA-LOWENSEN:  Objection to
 5  form.
 6      Q   In other words, you said that one of
 7  the -- you said that the tumor was .5 centimeters
 8  and that's a good prognosticating sign, right?
 9      A   Right.
10      Q   And then we started talking about the
11  unusual characteristics of her tumor, of her cancer
12  which may lead you to say let's give her
13  chemotherapy, right?
14      A   Right.
15      Q   Is tumor size an indication for
16  chemotherapy by itself?
17      A   Yes.  Most tumors, most of the time
18  tumor more than one centimeter receives some
19  adjuvant treatment.
20      Q   Well, by some adjuvant treatment we're
21  talking about chemotherapy?
22      A   Most of the time, yes.
```

0050
```
 1      Q   So when you decided to offer
 2  chemotherapy, you were deciding to offer
 3  chemotherapy under the assumption that the tumor
 4  was in fact .5 centimeters?
 5      A   Correct.
 6      Q   You mentioned that the tumor was, that
 7  her cancer was in an early stage, right?
 8      A   Correct.
 9      Q   You didn't mention anything about family
10  history in your analysis.  Was her family history
11  of the fact that her sister had died of breast
12  cancer at a young age and that her mother was dying
13  of breast cancer a factor that you determined in
14  your analysis as to whether to offer her
15  chemotherapy?
16      A   No.
17      Q   And why is that?
18      A   When we are looking at the family
19  history we are looking at her increased risk of
20  developing the cancer.  She has already, she
21  already has a cancer, so family history is not
22  contributing any more to her diagnosis, and the
```