## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF MARYLAND
 3  VERONICA POLLARD, et al   :
 4       Plaintiffs     : Civil No.
 5   v.                 : S-02-764
 6  UNITED STATES OF AMERICA  :
 7       Defendant      :
 8       ------------
 9
10
11
12   Videotaped Deposition of VERONICA L. POLLARD
13        Odenton, Maryland
14        Thursday, June 6, 2002      1:50.
15        1:04 p.m. — 4:15 p.m.    hourly minutes
16
17        3 hrs. 11 mins
18
19  Job No.: 1-94
20  Pages: 1 - 121
21  Reported By: Dawn M. Hart, RPR-RMR, Notary Public
```

## Page 2

```
 3   Videotaped deposition of Veronica L. Pollard,
 4  held at the residence of:

 9      Veronica L. Pollard
10      122 Leeds Creek Circle
11      Odenton, Maryland  21113

21      Pursuant to Notice, before Dawn M. Hart,
22  RPR-RMR, Notary Public in and for the State of
23  Maryland.
```

## Page 3

```
          APPEARANCES

ON BEHALF OF THE PLAINTIFFS:
    BRUCE J. KLORES, ESQUIRE
    LESLEY S. ZORK, ESQUIRE
    BRUCE J. KLORES & ASSOCIATES, P.C.
    Suite 300, 915 15th Street, Northwest
    Washington, D.C. 20005
    (202) 628-8100


    PETER R. MASCIOLA, ESQUIRE
    LAW OFFICE OF PETER MASCIOLA
    #603, 601 Indiana Avenue, Northwest
    Washington, D.C. 20004
    (202) 628-5680
```

## Page 4

```
    APPEARANCES (Continued)

ON BEHALF OF THE DEFENDANT:
    LARRY D. ADAMS, ESQUIRE
    UNITED STATES DEPARTMENT OF JUSTICE
    UNITED STATES COURTHOUSE
    101 West Lombard Street
    Baltimore, Maryland  21201-2692
    (410) 209-4801



Videographer: Karl Kaseoru, Video Connections
```

VIDEOTAPED DEPOSITION OF VERONICA L. POLLARD
CONDUCTED ON THURSDAY, JUNE 08, 2006
Case 1:02-cv-00764-WDQ   Document 186-5   Filed 08/11/2006   Page 2 of 2

10 (Pages 37 to 40)

**37**

1 you understood you would be getting concerning your
2 treatment?
3   A   Yes.
4   Q   And what was the recommendation that was
5 given to you sometime in February of 1999 for your
6 cancer?
7   A   Doctor Dodwell told me that the
8 recommendation was that I receive radiation
9 treatment and not chemotherapy.
10  Q   And you went and had your radiation
11 therapy?
12  A   Yes, I went and had the radiation.
13  Q   How many times?
14  A   It was a total of 25 days.
15  Q   Let me back up now and ask you a few
16 questions about October and November and December of
17 1998.
18      Did Doctor Gupta or any other physician
19 at -- in Georgia or any other physician employed by
20 the United States ever sit down and explain to you
21 what your different treatment options were?
22  A   No.
23  Q   Did Doctor Gupta tell you what the risks
24 and benefits of chemotherapy would be?
25  A   No.

**38**

1   Q   Did he tell you that he thought that you
2 should have chemotherapy?
3   A   No.
4   Q   Ever?
5   A   He never mentioned chemotherapy.
6   Q   If Doctor Gupta had discussed with you the
7 risks and benefits of chemotherapy, and if he had
8 told you that he believed that chemotherapy would be
9 beneficial in your case, would you have taken it?
10      MR. ADAMS:  I'm going to object.
11      Go ahead and answer.
12  A   Yes.
13  Q   Any question in your mind?
14  A   No.
15  Q   Why not?
16  A   Because I knew what's going on in the
17 States, I knew how they would treat me in the
18 States.  I was going to a place where I had no
19 knowledge of how their system worked or their
20 doctors.  I was familiar with the system, what was
21 being provided to me.  So if he had told me,
22 Veronica, I want you to take chemotherapy and
23 radiation treatment, then I would have taken it.
24  Q   In the States?
25  A   In the States.

**39**

1   Q   And would you have been permitted to
2 remain in the United States to take that therapy
3 despite the fact that your family had plans to move
4 to England?
5      MR. ADAMS:  Objection.
6   A   Yes.
7   Q   Under what set of circumstances?
8   A   My husband could have went ahead of us and
9 set up housing.  He could have taken the children
10 with him, which would have freed me up to be able to
11 take the treatments.
12  Q   Could he have stayed in the States --
13  A   Sure.
14  Q   -- your husband?
15  A   He could have stayed there.  All he had to
16 do was make a phone call or have the doctor make a
17 phone call to his district manager, his branch
18 manager, and his orders would have been either
19 rescinded or he'd have been placed on hold until
20 another assignment came down.
21  Q   During your discovery deposition you were
22 shown a letter by Doctor -- written by Doctor Gupta?
23  A   Yes.
24  Q   I'm going to show that letter to you now
25 and then we'll have it marked as Plaintiff's Exhibit

**40**

1 No. 1, which is a letter bearing the date of
2 December 16, 1998.
3      Now, when Mr. Adams was questioning you,
4 he asked you to read this into the record, so I'm
5 sure that you remember it, but do you see in that
6 letter where Doctor Gupta says in December of 1998
7 that he recommends chemotherapy for you, Veronica
8 Pollard?
9   A   Yes.  This states the fact that she is
10 premenopausal and that her receptors were negative
11 make me favor recommending adjuvant chemotherapy and
12 with adriamycin and cytoxan for four cycles.
13  Q   If Doctor Gupta had recommended
14 chemotherapy in the matter in which he wrote that in
15 your letter and you had refused, would there be some
16 record of that refusal?
17  A   Yes, it would have been.
18  Q   In what matter?
19  A   In order for me to have gone overseas, my
20 travel would have been disapproved.  Therefore if I
21 had turned down taking the treatment necessary, I
22 would have had to sign a waiver refusing treatment.
23  Q   Was it Doctor Gupta who ultimately cleared
24 you to go overseas?
25  A   Yes.