Page 1

1      IN THE UNITED STATES DISTRICT COURT
2           DISTRICT OF MARYLAND
3
4   VERONICA POLLARD,         :
5   et al.,
6        Plaintiffs      : Civil Action
7   vs.            No. S-02-CV-764
8   UNITED STATES OF AMERICA,:
9   et al.,
10       Defendants      :
11   --------------------
12
13      Deposition of LEROY FLEMING SMITH, JR.,
14   M.D., was taken on Tuesday, June 10, 2003, at
15   5226 Dawes Avenue, Alexandria, Virginia,
16   commencing at 5:20 p.m. before Carol T. Lucic,
17   Notary Public.
18      --------------------
19
20
21   REPORTED BY: Carol T. Lucic

Page 2

1   APPEARANCES:
2      LESLEY S. ZORK, ESQUIRE
3           On behalf of the Plaintiffs
4      LARRY D. ADAMS, ESQUIRE
5           On behalf of the Defendant
6           United States of America
7      JOAN CERNIGLIA-LOWENSEN, ESQUIRE
8           On behalf of the Defendant
9           Raj Gupta, M.D.
10          (via telephone)
11     CATHERINE A. HANRAHAN, ESQUIRE
12          On behalf of the Defendant
13          Humana Military Healthcare
14          Systems, Inc.

Page 3

1           INDEX OF WITNESSES
2   WITNESS                    PAGE
3   LEROY FLEMING SMITH, JR., M.D.
4      By Ms. Cerniglia-Lowensen      4, 108
5      By Ms. Hanrahan                90, 110
6      By Mr. Adams                   110
7
8           INDEX OF EXHIBITS
9   EXHIBIT                    PAGE
10  No. 1   Curriculum vitae       4
11  No. 2   Handwritten notes      27
12  No. 3   Handwritten notes      27
13
14
15
16
17
18
19
20
21       (Exhibits attached.)

Page 4

1       (Whereupon curriculum vitae was marked as
2   Deposition Exhibit No. 1.)
3   Thereupon --
4       LEROY FLEMING SMITH, JR., M.D.,
5   a Witness, called for oral examination by
6   counsel for the Defendants, having declared and
7   affirmed under the penalties of perjury to tell
8   the truth, was examined and testified as
9   follows:
10      EXAMINATION BY MS. CERNIGLIA-LOWENSEN
11  Q.   Good afternoon, Dr. Smith. My name is
12  Joan Cerniglia-Lowensen. I'm here today
13  representing Dr. Raj Gupta in a matter that has
14  been brought against him by the Pollards, and
15  you have been identified as an expert witness in
16  this case.
17      Is that your understanding as to why
18  you're here, sir?
19  A.   Yes.
20  Q.   Dr. Smith, you previously gave your full
21  name. Can you do that again on the record,

Page 29

1  Q. Dr. Smith, is there anything additional
2  regarding this case that you feel that you need
3  to review before finalizing your opinions?
4  A. No.
5  Q. I presume that you have some opinions
6  concerning Dr. Gupta; is that correct?
7  A. Yes, I do.
8  Q. Can you list for me first or can you tell
9  me whether you believe Dr. Gupta deviated from
10 accepted standards of care?
11 A. Can I answer that yes or no?
12 Q. Yes, please.
13 A. I think he did.
14 Q. Tell me in what way.
15 A. I feel that, number one, one of the big
16 concerns in this case was the delay in getting
17 things going, and having been a physician in the
18 military, usually what happens is that if
19 somebody is diagnosed with a significant problem
20 that needs therapy and that person is scheduled
21 to be transferred to another facility or another

Page 30

1  country or what have you, what we did in the
2  military was that we had those orders changed,
3  had the treatment given, and then once the
4  treatment was completed, then the military then
5  would go ahead if they wanted to transfer that
6  individual to another site.
7     What I think Dr. Gupta should have done
8  when he saw Mrs. Pollard since there had been
9  already a tremendous amount of delay in this
10 case from October until December, that he should
11 have had the commanding officer, whoever handles
12 the transfers on that particular base, to have
13 had Sergeant Pollard's orders changed, had her
14 stay in Augusta to have been treated at the
15 Eisenhower Medical Center as he had recommended
16 with chemotherapy and then to have had her
17 radiation, and then they could have dealt with
18 the issue of transfer.
19 Q. I'm going to go into specific detail about
20 those issues, but are there any other general
21 broad areas of criticism regarding Dr. Gupta's

Page 31

1  care?
2  A. I agree with his recommendation that she
3  needed chemotherapy. I agree with his
4  recommendation that she needed radiation
5  therapy. The only thing I would have been
6  interested in doing based on her family history
7  is I would have been very interested in looking
8  at some of the genetic aspects of her family
9  situation.
10 Q. Anything else in a broad sense? Then
11 we'll parcel it down a little more.
12 A. No. I think those are the main things.
13 Q. You talked about the initial delay in
14 getting things going. That's what I wrote down.
15    What did the standard of care require in
16 terms of when intervention should have been
17 initiated after the lumpectomy that occurred,
18 how long after?
19 A. The standard of care when you initiate
20 treatment?
21 Q. Yes, sir.

Page 32

1  A. As soon as possible. It takes roughly
2  about seven to ten days for a lumpectomy scar to
3  heal and the axillary sampling scar to heal.
4  Actually in some of our earlier protocols with
5  NSABP when I was a member of NSABP, we would
6  start chemotherapy within seven to ten days
7  after the surgery. Most of our protocols that I
8  participated in and what we try to do here is
9  that we don't like to wait any longer than three
10 weeks from the time that the diagnosis is first
11 made.
12    Once an abnormality is found -- just to
13 give you an idea, this happened Monday -- a
14 patient came in with her mammograms and they
15 were read as being okay; repeat it in six
16 months. She's having her biopsy tomorrow.
17 That's how soon we do it. She's having a needle
18 biopsy, and then right away, within a week or
19 less we do the lumpectomy.
20    There is no question that early treatment
21 of breast cancer is essential because the longer

Page 33

1  you wait, the greater the risk, and the reason
2  for that is that once you do a lumpectomy, then
3  what happens is if there are micrometastases,
4  those metastases might basically be sort of in
5  the resting phase or the GO phase initially, but
6  once the bulk of the tumor is removed, even
7  though this was a small tumor, then these cells
8  tend to reenter the cell cycle, and that is the
9  optimum time to kill them with chemotherapy. So
10 delays in treatment can be detrimental as far as
11 survival.
12 Q.  Dr. Smith, does an oncologist require
13 certain test results, specifically I'm thinking
14 about hormone receptor results, before
15 determining which course of chemotherapy to
16 utilize?
17 A.  You like to have those and in our
18 hospitals we get them immediately. In other
19 words, once the tissue is out, then in less than
20 a week we have the ER and PR. The Her 2 Neu
21 takes about two weeks to get back, but that

Page 34

1  doesn't determine whether or not you use
2  chemotherapy.
3      The only time that would make a difference
4  would be if you're dealing with somebody over
5  the age of 60 or in particular over the age of
6  65 who has a very small tumor and who has high
7  ER and PR receptors, that person may be a
8  candidate only for some sort of hormonal
9  manipulation, but in a younger person like this
10 particular person even before we had ER and PR
11 we would have treated her simply on the basis of
12 her age, if nothing else.
13     The only type of tumor where we would have
14 not treated her aggressively probably with
15 chemotherapy is if she had a tubular carcinoma
16 that was ER and PR positive, 90% or more, then
17 that individual could have been treated with
18 Tamoxifen, but that's the only exception to the
19 rule as far as I'm concerned.
20     Medullaries, colloids, strictly invasive
21 ductal cancers, lobular invasive cancers in

Page 35

1  these young people, we treat them all.
2  Q.  So I take it from your response -- and
3  correct me if I'm wrong -- you do not agree that
4  Dr. Gupta should have waited until he got the
5  result of the receptor studies before
6  determining what type of chemotherapy to
7  utilize; is that correct?
8  A.  Yes. In other words, I feel that that
9  would just add more to my decision process, but
10 I would have treated her even -- this happens.
11 This happened in a case where I was defending
12 the hospital where in Richmond they actually
13 lost the tissue so you couldn't get ER and PR,
14 and this was a young woman, and she got treated.
15 Q.  Doctor, what would the standard of care
16 require in terms of the type of adjuvant therapy
17 for Miss Pollard?
18 A.  That is sort of in a flux now. Initially
19 the standard of care was CMF.
20 Q.  What is that? I'm sorry.
21 A.  Cytoxan, Methotrexate, and 5 FU, and in

Page 36

1  fact a lot of your older studies are based on
2  that form of therapy.
3      With the advent of the anthracyclines;
4  i.e., Adriamycin and Epirubicin, then we found
5  out that the addition of an anthracycline to the
6  regimen was superior to the CMF; in other words,
7  CAF versus CMF, and now we know that CEF, which
8  is the Epirubicin, which is also an
9  anthracycline is superior to CAF, and you don't
10 have the added problems of worrying about
11 cardiac toxicity.
12     The standard of care in 1998 when she was
13 treated basically based on the NSABP clinical
14 trials in this country was to use Adriamycin,
15 Cytoxan, or AC times four, which was
16 chemotherapy every three weeks for four cycles
17 or 12 weeks of treatment.
18 Q.  When you say chemotherapy every three
19 weeks for 12 weeks of treatment --
20 A.  Which is four cycles.
21 Q.  -- what does that entail when you say

Page 53

1  Q. Please do.
2  A. Let me see if I've got something on it
3  here. No. They were all comers sizewise. I
4  kept saying that, all comers. I didn't say less
5  than 1.5 or less than 1 centimeter.
6      MS. ZORK: And he said that she would get
7  benefit from --
8  A. What I said was that you had patients with
9  tumors any size in that group. I mean they
10 could have been -- in fact, back in the old days
11 before they did mammography, even DCIS tumors
12 that we saw were always palpable.
13 Q. So the 80% number, that was your
14 extrapolation.
15 A. From the 68.3%, right. This is overall
16 survival I'm talking about. We know that
17 chemotherapy does two things. One, it decreases
18 recurrence rate; and, two, it extends the time
19 from diagnosis to recurrence. In other words,
20 see, I've got patients with breast cancer who
21 have recurred ten years ago who are alive

Page 54

1  because of all the treatments we have available.
2  Q. Doctor, if I can draw your attention back
3  to that 80% chance of survival number, I just
4  want to make sure this is clear to me and clear
5  to the record. There is not a study that gives
6  that number. That's your extrapolation. It
7  could be 75%, 70%, or some number in between; is
8  that correct?
9  A. We know it would be more than 68.3%
10 because they took all sizes, but I told you as
11 far as giving you a study -- this is one of the
12 things they pointed out in the particular
13 article Dr. Gupta referred to and also in
14 Harris' is that the problem with these small
15 tumors is that we don't have large studies where
16 there has been stratification because now as far
17 as looking at proliferation indexes and S phases
18 and P 53 mutations and Her 2 Neu and Chaderin 1
19 and all of these things that we're beginning to
20 look at now, they weren't even available.
21 Q. Dr. Smith, is it your opinion to a

Page 55

1  reasonable degree of medical probability that
2  Miss Pollard would have fallen into that
3  percentage that would have survived with the
4  chemotherapy?
5  A. Yes, it's my opinion.
6  Q. What do you base that opinion on?
7  A. I base that opinion on a number of
8  different things. Number one, as I indicated
9  before, that obviously her tumor burden was
10 small metastatically speaking at the time of her
11 diagnosis. She had no sign anywhere of cancer
12 that they could find. Her tumor burden was
13 small. The time to cure patients with
14 micrometastases is when the tumor burden is
15 small and the cells are active. We also know
16 that ER and PR negative cells respond much
17 better to chemotherapy than ER and PR high
18 positive cells.
19     To give you an example, right now I just
20 saw a lady in the hospital who is currently in
21 the hospital, 32 years old with a Stage IV

Page 56

1  breast cancer at presentation, had a
2  proliferation index of about 90 to 95 percent.
3  She's ER and PR negative, Her 2 Neu negative,
4  and we're waiting on the P 53 to come back. The
5  mass in her neck was the size of an orange.
6  Remember, she's ER and PR negative. The mass in
7  her breast was only about the size of a walnut.
8  One cycle of chemotherapy, and today when I saw
9  her, the mass in her left neck has gone from the
10 size of an orange to the size of a peanut.
11 That's how fast they can shrink.
12     You don't usually see that fast shrinkage
13 like that in patients who have ER and PR
14 positivity because a lot of those cells tend to
15 be in the so-called resting phase. With cycle
16 specific chemotherapy drugs you do not kill
17 those GO cells, and those are the ones that stay
18 in the resting phase, and when a patient has a
19 recurrence 18 years after their mastectomy,
20 somehow and for some reason they come out of
21 that phase and then proliferate.

14 (Pages 53 to 56)