Stephen D. Adams

1

```
1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2

3   VERONICA POLLARD, et al.,    )
                                 )
4            Plaintiff,          )
                                 )  CIVIL ACTION
5        vs.                     )
                                 )  FILE NO. S-02-CV-764
6   THE UNITED STATES OF         )
    AMERICA,                     )
7                                )
             Defendant.          )
8

9                   DEPOSITION OF

10              DR. STEPHEN D. ADAMS

11

12                 March 31, 2003

13                   12:00 p.m.

14

15   Dwight David Eisenhower Army Medical Center
                        11C-36
16                Augusta, Georgia

17

18       Regina W. Hollis, CCR-B2306, RPR

19
...
25
```

Stephen D. Adams

19   margin.

20   Q.   And what clinical significance does that
21   have?  What is your understanding of the clinical
22   significance that has to a surgeon in a case like
23   this?

24   A.   My understanding is that the clinical
25   significance is that the surgeon knows that -- again,

44

1   we are looking at a sample of the tissue.  Even
2   though I put all the tissue in, like I said, you are
3   looking -- you have a four millimeter slice of
4   tissue, and we are looking on one slide, a five
5   micron slice of that.  So, you could make another,
6   you know, who knows, maybe 500 slides from that piece
7   of tissue to look at all the tissue.  And on one of
8   those, if it's that close, you might find something.
9   But it's my understanding in answer to your question
10  of what the surgeon understands is that it's
11  extremely close to the margin and --

12   Q.   Therefore, what?

13   A.   Well, for breast biopsies, I believe -- I
14  didn't research it, but I believe that the standard
15  is to try and get at least a half a centimeter and
16  preferably a centimeter margin around a tumor.

17   Q.   And so what is the margin around the tumor
18  that you described as being extremely close?

19   A.   Probably just with estimation -- like I
20  said, I don't have a micrometer, but probably ten

Stephen D. Adams

21   microns.
22   Q.   So, that's a tenth of a millimeter?
23   A.   About the size of a couple of cells.
24   Q.   As the pathologist, looking at breast
25   tissue where there's been identified carcinoma, you

45

1    understand that what you report forms the basis for
2    future treatment for a woman with breast cancer?
3    A.   That's correct.
4    Q.   And it's the standard of care in reporting
5    about what you see, when you are looking at breast
6    cancer, to make the report back as clear and concise
7    in the areas that are of most important clinical
8    significance to the surgeon and oncologist who will
9    be handling the patients or treating the patient for
10   breast cancer?
11   A.   That's correct.
12   Q.   Is there a uniform understanding among
13   oncologists and surgeons as to what extremely close
14   to the margin means?
15        MR. ADAMS: Objection.
16        MS. HANRAHAN: Objection.
17        MR. ADAMS: You may answer.
18   A.   Again, you see, there's -- you are correct
19   in that it's a standard of care to report the margin
20   in cancer, in a breast cancer case. Clearly, if the
21   margin is, you know, a one centimeter margin or two
22   centimeter margin, it's easy to quantify. If a