IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. WDQ 02-764 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an extension of time, through and including **October 6, 2006,** to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in the above-captioned case.

1.) The Plaintiff requested and received an extension until August 11, 2006, to file his opposition to the Defendant's motion for summary judgment. The Defendant did not object to the extension.

2.) Likewise, due the volume of cases requiring extensive briefing, the United States needs an until October 6, 2006 to prepare its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment..

3.) Counsel for Plaintiff, Scott Perry Esq., was contacted on August 21, 2006, concerning this motion for an extension of time. He indicated the Plaintiff has no objection to the extension

until October 6, 2006 for the United States to file its reply.

WHEREFORE, based on the foregoing, Defendant respectfully requests that it be permitted until **October 6, 2006**, to file its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

By:_____/s/_____
        Larry D. Adams, Bar No. 03118
        Assistant United States Attorney
        26 S. Charles Street, 4th Floor
        Baltimore, Maryland 21201
        Tel. 410-209-4801
        Fax. 410-962-9947

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of August, 2006, the foregoing Motion for Extension of Time filed electronically and thus sent to counsel for plaintiff:

        Bruce J. Klores, Esq.
        Scott Perry, Esq.
        Bruce J. Klores, and Associates
        915 15th Street, N.W., Third Floor
        Washington, D.C. 20005

_____/s/_____
Larry D. Adams
Assistant United States Attorney