IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. WDQ 02-CV-764 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PRAECIPE CHANGING THE ADDRESS OF CO-COUNSEL FOR PLAINTIFF, PETER MASCIOLA**

Peter Masciola, Esquire, a member in good standing of the bar of this Court, respectfully asks the Clerk to enter his change of address in the above captioned case as co-counsel for the Plaintiffs. Mr. Masciola's new address is:

1050 17th Street, N. W.

Suite 1250

Washington, DC 20036

(202) 223-8181

(202) 318-0559 (facsimile)

    Respectfully submitted,

    BRUCE J. KLORES & ASSOCIATES, P.C.

    By:____/s/_____
      Bruce J. Klores
      Scott M. Perry
      1735 20th Street, N.W.
      Washington, D.C. 20009
      (202) 628-8100
    Co-counsel for Plaintiffs

    and

                                                LAW OFFICES OF PETER MASCIOLA

                                                _____/s/_____
                                                Peter R. Masciola
                                                1050 17th Street, N. W. #1250
                                                Washington, D.C. 20036
                                                202-223-8181
                                            Co-counsel for Plaintiffs

1606/prm.address