IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. WDQ 02-764 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an extension of time, through and including **October 13, 2006,** to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in the above-captioned case.

1.) The Plaintiff requested and received an extension until August 11, 2006, to file his opposition to the Defendant's motion for summary judgment. The Defendant did not object to that extension.

2.) Likewise, due the volume of cases requiring extensive briefing, the United States filed for an extension until October 6, 2006 to file its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment..

3.) Because of the press of other business, including unexpected immigration and environmental matters, the Defendant United Sates needs an additional week to finish its reply,

that is until **October 13, 2006.**

4.) Counsel for Plaintiff, Scott Perry Esq., was contacted on October 2, 2006, concerning this motion for an extension of time. He indicated the Plaintiff has no objection to the extension until **October 13, 2006,** for the United States to file its reply.

WHEREFORE, based on the foregoing, Defendant respectfully requests that it be permitted until **October 13, 2006**, to file its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

                    Respectfully submitted,

                    Rod J. Rosenstein
                    United States Attorney

By:_____/s/_____
                    Larry D. Adams, Bar No. 03118
                    Assistant United States Attorney
                    26 S. Charles Street, 4th Floor
                    Baltimore, Maryland 21201
                    Tel. 410-209-4801
                    Fax. 410-962-9947

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 5th day of October, 2006, the foregoing Motion for Extension of Time filed electronically and thus sent to counsel for plaintiff:

>Bruce J. Klores, Esq.
>Scott Perry, Esq.
>Bruce J. Klores, and Associates
>915 15th Street, N.W., Third Floor
>Washington, D.C. 20005

_____/s/_____
Larry D. Adams
Assistant United States Attorney