IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | )   Civil No. WDQ 02-764 |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an extension of time, through and including **October 16, 2006,** to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in the above-captioned case.

1.) The Plaintiff requested and received an extension until August 11, 2006, to file his opposition to the Defendant's motion for summary judgment. The Defendant did not object to that extension.

2.) Due the volume of cases requiring extensive briefing, the United States filed for an extension until October 6, 2006 to file its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Because of the press of other business the Defendant filed for an extension until October 13, 2006, which was granted.

3.) Because of illness in the past few days, the Defendant United Sates needs a short

extension to finish its reply, that is until **October 16, 2006.**

  4.) Counsel for Plaintiff, Scott Perry Esq., was contacted by electronic mail early on October 12, 2006, concerning this motion for an extension of time. As of late on October 12, no reply has not been received. However, based on previous dealings between counsel and Defendant's counsel agreement to give Plaintiff further extensions in the future, no objection is expected to this short extension until **October 16, 2006,** for the United States to file its reply.

  WHEREFORE, based on the foregoing, Defendant respectfully requests that it be permitted until **October 13, 2006**, to file its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

            Respectfully submitted,

            Rod J. Rosenstein
            United States Attorney


      By:_____/s/_____
        Larry D. Adams, Bar No. 03118
        Assistant United States Attorney
        26 S. Charles Street, 4th Floor
        Baltimore, Maryland 21201
        Tel.  410-209-4801
        Fax. 410-962-9947

CERTIFICATE OF SERVICE

This is to certify that on this 12th day of October, 2006, the foregoing Motion for Extension of Time filed electronically and thus sent to counsel for plaintiff:

> Bruce J. Klores, Esq.
> Scott Perry, Esq.
> Bruce J. Klores, and Associates
> 915 15th Street, N.W., Third Floor
> Washington, D.C. 20005

_____/s/_____
Larry D. Adams
Assistant United States Attorney