IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROOSEVELT POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. WDQ 02-764 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, respectfully moves for an extension of time, through and including **October 18, 2006,** to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in the above-captioned case.

1.) Mostly recently, the undersigned attorney for the United States requested and was granted an extension until October 16, 2006 to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

2.) The matter could not be finished by Monday and despite working through the early morning hours of October 17. Other appointments require that work cease before the reply can be fully completed. Since these appointments require the undersigned attorney to be at the National Institute of Health all day, regretfully, another extension is requested.

3.) Despite working on this matter assiduously for the past few days, Defendant United

States request an extension until **October 18, 2006** to finish its reply.

4.)  A message was left in his voice mail but based on previous dealinga with counsel for Plaintiff, Scott Perry Esq., and an agreement between counsel to give Plaintiff further extensions in the future, no objection is expected to this short extension until **October 18, 2006,** for the United States to file its reply.

WHEREFORE, based on the foregoing, Defendant respectfully requests that it be permitted until **October 18, 2006**, to file its reply to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

>Respectfully submitted,
>
>Rod J. Rosenstein
>United States Attorney

By:_____/s/_____
      Larry D. Adams, Bar No. 03118
      Assistant United States Attorney
      26 S. Charles Street, 4th Floor
      Baltimore, Maryland 21201
      Tel.  410-209-4801
      Fax. 410-962-9947

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of October, 2006, the foregoing Motion for Extension of Time filed electronically and thus sent to counsel for plaintiff:

>Scott Perry, Esq.
>Bruce J. Klores, and Associates
>915 15th Street, N.W., Third Floor
>Washington, D.C. 20005

_____/s/_____
Larry D. Adams
Assistant United States Attorney

Case 1:02-cv-00764-WDQ    Document 194    Filed 10/17/2006    Page 4 of 4