# Exhibit- |

# US COURTS DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Case No. WDQ-02-764

VERONICA POLLARD, ET AL

v.

UNITED STATES OF AMERICA

Deposition of:
DR. CECILY QUINN

taken at the Offices of: Regus, Dublin

on:

8TH OCTOBER 2003

commencing at:    5.10pm

I hereby certify the following to be a true
and accurate transcript of my shorthand
notes of the above named proceedings.

*[signature]*

DOYLE COURT REPORTERS LIMITED,
2, ARRAN QUAY, DUBLIN 7.

Tel ..........................................872 2833
Fax ..........................................872 4486
After Hours ..............................286 2097
E-mail.......info@doylecourtreporters.com

**COPYRIGHT**
Transcripts are the work of the shorthand writer
and they must not be printed, photocopied,
electronically transmitted or reproduced in any
manner or supplied or loaned by an appellant to a
respondent or to any other party without written
permission from the shorthand writer.

## APPEARANCES

**For the Plaintiff:**       Ms. Lesley Zork

                             Bruce J Klores & Associates PC
                             915 Fifteenth Street,
                             N.W. Suite 300,
                             Washington 20036


**For the Defendants:**

**For the United States:**   Larry Adams, Esq

                             Assistant United States Attorney
                             6625 US Court House
                             101 West Lombard Street
                             Baltimore, Maryland 21201


**For Dr. Gupta:**           Ms. Joan Cerniglia-Lowensen

                             **Morgan Shelsby Carlo Downs &
                             Everton PA**
                                  Suite 404, 4 North Park Drive,
                                  Baltimore Co. Hunt Valley,
                                  Maryland 21030

**For Humana Military
Healthcare:**                Ms. Catherine Hanrahan

                             **Wilson Elser Moskowitz,
                             Edelman & Dicker LLP**
                             The Colerado Building,
                             Fifth Floor 1341 "G" Street,
                             N.W. Washington 20005

**Court Reporter:**          JoAnne Callaghan

                             Doyle Court Reporters
                             2 Arran Quay, Dublin 7

1    **DR. CECILY QUINN, AFTER HAVING BEEN SWORN, WAS EXAMINED BY**

2    **MR. ADAMS AS FOLLOWS:**

3  1  Q.   Good afternoon, Dr. Quinn.  My name is Larry Adams, I

4          represent the United States.  There are several other

5          attorneys here that represent other defendants and the

6          plaintiff and we will be asking you a series of questions

7          for preparation for trial in the United States, should this

8          case go to trial.

9

10         First let's start with your current and former employment.

11         Where are you currently employed?

12     A.  I am currently employed at St. Vincent's University

13         Hospital here in Dublin working for the Breast Screening

14         Programme in St. Vincent's Hospital and also St. Luke's

15         Hospital.

16  2  Q.  When did you start at St. Vincent's here in Dublin?

17     A.  In October 1999.

18  3  Q.  And prior to that time, where were you employed?

19     A.  Prior to that I worked as a consultant at the Leeds General

20         Infirmary from 1992 until August of 1999.

21

22         MS. ZORK:  Can I just interrupt.  Dr. Quinn, I'm sorry, you

23         are talking to Mr. Adams and your voice just kind of

24         dropped down, so if you continue to project directly

25         forward that would be great.

26     A.  I feel as though I am shouting but, yes, okay.

27

28         MS. ZORK:  I am sorry.

29

30

```
 1    4  Q.    MR. ADAMS:  Would you give us a brief summary of your
 2                educational background of college, medical school and any
 3                what we call board certifications?
 4       A.     Okay.  I qualified from University College Galway in 1982
 5                with an MB Honours degree.  I then did my internship and
 6                spent two years in internal Medicine and obtained
 7                membership of the Royal College of Physicians in 1985.
 8                I then commenced my training in histopathology and became
 9                a member of the Royal College of Pathologists in London in
10                1991.  In 1993 I became a Fellow of the Royal College of
11                Physicians here in Ireland, and then in 1998 I was awarded
12                my MD degree for research on early breast cancers,
13                specifically ductal carcinoma in-situ.  I became a Fellow
14                of the Royal College of Pathologists in London in 1999.
15                Those are my medical qualifications.
16    5  Q.    Now, taking you back to your employment at Leeds Teaching
17                Hospital in 1999, did there come a time when you were
18                requested by Dr. Dodwell or by the oncology staff to review
19                the pathology slides of Veronica Pollard?
20       A.     Yes.  Dr. Dodwell asked me to review, to request Mrs.
21                Pollard's slides from the United States and to provide an
22                assessment on them.
23    6  Q.    Okay.  Let me show you now what has been marked as Dr.
24                Quinn's Ex. No. 1, which is a letter that you sent, I am
25                sorry, to Dr. Dodwell, dated April 21st, 1999.  Let me ask
26                you to go through it line by line.  In the letter it
27                indicates that you have received two H&E slides from this
28                patient's right-sided breast biopsy from the Dwight David
29                Eisenhower Army Medical Center, Fort Gordon, Georgia.  What
30                did you mean by H&E?
```

1    A.    H&E is Hematoxylin and Eosin and it is the stain that is
2          used to prepare histology slides for examination under the
3          microscope.
4  7 Q.    Right.  And you go on to say these sections show breast
5          tissue at the edge of which there is a fairly well
6          circumscribed neoplasm, and although this is somewhat
7          repetitive from what we have done earlier, could you
8          describe what you mean by that sentence?
9    A.    I had two sections to examine and there was breast tissue
10         on each slide and at the edge then of the tissue there was
11         a tumour which had a well defined outline.  I commented
12         that it was at the edge of the section, but did not
13         specifically comment on margin status or it is not really
14         possible to comment on margin status with confidence unless
15         one has actually prepared the gross specimen which I had
16         not done in this case.
17 8 Q.    You go on to say that the tumour cells were not
18         particularly well processed but appear to show moderate
19         nuclear pleomorphism.  What does that mean?
20   A.    Once tissue is taken for examination, it is allowed to fix
21         and then it is cut into small pieces and put into little
22         tissue blocks.  These go through a processing technique
23         which involves moving the tissue from one solution to
24         another, and sometimes that processing, process, as it
25         were, does not work as effectively as on other occasions,
26         and resulting sometimes, in rather slightly blurred nuclear
27         detail.  So I felt that the tumour cells were not perhaps
28         as clear as I would have liked, but I was able to evaluate
29         them and thought that they showed some variation in size
30         and shape, which is moderate nuclear pleomorphism.  In

4

```
 1            grading tumours, pathologists assess nuclear pleomorphism

 2            as either mild, moderate or marked and in this case I

 3            thought the pleomorphism was moderate.

 4   9   Q.   You go on to say that the cells are arranged in nests which

 5            in turn form coalescent nodules.  What does that mean for

 6            the layman?

 7       A.   That is just a description of the growth pattern of the

 8            tumour.  Tumours grow in many different ways and in this

 9            case the cells were actually arranged in nests and then

10            those nests were fusing with one another.  There was no

11            tubule formation which we also sometimes see in breast

12            tumours.

13  10   Q.   Well what is the significance of tubule formations?

14       A.   Tubule formation is another parameter that one assesses in

15            grading tumours and tubule formation can either be good, in

16            which over 90% of the tumour shows tubule formation or else

17            it can be little, less than 10%, or moderate, somewhere in

18            between.  Tubule formation is a good thing.  Tumours that

19            form tubules are trying to be like normal breast and tend

20            to be of a lower grade, not always but generally are of a

21            lower grade and tend to have a better prognosis.

22  11   Q.   Now you say that there is no central necrosis; what does

23            that mean?

24       A.   There is central necrosis.

25  12   Q.   I mean there is central necrosis.

26       A.   Tumours that show necrosis generally tend to be of a higher

27            grade than those that do not.  It means that the tumour is

28            outstripping its blood supply and the tumour cells are

29            dying in the centre and it is usually associated with, as

30            I said, with a higher histological grade.
```

1   13   Q.   You continue there was a prominent host lymphocyte

2             response, and that means what?

3        A.   There is a prominent host lymphocyte response means that

4             there are lymphocytes associated with a tumour.  Generally

5             speaking it is considered that the body is mounting an

6             immune response to the tumour attempting to fight off the

7             tumour.  The reason for mentioning it in this case

8             particularly is that this tumour showed some medullary

9             features and a prominent lymphocyte reaction is one of the

10            features of medullary, but I did not think that the

11            lymphocyte response in this case, in this tumour, was great

12            enough to be considered medullary.

13   14   Q.   And would you explain just briefly what medullary means?

14        A.   A medullary carcinoma is a particular type of breast cancer

15            that is characterised by a well circumscribed outline,

16            usually moderately or markedly pleomorphic cells, a

17            prominent lymphoplasmacytic infiltrate, absence of in-situ

18            cancer, no tubule formation and generally little necrosis.

19   15   Q.   And finally in this paragraph you say the mitotic count is

20            high, and that means what?

21        A.   The mitotic count is the third parameter that is assessed

22            in grading a tumour.  A mitotic count refers to how rapidly

23            the tumour cells are dividing and it is one of the methods

24            used by pathologists to grade.  A mitotic count can either

25            be low, intermediate or high, and in this case I assessed

26            the mitotic count as high.

27   16   Q.   Now let's go on to the second paragraph.  You indicate that

28·           the appearances indicate a grade 3 invasive carcinoma and

29            given the scale that you were working with, how does grade

30            3 fall on that scale?

```
 1    A.    Well, grade is one of the prognostic characteristics of

 2          breast tumours, and tumours can be either grade 1, grade 2

 3          or grade 3.  So this tumour was grade 3 of 3, so it was the

 4          highest histological grade.

 5 17 Q.    You go on to say no in-situ component has been identified.

 6          What do we mean by in-situ component?

 7    A.    In-situ component is the precursor stage of invasive

 8          carcinoma before the cells have actually invaded the

 9          surrounding tissue.  Some tumours have an obvious

10          associated in-situ component at diagnosis, others do not.

11          There are two reasons for mentioning it in this context;

12          (1) the absence of an in-situ component is seen in

13          medullary carcinoma but, as I said earlier, I did not think

14          this was a medullary carcinoma.  The second reason was just

15          to alert the physician that there wasn't an in-situ

16          component and because the tumour was slightly unusual there

17          was an outside possibility, although I thought unlikely,

18          that the tumour might be a secondary lesion from somewhere

19          else in the body.  However, overall I felt it was most

20          likely a primary tumour.

21 18 Q.    You next sentence says: "Some of the features are

22          suggestive of medullary carcinoma but, in my opinion, the

23          lesion does not fulfill all the criteria".  So I take it in

24          the discussion that we have had in the past few minutes you

25          have outlined the similarities and differences between

26          medullary carcinoma and this particular tissue; is that

27          correct?

28    A.    Yes.  And overall, having assessed all of those, I felt

29          there were some features, but overall that it did not

30          actually qualify as a medullary carcinoma.
```

DEPOSITION OF DR. QUINN - 08/10/03

7

```
 1   19  Q.   Next you say:  "The tumour is slightly unusual
 2             morphologically and, in the absence of an in-situ
 3             component, the possibility of a secondary lesion should be
 4             clinically excluded".  And what precisely does that mean?
 5        A.   Well --
 6
 7             MS. ZORK:  I am sorry.
 8        A.   Okay, the tumour didn't, as I said, it didn't have an --
 9             sorry, can you hear me now?
10
11             MS. ZORK:  Yes, thank you.
12        A.   The tumour did not have an in-situ component and showed
13             a slightly unusual growth pattern, so there was a remote
14             possibility that it might have been secondary and I just
15             wanted to alert Dr. Dodwell to that possibility, although
16             it was an unlikely possibility at the time.
17
18   20  Q.   MR. ADAMS:  And you conclude this paragraph by saying
19             precisely what?
20        A.   I conclude the paragraph by saying that:
21             "Assuming that there is no evidence of a primary lesion
22             outside the breast, the appearances would be in keeping
23             with a grade 3 invasive ductal carcinoma".  So that is the
24             usual, most common type of breast cancer, invasive ductal,
25             and I thought it was grade 3.
26   21  Q.   Okay.  Now, in the next, second page of your letter, you
27             indicate the tumour measures 11mm.  And I believe that the
28             report that you had from Dr. Adams indicated that his
29             measurement was .5cm.  Do you have any understanding of why
30             the difference in the measurement between your measurement
```

1          and the report that you received from Dr. Adams in Georgia?

2     A.   Well --

3

4          MS. ZORK:  Objection.

5

6          MR. ADAMS:  You may answer.

7

8          MS. ZORK:  Go ahead.

9     A.   My understanding from reading Dr. Adams' report is that the

10         tumour was measured in the gross specimen and not

11         microscopically.  I measured, I didn't have the gross

12         specimen so I didn't, obviously, measure it on the gross

13         specimen.  So I measured the tumour on the slide, and

14         sometimes tumours can appear a little smaller on the gross

15         on indeed a little larger for different reasons.  Sometimes

16         one can see a well-defined lesion and then perhaps the

17         tumour can spread out a little more into the tissue, so

18         that is one possibility that it was bigger microscopically

19         than grossly.  Also, as we discussed earlier, I may have

20         examined recuts and sometimes the tumour can be slightly

21         bigger on a recut than it is on the original because one

22         is cutting through a block of tissue --

23

24         MS. ZORK:  I am going to object because all this is

25         speculation.

26

27         MR. ADAMS:  Well she can finish.

28

29         MS. ZORK:  I know she can give it but I am going to

30         preserve my objection; objection as to speculation as to

DEPOSITION OF DR. QUINN - 04/26/03

9

```
 1              why her measurements were different than Dr. --

 2

 3              MR. ADAMS:  You made your objection let her finish her

 4              thought.  You made your objection.  Doctor, finish.

 5

 6              MS. ZORK:  Let me complete my objection.  Other than the

 7              obvious which is that one was a gross and the other, a

 8              gross examination and the other was a microscopic

 9              examination, that said ...

10      A.      I think it is fair to say that tumours can vary from one

11              section to another in size.  It is well documented that as

12              you cut through a block, a tumour may be larger or smaller,

13              so I think it is reasonable to include that in the

14              assessment of the size difference.

15

16   22  Q.     MR. ADAMS:  Let me ask you to summarise, the next sentence

17              indicates "no vascular invasion is apparent in these

18              sections"; what does that mean?

19      A.      Tumours that have invaded blood vessels are more likely to

20              disseminate throughout the body.  This is a bad prognostic

21              indicator, however I did not see any evidence of vascular

22              invasion in the sections that I examined.

23   23  Q.     Now, in the last sentence you indicate:

24              "I will discus this case at the breast meeting on

25              Wednesday, 21st April".  Do you have a recollection now

26              whether you discussed this report with Dr. Dodwell?

27      A.      I do not have a specific recollection but we always had

28              a weekly breast meeting and if I said I would discuss

29              Mrs. Pollard's pathology, I have no reason to think that

30              I did not.  So it would have been normal practice to bring
```

1          the slides with me and to talk about it at the end of the

2          meeting.

3    24  Q.    Do you have any recollection of any comments on suggestions

4          or questions that Dr. Dodwell may have had at that time?

5        A.    No.

6    25  Q.    Okay.  Now in the documents that you brought with you

7          today, you have the report from Dr. Adams; is that correct?

8        A.    Yes.

9    26  Q.    And you reviewed that at the time that you looked at this

10          specimen and issued your report; correct?

11        A.    Yes.

12   27  Q.    Aside from the measurement, what differences do you see in

13          your report contrasted with Dr. Adams'?

14        A.    Oh well --

15

16          MS. ZORK:  Objection, go ahead.

17        A.    The other difference I guess is that Dr. Adams did not

18          actually provide a histological grade, but we agreed on the

19          type.  He did not think this was a pure medullary tumour

20          and neither did I.  So apart from -- yes, he didn't

21          actually give a histological grade, I don't think.

22   28  Q.    I have no further questions.  Lesley.  I am sorry?

23

24          MS. HANRAHAN:  I have no questions.

25

26          MS. CERNIGLIA-LOWENSEN:  No questions.

27

28          MR. ADAMS:  Lesley?

29

30

| | | | |
|---|---|---|---|
| 1 | | | **THE WITNESS WAS THEN CROSS-EXAMINED BY MS. ZORK AS FOLLOWS:** |
| 2 | 29 | Q. | Just briefly. In Dr. Adams' report you commented that Dr. |
| 3 | | | Adams did not include a grade of the tumour in his report |
| 4 | | | as being one of the differences between yours and his; is |
| 5 | | | that correct? |
| 6 | | A. | Sorry, just a moment now. Yes, he didn't actually say that |
| 7 | | | it was grade 3, but he did say that there was high grade |
| 8 | | | cytology. And ... yes, I mean he didn't provide an actual |
| 9 | | | grade 1, 2 or 3, but it is also common for people to refer |
| 10 | | | to tumours as well differentiated, moderately or poorly, |
| 11 | | | and he did comment that the cytology was high grade. So it |
| 12 | | | is not that dissimilar. |
| 13 | 30 | Q. | I am sorry, and as you testified earlier, medullary cancers |
| 14 | | | are high grade tumours; is that correct? |
| 15 | | A. | Well we don't usually grade medullary cancers because they |
| 16 | | | are said to have a better prognosis and if you do apply the |
| 17 | | | grading criteria to medullary carcinomas they will grade as |
| 18 | | | grade 3. So for that reason we tend not to grade medullary |
| 19 | | | carcinoma because they do have a better prognosis than the |
| 20 | | | equivalent grade 3 invasive ductal carcinoma. |
| 21 | 31 | Q. | Well I guess my point is if you were to describe the |
| 22 | | | characteristics of a medullary carcinoma it would sound |
| 23 | | | very much like the characteristics of a grade 3, poorly |
| 24 | | | differentiated pleomorphism, wouldn't they? |
| 25 | | A. | Yes. |
| 26 | | | |
| 27 | | | MS. HANRAHAN: Objection. |
| 28 | | A. | Sorry. |
| 29 | | | |
| 30 | | | MR. ADAMS: Go ahead. |

1     A.     Yes, they would, but that is why one describes and then

2            decides whether or not it does fulfill the criteria and Dr.

3            Adams has clearly said that the features are not typical

4            and remove this from pure medullary.  Similarly, in my

5            letter, I outlined the similarities but again concluded

6            that it was not a pure medullary.

7     32 Q.  And in Dr. Adams final impression that he put at the top he

8            described it not as a high grade poorly differentiated

9            tumour but as a tumour with medullary features, a carcinoma

10           with medullary features, and that is very different from

11           your final conclusion in your report?

12

13           MR. ADAMS: Objection.

14

15           MS. HANRAHAN:  Objection.

16

17           MS. CERNIGLIA-LOWENSEN:  Objection.

18

19           MR. ADAMS:  Objection.

20

21           MS. HANRAHAN:  You can answer.

22

23           MR. ADAMS:  You can answer and you can expound.

24     A.    I thought we weren't actually going to discuss Dr. Adams'

25           report, but it is not different to my report.  The

26           morphology in this tumour showed medullary characteristics

27           and I think I have also outlined that in my report.  I said

28           that the tumour shows some features suggestive of medullary

29           but overall did not fulfill the criteria.  And similarly

30           Dr. Adams has described it as infiltrating carcinoma with

```
 1           medullary features, but clearly states that it is not

 2           a pure medullary classification.  So that does not have

 3           prognostic significance particularly.

 4

 5    33  Q.    MS. ZORK:  I am sorry to keep coming back to this, but Mr.

 6           Adams opened the door by asking you to comment on your

 7           impressions of Dr. Adams' report.  And I guess what I want,

 8           what I am trying to understand and get at is in your report

 9           you conclude that this is a grade 3 invasive carcinoma.  In

10           Dr. Adams' report he doesn't put that conclusion in there.

11           He describes all of the bad features and in his impression

12           characterises it as a carcinoma with medullary features.

13           And in your view is that, does that report as it is stated

14           and as it is going to an oncologist to be used as, in

15           determining the prognosis and further treatment, would you

16           agree that that is confusing?

17

18           MR. ADAMS:  Objection.

19

20           MS. CERNIGLIA-LOWENSEN:  Objection.

21

22           MS. HANRAHAN:  Objection.

23

24           MR. ADAMS:  Calls for speculation.

25

26           MS. ZORK:  And that it may be confusing?

27

28           MR. ADAMS:  Objection.

29

30           MS. HANRAHAN:  Objection.
```

1

2              MS. CERNIGLIA-LOWENSEN:  Objection.

3

4              MR. ADAMS:  If you can answer, you may.

5        A.    I don't think it is particularly confusing, no.  I think he

6              has very, very clearly stated that it is not a pure

7              medullary carcinoma and it is a pure medullary that carries

8              the prognostic survival advantage, not an infiltrating

9              carcinoma with medullary features.  So I think it is

10             reasonable to describe the morphology, but I think he has

11             clearly concluded that it is not a pure medullary and that

12             is the important point to the oncologist.  Some studies --

13

14  34   Q.   MS. ZORK:  Can you just describe --

15

16             MR. ADAMS:  Let her finish.

17

18  35   Q.   MS. ZORK:  I don't mind letting her finish.  Cathy keeps

19             putting up her hand behind her head saying five more

20             minutes.  So I do want, I want to complete my

21             cross-examination before -- I want you to have your full

22             answers to my questions and I also want to be able to

23             follow up with questions.

24

25             MS. HANRAHAN:  Lesley, that was not to you--

26

27             MS. ZORK:  On this area.

28

29             MS. HANRAHAN:  That's fine.  Lesley, I am not making that

30             sign to you, I am sorry.

1

2              MS. ZORK:  Okay.

3

4              MS. HANRAHAN:  Go ahead.

5    A.    Where were we?

6

7              MR. ADAMS:  You were about to finish your thought.

8

9   36  Q.    MS. ZORK:  Dr. Quinn, if I could have you read to me the

10            portion of Dr. Adams' report that has his impression, his

11            final impression or diagnosis that is in capital letters on

12            his report.  If you could read that?

13   A.    Yes.  "Right breast excision infiltrating carcinoma with

14            medullary features, neoplasm extends extremely close to the

15            surgical margins, see comment".  And the comment then

16            describes the pathology and describes the similarities to

17            medullary but clearly concludes that the features remove

18            this from the pure medullary classification.

19   37  Q.    Okay.  So you think, you think as a pathologist reading

20            this to you when you read that, it clearly removes it from

21            the category of medullary carcinoma when you read down

22            through those detailed comments?

23   A.    Yes, I feel --

24   38  Q.    Is that what I am hearing you say?

25   A.    Yes.  I feel my assessment of histological type, which is

26            one of the characteristics we take account of in prognosis,

27            I feel that mine was the same as Dr. Adams.  I provided a

28            specific grade on the 1, 2, 3 scale, perhaps he didn't, but

29            our tumour type is the same essentially.

30   39  Q.    And so based upon your review of the pathology in this

1       case, you would conclude that there was none of the good

2       prognosticating features associated with a medullary

3       carcinoma when you look at this cancer; is that correct?

4   A.  Yes.  It is a very complicated area of pathology.  In the

5       past we talked about medullary carcinoma and then atypical

6       medullary and an atypical medullary was one with some but

7       not all of the features of medullary.  In the, sort of,

8       1980s it was considered that atypical medullary carcinoma

9       had a slightly better prognosis than ordinary carcinoma,

10      but that is not now current thinking.  Current thinking is

11      that atypical medullary doesn't carry a statistically

12      significant survival advantage over ordinary invasive

13      ductal carcinoma, so we tend not to use that as a

14      prognostic category and I think that that message is, you

15      know, is clear in the literature.

16  40 Q.  And you would expect that an oncologist reading Dr. Adams'

17      report would understand that his statement saying these

18      were not typical, that that should mean to the oncologist

19      that this cancer carried with it no greater, no better

20      prognostic features than a grade 3 tumour?

21

22      MR. ADAMS:  Objection.

23

24      MS. CERNIGLIA-LOWENSEN: Objection.

25

26      MS. HANRAHAN:  Objection.  Calls for speculation and calls

27      for expert testimony beyond the scope of this witness.

28

29      MS. CERNIGLIA-LOWENSEN:  Dr. Quinn is not an oncologist.

30

1          MS. ZORK:  Dr. Adams -- Mr. Adams has opened the door so

2          let me just, let's finish this.

3

4          MS. CERNIGLIA-LOWENSEN:  Let me make my objection for my

5          record, please.  Dr. Quinn has not been qualified as an

6          oncologist.  I don't know how she can possibly testify to

7          what amounts to standard of care for an oncologist.

8

9          MS. ZORK:  Okay.  I didn't ask standard of care.  I asked,

10         Mr. Adams has asked her to comment on comparing her report

11         and whether, to Dr. Adams' report in the United States and

12         whether there is any difference and any confusion; whether

13         his report is any more confusing and so I am sorting that

14         out.  But back to my question, if you want the court

15         reporter to read it back.

16    A.   Sorry, I missed that.

17  41 Q.   Would you expect that an oncologist reading --

18    A.   Oh, the oncologist.

19

20  42 Q.    -- an oncologist reading Dr. Adams' report would

21         understand, based upon the comment --

22    A.   I remember.

23  43 Q.    -- that the tumour that was being described carried a no

24         greater prognostic, there was no difference in prognosis

25         between that tumour and a grade 3 fully differentiated

26         carcinoma?

27

28         MR. ADAMS: Objection.

29

30         MS. HANARAHAN:  Same objection.

1

2          MS. CERNIGLIA-LOWENSEN:  Same objection.

3    A.    Am I going to say anything?

4

5          MR. ADAMS:  Yes, you are, go ahead.

6    A.    I should say that the literature is not, is not completely

7          clear on the whole medullary issue.  There is variation in

8          the various series on the criteria that pathologists have

9          used to classify these tumour and this is, you know, has

10         always been a problem in breast pathology.  There are

11         differences within the United States, differences between

12         the United States and Britain etcetera, so it is difficult

13         to compare a series.  And just to say that we now believe

14         that pure medullary carcinoma does carry a survival

15         advantage and we think that atypical, or carcinomas with

16         medullary features, do not carry a statistically

17         significant survival advantage, but you can read papers

18         where, that would suggest that some of these tumours may

19         have had a survival advantage.  So if a tumour doesn't

20         carry a statistically significant survival advantage, it

21         still means that perhaps some patients with those tumours

22         may have a better prognosis.  So it is very difficult to be

23         definitive, but I would have thought than an oncologist --

24         I am not an oncologist, but we do try to communicate

25         clearly so that they do understand us.  I would have

26         thought that he would know that it wasn't pure medullary

27         but he would take account perhaps of the fact that there

28         were medullary features.  So I think that the report is

29         clearly saying that it is not a pure medullary and that's

30         probably the most important point.  But you can read the

1    literature as you wish and you may find studies that would

2    suggest a minor survival advantage for tumours with

3    medullary features, so it is not black and white at the end

4    of the day.

5

6    MS. HANRAHAN:  This is Cathy Hanrahan, move to strike based

7    upon the qualifications of the doctor.

8

9    MS. CERNIGLIA-LOWENSEN:  I will join in on that motion to

10   strike.

11

12   MR. ADAMS:  I will join that to strike.

13

14   MS. ZORK:  I am sorry, I didn't hear what the objection

15   was.

16

17   MS. HANRAHAN:  Move to strike based upon the qualifications

18   of the doctor, and the doctor's experience based upon the

19   United Kingdom as compared to the United States and then

20   everyone else joined.

21

22   MS. ZORK:  Okay.  Do you want me to go through the doctor's

23   qualifications in order to, in order to establish that?

24   You are saying that the doctor is not qualified to offer

25   the opinions that she just offered and now do we need to go

26   through her qualifications?

27

28   MS. HANRAHAN:  Well the basis of that is that she is a

29   pathologist trained in the United Kingdom, worked in the

30   United Kingdom and has never communicated pathology to the

20

```
 1              United States oncologists, that is my basis.  I think we
 2              have got those qualifications in the record.
 3
 4              MS. ZORK:  Okay.  But she also is widely read in the
 5              literature and is familiar with the same literature that
 6              oncologists probably read around the world.  So do we want
 7              to go into all of that?
 8
 9              MS. HANRAHAN:  I am not fighting with you on the record,
10              Lesley, I have just put it on the record.
11
12              MS. ZORK:  Okay.  But I don't want that struck, so in order
13              to make the record so that it doesn't get struck, we will
14              go through that.  Okay.  Doctor --
15         A.   Sorry, excuse me, could I just take a break for a moment.
16              I want to have a word with Dr. Hendry, please.
17
18              MR. ADAMS:  Sure.
19
20              FOLLOWING A SHORT ADJOURNMENT THE DEPOSITION CONTINUED AS
21              FOLLOWS:
22
23              MR. ADAMS:  The doctor is back.
24
25              MS. ZORK:  Are we back on the record?
26
27              MR. ADAMS:  Yes.
28
29    44   Q.   MS. ZORK:  Dr. Quinn, let me just back up.  Can you please
30              describe what the definition is of a medullary carcinoma?
```

1    A.    Yes.  A medullary carcinoma is a well circumscribed tumour

2    with tumour cells that have either moderate or marked

3    nuclear pleomorphism.  The cells grow in a so-called

4    syncytial or sheet-like pattern, there is a prominent

5    lymphoplasmacytic infiltrate.  There is no tubule formation

6    and the strict definition suggests that there is no in-situ

7    component present either.

8  45  Q.    What is it about a medullary carcinoma that, how is it

9    different from a grade 3 poorly differentiated carcinoma?

10    A.    Well some of the features are similar and it really is a

11    matter of deciding, when one looks at a grade 3 carcinoma

12    if all of the characteristics are present.  For example, a

13    grade 3 carcinoma might not have such a prominent

14    lymphoplasmacytic infiltrate or it might not have this

15    sheet-like growth pattern or there may be in-situ carcinoma

16    associated with it.  So while there are similarities

17    between the two, it is a matter of weighing them up and

18    deciding whether all the criteria for a diagnosis of

19    medullary are fulfilled.

20  46  Q.    The prognosis, the prognostic advantage associated with

21    medullary carcinoma, is it comparable to a grade 1, grade 2

22    tumour?

23    A.    Well it is not directly, it is not directly comparable, we

24    just know there is a survival advantage associated in some

25    published series with a diagnosis of medullary carcinoma.

26    So perhaps better than grade 3, but not necessarily

27    comparable with 2 or 1.

28  47  Q.    And what is it, what is, how -- what is understood about

29    what it is that makes a medullary carcinoma have a better

30    prognostic component to it than a regular grade 3

```
 1              carcinoma?                .
 2      A.      I think that's not well understood.  As you yourself
 3              suggested earlier, it may well be the prominent
 4              lymphoplasmacytic infiltrate, but we don't know why.  And
 5              in fact not every study has shown a survival advantage.
 6              Some studies have and some have not, so it is variable.
 7   48 Q.      Before we took a break, the defence had moved to strike
 8              your answer, one of your answers on the basis that you may
 9              not be qualified to offer opinion as to what you would
10              expect an oncologist to understand in reading Dr. Adams'
11              report.  Let me just -- how long have you practiced
12              histopathology as a physician?
13      A.      I have practiced histopathology since 1985 and as
14              a consultant since 1992, but my interpretation of the move
15              to strike was not that I was not qualified, but that
16              perhaps I was not qualified to comment on how an American
17              oncologist would interpret the report as I am British
18              trained and I have never worked in the United States.  And
19              I think it is fair to say that while our reports are
20              similar I cannot comment definitively on how an American
21              oncologist would interpret the finding.  Furthermore, one,
22              generally speaking, works very closely with one's own
23              oncologists and meets with them regularly, so it is easy to
24              establish a language that both understand.  It is
25              completely different trying to imagine how somebody you
26              don't work with on a weekly basis would interpret your
27              report, which is why we favour multidisciplinary medicine
28              and regular communication.
29   49 Q.      So, you would expect the oncologists that you work with --
30      A.      To understand my --
```

```
 1   50  Q.     -- in your practice to understand, to understand what Dr.

 2              Adams reported and to see it as really no different than

 3              what you reported in yours?

 4

 5              MS. CERNIGLIA-LOWENSEN:  Objection.  Objection for Ms.

 6              Hanrahan also.

 7

 8   51  Q.     MS. ZORK:  In the description of the medullary component of

 9              the finding?

10

11              MR. ADAMS:  Objection, asked and answered.

12

13              MS. CERNIGLIA-LOWENSEN:  Same objection.

14

15              MR. ADAMS:  You may answer if you can.

16       A.     Well I would just expect my oncologists to understand my

17              reports and if they have questions they would seek

18              clarification at our weekly meeting and obviously that is

19              why Dr. Dodwell asked me to review the pathology because

20              I was the pathologist who worked with him.  So it is normal

21              practice when a patient is referred to another unit for the

22              pathologist to review the pathology and to communicate

23              directly, so I think it is a team relationship.  So I

24              really can't comment on how anybody else would have viewed

25              Dr. Adams' report.

26   52  Q.     Okay.  And with that I am going to move to strike Dr.

27              Quinn's testimony during Mr. Adams' portion of the

28              deposition in which you are asked to comment on what Dr.

29              Adams meant and what he was conveying in his report.  With

30              that being said, I don't have any further questions.
```

DEPOSITION OF DR. QUINN - 9/2/03

24

```
1
2              MR. ADAMS:  No further questions.
3
4              MS. CERNIGLIA-LOWENSEN:  No questions.
5    A.    Thank you.
6
7         (Concluded at 5.55pm)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
```

**WITNESS CORRECTION SHEET**

Page--- Line--- Correction

1.  3 --- 13 --- "OR" should read "as"

2.  ___ --- ___

3.  ___ --- ___

4.  ___ --- ___

5.  ___ --- ___

6.  ___ --- ___

7.  ___ --- ___

8.  ___ --- ___

9.  ___ --- ___

10. ___ --- ___

11. ___ --- ___

12. ___ --- ___

13. ___ --- ___

14. ___ --- ___

15. ___ --- ___

16. ___ --- ___

17. ___ --- ___

18. ___ --- ___

19. ___ --- ___

20. ___ --- ___

21. ___ --- ___

22. ___ --- ___

23. ___ --- ___

24. ___ --- ___

25. ___ --- ___

26. ___ --- ___

27. ___ --- ___

28. ___ --- ___



Chairman Bill Kilgallon OBE
Chief Executive David Johnson

THE LEEDS TEACHING HOSPITALS

123985

Histopathology

Dr David Dodwell
Consultant Clinical Oncologist
Cookridge Hospital
Hospital Lane
Leeds LS16 6QB

| | |
|---|---|
| Enquiries to: | Histopathology |
| Direct Line/Ext: | 0113 3926734 |
| Our ref: | CQ/LT - 190499 |
| Your ref: | |
| Date: | 21 April 1999 |

Dear David

### Re: Veronica POLLARD (19.4.55)
**Dwight David Eisenhower Army Medical Center ref. S98-6429 - LGI ref S6702/99**

Thank you for your letter regarding the above-named patient. I have now received two H&E slides from this patient's right-sided breast biopsy from the Dwight David Eisenhower Army Medical Center, Fort Gordon in Georgia. These sections show breast tissue, at the edge of which there is a fairly well circumscribed neoplasm. The tumour cells are not particularly well processed but appear to show moderate nuclear pleomorphism. The cells are arranged in nests which, in turn, form coalescent nodules. There is central necrosis. There is a prominent host lymphocyte response. There is no tubule formation. The mitotic count is high.

The appearances indicate a grade 3 invasive carcinoma. No in-situ component has been identified. Some of the features are suggestive of medullary carcinoma but, in my opinion, the lesion does not fulfil all the criteria. The tumour is slightly unusual morphologically and, in the absence of an in-situ component, the possibility of a secondary lesion should be clinically excluded. Assuming that there is no evidence of a primary lesion outside the breast, the appearances would be in keeping with a grade 3 invasive ductal carcinoma.

continued...........



EXHIBIT
DR QUINN
Ex 1

Histopathology
The General Infirmary at Leeds, Great George Street LEEDS LS1 3EX Telephone 0113 2926734 Fax 0113 2347662



AN

NHS
TRUST

Incorporating: Chapel Allerton Hospital    Cookridge Hospital    Leeds Chest Clinic    Leeds Dental Institute    Seacroft Hospital    St James's University Hospital
The General Infirmary at Leeds    Wharfedale Hospital

-4-

Dr David Dodwell, Cookridge Hospital          -2-

The tumour measures 11mm.  No vascular invasion is apparent in these sections.

I understand from the correspondence that the patient subsequently had a re-excision and axillary dissection (Georgia ref S98-7003).  I have not received the slides from this specimen but see from the report that there was no evidence of residual tumour and that seventeen lymph nodes were negative.

I will discuss this case at the breast meeting on Wednesday, 21st April.

Yours sincerely

Cecily Quinn
Consultant Histopathologist

Histopathology
The General Infirmary at Leeds, Great George Street LEEDS LS1 3EX Telephone 0113 2926734 Fax 0113 2347662

## U S COURTS DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Case No. WDQ-02-764


VERONICA POLLARD, ET AL

V.

UNITED STATES OF AMERICA


I, Cecily Quinn, do hereby certify that the foregoing pages comprise a true and accurate transcript of the testimony taken, in the proceedings held in the above entitled matter on 8 October, 2003 at the offices of Regus, Dublin, Ireland.


Dated this 26  day of November, 2003.


Signed: _____
              Cecily Quinn