IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROOSEVELT POLLARD, ET AL., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL NO. WDQ 02-CV-764 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION AND MEMORANDUM FOR
LEAVE TO FILE A BRIEF SURREPLY**

COME NOW THE PLAINTIFFS, by and through their counsel, pursuant to Local Rule 105 and seek leave of the Court to file a five-page Surreply to the defendant United States of America's Reply to Plaintiffs' Opposition to Motion for Summary Judgment. Defendant has consented to the filing of the Surreply.

In support of this Motion, Plaintiffs state that the Surreply, attached as Exhibit 1, addresses new issues raised by the Government in its Reply and which plaintiffs believe will aid the Court in resolution of the Government's Motion for Summary Judgment.

WHEREFORE, the plaintiffs respectfully request that the Court grant this Motion and grant them leave to file a Surreply.

                Respectfully submitted,

                BRUCE J. KLORES & ASSOCIATES, P.C.

                By:____/s/_____
                    Bruce J. Klores
                    Scott M. Perry
                    1735 20th Street, N.W.
                    Washington, D.C. 20009
                    (202) 628-8100
                    Co-counsel for Plaintiffs

                and

2

        LAW OFFICES OF PETER MASCIOLA

        _____/s/_____
        Peter R. Masciola
        601 Pennsylvania Avenue, N. W. #900
        Washington, D.C. 20004
        202-628-5680
        Co-counsel for Plaintiffs

1606/mtn.leave

2