# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ROOSEVELT POLLARD, ET AL.,       )
       Plaintiffs,       )
              )
v.       )       CIVIL NO. WDQ-02-CV-764
              )
UNITED STATES OF AMERICA,       )
              )
       Defendant.       )

MOTION "GRANTED" THIS ___ 25th DAY OF ___ , 20 ___

WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

## CONSENT MOTION AND MEMORANDUM FOR LEAVE TO FILE A BRIEF SURREPLY

COME NOW THE PLAINTIFFS, by and through their counsel, pursuant to Local Rule 105 and seek leave of the Court to file a five-page Surreply to the defendant United States of America's Reply to Plaintiffs' Opposition to Motion for Summary Judgment. Defendant has consented to the filing of the Surreply.

In support of this Motion, Plaintiffs state that the Surreply, attached as Exhibit 1, addresses new issues raised by the Government in its Reply and which plaintiffs believe will aid the Court in resolution of the Government's Motion for Summary Judgment.

WHEREFORE, the plaintiffs respectfully request that the Court grant this Motion and grant them leave to file a Surreply.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:____/s/_____
    Bruce J. Klores
    Scott M. Perry
    1735 20th Street, N.W.
    Washington, D.C. 20009
    (202) 628-8100
    Co-counsel for Plaintiffs

and