IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| ROOSEVELT POLLARD ET AL., | * |
| Plaintiffs, | * |
| v. | * CIVIL NO.: WDQ-02-0764 |
|  | * |
| UNITED STATES OF AMERICA, | * |
| Defendants. | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 2<u>nd</u> day of November, 2006, ORDERED that:

A. The USA's motion for Summary Judgment (Paper No. 182) BE, and HEREBY IS, DENIED.

B. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                              /s/
                                      William D. Quarles, Jr.
                                      United States District Judge