## United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 3, 2006

TO COUNSEL OF RECORD

    Re:  *Roosevelt Pollard, et al. v. United States of America*
        WDQ 02-764

Dear Counsel:

    This case is now ready to be set for trial.  Counsel are asked to confer and contact Chambers, on or before November 10, 2006, with several proposed dates.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                        Very truly yours,

                        /s/

                        William D. Quarles, Jr.
                        United States District Judge