

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *36 South Charles Street* | *DIRECT: 410-209-4801* |
| *United States Attorney* | *Fourth Floor* | *MAIN: 410-209-4800* |
| | *Baltimore, Maryland 21201* | *FAX: 410-962-2310* |
| *Larry D. Adams* | | *TTY/TDD: 410-962-4462* |
| *Assistant United States Attorney* | | *Larry.Adams@usdoj.gov* |

November 9, 2006

The Honorable William D. Quarles
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: <u>Pollard v. United States</u>
       Civil Action No. WDQ 02-764

Dear Judge Quarles:

    The parties have conferred about a trial date. Due to other commitments and witness problems as discussed below, the best time for trial would be during the last two weeks of April 2007 (weeks of April 23 and April 30, 2007). Counsel for Plaintiff is in Michigan this week taking depositions. At this point in the time, the parties expect the trial to take five trial days. However, when Plaintiff's counsel returns to this area next week the parties will again confer about the number of witnesses expected to testify and other logistical problems in an effort to streamline the trial as much as possible.

    One problem that has already arisen is that the defense pathologist expert is undergoing medical treatment and has indicated he may not be able to testify. Given this uncertainty the defense will be moving for a limited reopening of discovery to obtain a new defense expert. In addition, once the parties refocus on trial and further consult next week, there may be other problems which the parties will need to resolve prior to trial.

                                      Very truly yours,

                                      Rod J. Rosenstein
                                      United States Attorney

                          By:_____/s/_____
                              Larry D. Adams
                              Assistant United States Attorney

cc: Bruce Klores, Esq.
    Scott Perry, Esq.