

U.S. Department of Justice

United States Attorney
District of Maryland
Northern Division

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Larry D. Adams*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4801*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-2310*<br>*TTY/TDD: 410-962-4462*<br>*Larry.Adams@usdoj.gov* |

April 13, 2007

BY FAX 410-962-0946 and ECF system
The Honorable William D. Quarles, Jr.
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

                Re: Pollard v. United States
                   Civil No: WDQ: 02-764

**Dear Judge Quarles:**

     On November 13, 2006, the Court issued a letter order setting in trial in the above-captioned matter for April 23, 2007. (Attachment). The order also called for submission of jury instructions and *voir dire* by April 16. Since under the Federal Tort Claims Act this a bench trial the requirement for jury instructions and *voir dire* are not necessary. As of yesterday the plaintiff submitted proposed finding of fact. The plaintiff also has submitted to the defendant a draft of its proposed pre-trial order.

     The government intends to submit the joint pre-trial order and its proposed findings of fact by April 16, in conformity with the spirit of the letter order. In addition the government suggests that the Court hold the customary pre-trial conference next week as the Court's calendar permits in order.

                                      Respectfully submitted,

                                      Rod J. Rosenstein
                                      United States Attorney

                      By:_____/s/_____
                                      Larry D. Adams
                                      Assistant United States Attorney
                                      36 South Charles Street, Fourth Floor
                                      Baltimore, Maryland 21201
                                      410-209-4800

**Attachment**
cc: Bruce Klores, Esq.