# Attachment

# United States District Court
### District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 13, 2006

TO COUNSEL OF RECORD

Re: *Pollard v. United States*
WDQ 02-764

Dear Counsel:

The trial in the above-referenced case has been scheduled for April 23, 2007 at 9:30 a.m. in Courtroom 3A. Counsel should submit their requested *voir dire* and jury instructions by April 16, 2007.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge