IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ROOSEVELT POLLARD, as surviving spouse, and as Personal Representative of the ESTATE OF VERONICA POLLARD, deceased | ) ) ) ) ) |
|     Plaintiff, | ) ) |
| v. | ) CA No. S-02-CV-764 ) Judge Quarles |
| THE UNITED STATES OF AMERICA, | ) ) ) |
|     Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND ACTION
TO ALLOW CONSUMMATION OF SETTLEMENT AGREEMENT**

Plaintiff, through counsel, Bruce J. Klores, Thomas W. Mitchell and Bruce J. Klores & Associates, P.C., move the Court for an Order keeping the case open until July 18, 2007, in order to allow the parties additional time to consummate their settlement agreement. In support of this motion, Plaintiff states as follows:

1.    Counsel for Defendant United States of America has consented to this motion and the requested relief.

2.    As noted in the Court's Order dated April 18, 2007 (the "Order"), the parties have settled this case. The current Order dismisses the case without prejudice, but states that the dismissal shall be with prejudice unless one of the parties moves to reopen it within 60 days, which is June 17, 2007.

3.    The parties' settlement agreement calls for the payment of a certain sum of money to Plaintiff by the United States. Counsel for the United States requested payment on May 16, 2007, but no check or other form of payment has yet been made or authorized.

    4.    It therefore appears likely that payment of the settlement proceeds will not be made until after the Court's "dismissal with prejudice" deadline of June 17, 2007.

    5.    For that reason, Plaintiff respectfully requests, with Defendant's consent, that the Court extend the period of the current Local Rule 111 Order until July 18, 2007 (an additional 30 days).

WHEREFORE, for the reasons set forth above and any others that may appear to the Court or at a hearing on this Motion, Plaintiff respectfully requests that the Consent Motion to Extend Action to Allow Consummation of Settlement Agreement be granted.

Date: June 14, 2007

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:___/s/_____
Bruce J. Klores
Thomas W. Mitchell
1735 20th Street, NW
Washington, D.C. 20007
(202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

___/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by telecopy and first class mail postage prepaid to the following person this 14th day of June, 2007:

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

_____/s/_____
Thomas W. Mitchell

1606\motion.reopen.2