IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ROOSEVELT POLLARD, as surviving spouse, and as Personal Representative of the ESTATE OF VERONICA POLLARD, deceased | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CA No. S-02-CV-764 ) Judge Quarles |
| THE UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on the motion of Plaintiff to extend this case pursuant to Local Rule 111 and to keep the case open until July 18, 2007, in order to allow the parties additional time to consummate their settlement agreement, and it appearing to the Court that counsel for Defendant United States of America has consented to this motion and the requested relief, and for other good cause shown it is hereby ORDERED that:.

The motion be and hereby is GRANTED   Accordingly, the Clerk of the Court is hereby directed to extend the current Local Rule 111 Order until July 18, 2007.

Date: 6/15/07

William D. Quarles, Jr.
United States District Judge