**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| ROOSEVELT POLLARD, ) | |
| as surviving spouse, and as ) | |
| Personal Representative of the ESTATE ) | |
| OF VERONICA POLLARD, deceased ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No. S-02-CV-764 |
| ) | Judge Quarles |
| THE UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION TO EXTEND ACTION**
**TO ALLOW CONSUMMATION OF SETTLEMENT AGREEMENT**

Plaintiff, through counsel, Bruce J. Klores, Thomas W. Mitchell and Bruce J. Klores & Associates, P.C., moves the Court for an Order keeping the case open until August 1, 2007, in order to give the parties additional time to consummate their settlement agreement. In support of this motion, Plaintiff states as follows:

1. Counsel for Defendant United States of America has consented to this motion and the requested relief.

2. As the Court is aware, the parties have settled this case. Plaintiff has been awaiting delivery of the settlement funds from the United States.

3. Plaintiff was informed on July 9, 2007, by counsel for the United States that final approval of the settlement agreement is imminent, and that Plaintiff's counsel should receive a check representing the settlement funds within the next 10-14 days.

4. Therefore, it again appears likely that payment of the settlement proceeds will not be made until after the Court's "dismissal with prejudice" deadline of July 18, 2007.

5.      For that reason, Plaintiff respectfully requests, with Defendant's consent, that the Court extend the period of the current Local Rule 111 Order until August 1, 2007 (an additional two weeks).

WHEREFORE, for the reasons set forth above and any others that may appear to the Court or at a hearing on this Motion, Plaintiff respectfully requests that the Consent Motion to Extend Action to Allow Consummation of Settlement Agreement be granted.

Date: July 10, 2007                        Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.

By:___/s/_____
Bruce J. Klores
Thomas W. Mitchell
1735 20th Street, NW
Washington, D.C. 20007
(202) 628-8100
Co-counsel for Plaintiffs

and

LAW OFFICES OF PETER MASCIOLA

___/s/_____
Peter R. Masciola
601 Pennsylvania Avenue, N. W. #900
Washington, D.C. 20004
202-628-5680
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was served by telecopy and first class mail postage prepaid to the following person this 10th day of July, 2007:

Larry D. Adams  
Assistant United States Attorney  
6625 United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

_____/s/_____  
Thomas W. Mitchell

1606\motion.reopen.3