IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

MOTION "GRANTED" THIS 10th DAY OF
July, 2007.

_William D. Quarles, Jr._
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

ROOSEVELT POLLARD,                              )
as surviving spouse, and as                     )
Personal Representative of the ESTATE           )
OF VERONICA POLLARD, deceased                   )
                                                )
        Plaintiff,                              )
                                                )
        v.                                      ) CA No. S-02-CV-764
                                                ) Judge Quarles
THE UNITED STATES OF                            )
AMERICA,                                        )
                                                )
        Defendant.                              )

## PLAINTIFF'S CONSENT MOTION TO EXTEND ACTION TO ALLOW CONSUMMATION OF SETTLEMENT AGREEMENT

Plaintiff, through counsel, Bruce J. Klores, Thomas W. Mitchell and Bruce J. Klores & Associates, P.C., moves the Court for an Order keeping the case open until August 1, 2007, in order to give the parties additional time to consummate their settlement agreement. In support of this motion, Plaintiff states as follows:

1.      Counsel for Defendant United States of America has consented to this motion and the requested relief.

2.      As the Court is aware, the parties have settled this case. Plaintiff has been awaiting delivery of the settlement funds from the United States.

3.      Plaintiff was informed on July 9, 2007, by counsel for the United States that final approval of the settlement agreement is imminent, and that Plaintiff's counsel should receive a check representing the settlement funds within the next 10-14 days.

4.      Therefore, it again appears likely that payment of the settlement proceeds will not be made until after the Court's "dismissal with prejudice" deadline of July 18, 2007.